**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | **Case No. 07-10416 (KJC)** |
| **INC., <u>et al.</u>,** | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**INTERIM FEE APPLICATION OF GRANT THORNTON LLP**
<u>FOR THE FIRST INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Grant Thornton LLP for the First Interim Period</u> (the "Application").

**BACKGROUND**

1.      Grant Thornton LLP ("GT") was retained as Accountants and Business Advisors for the Debtors-in-Possession.   In the Application, GT seeks approval of fees totaling $615,524.75[1],  and costs totaling $2,880.76  for its services from April 2, 2007, through July 31, 2007 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for

---

[1]This amount reflects a reduction of $11,419 in response to a request from the U.S. Trustee regarding certain hourly rates charged in the fee application context.

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on GT an initial report based on our review, and received a response from GT, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that the face of the fee application states that the amount of fees for which approval is sought is $103,104.95, while no figure for expenses is given.  In other words, the requested amounts consist solely of the holdbacks not yet paid pursuant to paragraph 3(b) of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.  In the future, please indicate the total amount of fees and expenses rather than just the amounts for which payment has not yet been received.  We advised GT that the appropriate place to indicate amounts previously paid or approved is in a chart like the one included on page 2 of its application.  GT stated that it "will include the total amounts in future fee applications, as requested".  We appreciate this response.

4.      In our initial report, we noted that the Application states that GT voluntarily reduced its fee request by $11,419 in response to a request from the U.S. Trustee.  We asked GT to explain the nature of the U.S. Trustee's concerns, and indicate which time entries were adjusted or withdrawn.  GT provided the following response:

> The U.S. Trustee noted that two senior GT personnel incurred time in preparing the fee applications during the Application Period, and had requested that their billing rates be adjusted downward to $225 per hour rather than at their standard hourly rates.  Although GT believes these two GT personnel assisted in preparing the fee applications in a significantly more efficient manner than junior personnel, GT

nonetheless acquiesced to the U.S. Trustee's request and voluntarily reduced its fees by the said $11,419.00.  Please see **Exhibit A** for the time entries which were adjusted.

We appreciate this response and have attached as Response Exhibit 1 the time entries included in GT's Exhibit A.

5.      In our initial report, we noted that each of the invoices incorporated into the Application includes a "monthly summary, by expense type, of the total reimbursable expenses incurred during the Compensation Period".  To judge the reasonableness of the expenses for which GT requested reimbursement, however, we asked to see an itemized description of the charges.  GT provided the following response:

Please see Exhibits B and B1 for detailed explanations of the reimbursable expenses incurred.  GT will write-off or deduct the $62.64 amount, as noted in Exhibit B, footnote 3, from the pending balances due from NC.

GT's "Exhibits B and B1" are attached hereto as Response Exhibit 2.  We identified two expense items about which we had further questions:

6/6/2007      Trail, April G.      Other      100.00      Conflict check

6/11/2007    Ryan, Stephen T    Hotel      328.05      Marriott Irvine - 1 night

GT provided the following additional response to our follow-up inquiries:

Attached is the receipt for Steve Ryan's hotel charge, which includes $18 for parking, $9.95 for IT (presumably internet connection), and $28.90 for taxes.

Regarding the $100 conflict check charge, that is a standard internal charge from Grant Thornton for IT processing of the initial relationship check on this engagement. We will unilaterally withdraw this fee from the 1st interim fee application. Please make the appropriate adjustment in your final report.

Concerning the $328.05 hotel charge, $56.85 consists of charges for items other than the room rate.

After subtracting this amount, we find that the charge exceeds our $250 per night standard by $21.20.

In addition to this reduction, we note GT's withdrawal of the $100 conflict-check charge and the $62.64 expense item that GT previously agreed to write off.  Adding these three items together, we recommend a total reduction of $183.84 in expenses.

6.      In our initial report, we noted a number of pairs of time entries that bear the same activity description and are for the same amount of time on the same day.  See Exhibit A.  For each pair of entries, we asked GT to state whether the time entries are redundant of each other.   GT provided the following response:

> The nature of the tax services rendered by GT during the Application Period requires extensive amounts of time preparing, reviewing, revising, drafting or otherwise working on local, state and federal tax returns and supporting schedules for NC and its affiliated companies.  For all of the paired time entries listed in Exhibit A of the Initial Report, the GT timekeepers had worked continuous hours on the same project, i.e. within the same day, and for purposes of efficient timekeeping, had simply copied the time entries, for which may appear as duplicative.  **Exhibit C** details the total hours worked per day per timekeeper for each of the paired time entries in question. The range of hours incurred per day per timekeeper is 2.8 to 11.2 hours, with an average of 7.5 hours.  While the timekeepers should have provided more clarity, none of the hours appear to be excessive on any given day.  GT will seek to use more precise language in our future fee applications.

GT's "Exhibit C" is attached hereto as Response Exhibit 3.  We appreciate this response and have no objection to the associated fees.

7.      In our initial report, we noted one time entry for activities that seem unduly ministerial for a professional billing at $175 per hour.

| 7/31/2007 | Wong | 1.2 | $210.00 | Printed copies of 2006 state returns for Home123 Corporation to be reviewed by J. Crowe and B. Furlow of GT. |

We asked GT to explain why this activity is appropriately billed at this rate.  GT provided the following response:

Ryan Wong provided further clarification that his time entry should have stated, "Printed, analyzed, and reconciled copies of various 2006 state returns for Home123 Corp to be reviewed by J. Crowe and B. Furlow (both of GT)."

We accept this response and recommend no reduction in this regard.

8.    In our initial report, we noted several time entries for activities that appear to be non-billable administrative activities.

| | | | | |
|---|---|---|---|---|
| 6/8/2007 | Hughes | 1.1 | $539.00 | Administrative time incurred on time entry and billing related matters including educating D Divers (GT) on time reporting requirements under bankruptcy |
| 7/7/2007 | Furlow | 0.5 | $112.50 | Input time relating to New Century Financial Corporation for the week of July 1 - July 7. |
| 7/13/2007 | Hughes | 0.9 | $441.00 | Time spent for tracking and entering time and descriptions for the week of July 9, 2007 through July 13, 2007. |
| 7/16/2007 | Hughes | 0.3 | $147.00 | Time incurred inputting detailed time entries. |
| 7/17/2007 | Hughes | 0.7 | $343.00 | Time incurred for inputting detailed time entries and assisting with compiling the first fee application. |
| 7/20/2007 | Partridge | 1.6 | $520.00 | Preparation and adding detail to time entries. |

While time reasonably spent assembling time records into the format of a fee application is generally compensable, our opinion is that the time spent recording one's time is not itself compensable. In light of the foregoing, we asked GT to explain why these activities should be considered compensable professional services. GT provided the following response:

Pursuant to GT's employment application, GT was retained by NC to provide tax compliance and tax consulting services. The tax compliance services are billed on a fixed fee basis and the tax consulting services are billed on an hourly basis. With regard to the time entries in question, GT endeavored to segregate such time detail into the appropriate "buckets", particularly as many of the timekeepers rendered both types of services. In particular, James Hughes, a Senior Manager, incurred the time to assemble and appropriately classify specific time entries of various staff into the correct "buckets", as he is the most knowledgeable of our services and was able to classify the time in the most efficient manner for purposes of the fee applications.

We appreciate this response but do not believe the activity descriptions are consistent with this explanation. Accordingly, we do not believe GT has met its burden of proving the reasonableness or the necessity of these fees totaling $2,102.50. We note, however, that the voluntary reduction of $11,419.00 agreed to with the US Trustee (discussed in paragraph 4 above) included $503.50 of the fees cited in this paragraph, so the total of $2,102.50 must be reduced by $503.50 to avoid double-counting. Accordingly, we recommend a reduction of $1,599.00 in fees.

9.      In our initial report, we noted a truncated time entry:

| | | | | |
|---|---|---|---|---|
| 7/20/2007 | Pomis | 1.6 | $824.00 | Conversation w/ Ms. Karen Tram (TX auditor) regarding |

We asked GT to provide the complete activity description. GT responded that

> Brian Pomis provided further clarification that his time entry should have stated, "Conversation with Ms. Karen Tram (TX auditor) regarding the upcoming audit of Home 123 for tax years 2002 through 2004".

We appreciate this response and have no objection to the associated fees.

## CONCLUSION

10.      Thus we recommend approval of fees totaling $613,925.75 ($615,524.75 minus $1,599.00) and expenses in the amount of $2,696.92 ($2,880.76 minus $183.84) for GT's services from April 2, 2007, through July 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____
       Warren H. Smith
       Texas State Bar No. 18757050
       Mark W. Steirer
       Texas State Bar No. 19139600

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**



**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this 13th day of May 2008.


_____
       Warren H. Smith

# SERVICE LIST

**The Applicant**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Avenue, Suite 900
Irvine, CA  92612
(949) 553-1600

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Paul N. Heath, Esq.
Chris M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor
for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of
Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of
Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official
Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor
to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Counsel to the Audit
Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter &
Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017

Exhibit A

| 7/2/2007 | Gamez 2.9 | $710.50 | Updating apportionment detail to list fixed assets from processing center and not from cost center for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services.  The updates were for the following states and cities:  Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City, and Bensalem Township. |
| 7/2/2007 | Gamez 2.9 | $710.50 | Updating apportionment detail to list fixed assets from processing center and not from cost center for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services.  The updates were for the following states and cities:  Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City, and Bensalem Township. |
| 7/3/2007 | Furlow 2.9 | $652.50 | Continued the preparation of the 2006 New Century TRS Holdings, Inc tax returns. |

| 7/3/2007 | Furlow | 2.9 | $652.50 | Continued the preparation of the 2006 New Century TRS Holdings, Inc tax returns. |
|---|---|---|---|---|
| 7/5/2007 | Furlow | 2.8 | $630.00 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc and Subsidiaries tax returns. |
| 7/5/2007 | Furlow | 2.8 | $630.00 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc and Subsidiaries tax returns. |
| 7/5/2007 | Wang | 1.4 | $315.00 | Reviewed the third draft of workpaper for NC Asset Holding, L.P. and update the change accordingly. |
| 7/5/2007 | Wang | 1.4 | $315.00 | Reviewed the third draft of workpaper for NC Asset Holding, L.P. and update the change accordingly. |
| 7/9/2007 | Furlow | 2.9 | $652.50 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/9/2007 | Furlow | 2.9 | $652.50 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/10/2007 | Furlow | 2.8 | $630.00 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/10/2007 | Furlow | 2.8 | $630.00 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/11/2007 | Furlow | 2.9 | $652.50 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/11/2007 | Furlow | 2.9 | $652.50 | Made the required changes from manager  review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/12/2007 | Gamez | 2.8 | $686.00 | Inputting 2005 apportionment fixed asset detail from tax return and not using client fixed asset detail for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance |

| | | | | |
|---|---|---|---|---|
| | | | | Services onto spreadsheets. The updates were for the following states and cities: Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City, and Bensalem Township. |
| 7/12/2007 | Gamez 2.8 | $686.00 | | Inputting 2005 apportionment fixed asset detail from tax return and not using client fixed asset detail for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services onto spreadsheets. The updates were for the following states and cities: Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City, and Bensalem Township. |
| 7/25/07 | Crowe | 0.4 | $98.00 | Discussed NCMC and Affiliates state apportionment issues with M. Gamez(GT). |
| 7/25/07 | Crowe | 0.4 | $98.00 | Discussed NCMC and Affiliates state apportionment issues with M. Gamez(GT). |
| 7/26/07 | Crowe | 0.8 | $196.00 | Discussed NCMC and Affiliates and Home123 state apportionment issues with |

| | | | | M. Gamez(GT) |
|---|---|---|---|---|
| 7/26/07 | Crowe | 0.8 | $196.00 | Discussed NCMC and Affiliates and Home123 state apportionment issues with M. Gamez(GT) |

Response Exhibit 1

| Original Billing Schedule | | | | | | | U.S. Trustee's Request | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Narrative | Hours | Hourly Rate | Fees |
| 7/13/2007 | Hughes, James R | 0.9 | $490.00 | $441.00 | 11 | Time spent for tracking and entering time and descriptions for the week of July 9, 2007 through July 13, 2007. | 0.9 | $225.00 | $202.50 |
| 7/16/2007 | Hughes, James R | 0.3 | $490.00 | $147.00 | 11 | Time incurred inputting detailed time entries. | 0.3 | $225.00 | $67.50 |
| 7/17/2007 | Hughes, James R | 0.7 | $490.00 | $343.00 | 11 | Time incurred for inputting detailed time entries and assisting with compiling the first fee application. | 0.7 | $225.00 | $157.50 |
| 7/19/2007 | Hughes, James R | 1.3 | $490.00 | $637.00 | 11 | Reviewed time entries related to preparation of first fee application. | 1.3 | $225.00 | $292.50 |
| 7/16/2007 | Wong, James Y | 2.8 | $535.00 | $1,498.00 | 11 | Prepared fee application and time entry presentation for GT tax personnel. | 2.8 | $225.00 | $630.00 |
| 7/16/2007 | Wong, James Y | 2.6 | $535.00 | $1,391.00 | 11 | Continued preparation of fee application and time entry presentation for GT tax personnel. | 2.6 | $225.00 | $585.00 |
| 7/16/2007 | Wong, James Y | 2.6 | $535.00 | $1,391.00 | 11 | Continued preparation of fee application and time entry presentation for GT tax personnel. | 2.6 | $225.00 | $585.00 |
| 7/18/2007 | Wong, James Y | 1.1 | $535.00 | $588.50 | 11 | Began draft of first fee application nunc pro tunc to petition date. | 1.1 | $225.00 | $247.50 |
| 7/20/2007 | Wong, James Y | 2.8 | $535.00 | $1,498.00 | 11 | Reviewed and revised time entries for first fee application. | 2.8 | $225.00 | $630.00 |
| 7/20/2007 | Wong, | 2.8 | | $1,498. | 11 | Continued reviewing | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07 | Wong, James Y | | $535.00 | 00 | | and revising time entries for first fee application. | 2.8 | $225.00 | $630.00 |
| 7/23/2007 | Wong, James Y | 2.1 | $535.00 | $1,123.50 | 11 | Continued drafting exhibits and supporting documentation for the first fee application. | 2.1 | $225.00 | $472.50 |
| 7/24/2007 | Wong, James Y | 2.8 | $535.00 | $1,498.00 | 11 | Drafted first fee application background, compensation and fee statement sections. | 2.8 | $225.00 | $630.00 |
| 7/24/2007 | Wong, James Y | 2.6 | $535.00 | $1,391.00 | 11 | Began drafting first fee application summary of services rendered section. | 2.6 | $225.00 | $585.00 |
| 7/25/2007 | Wong, James Y | 2.8 | $535.00 | $1,498.00 | 11 | Prepared exhibits B, C and D, and tested against supporting documents for the 1st monthly fee application. | 2.8 | $225.00 | $630.00 |
| 7/25/2007 | Wong, James Y | 2.4 | $535.00 | $1,284.00 | 11 | Continued preparing exhibits B, C and D, and tested against supporting documents for the 1st monthly fee application. | 2.4 | $225.00 | $540.00 |
| 7/26/2007 | Wong, James Y | 2.7 | $535.00 | $1,444.50 | 11 | Revised 1st monthly fee application based upon updated exhibits and added language pertaining to the retainer. | 2.7 | $225.00 | $607.50 |
| 7/26/2007 | Wong, James Y | 2.8 | $535.00 | $1,498.00 | 11 | Continued revisions to the 1st monthly fee application, including testing and reconciling numbers and amounts to supporting documentation. | 2.8 | $225.00 | $630.00 |
| 7/27/2007 | Wong, | 1.2 | | | 11 | Additional changes to | | | |

| 07 | James Y | | $535.00 | $642.00 | the 1st monthly fee application relating to time detail and formatting. | 1.2 | $225.00 | $270.00 |
|---|---|---|---|---|---|---|---|---|

**$19,811.50**                                        **$ 8,392.50**

<u>Response Exhibit 2</u>

## Reimbursable Expense Detail

| Date | Timekeeper | Cost Code | Base Amt | Description |
|------|-----------|-----------|----------|-------------|
| 6/11/2007 | Pomis, Brian M | Airfare | 310.40 | June 11 through June 13; Chicago to Irvine for meeting with client; coach airfare. |
| 6/11/2007 | Ryan, Stephen T | Airfare | 790.40 | $765.40 + $25(travel fee)  ORD - SNA One way 6/11/07 Coach |
| | | **Airfare Total** | **1,100.80** | |
| | | | | |
| 6/11/2007 | Ryan, Stephen T | Hotel | 328.05 | Marriott Irvine - 1 night |
| 6/12/2007 | Pomis, Brian M | Hotel | 405.97 | two nights 6/11 and 6/12 |
| | | **Hotel Total** | **734.02** | |
| | | | | |
| 6/11/2007 | Pomis, Brian M | Meals | 12.66 | lunch self |
| 6/12/2007 | Ryan, Stephen T | Meals | 7.00 | Breakfast self - Marriott Hotel |
| 7/2/2007 | Furlow, Brian T | Meals | 10.00 | Late night meal allowance for working over 8 hours per day. See Exhibit B1 |
| 7/5/2007 | Furlow, Brian T | Meals | 10.00 | Late night meal allowance for working over 8 hours per day. See Exhibit B1 |
| 7/7/2007 | Furlow, Brian T | Meals | 10.00 | Late night meal allowance for working over 8 hours per day. See Exhibit B1 |
| 7/8/2007 | Furlow, Brian T | Meals | 10.00 | Late night meal allowance for working over 8 hours per day. See Exhibit B1 |
| 7/11/2007 | Furlow, Brian T | Meals | 10.00 | Late night meal allowance for working over 8 hours per day. See Exhibit B1 |
| | **Out-of-Town Meals** | | **69.66** | |
| | | | | |
| 6/18/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/19/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/21/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/22/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/25/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/26/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/27/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/28/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/29/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/30/2007 | Furlow, Brian T | Mileage | 3.40 | Mileage reflects distance from Irvine office to client location. |
| 7/2/2007 | Gamez, Martin | Mileage | 30.07 | Home office is downtown LA.  Mileage reflects |

|            |                  |         |        | distance from downtown L.A. to the Irvine office. |
|------------|------------------|---------|--------|---------------------------------------------------|
| 7/3/2007   | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/5/2007   | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/6/2007   | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/7/2007   | Furlow, Brian T  | Mileage | 3.40   | Mileage reflects distance from Irvine office to client location. |
| 7/8/2007   | Furlow, Brian T  | Mileage | 3.40   | Mileage reflects distance from Irvine office to client location. |
| 7/9/2007   | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/10/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/11/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/14/2007  | Furlow, Brian T  | Mileage | 3.40   | Mileage reflects distance from Irvine office to client location. |
| 7/16/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/17/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/23/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/24/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/25/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 7/26/2007  | Gamez, Martin    | Mileage | 30.07  | Home office is downtown LA.  Mileage reflects distance from downtown L.A. to the Irvine office. |
| 6/11/2007  | Ryan, Stephen T  | Parking | 18.00  | Hotel parking - 1 night |
| 6/27/2007  | Gamez, Martin    | Parking | 15.00  | Irvine office daily parking. |
| 6/28/2007  | Gamez, Martin    | Parking | 15.00  | Irvine office daily parking. |
| 6/29/2007  | Gamez, Martin    | Parking | 15.00  | Irvine office daily parking. |
| 7/9/2007   | Gamez, Martin    | Parking | 15.00  | Irvine office daily parking. |
| 7/10/2007  | Gamez, Martin    | Parking | 15.00  | Irvine office daily parking. |
| 7/23/2007  | Gamez, Martin    | Parking | 37.50  | Bi-monthly parking at the Irvine office. |
| 6/6/2007   | Trail, April G.  | Other   | 100.00 | Conflict check |
| 6/11/2007  | Ryan, Stephen T  | Other   | 3.00   | Tips: car service bellman |
| 6/12/2007  | Ryan, Stephen T  | Other   | 5.00   | Tips: hotel room cab service |
| 5/30/2007  | Pomis, Brian M   | Other   | 62.64  | Gift to New Century management due to layoff. |

**Transportation, Parking
& Mileage Total  976.28**


**Grand  2,880.76
Total**


[1] Conflict check cost.
[2] Gratuities.
[3] Gift to New Century management.  Grant Thornton will write this item off.

**Hours Per Day for Brian Furlow**

| Date | Hours | Hourly Rate | Fees | Matter Code | Description |
|------|-------|-------------|------|-------------|-------------|
| 7/2/2007 | 2.9 | $ 225.00 | $ 652.50 | 1 | Finished preparing the 2006 New Century Mortgage Corporation tax return in the GoSystems tax software. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Prepared the consolidated Book-to-Tax Reconciliation M-Package for the 2006 New Century TRS Holdings, Inc tax return. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Began clearing the review points relating to the 2006 New Century TRS Holdings, Inc Subsidiaries tax returns. |
| | 0.6 | $ 225.00 | $ 135.00 | 1 | Worked on trying to balance the 2006 New Century Eliminations return in order to prepare the 2006 consolidated New Century TRS Holdings, Inc and Subsidiaries tax return. |
| | **9.1** | | | | |
| 7/5/2007 | 2.9 | $ 225.00 | $ 652.50 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 2.7 | $ 225.00 | $ 607.50 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | **11.2** | | | | |
| 7/7/2007 | 2.9 | $ 225.00 | $ 652.50 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | 0.5 | $ 225.00 | $ 112.50 | 11 | Input time relating to New Century Financial Corporation for the week of July 1 - July 7. |
| | **9.0** | | | | |
| 7/8/2007 | 2.7 | $ 225.00 | $ 607.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | 2.9 | $ 225.00 | $ 652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |

| | | | | | |
|---|---|---|---|---|---|
| | 2.8 | $ 225.00 | $ 630.00 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | 0.5 | $ 225.00 | $ 112.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | **8.9** | | | | |
| 7/11/2007 | 2.9 | $ 225.00 | $ 652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | 2.7 | $ 225.00 | $ 607.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | 2.6 | $ 225.00 | $ 585.00 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | 2.9 | $ 225.00 | $ 652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| | **11.1** | | | | |

<u>Response Exhibit 3</u>

## Maximum Hours Per Day Per Timekeeper

| Date | Professional | Hours | Hourly Rate | Fees | Matter Code | Description |
|------|-------------|-------|-------------|------|-------------|-------------|
| 7/2/2007 | Gamez, Martin | 0.4 | $245.00 | $98.00 | 2 | Meeting with D. Divers and J. Kraft (GT) to discuss apportionment. |
| 7/2/2007 | Gamez, Martin | 0.6 | $245.00 | $147.00 | 2 | Met with J. Kraft to discuss apportionment and to list out assets by processing center. |
| 7/2/2007 | Gamez, Martin | 2.9 | $245.00 | $710.50 | 2 | Updating apportionment detail to list fixed assets from processing center and not from cost center for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services.  The updates were for the following states and cities; Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts,Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas,Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City and Bensalem Township. |
| 7/2/2007 | Gamez, Martin | 2.9 | $245.00 | $ 710.50 | 2 | Updating apportionment detail to list fixed assets from processing center and not from cost center for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services.  The updates were for the following states and cities; Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts,Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City and Bensalem Township. |
| | | __6.8__ | | | |
| 7/3/2007 Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Continued the preparation of the 2006 New Century TRS Holdings, Inc tax returns. |
| 7/3/2007 Furlow, Brian T | 2.9 | $225.00 | $ 652.50 | 1 | Continued the preparation of the 2006 New Century TRS Holdings, Inc tax returns. |
| 7/3/2007 Furlow, Brian T | 1.1 | $225.00 | $247.50 | 1 | Continued the preparation of the 2006 New Century TRS Holdings, Inc tax returns. |
| | | __6.9__ | | | |
| 7/5/2007 Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| 7/5/2007 Furlow, Brian T | 2.8 | $225.00 | $ 630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| 7/5/2007 Furlow, Brian T | 2.8 | $225.00 | $630.00 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| 7/5/2007 Furlow, Brian T | 2.7 | $225.00 | $ 607.50 | 1 | Continued preparing the 2006 consolidated New Century TRS Holdings, Inc. and Subsidiaries tax return. |
| | | __11.2__ | | | |
| 7/5/2007 Wang, Jen Chih | 1.4 | $225.00 | $315.00 | 1 | Reviewed the third draft of workpaper for NC Asset Holding, L.P. and update the change accordingly. |
| 7/5/2007 Wang, Jen Chih | 1.4 | $225.00 | $315.00 | 1 | Reviewed the third draft of workpaper for NC Asset Holding, L.P. and update the change accordingly. |
| | | __2.8__ | | | |
| 7/9/2007 Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/9/2007 Furlow, Brian T | 2.8 | $225.00 | $630.00 | 1 | Made the required changes from |

| | | | | | |
|---|---|---|---|---|---|
| 7/9/2007 | Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |

<u>8.6</u>

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2007 | Furlow, Brian T | 2.8 | $225.00 | $630.00 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/10/2007 | Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/10/2007 | Furlow, Brian T | 2.8 | $225.00 | $630.00 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |

<u>8.5</u>

| | | | | | |
|---|---|---|---|---|---|
| 7/11/2007 | Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/11/2007 | Furlow, Brian T | 2.7 | $225.00 | $607.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/11/2007 | Furlow, Brian T | 2.6 | $225.00 | $585.00 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |
| 7/11/2007 | Furlow, Brian T | 2.9 | $225.00 | $652.50 | 1 | Made the required changes from manager review relating to the New Century TRS Holdings, Inc and Subsidiaries 2006 tax returns. |

<u>11.1</u>

| | | | | | |
|---|---|---|---|---|---|
| 7/12/2007 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Inputting 2005 apportionment fixed asset detail from tax return and not using client fixed asset detail for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services ontospreadsheet.  The updates were for the following states and cities; Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City and Bensalem Township. |
| 7/12/200 7 | Gamez, Martin | 2.8 | $245.00 | $686.00 | 2 | Continued to input 2005 apportionment fixed asset detail from tax return and not using client fixed asset detail for Home 123, New Century Mortgage Corp, New Century Capital Corporation, New Century Warehouse Corporation & New Century Insurance Services onto spreadsheet.  The updates were for the following states and cities; Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, DC, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Louisville, Kansas City and Bensalem Township. |
| 7/12/200 7 | Gamez, Martin | 2.1 | $245.00 | $514.50 | 2 | Continiuing to Prepare ongoing memo for file that describes all work activity that is currently being prepared and any changes or directions that are being incorporated or followed for all workpapers. |
| | | __7.7__ | | | | |
| 7/25/200 7 | Crowe, John W | 1.3 | $245.00 | $318.50 | 2 | Discussed status of returns, work being performed by interns, and issues that have come up relating to preparation of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the returns w/ B.Furlow (GT). |
| 7/25/2007 Crowe, John W | 0.6 | $245.00 | $147.00 | 2 | Discussed state apportionment issues with B. Furlow (GT) and M. Gamez (GT). |
| 7/25/2007 Crowe, John W | 0.4 | $245.00 | $98.00 | 2 | Discussed NCMC and Affiliates state apportionment issues with M. Gamez (GT) |
| 7/25/2007 Crowe, John W | 0.4 | $245.00 | $98.00 | 2 | Discussed NCMC and Affiliates state apportionment issues with M. Gamez(GT). |
| 7/25/2007 Crowe, John W | 0.6 | $225.00 | $135.00 | 2 | Discussed state apportionment issues with B. Furlow (GT) and M. Gamez (GT). |
| 7/25/2007 Crowe, John W | 2.3 | $245.00 | $563.50 | 2 | Assisted R. Wong, K. Mistry, L. Miller (all GT) with the preparation of the NCMC state tax returns. |
| | **5.6** | | | | |
| 7/26/2007 Crowe, John W | 0.9 | $245.00 | $220.50 | 2 | Discussed status of returns, work being performed by interns, and issues that have come up relating to preparation of the returns w/ B. Furlow (GT). |
| 7/26/2007 Crowe, John W | 0.8 | $245.00 | $196.00 | 2 | Discussed NCMC and Affiliates and Home123 state apportionment issues with M. Gamez (GT) |
| 7/26/2007 Crowe, John W | 3.3 | $245.00 | $808.50 | 2 | Assisted R. Wong, K. Mistry, and L. Miller (all GT) with the preparation of the NCMC state tax returns. |
| 7/26/2007 Crowe, John W | 0.8 | $245.00 | $196.00 | 2 | Discussed NCMC and Affiliates and Home123 state apportionment issues with M. Gamez (GT) |
| | **5.8** | | | | |

| | |
|---|---|
| 75.0 | total |
| 2.8 | min per day |
| 11.2 | max per day |
| 7.3 | median per day |
| 7.5 | average per day |