# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3

*D&G Reference: 214106*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127058543 | Mindy J Blazer | 01/17/06 | $112,000.00 | $124,748.18 | $118,000.00 | 15145 East Jefferson Place Aurora, CO 80014 |
| 1127060418 | Francisco Fontanez | 01/25/06 | $240,000.00 | $270,748.66 | $315,000.00 | 5632 South Sangamon Street Chicago, IL 60621 |
| 1127056929 | Phuoc H Nguyen | 01/30/06 | $144,384.00 | $170,504.79 | $184,000.00 | 4502 Red Lake Lane Richmond, TX 77469 |
| 1127058388 | Marcia Kay Sacco | 01/31/06 | $192,000.00 | $216,916.08 | $215,000.00 | 11 1854 Amakihi Mountain View, HI 96771 |
| 1127059243 | Kathy Trickett | 01/05/06 | $150,340.00 | $167,036.85 | $172,000.00 | 8171 Webster Road Strongsville, OH 44136 |
| 1127059246 | Jose A Astacio | 01/05/06 | $104,000.00 | $109,941.02 | $126,000.00 | 114 Gayleh Lane Waxahachie, TX 75165 |
| 1127059311 | Katrina L Shoemake | 01/13/06 | $162,400.00 | $181,776.38 | $255,000.00 | 1619 Camino Drive Forest Grove, OR 97116 |
| 1127059754 | Brian and Lisa Mariano | 01/05/06 | $156,000.00 | $173,486.56 | $224,900.00 | 3023 Northeast 132nd Avenue Vancouver, WA 98682 |
| 1127060746 | Kevin Mitchell | 01/31/06 | $ 75,920.00 | $ 90,865.10 | $ 99,900.00 | 588 CR 6769 Dayton, TX 77535 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127060935 | Humberto M Estrada | 01/31/06 | $254,400.00 | $273,418.62 | $340,000.00 | 4914 North Mayfields Avenue San Bernadino, CA 92407 |
| 1127056286 | Leonel Guerrero | 12/29/05 | $266,400.00 | $284,183.78 | $340,000.00 | 11843 Venetian Drive Moreno Valley, CA 92557 |
| 1127058663 | Everardo Gaxiola | 01/31/06 | $315,656.00 | $336,319.20 | $369,900.00 | 28282 Northmoore Place Menifee, CA 92584 |
| 1127059706 | Jose Dejesus Alvarado | 12/22/05 | $396,000.00 | $418,859.36 | $500,000.00 | 14618 Nurmi Street Sylmar, CA 91342 |
| 1127060066 | Juan Carlos Gonzalez | 12/16/05 | $448,000.00 | $499,521.27 | $540,000.00 | 20443 Hart Street Winnetka, CA 91306 |