# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact*

*D&G Reference: 215333*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000153761 | VINCENT | 8/31/2005 | $164,800.00 | $168057.46 | $190,000.00 | 7980 CARLOTTA ROAD SOUTH JACKSONVILLE, FL 32211 |
| 2000155383 | ELDER | 9/26/2005 | $149,548.00 | $159160.87 | $190,000.00 | 2703 FOX CREEK DR JACKSONVILLE, FL 32221 |
| 2000155124 | FLORES | 9/21/2005 | $287,920.00 | $290617.97 | $320,000.00 | 98 100 MAGNOLIA STREET BRIDGEPORT, CT 06610 |
| 2000154222 | MANRIQUE | 9/16/2005 | $335,244.00 | $360551.31 | $475,000.00 | 158 160 BROADWAY ELIZABETH, NJ 07206 |
| 2000154390 | WHITE | 9/8/2005 | $260,000.00 | $284949.50 | $199,000.00 | 1745 HILLSIDE AVENUE LANCASTER, CA 95633 |
| 2000151933 | BUDROW | 8/24/2005 | $288,000.00 | $306277.17 | $275,000.00 | 6880 FUNNEL WAY GARDEN VALLEY, CA 95633 |
| 2000151991 | LEYVA | 8/15/2005 | $316,000.00 | $329,243.72 | $310,000.00 | 4404 POROS COURT ELK GROVE, CA 95758 |
| 2000151714 | SANTOS | 8/31/2005 | $195,200.00 | $225,615.57 | $205,000.00 | 61-63 SUMMER STREET NEW LONDON, CT 06320 |
| 2000151839 | GUTIERREZ | 8/22/2005 | $172,000.00 | $176,147.93 | $175000.00 | 4592 LITTLE FINCH LN LAS VEGAS, NV 89115 |
| 2000152859 | RAMIREZ | 8/27/2005 | $540,000.00 | $582,503.54 | $540,000.00 | 305 CANNIKIN DRIVE SAN JOSE, CA 95115 |
| 2000152666 | P.RIVAS | 9/2/2005 | $255,200.00 | $277,369.90 | $240,000.00 | 1148 CHAMPAGNE CT MODESTO, CA 95351 |
| 2000154735 | SANCHEZ | 9/21/2005 | $107,100.00 | $110,993.78 | $107,000.00 | 2364 MAPLE AVE FORT MYERS, FL 33901 |
| 2000155248 | SPIGHT | 9/27/2005 | $74,500.00 | $77,413.11 | $72,000.00 | 3039 NEWPORT AVE OMAHA, NE 68112 |
| 2000152040 | PRADO | 8/25/2005 | $220,000.00 | $238,452.26 | $145,000.00 | 6216 SYMPHONY ST BAKERSFIELD, CA 93307 |
| 2000153163 | CLARK | 9/6/2005 | $120,000.00 | $127,319.28 | $160000.00 | 4528 LOVELAND PASS DRIVE W JACKSONVILLE, FL 32210 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 2000151863 | CASTILLO | 9/26/2005 | $207,200.00 | $212,129.40 | $242,000.00 | 2618 E CRESTHILL AVE LITTLETON, CO 80121 |
| 2000155128 | FRONTAN | 9/29/2005 | $88,000.00 | $93,787.17 | $117,000.00 | 72 S MARBRISA WAY KISSIMMEE, FL 34743 |
| 2000154459 | MCCANTS | 9/22/2005 | $158,525.00 | $171,762.53 | $195,000.00 | 7302 WILLOW PARK DR TAMPA, FL 33637 |