UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
       Debtors.

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No. 6273

_____/

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 87 Properties, filed by Countrywide Home Loans (Doc. #6273), and the Certification of Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Countrywide Home Loans, Inc. to exercise its rights under applicable law with respect to the 87 properties identified on the list attached hereto.

Dated: May 13, 2008

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE