## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **NEW CENTURY TRS HOLDINGS,** | ) | **Case No. 07-10416 (KJC)** |
| **INC., et al.,** | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## INTERIM FEE APPLICATION OF LAZARD FRÈRES & CO. LLC
## FOR THE FIRST INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Lazard Frères & Co. LLC for the First Interim Period</u> (the "Application").

## BACKGROUND

1.      Lazard Frères & Co. LLC ("Lazard") was retained as financial advisor to the Debtors-in-Possession.  In the Application, Lazard seeks approval of fees totaling $6,025,000.00[1],  and costs totaling $72,150.83  for its services from April 2, 2007, through July 31, 2007 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2006, and the United States Trustee Guidelines for Reviewing Applications for

---

[1]This amount consists of two sales transaction fees in the amounts of $6 million (consisting of a $4.25 million component and a $1.75 million component), and $25,000, respectively.

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on Lazard an initial report based on our review, and received a response from Lazard, portions of which response are quoted herein.

## DISCUSSION

3.      We note that Lazard is seeking $6,025,000 in fees for the Application Period, during which it recorded a total of 2,800.8 hours of activities devoted to these bankruptcy cases.  Thus, for this period, Lazard's imputed hourly rate is $2,151.17.

4.      Lazard's approved compensation structure includes a $200,000 monthly advisory fee, but all such fees are to be credited toward any transaction fees that might be earned.  See Engagement Agreement (Exhibit A to the Application) at 3.  Because the transaction fees sought by Lazard exceed the monthly advisory fees for the four months of the Application Period, Lazard does not include any monthly fees in calculating the total compensation ($6,025,000) for which it seeks interim approval.

5.      The Application states that Lazard has already earned a transaction fee equal to $4.25 million by virtue of the consummation of a "Sale Transaction" as defined in the retention order.  We understand that the sale of the Greenwich Assets for $58 million and the sale of the Carrington Assets for $184 million collectively constitute a Sale Transaction triggering the $4.25 million fee per the retention order.  The retention order further provides for Lazard to receive 5% of any excess beyond the purchase prices stated in the stalking-horse Greenwich and Carrington Agreements ($47 million and $147 million, respectively).  The excess equals $48 million, and 5% of $48 million is

$2.4 million. Thus, Lazard would be entitled to seek transaction fees totaling $6.65 million for the Greenwich and Carrington Assets, except that the retention order at p. 4 limits this total to $6 million.

6.      In addition to the $6 million relating to the sales of the Greenwich and Carrington Assets, Lazard claims a $25,000 transaction fee based on the sale of the Origination Business, as defined in the Retention Order. The retention order provides for a 5% transaction fee based on the purchase price of the Origination Business. Based on two sales aggregating $500,000, Lazard claims entitlement to a $25,000 fee.

7.      In our initial report, we noted that the Court has ruled that Lazard's fees will be subject to approval in accordance with the standard stated in section 328(a) of the Bankruptcy Code, except that (1) the U.S. Trustee's right to object under the reasonableness standard of section 330 of the Bankruptcy Code is preserved, and (2) the unsecured creditors' committee retained the right to object to the reasonableness of any Sale Transaction Fee described in clause (b)(i) of the Retention Order if the sale did not involve either the Carrington or the Greenwich Assets. In view of these provisions, we will reserve any recommendations regarding the transaction fees until Lazard files its final fee application or, if earlier, until the U.S. Trustee expresses an objection to the fees.

8.      In our initial report, we noted that Richard Puccio recorded 6.0 hours of time for traveling from Los Angeles to New York.

04/02/03      Puccio      6.0      Travel time LA to NYC

Mr. Puccio, however, did not provide any time entries indicating what he did in New York. In fact, this time entry is the only one for Mr. Puccio during the Application Period. We recognize that Mr. Puccio's time was not billed at an hourly rate; however, significant expenses (including several that

appear to have been billed twice) are associated with this trip.  From the April invoice:

| 4/19/2007 | Puccio-taxi from airport 04/03/2007 | 58.00 |
| 4/19/2007 | Puccio-to and from meeting/airport 04/03/2007 | 100.00 |
| 4/26/2007 | Puccio-AMERICAN AIRLINES NEW YORK NY 04/02/2007 | 1,839.50 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS EMERGENCY TRV 04/04/2007 | 19.00 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS EMERGENCY TRV 04/05/2007 | 19.00 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET  04/03/2007 | 36.00 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET  04/04/2007 | 36.00 |

From the May invoice:

| 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET  04/03/2007 | 36.00 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS PAPER TICKET  04/04/2007 | 36.00 |
| 4/26/2007 | Puccio-AMERICAN EXPRESS EMERGENCY TRV 04/05/2007 | 19.00 |
| 4/19/2007 | Puccio-taxi from airport 04/03/2007 | 58.00 |

We asked Lazard to explain Mr. Puccio's activities giving rise to these expenses, to explain the

apparently redundant entries totaling $149.00, and to explain why the associated expenses should

be considered reasonable and necessary.  Lazard provided the following response:

> Mr Puccio is a Director in Lazard's New York office.  Mr. Puccio traveled to Los
> Angles as part of Lazard's New Century deal team and worked for several weeks on
> various issues on behalf of the debtors prior to April 2, 2007.  Prior to April 2, 2007,
> Mr. Puccio became ill and checked into a hospital neaerby New Century's offices.
> On April 3, 2007, Mr. Puccio checked out of his hotel and returned to New York to
> seek further medical attention. Mr. Puccio's post-petition out-of-pocket costs totaled
> $2,107.50.

We appreciate this response and have no objection to the associated expenses, except to the extent

of duplication in the amount of $149.00.  We accordingly recommend a reduction of $149.00 in

expenses.

9.     In our initial report, we noted a time entry for 0.0 hours:

| 04/10/03 | Barna | 0.0 | Coordinated with management team regarding contents of presentation to investors |

We asked Lazard to explain this entry.  Lazard indicated that the time entry should reflect a half hour

of time and provided the following further response:

> Due to an administrative error, Lazard submitted Mr. Barna's time entry without the corresponding amount of hours extended.  Lazard regrets the error.

We appreciate this response.

10.    In our initial report, we noted several expenses that appear to have been billed twice, in addition to those cited above.  From the April invoice:

| 4/13/2007 | Braga-Late night work to home 04/06/2007 | 8.00 |
| 4/19/2007 | Lefkovits-BackToOfficeAfterAllNightMtg 04/02/2007 | 8.00 |
| 4/19/2007 | Lefkovits-Late night home from office 04/02/2007 | 9.00 |
| 4/27/2007 | Popat-IL FORNAIO - BEVERLY BEVERLY H 04/13/2007 | 20.00 |

From the May invoice:

| 4/13/2007 | Braga-Late night work to home 04/06/2007 | 8.00 |
| 4/19/2007 | Lefkovits-Late night home from office 04/02/2007 | 9.00 |
| 4/19/2007 | Lefkovits-BackToOfficeAfterAllNightMtg 04/02/2007 | 8.00 |
| 4/27/2007 | Popat-IL FORNAIO - BEVERLY BEVERLY H 04/13/2007 | 20.00 |

We asked Lazard to explain these expense entries.  Lazard provided the following response regarding the charges cited in paragraphs 8 and 10:

> Lazard reviewed the items in question and determined the expenses are redundant.  Lazard regrets the administrative error and proposes a reduction of its expense reimbursement request in the amount of $194.00.

We appreciate this response and note that, of the $194 reduction proposed by Lazard, an amount of $149 relates to items already addressed in paragraph 8.  Accordingly, for the items cited in this paragraph, we recommend a reduction of $45.00 in expenses.

11.    In our initial report, we noted a number of transportation, meal, and other charges for professionals who did not record any time on these cases during the Application Period:

| 4/19/2007 | Campbell-O 04/13/2007 20:00 CT / Origin: 30 ROCK Dest: CT / MEZ SERVICE LLC | 128.01 |

| | | |
|---|---|---|
| 5/21/2007 | Harari-YELLOW CAB FT LAUDERDALE FL 04/08/2007 | 48.00 |
| 5/21/2007 | Harari-CHICAGO CARRIAGE CAB 312-326-2 04/04/2007 | 38.25 |
| 5/21/2007 | Harari-MR TAXI MR TAXI CHICAGO IL 04/05/2007 | 7.45 |
| 5/25/2007 | Schweibold-indy-client mtg to apt (4/30) 05/01/2007 | 87.50 |
| 5/25/2007 | Schweibold-indianapolis-apt to hotel 4/29 04/30/2007 | 80.75 |
| 5/25/2007 | Schweibold-indy-hotel to client mtg 4/30 04/30/2007 | 14.60 |
| 5/21/2007 | Harari-LES MARAIS 310971463 NEW YORK  04/11/2007 | 20.00 |
| 5/21/2007 | Harari-LES MARAIS 310971463 NEW YORK  04/05/2007 | 20.00 |
| 5/25/2007 | Schweibold-indianapolis-snack-hudson-1p 04/30/2007 | 9.00 |
| 5/25/2007 | Schweibold-indianapolis-dinner-lasalsa-1p 04/30/2007 | 8.73 |
| 5/25/2007 | Schweibold-fishers-dinner-arbys-1p 04/29/2007 | 7.16 |
| 5/25/2007 | Schweibold-fishers-dinner-tacobell-1p 04/29/2007 | 6.16 |
| 5/25/2007 | Schweibold-indianapolis-brkfst-pantry-1p 04/30/2007 | 5.96 |
| 5/25/2007 | Schweibold-indianapolis-ny (coach) 4/30 04/30/2007 | 546.20 |
| 5/25/2007 | Schweibold-ny/indianapolis (coach) 4/29 04/29/2007 | 319.40 |
| 5/25/2007 | Schweibold-indy-residenceinn @ $139 4/29 04/30/2007 | 154.29 |
| 5/25/2007 | Schweibold-amex paper ticket fee (4/29) 04/29/2007 | 36.00 |
| 5/25/2007 | Schweibold-amex eticket fee (4/30) 04/30/2007 | 36.00 |
| 5/25/2007 | Schweibold-amex afterhours hotline (4/29) 04/29/2007 | 19.00 |
| 5/25/2007 | Schweibold-amex afterhours hotline (4/29) 04/29/2007 | 19.00 |
| 6/6/2007 | Gleason-CEO DELIVERIES 80000 CHICAGO I 05/06/2007 | 15.00 |
| 6/13/2007 | Murphy-M 12-APR-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 | Murphy-M 08-MAY-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 | Murphy-M 05-APR-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 | Murphy-M 09-MAY-2007 Lenny`s (48th St / SEAMLESSWEB PROFESSIONAL | 20.00 |

We asked Lazard to explain these charges.  Lazard provided a schedule of proposed credits for some

of these charges, which schedule is attached hereto as Response Exhibit 1.  Lazard also provided the

following response:

> Lazard has reviewed the at-issue items and proposes a reduction in the amount of
> $261.78 as detailed [in Response Exhibit 1].  Mr. Campbell and Mr. Harari spent de
> minimis hours working on behalf of the debtor and did not maintain detailed time
> entries.  Mr. Schweibold worked as a financial analyst in Lazard's New York office,
> who was not staffed full-time to the assignment but assisted the deal team by
> traveling to Indianapolis for several days to perform due diligence work in
> connection with the sale of the debtors' servicing business.  Mr. Schweibold, who is
> no longer employed at the firm, was unaware of the Courts time detail requirements
> and did not maintain records of his time.  Murphy and Gleason are "non-
> professionals" who work in Lazard's New York and Chicago Word
> Processing/Graphics departments and do not record their time for submission to the
> Court but provide valuable support to the professionals working on this case after

normal business hours and on weekends when full-time staff is unavailable in order to complete the projects in demand.

We accept this response and recommend a reduction of $261.78 in expenses.

12.    In our initial report, we noted a number of expense entries for late-night or overtime local transportation or meals that do not appear to be justified by corresponding time entries for the date on which the expense was incurred.  See Exhibit A.  The number of hours worked is indicated in parentheses for each item.  We asked Lazard to explain these charges for days on which the professional in question spent little or no time working on these bankruptcy cases.  Lazard provided the following response:

> The Initial Report requests an explanation as to why Lazard professionals incurred the transportation and/or meal expenditures for the items listed in Exhibit A to the initial report on dates where professionals list little or no time details.
>
> Lazard attempted to compare the expenses listed in Exhibit A with the various professionals' detailed times entries and concluded that inadequate time details were maintained for the dates in question.  However, Lazard submits that the reimbursement sought from the estate represents the actual or voluntarily reduced amounts incurred.  Lazard apologies for the incomplete recording of time details by these individuals and proposes a "good-faith" reduction of 50%, or $461.00, of the reimbursement sought.

We appreciate this response but do not believe that Lazard has met its burden of proof regarding these charges in the absence of confirmatory time records.  Accordingly, we recommend a reduction of $922.00 in expenses.

13.    In our initial report, we noted several inadequately detailed local transportation charges:

| | | |
|---|---|---|
| 5/11/2007 | Skrodzki-Taxi from Airport to Home 04/14/2007 | 90.00 |
| 5/11/2007 | Skrodzki-Taxi to airport in Newark 04/15/2007 | 44.10 |

6/6/2007          Barna-INDIANAPOLIS YELLOW Mtg To Airport 04/18/2007                    63.00

For each such expense entry, we asked Lazard to provide further detail including the specific point

of origin and the destination.  Lazard provided a response that is attached hereto as response Exhibit

2, in which Lazard supplemented the description of each item.  We accept this response and have

no objection to these expense items.

      14.    In our initial report, we noted a number of instances in which Lazard professionals

used car services rather than taxis  without explanation.  See Exhibit B.  We asked Lazard to explain

why a car service was used in each instance and provide further information for these trips.  Lazard

provided the following response:

> The Initial Report requests an explanation as to why Lazard professionals used car
> service in lieu of taxis for those trips listed in Exhibit B of the initial report.
> Additionally, the report requests the specific points of origin and destination for each
> trip where not already provided.

> With respect to local travel, Lazard's general policy enables employees to travel by
> taxi or private car service to and from meetings while rendering services to a client
> on a client related matter, for which the client is charged.  This policy is based on
> Lazard's determination that travel by taxi or private car service is the most efficient
> use of a professional's time. Lazard employees are not permitted to charge
> commutation expenses to a client unless the employee is traveling after 8:00 p.m. or
> on a weekend on the client related matter.

> Lazard has reviewed charges listed in Exhibit B totaling $3.908.74 and determined
> the expenses adhere to firm policy.  However Lazard acknowledges that taxis or other
> less expensive modes of transportation may have been available in some instance and
> proposes a "good-faith" reduction of 50%, or $1,954.37, in the amount to charge the
> estate for local transportation charges.

We appreciate this response and believe the proposed reduction is reasonable.  Accordingly, we

recommend a reduction of $1,954.37 in expenses.

      15.    In our initial report, we noted one meal charge that appears to exceed our standard

of reasonableness.

| 5/2/2007 | Geller-Bfast - Hyatt Irvine - 1p 04/04/2007 | 40.42 |

We generally apply a standard of reasonableness under which breakfasts costs are limited to $15 per

person.  We asked Lazard to explain why this charge should be considered reasonable.  Lazard

provided the following response:

> Lazard reviewed the item in question and determined the expense amount did exceed
> the Fee Auditor's recommended allowance of $15.

We appreciate this response and recommend a reduction of $25.42 in expenses.

16.     In our initial report, we noted a number of other expense items in which a number of

meals are lumped together into one charge:

| 5/24/2007 | Skrodzki-CROWNE PLAZA CA/ In-room (dinners) for length of stay (04/21/07- 04/28) 04/28/2007 | 145.00 |
| 5/24/2007 | Skrodzki-MARRIOTT CA/ In-room (dinners) for length of stay (04/15/07- 04/21) 04/21/2007 | 130.52 |
| 5/24/2007 | Skrodzki-CROWNE PLAZA CA/ In-room (dinners) for length of stay (04/28/07- 05/04) 05/05/2007 | 129.32 |

We asked Lazard to break down each of these charges into discrete charges for individual meals.

Lazard provided the following response:

> Due to the passage of time, the hotels where Mr. Skrodzki was staying could not
> readily provide the exact number of breakfast, lunch and dinner meals incurred.
> Therefore, Lazard proposes to voluntarily reduce each charge to $50, the Fee
> Auditor's recommended dinner allowance for (1) person, for a total reduction
> $254.84, as noted above.

We appreciate this response and recommend a reduction of $254.84 in expenses.

17.     In our initial report, we noted a number of charges for items predating Lazard's

retention as of April 2, 2007:

| | | |
|---|---|---:|
| 5/4/2007 | Barna-CING WRLS2/12-3/11/07 04/03/2007 | 95.18 |
| 5/4/2007 | Barna-HYATT3/31 LAbreakfast 04/03/2007 | 15.00 |
| 5/11/2007 | Skrodzki-HYATT IRVINE CA - In-room (dinners) for length of stay (03/12/07- 04/06/07) 04/06/2007 | 334.25 |
| 5/24/2007 | Skrodzki-HYATT IRVINE CA - In-room (dinners) for length of stay (03/12/07- 04/06/07) 05/11/2007 | 210.64 |
| 5/4/2007 | Barna-HYATT3/31 LAgym 04/03/2007 | 20.00 |
| 5/4/2007 | Barna-HYATT4/1 LA gym 04/03/2007 | 20.00 |
| 5/3/2007 | Barna-Carfrom Mtg to Client HQ in CA 04/01/2007 | 25.00 |
| 5/4/2007 | Barna-GELSON'S MARKETS LA dinner1 04/01/2007 | 11.79 |
| 5/3/2007 | Barna-Carfrom Mtg to Client HQ in CA 04/01/2007 | 25.00 |
| 4/27/2007 | Popat-HARPER EXPRESS 06000 LOS ANGEL 04/01/2007 | 10.72 |
| 4/30/2007 | Mandava-PIZZA CAPRI CHICAGO IL 04/01/2007 | 14.34 |
| 4/19/2007 | Lefkovits-Sunday to office from home 04/01/2007 | 8.50 |
| 5/10/2007 | Lefkovits-AA055Buy@ArprtJFK/LAXcoach3/23 04/23/2007 | 919.40 |
| 5/11/2007 | Skrodzki-HYATT CA/$269 nt, Check-in: 03/12/07, Check-Out: 04/06/07- 04/06/2007 | 7,047.23 |
| 5/11/2007 | Skrodzki-HERTZ ORANGE COUNTY/Pick-Up: 03/16/2007, Drop-Off: 04/05/07- 04/05/2007 | 1,846.36 |
| 5/11/2007 | Skrodzki-HYATT IRVINE CA Parking (03/12/07-04/06/07) - 04/06/2007 | 360.00 |
| 6/13/2007 | Skrodzki-M 10-MAR-2007 Akdeniz / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 8/3/2007 | Kurtz-CHI O'Hare to Home 03/09/2007 | 40.00 |
| 8/3/2007 | Kurtz-CHI O'Hare to Home 03/23/2007 | 45.00 |
| 8/3/2007 | Kurtz-CHI O'Hare to Office 03/30/2007 | 45.00 |
| 8/3/2007 | Kurtz-Denver Airport to Breckenridge 03/16/2007 | 202.81 |
| 8/3/2007 | Kurtz-Irvine Airport to Hotel 03/19/2007 | 15.00 |
| 8/3/2007 | Kurtz-Irvine Parking at Hotel 03/28/2007 | 25.00 |
| 8/20/2007 | Geller-Dinner - Santa Fe, NYC - 1p 03/06/2007 | 20.00 |
| 8/20/2007 | Geller-Bfast - Boudin Bakery, SFO -1p 03/19/2007 | 2.39 |
| 8/8/2007 | Lefkovits-Lunch - No name, 1p 03/30/2007 | 10.00 |

We asked Lazard to explain why each of these charges should be considered reimbursable.  Lazard

provided the following response:

> Lazard has reviewed the items in question and determine that all or a portion of each charge did pre-date Lazard's April 2, 2007 retention.  Lazard regrets this administrative oversight and proposes a reduction of its expense reimbursement request in the amount of $10,331.09 as noted in the table above.

We appreciate this response and recommend a reduction of $10,331.09 in expenses.

18.    In our initial report, we noted a number of charges for temporary wages:

| 5/4/2007 | Braga-Word processing job charges / HEADWAY CORPORATE RESOURCES CORP. | 86.76 |
| 5/4/2007 | Braga-Word processing job charges / HR STAFFING, INC. | 35.94 |
| 5/4/2007 | Braga-Word processing job charges / CUSTOM STAFFING | 21.84 |
| 5/4/2007 | Barna-Word processing job charges / TIGER INFORMATION SYSTEMS | 9.51 |
| 5/4/2007 | Braga-Word processing job charges / CUSTOM STAFFING | 8.22 |
| 5/4/2007 | Barna-Word processing job charges / CUSTOM STAFFING | 5.16 |
| 5/15/2007 | Braga-Word processing job charges / CUSTOM STAFFING | 21.76 |
| 5/15/2007 | Braga-Word processing job charges / HR STAFFING, INC. | 10.27 |
| 5/15/2007 | Braga-Word processing job charges / HR STAFFING, INC. | 6.94 |
| 6/1/2007 | Barna-Word processing job charges / CUSTOM STAFFING | 17.73 |
| 6/1/2007 | Barna-Word processing job charges / HEADWAY CORPORATE RESOURCES CORP. | 17.54 |
| 6/27/2007 | Sacripanti-Word processing job charges / TIGER INFORMATION SYSTEMS | 32.44 |
| 6/27/2007 | Sacripanti-Word processing job charges / TIGER INFORMATION SYSTEMS | 22.72 |
| 6/27/2007 | Braga-Word processing job charges / TIGER INFORMATION SYSTEMS | 0.83 |

We asked Lazard to explain how the billing of temporary-wage expenses to the estate is consistent with Lazard's retention on a flat-fee basis.  Lazard provided the following response:

> Lazard utilizes temporary employment services to efficiently staff the Word Processing and Graphics department on an as needed basis over the weekends and/or after normal business hours when full-time staff is unavailable or cannot efficiently complete the projects in demand (presentations, memorandums, etc.) due to the various time constraints of any given client matter.

We appreciate this response and note that the engagement letter attached as Exhibit A to Lazard's employment application appears to anticipate expenses of this sort.  Accordingly, we have no objection to these charges.

19.    In our initial report, we noted an exceptionally high rental-car charge:

| 5/24/2007 | Skrodzki-HERTZ ORANGE COUNTY Pick-up: 4/20/07  Drop Off: 05/04/07-05/04/2007 | 1,203.45 |

That works out to $86 per day over a two-week period.  We asked Lazard to explain why the rate was so high.  Lazard provided the following response:

> Lazard reviewed the charge listed above and determine the amount requested was the

actual amount incurred.  However, Lazard would be agreeable to a reduction of 25% or $300.86 as a more reasonable amount to charge the estate for a rental-car charge.

We appreciate this response and recommend a reduction of $300.86 in expenses.

    20.    In our initial report, we noted one charge for business-class airfare:

5/24/2007    Skrodzki-AA / LAX to JFK- Business, JFK to LAX- Business - 05/11/2007    1,537.64

We asked Lazard to explain why this charge should be considered reasonable.  Lazard provided the

following response:

> Lazard has reviewed the item in question and proposes a reduction of $422.64 to the comparable full coach fare of $1,115.00 quoted to Lazard by American Express Travel Services.

We appreciate this response and recommend a reduction of $422.64 in expenses.

    21.    In our initial report, we noted three lodging charges that appear to exceed our standard

of reasonableness:

| | | |
|---|---|---|
| 6/4/2007 | Kurtz-NYC 1nt New York Palace 04/11/2007 | 450.00 |
| 6/4/2007 | Kurtz-NYC 1nt New York Palace 04/05/2007 | 450.00 |
| 6/8/2007 | Mandava-NYC 3nts Grand Hyatt 04/30/2007 | 1,350.00 |

Generally, we apply a standard of reasonableness whereby lodging charges in New York City are

limited to $350 per person per night before taxes.  We asked Lazard to explain why these charges

should be considered reasonable.  Lazard provided the following response:

> Mr. Kurtz is a Managing Director and Mr. Mandava is a Director in Lazard's Chicago office.  Lazard confirms that the lodging charges in question were incurred while traveling to New York on client related matters.  Prior to submitting its request for reimbursement Lazard reduced the actual lodging charges to a more reasonable rate of $450/night.  The actual room rates paid by Messrs. Kurtz and Mandava significantly exceeded the $450 amount shown.

We appreciate this response, but do not believe it presents a basis for an exception to our standard.

Accordingly, we recommend a reduction of $500.00 in expenses.

22.    In our initial report, we noted a charge for rental of a meeting room on a date when

the professional's time records do not reflect that he met with anyone:

6/20/2007                Lefkovits-Mtg rm - Hilton, Chicago - 6p 04/27/2007            487.39

Instead, Mr. Lefkovits's time entries show that he spent 1.1 hours making phone calls.  We asked

Lazard to explain this expense item.  Lazard provided the following response:

> Mr. Lefkovits is a Director in Lazard's New York office.  Mr. Lefkovits flew to
> Chicago on Sunday, April 22, 2007 on behalf of the debtors and utilized a meeting
> room at the Chicago Hilton hotel with members of the debtors' management for three
> and half hours.  An entry for 7.5 hours in connection with the meeting and round-trip
> travel between New York and Chicago was inadvertently omitted from Mr. Lefkovits
> Details of Hours Expended.

We accept this response and have no objection to this charge.

23.    In our initial report, we noted what appear to be three charges for the purchase of

clothing:

5/24/2007      Skrodzki-BROOKS BROTHERS #614 COSTA MES 04/30/2007            127.31
6/6/2007       Barna-BROOKBROTHERCAreplacementcloth 04/30/2007               318.95
8/20/2007      Geller-Macy's - Attire 05/06/2007                            21.55

We asked Lazard to explain why these charges are appropriately billed to the estate.  Lazard provided

the following response:

> Mr. Barna, Mr. Skrodzki and Mr. Geller are all banking professionals in Lazard's
> New York office who traveled to the client's offices in California on relatively short
> notice and were required stayed for an extended period of time.

We appreciate this response; however, it does not explain why the clothing purchased on these

occasions was not re-usable and did not have lasting value to the purchasers.  Without such an

explanation, the response does not suffice to justify the charging of these items to the estate.  We

accordingly recommend a reduction of $467.81 in expenses.

24.    In our initial report, we noted an unusually high charge for internet access:

| 6/6/2007 | Barna-VZW APO CA4Broadbandaccesscard 04/24/2007 | 469.56 |

We asked Lazard to explain this charge.  Lazard provided the following response:

> The debtor was unable to provide Lazard on-site access to the internet.  Lazard therefore contracted directly with Verizon for (4) broadband wireless cards.

We accept this response and have no objection to this charge.

## CONCLUSION

25.    Thus we recommend approval of fees totaling $6,025,000.00 and expenses in the amount of $56,516.02 ($72,150.83 minus $15,634.81) for Lazard's services from April 2, 2007, through July 31, 2007.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050
          Mark W. Steirer
          Texas State Bar No. 19139600

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First-Class United States mail to the attached service list on this13th day of May 2008.

_____
Warren H. Smith

## SERVICE LIST

**The Applicant**
Ari Lefkovits
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY  10020
(212) 632-6000

**United States Trustee**
Joseph J. McMahon, Jr.
U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

**Counsel to the Debtors**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Paul N. Heath, Esq.
Chris M. Samis, Esq.
Richards, Layton & Finger, P.A.
920 N. King St.
One Rodney Square
Wilmington, DE 19801

**Counsel to the Debtors**
Suzzanne Uhland, Esq.
Ben H. Logan, Esq.
Victora A. Newmark, Esq.
Andrew M. Parlen, Esq.
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

**Counsel to the Debtors**
Shannon Lowry Nagle, Esq.
O'Melveny &Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Counsel to the Debtors**
Ivan Lerer Kallick, Esq.
Manatt Phelps & Phillips, LLP
11344 W. Olympic Blvd.
Los Angeles, CA 90064

**Counsel for Crisis Managers**
Sheldon S. Toll, Esq.
Attorneys for AP Services, LLC
2000 Town Center, Suite 2550
Southfield, MI 48075

**Accounting and Tax Advisor
for the Debtors**
Gary A. Grush
Grant Thornton LLP
18400 Von Karman Ave., Suite 900
Irvine, CA 92612

**Accounting and Tax Advisor
for the Debtors**
Ari Lefkovits, Director
Lazard Freres & Co., LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020

**Accounting and Tax Advisor
for the Debtors**
Jeffrey R. Boyle, Esq.
PricewaterhouseCoopers LLP
Two Commerce Square, Ste. 1700
2001 Market St.
Philadelphia, PA 19103

**Counsel to the Official Committee of
Unsecured Creditors**
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome, LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**
Mark S. Indelicato, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
14th & 15th Floors
New York, NY 10022

**Financial Advisor to the Official Committee of Unsecured Creditors**
Samuel Star
FTI Consulting, Inc.
Three Times Square
New York, NY 10036

**Examiner**
Michael J. Missal, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

**Counsel to the Examiner**
Edward M. Fox, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
599 Lexington Ave.
New York, NY 10022

**Counsel to the Examiner**
Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Accountants and Financial Advisor to the Examiner**
William K. Lenhart
Naushon Vanderhoop
BDO Seidman, LLP
330 Madison Ave., 10th Floor
New York, NY 10017

**Special Counsel to the Audit Subcommittee**
Peter Benvenutti, Esq.
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

**Special Counsel - OCP**
Diana M. Thimmig, Esq.
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, OH 44115

**Sheppard, Mullin, Richter & Hampton LLP**
Mette H. Kurth, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

**Special Litigation Counsel to Debtors**
Jeffrey Tidus, Esq.
Baute & Tidus LLP
777 S. Figueroa Street, Ste. 4900
Los Angeles, CA 90017

<u>Exhibit A</u>

| | | |
|---|---|---|
| 4/13/2007 (0.5 hour) | Braga-Late night work to home 04/02/2007 | 7.00 |
| 4/19/2007 (0.0 hour) | Lefkovits-Sunday to office from home 04/01/2007 | 8.50 |
| 5/1/2007 (0.0 hour) | Popat-dinner in office-no receipt 04/17/2007 | 10.00 |
| 6/26/2007 (2.5 hour) | Braga-Weekend work to home 06/16/2007 | 28.00 |
| 6/26/2007 (0.0 hour) | Braga-Weekend work to home 05/05/2007 | 16.00 |
| 6/26/2007 (1.5 hours) | Skrodzki-Taxi Home- Late Night 05/21/2007 | 7.80 |
| 6/26/2007 (1.5 hours) | Skrodzki-Taxi Home- Late Night 05/22/2007 | 7.00 |
| 6/26/2007 (0.0 hour) | Braga-Late night work to home 05/04/2007 | 7.00 |
| 6/1/2007 (0.0 hour) | Popat-NEWSROOM CAFÉ LOS ANGELES CA 04/14/2007 | 20.00 |
| 6/13/2007 (1.3 hours) | Lefkovits-M 24-MAY-2007 Fresco by Scotto / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (0.0 hour) | Geller-M 09-MAY-2007 Mangia e Bevi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (1.5 hours) | Braga-M 31-MAY-2007 Lenny`s (48th St / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (2.5 hours) | Braga-M 01-JUN-2007 Mangia e Bevi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (0.0 hour) | Braga-M 15-APR-2007 SIAM INN NY / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (0.0 hour) | Barna-M 25-APR-2007 Ravagh / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (1.0 hour) | Barna-M 19-APR-2007 Wild Edibles / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (2.5 hours) | Braga-M 29-MAY-2007 Mangia e Bevi / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (2.0 hours) | Skrodzki-M 29-MAY-2007 Osaka Sushi & Ba / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (0.0 hour) | Barna-M 06-MAY-2007 Shun Lee Palace / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (0.0 hour) | Lefkovits-M 01-MAY-2007 Josie's / SEAMLESSWEB PROFESSIONAL | 20.00 |
| 6/13/2007 (1.5 hours) | Skrodzki-M 12-MAY-2007 Bread Factory Ca / SEAMLESSWEB PROFESSIONAL | 15.36 |
| 6/13/2007 (2.0 hours) | Braga-M 22-APR-2007 Mangia e Bevi / SEAMLESSWEB PROFESSIONAL | 14.83 |
| 6/13/2007 | Skrodzki-M 22-APR-2007 Mangia e Bevi / SEAMLESSWEB | 14.82 |

| | | |
|---|---|---:|
| (0.0 hour) | PROFESSIONAL | |
| 6/13/2007 | Skrodzki-M 28-APR-2007 Fresh Basil's / SEAMLESSWEB | 14.65 |
| (2.5 hours) | PROFESSIONAL | |
| 6/13/2007 | Barna-M 28-APR-2007 Fresh Basil's / SEAMLESSWEB | 14.64 |
| (2.0 hours) | PROFESSIONAL | |
| 6/13/2007 | Barna-M 05-MAY-2007 Fresh Basil's / SEAMLESSWEB | 13.58 |
| (0.0 hour) | PROFESSIONAL | |
| 6/13/2007 | Braga-M 05-MAY-2007 Fresh Basil's / SEAMLESSWEB | 13.58 |
| (0.0 hour) | PROFESSIONAL | |
| 6/13/2007 | Barna-M 05-MAY-2007 Midtown Restaura / SEAMLESSWEB | 10.81 |
| (0.0 hour) | PROFESSIONAL | |
| 6/1/2007 | Popat-MARRIOTT 33797IRVINEIRVINE CA 04/28/2007 | 32.00 |
| (0.0 hour) | | |
| 6/1/2007 | Popat-MARRIOTT 33797IRVINEIRVINE CA 04/21/2007 | 9.63 |
| (0.0 hour) | | |
| 6/6/2007 | Barna-ON THE R MISSION VIEJO4/12dinn 04/16/2007 | 100.00 |
| (1.0 hour) | | |
| 6/7/2007 | O'Dowd Jr.-Lunch - Mangia, NYC - 5p 05/11/2007 | 117.30 |
| (0.0 hour) | | |
| 6/7/2007 | O'Dowd Jr.-Bfast - Cafe Metro, NYC - 6p 05/03/2007 | 63.21 |
| (0.0 hour) | | |
| 6/18/2007 | O'Dowd Jr.-Lunch - Greenery, Wilm DE-1p 05/07/2007 | 7.67 |
| (0.0 hour) | | |
| 6/21/2007 | Geller-Dinner - Hyatt, Irvine, CA -1p 05/07/2007 | 50.00 |
| (2.0 hours) | | |
| 6/21/2007 | Geller-Lunch - Maggiano's, CA - 2p 05/07/2007 | 25.00 |
| (2.0 hours) | | |
| 6/21/2007 | Geller-Bfast - Hyatt, Irvine, CA -1p 05/08/2007 | 15.00 |
| (1.0 hour) | | |
| 6/21/2007 | Geller-Bfast - Hyatt, Irvine, CA -1p 05/07/2007 | 15.00 |
| (2.0 hours) | | |
| 6/21/2007 | O'Dowd Jr.-Dinner - Maloney, NYC - 3p 05/15/2007 | 32.09 |
| (0.0 hour) | | |
| 6/21/2007 | Geller-Lunch - HMSHost, CA - 1p 05/08/2007 | 11.53 |
| (1.0 hour) | | |

### Exhibit B

| | | |
|---|---|---|
| 5/3/2007 | Barna-Car from LAX to Irvine Hotel 04/09/2007 | 130.00 |
| 5/3/2007 | Barna-Car from ClientHQ to restauran 04/06/2007 | 38.00 |
| 5/3/2007 | Barna-CarfromClientHQtoMtg in CA 04/04/2007 | 28.00 |
| 5/3/2007 | Barna-Carfrom Mtg to Client HQ in CA 04/01/2007 | 25.00 |
| 5/7/2007 | Braga-O 04/23/2007 23:16 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 5/7/2007 | Braga-O 04/25/2007 22:10 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 5/7/2007 | Braga-O 04/24/2007 20:53 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 5/7/2007 | Barna-O 04/25/2007 20:15 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 25.50 |
| 5/11/2007 | Skrodzki-SAM'S EXPRESS FTN VALLEY CA/New Century office to airport/ 04/05/2007 | 125.00 |
| 5/18/2007 | Barna-O 05/10/2007 20:50 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 54.57 |
| 5/18/2007 | Barna-O 05/09/2007 23:20 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 34.68 |
| 5/21/2007 | Mandava-WilmDE Court to Phil Airport 04/10/2007 | 124.34 |
| 5/21/2007 | Mandava-Phil Airport to Wilmington 04/12/2007 | 105.76 |
| 5/24/2007 | Skrodzki-BOSTON COACH CORP - EVERETT MA 05/10/2007 | 132.63 |
| 5/25/2007 | Barna-Car-CAClient to LAXw/HotelStop 05/02/2007 | 200.00 |
| 5/25/2007 | Barna-From LA airprt To Irvine hotel 04/30/2007 | 100.00 |
| 5/25/2007 | Barna-Car from NYC office to JFK 04/29/2007 | 80.00 |
| 5/25/2007 | Barna-Car from office to LGA 05/07/2007 | 70.00 |
| 5/25/2007 | Barna-CarFromCAHotel/Store/Wait/Retu 04/11/2007 | 50.00 |
| 5/25/2007 | Barna-Car-SantaAnaserviceMt/IrvineMt 04/12/2007 | 50.00 |
| 5/25/2007 | Barna-Car-IrvineMt/SantaAnaServiceMt 04/12/2007 | 45.00 |
| 5/25/2007 | Lefkovits-O 05/15/2007 22:35 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 5/25/2007 | Lefkovits-O 05/16/2007 20:45 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 5/25/2007 | Barna-O 05/15/2007 22:20 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 25.50 |
| 5/25/2007 | Barna-O 05/14/2007 23:00 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 24.48 |
| 6/4/2007 | Kurtz-LAX to Irvine 04/02/2007 | 121.75 |
| 6/4/2007 | Kurtz-SMandava Phil Airport to Wilm 04/03/2007 | 103.00 |
| 6/6/2007 | Barna-ORANGECNTYYELLOWcarArptToHotel 05/02/2007 | 127.00 |
| 6/6/2007 | Barna-LATAXICOOPGARDENACAarptToHotel 04/09/2007 | 120.00 |
| 6/6/2007 | Barna-TOWNCARINDIANAPOLISairprtToHot 04/17/2007 | 85.00 |
| 6/6/2007 | Barna-ALL TAXI NY fromairprt to home 05/08/2007 | 34.80 |
| 6/6/2007 | Barna-LATAXICOOPSantaMonicaToLAX 05/02/2007 | 30.30 |
| 6/7/2007 | O'Dowd Jr.-Short Hills-Summit/NwkPenn-5/7 05/08/2007 | 72.00 |
| 6/7/2007 | O'Dowd Jr.-Short Hills-Metropk/Summit-5/7 05/08/2007 | 72.00 |

| | | |
|---|---|---|
| 6/7/2007 | O'Dowd Jr.-Short Hills - Nwk/Summit -4/25 04/26/2007 | 66.00 |
| 6/8/2007 | Mandava-CHI Home to O'Hare 04/08/2007 | 92.00 |
| 6/8/2007 | Mandava-CHI Home to O'Hare 04/02/2007 | 67.00 |
| 6/8/2007 | Mandava-CHI O'Hare to Home 04/12/2007 | 67.00 |
| 6/8/2007 | Mandava-CHI Home to O'Hare 04/30/2007 | 67.00 |
| 6/8/2007 | Mandava-CHI Office to O'Hare 04/11/2007 | 67.00 |
| 6/13/2007 | Lefkovits-R 04/09/2007 16:40 KENNEDY AIR / Origin: 50 WEST 50TH STREET Dest: KENNEDY AIRPORT / ROYAL DISPATCH SERVICES, INC. | 107.36 |
| 6/13/2007 | Lefkovits-R 04/10/2007 00:03 111 EAST 80 / Origin: NEWARK AIRPORT,NJ Dest: 111 EAST 80TH STREET / ROYAL DISPATCH SERVICES, INC. | 93.84 |
| 6/13/2007 | Geller-R 04/05/2007 05:13 18 WEST 71S / Origin: NEWARK AIRPORT,NJ Dest: 18 WEST 71ST STREET / ROYAL DISPATCH SERVICES, INC. | 93.84 |
| 6/13/2007 | O'Dowd Jr.-R 04/23/2007 11:00 "NEWARK AIR / Origin: 605 3RD AVENUE Dest: NEWARK AIRPORT,NJ / ROYAL DISPATCH SERVICES, INC. | 73.44 |
| 6/13/2007 | Lefkovits-R 04/22/2007 18:16 EAST 80TH S / Origin: LAGUARDIA AIRPORT Dest: EAST 80TH STREET / ROYAL DISPATCH SERVICES, INC. | 65.79 |
| 6/13/2007 | Braga-R 04/19/2007 06:50 PENN STATIO / Origin: EAST 84TH STREET Dest: PENN STATION / ROYAL DISPATCH SERVICES, INC. | 60.95 |
| 6/13/2007 | Geller-R 04/25/2007 19:05 71ST CENTRA / Origin: 50 WEST 50TH STREET Dest: 71ST CENTRAL PARK WEST / ROYAL DISPATCH SERVICES, INC. | 41.31 |
| 6/13/2007 | Murphy-R 04/13/2007 03:02 BROOKLYN 30 / Origin: 50 WEST 50TH STREET Dest: BROOKLYN 300 8TH AVE BK NY 11215 / ROYAL DISPATCH SERVICES, INC. | 38.76 |
| 6/22/2007 | Lefkovits-O 06/14/2007 20:05 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 6/29/2007 | Geller-R 05/09/2007 00:32 72ND STREET / Origin: NEWARK AIRPORT,NJ Dest: 72ND STREET  & COLUMBUS / ROYAL DISPATCH SERVICES, INC. | 78.39 |
| 6/29/2007 | Kurtz-R 05/18/2007 06:41 LAGUARDIA A / Origin: 455 MADISON AVENUE Dest: LAGUARDIA AIRPORT / ROYAL DISPATCH SERVICES, INC. | 51.41 |
| 6/29/2007 | Lefkovits-R 05/17/2007 11:35 1 CHASE MAN / Origin: 49 WEST 49TH STREET Dest: 1 CHASE MANHATTAN PLAZA / ROYAL DISPATCH SERVICES, INC. | 34.12 |
| 6/29/2007 | Lefkovits-O 06/19/2007 23:45 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 31.62 |
| 6/29/2007 | Braga-O 06/19/2007 00:10 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 29.58 |
| 6/29/2007 | Sacripanti-O 06/19/2007 20:45 M / Origin: 30 ROCK Dest: M / MEZ SERVICE LLC | 25.50 |

| | | |
|---|---|---|
| 8/30/2007 | Geller-R 06/26/2007 18:50 PENN STATIO / Origin: 49 WEST 49TH STREET Dest: PENN STATION / ROYAL DISPATCH SERVICES, INC. | 20.00 |
| 8/3/2007 | Kurtz–Wilmington Hotel to PHL Arport 04/12/2007 | 225.00 |

<u>Response Exhibit 1</u>

| Date | Description | Invoice Amount | Proposed Credit |
|------|-------------|---------------|-----------------|
| 4/19/2007 | Campbell-O 04/13/2007 20:00 CT / Origin: 30 ROCK Dest: CT / MEZ SERVICE LLC | 128.01 | (128.01) |
| 5/21/2007 | Harari-YELLOW CAB FT LAUDERDALE FL 04/08/2007 | 48.00 | (48.00) |
| 5/21/2007 | Harari-CHICAGO CARRIAGE CAB 312-326-2 04/04/2007 | 38.25 | (38.25) |
| 5/21/2007 | Harari-MR TAXI MR TAXI CHICAGO IL 04/05/2007 | 7.45 | (7.45) |
| 5/25/2007 | Schweibold-indy-client mtg to apt (4/30) 05/01/2007 | 87.50 | 0.00 |
| 5/25/2007 | Schweibold-indianapolis-apt to hotel 4/29 04/30/2007 | 80.75 | 0.00 |
| 5/25/2007 | Schweibold-indy-hotel to client mtg 4/30 04/30/2007 | 14.60 | 0.00 |
| 5/21/2007 | Harari-LES MARAIS 310971463 NEW YORK 04/11/2007 | 20.00 | (20.00) |
| 5/21/2007 | Harari-LES MARAIS 310971463 NEW YORK 04/05/2007 | 20.00 | (20.00) |
| 5/25/2007 | Schweibold-indianapolis-snack-hudson-1p 04/30/2007 | 9.00 | 0.00 |
| 5/25/2007 | Schweibold-indianapolis-dinner-lasalsa-1p 04/30/2007 | 8.73 | 0.00 |
| 5/25/2007 | Schweibold-fishers-dinner-arbys-1p 04/29/2007 | 7.16 | 0.00 |
| 5/25/2007 | Schweibold-fishers-dinner-tacobell-1p 04/29/2007 | 6.16 | 0.00 |
| 5/25/2007 | Schweibold-indianapolis-brkfst-pantry-1p 04/30/2007 | 5.96 | 0.00 |
| 5/25/2007 | Schweibold-indianapolis/ny (coach) 4/30 04/30/2007 | 546.20 | 0.00 |
| 5/25/2007 | Schweibold-ny/indianapolis (coach) 4/29 04/29/2007 | 319.40 | 0.00 |
| 5/25/2007 | Schweibold-indy-residenceinn @ $139 4/29 04/30/2007 | 154.29 | 0.00 |
| 5/25/2007 | Schweibold-amex paper ticket fee (4/29) 04/29/2007 | 36.00 | 0.00 |
| 5/25/2007 | Schweibold-amex eticket fee (4/30) 04/30/2007 | 36.00 | 0.00 |
| 5/25/2007 | Schweibold-amex afterhours hotline (4/29) 04/29/2007 | 19.00 | 0.00 |
| 5/25/2007 | Schweibold-amex afterhours hotline (4/29) 04/29/2007 | 19.00 | 0.00 |
| 6/6/2007 | Gleason-CEO DELIVERIES 80000 CHICAGO I 05/06/2007 | 15.00 | 0.00 |
| 6/13/2007 | Murphy-M 12-APR-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 | 0.00 |
| 6/13/2007 | Murphy-M 08-MAY-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 | 0.00 |
| 6/13/2007 | Murphy-M 05-APR-2007 Bocca / SEAMLESSWEB PROFESSIONAL | 20.00 | 0.00 |
| 6/13/2007 | Murphy-M 09-MAY-2007 Lenny`s (48th St / SEAMLESSWEB PROFESSIONAL | 20.00 | 0.00 |
| | | 1,706.46 | (261.78) |

Response Exhibit 2

| Date | Descrpition | Invoice Amount | Proposed Credit |
|------|-------------|----------------|-----------------|
| 5/11/2007 | Skrodzki-Taxi from Airport to Home 04/14/2007 | 90.00 | |
| | Skrodzki – Taxi from EWR to 236 E. 78th St. (Mr. Skrodzki's residence) | | 0.00 |
| 5/11/2007 | Skrodzki-Taxi to airport in Newark 04/15/2007 | 44.10 | |
| | Skrodzki – Taxi from 236 E. 78th St. (Mr. Skrodzki's residence) to JFK. | | 0.00 |
| 6/6/2007 | Barna-INDIANAPOLISYELLOWMtgToAirport 04/18/2007 | 63.00 | |
| | Barna – Taxi from client meeting at the office of a potential buyer to Indianapolis Airport. | | 0.00 |