May 4, 2008

United States Bankruptcy Court, District of Delaware
824 Market Street
Wilmington, DE 19801



Re: Debtor: New Century Financial Corporation
Case No. 07-10416 (KJC)
16th Omnibus Objection: Exhibit A

I wish to renew my objection to being excluded from the claim.

I am requesting 51 days of pay under the Warn Act. I understand the Warn Act requires a company doing mass layoffs to give 60 days notice or 60 days pay (calendar days). I received 9 days of pay. I was told on May 3, 2007, that May 4, 2007, would be my last day. Fifty-one days of pay would be approximately $7,750.

For some reason there seem to be duplicate claims under my name—I must've have problems with the XRoads site.

I am including a copy of my original claim, and I am also including a pay stub that confirms I was an employee with New Century.

Please let me know if there is anything else you need from me.


Sincerely,

Elizabeth D. Anderson
30 Lakepines
Irvine, CA 92620
949.981.6716
Anderson.e@mac.com

New Century Mrtg Corp
18400 Von Karman
Suite 1000
Irvine          CA 92612

**NEW CENTURY**
MORTGAGE CORPORATION

000002581

NCN05184087    Anderson Elizabeth D

Date: 02-23-2007            $1520.73

ONE THOUSAND FIVE HUNDRED TWENTY DOLLARS AND SEVENTY-THREE CENTS

Pay To the Order of    Elizabeth D Anderson
30 Lakepines
Irvine          CA 92620

**NOTIFICATION OF DEPOSIT NOT NEGOTIABLE**

**New Century TRS Holdings, Inc., et al. Search Results**
**Creditor Name: Contains "Anderson"**

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C* | U* | D* | Debtor |
|---|---|---|---|---|---|---|---|---|---|
|  |  | E | Priority | Anderson Elizabeth Dawn |  |  |  |  | New Century Mortgage Corporation |
| 8/21/2007 | 2333 |  | General Unsecured | Elizabeth Anderson | 60 days pay |  |  |  | New Century TRS Holdings, Inc. |
| 8/29/2007 | 2272 |  | General Unsecured | Elizabeth D Anderson | 51 days of pay |  |  |  | New Century Mortgage Corporation |

B 10 (Official Form 10) (04/07)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**     PROOF OF CLAIM

| | |
|---|---|
| Name of Debtor: New Century Mortgage Corporation | Case Number: 07-10419 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Elizabeth D. Anderson**

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
30 Lakepines
Irvine, CA 92620

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (949) 981-6716

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☑ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: 7177
  Unpaid compensation for services performed
  From 05/18/2007 to 07/06/2007
       (date)           (date)

**2. Date debt was incurred:** 05/03/2007

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **51 days of pay**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☑ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Other _____
☐ Motor Vehicle

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)( __ ).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ _____ _____ **unknown**
                                                   (unsecured) (secured) (priority) (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 8/26/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Elizabeth D. Anderson* [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

August 15, 2007

Copy

New Century Claims Processing
c/o XRoads Case Management Services
P.O. Box 8901
Marina Del Rey, CA 90295
T: (888) 784-9571

Re: New Century Layoffs and the Warn Act

I understand I might be eligible for a claim under the Warn Act. I was told on May 3, 2007, that May 4, 2007, would be my last day.

I understand the Warn Act requires a company doing mass layoffs to give 60 days notice or 60 days pay (calendar days). I received 9 days of pay.

I am including a copy of the termination letter that confirms those dates, and I am also including a pay stub that confirms I was an employee with New Century.

Please let me know if there is anything else you need from me. I look forward to hearing from you. My COBRA payments are $579 a month, and I could really use these funds.

I am also including a copy and an SASE to serve as a receipt.

Sincerely,

Elizabeth D. Anderson
30 Lakepines
Irvine, CA 92620
949.981.6716
Elizabeth.Anderson@spritle.org

RECEIVED
[stamp] 2  07
XRoads Claims
Management Services

16th Omnibus Objection

Exhibit A
Books and Records

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| CitiMortgage Inc successor by reason of merger with CitiFinancial Mortgage Company Inc f/k/a Associates Home Equity Services In<br>PO Box 140609<br>Irving, TX 75014 | 07-10416 | 2181 | $136,759.86 | $0.00 | $0.00 | $0.00 | $136,759.86 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10419 | 3292 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10421 | 3289 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Data Link Systems LLC<br>Attn Patrick B Howell Esq 555 E Wells St Ste 1900<br>Milwaukee, WI 53212 | 07-10419 | 3131 | $0.00 | $0.00 | $0.00 | $859,357.40 | $859,357.40 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records as the contract was assumed & assigned | | | | |
| David Bruington<br>1675 Altacrest Dr W<br>Birmingham, AL 35243 | 07-10417 | 1471 | $0.00 | $0.00 | $100,000.00 | $0.00 | $100,000.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Elizabeth Anderson<br>50 Lakepines<br>Irvine, CA 92620 | 07-10416 | 2333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| Emily C Le<br>11882 Sunco Cir<br>Garden Grove, CA 92840 | 07-10416 | 106 | $0.00 | $0.00 | -$8,904.00 | $0.00 | $8,904.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10416 | 2813 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |
| First Liberty Ins Corp<br>175 Berkeley St<br>Boston, MA 02117 | 07-10425 | 2829 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | | The Debtors have no record of this liability in their Books and Records | | | | |

Page 2