## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| Debtors. | : | Objection Deadline: <u>June 3, 2008</u> |
| | : | Hearing Date:  To be determined |

### <u>NOTICE OF FIRST INTERIM FEE APPLICATION REQUEST</u>

Name of Applicant: <u>Baute & Tidus LLP</u>

Authorized to Provide
Professional Services to: <u>Debtors and Debtors in Possession</u>

Date of Retention: <u>April 24, 2007, (Nunc Pro Tunc to April 2, 2007)</u>

Period for which compensation
and reimbursement is sought: <u>April 16, 2007 through March 31, 2008</u>

Amount of Compensation sought as
actual, reasonable and necessary: <u>$263,062.25</u>

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: <u>$12,325.55</u>

This is (a)n: __ X__ interim _____ final application

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| DATE FILED: 3/28/08 DOCKET NO. 5544 | 4/16/07 - 1/31/08 | $176,818.50 | $8,257.53 | $141,454.80 | $8,257.53 |
| DATE FILED: 4/16/08 DOCKET NO. 6269 | 2/1/08 - 3/31/08 | $86,243.75 | $4,068.02 | $68,995.00 | $4,068.02 |

Summary of Any Objections to Fee Applications: No objections have been filed to Baute & Tidus LLP for First and Second Fee Applications listed above.   Therefore, $52,612.45 is being requested for reimbursement which is 20% of the approved fees listed above ($176,818.50 + $86,243.75). Docket no. 6269 was approved with no objections on May 14, 2008 and the Certificate of No Objection filed on the same day. Therefore, payment of the 80% in fees ($68,995) and 100% of the expenses ($4,068.02) will be made by the New Century.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **June 3, 2008.**  If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May 14, 2008
    Los Angeles, California

Jeffrey A. Titus (SBN 089585)
BAUTE & TIDUS LLP
777 South Figueroa Street, Suite 4900
Los Angeles, California  90017
(213) 630-5000
(213) 683-1225
*Counsel for Debtors and Debtors in Possession*

2

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022