# EXHIBIT A

DETR_845362.2

**New Century**
T- REMIC Consulting
12591006
Trax Detail -

| Emp/Vendor | Rank | Descr | Incur Dt | Bill Rate | Quantity | Std Fees | Expenses | Admin |
|---|---|---|---|---|---|---|---|---|
| Magnuson Jr,Richard R. US011392341 | 111 | ETI REIT calcualations research re law and requirements underlying EI at a REIT with an otherwise taxable loss | 39402 | 630 | 2 | 1,260 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | re meeting and follow up discussions with J Lisac and Donna re EI work and revie of files for meeting | 39430 | 630 | 4 | 2,520 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | research and disc with jeff stone re deductions | 39437 | 630 | 1.3 | 819 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | re REIT EI calcs | 39434 | 630 | 4 | 2,520 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | review of information with jeff stone, review of tax returns and issues regarding ei income calcs | 39477 | 630 | 3.8 | 2,394 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | Mileage: meeting at new century with Jaime lisac and donna w/aker\lla office to new century and back | 39479 | 630 | 0 | 0 | 45 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | review calculations re remics and conversation with Jeff stone are numbers and conv with jamie and Donna re info request. | 39485 | 630 | 3.3 | 2,079 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | email to grush re info request on EII | 39486 | 630 | 0.3 | 189 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | further research related to suspended loss carryovers in Calif and the opportunity for Calif suspended loss adjustments to EI | 39496 | 630 | 1.4 | 882 | 0 | - |
| Magnuson Jr,Richard R. US011392341 | 111 | review of the EI REIT calcualtion emails and reserch re suspended losses and carryover basis. | 39496 | 630 | 1.6 | 1,008 | 0 | - |

| Name | ID | Code | Description | Date | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| Magnuson Jr,Richard R. | US011392341 | 111 | review of GT email on excess inclusion calcualtion , talk with james hughes of GT about the details, talk with james hughes of revenue ruling, and separately a discussion with jeff stone re the EI calculation on the REIT | 39497 | 630 | 2.7 | 1,701 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | consultation re remic excess inclusion income and review of results at reit | 39506 | 630 | 1.1 | 693 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | review of bad debt rules on ei for purposes of TRS REMIC EI reductions | 39507 | 630 | 1.6 | 1,008 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | conversation with jeff stone re ei results at reit and methodolgy | 39510 | 630 | 0.5 | 315 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | conversation with jaimie lisaca and grant thornton re return filing positionss, follow up call with donna walker re victor at KPMG and ei calcs on older deals, conv with jeff stone re components of memo to document REIT EI positon, notes re appoach to | 39511 | 630 | 3.4 | 2,142 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | drafting of outline of technical memo supporting rEIT return and lack of EI income based on REMIC like calculations | 39514 | 630 | 2.7 | 1,701 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | EI with jeff stone and outline of paper on position | 39520 | 630 | 1.6 | 1,008 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | continue review of remic reitastaute and outline of paper | 39520 | 630 | 1.9 | 1,197 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | REIT EI paper - continue drafting | 39521 | 630 | 2.2 | 1,386 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | work on paper documenting EI treatment at REIT re BDD etc. | 39525 | 630 | 2.4 | 1,512 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | work on research related to REIC EI paper at the reit level | 39527 | 630 | 3.2 | 2,016 | 0 |
| Magnuson Jr,Richard R. | US011392341 | 111 | REMIC EI at REIT antd trs - positon paper and documentation | 39528 | 630 | 2.2 | 1,386 | 0 |

| Name | | Description | | | |
|---|---|---|---|---|---|
| Magnuson Jr, Richard R. US011392341 | 111 | wrap up EI memo and send draft to J Lisac | 39531 | 630 | 0.2 | 126 | 0 |
| Magnuson Jr, Richard R. US011392341 | 111 | email exchange and vmail with viktor of KPMG re EI on remaining REMICs held at the taxable reit subsidiary | 39533 | 630 | 0.1 | 63 | 0 |
| Magnuson Jr, Richard R. US011392341 | 111 | conv with Jamie Lisac and D walker regarding the Sch q info received so far and the method to resolve KPMGs lack of info on bad debts on the two 99 remic deals | 39534 | 630 | 0.2 | 126 | 0 |
| Magnuson Jr, Richard R. US011392341 | 111 | conversation with Carol Schwartz and Viktor B of KPMG structured finance re EI calculation on two 1999 remics | 39534 | 630 | 0.4 | 252 | 0 |
| Magnuson Jr, Richard R. US011392341 | 111 | Print out schedule on q status sent by donna walker and compare it to prior schedules to determine if suspended losses are available on some of the deals. Effort to help quanitfy the range of EI income for 2007 | 39534 | 630 | 1.4 | 882 | 0 |
| Magnuson Jr, Richard R. US011392341 | 111 | Continue analyzing REMIC sch q infor to conclude on taxable income range for 2007 EI | 39535 | 630 | 1.1 | 693 | 0 |
| **Magnuson Jr, Richard R. US011392341 Total** | | | | | **50.6** | **31,878** | **45** |
| Wang, Vanessa Yifan US012383482 | 421 | client meeting regarding IRS audit for REMIC and REIT | 39433 | 325 | 3.5 | 1,138 | 0 |
| Wang, Vanessa Yifan US012383482 | 421 | REMIC Q calc | 39443 | 325 | 2.8 | 910 | 0 |
| **Wang, Vanessa Yifan US012383482 Total** | | | | | **6.3** | **2,048** | **0** |
| Munro JR, Alan US012012881 | 111 | Research and LNs w/ Rich Magnuson on excess inclusion income effects and calculation | 39435 | 630 | 1 | 630 | 0 |
| **Wang, Vanessa Yifan US012383482 Total** | | | | | **1** | **630** | **0** |
| **Grand Total** | | | | | **57.9** | **34,556** | **45** |