# EXHIBIT B

## Summary of Expenses

| | |
|---|---|
| Mileage to and from EY LA office and the New Century office | <u>$45.00</u> |
| TOTAL | $45.00 |