# EXHIBIT A

In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)
Movant: HSBC Bank USA, National Association, as trustee, on behalf of the holders of the Nomura Home Equity Loan, Inc. Asset-backed Certificates Series 2005 HE-1

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 3232571 | Rincon | 28-Mar-05 | $308,000 | $322,068.57 | $330,000 | 9221 D Street, Oakland, CA 94603 |
| 3229445 | Moralde | 14-Apr-05 | $500,161 | $529,718.84 | $535,000 | 3945 Clay Bank Rd., Fairfield, CA 94533 |
| 3229601 | Bell | 14-Apr-05 | $121,520 | $125,656.74 | $175,000 | 1109 Windhorst Ridge Dr., Brandon, FL 33510 |
| 3255978 | Carter | 8-Apr-05 | $98,600 | $102,129.57 | $115,000 | 246 Chateau St., Boiling Springs, SC 29316 |
| 3255804 | Smith | 13-Apr-05 | $336,000 | $344,977.98 | $575,000 | 141-24 255th Street, Rosedale, NY 11422 |
| 3235392 | Ochoa | 8-Apr-05 | $420,000 | $435,976.78 | $530,000 | 117-119 Ann Ave., Port Hueneme, CA 93041 |