IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| New Century TRS Holdings, Inc., et al.,            Debtors, | ) Case No. 07-10416 KJC <br> ) Chapter 11 <br> ) Jointly Administered <br> ) Ref. No. 5533 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 2021 Teco Drive, San Jacinot, CA 92583

AND NOW, TO WIT, this 13th day of May A.D., 2008, GRP Loan LLC's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause so as to permit GRP and/or the holder of the first Deed of Trust, as recorded in the Office of the County Recorder of Riverside County, State of California for 2021 Teco Drive, San Jacinot, CA 92583 to enforce its contractual rights against the Borrower and security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale, Trustee's Sale of the property, and any other legal remedies against the property which may be available to GRP under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that GRP may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.