**IN RE: NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416-KJC**

**LIST OF COUNTRYWIDE MORTGAGES**

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06-64150 | 69869590 | 1634 FLETCHER ST | HOLLYWOOD | FL | 33020 | 39141/1097 | 39141/1119 | $365,050.00 | $322,912.71 | 1 |
| 2 | 06-64683 | 73024005 | 1460 SW 134TH PL | MIAMI | FL | 33184 | 24537/2658 | 24537/2682 | $184,078.00 | $237,441.02 | 2 |
| 3 | 06-65373 | 73189785 | 385 ROBIN HOOD CIR UNIT 202 | NAPLES | FL | 34104 | 4048/1183 | 4048/1210 | $159,367.00 | $290,799.05 | 3 |
| 4 | 06-65399 | 73018940 | 1601 GREEN COVE BLVD | CLERMONT | FL | 34714 | 3160/1061 | 3160/1084 | $195,898.00 | $224,436.34 | 4 |
| 5 | 06-65550 | 73024109 | 7324 POTOMAC DR | PORT RICHEY | FL | 34668 | 7050/1821 | 7050/1845 | $88,193.00 | $113,781.12 | 5 |
| 6 | 06-65552 | 73196026 | 6326 SW 28TH STREET | MIAMI | FL | 33155 | 24603/504 | 24603/526 | $117,577.00 | $413,197.04 | 6 |
| 7 | 06-72309 | 72035998 | 3511 NW 34TH AVE | LAUDERDALE LAKES | FL | 33309 | 40430/1764 | 40430/1785 | $172,100.00 | $189,018.51 | 7 |
| 8 | 07-00126 | 73014355 | 4570 AMHERST DRIVE 86 | WEST PALM BEACH | FL | 33417 | 20359/950 | 20359/680 | $177,420.00 | $184,922.99 | 8 |
| 9 | 07-00129 | 73179360 | 2134 NE 17TH STREET | CAPE CORAL | FL | 33909 | 200600202082 | 200600202083 | $203,040.00 | $208,317.55 | 9 |
| 10 | 07-00130 | 73307808 | 2140 48TH STREET SW | NAPLES | FL | 34116 | 4066/1855 | 4066/1877 | $262,434.00 | $297,251.35 | 10 |
| 11 | 07-00429 | 73399972 | 1246 BAILEY AVENUE | DELTONA | FL | 32725 | 5874/4728 | 5874/4749 | $134,079.00 | $175,221.20 | 11 |
| 12 | 07-00430 | 73404532 | 1932 FAIRWAY LOOP | KISSIMMEE | FL | 34746 | 3225/862 | 3225/882 | $212,392.00 | $347,797.83 | 12 |
| 13 | 07-01046 | 73499016 | 3319 SANTA BARBARA BLVD | CAPE CORAL | FL | 33914 | 200600277746 | 200600277747 | $80,650.00 | $195,716.54 | 13 |
| 14 | 07-01328 | 72992745 | 11436 NW 93 COURT #2 | HIALEAH GARDENS | FL | 33018 | 24628/3654 | 24628/3675 | $122,312.00 | $196,773.22 | 14 |
| 15 | 07-02231 | 73161598 | 470 GENOVA AVENUE SOUTH | LEHIGH ACRES | FL | 33971 | 200600192048 | 200600249815 | $179,590.00 | $214,821.20 | 15 |
| 16 | 07-02232 | 73191298 | 6575 W. OAKLAND PK BLVD #417 | LAUDERHILL | FL | 33313 | 42663/1029 | 42663/1055 | $107,200.00 | $169,288.64 | 16 |
| 17 | 07-02636 | 69867734 | 7525 LAKESIDE DRIVE | MILTON | FL | 32583 | 2412/989 | 2412/989 | $118,326.00 | $141,608.40 | 17 |
| 18 | 07-02637 | 70081209 | 1360 SW 71ST TERRACE | NORTH LAUDERDALE | FL | 33068 | 39028/1781 | 39028/1803 | $159,960.00 | $150,219.89 | 18 |
| 19 | 07-03021 | 73014115 | 1851 LANDSTREET RD #1107 | ORLANDO | FL | 32809 | 8658/468 | 8658/588 | $49,920.00 | $66,572.23 | 19 |
| 20 | 07-03941 | 73301759 | 5134 LITTLE BETH DRIVE NORTH | BOYNTON BEACH | FL | 33472 | 20508/796 | 20508/821 | $339,119.00 | $342,960.20 | 20 |
| 21 | 07-06149 | 73284541 | 521 N 74 AVENUE | HOLLYWOOD | FL | 33024 | 42317/1992 | 42318/1 | $267,340.00 | $260,266.27 | 21 |
| 22 | 07-07303 | 73190049 | 3475 22ND AVENUE SE | NAPLES | FL | 34117 | 4051/1880 | 4051/1902 | $270,039.00 | $280,098.96 | 22 |
| 23 | 07-09164 | 73517074 | 8451 KINGBIRD LOOP #318 | FORT MYERS | FL | 33967 | 200600277462 | 200600277463 | $206,000.00 | $239,928.01 | 23 |
| 24 | 07-09841 | 73503681 | 2261 SW 19 TERRACE | MIAMI | FL | 33145 | 24741/514 | 24741/536 | $435,737.00 | $485,972.28 | 24 |
| 25 | 07-10068 | 73163782 | 2865 WINKLER AVE UNIT 416 | FORT MYERS | FL | 33916 | 200600233815 | 200600233816 | $91,000.00 | $102,534.27 | 25 |
| 26 | 07-10200 | 73401284 | 449 MIRAMAR AVENUE | DAVENPORT | FL | 33897 | 6888/923 | 6888/904 | $199,310.00 | $225,779.77 | 26 |
| 27 | 07-11315 | 73181824 | 3345 WILSHIRE WAY RD # 11 | ORLANDO | FL | 32829 | 8712/1625 | 8712/1649 | $154,400.00 | $168,232.00 | 27 |
| 28 | 07-16645 | 72999402 | 10 SW SOUTH RIVER DRIVE #1007 | MIAMI | FL | 33130 | 24522/3233 | 24522/3260 | $199,940.00 | $232,897.10 | 28 |
| 29 | 07-16701 | 73099675 | 1875 SW JANETTE AVENUE | PORT SAINT LUCIE | FL | 34953 | 2558/1328 | 2558/1349 | $234,000.00 | $246,070.91 | 29 |

**EXHIBIT A**

08-32206

**IN RE: NEW CENTURY TRS HOLDINGS, INC.**
**CASE NO. 07-10416-KJC**

**LIST OF COUNTRYWIDE MORTGAGES**

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 07-16708 | 73308656 | 11900 SW 168TH STREET | MIAMI | FL | 33177 | 24750/2927 | 24750/2948 | $262,234.00 | $262,494.85 | 30 |
| 31 | 07-17822 | 73022780 | 630 GULFSTREAM TRAIL | ORANGE PARK | FL | 32073 | 2726/213 | 2726/238 | $196,873.00 | $200,994.89 | 31 |
| 32 | 07-18230 | 73300191 | 9920 ROYAL PALM BLVD #9920 | CORAL SPRINGS | FL | 33065 | 42412/1361 | 42412/1385 | $208,760.00 | $219,644.11 | 32 |
| 33 | 07-18232 | 73510674 | 2995 SAVANNAHS TRAIL | MERRITT ISLAND | FL | 32953 | 5625/4399 | 5625/4423 | $276,400.00 | $408,928.73 | 33 |
| 34 | 07-18406 | 73021804 | 2200 NE 2ND AVENUE | CAPE CORAL | FL | 33909 | 2006000203043 | 2006000203044 | $149,500.00 | $193,427.10 | 34 |
| 35 | 07-18642 | 73188697 | 1429 NE 5TH PLACE | CAPE CORAL | FL | 33909 | 2006000203043 | 2006000203044 | $245,870.00 | $288,966.92 | 35 |
| 36 | 07-19217 | 66980343 | 2611 QUARTERDECK COURT | KISSIMMEE | FL | 34743 | 2582/1 | 2817/1632 | $236,877.00 | $55,000.00 | 36 |
| 37 | 07-19244 | 73290270 | 4240 RANDALL BLVD | NAPLES | FL | 34120 | 4056/3641 | 4056/3662 | $284,089.00 | $331,787.79 | 37 |
| 38 | 07-67585 | 73014051 | 4931 WILDFLOWER DR | LAKELAND | FL | 33811 | 6761/449 | 6761/471 | $107,950.00 | $119,213.49 | 38 |
| 39 | 07-67798 | 73198210 | 9610 NW 43RD ST | SUNRISE | FL | 33351 | 42262/1038 | 42262/1063 | $256,200.00 | $306,360.85 | 39 |
| 40 | 07-68255 | 71455318 | 19425 NW 62ND CT | MIAMI | FL | 33015 | 23279/3987 | 23279/4012 | $277,390.00 | $219,406.09 | 40 |
| 41 | 07-68981 | 73303216 | 7401 35TH AVE N. | SAINT PETERSBURG | FL | 33710 | 15521/1996 | 15521/2018 | $88,500.00 | $114,666.65 | 41 |
| 42 | 07-69267 | 73298263 | 890 EASTHAM WAY UNIT #202 | NAPLES | FL | 34104 | 4060/323 | 4060/323 | $218,625.00 | $358,908.72 | 42 |
| 43 | 07-70088 | 73418302 | 24231 SW 107TH AVE | HOMESTEAD | FL | 33032 | 24700/959 | 24700/981 | $230,253.00 | $322,243.89 | 43 |
| 44 | 07-70474 | 73167063 | 1110 NE 13TH PL | CAPE CORAL | FL | 33909 | 2006000169630 | 2006000169631 | $165,210.00 | $166,342.91 | 44 |
| 45 | 07-70763 | 73180968 | 1847 CARALEE BLVD #1 | ORLANDO | FL | 32822 | 8786/588 | 8786/613 | $62,700.00 | $78,366.29 | 45 |
| 46 | 07-76389 | 73405676 | 15556 SW 47TH TERR | MIAMI | FL | 33185 | 24805/2808 | 24805/2829 | $133,983.00 | $439,116.27 | 46 |
| 47 | 07-76396 | 73414798 | 4255 W. HUMPHREY ST. #811 | TAMPA | FL | 33614 | 16642/387 | 16642/411 | $52,420.00 | $120,836.69 | 47 |
| 48 | 07-77281 | 73423471 | 1325 SE 1ST TERR | CAPE CORAL | FL | 33990 | 2006000253721 | 2006000235722 | $194,970.00 | $255,734.13 | 48 |
| 49 | 07-77383 | 73509209 | 4207 W. KNIGHTS AVE | TAMPA | FL | 33611 | 16363/309 | 16363/362 | $247,693.00 | $288,328.90 | 49 |
| 50 | 07-77493 | 73420662 | 5056 CALDWELL ST | SPRING HILL | FL | 34606 | 2291/1266 | 2291/1287 | $98,239.00 | $188,591.00 | 50 |
| 51 | 07-77494 | 73439761 | 3265 72ND AVE NE | NAPLES | FL | 34120 | 4086/805 | 4086/826 | $166,750.00 | $300,060.67 | 51 |
| 52 | 07-77854 | 73302439 | 230 NW 107TH AVE UNIT #105 | MIAMI | FL | 33172 | 24732/4595 | 24732/4619 | $124,900.00 | $157,385.32 | 52 |
| 53 | 07-77863 | 73003018 | 11111 SW 154TH ST | MIAMI | FL | 33157 | 24515/3944 | 24515/3961 | $180,644.00 | $248,985.40 | 53 |
| 54 | 07-78258 | 73420398 | 9244 SW 2ND ST | BOCA RATON | FL | 33428 | 20648/1896 | 20648/1917 | $99,771.00 | $228,770.31 | 54 |
| 55 | 07-78266 | 73176448 | 1456 SW PATRICIA AVE | PORT SAINT LUCIE | FL | 34952 | 2558/2616 | 2558/2639 | $68,400.00 | $273,720.07 | 55 |
| 56 | 07-79362 | 73154573 | 1043 WOODBRIDGE HOLLOW RD | JACKSONVILLE | FL | 32218 | 13296/1139 | 13296/1160 | $121,737.00 | $163,503.98 | 56 |
| 57 | 07-80495 | 73520507 | 4207 PELICAN BLVD | CAPE CORAL | FL | 33914 | 2006253761 | 2006253762 | $393,360.00 | $694,337.01 | 57 |
| 58 | 07-80667 | 73280149 | 17730 NE 36TH AVE | OPA LOCKA | FL | 33056 | 24750/4226 | 24570/4247 | $141,669.00 | $221,739.14 | 58 |

08-32206

**EXHIBIT A**

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

### LIST OF COUNTRYWIDE MORTGAGES

| | DJS FILE # | LOAN NO. | STREET ADDRESS | CITY | | ZIP | COUNTRYWIDE MTG BK/PAGE | NEW CENTURY BK/PAGE | PROPERTY VALUE | TOTAL DEBT |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 07-81227 | 73302407 | 7461 SW 158TH TERRACE | MIAMI | FL | 33157 | 24721/4963 | 24721/4984 | $482,045.00 | $514,735.08 |
| 60 | 07-81459 | 73400108 | 3928 VISCAYA ST | SEBRING | FL | 33872 | 1989/1040 | 1989/1064 | $159,496.00 | $190,764.86 |
| 61 | 07-82773 | 73510898 | 331 SE 5TH TERR | POMPANO BEACH | FL | 33060 | 41958/1028 | 41958/1048 | $584,440.00 | $624,536.53 |
| 62 | 07-83359 | 73009331 | 21055 YACHT CLUB DR #1703 | MIAMI | FL | 33180 | 24559/1669 | 24559/1696 | $450,800.00 | $570,153.57 |
| 63 | 07-84370 | 69951320 | 3227 EASTMAN AVE NE | PALM BAY | FL | 32905 | 5397/2552 | 5397/2573 | $116,670.00 | $120,715.29 |
| 64 | 07-84597 | 73868582 | 1728 SW 15TH ST | CAPE CORAL | FL | 33991 | 2006000350895 | 2006000350896 | $180,550.00 | $192,021.22 |
| 65 | 07-84666 | 73016084 | 225 7TH SPRING DR | MERRITT ISLAND | FL | 32953 | 5648/6979 | 5648/7005 | $128,820.00 | $142,459.85 |
| 66 | 07-84869 | 73177752 | 4330 SW 23RD CT | FORT LAUDERDALE | FL | 33317 | 42004/1282 | 42004/1304 | $180,090.00 | $245,509.64 |
| 67 | 07-84880 | 71447149 | 47171 N. 9TH AVE G#6 | PENSACOLA | FL | 32504 | 5611/634 | 5611/654 | $92,510.00 | $85,867.06 |
| 68 | 07-84886 | 73432448 | 406 JULIA ST | KEY WEST | FL | 33040 | 2227/1895 | 2227/1919 | $473,995.00 | $535,633.51 |
| 69 | 07-85462 | 73529324 | 19520 SW 54TH ST | MIRAMAR | FL | 33029 | 42609/406 | 42609/430 | $493,700.00 | $702,789.77 |
| 70 | 07-85569 | 73009875 | 23 PRAIRIE LN | PALM COAST | FL | 32164 | 1435/1093 | 1435/1116 | $53,000.00 | $247,381.69 |
| 71 | 07-85643 | 73302551 | 1833 S. PALMETTO AVE | SOUTH DAYTONA | FL | 32119 | 5862/3699 | 5862/3723 | $137,134.00 | $210,509.00 |
| 72 | 07-86193 | 73411125 | 10160 SW 217TH ST | CUTLER BAY | FL | 33190 | 24812/2006 | 24812/2027 | $104,796.00 | $302,870.01 |
| 73 | 07-86584 | 73192562 | 4 PROSPERITY LN | PALM COAST | FL | 32164 | 1443/160 | 1443/187 | $175,903.00 | $243,627.66 |
| 74 | 07-86950 | 73390691 | 2067 WIND TRACE RD | NAVARRE | FL | 32566 | 2622/1568 | 2622/1585 | $164,309.00 | $200,747.83 |
| 75 | 07-87920 | 73022868 | 600 NEWCASTLE DR | BEACH | FL | 32547 | 2720/2221 | 2720/2243 | $76,200.00 | $168,083.76 |
| 76 | 07-89419 | 73017684 | 630 NE 138 STREET | MIAMI | FL | 33161 | 24636/3557 | 24636/3581 | $189,977.00 | $259,532.39 |
| 77 | 07-89424 | 73189089 | 1021 SOUTH MYRTLE AVE | NEW SMYRNA BEACH | FL | 32168 | 5846/3909 | 5746/3931 | $100,940.00 | $189,024.12 |
| 78 | 07-89425 | 73191514 | 1806 E CHERRY ST | PLANT CITY | FL | 33563 | 17696/633 | 17696/653 | $93,071.00 | $176,073.72 |
| 79 | 07-92630 | 73401356 | 17333 SW 142 COURT | MIAMI | FL | 33177 | 24740/3317 | 24740/3334 | $191,082.00 | $266,707.59 |
| 80 | 07-92631 | 73405660 | 3909 SE 10 LANE | OCALA | FL | 34471 | 4513/1680 | 4513/1702 | $155,971.00 | $174,453.77 |
| 81 | 07-92634 | 73521211 | 2333 ALTON ROAD | PORT CHARLOTTE | FL | 33952 | 2995/976 | 2995/997 | $142,102.00 | $162,636.69 |
| 82 | 07-95329 | 73003042 | 8509 CRESPI BLVD UNIT 6 | MIAMI BEACH | FL | 33141 | 24584/2210 | 24584/2237 | $357,000.00 | $365,197.12 |
| 83 | 07-95330 | 73006914 | 525 TARPON AVENUE | SARASOTA | FL | 34237 | 2006083100 | 2006083101 | $116,390.00 | $203,383.12 |
| 84 | 07-95331 | 73311665 | 2780 NW 153 TERRACE | MIAMI GARDENS | FL | 33054 | 24760/2218 | 24760/2238 | $105,409.00 | $170,466.66 |
| 85 | 07-98629 | 73312873 | 3240 NW 46TH AVENUE | LAUDERDALE LAKES | FL | 33319 | 42356/1527 | 42356/1550 | $231,000.00 | $227,832.01 |
| 86 | 07-99850 | 73022188 | 203 ROCKCLIFF AVENUE | LEHIGH ACRES | FL | 33936 | 2006000206901 | 2006000206902 | $156,240.00 | $166,380.52 |
| 87 | 07-99862 | 73196554 | 1426 NE 6TH PLACE | CAPE CORAL | FL | 33909 | 2006000216538 | 2006000216539 | $212,460.00 | $227,738.65 |

EXHIBIT A

08-32206