# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC.<br>f/k/a NEW CENTURY FINANCIAL<br>CORPORATION,<br><br>                                Debtor(s). | Case No.  07-10416 (KJC)<br>Chapter    11<br>Motion No.<br><br>**Objections due by:**  MAY 28, 2008<br><br>**HEARING DATE:**<br><br>**JUNE 4, 2008 AT 10:00 A.M.** |

## NOTICE OF MOTION OF EASTERN SAVINGS BANK, FSB
## UNDER SECTION 362 OF THE BANKRUPTCY CODE

  To:    Parties listed on the Certification of Service

Eastern Savings Bank, FSB, has filed a Motion which seeks the following:  Relief from the automatic stay and abandonment with respect to the real property and improvements thereon known 14662 Bledsoe Street, Los Angeles, California 91342.

HEARING ON THE MOTION WILL BE HELD ON JUNE 4, 2008 AT 10:00 A.M.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five (5) business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> John R. Weaver, Jr., Esquire
> Stark & Stark
> 831 North Tatnall Street
> Suite 200
> Wilmington, Delaware 19801
> (302) 428-1077

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE MAY 28, 2008. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

> STARK & STARK
>
> BY: <u>/s/ John R. Weaver, Jr.</u>
>     JOHN R. WEAVER, JR.
>     831 North Tatnall Street
>     Suite 200
>     Wilmington, Delaware 19801
>     (302) 428-1077
>     Attorneys for Movant,
>     Eastern Savings Bank, FSB