# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>NEW CENTURY TRS HOLDINGS, INC. f/k/a NEW CENTURY FINANCIAL CORPORATION,<br><br>                              Debtor. | Case No.  07-10416 (KJC)<br>Chapter    11<br>Motion No.<br><br>**HEARING DATE:**<br><br>**JUNE 4, 2008 AT 10:00 A.M.** |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, **JOHN R. WEAVER, JR.**, ESQUIRE, attorney for movant, do hereby certify that I did on the 14th day of May, 2008, mail to the persons or parties hereinafter named on the attached service list, together with their addresses by certified mail and regular mail:

1. Notice of Motion.

2. Motion for Relief from the Automatic Stay.

3. Proposed Order if no responsive pleading is filed.

I declare under penalty of perjury that the foregoing is correct.

/s/ John R. Weaver, Jr.
_____
JOHN R. WEAVER, JR.

Executed on 5/14/08

STARK & STARK, A Professional Corporation
831 North Tatnall Street
Suite 200
Wilmington, Delaware 19801
(302) 428-1077
Attorneys for Eastern Savings Bank, FSB

D06.DOT 07-00380-0 / JJS 02/29/08          1