| | | |
|---|---|---|
| Label Matrix for local noticing<br>0311-1<br>Case 07-10416-KJC<br>District of Delaware<br>Delaware<br>Wed May 14 15:56:40 EDT 2008 | ALDINE INDEPENDENT SCHOOL DISTRICT<br>Susan R. Fuertes<br>14910 Aldine Westfield Road<br>Houston, Tx 77032-3028 | American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Americas Servicing Company<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Americas Servicing Company<br>c/o McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Ameriquest Mortgage Company<br>c/o Neil F. Dignon<br>Draper & Goldberg, PLLC<br>512 East Market Street<br>Georgetown, DE 19947-2255 |
| Angelo, Gordon & Co.<br>245 Park Avenue, 26th Fl.<br>New York, NY 10167-0094 | Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, TX 76094-0430 | Arlington ISD, et al.<br>c/o Perdue Brandon Fielder Collins Mott<br>PO Box 13430<br>Arlington, Tx 76094-0430 |
| Bank of New York, as Trustee<br>Draper & Goldberg, PLLC<br>512 East Market St.<br>Georgetown, DE 19947-2255 | Bankers Trust Company on behalf of Walsh Acc | Blank Rome LLP<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801-1807 |
| Broadway Center Associates, LP<br>c/o Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158-0180 | Broward County Revenue Collection Division<br>Edward A. Dion, Esq.<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301-1818 | Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281-1003 |
| Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, PCA<br>4411 North Central Expressway<br>Dallas, TX 75205-4210 | Castleberry ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | Cedar Hill ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 |
| Celina ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Central Valley Appraisal Group<br>2222 Watt Avenue<br>Suite B-8<br>Sacramento, CA 95825-0581 | Chase Home Finance, LLC formerly known as Ch<br>Attention: Bankruptcy Dept.<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Chatham County Tax Commissioner<br>Delinquent Tax Collection Department<br>Post Office Box 8092<br>Savannah, GA 31412-8092 | ChoicePoint Inc.<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036-1511 | Citi Residential Lending, Inc., as Servicer<br>c/o BuchalterNemer<br>16453 N. Scottsdale Road<br>Suite 440<br>Scottsdale, AZ 85254 |
| CitiMortgage, Inc.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | City of Cedar Hill<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | City of Edinburg<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| City of Hurst<br>Perdue, Brandon, Fielder, Collins & Mott<br>c/o Elizabeth Banda<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | City of Princeton<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | City of Sugar Land<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |

```
City of Whitewright                     Clarion Mortgage Capital, Inc.          Clark County
c/o Perdue, Brandon, Fielder, et al     c/o Bloom Murr & Accomazzo, P.C.        500 S. Grand Central Pkwy
P. O. Box 13430                         410 17th Street, Suite 2400             5th Floor
Arlington, TX 76094-0430                Denver, CO 80202-4411                   Las Vegas, NV 89155-0001


Clark County                            Collin County Tax Assessor/Collector    Consumer Solutions REO LLC
Olson, Cannon, Gormley & Desriusseaux   c/o Gay McCall Isaacks et al            Draper & Goldberg, PLLC
9950 West Cheyenne Avenue               777 E 15th St                           1500 N. French Street 2nd Floor
Las VEgas, NV 89129-7700                Plano, TX 75074-5799                    Wilmington, DE 19801-3118


Contrarian Capital Management, LLC      Cooley Godward Kronish LLP              Countrywide Home Loans Servicing LP
411 West Putnam Ave., Suite 225         101 California Street                   Draper & Goldberg, PLLC
Greenwich, CT 06830-6281                5th Floor                               1500 N. French Street, 2nd Floor
                                        San Francisco, CA 94111-3580            Wilmington, DE 19801-3118


Countrywide Home Loans, Inc             County Of Santa Clara Tax Collector     County Of Santa Clara Tax Collector
Draper & Goldberg, PLLC                 County Government Center, East Wing     County Government Center, East Wing
1500 N. French Street, 2nd Floor        70 West Hedding Street                  70 West Hedding Street, 9th Floor
Wilmington, DE 19801-3118               San Jose, CA 95110-1768                 San Jose, CA 95110-1768


Cypress-Fairbanks ISD                   Dallas County                           Deutsche Bank National Trust Company
c/o John P. Dillman                     c/o Linebarger Goggan Blair & Sampson   Draper & Goldberg, PLLC
Post Office Box 3064                    2323 Bryan Street                       1500 N. French Street, 2nd Floor
Houston, TX 77253-3064                  Suite 1600                              Wilmington, DE 19801-3118
                                        Dallas, TX 75201-2637


Deutsche Bank National Trust Company on beha    Deytsche Bank National Trust Company on beha    Dorsey & Whitney LLP
                                                                                                50 S. Sixth Street
                                                                                                Suite 1500
                                                                                                Minneapolis, MN 55402-1553


Draper & Goldberg, P.L.L.C.             EMC Corporation                         EMC MORTGAGE CORPORATION
512 East Market St.                     c/o Receivable Management Services      C/O H. BONIAL
Georgetown, DE 19947-2255               PO Box 5126                             P .O .Box 829009
                                        Timonium, MD 21094-5126                 Dallas, TX 75382-9009


Edcouch-Elsa ISD                        Ellington Management Group, Inc.        Ellington Management Group, L.L.C., on Behal
c/o Diane W. Sanders                    c/o Patricia B. Tomsco
Linebarger Goggan Blair & Sampson LLP   Brown McCarroll LLP
P.O. Box 17428                          111 Congress Avenue
Austin, TX 78760-7428                   Suite 1400
                                        Austin, TX 78701-4093


Federal Express Corporation             Fidelity Bank                           Fidelity National Information Services, Inc.
c/o Filardi Law Offices LLC             P.O. Box 1007                           c/o Baker & Hostetler LLP
65 Trumbull Street                      Wichita, KS 67201-1007                  1050 Connecticut Avenue, NW
2nd Floor                                                                       Suite 1100
New Haven, CT 06510-1031                                                        Washington, DC 20036-5318


Fort Bend County                        GMAC Mortgage, LLC                      GRP Loan LLC
c/o John P. Dillman                     c/o Law Offices of David J. Stern, PA   445 Hamilton Ave
Post Office Box 3064                    Frederic J. DiSpigna, Esq.              Whiteplains, NY 10601-1807
Houston, TX 77253-3064                  801 S. Univeristy Dr., Suite 801
                                        Plantation, FL 33324-3336
```

| | | |
|---|---|---|
| Galveston County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Garland Independent School District<br>c/o Law Offices of Robert E. Luna, P.C.<br>4411 N Central Expressway<br>Dallas, TX 75205-4210 | General Electric Capital Corporation<br>c/o Michael G. Gallerizzo, Esquire<br>Gebhardt & Smith LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19801 |
| Golden Key Mortgage<br>Wendel, Rosen, Black & Dean LLP<br>c/o Charles A. Hansen<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4139 | Gwinnett Center, LLC<br>c/o Heather D. Dawson, Esq.<br>3495 Piedmont Center<br>Atlanta, GA 30305-1773 | HSBC Bank USA National Association on behalf |
| HSBC Bank USA, N.A., as Trustee<br>Draper & Goldberg, PLLC<br>P.O. Box 947<br>512 East Market Street<br>Georgetown, DE 19947-2255 | HSBC Bank USA, N.A., c/o Ocwen Loan Servicin<br>12650 Ingenuity Drive<br>ORLANDO, FL 32826-2703 | HSBC Bank USA, National Association on Behal |
| Harris County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Haynes and Boone, LLP<br>901 Main Street, Ste. 3100<br>Dallas, TX 75202-3789 | HomEq Servicing Corporation<br>c/o Law Offices of David J. Stern, PA<br>Atttn: Frederic J. DiSpigna, Esq.<br>801 S. University Dr., Suite 500<br>Plantation, FL 33324-3367 |
| Household Finance Realty Corporation of New<br>c/o HSBC Mortgage Corporation (USA)<br>2929 Walden Avenue<br>Depew, NY 14043-2602 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX 75234-8812 | IKON Financial Services<br>1738 Bass Road<br>PO Box 13708<br>Macon, GA 31208-3708 |
| Ikon Office Solutions<br>Recovery & Bankruptcy<br>3920 Arkwright Road<br>Suite 400<br>Macon, GA 31210-1748 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110-1610 | Irwin Mortgage Corporation<br>Attn:  Bankruptcy Dept.<br>11800 Exit Five Parkway<br>Fishers, IN 46037-7988 |
| Jasper Construction<br>c/o Law Offices of David J. Stern, PA<br>Attn: Frederic J. DiSpigna, Esq.<br>801 S. Universuty Dr., Suite 500<br>Plantation, FL 33324-3367 | Joseph A. Fischer & Co., Inc.<br>54 White Oak Court<br>Lake Jackson, TX 77566-4426 | KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178-0062 |
| KW Properties, LTD<br>c/o Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825-4558 | Kirkpatrick & Lockhart Preston Gates Ellis L<br>599 Lexington Avenue<br>New York, NY 10022-7687 | Kodiak Funding LP, and Kodiak CDO I, Ltd.<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street<br>Suite 1401<br>Wilmington, DE 19801-3046 |
| LOWENSTEIN SANDLER, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791 | Lamun Mock Cunnyngham & Davis, PC<br>5900 NW Grand Blvd<br>Oklahoma City, OK 73118-1206 | Law Offices of David J. Stern, PA<br>Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324-3367 |
| Lee County Tax Collector<br>2480 Thompson Street<br>Fort Myers, FL 33901-3074 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX 75205-4210 | Litton Loan Servicing LP<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 |

| | | |
|---|---|---|
| Litton Loan Servicing, L.P.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Litton Loan Servicing, LP<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | Litton Loan Servicing, LP<br>Law Offices of David J. Stern, PA<br>c/o Frederic J. DiSpigna, Esq.<br>801 S. University Dr., Suite 500<br>Plantation, FL 33324-3367 |
| Mack-Cali Realty Corporation<br>PO Box 7817<br>Edison, NJ 08818-7817 | Mackoff Kelloff Law Firm<br>46 West 2nd Street<br>Dickinson, ND 58601-5128 | Manatee County Tax Collector Ken Burton Jr.<br>P.O. Box 25300<br>P.O. Box 25300<br>Bradeton, FL 34206-5300 |
| Mansfield ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | Maricopa County Treasurer<br>Madeleine C. Wanslee<br>Gust Rosenfeld P.L.C.<br>201 E. Washington St. #800<br>Phoenix, AZ 85004-2327 | Microsoft Corporation and Microsoft Licensin<br>c/o John R. Knapp, Jr.<br>Cairncross & Hempelmann, P.S.<br>524 2nd Avenue<br>Suite 500<br>Seattle, wa 98104-2323 |
| Midfirst Bank<br>c/o Midland Mortgage Co.<br>999 N.W. Grand Blvd, Attn: Bankruptcy<br>Oklahoma City, OK 73118-6116 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105-0475 | Montgomery County<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Morris, Nichols, Arsht & Tunnell LLP<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | National City Commercial Capital Company, LL<br>Weir & Partners LLP<br>824 Market Street<br>Suite 1001<br>Wilmington, DE 19801-4939 | Natixis Real Estate Capital Inc.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801-1611 |
| New Century TRS Holdings, Inc.<br>3337 Michelson Drive<br>Suite CN-350<br>Irvine, CA 92612-1699 | New Falls Corporation<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | New Jersey Division of Taxation<br>Bankruptcy Section<br>50 Barrack Street<br>P.O. Box 245<br>Trenton, NJ 08608-2006 |
| New York State Department Of Taxatiion & Fin | Nueces County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | PA Department of Revenue<br>Bureau of Compliance<br>Department 280946<br>Harrisburg, PA 17128-0946 |
| Pasadena Independent School District<br>c/o Dexter D. Joyner<br>Law Office of Dexter D. Joyner<br>4701 Preston Avenue<br>Pasadena, TX 77505-2050 | Phelan, Hallinan and Schmieg, LLP<br>1617 John F. Kennedy Blvd<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806-4204 |
| Pima County, Arizona<br>Pima County Attorney<br>Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, AZ 85701-1416 | Princeton ISD<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | QKC Maui Owner, LLC<br>c/o Honigman Miller Schwartz & Cohn LLP<br>Attn. Andrew S. Conway<br>38500 Woodward Avenue<br>Suite 100<br>Bloomfield Hills, MI 48304-5048 |
| RBC Mortgage Company, Royal Bank of Canada a | REDWOOD MORTGAGE FUNDING, INC.<br>ONE BELVEDERE PLACE<br>SUITE 300<br>MILL VALLEY, CA 94941-2493 | Regions Bank<br>c/o Richard D. Becker<br>Becker & Becker, P.A.<br>2702 Capitol Trail<br>Newark, DE 19711-6814 |

| | | |
|---|---|---|
| Residential Capital, LLC<br>Law Office of David J. Stern, PA<br>c/o Frederic J. DiSpigna, Esq.<br>801 S. University Dr.<br>Suite 500<br>Plantation, FL 33324-3367 | Riverside Claims LLC<br>P O Box 626<br>Planetarium Station<br>New York, NY 10024-0626 | Shapiro,Nordmeyer & Zielke, LLP<br>7300 Metro Blvd., Ste. 390<br>Edina, MN 55439-2306 |
| Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | South Texas College<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | State of Colorado<br>Jefferson County Court & Administration<br>100 Jefferson County Parkway<br>Golden, CO 80401-6000 |
| State of Ohio, ex rel. Marc Dann, Attorney G<br>Ohio Attorney General<br>c/o Michelle T. Sutter<br>30 East Broad Street<br>25th Floor<br>Columbus, OH 43215-3400 | State of Washington Department of Revenue<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | SunTrust Bank<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| TN Dept. of Labor & Workforce Development-Un<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tax Appraisal District of Bell County, et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Time Warner Telecom, Inc.<br>Linda Boyle<br>10475 Park Meadows Drive<br>#400<br>Littleton, CO 80124-5454 |
| Travelers<br>National Accounts<br>Attn: Michael Marasco<br>1 Tower Square - 5MN<br>Hartford, CT 06183-0001 | UBS AG, Tampa Branch<br>c/o Law Offices of David J. Stern, PA<br>Attn: Frederic J. DiSpigna, Esq.<br>801 S. Univeristy Dr., Suite 500<br>Plantation, FL 33324-3367 | Udren Law Offices, P.C.<br>111 Woodcrest Road<br>Suite 200<br>Cherry Hill, NJ 08003-3620 |
| United Insurance Company | United Pacific Mortgage<br>Development Specialists, Inc.<br>333 South Grand Avenue-Suite 4070<br>Los Angeles, CA 90071-1544 | Warren County Collector<br>105 South Market<br>Warrenton, MO 63383-1986 |
| Warren H. Smith & Associates, P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201-3886 | Wells Fargo Bank NA as Trustee on behalf of | Wells Fargo Bank, N.A.<br>MAC N9303-120<br>608 2nd Avenue South<br>Minneapolis, MN 55479-0001 |
| Whitewright ISD<br>c/o Perdue, Brandon, Fielder, et al<br>P. O. Box 13430<br>Arlington, TX 76094-0430 | Wolff Samson. PC<br>Attn: Carlos G. Manalansan, Esquire<br>The Ofices of Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052-3686 | Wright, Finlay & Zak, LLP<br>4665 MacArthur Court<br>Suite 280<br>Newport Beach, CA 92660-1811 |
| XRoads Case Management Services, LLC<br>1821 E. Dyer Road<br>Suite 225<br>Santa Ana, CA 92705-5730 | Zurich American Insurance Company<br>c/o Ronald S. Gellert, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19102 United States | U.S. Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801-3024 |
| Adfitech, Inc<br>3001 Technology Drive<br>Edmond, OK 73013-3734 | Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 | CLARK COUNTY<br>C/O CHRISTINE A. ROBERTS, ESQ.<br>9950 WEST CHEYENNE AVENUE<br>LAS VEGAS, NEVADA 89129-7700 |

City of El Paso
c/o David G. Aelvoet
711 Navarro Suite 300
San Antonio, TX 78205-1749

Cybersearch
800 E. Northwest Highway
Suite 950
Palatine, IL 60074-6508

Home Loan Services, Inc.
P. O. Box 1838
Pittsburgh, PA 15230-1838

KW Properties, LTD
c/o Nancy Hotchkiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825-4558

KW Properties, LTD.
c/o Nancy Hotckiss, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825-4558

Law Offices of David J. Stern, PA
801 S. University Dr.
Suite 500
Plantation, FL 33324-3367

PFS Marketwyse
409 Minnisink Road, Ste 2
Totowa, NJ 07512-1808

The Financial Services Roundtable
1001 Pennsylvania Avenue, N.W.
Suite 500 South
Washington, DC 20004-2508

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Wilshire Credit Corporation
Attn: Jodi Seits
P. O. Box 1650
Portland, OR 97207-1650

Aaron Celious
1614 Greenfield Avenue
Los Angeles, CA 90025-3522

Admin of WC Old Fund Insurance Commissioner
Legal Division - Bankruptcy
P O Box 50540
Charleston, WV 25305-0540

Alberto & Helen Figueroa
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801-1611

Alireza Nazmi
Wendel, Rosen, Black & Dean LLP
c/o Charles A. Hansen
1111 Boradway, 24th Floor
Oakland, CA 94607-4139

Andre Mutchnik

Andrew Fleming
2029 Lenox Road
Schenectady, NY 12308-1335

Cameron W. Petrie

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801-3361

Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801-1299

Chun I. Jang
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551

David and Sherry TerMarsch
6136 Morning View Drive
Lakeland, FL 33813-2847

Diane Oliveira
C/o David G. Baker
105 Union Wharf
Boston, MA 02109-1281

Glenn M. Reisman
Law Offices
Two Corporate Drive
Suite 234
Shelton, CT 06484-6213

Grant C Rees
164 Route 7 South
P.O. Box 108
Milton, VT 05468-0108

Gregory W. Easter
P. O. Box 360685
Birmingham, AL 35236-0685

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

Jan M Geht
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044-0227

Joseph & Lavon Taylor, Individually and on B

Larry Shannon
506 E. Hill
Moses Lake, WA 98837-2124

Laura Sweeney

| | | |
|---|---|---|
| Marcos Alexis Ramos<br>Richards Layton & Finger, PA<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899-0551 | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899-0551 | Mark and Patti Lundborg<br>The Real Estate Book<br>4312 Elder Court<br>Bakersfield, CA 93306-7573 |
| Michael Joseph Merchant<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 | Nabih and Esther Mangoubi<br>515 Davis Street<br>Evanston, PA 60201-4619 | Orna Sarley<br>5675 SW 111 Terrace<br>Davie, FL 33328-4747 |
| Paul Noble Heath<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899-0551 | Rich F. Martin<br>8109 Santa Luz Village Green South<br>San Diego, CA 92127-2518 | Richard J Reynolds<br>16485 Laguna Canyon Road<br>Suite 250<br>Irvine, CA 92618-3849 |
| Robert F. Riggins<br>802 Albert Street<br>New Braunfels, TX 78130-3347 | Robert P. Cocco<br>437 Chestnut Street<br>Suite 1006<br>Philadelphia, PA 19106-2410 | Russell C. Silberglied<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. BOX 551<br>Wilmington, DE 19899-0551 |
| Sari E. Meador<br>Of Joe G. Tedder, CFC<br>Tax Collector for Polk County, Florida<br>P.O. Box 2016<br>Bartow, FL 33831-2016 | Scott Morris<br>Reeves & Seidler<br>2527 Santa Clara Avenue<br>Alameda, CA 94501-4633 US | Scott Newton<br>1st Home Repair<br>4217 Evelyn Street<br>Bossier City, LA 71112-4315 |
| Steffi A. Swanson<br>1902 Harlan Drive, Ste.A<br>Bellevue, NE 68005-6609 | Stuart L Druckman<br>Druckman & Sinel, LLP<br>242 Drexel Avenue<br>Westbury, NY 11590-3044 | Thomas Maxson<br>Cohen & Grigsby<br>11 Stanwix Street, 15th Fl<br>Pittsburgh, PA 15222-1312 |
| Tsutae Iwamoto<br>Weir & Partners LLP<br>Jeffrey S. Cianciulli, Esquire<br>824 Market Street Mall<br>Suite 1001<br>Wilmington, DE 19801-4939 | Zhiwen Yu<br>8007 Weeping Willow Pl.<br>Missouri City, TX 77459-5757 | c/o Karon Y. Wright Travis County<br>P.O. Box 1748<br>Austin, TX 78767-1748 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)303 Griffing Associates, LLC | (u)500 Eagles Landing, LLC | (u)816 Connecticut Avenue, L.P. |
| (u)ABN AMRO BANK N.V. | (u)ADT Security Services, Inc. | (u)AON Consulting |

| | | |
|---|---|---|
| (u)AP Services, LLC ("APS") | (u)AT&T Inc. | (u)Accuvant, Inc. |
| (u)Ad Hoc Committee of Participants in the Ne | (u)Adfitech, Inc. | (u)Affiliated Computer Services, Inc. and ACS |
| (u)Agile360 | (u)Alameda County Treasurer & Tax Collector | (u)Alaska Seaboard Partners Limited Partnersh |
| (u)Albert A. Winters & Maria D. Garibay aka M | (u)American Contractors Indemnity Co. | (u)American Home Mortgage, Corp. |
| (u)Approved Financial Corp. | (u)Aurora Loan Services LLC | (u)Avelo Mortgage, LLC |
| (u)BANK OF AMERICA, N.A. | (u)BCIA 95 Glastonbury Boulevard LLC | (u)BDO Seidman, LLP |
| (u)Bank of New York as Trustee c/o Countrywid | (u)Bank of Oklahoma, N.A. | (u)Bank of the West |
| (u)Barclays Bank PLC | (u)Barclays Capital | (u)BasePoint Analytics LLC |
| (u)Baute & Tidus LLP | (u)Bexar County Linebarger Goggan et al | (u)Bien Quach and BQ Consulting, Inc. |
| (u)Brandywine Operating Partnership, L.P. | (u)Brazoria County M.U.D. #21 et al. | (u)Bryan Cave LLP |

| | | |
|---|---|---|
| (u)CB Richard Ellis Corporate Facilities Mana | (u)CHL | (u)CISCO SYSTEMS CAPITAL CORPORATION |
| (u)CSHV Denver Tech Center, LLC | (u)CT Corporation Trust | (u)Cal-Western Reconveyance Corp. |
| (u)Canpro Investments, LTD., | (u)Carrington Capital Management, LLC | (u)Carrington Mortgage Services, LLC |
| (u)Carrington Mortgage Services, LLC/Carringt | (u)Chatham County Tax Commissioner | (u)CitiMortgage, Inc. |
| (u)Citigroup Global Markets Realty Corp. | (u)City of El Paso Linebarger Goggan et al | (u)City of Jacksonville, Florida |
| (u)City of St. Louis, Collector of Revenue | (u)Claimants Franca M. Rex, Nicolette Davis, | (u)Clayton County Tax Commissioners Office |
| (u)Clear Capital.com, Inc. | (u)Consumer Solutions, LLC | (u)Coremetrics, Inc. |
| (u)Countrywide Bank, F.S.B. | (u)Countrywide Financial Corporation | (u)Countrywide Home Loans Servicing LP for th |
| (u)Countrywide Home Loans, Inc. | (u)Countrywide Securities Corporation | (u)Countrywide Warehouse Lending |
| (u)County of Imperial, California | (u)Coventry Fund X, Ltd. | (u)Cranbrook Realty Investment Fund, L.P. |

| | | |
|---|---|---|
| (u)Credit Suisse First Boston Mortgage Capita | (u)Credit-Based Asset Servicing and Securitiz | (u)DB Structured Products, Inc. |
| (u)DB50 2007-1 Trust c/o Select Portfolio Ser | (u)DEUTSCHE BANK NATIONAL TRUST COMPANY, AS T | (u)DLJ Mortgage Capital, Inc. c/o Ocwen Loan |
| (u)DLJ Mortgage Capital, Inc. c/o Select Port | (u)DLj Mortgage Capital | (u)DRA CRT Baymeadows Center, LLC |
| (u)DRA CRT Post Oak, L.P. | (u)DRA/CLP 901 Maitland Orlando, LLC | (u)Daniel J. Rubio, John Hicks, David Vizcara |
| (u)Data-Link Systems, L.L.C. | (u)Decision One  Mortgage Co LLC. | (u)Deustche Bank National Trust Company, as T |
| (u)Deutsche Bank National Trust Company | (u)Deutsche Bank National Trust Company As Tr | (du)Deutsche Bank National Trust Company as T |
| (du)Deutsche Bank National Trust Company as T | (du)Deutsche Bank National Trust Company as T | (du)Deutsche Bank National Trust Company as T |
| (du)Deutsche Bank National Trust Company as T | (du)Deutsche Bank National Trust Company as T | (u)Deutsche Bank National Trust Company for t |
| (d)Deutsche Bank National Trust Company on be | (u)Deutsche Bank National Trust Company, Amer | (u)Deutsche Bank National Trust Company, Trus |
| (u)Deutsche Bank National Trust Company, as T Draper & Goldberg, PLLC | (du)Deutsche Bank National Trust Company, as | (u)Deutsche Bank Trust Company Americas forme |

| | | |
|---|---|---|
| (du)Deutsche Bank Trust Company Americas form | (du)Deutsche Bank Trust Company Americas form | (du)Deutsche Bank Trust Company Americas form |
| (du)Deutsche Bank Trust Company Americas form | (du)Deutsche Bank Trust Company Americas form | (u)Deutsche Bank Trust Company Americas, As T |
| (du)Deutsche Bank Trust Company Americas, as | (u)Deutsche Bank Trust Company f/k/a Banker | (u)Digital Legal Services, L.L.C. |
| (u)Donald and Judy Williams | (u)Douglas Emmett 2000, LLC | (u)EQY Invest First Colony Owner, LTD, LLP |
| (u)Edwards Angell Palmer & Dodge LLP | (u)Ernst & Young LLP | (u)Eschelon Telecom, Inc. |
| (u)Estate of Sam B. Knolton | (u)Everman Independent School District | (u)FTI Consulting Inc. |
| (du)FTI Consulting, Inc. | (u)FV-I, Inc. | (u)Fannie Mae |
| (u)Fein Such Kahn & Shepard, P.C. | (u)Fidelity National Title Company | (u)First American Title Insurance Company |
| (u)Fiserv Solutions, Inc. | (u)Floyd County Appraisal District | (u)Foley & Mansfield PLLP<br>Foley & Mansfield PLLP<br>150 S. Los Robles Ave.<br>Pasadena |
| (u)Fox Rothschild LLP | (u)Fremont Investment & Loan | (u)GMAC Commercial Finance, LLC |

| | | |
|---|---|---|
| (u)GS Conduit Loans c/o Avelo Mortgage Corp. | (u)Gauntlett & Associates | (u)Goldman Sachs Mortgage Company |
| (u)Grant Thornton LLP | (u)GreenPoint Mortgage Funding | (u)Greenwich Capital Financial Products, Inc |
| (u)Greenwich Capital Financial Products, Inc. | (u)Gregory J. Schroeder, Michelle Parker, Mar | (u)HSBC BANK USA, N.A., as Trustee c/o Select |
| (u)HSBC Bank USA, National Association for th | (du)HSBC Bank USA, National Association for t | (d)HSBC Bank USA, National Association on beh |
| (u)HSBC Bank USA, National Association, HSBC | (u)Hahn & Hessen LLP | (u)Hartford Fire Insurance Company |
| (u)Heller Ehrman LLP | (u)Hennigan, Bennett & Dorman LLP | (u)Hidalgo County |
| (u)Home Loan Services | (u)Howery LLP | (u)Huntington Quadrangle 2 LLC |
| (u)Hunton & Williams LLP | (u)IBM Credit LLC | (u)ICP Consulting LLC |
| (u)ILOG, Inc. | (u)IMC 97-7 Refi Co., LLC c/o Select Portfoli | (u)IndyMac Bank, F.S.B. |
| (u)Irell and Manella LLP | (u)Irvine Company | (u)JP MORGAN CHASE BANK, NA |

| | | |
|---|---|---|
| (u)JP Morgan Chase Bank, as Trustee c/o Selec | (u)KPMG LLP | (u)KST Data, Inc |
| (u)Klehr Harrison Harvey Branzburg & Ellers L | (u)Kurt F. Johnson, Dale Scott Heineman | (u)La Salle Bank |
| (u)LaJoya ISD | (u)LaSalle Bank National Association, as Trus Draper & Goldberg, PLLC | (u)LandAmerica Default Services Company |
| (u)Lazard Freres & Co. LLC | (u)Lehman Brothers | (u)Leslie K. Hill, dba., Farallon Enterprises |
| (u)Levitt Bakersfield, LLC | (u)Loanleaders of America, Inc. | (u)Loizides, P.A. |
| (u)MBS, Inc. | (u)MERS | (u)MERSCORP, Inc. |
| (u)MTGLQ Investors LP | (u)MTGLQ Investors, L.P. c/o Ocwen Loan Servi | (u)Mack-Cali Chestnut Ridge, LLC |
| (u)Maguire Properties-Park Place LLC, Maguire | (u)Malcolm & Cisneros | (u)Manchester Township |
| (u)Marion County Treasurer | (u)Mayer, Brown, Rowe & Maw LLP | (u)Morgan Stanley Mortgage Capital Inc. |
| (u)Morris, Schneider & Prior, L.L.C. | (u)Mortgage Electronic Registration System, I | (u)Mortgage Electronic Registration Systems |

| | | |
|---|---|---|
| (u)Mortgage Electronic Registration Systems, | (u)National Field Representatives | (u)New York State Teachers' Retirement Sys |
| (u)Novastar Mortgage, Inc. | (u)O'Melveny & Myers LLP | (u)Official Unsecured Creditors' Committee |
| (u)Oklahoma County Treasurer | (u)Oracle USA, Inc. | (u)Orange County Treasurer-Tax Collector |
| (u)P.C. Associates | (u)PEPPER HAMILTON LLP | (u)PHH Mortgage Corporation |
| (u)Pacific Paradise Valley, LLC | (u)Pennsbury Village Borough | (u)Plaza America Office Development, LLC |
| (u)Positive Software Solutions, Inc. | (u)Premier Print and Services Group, Inc. | (u)PricewaterhouseCoopers LLP |
| (u)PromoShop, Inc. | (u)Quadrangle Group, LLC | (u)Qwest Corporation |
| (u)RBC USA Holding Corporation and RBC Mortga | (u)REO Properties Corporation c/o Ocwen Loan | (u)RICHARD D. AUSTIN, LAUREN V. LIVA, MICHAEL |
| (u)RJS Properties, Inc. | (u)Randstad North America | (u)Realty Associates Fund VII, L.P. |
| (u)Receivable Management Services | (u)Regions Mortgage, Inc. | (u)Residential Funding Company, LLC |

| | | |
|---|---|---|
| (u)Richard Martin and Nancy Anderson | (u)Richards, Layton & Finger, PA | (u)Richardson ISD |
| (u)Robert Massie and Deborah Massie | (u)Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Center, 9th Floor<br>Cleveland | (u)Ryan Desert Ridge II, LLC |
| (u)S. William Manera | (u)SAUL EWING LLP | (u)SIRVA Relocation |
| (u)SN Servicing Corp. | (u)Safeco Financial Institution Solutions, In | (u)Sakamoto, Douglas M. aka Douglas Masaru Sa |
| (u)Saxon | (u)Saxon Mortgage Services, Inc. | (u)Select Portfolio Servicing, Inc. |
| (u)Sheppard, Mullin, Ritcher & Hampton LLP | (u)Speedpay, Inc. | (u)Sprint Communications Company L.P. d/b/a S |
| (u)Sprint Nextel Corporation | (u)State Of Michigan,Department Of Treasury | (u)State Of New Jersey, Division of Taxation |
| (u)State Of New York, Dept. Of Taxation & Fin | (du)State of Michigan, Department of Treasury | (u)Stony Point East, LP |
| (u)SunTrust Leasing Corporation | (u)Sutter County Tax Collector | (u)Symantec Corporation |
| (u)Tax Collector of Hillsborough County, Flor | (u)Texas Comptroller Of Public Accounts | (u)Thacher Proffitt & Wood LLP |

| | | |
|---|---|---|
| (u)The Bank of New York, as Trust Administrat | (u)The CIT Group/Business Credit, Inc. | (u)The Commonwealth Of Massachusetts, dept. O |
| (u)The Greenlining Institute | (du)The Irvine Company | (u)The Official Committee of Unsecured Credit |
| (u)The State of New Jersey | (u)The Townsend Trust | (u)Town Park Renaissance, LLC |
| (u)Town of New Windsor | (u)U.S. Bank N.A., as Trustee | (u)U.S. Bank National Association as Trustee |
| (u)UBS Real Estate Securities, Inc. | (u)UBS Real Estate Securities, Inc. c/o Selec | (u)UBS SSG, as servicing agent for Recontrust |
| (u)UNITED STATES OF AMERICA | (u)US Bank National Association as Trustee fo | (u)US Bank, N.A., as Trustee c/o Select Portf |
| (du)US bank National Association as Trustee f | (u)Union Bank of California | (u)United HealthCare Insurance Company |
| (u)United Virginia Title, LLC | (u)Village at Camp Bowie I, L.P. | (u)Village of Albion |
| (u)WM Specialty Mortgage LLC | (u)Wachovia Bank, N.A. c/o Ocwen Loan Servici | (u)Walker CAD |
| (u)Walz Postal Solutions, Inc. | (u)Washington Mutual | (u)Washington Mutual Bank |

| | | |
|---|---|---|
| (u)Washington Mutual Mortgage Securities Corp | (u)Wells Fargo Bank, N.A., as Indenture Trust | (u)Wells Fargo Bank, N.A., as Trustee c/o Ocw |
| (u)Wells Fargo Bank, NA, c/o Select Portfolio | (u)Wells Fargo Bank, National Association as | (u)Wells Fargo, N.A. |
| (u)Wharton County | (u)Wilshire Credit Corporation | (u)Wolfe & Wyman, LLP |
| (u)eMortgage Logic LLC | (du)eMortgage Logic, LLC | (d)Adfitech, Inc.<br>3001 Technology Drive<br>Edmond, OK 73013-3734 |
| (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110-1610 | (d)Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110-1610 | (d)KW Properties, LTD.<br>c/o Nancy Hotchkiss, Esquire<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, California 95825-4558 |
| (d)Riverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0626 | (u)Alan Such<br>Fein, Such, Kahn & Shepard, P.C. | (u)Alexander Davis |
| (u)Alyse Rafidi | (u)Anna Bailey | (u)Carol M. Wands |
| (u)Catherine C. Aquino | (d)Christopher M. Samis<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, De 19801-1299 | (u)Constance L Esposito |
| (u)Duripides G. Demos | (u)Dwain l White | (u)Elizabeth D. Anderson |
| (u)Erin Elizabeth Conroy | (u)Euripides G. Demos | (u)Geraldine Pulliam |

| | | |
|---|---|---|
| (u)Gina Brown | (u)James Bruce Thornberry | (u)Jeffrey Weber |
| (u)John A. Vos | (u)Kristina Porter | (u)LaMonte Andrews |
| (u)Leslie Marks | (u)Leslie K. Hill | (u)Lisa Clark |
| (u)Machiline Xiong | (u)Maria M. Gonzalez | (u)Mark A. Baker |
| (u)Mark K. Broyles<br>Fein, Such & Crane, LLP | (u)Mary McGurk | (u)Melvin Proctor, et al |
| (u)Merlin Grant | (u)Michael J. Missal | (u)Michael and Alvia Razo |
| (u)Patrick Bosby | (u)Patrick J Moloney | (u)Paul J. Koepke |
| (u)Peggy E. STalford | (u)Pierre Richard Augustin | (u)Rhonda M. Silva |
| (u)Robert and Carol Riggins | (u)Roland and Delouise Sawyer | (u)Sam C. Smith |
| (u)Sandra Krampota | (u)Sean O'Leary | (u)Stanley Votruba |

| | | |
|---|---|---|
| (u)Tracy Dunn | (u)Vern Hildebrandt | (u)Virginia Granato |
| (u)W. Barry Rank | (u)William Feeney | |

End of Label Matrix
Mailable recipients   200
Bypassed recipients   341
Total                 541