# EXHIBIT 2

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC.,** a Delaware corporation, <u>et al.,</u>[1] | Case No. 07-10416 (KJC) |
| **Debtors.** | **Jointly Administered** |

### ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING (A) BOOKS AND RECORDS CLAIMS; (B) INSUFFICIENT DOCUMENTATION CLAIMS; (C)CERTAIN MULTIPLE-DEBTOR DUPLICATE CLAIMS; <u>(D) REDUCED AND/OR RECLASSIFIED CLAIMS; AND (E) EQUITY CLAIMS</u>

Upon the *Debtors' Twentieth Omnibus Objection To Claims. Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; (D) Reduced and/or Reclassified Claims; and (E) Equity Claims* (the "<u>Objection</u>"),[2] filed by New Century Financial Corporation ("<u>NCF</u>"), a Maryland corporation, New Century TRS Holdings, Inc, ("<u>New Century TRS</u>"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-captioned case (collectively, the "<u>Debtors</u>"); and it appearing

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on <u>Exhibits</u> <u>A</u> through <u>E</u> annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.     This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.     Each holder of a claim (as to each, a "<u>Claim</u>") listed on <u>Exhibits</u> <u>A</u> through <u>E</u> attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.     Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.     Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

E.     The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

2

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Books and Records Claims listed on <u>Exhibit A</u> attached hereto be, and hereby are, disallowed and expunged in their entireties.

3.    The Insufficient Documentation Claims listed on <u>Exhibit B</u> attached hereto be, and hereby are, disallowed and expunged in their entireties.

4.    The Multiple-Debtor Duplicate Claims listed on <u>Exhibit C</u> in the column labeled "Duplicate Claim Number" be, and hereby are, disallowed and expunged in their entireties.

5.    The Reduced and/or Reclassified Claims listed on <u>Exhibit D</u> attached hereto be, and hereby are, reduced and/or reclassified as set forth on <u>Exhibit D</u>.

6.    The Equity Claim listed on <u>Exhibit E</u> attached hereto be, and hereby is, disallowed and expunged in its entirety.

7.    The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved.  Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

8.    This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

9.    Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on <u>Exhibits A</u> through <u>E</u> hereto, constitutes a separate contested matter

3

as contemplated by Fed. R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: June ____, 2008
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

4

# **EXHIBIT A**

# 20th Omnibus Objection

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| A Jean Alexander Dooley<br>229 W 64th St<br>Inglewood, CA 90302 | 07-10419 | 1978 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records as the matter has been resolved | | | | | | |
| Almus Wilson<br>2127 Candlewood Ct<br>Blakeslee, PA 18610 | 07-10416 | 3279 | $0.00 | $0.00 | $0.00 | $160,517.68 | $160,517.68 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Charles L Miller And Shirley G Miller<br>Edelman Combs Latturner & Goodwin Llc 120 S<br>Lasalle St 18th Fl<br>Chicago, IL 60603-4401 | 07-10419 | 2636 | $0.00 | $0.00 | $0.00 | $112,973.00 | $112,973.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| County of Santa Clara<br>Tax Collectons Division County Government<br>Center E Wing 70 W Hedding St<br>San Jose, CA 95110 | 07-10416 | 3584 | $3,949.66 | $0.00 | $0.00 | $0.00 | $3,949.66 |
| Comments: | Duplicate of Claim #441 which has been withdrawn by Creditor | | | | | | |
| Darleene Richardson<br>Williams Kastner & Gibbs 888 Sw Fifth Ave Ste<br>600<br>Portland, OR 97204-2025 | 07-10419 | 2059 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| De Lage Landen Financial Services inc<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | 07-10416 | 1568 | $0.00 | $0.00 | $0.00 | $19,263.24 | $19,263.24 |
| Comments: | The Debtors have no record of this liability in their Books and Records and contracting party is not a Debtor entity | | | | | | |
| Edgar & Elizabeth Chavez<br>Law Offices of Mark J Werksman 888 W Sixth St<br>4th Fl<br>Los Angeles, CA 90017 | 07-10419 | 3098 | $0.00 | $0.00 | $0.00 | $420,000.00 | $420,000.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Ethel Riley And Jacob Riley<br>19524 Saturn Dr<br>Abingdon, VA 24211 | 07-10419 | 2278 | $84,513.39 | $0.00 | $0.00 | $0.00 | $84,513.39 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |

**20th Omnibus Objection**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Gerald and Susanne Goodpreed | 07-10419 | 2247 | $0.00 | $0.00 | $2,425.00 | $497,575.00 | $500,000.00 |
| Northwest Ohio Legal Services 11 Federal Plaza Central Ste 800 Youngstown, OH 44503 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Hunt County | 07-10419 | 3903 | $0.00 | $0.00 | $4,223.81 | $0.00 | $4,223.81 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records as the real property is neither owned nor serviced by the Debtors | | | | | | | |
| Insurance Company of North America | 07-10421 | 2533 | $802,840.00 | $0.00 | $0.00 | $0.00 | $802,840.00 |
| Duane Morris LLP 30 S 17th St Philadelphia, PA 19103-4196 | | | | | | | |
| **Comments:** Claim should be expunged because the Claim has been resolved pursuant to Court Approved Stipulation | | | | | | | |
| John Hedlund | 07-10416 | 782 | $0.00 | $0.00 | $66,712.00 | $0.00 | $66,712.00 |
| 13719 Pristine Lake Ln Cypress, TX 77429 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Juan Pena | 07-10416 | 2581 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 06 82nd St 3rd Fl Jackson Heights, NY 11372 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Karen and Derreck Norwood c o Pamela Simmons | 07-10416 | 2317 | $0.00 | $0.00 | $0.00 | $30,636.87 | $30,636.87 |
| 2425 Porter St Ste 10 Soquel, CA 95073 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Laura L Burke | 07-10416 | 1319 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| 142 W Schubert Ave Glendale Hts, IL 60139 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Lieata Warren J | 07-10420 | 1698 | $0.00 | $0.00 | $10,950.00 | $30,492.00 | $81,442.00 |
| 3196 Hannover St Corona, CA 92882 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |
| Loretta Joe Fields | 07-10421 | 524 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 Park Pl Ste 925 Newark, NJ 07102 | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | |

20th Omnibus Objection

## Exhibit A
## Books and Records

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | To Be Expunged Claim Amount | | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Priorty | | | |
| Marilyn Wilson | 07-10416 | 3280 | $0.00 | $0.00 | $0.00 | | $160,517.68 | $160,517.68 |
| 2127 Candlewood Ct | | | | | | | | |
| Blakeslee, PA 18610 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Maurice Blackman | 07-10417 | 5 | $150,000.00 | $0.00 | $0.00 | | $0.00 | $150,000.00 |
| 1100 Gipson St | | | | | | | | |
| Far Rockaway, NY 11691 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Michael Snyder | 07-10421 | 385 | $0.00 | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 25 Hastings  Ln | | | | | | | | |
| Spring City, PA 19475 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Patricia Czerniak | 07-10419 | 458 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 324 S Maple Ave | | | | | | | | |
| Greensburg, PA 15601-3219 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Plaza America Office Development II LLC | 07-10416 | 3728 | $0.00 | $194,094.18 | $0.00 | | $0.00 | $194,094.18 |
| 405 N King St 8th Fl | | | | | | | | |
| Wilmington, DE 19801 | | | | | | | | |
| **Comments:** Claim should be expunged because the Court has already ruled on the Creditors Motion | | | | | | | | |
| Rainbow Corporate Center L.p | 07-10421 | 3885 | $0.00 | $0.00 | $66,714.07 | | $0.00 | $66,714.07 |
| c.o Wilde Hansen LLP 208 S Jones Blvd | | | | | | | | |
| Las Vegas, NV 89107 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Renav Brown | 07-10419 | 2246 | $0.00 | $0.00 | $2,425.00 | | $497,575.00 | $500,000.00 |
| Northwest Ohio Legal Services 11 Federal Plaza Central Ste 800 | | | | | | | | |
| Youngstown, OH  44503 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Ruthie Hillery c o Pamela D Simmons | 07-10419 | 2300 | $0.00 | $0.00 | $0.00 | | $94,848.00 | $94,848.00 |
| 2425 Porter St Ste 10 | | | | | | | | |
| Soquel, CA 95073 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |
| Sharon E Zeilmann | 07-10419 | 1944 | $0.00 | $0.00 | $7,500.00 | | $0.00 | $7,500.00 |
| 651 S Sutton 172 | | | | | | | | |
| Streamwood, IL  60107 | | | | | | | | |
| **Comments:** The Debtors have no record of this liability in their Books and Records | | | | | | | | |

# Exhibit A
## Books and Records

20th Omnibus Objection

| Name and Address of Claimant | Case Number | Claim Number | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| Shelby County Trustee<br>PO Box 2751<br>Memphis, TN 38101-2751 | 07-10419 | 3864 | $0.00 | $637.31 | $0.00 | $0.00 | $637.31 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the real property is neither owned nor serviced by the Debtors | | | | | | |
| Simpson Robert D<br>5765 Summit<br>Cincinnati, OH 45247 | 07-10421 | 989 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Stephane Maxon<br>7544 Millport Dr<br>Roseville, CA 95678 | 07-10416 | 86 | $0.00 | $0.00 | $3,716.25 | $9,029.98 | $12,746.23 |
| **Comments:** | Claim should be expunged because the Claim has been Amended by a previous expunged claim | | | | | | |
| Sutter County Tax Collector<br>PO Box 546<br>Yuba City, CA 95992 | 07-10419 | 3907 | $0.00 | $1,978.02 | $0.00 | $0.00 | $1,978.02 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records as the real property is neither owned nor serviced by the Debtors | | | | | | |
| Teresa G Seier<br>Wilkinson & Sisdorf PA 69th 1st Ave North No 201<br>St Petersburg, FL 33701 | 07-10419 | 2666 | $0.00 | $0.00 | $0.00 | $52,015.43 | $52,015.43 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Theresa A Davis<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | 07-10419 | 278 | $73,600.00 | $0.00 | $0.00 | $0.00 | $73,600.00 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Vincent and Barbara Romano c o Pamela Simmons<br>2425 Porter St Ste 10<br>Soquel, CA 95073 | 07-10419 | 2308 | $0.00 | $0.00 | $0.00 | $175,257.27 | $175,257.27 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | | |
| W Barry Rank Esquire<br>100 Nassau Pk Blvd Ste 111<br>Princeton, NJ 08540 | 07-10419 | 1887 | $217,191.42 | $0.00 | $0.00 | $0.00 | $217,191.42 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wallis Donna L<br>14591 Marsh View Dr<br>Jacksonville Bch, FL 32250 | 07-10419 | 2537 | $54,101.03 | $0.00 | $0.00 | $0.00 | $54,101.03 |
| **Comments:** | The Debtors have no record of this liability in their Books and Records and claim is a Multi-Debtor Duplicate of Claim #2534 which was expunged via Court Order | | | | | | |

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Books and Records

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Warren J Licata
3196 Hanover St
Corona, CA 92882 | 07-10417 | 1696 | $0.00 | $0.00 | $10,950.00 | $70,742.00 | $81,692.00 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Wells Fargo Bank NA | 07-10416 | 3725 | $0.00 | $184,945.36 | $0.00 | $0.00 | $184,945.36 |
| Christopher A Ward and Joanne B Wills 919 Market St Ste 1000
Wilmington, DE 19801 | | | | | | | |
| Comments: | The Debtors have no record of this liability in their Books and Records as the Court previously entered an Order Denying the Motion | | | | | | |
| World Savings
PO Box 659558
San Antonio, TX 78265-9558 | 07-10416 | 730 | $333,464.39 | $0.00 | $0.00 | $0.00 | $333,464.39 |
| Comments: | The Debtors have no record of this liability in their Books and Records | | | | | | |
| Claims To Be Expunged Totals | | 38 | $1,719,665.89 | $382,224.87 | $195,616.13 | $2,371,443.15 | $4,668,950.04 |

# EXHIBIT B

20th Omnibus Objection

# Exhibit B
## Claims with Insufficient Documentation

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Bessavel Pina<br>1801 E Barstock Rd No 98 Apt N12<br>Barstow, CA 92311 | 07-10419 | 1870 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Department Of Treasury<br>PO Box 2478<br>Richmond, VA 23207-2478 | 07-11043 | 3798 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Dianne Hinkle<br>7020 S 45th Way<br>Phoenix, AZ 85042 | 07-10419 | 1339 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Gladys M Steed<br>21980 Hwy 133<br>Somerset, CO 81434 | 07-10416 | 1799 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Harvey Blair<br>875 8th St Ne<br>Cleveland, TN 37311-0000 | 07-10416 | 1535 | $151,002.00 | $0.00 | $0.00 | $0.00 | $151,002.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-10429 | 3701 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-10419 | 3700 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-10429 | 3699 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-10417 | 3698 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | Insufficient Documentation | | | | | | |

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No. 07-10416 (KJC)

## Exhibit B

## Claims with Insufficient Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-10421 | 3697 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Comments:** | Insufficient Documentation | | | | | |
| Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722-2240 | 07-11043 | 3696 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Comments:** | Insufficient Documentation | | | | | |
| Pamela J Bridges<br>1204 S Lurck Ave<br>Muncie, IN 47302 | 07-10416 | 1283 | $0.00 | $0.00 | $40,000.00 | $30,000.00 | $70,000.00 |
| | **Comments:** | Insufficient Documentation | | | | | |
| State Treasury<br>PO Box 1837<br>Harrisburg, PA 17105-1837 | 07-11043 | 3693 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Comments:** | Insufficient Documentation | | | | | |
| **Claims To Be Expunged Totals** | | 13 | $151,002.00 | $0.00 | $40,000.00 | $30,000.00 | $221,002.00 |

Page 2

# EXHIBIT C

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit C**

**Multi Debtor Duplicate Claims**

| Name of Claimant | Duplicate Case Number | Duplicate Claim Number | Remaining Case Number | Remaining Claim Number | Duplicate Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Jeffrey Truslcom 8415 Robawood Humble, TX 77346 | 07-10416 | 1320 | 07-10420 | 1300 | $0.00 | $0.00 | $0.00 | $314.19 | $314.19 | $0.00 | $0.00 | $0.00 | $314.19 | $314.19 |
| Law Office Of Krauze & Associates 290 Maple Court Ste 118 Ventura, CA 93003 | 07-10416 | 2121 | 07-10419 | 2214 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Nancy Voss 806 Town & Country Rd Orange, CA 92868 | 07-10416 | 1374 | 07-10416 | 1855 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 |
| Claims To Be Expunged Totals | | 3 | | | $0.00 | $0.00 | $0.00 | $1,044,502.45 | $1,044,502.45 | $0.00 | $0.00 | $0.00 | $1,044,502.45 | $1,044,502.45 |

# **EXHIBIT D**

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**20th Omnibus Objection**

## Exhibit D
### Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Annette R Bradley<br>Moutan State Justice inc 1031 Quarter St Ste 200<br>Charleston, WV 25301 | 07-10419 | 2986 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Anthony and Yvette Nichols<br>8787 Baypine Rd<br>jacksonville, Fl 32256 | 07-10419 | 699 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Cinomque Green<br>Sabbah & Mackool PO Box 952<br>Riverside, CA 92502 | 07-10419 | 3078 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $18,500.00 | $18,500.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Colleen Wolf<br>8514 SE 79th Pl<br>Mercer Island, WA 98040 | 07-10419 | 3898 | $0.00 | $275,000.00 | $0.00 | $0.00 | $275,000.00 | $0.00 | $0.00 | $0.00 | $275,000.00 | $275,000.00 |
| **Comments:** No Basis for Administrative Priority Status | | | | | | | | | | | | |
| Daniel R Rivera<br>10710 Palomas Ave<br>Albuquerque, NM 87122 | 07-10416 | 387 | $0.00 | $0.00 | $40,000.00 | $0.00 | $40,000.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Diane Olivera<br>129 Dyer St<br>Providence, RI 02903 | 07-10419 | 413 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | $0.00 | $0.00 | $0.00 | $180,000.00 | $180,000.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Franca M Rex<br>6 St Albans Ave<br>Newtown Square, PA 19073 | 07-10416 | 728 | $0.00 | $0.00 | $0.00 | $215,000.00 | $215,000.00 | $0.00 | $0.00 | $0.00 | $42,500.00 | $42,500.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Gertrude Robertson<br>Atty for Robertson 705 Second Ave Ste 501<br>Seattle, WA 98104 | 07-10416 | 2572 | $0.00 | $0.00 | $0.00 | $460,000.00 | $460,000.00 | $0.00 | $0.00 | $0.00 | $95,000.00 | $95,000.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| Jacqueline Colven<br>Law Office Of Krause & Associates 290 Maple Court Ste 118<br>Ventura, CA 93003 | 07-10419 | 2214 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 |
| **Comments:** Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
### Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Jerry Voss An Individual And Nancy Voss An Individual / 15264 Washington Ave / Lake Elsinore, CA 92530 | 07-10416 | 1855 | $0.00 | $0.00 | $0.00 | $44,188.26 | $44,188.26 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| John and Nicolette Davis / 6 St Albans Ave / Newtown Square, PA 19073 | 07-10419 | 701 | $0.00 | $0.00 | $0.00 | $129,000.00 | $129,000.00 | $0.00 | $0.00 | $0.00 | $27,500.00 | $27,500.00 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| John Hedlund / 13719 Pristine Lake Ln / Cypress, TX 77429 | 07-10416 | 766 | $0.00 | $0.00 | $400,000.00 | $0.00 | $400,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 |
| Comments: Claim should be reduced, reclassified and allowed pursuant to Section 502(b)(7) | | | | | | | | | | | | |
| Jonathan Collier / 6 St Albans Ave / Newtown Square, PA 19073 | 07-10416 | 684 | $0.00 | $0.00 | $0.00 | $55,000.00 | $55,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Comments: Claim should be reduced and allowed because the Debtors' Books and Records reflect a lesser amount | | | | | | | | | | | | |
| LA County Treasurer and Tax Collector / PO Box 54110 / Los Angeles, CA 90051-0110 | 07-10416 | 3858 | $930.89 | $0.00 | $371.15 | $0.00 | $1,302.04 | $420.94 | $0.00 | $114.65 | $0.00 | $535.59 |
| Comments: Claim should be reduced and allowed because the Debtors' acknowledge the validity of the personal property taxes but that the real property is neither owned nor serviced by the Debtors' | | | | | | | | | | | | |
| Marc Loewenthal / 9071 E MISSISSIPPI AVE NO 22A / Denver, CO 80247 | 07-10419 | 3910 | $0.00 | $137,500.00 | $0.00 | $0.00 | $137,500.00 | $0.00 | $0.00 | $0.00 | $137,500.00 | $137,500.00 |
| Comments: No Basis for Administrative Priority Status | | | | | | | | | | | | |
| Maria Lubczynski / 9066 Wagner River Cir / Fountain Valley, CA 92708 | 07-10416 | 108 | $0.00 | $0.00 | $16,106.08 | $0.00 | $16,106.08 | $0.00 | $0.00 | $10,950.00 | $5,156.08 | $16,106.08 |
| Comments: Claim should be reclassified and allowed because the Creditor has met the Priority cap for wages | | | | | | | | | | | | |
| Monika Lemhoefer McCarthy / 2401 Voorhees Ave / Redondo Beach, CA 90278 | 07-10419 | 3888 | $0.00 | $253,344.72 | $0.00 | $0.00 | $253,344.72 | $0.00 | $0.00 | $0.00 | $253,344.72 | $253,344.72 |
| Comments: No Basis for Administrative Priority Status | | | | | | | | | | | | |
| National City Commercial Capital Co LLC / 995 Dalton Ave / Cincinnati, OH 45203 | 07-10416 | 2885 | $0.00 | $0.00 | $0.00 | $103,589.25 | $103,589.25 | $0.00 | $0.00 | $0.00 | $103,589.25 | $103,589.25 |
| Comments: Claim should be allowed against Home123 Corporation because Home123 Corporation is the correct Debtor entity liable for the obligation | | | | | | | | | | | | |

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit D
### Reduce / Reclassify

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | | Reduced/Reclassified Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| National City Commercial Capital Co LLC 995 Dalton Ave Cincinnati, OH 45203 | 07-10416 | 2495 | $0.00 | $0.00 | $0.00 | $83,651.36 | $83,651.36 | $0.00 | $0.00 | $0.00 | $83,651.36 | $83,651.36 |
| Comments: Claim should be allowed against Home123 Corporation because Home123 Corporation is the correct Debtor entity liable for the obligation | | | | | | | | | | | | |
| National City Commercial Capital Co LLC 995 Dalton Ave Cincinnati, OH 45203 | 07-10416 | 2494 | $0.00 | $0.00 | $0.00 | $50,825.77 | $50,825.77 | $0.00 | $0.00 | $0.00 | $50,825.77 | $50,825.77 |
| Comments: Claim should be allowed against Home123 Corporation because Home123 Corporation is the correct Debtor entity liable for the obligation | | | | | | | | | | | | |
| National City Commercial Capital Co LLC 995 Dalton Ave Cincinnati, OH 45203 | 07-10416 | 2880 | $0.00 | $0.00 | $0.00 | $36,970.98 | $36,970.98 | $0.00 | $0.00 | $0.00 | $36,970.98 | $36,970.98 |
| Comments: Claim should be allowed against Home123 Corporation because Home123 Corporation is the correct Debtor entity liable for the obligation | | | | | | | | | | | | |
| National City Commercial Capital Co LLC 995 Dalton Ave Cincinnati, OH 45203 | 07-10416 | 2868 | $0.00 | $0.00 | $0.00 | $10,350.92 | $10,350.92 | $0.00 | $0.00 | $0.00 | $10,350.92 | $10,350.92 |
| Comments: Claim should be allowed against Home123 Corporation because Home123 Corporation is the correct Debtor entity liable for the obligation | | | | | | | | | | | | |
| Town Park Renaissance Llc 2301 Cumberland Pkwy Atlanta, GA 30339 | 07-10421 | 2480 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,683.55 | $12,683.55 |
| Comments: Claim should be allowed because the Debtors' Books and Records reflect same | | | | | | | | | | | | |
| Warren Lucas 3196 Hanover St Corona, CA 92882 | 07-10419 | 1694 | $0.00 | $0.00 | $10,950.00 | $70,492.00 | $81,442.00 | $0.00 | $0.00 | $0.00 | $81,442.00 | $81,442.00 |
| Comments: Claim should be reclassified and allowed pursuant to Section 502(b)(7) | | | | | | | | | | | | |
| Claims To Be Expunged Totals | | 24 | $930.89 | $665,844.72 | $467,427.23 | $5,499,068.54 | $6,633,271.38 | $120.94 | $0.00 | $13,564.65 | $1,894,014.63 | $1,908,000.22 |

# EXHIBIT E

20th Omnibus Objection

In re: New Century TRS Holdings, Inc. et al.
Case No.07-10416 (KJC)

**Exhibit E**
**Equity Claims**

| Name and Address of Claimant | Case Number | Claim Number | Filed Claim Amount | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Secured | Admin | Priority | Unsecured | Total |
| Robert G Bloomer Living Trust Dtd 3/4/2002<br>8135 La Riviera Dr<br>Sacramento, CA 95826 | 07-10416 | 1565 | $0.00 | $0.00 | $23,050.00 | $0.00 | $23,050.00 |
| Claims To Be Expunged Totals | | 1 | $0.00 | $0.00 | $23,050.00 | $0.00 | $23,050.00 |