# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NEW CENTURY TRS HOLDINGS, INC.,**<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING CERTAIN (A) AMENDED AND SUPERSEDED CLAIMS; (B) LATE FILED CLAIMS; AND (C) NO SUPPORTING DOCUMENTATION CLAIMS SET FORTH IN DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS

Upon the *Debtors' Twenty-First Omnibus Objection To Claims Non-Substantive Objection Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) No Supporting Documentation Claims* (the "Objection"),[2] filed by New Century Financial Corporation ("NCF"), a Maryland corporation, New Century TRS Holdings, Inc, ("New Century TRS"), a Delaware corporation, and their direct and indirect subsidiaries, each as a debtor and debtor-in-possession in the above-captioned case (collectively, the "Debtors"); and it appearing that notice of the objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Objection, the claims listed on

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

RLF1-3280190-1

Exhibits A through C annexed hereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A.  This Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.  Each holder of a claim (as to each, a "Claim") listed on Exhibits A through C attached hereto was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.  Any entity known to have an interest in the Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.  The Claims listed on Exhibit A hereto are Claims that have been amended and superseded by other claims set forth in later Proofs of Claim and, therefore, have been amended and superseded by the Remaining Claims; and

E.  The Claims listed on Exhibit B hereto are Claims that were filed after the Bar Date and, therefore, were not timely filed; and

F.  The Claim listed on Exhibit C hereto is a Claim for which no supporting documentation was attached to the filed Proof of Claim; and

G.  The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.  The Objection is GRANTED.

2.  The Amended and Superseded Claims listed on Exhibit A in the column labeled "Amended Claim Number" be, and hereby are, disallowed or expunged in their entireties.

3. The Late Filed Claims listed on Exhibit B be, and hereby are, disallowed and expunged in their entireties.

4. The No Supporting Documentation Claim listed on Exhibit C be, and hereby is, disallowed and expunged in its entirety.

5. The Debtors' rights to amend, modify, or supplement this Objection, to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors, and to seek further reduction of any Claim to the extent such Claim has been paid, are preserved. Additionally, should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases are preserved.

6. This Court shall retain jurisdiction over the Debtors and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

7. Each Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth on Exhibits A through C hereto, constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by any Claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such Claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

Dated: June ___, 2008
       Wilmington, Delaware

                                                                        THE HONORABLE KEVIN J. CAREY
                                                                         UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

**21st Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| ADT Security Services Inc<br>McGuire Woods LLP 625 Liberty Ave Dominion Tower 23rd Fl<br>Pittsburgh, PA 15222 | 07-10416 | 3509 | 07-10419 | 3883 | $0.00 | $0.00 | $0.00 | $255,804.71 | $255,804.71 | $0.00 | $0.00 | $0.00 | $402,230.65 | $402,230.65 |
| American Express Travel Related Svcs Co Inc Corp Card<br>PO Box 3001<br>Malvern, PA 19355-0701 | 07-10416 | 1840 | 07-10416 | 3830 | $0.00 | $0.00 | $0.00 | $902.55 | $902.55 | $0.00 | $0.00 | $0.00 | $17,614.65 | $17,614.65 |
| Aurora Loan Services LLC on behalf of certain Trusts<br>Aurora Loan Services LLC 10350 Park Meadows Dr<br>Littleton, CO 80124 | 07-10420 | 2375 | 07-10420 | 3868 | $9,173,109.07 | $0.00 | $0.00 | $0.00 | $9,173,109.07 | $11,332,415.57 | $0.00 | $0.00 | $0.00 | $11,332,415.57 |
| Bexar County<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 07-10416 | 307 | 07-10416 | 3876 | $4,028.87 | $0.00 | $0.00 | $0.00 | $4,028.87 | $1,075.46 | $0.00 | $0.00 | $0.00 | $1,075.46 |
| Calyx Software<br>6475 Camden Ave No 207<br>San Jose, CA 95120-2848 | 07-10417 | 218 | 07-10419 | 3884 | $0.00 | $0.00 | $0.00 | $64,451.00 | $64,451.00 | $0.00 | $0.00 | $0.00 | $64,451.00 | $64,451.00 |
| City of New York Dept of Finance<br>Audit Division 345 Adams St 10th Fl<br>Brooklyn, NY 11201 | 07-10421 | 1312 | 07-10421 | 3890 | $0.00 | $0.00 | $22,000.00 | $0.00 | $22,000.00 | $0.00 | $0.00 | $210,000.00 | $0.00 | $210,000.00 |
| CNA Companies<br>2405 Lucien Way<br>Maitland, FL 32751 | 07-10417 | 3293 | 07-10417 | 3881 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $548,227.00 | $548,227.00 |
| Connecticut Department of Revenue Services<br>C&E Division Bankruptcy Section 25 Sigourney St<br>Hartford, CT 06106-5032 | 07-10421 | 1452 | 07-10421 | 3779 | $0.00 | $0.00 | $452.50 | $50.00 | $502.50 | $0.00 | $0.00 | $13,358.26 | $0.00 | $13,358.26 |

Page 1

21st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Hunt County | 07-10419 | 662 | 07-10419 | 3903 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 | $0.00 | $0.00 | $4,223.81 | $0.00 | $4,223.81 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan Street Ste 1600 Dallas, TX 75201 | | | | | | | | | | | | | | |
| Hunt County | 07-10419 | 690 | 07-10419 | 3903 | $1,543.71 | $0.00 | $0.00 | $0.00 | $1,543.71 | $0.00 | $0.00 | $4,223.81 | $0.00 | $4,223.81 |
| Linebarger Goggan Blair & Sampson LLP 2323 Bryan St Ste 1600 Dallas, TX 75201 | | | | | | | | | | | | | | |
| IBM Credit LLC 13800 Diplomat Dr Dallas, TX 75234 | 07-10417 | 46 | 07-10419 | 3909 | $0.00 | $0.00 | $127,488.68 | $1,136,085.71 | $1,263,574.39 | $0.00 | $0.00 | $0.00 | $759,034.24 | $759,034.24 |
| Indiana Department Of Revenue 100 North Senate Ave Indianapolis, IN 46204 | 07-10416 | 3873 | 07-10416 | 3886 | $0.00 | $0.00 | $77,315.78 | $22,628.13 | $99,943.91 | $0.00 | $0.00 | $77,310.45 | $22,627.59 | $99,938.04 |
| Indiana Department Of Revenue Bankruptcy Section Room N203 100 N Senate Ave Indianapolis, IN 46204 | 07-10416 | 3867 | 07-10416 | 3889 | $0.00 | $15,223.56 | $0.00 | $0.00 | $15,223.56 | $0.00 | $0.00 | $0.00 | $30,269.06 | $30,269.06 |
| Indiana Department of State Revenue Bankruptcy Section 100 N Senate Ave Rm N203 Indianapolis, IN 46204 | 07-10416 | 3889 | 07-10416 | 3908 | $0.00 | $0.00 | $0.00 | $30,269.06 | $30,269.06 | $0.00 | $60,705.19 | $0.00 | $0.00 | $60,705.19 |
| Lewisville Independent School District Law Offices of Robert E Luna PC 4411 N Central Expressway Dallas, TX 75205 | 07-10421 | 1592 | 07-10421 | 3869 | $543.91 | $0.00 | $0.00 | $0.00 | $543.91 | $454.36 | $0.00 | $0.00 | $0.00 | $454.36 |
| Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90051-0110 | 07-10416 | 1304 | 07-10416 | 3858 | $0.00 | $0.00 | $548.14 | $0.00 | $548.14 | $930.89 | $0.00 | $371.15 | $0.00 | $1,302.04 |

Page 2

21st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount | | | | | Remaining Claim Amount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| New York State Department of Taxation and Finance PO Box 5300 Albany, NY 12205-0300 | 07-10419 | 3705 | 07-10419 | 3808 | $0.00 | $0.00 | $170,962.34 | $0.00 | $170,962.34 | $0.00 | $0.00 | $2,132.07 | $0.00 | $2,132.07 |
| New York State Department of Taxation and Finance PO Box 5300 Albany, NY 12205-0300 | 07-10419 | 1797 | 07-10419 | 3808 | $0.00 | $0.00 | $47,824.27 | $0.00 | $47,824.27 | $0.00 | $0.00 | $2,132.07 | $0.00 | $2,132.07 |
| New York State Department of Taxation and Finance PO Box 5300 Albany, NY 12205-0300 | 07-10421 | 1794 | 07-10421 | 3813 | $0.00 | $0.00 | $13,583.28 | $0.00 | $13,883.28 | $0.00 | $0.00 | $14,166.85 | $0.00 | $14,166.85 |
| New York State Department of Taxation and Finance PO Box 5300 Albany, NY 12205-0300 | 07-10422 | 3704 | 07-10422 | 3900 | $0.00 | $0.00 | $319.95 | $112.00 | $431.95 | $0.00 | $0.00 | $619.95 | $112.00 | $731.95 |
| Round Rock ISD Linebarger Goggan Blair & Sampson LLP 1949 S IH 35 78741 PO Box 17428 Austin, TX 78760-7428 | 07-10419 | 481 | 07-10419 | 3882 | $269.95 | $0.00 | $0.00 | $0.00 | $269.95 | $1,039.62 | $0.00 | $0.00 | $0.00 | $1,039.62 |
| Sitecroft Holdings inc dba Go Apply dba eLeadZ 2600 Michelson Ste 200 Irvine, CA 92614 | 07-10421 | 10 | 07-10419 | 34 | $0.00 | $0.00 | $0.00 | $7,872.00 | $7,872.00 | $0.00 | $0.00 | $0.00 | $39,645.34 | $39,645.34 |
| Texas Comptroller of Public Accounts Bankruptcy Collections Division PO Box 12548 Austin, TX 78711-2548 | 07-11043 | 3823 | 07-11043 | 3906 | $0.00 | $0.00 | $75,879.53 | $0.00 | $75,879.53 | $0.00 | $0.00 | $50,903.19 | $0.00 | $50,903.19 |
| Texas Comptroller of Public Accounts Office of the Attorney General Bankruptcy Collections Division PO Box 12548 Austin, TX 78711-2548 | 07-10421 | 3734 | 07-10421 | 3905 | $0.00 | $0.00 | $42,807.42 | $0.00 | $42,807.42 | $0.00 | $0.00 | $17,731.08 | $0.00 | $17,731.08 |

Page 3

**21st Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit A
## Amended Claims

| Name of Claimant | Amended Case Number | Amended Claim Number | Remaining Case Number | Remaining Claim Number | Amended Claim Amount ||||| Remaining Claim Amount |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Secured | Admin | Priority | Unsecured | Total | Secured | Admin | Priority | Unsecured | Total |
| Texas Comptroller of Public Accounts Bankruptcy Collections Division PO Box 12548 Austin, TX 78711-2548 | 07-10421 | 3451 | 07-10421 | 3734 | $0.00 | $0.00 | $40,963.95 | $0.00 | $40,963.95 | $0.00 | $0.00 | $42,807.42 | $0.00 | $42,807.42 |
| TN Dept of Labor & Workforce Development Unemployment Ins PO Box 20207 Nashville, TN 37202-0207 | 07-10416 | 3742 | 07-10416 | 3875 | $0.00 | $0.00 | $732.49 | $0.00 | $732.49 | $0.00 | $0.00 | $761.88 | $0.00 | $761.88 |
| TN Dept of Labor & Workforce Development Unemployment Ins PO Box 20207 Nashville, TN 37202-0207 | 07-10416 | 2260 | 07-10416 | 3742 | $0.00 | $0.00 | $714.70 | $0.00 | $714.70 | $0.00 | $0.00 | $732.49 | $0.00 | $732.49 |
| Treasurer of Arapahoe County Colorado 5334 S Prince St Littleton, CO 80166 | 07-10416 | 1387 | 07-10416 | 3865 | $0.00 | $0.00 | $9,461.58 | $0.00 | $9,461.58 | $0.00 | $0.00 | $0.00 | $2,082.11 | $2,082.11 |
| **Claims To Be Expunged Totals** | | | | 28 | $9,181,039.22 | $15,223.56 | $631,354.61 | $1,518,175.16 | $11,345,792.55 | $11,335,915.90 | $60,705.19 | $441,474.48 | $1,886,293.64 | $13,724,389.21 |

Page 4

# EXHIBIT B

RLF1-3280190-1

**21st Omnibus Objection**

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit B
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Alfonso J Longo and Janet Longo<br>4 Friar Ct<br>Jackson, NJ 08527 | 07-10416 | 3801 | 1/29/2008 | $0.00 | $0.00 | $0.00 | $2,816,854.62 | $2,816,854.62 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |
| Atmos Energy CO KS Division<br>PO Box 650205<br>Dallas, TX 75265-0205 | 07-10416 | 3874 | 3/17/2008 | $0.00 | $0.00 | $0.00 | $242.22 | $242.22 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |
| City of Watauga | 07-10419 | 3872 | 3/31/2008 | $109.60 | $0.00 | $0.00 | $0.00 | $109.60 |
| Comments: Perdue Brandon Fielder Collins & Mott LLP PO Box 13430 Arlington, TX 76094-0430 | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | |
| County of San Bernardino<br>172 West 3rd St<br>San Bernardino, CA 92415 | 07-10416 | 3862 | 2/19/2008 | $51,825.09 | $0.00 | $0.00 | $0.00 | $51,825.09 |
| Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | |
| Independent Consultant<br>6324 Taylor Dr<br>Flint, MI 48507 | 07-10419 | 3861 | 2/20/2008 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |
| Ingham County Treasurer<br>PO Box 215<br>Mason, MI 48854 | 07-10416 | 3904 | 4/8/2008 | $3,187.31 | $0.00 | $0.00 | $0.00 | $3,187.31 |
| Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | |
| Joe G Tedder CFC Tax Collector for Polk County Florida<br>PO Box 2016<br>Bartow, FL 33831 | 07-10419 | 3902 | 4/15/2008 | $347.12 | $0.00 | $0.00 | $0.00 | $347.12 |
| Comments: | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | | |
| Kristen L Robertson<br>62 Dietrich Ln<br>N Haledon, NJ 07508 | 07-10419 | 3767 | 1/10/2008 | $0.00 | $0.00 | $300,000.00 | $0.00 | $300,000.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |
| Neville Lewis<br>9500 Arena Dr Ste 104<br>Largo, MD 20774 | 07-10416 | 3350 | 9/21/2007 | $0.00 | $0.00 | $298,000.00 | $0.00 | $298,000.00 |
| Comments: | Claim Filed After General Bar Date of August 31, 2007 | | | | | | | |

Page 1

21st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

## Exhibit B
## Claims Filed After Bar Date

| Name and Address of Claimant | Case Number | Claim Number | Date Filed | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| Patricia Caldwell Collector<br>200 W Walnut Rm 104<br>Blytheville, AR 72315 | 07-10419 | 3857 | 2/19/2008 | $0.00 | $0.00 | $305.76 | $0.00 | $305.76 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Patrick J Padilla Treasurer of Bernalillo County<br>PO Box 627<br>Albuquerque, NM 87103-0627 | 07-10416 | 3880 | 3/11/2008 | $0.00 | $0.00 | $1,386.04 | $0.00 | $1,386.04 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Pomona Mortgage<br>1255 W Holt Ave<br>Pomona, CA 91768 | 07-10416 | 3870 | 3/26/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comments: | | Claim Filed After General Bar Date of August 31, 2007 | | | | | | |
| San Benito County Tax Collector<br>440 Fifth St Rm 107<br>Hollister, CA 95023 | 07-10416 | 3879 | 3/10/2008 | $0.00 | $11,159.58 | $0.00 | $0.00 | $11,159.58 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Treasurer of Arapahoe County Colorado<br>5334 S Prince St<br>Littleton, CO 80166 | 07-10416 | 3866 | 3/26/2008 | $0.00 | $0.00 | $0.00 | $614.62 | $614.62 |
| Comments: | | Claim Filed After Governmental Bar Date of October 2, 2007 | | | | | | |
| Claims To Be Expunged Totals | | 14 | | $55,469.12 | $11,159.58 | $599,691.80 | $2,818,211.46 | $3,484,531.96 |

Page 2

# **EXHIBIT C**

21st Omnibus Objection

In re: New Century TRS Holdigs, Inc. et al.
Case No.07-10416 (KJC)

# Exhibit C

## Claims with No Supporting Documentation

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | |
|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Stacy Janeen Bettel<br>1222 Delaware St<br>Huntington Beach, CA 92648 | 07-10416 | 2929 | $0.00 | $0.00 | $10,080.00 | $0.00 | $10,080.00 |
| Comments: No Supporting Documentation | | | | | | | |
| Claims To Be Expunged Totals | | | $0.00 | $0.00 | $10,080.00 | $0.00 | $10,080.00 |

Page 1