IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., a | : Case No. 07-10416 (KJC) |
| Delaware corporation, et al., | : |
| | : Jointly Administered |
| | : Objection Deadline: June 4, 2008 at 4:00 p.m. |
| Debtors. | : Hearing Date: To be determined |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | SAUL EWING LLP |
| Authorized to Provide Professional Services to: | Michael J. Missal, Examiner |
| Date of Retention: | July 27, 2007 *nunc pro tunc* to June 8, 2007 |
| Period for which Compensation and Reimbursement is sought: | December 1, 2007 through March 31, 2008[1] |
| Amount of Compensation sought as actual, reasonable and necessary: | $33,337.80* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $8,802.89** |

This is (a)n:    X interim    ____ Final Application

---

[1] Applicant's Sixth, Seventh, Eighth and Ninth monthly fee applications are incorporated herein by reference.

\* This amount includes the anticipated receipt of an additional $2,081.52 in fees in connection with the eighth monthly fee request if no timely objections are received by May 15, 2008 and an additional $5,178.24 in fees in connection with the ninth monthly fee request if no timely objections are received by May 27, 2008.

\*\* This amount includes the anticipated receipt of an additional $1,820.20 in expenses in connection with the eighth monthly fee request if no timely objections are received by May 15, 2008 and an additional $1,037.60 in expenses in connection with the ninth monthly fee request if no timely objections are received by May 27, 2008.

Summary of Fee Applications for Compensation Period:

| Application Date Filed Docket No. | Period Covered | CONO Date Filed Docket No. | Fees Requested 100% | Expenses Requested (100%) | Fees Approved (80%) | Expenses Approved 100% | Holdback 20% |
|---|---|---|---|---|---|---|---|
| Sixth 1/31/08 DI 4777/4778 | 12/1/07 - 12/31/07 | 2/22/08 DI 5016 | $7,929.00 | $1,329.93 | $6,343.20 | $1,329.93 | $1,585.80 |
| Seventh 3/17/08 DI 5384/5385 | 1/1/08 – 1/31/08 | 4/9/08 DI 5783 | $16,334.10 | $4,615.16 | $13,067.28 | $4,615.16 | $3,266.82 |
| Eighth 4/25/08 DI 6430/6431 | 2/1/08 – 2/29/08 | Obj. due 5/15/08 | $2,601.90 | $1,820.20 | *pending* | *pending* | $520.38 |
| Ninth 5/5/08 DI 6553/6554 | 3/1/08 -3/31/08 | Obj. due 5/27/08 | $6,472.80 | $1,037.60 | *pending* | *pending* | $1,294.56 |
| Total | | | $33,337.80 | $8,802.89 | $19,410.48 | $5,945.09 | $6,667.56 |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications date October 10, 2007 (the "Fee Auditor Order"), objections, if any, to the Third Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit "A" attached hereto so as to be received by **4:00 p.m. on June 4, 2008 (Eastern Time).** If no timely objections are filed to the

Third Interim Fee Application Request, the Court may enter an order granting the Third Interim Fee Application Request without a hearing.

Dated: May 15, 2008                     SAUL EWING LLP

                                        By: _____
                                        Mark Minuti (No. 2659)
                                        222 Delaware Avenue, Suite 1200
                                        P.O. Box 1266
                                        Wilmington, DE 19899
                                        (302) 421-6840 (telephone)
                                        (302) 421-5873 (fax)

                                        *Co-Counsel to Michael J. Missal, as Examiner*