**EXHIBIT A**
**NOTICE PARTIES**

*(Debtor)*
Monika McCarthy, Esquire
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Counsel to Lender)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*(Counsel to Lender)*
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*(Fee Auditor)*
Warren H. Smith, Esquire
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX 75201

558839.1 5/12/08