IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| New Century TRS Holdings, Inc., et al. | ) ) ) ) ) ) | Chapter 11<br>Case No. 07-10416 KJC<br>Jointly Administered |
| Debtors, | ) | |

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**(relates to Docket No. 6393)**

Kristi J. Doughty, a partner with the law firm of Whittington & Aulgur, certifies to the Court as follows:

1. On April 22, 2008, the undersigned on behalf of Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay as to 5430 Cherry Creek Parkway, Columbus, OH 43228 (Docket No. 6393).

2. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that she has reviewed the Court docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to the said Motion appears thereon. Pursuant to the notice filed in connection with the Motion, objections to the Motion were to be filed and served no later than May 14, 2008.

3. Attached hereto as **Exhibit A** is the order submitted in connection with the Motions. The undersigned respectfully requests that the order attached hereto as **Exhibit A** be entered at the convenience of the Court.

WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Ste. #206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Date: May 15, 2008