**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

New Century TRS Holdings, Inc.,                    ) Case No. 07-10416 KJC
      et al.,                                                  ) Chapter 11
                                      ) Jointly Administered
                      Debtors,            )

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 15TH day of May, A.D. 2008 that service of the

**Certification of Counsel** and proposed **Order** was made electronically and (via) first class mail

to the following:

New Century TRS Holdings, Inc.
18400 Von Karman Ave.
Irvine, CA  92612
*Debtor*

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Bonne Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Angela Brown
5430 Cherry Creek Parkway South
Columbus, Ohio 43228
*Borrower*

Arthur C. Collins
5430 Cherry Creek Parkway South
Columbus, Ohio 43228

By:     /s/ Kristi J. Doughty
        Robert T. Aulgur, Jr. (No. 165)
        313 N. DuPont Hwy., Suite 110
        P.O. Box 617
        Odessa, DE  19730-1617
        (302) 378-1661
        Attorney for Movant