UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          *

                                                                                     Case No. 07-10416-KJC

NEW CENTURY TRS HOLDINGS, INC.,   *    (Chapter 11)
a Delaware corporation, *et al.*,

              Debtor          *     **Hearing Date: May 21, 2008 10:00 AM**

                                                          ***********

## **CERTIFICATE OF NO OBJECTION**
(*Relates to Docket Reference #: 6555*)

DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

1. Movant filed a Motion for Relief from the Automatic Stay with regard to 16511 Kipling Avenue, Cleveland, Ohio 44110 on May 5, 2008. The Motion was served to the Debtor, Debtor's Counsel, the United States Trustee and the Official Committee of Unsecured Creditors via regular mail on May 5, 2008.

2. The Notice of the Motion states, "If you fail to respond in accordance with this notice, the relief demanded by the Motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by May 14, 2008. As of April 15, 2008, no response has been filed by the Debtor or any other interested person.

3. Accordingly, Movant respectfully requests that the Court enter the Proposed Order Terminating Automatic Stay.

Date: May 15, 2008                    Respectfully submitted,

                                                      WITTSTADT & WITTSTADT, P.A.
                                                      /s/ *Lisa R. Hatfiled*_____
                                                      Lisa R. Hatfield (DE No. 4967)
                                                      284 East Main Street
                                                      Newark, DE 19711
                                                      (302) 444-4602
                                                      (866) 503-4930 (toll free)

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 15, 2008, copies of the foregoing Certificate of No Response was served upon the parties listed on the below in the manner stated:

VIA US MAIL
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

VIA US MAIL
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

VIA US MAIL
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

VIA US MAIL  
Mark T. Power, Esquire  
Mark S. Indelicato, Esquire  
488 Madison Avenue  
14th and 15th Floor  
New York, NY 10022  
*Attorneys for the Official Committee of Unsecured Creditors*

                              Respectfully submitted,

                              WITTSTADT & WITTSTADT, P.A.

                              /s/ *Lisa R. Hatfiled*_____  
                              Lisa R. Hatfield (DE No. 4967)  
                              284 East Main Street  
                              Newark, DE 19711  
                              (302) 444-4602  
                              (866) 503-4930 (toll free)