IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, <u>et al.</u>,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline:  June 4, 2008 at 4:00 p.m.** |
| | : | **Hearing Date:  To be determined** |

## <u>NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST</u>

| | |
|---|---|
| Name of Applicant: | <u>Michael J. Missal, Examiner</u> |
| Date of Retention: | <u>June 5, 2007 (Order entered on June 7, 2007)</u> |
| Period for which compensation and reimbursement is sought: | <u>December 1, 2007 through March 31, 2008</u>[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 618,804.00</u>[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$ 3,195.25</u> |

---

[1]  The Debtors are the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

[2]  The Examiner's Second, Third, Fourth and Fifth Monthly Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from August 1, 2007 through November 30, 2007 (the "Second, Third, Fourth and Fifth Monthly Fee Applications") are incorporated herein by reference.

[3]  Reflects the Examiner's voluntary ten percent (10%) reduction of his fees in this matter.

This is (a)n: __X__ interim    _____ final application

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| Date Filed: 1/25/08 Docket No. 4708 | 12/1/07 – 12/31/07 | $128,046.60 (80% of $160,058.25) | $1,707.10 | $128,046.60 | $1,707.10 |
| Date Filed: 2/25/08 Docket No. 5032 | 1/1/08 – 1/31/08 | $152,947.80 (80% of $191,184.75) | $1,045.65 | $152,947.80 | $1,045.65 |
| Date Filed: 3/25/08 Docket No. 5486 | 2/1/08 – 2/29/08 | $198,313.20 (80% of $247,891.50) | $442.50 | $198,313.20 | $442.50 |
| Date Filed: 4/25/08 Docket No. 6436 | 3/1/08 – 3/31/08 | $15,735.60 (80% of $19,669.50) | $0.00 | $15,735.60 | $0.00 |

Summary of Any Objections to Fee Applications:

As of the date hereof, no objections have been filed to the Examiner's Sixth, Seventh, Eighth and Ninth Fee Applications.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **June 4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: Wilmington, Delaware
       May 15, 2008

                                    SAUL EWING LLP


                                    By
                                        Mark Minuti, Esq. (DE No. 2659)
                                        222 Delaware Avenue
                                        P.O. Box 1266
                                        Wilmington, DE 19899-1266
                                        (302) 421-6800

                                        -and-

                                        KIRKPATRICK & LOCKHART PRESTON
                                        GATES ELLIS LLP
                                        Edward M. Fox, Esq.
                                        A Member of the Firm
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        (212) 536-3900

                                        Attorneys for Michael J. Missal, Examiner

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esquire
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA  92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

*(Counsel for Debtor)*
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY  10019

*(United States Trustee)*
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*(Counsel for Unsecured Creditors
Committee)*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

*(Counsel for Unsecured Creditors
Committee)*
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Counsel to Lender)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE  19801

*(Counsel to Lender)*
Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

*(Fee Auditor)*
Warren H. Smith, Esquire
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX  75201