IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, | : Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : |
| | : Jointly Administered |
| Debtors. | : |

**Objection Deadline: June 4, 2008 at 4:00 p.m.**

## NOTICE OF TWELFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On May 15, 2008, the Twelfth Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of March 1, 2008 through March 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of interim compensation in the amount of $171,999.60 (80% of $214,999.50) and reimbursement of expenses in the amount of $7,160.96 incurred in representation of the Official Committee of

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage

1

Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of March 1, 2008 through March 31, 2008 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **June 4, 2008 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Blank Rome is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Blank Rome an amount equal to 80% of the fees ($171,999.60) and 100% of the expenses ($7,160.96) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors

---

Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

shall be authorized to pay Blank Rome 80% of the fees and 100% of the expenses not subject to the objection.

Dated:  May 15, 2008

BLANK ROME LLP

/s/ *Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: June 4, 2008 at 4:00 p.m.**

**TWELFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| *Name of Applicant:* | Blank Rome LLP |
| *Authorized to Provide Professional Services to:* | Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.* |
| *Date of Retention:* | May 31, 2007, *nunc pro tunc* to April 9, 2007 |
| *Period for which Compensation and Reimbursement is Sought:* | March 1, 2008 through March 31, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary:* | $171,999.60   (80% of $214,999.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary:* | $7,160.96 |

This is a:     ✓  Monthly      ____ Quarterly      ____ Final Application

-ii-

127340.01600/40174592v.1

The following is pertinent information regarding the prior fee applications submitted to the Court:

| Date Filed | Period Covered | Requested | | Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | 20% of Fees |
| 6/27/07 | 4/9/07-4/30/07 | $231,047.50 | $14,247.88 | $184,820.90 | $14,264.98 | PENDING |
| 9/14/07 | 5/1/07-5/31/07 | $322,057.50 | $12,004.58 | $256,408.00 | $12,004.58 | PENDING |
| 9/14/07 | 6/1/07-7/31/07 | $241,366.00 | $13,864.00 | $193,092.80 | $13,864.00 | PENDING |
| 11/8/07 | 8/1/07-8/31/07 | $167,354.00 | $5,049.75 | $133,883.20 | $5,049.75 | PENDING |
| 12/3/07 | 9/1/07-10/31/07 | $262,884.00 | $7,698.93 | $210,307.20 | $7,698.93 | PENDING |
| 1/14/08 | 11/1/07-11/30/07 | $146,756.00 | $1,539.07 | $117,404.80 | $1,539.07 | PENDING |
| 1/31/08 | 12/1/07-12/31/07 | $110,366.50 | $417.65 | $88,293.20 | $417.65 | PENDING |
| 4/17/08 | 1/1/08-2/29/08 | $319,802.50 | $14,158.42 | PENDING | PENDING | PENDING |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**Objection Deadline: June 4, 2008 at 4:00 p.m.**

**TWELFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008**

This Twelfth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) for the period of March 1, 2008 through March 31, 2008 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

4

## Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in this district is proper under 28 U.S.C. §§ 1408 and 1409.

## Background

2. On April 2, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an Order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On April 9, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Credit Suisse First Boston Mortgage Capital LLC, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Deutsche Bank National Trust Co., Wells Fargo Bank, N.A. as Indenture Trustee, Fidelity National Information Services, Inc., and Maguire Properties – Park Place, LLC. Since its formation, the Committee has appointed Kodiak Funding LP as an *ex officio* member of the Committee.

4. Hahn & Hessen LLP (*"Hahn & Hessen"*) and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and FTI Consulting, Inc. (*"FTI"*) was selected by the Committee to serve as financial advisor to the Committee.

127340.01600/40174592v.1

5. On April 25, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 389).

6. On May 4, 2007, the Committee filed the Application of the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Employ Blank Rome LLP as Its Co-Counsel Pursuant 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of April 9, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 550) with the Court. On May 31, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 973).

7. On October 10, 2007, the Court entered the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (Docket No. 3260).

8. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

9. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and Regina Stango Kelbon. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

**Relief Requested**

10. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the

Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $214,999.50 for the Application Period, and seeks payment of 80% of this amount, $171,999.60, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $7,160.96, in accordance with the terms of the Administrative Order.

11. Blank Rome has made all reasonable efforts to avoid duplication of work with co-counsel, Hahn & Hessen.

### Summary of Fees

12. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 597.70 hours at a blended billing rate of $365.60 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

13. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

14. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome spent time preparing, revising, and finalizing its combined tenth and eleventh monthly fee application for the period of January 1, 2008 through February 29, 2008. Blank Rome also spent time preparing, revising and finalizing its third interim fee application for the period of December 1, 2007 through March 31, 2008.

Blank Rome also spent a significant amount of time reviewing and responding to the Fee Auditor's initial report and objection regarding Blank Rome's first interim fee application for the period of April 9, 2007 through July 31, 2007.

**Total Hours: 30.70     Total Fees: $8,688.00**

(Project Code 2)    <u>Other Professionals' Fee/Employment Applications</u>:

Blank Rome assisted in the filing of Hahn & Hessen's fee applications, including preparing, executing and filing certificates of no objection to Hahn & Hessen's sixth and seventh monthly fee applications. Blank Rome also assisted in the filing of FTI's fee applications, including filing a supplemental affidavit in support of FTI's retention application and preparing, executing and filing certificates of no objection to FTI's tenth monthly fee application. Blank Rome also reviewed and analyzed fee applications filed by other professionals, including the Examiner's professionals and counsel for the Examiner.

**Total Hours: 3.80     Total Fees: $950.00**

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome reviewed and analyzed various settlement proposals, including, but not limited to, proposals for settlement of the Rubio litigation and the Positive Software litigation.

Blank Rome also reviewed, analyzed and executed on behalf of the committee, documents related to the Positive Software litigation.

**Total Hours: 1.50      Total Fees: $895.00**

(Project Code 5)      <u>Committee Business and Meetings</u>:

Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at weekly Committee meetings (via teleconference), procedural matters of import to the case, and the general provision of information regarding case status. In staffing attendance for such meetings, Blank Rome carefully examined the meeting agendas and determined which professionals should attend, based upon their expertise and background knowledge in the subject matters to be discussed. Such meetings often required attendance by more than one Blank Rome professional, due to the widely varied matters and complex nature of the issues discussed. Specifically, Blank Rome was heavily involved in meetings at which the plan of reorganization and disclosure statements were reviewed and evaluated.

Blank Rome reviewed documents and communicated with Committee representatives in keeping them apprised of developments to the case, including, but not limited to, potential causes of action, issues related to the plan of reorganization and the disclosure statement, and issues related to the Examiner. Blank Rome also communicated with Hahn & Hessen and FTI on a host of issues to coordinate and share analysis on matters affecting the estate, including, without limitation, a letter to the Committee in support of the plan of reorganization.

**Total Hours: 9.00      Total Fees: $4,458.50**

9

(Project Code 6)     Case Administration:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. Blank Rome also maintained and updated a case calendar, which highlighted the deadlines and hearing dates of pertinent matters. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals. Blank Rome also participated in conferences with the Court and the Debtors to discuss case administration. Blank Rome communicated with one another regarding strategic issues, including, but not limited to, issues related to the disclosure statement and the plan of reorganization and issues related to the Examiner's report. Blank Rome also reviewed, analyzed and summarized cases relevant to these strategic decisions. Further, Blank Rome communicated with creditors regarding various service issues.

**Total Hours: 43.50      Total Fees: $12,639.50**

(Project Code 8)     Employee Benefits / General Labor:

Blank Rome performed work in connection with the adversary proceedings filed by the plan beneficiaries. Blank Rome, in consultation with attorneys from its Tax and Employment Retirement Insurance Security Act ("ERISA") group and its Employment Benefits and Executive Compensation group, as well as with co-counsel Hahn & Hessen, worked with the Debtors in an attempt to resolve the dispute regarding the employees' deferred compensation plan. As such,

127340.01600/40174592v.1

Blank Rome reviewed pleadings related to the Debtors' employment benefit plans, the rabbi trust agreement, plan documents and related pleadings, and participated in analysis and strategic meetings and negotiations. Blank Rome also conducted legal research on various issues related to the rabbi trust and the Schroeder litigation.

**Total Hours: 43.10     Total Fees: $25,685.00**

(Project Code 9)     <u>Evaluation and Negotiations of Debtors' Plan</u>:

Blank Rome spent a considerable amount of time reviewing and evaluating the Debtors' proposed plan of reorganization and disclosure statement as well as attending hearings regarding the disclosure statement. Blank Rome also spent a considerable amount of time reviewing and evaluating objections to the plan of reorganization and preparing responses to those objections. Specifically, Blank Rome spent a significant amount of time researching issues in preparation for the drafting of a portion of the Debtors' response to objections to the confirmation of the plan of reorganization.

Blank Rome conducted legal research regarding issues related to the Debtors' proposed plan of reorganization and disclosure schedule. In deep collaboration with Hahn & Hessen and FTI, Blank Rome assessed the viability of the Debtors' plan of reorganization and worked with FTI and Hahn & Hessen, as well as the Committee members, to determine the best strategy by which to assure confirmation of the plan. As such, Blank Rome participated in numerous telephone conferences with one another, Hahn & Hessen, FTI, the Committee members and the Debtors' counsel and professionals.

Blank Rome also reviewed and analyzed the liquidation analysis. As such, Blank Rome participated in telephone conferences with Hahn & Hessen, FTI and the Debtors' professionals regarding the liquidation analysis as well as issues related to the Schroeder litigation and

11

objections to the plan of reorganization.

**Total Hours: 150.30       Total Fees: $52,060.00**

(Project Code 15)       <u>Tax Issues</u>:

Blank Rome communicated with one another via email and teleconference, and consulted with attorneys in its Tax group, regarding issues related to the tax refund. Blank Rome also communicated and worked closely with Hahn & Hessen regarding issues related to the tax refund. Further, Blank Rome reviewed and analyzed a substantial number of documents related to an analysis of tax issues with respect to the estate.

**Total Hours: 7.50       Total Fees: $4,768.00**

(Project Code 16)       <u>Asset Analysis / Recovery</u>:

The time billed to this category relates to the investigation and analysis performed regarding assets, including potential causes of action for the estates as well as the Examiner's investigation. In coordination with co-counsel and FTI, and utilizing the Ringtail electronic document review program, Blank Rome and its litigation team continued its efforts of extensively reviewing hundreds of thousands of documents produced by the Debtors. Blank Rome divided its document review efforts into two stages: (1) a non-substantive review by paralegals involving the coding of names, dates, and general topics; and (2) a substantive review by attorneys in order to determine the relevance of such documents to pertinent issues and potential causes of action. This procedure allowed Blank Rome to utilize its professionals and paraprofessionals in the most efficient and cost-effective manner, in order to maximize the value of its services to the Committee and, ultimately, the Debtors' estates.

Members of the team further attended regular teleconference and in-person meetings

regarding the document review process and the Examiner's investigation developments. Members of the team also communicated among one another, by telephone and e-mail correspondence, in an effort to collaborate on document review methodology and to exchange information about specific documents.

Further, Blank Rome and Hahn & Hessen strategized with FTI on the various claims and causes of actions to be initiated by the Committee. In connection with said litigation strategy, Blank Rome reviewed and analyzed motions, research memoranda and reports prepared by the Examiner, e-mails and other pertinent documents. Specifically, Blank Rome spent a significant amount of time reviewing the Examiner's Report, which consisted of over 550 pages. Blank Rome also met, in person and via teleconference, with the Examiner on multiple occasions, as well as with the Examiner's retained professionals, Hahn & Hessen, and FTI, in order to evaluate the Examiner's investigation and to coordinate the Committee's efforts with respect to such investigation.

**Total Hours: 270.00   Total Fees: $83,715.50**

(Project Code 17)   <u>Hearings - Attendance / Preparation</u>:

The time billed to this category relates to the attendance of hearings and related proceedings and includes time spent in preparation of the same. Time billed to this category involved preparation for and attendance at hearings involving the disclosure statement as well as numerous omnibus hearings involving multiple matters that cannot be efficiently segregated. Blank Rome also prepared for a confirmation hearing regarding the plan of reorganization.

When staffing attendance for meetings in preparation for hearings, whether these meetings were with the Committee, co-counsel or the Debtors' professionals, Blank Rome carefully examined the meeting agendas and determined which professionals should attend,

based upon their expertise and background knowledge in the subject matters to be discussed. Such meetings often required attendance by more than one professional due to the widely varied matters and complex nature of the issues discussed.

When staffing attendance at hearings, Blank Rome carefully examined the issues to be heard and determined which attorneys should attend based upon their expertise and background knowledge of the subject matters to be heard. Such hearings often required attendance by more than one attorney, due to the widely varied matters and complex nature of the issues to be heard.

**Total Hours: 34.30     Total Fees: $19,280.00**

(Project Code 20)     <u>Non-Working Travel</u>:

The time billed to this matter relates to non-working travel. In accordance with Del. Bankr. LR 2016-2(d)(viii), only half of the actual non-working travel time was billed.

**Total Hours: 4.00     Total Fees: $1,860.00**

14

**Actual and Necessary Costs and Expenses Incurred**

15. Reimbursement of expenses in the amount of $7,160.96 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

16. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

19. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

127340.01600/40174592v.1

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $171,999.60 (80% of $214,999.50), together with the reimbursement of expenses in the amount of $7,160.96; and such other and further relief that the Court deems just and proper.

Dated:   May 15, 2008

BLANK ROME LLP

/s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell (No. 3809)
Regina Stango Kelbon
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al.*

16