# Exhibit "B"

# NEW CENTURY OFFICIAL COMMITTEE
## EXPENSE SUMMARY
## MARCH 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $5.88 |
| Telephone Conference Calls | | $25.40 |
| Reproduction of Documents | In-House @ $.10/copy | $357.30 |
| | Contracted Photocopying - Parcels | $3,648.66 |
| Hand Delivery Service | Parcels | $611.00 |
| Courier and Express Services | Federal Express | $191.52 |
| Travel Expenses | S. Wright, B. Fatell, M. Vongtama | ($496.00) |
| E-Services | E-Filing, CD Duplication, E-mail | $87.70 |
| Special Mailing Charges | | $190.12 |
| Westlaw | | $2,336.02 |
| LexisNexis | | $4.41 |
| Business Meals | | $69.87 |
| Meeting Expenses | | $29.08 |
| Record/Docket Searches | | $100.00 |
| **TOTAL** | | **$7,160.96** |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 01/21/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 697.54 | 697.54 | CONTRACTED PHOTOCOPYING | 5592855 |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE510 | 5595203 |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE300 | 5595204 |
| 02/28/2008 | 09994 | BR PACER | PACERPG | 27.00 | 0.08 | 2.16 | Court ID: DEBK<br>BR0053<br>IMAGE300 | 5595205 |
| 03/02/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 236.73 | 236.73 | CONTRACTED PHOTOCOPYING | 5561117 |
| 03/02/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 483.84 | 483.84 | CONTRACTED PHOTOCOPYING | 5561119 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584133 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK<br>BR0053<br>IMAGE517 | 5584136 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584139 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | Court ID: DEBK<br>BR0053<br>IMAGE513 | 5584142 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | Court ID: DEBK<br>BR0053<br>IMAGE507 | 5584145 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | Court ID: DEBK<br>BR0053<br>IMAGE498 | 5584148 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | Court ID: DEBK<br>BR0053<br>IMAGE508 | 5584151 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584154 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | Court ID: DEBK<br>BR0053<br>IMAGE509 | 5584157 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613505 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE518 | 5613506 |
| 03/04/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE518 | 5613507 |
| 03/05/2008 | 00020 | BONNIE G. FATELL | 30 | 582.00 | 0.10 | 58.20 | REPRODUCTION OF DOCUMENTS | 5533736 |
| 03/05/2008 | 02489 | KIM BRATHWAITE | 30 | 583.00 | 0.10 | 58.30 | REPRODUCTION OF DOCUMENTS | 5533737 |
| 03/06/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 562.80 | 562.80 | WESTLAW<br>SEILER,MARCIE | 5537057 |
| 03/06/2008 | 08413 | SHAWN WRIGHT | 64CRED | 1.00 | -289.00 | -289.00 | Passenger: WRIGHT/SHAWN | 5561997 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 64CRED TRAVEL EXPENSE: TRAIN FARE CREDIT | |
| | | | | | | | Travel Date: 02/25/2008 | |
| | | | | | | | Invoice #: 47702 | |
| | | | | | | | Flt BWI.NYP BWI | |
| | | | | | | | Ticket #:7102161476 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,054.99 | 1,054.99 | WESTLAW | 5537058 |
| | | | | | | | SEILER,MARCIE | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 705.65 | 705.65 | WESTLAW | 5537059 |
| | | | | | | | OULAVONG,MELIS | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5559488 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663843 | |
| | | | | | | | Name:   SUZZANNE UHLAND | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 275 BATTERY STREET | |
| | | | | | | | City,St,Z: SAN FRANCISCO, CA  94111 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5559491 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663854 | |
| | | | | | | | Name:   EMILY CULLER | |
| | | | | | | | Company:  O'MELVANEY & MYERS | |
| | | | | | | | Address1: 400 S. HOPE STREET | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90071 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5559494 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663865 | |
| | | | | | | | Name:   MONIKA MCCARTHY | |
| | | | | | | | Company:  NEW CENTURY MORTGAGE COMPANY | |
| | | | | | | | Address1: 18400 VAN KARMAN AVENUE | |
| | | | | | | | City,St,Z: IRVINE, CA  92612 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS | 5559497 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663876 | |
| | | | | | | | Name:   BENNET SPIEGEL | |
| | | | | | | | Company:  KIRKLAND & ELLIS | |
| | | | | | | | Address1: 777 S. FIGUEROA STREET, SUITE | |
| | | | | | | | City,St,Z: LOS ANGELES, CA  90017 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5559498 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663887 | |
| | | | | | | | Name:   HOLLY FELDER ETLIN | |
| | | | | | | | Company:  AP SERVICES, LLC | |
| | | | | | | | Address1: 9 WEST 57TH STREET | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10019 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5559501 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663898 | |
| | | | | | | | Name:   MARK INDELICATO | |
| | | | | | | | Company:  HAHN & HESSEN LLP | |
| | | | | | | | Address1: 488 MADISON AVENUE | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY  10022 | |
| | | | | | | | Reference: REF: 127340-01600 | |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5559504 |
| | | | | | | | Invoice: 259302378 | |
| | | | | | | | Tracking: 957906663902 | |
| | | | | | | | Name:   DONALD WORKMAN | |
| | | | | | | | Company:  BAKER & HOSTETLER | |
| | | | | | | | Address1: 1050 CONNECTICUT AVE. NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC  20036 | |
| | | | | | | | Reference: REF: 127340-01600 | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.16 | 10.16 | FEDERAL EXPRESS<br>Invoice: 259302378<br>Tracking: 957906663913<br>Name: THOMAS KORSMAN, VICE PRESIDENT<br>Company: WELLS FARGO BANK<br>Address1: MAC N93030-120<br>City,St,Z: MINNEAPOLIS, MN 55479<br>Reference: REF: 127340-01600 | 5559507 |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS<br>Invoice: 259302378<br>Tracking: 957906663924<br>Name: DAVID RETTER<br>Company: KELLEY DRYE & WARREN<br>Address1: 101 PARK AVENUE<br>City,St,Z: NEW YORK, NY 10178<br>Reference: REF: 127340-01600 | 5559510 |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.44 | 10.44 | FEDERAL EXPRESS<br>Invoice: 259302378<br>Tracking: 957906663935<br>Name: WARREN SMITH<br>Company: WARREN SMITH & ASSOCIATES<br>Address1: REPUBLIC CENTER<br>City,St,Z: DALLAS, TX 75201<br>Reference: REF: 127340-01600 | 5559513 |
| 03/07/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5561166 |
| 03/07/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613508 |
| 03/09/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 678.05 | 678.05 | WESTLAW<br>SEILER,MARCIE | 5552713 |
| 03/10/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 850.50 | 850.50 | WESTLAW<br>STEWART,JONN | 5552714 |
| 03/10/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 540.02 | 540.02 | CONTRACTED PHOTOCOPYING | 5561120 |
| 03/10/2008 | 00020 | BONNIE G. FATELL | 93 | 1.00 | 87.70 | 87.70 | E-SERVICES (E-FILING, CD DUPLICATION, EMAIL) | 5561149 |
| 03/10/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 155.00 | 155.00 | HAND DELIVERY SERVICE | 5561167 |
| 03/11/2008 | 00020 | BONNIE G. FATELL | 30 | 294.00 | 0.10 | 29.40 | REPRODUCTION OF DOCUMENTS | 5547854 |
| 03/11/2008 | 00020 | BONNIE G. FATELL | 30 | 870.00 | 0.10 | 87.00 | REPRODUCTION OF DOCUMENTS | 5547855 |
| 03/11/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 474.29 | 474.29 | WESTLAW<br>SEILER,MARCIE | 5552715 |
| 03/11/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 683.95 | 683.95 | CONTRACTED PHOTOCOPYING | 5561121 |
| 03/11/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613509 |
| 03/11/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613510 |
| 03/12/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,361.91 | 1,361.91 | WESTLAW<br>SEILER,MARCIE | 5552716 |
| 03/12/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 326.26 | 326.26 | WESTLAW<br>OULAVONG,MELIS | 5552717 |
| 03/12/2008 | 00020 | BONNIE G. FATELL | 64CRED | 1.00 | -226.00 | -226.00 | Passenger: FATELL/BONNIE<br>64CRED TRAVEL EXPENSE: TRAIN FARE CREDIT<br>Travel Date: 02/25/2008<br>Invoice #: 47986<br>Flt PHL.NYP PHL | 5603038 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ticket #:7109791192 | |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 30 | 816.00 | 0.10 | 81.60 | REPRODUCTION OF DOCUMENTS | 5550405 |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 30 | 200.00 | 0.10 | 20.00 | REPRODUCTION OF DOCUMENTS | 5550406 |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 371.42 | 371.42 | WESTLAW<br>SEILER,MARCIE | 5552718 |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 363.61 | 363.61 | WESTLAW<br>STEVENS,KARI K | 5552719 |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 394.78 | 394.78 | WESTLAW<br>OULAVONG,MELIS | 5552720 |
| 03/13/2008 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 190.12 | 190.12 | SPECIAL MAILING CHARGES | 5562504 |
| 03/13/2008 | 08413 | SHAWN WRIGHT | 06 | 1.00 | 7.00 | 7.00 | TRAVEL EXPENSE: PARKING, TOLLS - SHAWN WRIGHT<br>PARKING FOR TRAVEL TO DELAWARE FOR MEETING WITH<br>NEW CENTURY EXAMINER 3/13/08<br>Bank ID: 210 Check Number: 67390 | 5568351 |
| | | Voucher=625579 Paid | | | | | Vendor=SHAWN WRIGHT  Balance= .00  Amount= 65.08<br>Check #67390 04/08/2008 | |
| 03/13/2008 | 08413 | SHAWN WRIGHT | 58 | 1.00 | 29.08 | 29.08 | MEETING EXPENSES - SHAWN WRIGHT LUNCH WITH J.<br>POLUKA RE HERLEY MATTER 3/20/08<br>Bank ID: 210 Check Number: 67390 | 5568352 |
| | | Voucher=625579 Paid | | | | | Vendor=SHAWN WRIGHT  Balance= .00  Amount= 65.08<br>Check #67390 04/08/2008 | |
| 03/13/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613511 |
| 03/13/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613512 |
| 03/13/2008 | 00136 | GARY R. GOLDENBERG | 11HARD | 1.00 | 0.05 | 0.05 | TELEPHONE CONFERENCE CALLS - GENESYS<br>CONFERENCING<br>Bank ID: 210 Check Number: 69541 | 5625514 |
| | | Voucher=630430 Paid | | | | | Vendor=GENESYS CONFERENCING  Balance= .00  Amount= 1502.04<br>Check #69541 05/12/2008 | |
| 03/13/2008 | 00136 | GARY R. GOLDENBERG | 11HARD | 1.00 | 17.35 | 17.35 | TELEPHONE CONFERENCE CALLS - GENESYS<br>CONFERENCING<br>Bank ID: 210 Check Number: 69541 | 5625515 |
| | | Voucher=630430 Paid | | | | | Vendor=GENESYS CONFERENCING  Balance= .00  Amount= 1502.04<br>Check #69541 05/12/2008 | |
| 03/14/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 450.25 | 450.25 | WESTLAW<br>OULAVONG,MELIS | 5552721 |
| 03/16/2008 | 05016 | MELISSA S. VONGTAMA | 220 | 1.00 | 19.71 | 19.71 | SEAMLESSWEB BUSINESS MEALS<br>Invoice Number: 315898<br>Order ID: 78854997 | 5552480 |
| 03/16/2008 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 24.27 | 24.27 | SEAMLESSWEB BUSINESS MEALS<br>Invoice Number: 315898<br>Order ID: 78612174 | 5552481 |
| 03/17/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 30.50 | 30.50 | WESTLAW<br>OULAVONG,MELIS | 5558145 |
| 03/18/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE539 | 5613513 |
| 03/18/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE539 | 5613514 |
| 03/19/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 778.00 | 778.00 | WESTLAW<br>OULAVONG,MELIS | 5558146 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/19/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584159 |
| 03/19/2008 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | Court ID: DEBK<br>BR0053<br>IMAGE478 | 5584162 |
| 03/19/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE540 | 5613515 |
| 03/20/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 1,034.40 | 1,034.40 | WESTLAW<br>SEILER,MARCIE | 5558147 |
| 03/20/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613516 |
| 03/20/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613517 |
| 03/20/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>IMAGE518 | 5613518 |
| 03/21/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 660.83 | 660.83 | WESTLAW<br>SEILER,MARCIE | 5558148 |
| 03/21/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613519 |
| 03/21/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613520 |
| 03/22/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584165 |
| 03/22/2008 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | Court ID: DEBK<br>BR0053<br>IMAGE389 | 5584168 |
| 03/22/2008 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | Court ID: DEBK<br>BR0053<br>IMAGE478 | 5584170 |
| 03/23/2008 | 05923 | MICHELLE G. COURTNEY | 220 | 1.00 | 25.89 | 25.89 | SEAMLESSWEB BUSINESS MEALS<br>Invoice Number: 319857<br>Order ID: 79578981 | 5562555 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584173 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | Court ID: DEBK<br>BR0053<br>IMAGE321 | 5584175 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584178 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | Court ID: DEBK<br>BR0053<br>IMAGE125 | 5584181 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 28.00 | 0.08 | 2.24 | Court ID: DEBK<br>BR0053<br>IMAGE25- | 5584184 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/24/2008 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | Court ID: DEBK<br>BR0053<br>IMAGE349 | 5584187 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | Court ID: DEBK<br>BR0053<br>IMAGE314 | 5584190 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | Court ID: DEBK<br>BR0053<br>IMAGE866 | 5584193 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5584196 |
| 03/24/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK<br>BR0053<br>DOCKET R | 5613521 |
| 03/25/2008 | 02443 | DAVID W. CARICKHOFF | 30 | 144.00 | 0.10 | 14.40 | REPRODUCTION OF DOCUMENTS | 5563270 |
| 03/25/2008 | 02432 | TAMARA L. MOODY | 30 | 8.00 | 0.10 | 0.80 | REPRODUCTION OF DOCUMENTS | 5563271 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.17 | 0.17 | LONG DISTANCE TELEPHONE CALLS | 5563272 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.46 | 0.46 | LONG DISTANCE TELEPHONE CALLS | 5563273 |
| 03/25/2008 | 02432 | TAMARA L. MOODY | 30 | 4.00 | 0.10 | 0.40 | REPRODUCTION OF DOCUMENTS | 5563274 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS<br>Invoice: 261894169<br>Tracking: 957906664644<br>Name: Emily Culler<br>Company: O'Melveny & Myers LLP<br>Address1: 400 S Hope Street<br>City,St,Z: LOS ANGELES, CA 90071<br>Reference: 127340-01600 | 5569955 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS<br>Invoice: 261894169<br>Tracking: 957906664655<br>Name: Suzzanne S Uhland<br>Company: O'Melveny & Myers LLP<br>Address1: 275 Battery Street<br>City,St,Z: SAN FRANCISCO, CA 94111<br>Reference: 127340-01600 | 5569956 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS<br>Invoice: 261894169<br>Tracking: 957906664666<br>Name: Monika L McCarthy, Esq<br>Company: New Century Mortgage Corp<br>Address1: 18400 Von Karman Ave<br>City,St,Z: IRVINE, CA 92612<br>Reference: 127340-01600 | 5569957 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS<br>Invoice: 261894169<br>Tracking: 957906664677<br>Name: Holly Felder Etlin<br>Company: AP Services, LLC<br>Address1: 9 West 57th Street<br>City,St,Z: NEW YORK CITY, NY 10019<br>Reference: 127340-01600 | 5569958 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.53 | 11.53 | FEDERAL EXPRESS<br>Invoice: 261894169<br>Tracking: 957906664688<br>Name: Bennet L Spiegel/Shirley S Cho<br>Company: Kirkland & Ellis LLP<br>Address1: 777 S Figueroa St - Suite 3700<br>City,St,Z: LOS ANGELES, CA 90017 | 5569959 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5569960 |
| | | | | | | | Invoice: 261894169 | |
| | | | | | | | Tracking: 957906664699 | |
| | | | | | | | Name: M Indelicato/M Power/J Schwart | |
| | | | | | | | Company: Hahn & Hessen LLP | |
| | | | | | | | Address1: 488 Madison Ave - 14th & 15th | |
| | | | | | | | City,St,Z: NEW YORK CITY, NY 10022 | |
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5569961 |
| | | | | | | | Invoice: 261894169 | |
| | | | | | | | Tracking: 957906664703 | |
| | | | | | | | Name: Donald A Workman Esq | |
| | | | | | | | Company: Baker & Hostetler LLP | |
| | | | | | | | Address1: 1050 Connecticut Ave NW | |
| | | | | | | | City,St,Z: WASHINGTON, DC 20036 | |
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 7.26 | 7.26 | FEDERAL EXPRESS | 5569962 |
| | | | | | | | Invoice: 261894169 | |
| | | | | | | | Tracking: 957906664714 | |
| | | | | | | | Name: David E Retter/Christen A Lamb | |
| | | | | | | | Company: Kelley Drye & Warren LLP | |
| | | | | | | | Address1: 101 Park Ave | |
| | | | | | | | City,St,Z: NEW YORK, NY 10178 | |
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.16 | 10.16 | FEDERAL EXPRESS | 5569963 |
| | | | | | | | Invoice: 261894169 | |
| | | | | | | | Tracking: 957906664725 | |
| | | | | | | | Name: Thomas M Korsman - VP | |
| | | | | | | | Company: Wells Fargo Bank NA | |
| | | | | | | | Address1: MAC n9303-120 | |
| | | | | | | | City,St,Z: MINNEAPOLIS, MN 55479 | |
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 10.44 | 10.44 | FEDERAL EXPRESS | 5569964 |
| | | | | | | | Invoice: 261894169 | |
| | | | | | | | Tracking: 957906664736 | |
| | | | | | | | Name: Warren H Smith, Esq | |
| | | | | | | | Company: Warren H Smith & Assoc, PC | |
| | | | | | | | Address1: Republic Center | |
| | | | | | | | City,St,Z: DALLAS, TX 75201 | |
| | | | | | | | Reference: 127340-01600 | |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5592870 |
| 03/25/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 5.00 | 5.00 | HAND DELIVERY SERVICE | 5592871 |
| 03/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613522 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 03/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613523 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 03/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613524 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE170 | |
| 03/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613525 |
| | | | | | | | BR0053 | |
| | | | | | | | DOCKET R | |
| 03/25/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613526 |
| | | | | | | | BR0053 | |
| | | | | | | | IMAGE546 | |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE CALLS | 5565380 |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.26 | 0.26 | LONG DISTANCE TELEPHONE CALLS | 5565381 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/26/2008 | 05016 | MELISSA S. VONGTAMA | 10 | 1.00 | 1.37 | 1.37 | LONG DISTANCE TELEPHONE CALLS | 5565382 |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 36.00 | 36.00 | WESTLAW | 5568543 |
|  |  |  |  |  |  |  | OULAVONG,MELIS |  |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 26 | 1.00 | 223.00 | 223.00 | HAND DELIVERY SERVICE | 5592874 |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 474.35 | 474.35 | CONTRACTED PHOTOCOPYING | 5592889 |
| 03/26/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 142.38 | 142.38 | CONTRACTED PHOTOCOPYING | 5592890 |
| 03/26/2008 | 05016 | MELISSA S. VONGTAMA | 48 | 1.00 | 12.00 | 12.00 | CAB FARE REIMBURSEMENT - MELISSA S. VONGTAMA | 5598233 |
|  |  |  |  |  |  |  | CAB HOME RE LATE NIGHT 3/26/08 |  |
|  |  |  |  |  |  |  | Bank ID: 210 Check Number: 68358 |  |
|  |  | Voucher=628197 Paid |  |  |  |  | Vendor=MELISSA S. VONGTAMA Balance= .00 Amount= 12.00 |  |
|  |  |  |  |  |  |  | Check #68358 04/22/2008 |  |
| 03/26/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613527 |
|  |  |  |  |  |  |  | BR0053 |  |
|  |  |  |  |  |  |  | DOCKET R |  |
| 03/27/2008 | 00020 | BONNIE G. FATELL | 33 | 1.00 | 389.85 | 389.85 | CONTRACTED PHOTOCOPYING | 5592891 |
| 03/27/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613528 |
|  |  |  |  |  |  |  | BR0053 |  |
|  |  |  |  |  |  |  | DOCKET R |  |
| 03/27/2008 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | Court ID: DEBK | 5613529 |
|  |  |  |  |  |  |  | BR0053 |  |
|  |  |  |  |  |  |  | DOCKET R |  |
| 03/28/2008 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 2.28 | 2.28 | LEXIS: CAVALIERE, ROCCO | 5567897 |
| 03/28/2008 | 00020 | BONNIE G. FATELL | 90 | 1.00 | 2.13 | 2.13 | LEXIS: CAVALIERE, ROCCO | 5567898 |
| 03/28/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 575.75 | 575.75 | WESTLAW | 5568544 |
|  |  |  |  |  |  |  | OULAVONG,MELIS |  |
| 03/31/2008 | 00020 | BONNIE G. FATELL | 10 | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE CALLS | 5570863 |
| 03/31/2008 | 00020 | BONNIE G. FATELL | 95 | 1.00 | 970.09 | 970.09 | WESTLAW | 5575109 |
|  |  |  |  |  |  |  | OULAVONG,MELIS |  |
| 03/31/2008 | 00020 | BONNIE G. FATELL | 30 | 72.00 | 0.10 | 7.20 | REPRODUCTION OF DOCUMENTS | 5581057 |
| 03/31/2008 | 00020 | BONNIE G. FATELL | 11HARD | 1.00 | 8.00 | 8.00 | TELEPHONE CONFERENCE CALLS - GENESYS | 5629354 |
|  |  |  |  |  |  |  | CONFERENCING MTG# 90989517 |  |
|  |  |  |  |  |  |  | Bank ID: 210 Check Number: 69797 |  |
|  |  | Voucher=630884 Paid |  |  |  |  | Vendor=GENESYS CONFERENCING Balance= .00 Amount= 2503.94 |  |
|  |  |  |  |  |  |  | Check #69797 05/15/2008 |  |
|  |  | UNBILLED TOTALS: WORK |  |  |  | 16,505.02 | 134 records |  |
|  |  | UNBILLED TOTALS: BILL: |  |  |  | 7,160.96 |  |  |
|  |  | GRAND TOTAL: WORK: |  |  |  | 16,505.02 | 134 records |  |
|  |  | GRAND TOTAL: BILL: |  |  |  | 7,160.96 |  |  |