## CERTIFICATE OF SERVICE

I, *Bonnie Glantz Fatell*, certify that on May 15, 2008, I caused service of the attached *Notice of Application* <u>and</u> *Twelfth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of March 1, 2008 through March 31, 2008,* to be made on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on April 25, 2007), in the manner indicated on the service list attached hereto as **Attachment 1**.

I further certify that on May 15, 2008, a copy of the Notice only was served upon all parties on the 2002 service list attached hereto as **Attachment 2**, in the manner indicated.

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE Bar. No. 3809)

# Attachment 1

## "Notice Parties"
## Service List

**VIA HAND DELIVERY**
Representing Debtors
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square, 920 King Street
Wilmington, DE 19899

Representing United States Trustee
Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Representing Debtors
Suzzanne S. Uhland
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Representing Debtors
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvin, CA 92612
Attn: Monika L. McCarthy, Esq.

Representing Debtors' Crisis Managers
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
Attn: Holly Felder Etlin

Representing Greenwich Capital Financial Products, Inc. and The CIT Group/Business Credit, Inc.
Bennet L. Spiegel
Shirley S. Cho
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Representing The Official Committee of Unsecured Creditors
Mark S. Indelicato
Mark T. Power
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

(Fee Examiner)
Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

**VIA ELECTRONIC MAIL**
Dennis DeBassio
AlixPartners, LLP
ddebassio@alixpartners.com

# Attachment 2

# New Century TRS Holdings, Inc.
## 2002 Service List
*Via First Class Mail*

500 Eagles Landing LLC
David A Meskan Manager
2100 Green St Apt 404
San Francisco, CA 94123

Akin Gump Strauss Hauer & Feld LLP
James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq
1333 New Hampshire Ave NW
Washington, DC 20036

Aldine Independent School District
Susan R Fuertes
14910 Aldine Westfield Rd
Houston, TX 77032

Allen & Overy LLP
Ken Coleman Esq
1221 Avenue of the Americas
New York, NY 10020

Angelo Gordon & Co
Jed A Hart
245 Park Ave 26th Fl
New York, NY 10167

Archer & Greiner
Charles J Brown III & J Jackson Shrum
300 Delaware Ave
Ste 1376
Wilmington, DE 19801

Arnold & Porter
Richard M Lucas Esq & Charles A Malloy Esq
555 Twelfth St NW
Washington, DC 20004

Ashby & Geddes PA
Don A Beskrone Esq
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashby & Geddes PA
William P Bowden & Gregory A Taylor
500 Delaware Ave
8th Fl PO Box 1150
Wilmington, DE 19899

Ashcroft Wiles Ammann LLP
Anna S Raman Esq
1000 SW Broadway
Ste 1500
Portland, OR 97205

Attorney for SIRVA Relocation
Glenn M Reisman Esq
Two Corporate Dr Ste 234
Shelton, CT 06484

Attorney Generals Office
Bankruptcy Department
Carvel State Office Bldg 820 N French St 8th Fl
Wilmington, DE 19801

Attorney General's Office
Bankruptcy Department
Capitol Station PO Box 12548
Austin, TX 78711-2548

Attorney General's Office
Bankruptcy Department
1300 I St Ste 1740
Sacramento, CA 95814

Attorney General's Office
Bankruptcy Department
200 St Paul Place
Baltimore, MD 21202-2202

Baker & Hostetler LLP
Donald A Workman Esq
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036

Barclays Bank PLC
Mark Manski Esq
200 Park Ave
New York, NY 10166

Bartlett Hackett Feinberg PC
Frank F McGinn Esq
155 Federal St 9th Fl
Boston, MA 02110

Bayard PA
Charlene D Davis Esq
222 Delaware Ave Ste 900
Wilmington, DE 19801

Bayard PA
Neil B Glassman Esq & Steven M Yoder Esq
222 Delaware Ave Ste 900
Wilmington, DE 19801

Becket and Lee LLP
Gilbert B Weisman
PO Box 3001
Malvern, PA 19355-0701

Bernstein Litowitz Berger & Grossman LLP
Blair A Nicholas Esq
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossman LLP
Salvator J Graziano Esq
1285 Avenue of the Americas
New York, NY 10019

Bernstein Shur Sawyer & Nelson PA
Robert J Keach
100 Middle St
PO Box 9729
Portland, ME 04104-5029

| | | |
|---|---|---|
| Bialson Bergen & Schwab<br>Thomas M Gaa<br>2600 El Camino Real<br>Ste 300<br>Palo Alto, CA 94306 | Bifferato Gentilotti LLC<br>Ian Connor Bifferato Esq & Garvan F McDaniel Esq<br>800 N King St Plz Level<br>Wilmington, DE 19801 | Binder & Malter LLP<br>Julie H Rome Banks Esq<br>2775 Park Ave<br>Santa Clara, CA 95050 |
| Bingham McCutchen LLP<br>Andrew J Gallo Esq<br>150 Federal St<br>Boston, MA 02110 | Bingham McCutchen LLP<br>Richard H Agins Esq<br>One State St<br>Hartford, CT 06103-3178 | Bingham McCutchen LLP<br>Robert M Dombroff Esq & Steven Wilamowsky Esq<br>399 Park Ave<br>New York, NY 10022-4689 |
| Blank Rome LLP<br>Bonnie Glantz Fatell<br>Chase Manhattan Centre<br>1201 Market Street Suite 800<br>Wilmington, DE 19801 | Bloom Murr & Accomazzo PC<br>Eric Accomazzo & Torben Welch<br>410 17th St<br>Ste 2400<br>Denver, CO 80202 | Brice Vander Linden & Wernick PC<br>Hilary B Bonial & Tyler B Jones<br>PO Box 829009<br>Dallas, TX 72382-9009 |
| Broward County Revenue Collection Division<br>Jeffrey J Newton<br>Bankruptcy and Litigation Section<br>Government Center Annex 115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | Brown McCarroll LLP<br>Patricia B Tomasco<br>111 Congress Ave Ste 1400<br>Austin, TX 78701 | Bryan Cave LLP<br>Katherine M Windler Esq<br>120 Broadway Ste 300<br>Santa Monica, CA 90401-2386 |
| Bryan Cave LLP<br>Lawrence P Gottesman Esq & Sukyoung Suh Esq<br>1290 Ave of the Americas<br>New York, NY 10104 | Buchanan Ingersoll & Rooney PC<br>Mary F Caloway Esq & Eric Lopez Schnabel Esq<br>1000 West St Ste 1410<br>Wilmington, DE 19801 | Cadwalader Wickersham & Taft LLP<br>Gregory M Petrick Esq & Angela Somers Esq<br>One World Financial Center<br>New York, NY 10281 |
| Cadwalader Wickersham & Taft LLP<br>Howard R Hawkins Jr Esq<br>One World Financial Center<br>New York, NY 10281 | Cairncross & Hempelmann PS<br>John R Knapp Jr<br>524 2nd Ave Ste 500<br>Seattle, WA 98104-2323 | California Franchise Tax Board<br>Bankruptcy Division Chapter 11<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Campbell & Levine LLC<br>Marla R Eskin Mark T Hurford<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | Celina ISD Princeton ISD City of Princeton Richardson ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD City of Whitewright City of Hurst Arlington ISD Castleberry ISD and Mansfield ISD<br>Perdue Brandon Fielder Collins & Mott LLP<br>Elizabeth Banda<br>PO Box 13430<br>Arlington, TX 76094-0430 | Chadbourne & Parke LLP<br>Joseph H Smolinsky & Douglas E Deutsch<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Chatham County Tax Commissioner<br>Daniel T Powers<br>PO Box 8321<br>Savannah, GA 31412 | Citigroup Global Markets Realty Corp<br>Susan Mills & Bobbie Theivakumaran<br>390 Greenwich Street<br>6th Fl<br>New York, NY 10013 | City of Jacksonville<br>Edward C Tannen<br>117 W Duval St<br>Ste 480<br>Jacksonville, FL 32202 |
| Clear Capital<br>Cy Epstein<br>6030 Orchard Ave<br>Richmond, CA 94804 | Cohen & Grigsby PC<br>Thomas D Maxson Esq<br>11 Stanwix St 15th Fl<br>Pittsburgh, PA 15222-1319 | Comptroller of Public Accounts<br>Bankruptcy Department<br>Lyndon B Johnson State Office Building<br>111 E 17th St<br>Austin, TX 78774 |

LF1-3265554-1
27340.01600/40173998v.1

| | | |
|---|---|---|
| Comptroller of Public Accounts Texas<br>Jay W Hurst<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Connolly Bove Lodge & Hutz LLP<br>Jeffrey C Wisler Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>The Nemours Bldg<br>1007 N Orange St PO Box 2207<br>Wilmington, DE 19899 |
| Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq & Marc J Phillips Esq<br>1007 N Orange St<br>Wilmington, DE 19801 | Contrarian Capital Management LLC<br>Mark Lee<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | Cooley Godward Kronish LLP<br>Gregg S Kleiner<br>101 California St 5th Fl<br>San Francisco, CA 94111-2222 |
| Coremetrics Inc<br>Seth R Weissman Esq VP & General Counsel<br>1840 Gateway Dr Ste 320<br>San Mateo, CA 94404 | Countrywide Home Loans Inc<br>Paul T Liu Esq & John Guerry Esq<br>5220 Las Virgenes Rd<br>MS AC 11<br>Calabasas, CA 91302 | Cross & Simon LLC<br>Christopher P Simon & Kevin S Mann<br>913 N Market St 11th Fl<br>Wilmington, DE 19899-1380 |
| David G Baker Esq<br>105 Union Wharf<br>Boston, MA 02109 | Day Pitney LLP<br>Amish R Doshi Esq<br>7 Times Sq<br>New York, NY 10036-7311 | Deckelbaum Ogens & Raftery Chtd<br>Bryn H Sherman Esq<br>3 Bethesda Metro Center Ste 200<br>Bethesda, MD 20814 |
| Delaware Department Of Justice<br>Bankruptcy Department<br>Division Of Securities<br>820 N French St 5th Fl<br>Wilmington, DE 19801 | Delaware Dept Of Labor<br>Secretary<br>4425 N Market St<br>4th Fl<br>Wilmington, DE 19802 | Delaware Dept Of Natural Resources & Environmental Control<br>Bankruptcy Department<br>John A Hughes Secretary<br>89 Kings Hwy<br>Dover, DE 19901 |
| Delaware Sec of State<br>Division of Corporations<br>Franchise Tax Division<br>PO Box 7040<br>Dover, DE 19903 | Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St<br>Wilmington, DE 19802 | Dorsey & Whitney LLP<br>Chris Lenhart Esq<br>50 S Sixth St Ste 1500<br>Minneapolis, MN 55402-1498 |
| Douglas J DeGlopper<br>Attorney for Marion County Treasurer<br>318 E 64th St<br>Indianapolis, IN 46220 | Drinker Biddle & Reath LLP<br>Andrew C Kassner Esq & Howard A Cohen Esq<br>1100 N Market St Ste 1000<br>Wilmington, DE 19801 | Duane Morris LLP<br>Michael R Lastowski and Christopher M Lastowski<br>1100 N Market St Ste 1200<br>Wilmington, DE 19801 |
| Eckert Seamans Cherin & Mellot LLC<br>Michael Busenkell & Tara L Lattomus<br>300 Delaware Ave Ste 1210<br>Wilmington, DE 19801 | Edwards Angell Palmer & Dodge LLP<br>William E Chipman Jr Esq<br>919 Market St Ste 1500<br>Wilmington, DE 19801 | Elliott Greenleaf<br>Rafael X Zahralddin-Aravena & Neil R Lapinski<br>1000 West St Ste 1440<br>Wilmington, DE 19899 |
| eMortgage Logic LLC<br>Gene O Bannon Exce VP<br>8317 Whitley Rd<br>Fort Worth, TX 76148 | Employee Benefits Security Administration Philadelphia Regional Office<br>Mabel Capolongo Director<br>Curtis Ctr<br>170 S Independence Mall West Ste 870 West<br>Philadelphia, PA 19106-3317 | Erskine & Tulley A Professional Corporation<br>Robert P Gates Esq<br>220 Montgomery St Ste 303<br>San Francisco, CA 94104 |

| | | |
|---|---|---|
| Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 |
| Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 | Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 |
| Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 | Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 |
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC<br>Robert E Greenberg Esq<br>1101 Seventeenth St NW Ste 700<br>Washington, DC 20036-4704 | Gay McCall Isaacls Gordon & Roberts PC<br>David McCall<br>777 E 15th St<br>Plano, TX 75074 | Gebhardt & Smith LLP<br>Michael G Gallerizzo Esq<br>901 Market St Ste 451<br>Wilmington, DE 19801 |
| Gerard Singer Levick PC<br>Larry A Levick Esq & Michelle E Shriro Esq<br>16200 Addison Rd Ste 140<br>Addison, TX 75001 | GMAC Commercial Finance LLC<br>Hernando Azarcon<br>Senior Legal Coordinator<br>3000 Town Center Ste 280<br>Southfield, MI 48075 | Goldberg Kamin & Garvin<br>John J Arminas Esq<br>1806 Frick Bldg<br>437 Grant St<br>Pittsburgh, PA 15219 |
| Graham Vaage & Cisneros<br>Susan L Vaage<br>500 N Brand Blvd Ste 1030<br>Glendale, CA 91203 | Grant & Morasse<br>Steven R Morasse & Desmond J Collins<br>4921 Birch St<br>Ste 120<br>Newport Beach, CA 92660 | Greenberg Traurig LLP<br>Daniel Ansell & Kenneth Philbin<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Greenberg Traurig LLP<br>Victoria W Counihan & Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenwich Capital Financial Products<br>General Counsel & Frank Skibo<br>600 Steamboat Rd<br>Greenwich, CT 06830 | Gust Rosenfeld PLC<br>Madeleine C Wanslee<br>210 E Washington Ste 800<br>Phoenix, AZ 85004-2327 |
| Hahn & Hessen LLP<br>Mark T Power, Mark S Indelicato and Jeffrey L Schwartz<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022 | Honigman Miller Schwartz & Cohn LLP<br>Bruce L Segal<br>38500 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Hunton & Williams LLP<br>JR Smith & Jason W Harbour<br>Riverfront Plaza E Tower<br>951 E Byrd St<br>Richmond, VA 23219 |
| IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr<br>Dallas, TX 75234 | IBM Credit LLC<br>Bruce Gordon<br>Special Handling Group MD NC322<br>North Castle Dr<br>Armonk, NY 10504 | IKON Financial Services<br>Rosa Dominy<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 |

Ikon Office Solutions Recovery & Bankruptcy
Keith Clements
3920 Arkwright Rd Ste 400
Macon, GA 31210

Imperial County Treasurer - Tax Collector
Flora Garcia
940 West Main Street
Suite 106
El Centro, CA 92243

InspiriTec
Dean Marino
8 Gray Hawk Lane
Thornton, PA 19373

Integrated Payment Systems Inc
Larry Thomas
Meridian Bldg
12500 E Belford Ave Mail Stop M12B
Englewood, CO 80112

Internal Revenue Service
Insolvency Section
31 Hopkins Plz
Rm 1150
Baltimore, MD 21201

Irs Local Office
844 King St
Wilmington, DE 19801

Jeffer Mangels Butler & Marmaro LLP
Barry Freeman Esq & David Poitras Esq
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067

John P Dillman
PO Box 3064
Houston, TX 77253-3064

Jorden Burt LLP
Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq
1025 Thomas Jefferson St NW
Ste 400 E
Washington, DC 20007-5208

Katsky Korins LLP
Steven H Newman
605 Third Ave 16Th Floor
New York, NY 10158

Kaye Scholer LLP
Margot B Schonholtz & Mark F Liscio
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Kirkland & Ellis LLP
Paul M Basta & Joshua A Sussberg
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Edward M Fox Esq
599 Lexington Ave
New York, NY 10022-6030

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Michael J Missal
1601 K Street NW
Washington, DC 20006

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq
1601 K Street NW
Washington, DC 20006-1600

Kitchens Kelley Gaynes PC
Heather D Dawson Esq
11 Piedmont Center Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

Klehr Harrison Harvey Branzburg & Ellers LLP
Joanne B Wills Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Christopher A Ward Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Lamm Rubenstone Lesavoy Butz & David LLC
Sherry D Lowe Esq
3600 Horizon Blvd Ste 200
Trevose, PA 19053

Landis Rath & Cobb LLP
Adam G Landis Esq
919 Market St Ste 600
Wilmington, DE 19801

Landis Rath & Cobb LLP
Richard S Cobb Esq & Matthew B McGuire Esq
919 Market St Ste 600
Wilmington, DE 19801

Lankenau & Miller LLP
Stuart J Miller
1775 Broadway Ste 610
New York, NY 10019

Latham & Watkins LLP
Michael J Riela
885 Third Ave
53rd at Third Ste 1000
New York, NY 10022-4068

Law Office of James F Bailey PA
James F Bailey Jr
Three Mill Rd
Ste 306A
Wilmington, DE 19806

Law Office of John A Vos
John A Vos Esq
1430 Lincoln Ave
San Rafael, CA 94901

LF1-3265554-1
27340.01600/40173998v.1

Law Offices of Michael McArdle
Michael McArdle Esq
204 Lafayette St
Salem, MA 01970

Leo & Weber PC
T Scott Leo Esq and Grace Winkler Cranley Esq
One N LaSalle St Ste 3600
Chicago, IL 60602

Leslie Marks
3099 Suter St
Oakland, CA 94602

Levy Small & Iallas
Leo D Plotkin Esq
815 Moraga Dr
Los Angeles, CA 90049-1633

Linebarger Goggan Blair & Sampson LLP
David G Aelvoet
Travis Bldg 711 Navarro Ste 300
San Antonio, TX 78205

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
1949 South IH 35
PO Box 17428
Austin, TX 78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson LLP
John P. Dillman
PO Box 3064
Houston, TX 77253-3064

Lowenstein Sandler PC
Michael S Etkin Esq & Ira M Levee Esq
65 Livingston Ave
Roseland, NJ 07068

Machiline Xiong
603 Jensen Place
Placentia, CA 92870

Malolm & Cisneros A Law Corporation
William G Malcolm
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

Manatee County Tax Collector
Susan D. Profant and Ken Burton Jr.
PO Box 25300
819 US 301 Blvd W
Bradenton, FL 34206-5300

Margolis Edelstein
James E Huggett Esq
750 S Madison St Ste 102
Wilmington, DE 19801

Maryland State Dept of Assessments and Taxation
Bankruptcy Department
301 W Preston St
Baltimore, MD 21201

Mayer Brown LLP
Thomas S Kiriakos Esq & Sean T Scott Esq
71 S Wacker Dr
Chicago, IL 60606

Mayer Brown Rowe & Maw LLP
Raniero D Aversa Jr Esq & Laura D Metzger Esq
1675 Broadway
New York, NY 10019-5820

McCalla Raymer LLC
A Michelle Hart
1544 Old Alabama Road
Roswell, GA 30076-2102

McCarter & English LLP
William F Taylor Jr Esq & Katharine L Mayer Esq
919 N Market Ste 1800
PO Box 111
Wilmington, DE 19899

McCreary Veselkda Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock, TX 78680

McGuire Woods LLP
David I Swan Esq & Kenneth M Misken Esq
1750 Tysons Blvd Ste 1800
McLean, VA 22102-4215

McGuire Woods LLP
Sally E Edison Esq
Dominion Tower
625 Liberty Ave 23rd Fl
Pittsburgh, PA 15222-3142

Miami Dade County Tax Collector
Paralegal Unit Linda Eugene
140 W Flagler St
Ste 1403
Miami, FL 33130

Michael A Cox
Attorney General
Cadillac Pl
3030 W Grand Blvd Ste 10 200
Detroit, MI 48202

Milbank Tweed Hadley & McCloy LLP
Luc A Despins Esq & Wilbur F Foster Esq
1 Chase Manhattan Plaza
New York, NY 10005

Missouri Department of Revenue Bankruptcy Unit
Sheryl L Moreau
General Counsels Office
301 W High St Room 670 PO Box 475
Jefferson City, MO 65105-0475

Monzack & Monaco PA
Francis A Monaco Jr Esq
1201 N Orange St Ste 400
PO Box 2031
Wilmington, DE 19899-2031

Morgan Lewis & Bockius LLP
Wendy S Walker Esq
101 Park Ave
New York, NY 10178

LF1-3265554-1
27340.01600/40173998v.1

| | | |
|---|---|---|
| Morris James LLP<br>Brett D Fallon Esq<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris James LLP<br>Stephen M Miller<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris Nichols Arsht & Tunnel LLP<br>Robert J Dehney Gregory W Werkheiser & Daniel B Butz<br>1201 N Market St<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| Munsch Hardt Kopf & Harr PC<br>Mark H Ralston Esq & Davor Rukavina Esq<br>3800 Lincoln Plz<br>500 N Akard St<br>Dallas, TX 75201 | Nixon Peabody LLP<br>Dennis J Drebsky Esq<br>437 Madison Ave<br>New York, NY 10022 | Nixon Peabody LLP<br>Mark N Berman Esq<br>100 Summer St<br>Boston, MA 02110-1832 |
| Northeast Regional Office<br>Bankruptcy Department<br>Mark Schonfeld Regional Director<br>3 World Financial Ctr Room 4300<br>New York, NY 10281 | O'Melveny & Myers LLP<br>Suzzanne S Uhland Ben H Logan Victoria Newmark<br>Emily R Culler<br>275 Battery Street<br>San Francisco, CA 94111 | Office of Joe G Tedder CFC<br>Sari E Meador<br>Delinquency and Enforcement<br>Tax Collector for Polk County Florida PO Box 2016<br>Bartow, FL 33831-2016 |
| Office of the Attorney General<br>Carol E Momjian<br>21 S 12th St<br>3rd Fl<br>Philadelphia, PA 19107 | Office of the United States Trustee<br>Joseph J McMahon Jr Esquire<br>J Caleb Boggs Federal Building<br>844 King Street Room 2207 Lockbox #35<br>Wilmington, DE 19801 | Office of the US Trustee<br>844 King St<br>Ste 2313 Lockbox 35<br>Wilmington, DE 19801-3519 |
| Ohio Attorney's General Office<br>Matthew J Lampke Assistant Chief<br>30 E Broad St 26th Fl<br>Columbus, OH 43215-4200 | Oklahoma County Treasurer<br>Gretchen Crawford<br>Assistant District Attorney<br>320 Robert S Kerr Room 307<br>Oklahoma City, OK 73102 | Olson Cannon Gormley & Desruisseaux<br>Christine Roberts<br>9950 W Cheyenne Ave<br>Las Vegas, NV 89129 |
| Pasadena ISD<br>Dexter D Joyner<br>4701 Preston<br>Pasadena, TX 77505 | Paul Hastings Janofsky & Walker LLP<br>Keith W Miller & James R Bliss<br>Park Ave Tower<br>75 E 55th St First Floor<br>New York, NY 10022 | Paul Hastings Janofsky & Walker LLP<br>Richard A Chesley & Kimberly D Newmarch<br>191 N Wacker Dr<br>30th Fl<br>Chicago, IL 60606 |
| Pepper Hamilton<br>David M. Fournier<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 | Pepper Hamilton LLP<br>David B Stratton Esq<br>Hercules Plz Ste 5100<br>1313 Market St PO Box 1709<br>Wilmington, DE 19899-1709 | Pepper Hamilton LLP<br>Henry Jaffe Esq<br>1313 Market St<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Perdue Brandon Fielder Collins & Mott LLP<br>John Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Phelan Hallinan and Schmieg LLP<br>Judith T Romano Esq<br>1617 John F Kennedy Blvd Ste 1400<br>Philadelphia, PA 19103 | Phillips Goldman & Spence PA<br>Lisa C McLaughlin Esq<br>1200 N Broom St<br>Wilmington, DE 19806 |
| Pima County Attorney Civil Division<br>German Yusufov & Terri A Roberts & Barbara Lawall<br>32 N Stone Ste 2100<br>Tucson, AZ 85701 | Post & Schell PC<br>Brian W Bisignani Esq<br>17 North 2nd St<br>12th Fl<br>Harrisburg, PA 17101-1601 | Potter Anderson & Corroon LLP<br>Laurie Selber Silverstein Esq<br>1313 N Market St 6th Fl<br>Wilmington, DE 19801 |

LF1-3265554-1
27340.01600/40173998v.1

| | | |
|---|---|---|
| Property Management Professionals LLC<br>Kurt Henry<br>1512 Royce Dr<br>Locust Grove, GA 30248 | Proskauer Rose LLP<br>Sheldon I Hirshon Esq<br>1585 Broadway<br>New York, NY 10036-8299 | Quadrangle Group LLC<br>Michael Weinstock<br>375 Park Ave 14th Fl<br>New York, NY 10152 |
| Qwest Legal Department<br>Mitchell W Katz Esq<br>1801 California St Ste 900<br>Denver, CO 80202 | Ray Wood & Bonilla<br>Andrew Dylan Wood<br>PO Box 165001<br>Austin, TX 78716 | Receivable Management Services<br>Phyllis A Hayes<br>PO Box 5126<br>Timonium, MD 21094 |
| Reed Smith LLP<br>Claudia Z Springer Esq<br>2500 One Liberty Pl<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLP<br>Kurt F Gwynne Esq<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | Reeves & Seidler<br>Felix A Seidler<br>2527 Santa Clara Ave<br>Alameda, CA 94501-4633 |
| Rich F Martin<br>8109 Santa Luz Village Green S<br>San Diego, CA 92127 | Richards Layton & Finger PA<br>Mark D Collins Michael J Merchant<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Robert P Cocco PC<br>Robert P Cocco Esq<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | Romero Law Firm<br>Martha E. Romero<br>6516 Bright Avenue<br>Whittier, CA 90601 | Rosenthal Monhait & Goddess PA<br>Norman M Monhait Esq<br>919 Market St Ste 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070 |
| San Benito County Tax Collector<br>440 Fifth St Room 107<br>Hollister, CA 95023 | Santoro Driggs Walch Kearney Johnson & Thompson<br>Victoria L Nelson Esq & Ogonna M Atamoh Esq<br>400 S Fourth St Third Fl<br>Las Vegas, NV 89101 | Saul Eqing LLP<br>Mark Minuti Esq<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 |
| SEC<br>15th & Pennsylvania Ave NW<br>Washington, DC 20020 | SEC<br>Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 | Sec Headquarters<br>Bankruptcy Department<br>Office Of Investor Education And Assistance<br>100 F St Ne<br>Washington, DC 20549 |
| Secretary Of State<br>Division Of Corporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 | Secretary Of Treasury<br>PO Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St Ne<br>Washington, DC 20549 |
| Sherwood and Hardgrove<br>Don C Sherwood Esq<br>11812 San Vincente Blvd Ste 210<br>Los Angeles, CA 90049-6622 | Shipman & Goodwin LLP<br>Julie A Manning Esq<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Skadden Arps Slate Meagher & Flom LLP<br>DJ Baker Esq & Rosalie W Gray Esq<br>Four Time Square<br>New York, NY 10036-6522 |

| | | |
|---|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>Megan E Cleghorn Esq<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Slatkin & Reynolds, P.A.<br>Robert F. Reynolds<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33301 | Smith Stern Friedman & Nelms PC<br>Fielder F Nelms Esq<br>6688 North Central Expressway<br>Suite 550 LB 37<br>Dallas, TX 75206 |
| State Board of Equalization<br>Bankruptcy Department<br>PO Box 942879<br>Sacramento, CA 94279-0001 | State of Delaware<br>Randy Weller MS 25<br>Div of Revenue<br>820 N French St 8th Fl<br>Wilmington, DE 19801-0820 | State Of Delaware Division Of Revenue<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St<br>Wilmington, DE 19801 |
| State of Michigan Dpet of Treasury<br>Deborah Waldmeir<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | State of New Jersey Division of Taxation & Department of Labor<br>Anne Milgram<br>25 Market St PO Box 119<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0119 | State Treasurer's Office<br>Bankruptcy Department<br>915 Capitol Mall Suite 110<br>Sacramento, CA 95814 |
| Stevens & Lee PC<br>Joseph Grey<br>1105 N Market St<br>Seventh Fl<br>Wilmington, DE 19801 | Stevens & Lee PC<br>Joseph H Huston Jr<br>1105 N Market St<br>Ste 700<br>Wilmington, DE 19801 | Stites & Harison PLLC<br>Robert Goodrich Esq<br>1800 Fifth Third Center<br>424 Church St<br>Nashville, TN 37219-2376 |
| Sullivan Hazeltine Allinson LLC<br>Willam A Hazeltine Esq<br>4 East 8th St<br>Ste 400<br>Wilmington, DE 19801 | Tennessee Dept of Labor & Workforce Development<br>c/o TN Atty General Office<br>PO Box 20207<br>Nashville, TN 37202-0207 | The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 |
| The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 | The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 |
| Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 | Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 |
| Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 | Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 |
| US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | US Department of Justice<br>Jan M Geht<br>PO Box 227<br>Tax Division<br>Washington, DC 20044 |

LF1-3265554-1
27340.01600/40173998v.1

Us Dept Of Labor
Administrative Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Benefits Review Board
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Us Dept Of Labor
Employee Benefits Security Admin LA Regional Office
1055 E Colorado Blvd Ste 200
Attn Billy Beaver
Pasadena, CA 91106-2341

Us Dept Of Labor
Secretary Elaine Chao
Frances Perkins Building
200 Constitution Ave Nw
Washington, DC 20210

Vinson & Elkins LLP
John E Mitchell Esq
Trammell Crow Center
2001 Ross Ave Ste 3700
Dallas, TX 75201

Warren H Smith & Associates
Warren H Smith
325 N St Paul
Ste 1275 Republic Center
Dallas, TX 75201

Washington Mutual
David H Zielke Esq Vice President & Assitant General Counsel
1301 Second Ave WMC 3501
Seattle, WA 98101

Weiland Golden Smiley Wang Ekvall & Strok LLP
Jeffrey I Golden Esq & Hutchinson B Meltzer Esq
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Wells Fargo Bank NA
James R Lewis VP
45 Broadway
14th Floor
New York, NY 10006

Wells Fargo Bank NA
Thomas M Korsman Vice President
MAC N9303-120
608 2nd Ave S
Minneapolis, MN 55479

Werb & Sullivan
Brian A. Sullivan & Amy D. Brown
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

William D Sullivan LLC
Elihu E Allinson III Esq
4 E 8th St Ste 400
Wilmington, DE 19801

Wilshire Credit Corporation
PO Box 1650
Portland, OR 97207-1650

Winston & Strawn LLP
Matthew Botica Esq David Wirt Esq & Grayson Walter Esq
35 W Wacker Dr
Chicago, IL 60601

Wolfe & Wyman LLP
Stuart B Wolfe Esq & Yaron Shaham Esq
5 Park Plz Ste 1100
Irvine, CA 92614

Wolff & Samson PC
Carlos G Manalansan Esq
The Offices of Crystal Lake
One Boland Dr
West Orange, NJ 07052

Womac & Associates
Brian D Womac & Denise H Mitchell
Two Memorial City Plaza
820 Gessner Ste 1540
Houston, TX 77024

Womble Carlyle Sandridge & Rice PLLC
Steven K Kortanek
222 Delaware Ave
Ste 1501
Wilmington, DE 19801

Wright Finlay & Zak LLP
T Robert Finlay Esq & Donna L La Porte Esq
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

XRoads Case Management Services
PO Box 8901
Marina Del Rey, CA 90295

Yellow Book USA
Philip Thompson
Collections Department
2560 Renaissance Blvd
King of Prussia, PA 19406

Young Conaway Stargatt & Taylor LLP
Edwin J Harron & Patrick A Jackson
The Brandywine Bldg
1000 West St 17th Floor
Wilmington, DE 19801

Young Conaway Stargatt & Taylor LLP
Michael R Nestor
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Young Conaway Stargatt & Taylor LLP
Robert S Brady
The Brandywine Bldg
1000 West St 17th Fl PO Box 391
Wilmington, DE 19899-0391

Zachary Mosner
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Ave Ste 2000
Seattle, WA 98104-3188