# EXHIBIT B-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(DECEMBER 1, 2007 – DECEMBER 31, 2007)**

**Bill No: 1202981**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Benjamin B. Klubes | 1990 | $870 | 3.70 | $ 3,219.00 |
| | **TOTAL PARTNER** | | **3.70** | **$ 3,219.00** |
| | | | | |
| **ASSOCIATE** | | | | |
| Valerie L. Hletko | 2002 | $610 | 14.90 | $ 9,089.00 |
| Kimberly A. LaMaina | 2001 | 610 | 4.80 | 2,928.00 |
| | **TOTAL ASSOCIATE** | | **19.70** | **$12,017.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Thinley Dorjee | N/A | $100 | 1.20 | $   120.00 |
| James E. Evans | N/A | 170 | 3.10 | 527.00 |
| | **TOTAL PARAPROFESSIONALS** | | **4.30** | **$   647.00** |
| | | | | |
| | **TOTAL** | | **27.70** | **$15,883.00** |
| | | | **BLENDED HOURLY RATE** | **$573.39** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(DECEMBER 1, 2007 - DECEMBER 31, 2007)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Regulatory and SEC Matters | 23.30 | $13,199.00 |
| Retention/Fee Matters (SASM&F) | 4.40 | $2,684.00 |
| **TOTAL** | **27.70** | **$15,883.00** |

```
New Century Financial Corporation (DIP)                    Bill Date: 05/15/08
Regulatory and SEC Matters                                 Bill Number: 1202981
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 12/03/07 | 0.30 | REVIEW E-MAIL FROM B. GOTTFRIED RE: SETTLEMENT (.1); CONFERENCE WITH V. HLETKO RE: SAME (.2). |
| KLUBES BB | 12/05/07 | 0.30 | REVIEW REVISED CONSENT DECREE (.2); TELEPHONE CALL TO B. GOTTFRIED RE: SAME (.1). |
| KLUBES BB | 12/06/07 | 0.40 | REVIEW REVISED CONSENT DECREE (.1); CONFERENCE WITH V. HLETKO RE: SAME (.3). |
| KLUBES BB | 12/14/07 | 2.50 | ATTEND STATUS CONFERENCE RE: METROPOLITAN HOME CASE (2.5). |
| KLUBES BB | 12/18/07 | 0.20 | REVIEW LETTER FROM B. GOTTFRIED (.1); CONFERENCE WITH V. HLETKO RE: SAME. (.1). |
| | | **3.70** | |
| **Total Partner** | | **3.70** | |
| HLETKO VL | 12/05/07 | 1.50 | REVISE CONSENT AGREEMENT (.8); TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: SAME (.7). |
| HLETKO VL | 12/06/07 | 0.80 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: CONSENT AGREEMENT (.8). |
| HLETKO VL | 12/10/07 | 2.90 | PREPARE AND SEND CONSENT JUDGMENT (2.1); TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: SAME (.8). |
| HLETKO VL | 12/12/07 | 2.90 | E-MAIL WITH B. GOTTFRIED RE: CONSENT JUDGMENT (.8); PREPARE MOTION FOR CONSENT APPROVAL (2.1). |
| HLETKO VL | 12/13/07 | 2.30 | REVISE AND FILE MOTION FOR CONSENT APPROVAL (2.3). |
| HLETKO VL | 12/17/07 | 0.20 | MANAGE ESCROW DISBURSEMENT. |
| HLETKO VL | 12/20/07 | 2.60 | TELEPHONE CONFERENCE WITH B. GOTTFRIED RE: DOCKET (.5); RESEARCH RE: SAME (1.3). |
| HLETKO VL | 12/21/07 | 1.70 | E-MAIL WITH D. DENNEY RE: WASHINGTON, DC PRODUCTION (.5); REVIEW PAST CORRESPONDENCE RE: SAME (1.2). |
| | | **14.90** | |
| LAMAINA KA | 12/20/07 | 0.40 | REVIEW STATUS OF SERVICES (.3); TELECONFERENCE WITH DEBTORS' COUNSEL RE: SKADDEN ORDER AND BUDGET (.1). |
| | | **0.40** | |
| **Total Associate** | | **15.30** | |
| EVANS JE | 12/12/07 | 1.30 | ASSIST WITH FILING CONSENT ORDER AND FINAL JUDGMENT. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| EVANS JE | 12/13/07 | 1.80 | ASSIST WITH FILING CONSENT ORDER AND FINAL JUDGMENT. |
| | | **3.10** | |
| **Total Legal Assistant** | | **3.10** | |
| DORJEE T | 12/13/07 | 1.00 | PREPARE AND FILE JOINT MOTION FOR CONSENT ORDER ELECTRONICALLY FOR CASE 07CA6023 AT DC SUPERIOR COURT (1.0). |
| DORJEE T | 12/20/07 | 0.20 | UPDATE AND REVIEW DOCKET ENTRIES FOR CASE 07-6023 FROM DC SUPERIOR COURT (.2). |
| | | **1.20** | |
| **Total Legal Assistant Specialist** | | **1.20** | |
| **TOTAL TIME** | | **23.30** | |

D02B

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**New Century Financial Corporation (DIP)**  Bill Date: 05/15/08
**Retention/Fee Matters (SASM&F)**  Bill Number: 1202981

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LAMAINA KA | 12/19/07 | 3.10 | REVIEW SKADDEN STATEMENT (.4); DRAFT FEE APPLICATIONS (2.7). |
| LAMAINA KA | 12/20/07 | 1.30 | CONTINUE DRAFT APPLICATION (1.3). |
|  |  | **4.40** |  |
| **Total Associate** |  | **4.40** |  |
| **TOTAL TIME** |  | **4.40** |  |
|  |  |  |  |
| **CLIENT TOTAL** |  | **27.70** |  |