# EXHIBIT B-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(DECEMBER 1, 2007 - DECEMBER 31, 2007)**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction (@ $.10 per page) | $7.00 |
| Filing/Court Fees | $35.79 |
| Postage | $41.58 |
| **TOTAL** | **$84.37** |

532111-Wilmington Server 1A - MSW

**New Century Financial Corporation (DIP)**            **Bill Date: 05/15/08**
**Litigation (General)**                                **Bill Number: 1202981**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/14/07 | Copy Center, D | 7.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Filing/Court Fees | 12/13/07 | Dorjee T | 35.79 |
| | | **TOTAL FILING/COURT FEES** | **$35.79** |
| | | **TOTAL MATTER** | **$42.79** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**New Century Financial Corporation (DIP)**  Bill Date: 05/15/08
**Regulatory and SEC Matters**  Bill Number: 1202981

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 12/13/07 | Office Admin, D | 41.58 |
| | | **TOTAL POSTAGE** | **$41.58** |
| | | **TOTAL MATTER** | **$41.58** |
| | | **TOTAL CLIENT** | **$84.37** |