# EXHIBIT C-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(JANUARY 1, 2008 – JANUARY 31, 2008)**

**Bill No: 1198433**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **ASSOCIATE** | | | | |
| Valerie L. Hletko | 2002 | $610 | 12.90 | $ 7,869.00 |
| Kimberly A. LaMaina | 2001 | 610 | 5.80 | 3,538.00 |
| | | | | |
| | **TOTAL ASSOCIATE** | | **18.70** | **$11,407.00** |
| **PARAPROFESSIONALS** | | | | |
| Larry S. Morton | N/A | $265 | 5.20 | $ 1,378.00 |
| Puja Murgai | N/A | 205 | 12.10 | 2,480.50 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **17.30** | **$ 3,858.50** |
| | | | | |
| | | **TOTAL** | **36.00** | **$15,265.50** |
| | | | **BLENDED HOURLY RATE** | **$424.04** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(JANUARY 1, 2008 - JANUARY 31, 2008)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 25.40 | $10,593.50 |
| Retention/Fee Matters (SASM&F) | 10.60 | $4,672.00 |
| **TOTAL** | **36.00** | **$15,265.50** |

```
New Century Financial Corporation (DIP)              Bill Date: 05/15/08
Regulatory and SEC Matters                           Bill Number: 1198433


NAME              DATE          HOURS   DESCRIPTION

HLETKO VL         01/04/08       2.70   REVIEW LOAN FILES (2.7).

HLETKO VL         01/07/08       3.80   REVIEW DOCUMENT PRODUCTION.

HLETKO VL         01/08/08       1.60   REVIEW DOCUMENT PRODUCTION (1.3) AND
                                        PREPARE LETTER RE: SAME (.3).

HLETKO VL         01/09/08       0.90   REVIEW OUTSTANDING TITLE INSURANCE
                                        REQUESTS (.6); E-MAIL TO D. DENNEY AND
                                        H. KING RE: SAME (.3).

HLETKO VL         01/10/08       0.60   TELEPHONE CONFERENCE WITH B. GOTTFRIED
                                        RE: DOCUMENT PRODUCTION (.6).

HLETKO VL         01/11/08       0.40   REVIEW ORDERS (.3); E-MAIL TO D. DENNEY
                                        AND H. KING RE: SAME (.1).

HLETKO VL         01/14/08       1.00   TELEPHONE CONFERENCE WITH B. KLUBES RE:
                                        METROPOLITAN MONEY STORE SCHEDULING
                                        (.1); PREPARE E-MAIL TO W. WEINBERG RE:
                                        SAME (.1); REVIEW LOAN FILES (.8).

HLETKO VL         01/15/08       1.90   E-MAIL WITH D. DENNEY AND H. KING RE:
                                        WASHINGTON, DC PRODUCTION (.3); REVIEW
                                        LOAN FILES (1.5).

                                12.90

LAMAINA KA        01/07/08       0.40   PREPARE FOR AND ATTEND TELECONFERENCE
                                        WITH RICHARDS, LAYTON RE: SKADDEN
                                        SERVICES AND COMMITTEE APPROVAL ON SAME
                                        FOR CONTINUING REPRESENTATION (.4).

                                 0.40

Total Associate                 13.30

MURGAI P          01/02/08       0.70   COMMUNICATE WITH V. HLETKO AND J. EVANS
                                        REGARDING SERVICE OF FILING (.7).

MURGAI P          01/07/08       2.30   REVIEW DOCUMENTS FOR PRODUCTION TO DC
                                        ATTORNEY GENERAL (.9); REVISE
                                        PRODUCTION LOG WITH DC PRODUCTION (.5);
                                        CONTINUE DC PROCUTION (.9).

MURGAI P          01/08/08       3.00   PREPARE PRODUCTION TO DC ATTORNEY
                                        GENERAL (2.1); CREATE PRODUCTION INDEX
                                        (.9).

MURGAI P          01/09/08       1.70   ASSEMBLE PRODUCTION COPY TO DC ATTORNEY
                                        GENERAL (1.7).

MURGAI P          01/10/08       4.40   WORK ON MA PRODUCTION (4.4).

                                12.10

Total Legal Assistant           12.10

TOTAL TIME                      25.40
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

New Century Financial Corporation (DIP)                    Bill Date: 05/15/08
Retention/Fee Matters (SASM&F)                             Bill Number: 1198433

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LAMAINA KA | 01/09/08 | 2.70 | DRAFT INTERIM FEE APPLICATION FOR MONTHS AUGUST THROUGH NOVEMBER 2007 (.5); DRAFT FEE EXAMINER LETTER (.2); REVISE FEE APPLICATIONS FOR MONTHS OCTOBER AND NOVEMBER AND INTERIM FEE APPLICATION (1.8); DRAFT/REVISE NOTICES AND CERTIFICATE OF SERVICE FOR FEE APPLICATIONS (.2). |
| LAMAINA KA | 01/13/08 | 0.40 | REVIEW OCT. - NOV. FEE APPLICATIONS (.4). |
| LAMAINA KA | 01/14/08 | 2.30 | FINALIZE INTERIM FEE APPLICATION (.6); FINALIZE FEE APPLICATION FOR MONTHS OCT. AND NOV. (.8); DRAFT LETTER TO MR. SMITH RE: SAME AND OCT. AND NOV. FILINGS (.1); FINALIZE FEE AUDITOR MATERIALS (.8). |
|  |  | **5.40** |  |
| **Total Associate** |  | **5.40** |  |
| MORTON LS | 01/11/08 | 2.90 | REVIEW AND PREPARE FEE APPLICATION AND RELATED EXHIBITS FOR FILING (1.2); REVIEW DOCKET (.3); COMPILE/REVIEW PREVIOUS FEE APPLICATIONS FOR COMPARISON (.6); EDIT NOTICE AND CERTIFICATE OF SERVICE (.3) REVIEW EXHIBIT LIST (.5). |
| MORTON LS | 01/14/08 | 2.30 | EDIT/REVISE NOTICE AND CERTIFICATE OF SERVICE (.4); REVIEW EXHIBITS AND OCTOBER - NOVEMBER FEE APPLICATION (.2); PREPARE SAME FOR FILING (.4); FILE FEE APPLICATION (.3); REVIEW INTERIM FEE APPLICATION RE: AUGUST - NOVEMBER (.4); PREPARE AND FILE INTERIM APPLICATION (.3); ASSIST WITH DISTRIBUTION OF TWO FEE APPLICATIONS (.3). |
|  |  | **5.20** |  |
| **Total Legal Assistant** |  | **5.20** |  |
| **TOTAL TIME** |  | **10.60** |  |
| **CLIENT TOTAL** |  | **36.00** |  |

D02B