# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JANUARY 1, 2008 - JANUARY 31, 2008)**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction (@ $.10 per page) | $165.70 |
| Outside Reproduction | $925.84 |
| Outside Research | $48.32 |
| Courier & Express Carriers (e.g., Federal Express) | $102.10 |
| Electronic Document Management | $57.00 |
| **TOTAL** | **$1,298.96** |

**New Century Financial Corporation (DIP)**  **Bill Date: 05/15/08**
**Regulatory and SEC Matters**  **Bill Number: 1198433**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 01/08/08 | Copy Center, D | 44.70 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 19.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$63.90** |
| Non-standard/Outside Reproduction | 01/08/08 | Superior Glacier | 925.84 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$925.84** |
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 26.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$26.48** |
| | | **TOTAL MATTER** | **$1,016.22** |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**New Century Financial Corporation (DIP)**          Bill Date: 05/15/08
**Retention/Fee Matters (SASM&F)**                   Bill Number: 1198433

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/15/08 | Copy Center, D | 101.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$101.80** |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 11.21 |
| Messengers/ Courier | 01/14/08 | Dist Serv/Mail/Page, D | 12.42 |
| | | **TOTAL MESSENGERS/ COURIER** | **$102.10** |
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 7.12 |
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 1.84 |
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 12.88 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$21.84** |
| CD Creation | 01/21/08 | Musselman PR | 57.00 |
| | | **TOTAL CD CREATION** | **$57.00** |
| | | **TOTAL MATTER** | **$282.74** |
| | | **TOTAL CLIENT** | **$1,298.96** |