# EXHIBIT D-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(FEBRUARY 1, 2008 – FEBRUARY 29, 2008)**

Bill No: 1205649

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **ASSOCIATE** | | | | |
| Valerie L. Hletko | 2002 | $610 | 1.60 | $ 976.00 |
| Kimberly A. LaMaina | 2001 | 610 | 2.70 | 1,647.00 |
| | **TOTAL ASSOCIATE** | | **4.30** | **$2,623.00** |
| **PARAPROFESSIONALS** | | | | |
| Puja Murgai | N/A | $205 | 9.50 | $1,947.50 |
| | **TOTAL PARAPROFESSIONALS** | | **9.50** | **$1,947.50** |
| | **TOTAL** | | **13.80** | **$4,570.50** |
| | | **BLENDED HOURLY RATE** | | **$331.20** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(FEBRUARY 1, 2008 - FEBRUARY 28, 2008)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Regulatory and SEC Matters | 11.10 | $2,923.50 |
| Retention/Fee Matters (SASM&F) | 2.70 | $1,647.00 |
| **TOTAL** | **13.80** | **$4,570.50** |

**New Century Financial Corporation (DIP)**          Bill Date: 05/15/08
**Regulatory and SEC Matters**                       Bill Number: 1205649

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HLETKO VL | 02/06/08 | 1.60 | REVIEW LOAN FILES FOR PRODUCTION TO DC AG (1.3); PREPARE TRANSMITTAL LETTER RE: SAME (.3). |
| | | **1.60** | |
| **Total Associate** | | **1.60** | |
| MURGAI P | 02/05/08 | 2.80 | ASSIST WITH DOCUMENT PRODUCTION TO DC AG (.8) COMMUNICATE WITH V. HLETKO REGARDING PRODUCTION (.3); REVIEW PRODUCTION (1.4). |
| MURGAI P | 02/06/08 | 1.90 | REVIEW PRODUCTION TO DC AG (1.7); COMMUNICATE WITH V. HLETKO REGARDING PRODUCTION (.2). |
| MURGAI P | 02/08/08 | 2.40 | UPDATE PRODUCTION LOG (1.5); WORK ON PRODUCTION (.9). |
| MURGAI P | 02/11/08 | 2.40 | UPDATE PRODUCTION LOG (.3); DRAFT/PREPARE INDICES LIST FOR CASE BINDER (.6); DRAFT/ PREPARE CASE SUMMARY FOR CASE BINDER (1.5). |
| | | **9.50** | |
| **Total Legal Assistant** | | **9.50** | |
| **TOTAL TIME** | | **11.10** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

New Century Financial Corporation (DIP)                    Bill Date: 05/15/08
Retention/Fee Matters (SASM&F)                             Bill Number: 1205649

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 02/28/08 | 2.70 | DRAFT EXAMINER RESPONSE (2.7). |
|  |  | **2.70** |  |
| **Total Associate** |  | **2.70** |  |
| **TOTAL TIME** |  | **2.70** |  |
|  |  |  |  |
| **CLIENT TOTAL** |  | **13.80** |  |

D02B