# EXHIBIT D-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(FEBRUARY 1, 2008 - FEBRUARY 29, 2008)**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction (@ $.10 per page) | $164.60 |
| Electronic Document Management | $107.76 |
| **TOTAL** | **$272.36** |

**New Century Financial Corporation (DIP)**　　　　　　　　　　**Bill Date: 05/15/08**
**Regulatory and SEC Matters**　　　　　　　　　　　　　　　　**Bill Number: 1205649**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/08/08 | Copy Center, D | 133.50 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$133.50** |
| Print Images to Paper (from Electronic Media) | 02/12/08 | Copy Center, D | 107.76 |
|  |  | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$107.76** |
|  |  | **TOTAL MATTER** | **$241.26** |

2

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**New Century Financial Corporation (DIP)**             **Bill Date: 05/15/08**
**Retention/Fee Matters (SASM&F)**                            **Bill Number: 1205649**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/29/08 | Copy Center, D | 31.10 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$31.10** |
|  |  | **TOTAL MATTER** | **$31.10** |
|  |  | **TOTAL CLIENT** | **$272.36** |

2

DD01