# EXHIBIT E-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(MARCH 1, 2008 – MARCH 31, 2008)**

**Bill No: 1205653**

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Eric M. Davis | 1997 | $775 | 1.10 | $ 852.50 |
| Benjamin B. Klubes | 1991 | 870 | 5.10 | 4,437.00 |
| | **TOTAL PARTNER** | | **6.20** | **$ 5,289.50** |
| **ASSOCIATE** | | | | |
| Valerie L. Hletko | 2002 | $610 | 6.10 | $ 3,721.00 |
| Kimberly A. LaMaina | 2001 | 610 | 4.70 | 2,867.00 |
| | **TOTAL ASSOCIATE** | | **10.80** | **$ 6,588.00** |
| **PARAPROFESSIONALS** | | | | |
| Larry S. Morton | N/A | $265 | 0.30 | $ 79.50 |
| | **TOTAL PARAPROFESSIONALS** | | **0.30** | **$ 79.50** |
| | | **TOTAL** | **17.30** | **$11,957.00** |
| | | **BLENDED HOURLY RATE** | | **$691.16** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(MARCH 1, 2008 - MARCH 31, 2008)**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Regulatory and SEC Matters | 11.20 | $8,158.00 |
| Retention/Fee Matters (SASM&F) | 6.10 | $3,799.00 |
| **TOTAL** | **17.30** | **$11,957.00** |

```
New Century Financial Corporation (DIP)              Bill Date: 05/15/08
Regulatory and SEC Matters                           Bill Number: 1205653
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KLUBES BB | 03/26/08 | 0.20 | CONFERENCE WITH V. HLETKO RE: STATE BOND ISSUES (.2). |
| KLUBES BB | 03/27/08 | 0.90 | CONFERENCE WITH M. MCCARTHY RE: BONDS (.9). |
| KLUBES BB | 03/28/08 | 2.00 | REVIEW LETTER FROM SENATOR SCHUMER (.3); TELEPHONE CONFERENCE WITH CLIENT RE: SAME (.5); RESEARCH RE: DEPARTMENT OF INVESTIGATIONS (.3); REVIEW EXAMINER REPORT (.5); TELEPHONE CONFERENCE WITH M. MCCARTHY RE: STATUS (.4). |
| KLUBES BB | 03/31/08 | 2.00 | REVIEW EXAMINER REPORT (1.6); TELEPHONE CALL TO M. MCCARTHY REGARDING REPORT (.4). |
| | | 5.10 | |
| **Total Partner** | | **5.10** | |
| HLETKO VL | 03/10/08 | 0.50 | E-MAIL WITH B. GOTTFRIED AND D. DENNEY RE: EXAMINER'S REPORT (.5). |
| HLETKO VL | 03/26/08 | 4.50 | LEGAL RESEARCH RE: SURETY BONDS (2.1); PREPARE MEMORANDUM RE: SAME (1.4); E-MAIL WITH B. GOTTFRIED RE: EXAMINER'S REPORT (.2); TELEPHONE CONFERENCE WITH M. MCCARTHY RE: BONDS (.5); E-MAIL TO B. KLUBES RE: SAME (.3). |
| HLETKO VL | 03/27/08 | 1.10 | TELEPHONE CONFERENCE WITH M. MCCARTHY AND B. KLUBES RE: BONDS AND PROOFS OF CLAIM (.9); REVIEW OHIO COMPLAINT AND TRANSMIT SAME (.2). |
| | | 6.10 | |
| **Total Associate** | | **6.10** | |
| **TOTAL TIME** | | **11.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

New Century Financial Corporation (DIP)          Bill Date: 05/15/08
Retention/Fee Matters (SASM&F)                   Bill Number: 1205653

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 03/03/08 | 1.10 | REVIEW AND REVISE RESPONSE TO FEE AUDITOR INQUIRY (.9); CIRCULATE SAME FOR COMMENT AND PREP FOR SENDING (.2). |
|  |  | **1.10** |  |
| **Total Partner** |  | **1.10** |  |
| LAMAINA KA | 03/03/08 | 4.50 | REVIEW EXAMINER REPORT AND CITED CASES (2.1); REVISE RESPONSE AFTER COLLECTING NECESSARY RESPONSE INFORMATION (2.4). |
| LAMAINA KA | 03/18/08 | 0.20 | REVIEW SERVICES AND CAP ISSUES (.2). |
|  |  | **4.70** |  |
| **Total Associate** |  | **4.70** |  |
| MORTON LS | 03/18/08 | 0.30 | RESEARCH FOR FEE AUDITOR REPORT AND GUIDELINES (.3). |
|  |  | **0.30** |  |
| **Total Legal Assistant** |  | **0.30** |  |
| **TOTAL TIME** |  | **6.10** |  |
| **CLIENT TOTAL** |  | **17.30** |  |