# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors.[1] | : | **Objection Deadline: June 4, 2008 at 4:00 p.m. ET** |
| | | **Hearing Date: TBD** |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (DECEMBER 1, 2007 THROUGH MARCH 31, 2008)

Name of applicant:  Skadden, Arps, Slate, Meagher & Flom LLP

Authorized to provide professional services to:  New Century Financial Corp., et al., Debtors

Date of retention:  June 15, 2007 (effective April 16, 2007)

Period for which compensation and reimbursement are sought:  12/01/07 – 3/31/08[2]

Amount of compensation sought as actual, reasonable, and necessary:  $47,676.00

Amount of expense reimbursement sought as actual, reasonable, and necessary:  $1,655.69

This is a/an:  __ Monthly Application  X Interim Application  __ Final Application

Summary of Fee Applications for Compensation Period:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Skadden, Arps, Slate, Meagher & Flom LLP's December, January, February and March monthly fee applications are incorporated herein by reference.

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** |
| Date Filed: 5/15/08 Docket No. 7104 | 12/1/07 – 3/31/08 | $47,676.00 | $1,655.69 | N/A | N/A |

Summary of Any Objections to Fee Applications:  The objection deadline for the December 2007 through March 2008 application is June 4, 2008.

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007, and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260] objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto, so as to be received by **June 4, 2008 at 4:00 p.m. (Eastern Time).**  If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May 15, 2008
     Wilmington, Delaware

                                           */s/ Eric M. Davis*
                               Eric M. Davis (I.D. No. 3621)
                               Kimberly A. LaMaina (I.D. No. 4568)
                               SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                               One Rodney Square
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                               Special Counsel for the Debtors and
                                   Debtors in Possession

**EXHIBIT A**
**NOTICE PARTIES**

Monika L. McCarthy
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612
(Debtors)

Suzzanne Uhland
Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071
(Counsel for Debtors)

Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel for Debtors)

Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019
(Crisis Managers)

Joseph McMahon
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
(Counsel for United States Trustee)

Bennett L. Spiegel
Shirley S. Cho
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017-5800
(Counsel for Post-Petition
Senior Secured Lenders)

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
(Counsel for Official Committee
of Unsecured Creditors)

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Counsel for Official Committee
of Unsecured Creditors)

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 7520
(Fee Examiner)