## CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on May 15, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of Third Interim Fee Application Request**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell