IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.**, a Delaware corporation, et al.,[1] | : | **Case No. 07-10416 (KJC)** |
| | : | **Jointly Administered** |
| Debtors. | : | Objection Deadline: June 4, 2008 at 4:00 p.m. |
| | : | Hearing Date: To be determined |

## NOTICE OF SECOND INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Howrey LLP

Authorized to Provide
Professional Services to:                   Debtors and Debtors in Possession

Date of Retention:                          June 15, 2007, *nunc pro tunc* to April 2, 2007

Period for which compensation
and reimbursement is sought:                June 1, 2007 through November 30, 2007[2]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

[2] The Court approved Howrey's First Monthly Application and First Interim Fee Application, both of which covered the period April 2, 2007 through June 30, 2007. At the time those applications were filed, *the Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Howrey LLP, As Special Outside Counsel to the Debtors Nunc Pro Tunc As of April 2, 2007* (the "Employment Authorization Order") provided that fees in excess of $25,000 after May 30, 2007 may not be allowed. Through June 30, 2007, Howrey had exceeded that amount by $3,075. Accordingly, Howrey did not include the $3,075 in the amount sought, and approved, in its First Monthly Fee Application and First Interim Fee Application. However, the Employment Authorization Order has since been amended to change the $25,000 cap to a $60,000 cap. Accordingly, by this application, Howrey seeks the additional amount available under the revised cap, including the $3,075 incurred in June 2007.

Amount of Compensation sought as
actual, reasonable and necessary:        $32,630

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $631.64

This is (a)n: _X_ interim  ____ final application

Summary of Fee Applications for Compensation Period:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) |
| Filed Concurrently with this Application Docket No. 2537 | 6/1/07 – 3/31/08 | $35,000 | $814.76 | Objection Deadline 6/4/08 | Objection Deadline 6/4/08 |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **June**

///

///

///

///

///

///

///

///

///

2

RLF1-3197183-1
DM_US:21228882_1

**4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May  /5 , 2008
Los Angeles, California

*Tara Kowalski*
Jan L. Handzlik (California Bar No. 047959)
Michael L. Resch (California Bar No. 202909)
Tara C. Kowalski (California Bar No. 223834)
HOWREY LLP
550 South Hope Street
Los Angeles, California 90071
(213) 892-1800
*Special Outside Counsel for Debtors and Debtors in Possession*

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-3197183-1
DM_US:21228882_1