# EXHIBIT A

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07   thru 03/31/08

Page: 1
Produced: 05/15/2008

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State Number | Prebill /Line | Posted | Narn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 674256.177 | Handzlik,J | 07/11/07 | Exchange of emails with Ms. Kowalski re Mr. Miesel's request for document and board authorization. | 695.00 | 0.50 | 347.50 | 0.50 | 347.50 | Billable | 913817 | 1255106 / | 4 08/16/07 | YES | Yes |
| 674256.290 | Handzlik,J | 07/17/07 | Exchange of emails with Mr. Ochs re sharing of materials; exchange of emails with Ms. Kowalski; email to Mr. Forster. | 695.00 | 0.25 | 173.75 | 0.25 | 173.75 | Billable | 913817 | 1255106 / | 7 08/16/07 | YES | Yes |
| 674256.315 | Handzlik,J | 07/19/07 | Exchange of emails with Mr. Forster; review of timeline; review of request for disclosure; telephone conference with bankruptcy examiner's lawyer. | 695.00 | 0.75 | 521.25 | 0.75 | 521.25 | Billable | 913817 | 1255106 / | 9 08/16/07 | YES | Yes |
| 679001.162 | Handzlik,J | 08/07/07 | Exchange of emails with Ms. Kowalski re documents to lawyer for bankruptcy examiner (.25); review of documents to be furnished (1.0). | 725.00 | 1.25 | 906.25 | 1.25 | 906.25 | Billable | 923227 | 1272496 / | 4 09/21/07 | YES | Yes |
| 679001.199 | Handzlik,J | 08/08/07 | Exchange of emails with Ms. Kowalski re documents and notes; exchange of emails with lawyer for examiner. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 923227 | 1272496 / | 6 09/21/07 | YES | Yes |
| 679001.237 | Handzlik,J | 08/09/07 | Exchange of emails with Ms. Kowalski production of documents; review of related documents. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 923227 | 1272496 / | 9 09/21/07 | YES | Yes |
| 679001.306 | Handzlik,J | 08/13/07 | Review of draft e-mail to Mr. Rosen re account numbers (.25); exchange of emails with Ms. Kowalski re SEC inquiry (.25). | 725.00 | 0.50 | 362.50 | 0.50 | 362.50 | Billable | 923227 | 1272496 / | 14 09/21/07 | YES | Yes |
| 679001.463 | Handzlik,J | 08/21/07 | Review and sign petition re fees. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 923227 | 1272496 / | 16 09/21/07 | YES | Yes |
| 679006.411 | Handzlik,J | 08/28/07 | Review of email from Ms. Anemone; exchange of emails with Ms. Kowalski. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 923227 | 1272496 / | 20 09/21/07 | YES | Yes |
| 683074.121 | Handzlik,J | 09/10/07 | Exchange of emails with Ms. Kowalski re Department of Justice request for additional information (.50); review of time records and messages from Department of Justice (2.00). | 725.00 | 2.50 | 1,812.50 | 2.50 | 1,812.50 | Billable | 925905 | 1274154 / | 2 10/15/07 | YES | Yes |
| 683074.138 | Handzlik,J | 09/11/07 | Review of response to the DOJ's request for additional information (.15); exchange of emails with Ms. Kowalski re language in fee application (.1). | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 925905 | 1274154 / | 6 10/15/07 | YES | Yes |
| 688198.281 | Handzlik,J | 10/08/07 | Review of time entry detail spreadsheet (.50); exchange of emails with Ms. Kowalski re same (.25). | 725.00 | 0.75 | 543.75 | 0.75 | 543.75 | Billable | 931789 | 1281148 / | 3 11/15/07 | YES | Yes |
| 688198.521 | Handzlik,J | 10/12/07 | Exchange of emails with Ms. Kowalski re fee auditor order. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 931789 | 1281148 / | 11 11/15/07 | YES | Yes |
| 697590.34 | Handzlik,J | 12/18/07 | Exchange of emails with Ms. Kowalski re response to fee auditor initial report (.25); further review and revision of billings to comply with required format and entries (.25). | 725.00 | 0.50 | 362.50 | 0.50 | 362.50 | Billable | 943809 | 1298258 / | 13 02/01/08 | YES | Yes |
| 697590.42 | Handzlik,J | 12/20/07 | Review of draft email to auditor; exchange of emails with Ms. Kowalski. | 725.00 | 0.25 | 181.25 | 0.25 | 181.25 | Billable | 943809 | 1298258 / | 18 02/01/08 | YES | Yes |
| 701820.209 | Handzlik,J | 01/04/08 | Telephone conference with Mr. Lang (0.2); exchange of emails with Ms. Kowalski (0.3); review of related documents (0.4); review of notes of interviews (0.6). | 725.00 | 1.50 | 1,087.50 | 1.50 | 1,087.50 | Billable | 949211 | 1305125 / | 1 02/22/08 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07 thru 03/31/08

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
Billed Only

Page: 2
Produced: 05/15/2008

| Control Group.Entry | Timekeeper (Category) | Xtran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | Stats | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 701820.331 | Handzlik,J | 01/07/08 | Conferences with Ms. Kowalski (0.2); telephone conference call with Mr. Lang (0.5); review of notes and memoranda re internal investigation (1.6); subsequent telephone conference with Mr. Lang (0.2). | 725.00 | 2.50 | 1,812.50 | 2.50 | 1,812.50 | Billable | 949211 | 1308125 | / | 3 02/22/08 | YES | Yes |
| 701820.412 | Handzlik,J | 01/08/08 | Telephone conference with Mr. Beck and Mr. Mermelstein (0.2); exchange of emails with Ms. Kowalski (0.3); exchange of emails with Mr. Mayorkas (0.2); review of related documents (0.3). | 725.00 | 1.00 | 725.00 | 1.00 | 725.00 | Billable | 949211 | 1308125 | / | 5 02/22/08 | YES | Yes |
| 701820.499 | Handzlik,J | 01/09/08 | Exchange of emails with Ms. Kowalski re chronology (0.6); exchange of emails with Mr. Beck re disclosures (0.2); seek authorization from Mr. Lang (0.4); review of interim fee application (0.3). | 725.00 | 1.50 | 1,087.50 | 1.50 | 1,087.50 | Billable | 949211 | 1308125 | / | 8 02/22/08 | YES | Yes |
| 701820.580 | Handzlik,J | 01/10/08 | Telephone conference with Mr. Mayorkas (0.3); conference with Mr. Beck and Mr. Mermelstein (1.1); review of prior memoranda from internal investigation (0.6). | 725.00 | 2.00 | 1,450.00 | 2.00 | 1,450.00 | Billable | 949211 | 1308125 | / | 10 02/22/08 | YES | Yes |
| 701820.642 | Handzlik,J | 01/11/08 | Exchange of emails with Ms. Kowalski re sending documents to Orrick (0.3); exchange of emails with Mr. Mayorkas (0.2); review of related documents (1.0). | 725.00 | 1.50 | 1,087.50 | 1.50 | 1,087.50 | Billable | 949211 | 1308125 | / | 12 02/22/08 | YES | Yes |
| 701820.735 | Handzlik,J | 01/14/08 | Telephone conference with Mr. Lang and review of related documents. | 725.00 | 0.20 | 145.00 | 0.20 | 145.00 | Billable | 949211 | 1308125 | / | 14 02/22/08 | YES | Yes |
| 701820.812 | Handzlik,J | 01/15/08 | Exchange of emails with Mr. Mayorkas and review of related documents. | 725.00 | 0.20 | 145.00 | 0.20 | 145.00 | Billable | 949211 | 1308125 | / | 15 02/22/08 | YES | Yes |
| 701822.339 | Handzlik,J | 01/23/08 | Exchange of emails with Mr. Mayorkas. | 725.00 | 0.30 | 217.50 | 0.30 | 217.50 | Billable | 949211 | 1308125 | / | 17 02/22/08 | YES | Yes |
| 707961.134 | Handzlik,J | 02/26/08 | Exchange of emails with Ms. Kowalski re fee auditor. | 725.00 | 0.20 | 145.00 | 0.20 | 145.00 | Billable | 958875 | 1325272 | / | 10 03/20/08 | YES | Yes |
| 711203.395 | Handzlik,J | 03/20/08 | Exchange of emails with Ms. Kowalski; review of documents re trustee. | 725.00 | 0.10 | 72.50 | 0.10 | 72.50 | Billable | 961183 | 1327001 | / | 2 04/21/08 | YES | Yes |
| 711203.538 | Handzlik,J | 03/26/08 | Exchange of emails with Ms. Kowalski re KL Gates report; emails to Mr. Mayorkas and Mr. Loughlin. | 725.00 | 0.10 | 72.50 | 0.10 | 72.50 | Billable | 961183 | 1327001 | / | 3 04/21/08 | YES | Yes |
| 711203.583 | Handzlik,J | 03/27/08 | Exchange of emails with Ms. Kowalski. | 725.00 | 0.10 | 72.50 | 0.10 | 72.50 | Billable | 961183 | 1327001 | / | 4 04/21/08 | YES | Yes |
| 671566.3 | Kowalski,T | 07/02/07 | Call with Mr. Samis and review materials sent by Mr. Samis re interim compensation order. | 405.00 | 0.75 | 303.75 | 0.75 | 303.75 | Billable | 913817 | 1255106 | / | 1 08/16/07 | YES | Yes |
| 671566.28 | Kowalski,T | 07/11/07 | Review and respond to e-mail re bankruptcy procedural issues; obtain supporting documentation for motion for attorneys' fees; confer with Mr. Handzlik re status of permission for providing interview documents and documents collected to Mr. Missal. | 405.00 | 1.75 | 708.75 | 1.75 | 708.75 | Billable | 913817 | 1255106 | / | 5 08/16/07 | YES | Yes |
| 671566.35 | Kowalski,T | 07/12/07 | Review and analyze electronic documents produced by Mr. Sachs; draft e-mail to Audit Committee re permission to forward witness interview notes and other documents to Mr. Missal | 405.00 | 1.50 | 607.50 | 1.50 | 607.50 | Billable | 913817 | 1255106 | / | 6 08/16/07 | YES | Yes |

```
Firm: Howrey, LLP                                                                                                              Page: 3
Report: sp031.R                                                                                                                Produced: 05/15/2008
From: 07/01/07  thru 03/31/08
                                                  List fees, disbursements entries
                                              Selected matter: 03472.0002.000000   Internal Investigation   (Client: Special Investigation)
                                                                                   Billed Only
```

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | Statement Amount | Entry Type | Prebill State Number | / Time | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 673529.6 | Kowalski,T | 07/17/07 | Exchange e-mails with Mr. Handzlik and Mr. Ochs re production chronology, interview notes, and documents to Mr. Missel. | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 913817 1255106 | / | 8 08/16/07 | YES | Yes |
| 673529.13 | Kowalski,T | 07/18/07 | Prepare Application for Allowance of Compensation for Services Rendered and For Reimbursement of Expenses for the Period from April 2, 2007 through June 30, 2007. | 405.00 | 2.50 | 1,012.50 | 2.50 | 1,012.50 | Billable | 913817 1255106 | / | 10 08/16/07 | YES | Yes |
| 673529.40 | Kowalski,T | 07/24/07 | Identify fee and cost information needed from accounting to prepare fee motion. | 405.00 | 0.50 | 202.50 | 0.50 | 202.50 | Billable | 913817 1255106 | / | 11 08/16/07 | YES | Yes |
| 673529.48 | Kowalski,T | 07/25/07 | Collect and review documents and interview notes in response to Mr. Missel's request for documents | 405.00 | 0.75 | 301.75 | 0.75 | 303.75 | Billable | 913817 1255106 | / | 12 08/16/07 | YES | Yes |
| 673529.57 | Kowalski,T | 07/26/07 | Draft fee application | 405.00 | 5.50 | 2,227.50 | 5.50 | 2,227.50 | Billable | 913817 1255106 | / | 14 08/16/07 | YES | Yes |
| 673529.68 | Kowalski,T | 07/27/07 | Multiple calls to Mr. Samis re fee application; revise and finalize fee application and exhibits | 405.00 | 5.75 | 2,328.75 | 5.75 | 2,328.75 | Billable | 913817 1255106 | / | 15 08/16/07 | YES | Yes |
| 675377.1 | Kowalski,T | 08/01/07 | E-mail Mr. Samis re fee application | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 1272496 | / | 1 09/21/07 | YES | Yes |
| 675377.4 | Kowalski,T | 08/02/07 | Review and analyze new matters list to identify any representations needed to be disclosed to the court (1.3); call to Mr. Samis re same (.2); revise fee application per comments from Mr. Samis (.5). | 470.00 | 2.00 | 940.00 | 2.00 | 940.00 | Billable | 923227 1272496 | / | 2 09/21/07 | YES | Yes |
| 675377.7 | Kowalski,T | 08/03/07 | Finalize draft fee application and forward to Mr. Samis for review and comment (.5); exchange voicemails with Mr. Samis re same (.25). | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 923227 1272496 | / | 3 09/21/07 | YES | Yes |
| 675377.10 | Kowalski,T | 08/07/07 | Exchange e-mails with Mr. Handzlik and Mr. Forster re permission to send Mr. Missel witness interview notes and documents relied on in preparing chronology | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 1272496 | / | 5 09/21/07 | YES | Yes |
| 675377.12 | Kowalski,T | 08/08/07 | Review and analyze documents for production to Mr. Missel (1); exchange numerous e-mails with Mr. Handzlik and Mr. Reach re same (.25); finalize fee motion (.5); prepare exhibits to fee motion (.75). | 470.00 | 2.50 | 1,175.00 | 2.50 | 1,175.00 | Billable | 923227 1272496 | / | 7 09/21/07 | YES | Yes |
| 675377.16 | Kowalski,T | 08/09/07 | Draft e-mail to Mr. Rosen identifying broker accounts reviewed as part of investigation (1.75); draft letter to Mr. Missell re production of witness interview notes and documents reviewed as part of investigation (.25); review, analyze, and finalize for production witness interview notes and documents reviewed as part of investigation; office conference with Ms. Lea re amount of fees and expenses sought in fee motion (.25); finalize fee motion (1.75). | 470.00 | 4.00 | 1,880.00 | 4.00 | 1,880.00 | Billable | 923227 1272496 | / | 10 09/21/07 | YES | Yes |
| 675377.28 | Kowalski,T | 08/13/07 | Draft e-mail responding to Mr. Rosen's request for additional information re Mr. Sachs' brokerage accounts | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 923227 1272496 | / | 13 09/21/07 | YES | Yes |

```
Firm: Howrey, LLP                                                          List fee, disbursements entries                                                              Page: 4
Report: ap003l.R                       Selected matter: 03472.0002.000000  Internal Investigation    (Client: Special Investigation)                                    Produced: 05/15/2008
From: 07/01/07   thru 03/31/08                                             Billed Only
```

| Control Group.Entry | Timekeeper (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State. | Number | Prebill /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 676440.2 | Kowalski,T Kran | 08/13/07 | Send e-mail to Mr. Rosen identifying Mr. Sachs' brokerage account numbers and names | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 | 1272496 | / 15 | 09/21/07 | YES | Yes |
| 678809.120 | Kowalski,T | 08/21/07 | Obtain signatures for Howrey's application for fees | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 | 1272496 | / 17 | 09/21/07 | YES | Yes |
| 678809.160 | Kowalski,T | 08/23/07 | Finalize and submit fee motion to bankruptcy counsel for filing | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 | 1272496 | / 19 | 09/21/07 | YES | Yes |
| 678809.147 | Kowalski,T | 08/28/07 | Review and analyze correspondence from department of justice re Howrey's First Monthly Application for Compensation. | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 923227 | 1272496 | / 21 | 09/21/07 | YES | Yes |
| 679385.30 | Kowalski,T | 09/07/07 | Review and respond to inquires from Department of Justice re billing entries | 470.00 | 1.25 | 587.50 | 1.25 | 587.50 | Billable | 925905 | 1274154 | / 1 | 10/15/07 | YES | Yes |
| 680351.19 | Kowalski,T | 09/10/07 | Exchange multiple e-mails with Mr. Samis re scope of billable time (.25); draft email to DOJ in response to request for additional information (.25) | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 925905 | 1274154 | / 3 | 10/15/07 | YES | Yes |
| 680351.69 | Kowalski,T | 09/13/07 | Finalize and prepare for filing Interim Fee Application | 470.00 | 1.50 | 705.00 | 1.50 | 705.00 | Billable | 925905 | 1274154 | / 5 | 10/15/07 | YES | Yes |
| 681410.21 | Kowalski,T | 09/14/07 | Coordinate filing of interim fee petition with bankruptcy counsel | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 925905 | 1274154 | / 6 | 10/15/07 | YES | Yes |
| 681410.46 | Kowalski,T | 09/19/07 | Supplement time entries for compliance with United States Trustees Office's request for more detailed time entries (1.75) | 470.00 | 1.75 | 822.50 | 1.75 | 822.50 | Billable | 925905 | 1274154 | / 7 | 10/15/07 | YES | Yes |
| 681926.1 | Kowalski,T | 09/21/07 | Prepare for and call United States Trustees office re reimbursement for time spent on conflict checks | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 925905 | 1274154 | / 8 | 10/15/07 | YES | Yes |
| 683541.1 | Kowalski,T | 10/01/07 | Prepare for and call Mr. Samis re status of monthly fee application (.25); determine amount of fees and costs exceeding cap retention order in preparation for seeking amendment of order (.5); finalize billing entries for U.S. trustees office in response to request for additional information (.25) | 470.00 | 1.00 | 470.00 | 1.00 | 470.00 | Billable | 931789 | 1281148 | / 1 | 11/15/07 | YES | Yes |
| 693541.7 | Kowalski,T | 10/02/07 | E-mail bankruptcy counsel re payment status | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 931789 | 1281148 | / 2 | 11/15/07 | YES | Yes |
| 686878.1 | Kowalski,T | 10/08/07 | Perform final of review of time entries to be sent to United States trustee | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 931789 | 1281148 | / 4 | 11/15/07 | YES | Yes |
| 686878.12 | Kowalski,T | 10/10/07 | Finalize chart of time entries per request from United States trustees office | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 931789 | 1281148 | / 7 | 11/15/07 | YES | Yes |
| 688127.105 | Kowalski,T | 10/11/07 | Review and finalize updated timesheets in response to request from U.S. Trustees office (.5); draft and send e-mail to Ms. Anemone forwarding updated timesheets (.25) | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 931789 | 1281148 | / 9 | 11/15/07 | YES | Yes |
| 696878.24 | Kowalski,T | 10/17/07 | Review and analyze e-mail from Mr. Samis re appointment of auditor; call to Mr. Samis re same | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 931789 | 1281148 | / 15 | 11/15/07 | YES | Yes |

```
Firm: Howrey, LLP                                                List fees, disbursements entries                                                    Page: 5
Report: sp001.R                              Selected matter: 03472.0002.000000  Internal Investigation  (Client: Special Investigation)             Produced: 05/15/2008
From: 07/01/07    thru 03/31/08                                                  Billed Only

Control      Timekeeper Xran                                                    Hourly    Actual                Statement              Entry                  Prebill                          Warn Print
Group.Entry  (Category) Date   Description of service, disbursements            Rate      Time/Unit   Value     Time/Unit    Amount    Type          State    Number   /Line    Posted         Flag Flag
```

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | Amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 686878.42 | Kowalski,T | 10/22/07 | Review and analyze order from court re appointment of auditor (.25); draft and revise letter to auditor enclosing First Monthly Fee Application and Interim Fee Application (.5); review and analyze fee detail reports submitted to court and prepare electronic versions of fee detail to forward to auditor (1.25) | 470.00 | 2.00 | 940.00 | 2.00 | 940.00 | Billable | 931789 | 1281148 | 19 | 11/15/07 | YES | Yes |
| 686878.65 | Kowalski,T | 10/24/07 | Prepare electronic fee detail reports and provide to auditor (1); prepare for and participate in multiple calls with Mr. Samis re procedures for applying retainer under bankruptcy proceeding and issues re next monthly fee application (.5) | 470.00 | 1.50 | 705.00 | 1.50 | 705.00 | Billable | 931789 | 1281148 | 22 | 11/15/07 | YES | Yes |
| 691039.36 | Kowalski,T | 11/14/07 | Review e-mail from Mr. Ochs requesting phone records and prepare phone records for production | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 938107 | 1289292 | 1 | 12/07/07 | YES | Yes |
| 691039.44 | Kowalski,T | 11/15/07 | Draft letter to Mr. Ochs and prepare phone records for production to Mr. Ochs | 470.00 | 1.00 | 470.00 | 1.00 | 470.00 | Billable | 938107 | 1289292 | 2 | 12/07/07 | YES | Yes |
| 691039.49 | Kowalski,T | 11/16/07 | Review and analyze pledge agreement in response to request for information from Mr. Ochs; draft e-mail to Mr. Ochs re same | 470.00 | 1.00 | 470.00 | 1.00 | 470.00 | Billable | 938107 | 1289292 | 3 | 12/07/07 | YES | Yes |
| 692616.323 | Kowalski,T | 11/27/07 | Review and analyze documents and draft e-mail to Mr. Ochs in response to his request for additional information re phone records (1); Call with Mr. Samis re status of request for amounts in excess of cap (.25); review and analyze billing data in response to request from Mr. Samis (.5) | 470.00 | 1.75 | 822.50 | 1.75 | 822.50 | Billable | 938107 | 1289292 | 5 | 12/07/07 | YES | Yes |
| 692616.361 | Kowalski,T | 11/29/07 | Review and analyze billing data and calculate percentage of time spent on various tasks in response to request from Mr. Samis | 470.00 | 1.25 | 587.50 | 1.25 | 587.50 | Billable | 938107 | 1289292 | 6 | 12/07/07 | YES | Yes |
| 692686.318 | Kowalski,T | 11/30/07 | Review and analyze billing entries to determine percentage of amount sought for various tasks in excess of cap in response to request from Mr. Samis for such information | 470.00 | 1.75 | 822.50 | 1.75 | 822.50 | Billable | 938107 | 1289292 | 7 | 12/07/07 | YES | Yes |
| 695213.1 | Kowalski,T | 12/03/07 | Reconcile billing statements and breakdown by categories of amounts billed in response to request for such information from Mr. Samis | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 943809 | 1298258 | 1 | 02/01/08 | YES | Yes |
| 695213.7 | Kowalski,T | 12/04/07 | Coordinate obtaining billing documents from accounting in response to request from bankruptcy attorney | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 943809 | 1298258 | 3 | 02/01/08 | YES | Yes |
| 695213.22 | Kowalski,T | 12/12/07 | Prepare breakdown of overage fees in response to request from Committee | 470.00 | 6.75 | 3,172.50 | 6.75 | 3,172.50 | Billable | 943809 | 1298258 | 9 | 02/01/08 | YES | Yes |
| 697114.131 | Kowalski,T | 12/18/07 | Review e-mail from Mr. Samis and call to Mr. Samis re status of overage fees | 470.00 | 0.25 | 117.50 | 0.25 | 117.50 | Billable | 943809 | 1298258 | 14 | 02/01/08 | YES | Yes |

List fee, disbursements entries
Selected matter: 03472.0002.000000  Internal Investigation    (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 697114.145 | Kowalski,T | 12/19/07 | Review and analyze Fee Auditor Initial Report (.25); call to Mr. Samis re same (.25); research and analyze billing requirements set forth in retention order and local rules (.5); prepare draft response to Fee Auditor's Initial Report Regarding Interim Fee Application of Howrey LLP for the First Interim Period (1.25) | 470.00 | 2.25 | 1,057.50 | 2.25 | 1,057.50 | Billable | 943809 | 1338258 | / | 16 02/01/08 | YES | Yes |
| 697214.172 | Kowalski,T | 12/21/07 | Finalize and send Response to Initial Report Regarding Interim Fee Application of Howrey LLP for the First Interim Period | 470.00 | 0.75 | 352.50 | 0.75 | 352.50 | Billable | 943809 | 1338258 | / | 19 02/01/08 | YES | Yes |
| 699515.41 | Kowalski,T | 01/04/08 | Exchange e-mails with Mr. Handzlik re call with Mr. Lang and prepare for same. | 470.00 | 0.80 | 376.00 | 0.80 | 376.00 | Billable | 949211 | 1308125 | / | 2 02/22/08 | YES | Yes |
| 699515.61 | Kowalski,T | 01/07/08 | Prepare for and participate in conference call with Mr. Lang in preparation for interview with examiner (1.2); review and analyze file re execution of recommendations to special investigation committee (2.5); exchange e-mails with Mr. Reach re same (.3). | 470.00 | 4.00 | 1,880.00 | 4.00 | 1,880.00 | Billable | 949211 | 1308125 | / | 4 02/22/08 | YES | Yes |
| 699515.87 | Kowalski,T | 01/08/08 | Prepare e-mail to Mr. Lang re meeting with Examiner (.3); exchange numerous e-mails with Mr. Handzlik re Sachs investigation (.2); review and analyze, and prepare response to e-mail from bankruptcy examiner re request for additional information (.5). | 470.00 | 1.00 | 470.00 | 1.00 | 470.00 | Billable | 949211 | 1308125 | / | 6 02/22/08 | YES | Yes |
| 699515.102 | Kowalski,T | 01/09/08 | Exchange e-mails with Mr. Samis re Interim Fee Application (.3); review and analyze, and prepare response to, request for more information from bankruptcy examiner (.6); exchange e-mails with Mr. Handzlik re production of documents to Mr. Sachs' counsel (.3). | 470.00 | 1.20 | 564.00 | 1.20 | 564.00 | Billable | 949211 | 1308125 | / | 9 02/22/08 | YES | Yes |
| 699515.129 | Kowalski,T | 01/10/08 | Prepare for and participate in office conference with Mr. Beck and Mr. Mermelstein re potential interview of Michael Sachs (1.1); call with Mr. Forster re request from Mr. Sachs' counsel for documents provided to examiner (.2); exchange e-mails with Mr. Samis re status of approval for overage amounts (.3). | 470.00 | 1.60 | 752.00 | 1.60 | 752.00 | Billable | 949211 | 1308125 | / | 11 02/22/08 | YES | Yes |
| 699515.153 | Kowalski,T | 01/11/08 | Prepare documents to be provided to Mr. Sachs' counsel (1.3); exchange e-mails and confer with Mr. Samis re Interim Fee Application and recovery of overage amounts (.5); exchange numerous e-mails with Mr. Handzlik and client re production of documents to Mr. Sachs' counsel (.3). | 470.00 | 2.10 | 987.00 | 2.10 | 987.00 | Billable | 949211 | 1308125 | / | 13 02/22/08 | YES | Yes |
| 701760.137 | Kowalski,T | 01/15/08 | Review voicemails and call Mr. Lang re production of documents to Mr. Sachs' counsel | 470.00 | 0.30 | 141.00 | 0.30 | 141.00 | Billable | 949211 | 1308125 | / | 16 02/22/08 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07 thru 03/31/08

List fees, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation    (Client: Special Investigation)
Billed Only

Page: 7
Produced: 05/15/2008

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | Amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 701760.251 | Kowalski,T | 01/23/08 | Review and analyze case file for responses to bankruptcy examiner's requests for additional information (1.1); review billing information to determine appropriate amount of overage needed (.3) | 470.00 | 1.40 | 658.00 | 1.40 | 658.00 | Billable | 949211 | 1306125 | / | 18 02/22/08 | YES | Yes |
| 701760.283 | Kowalski,T | 01/24/08 | Review and analyze documents to obtain additional information requested by bankruptcy examiner (3.6); Conference call and exchange of e-mails with Mr. Ochs re same (.4); exchange e-mails with Mr. Samis re overage fees (.2) | 470.00 | 4.20 | 1,974.00 | 4.20 | 1,974.00 | Billable | 949211 | 1306125 | / | 19 02/22/08 | YES | Yes |
| 701760.318 | Kowalski,T | 01/25/08 | Provide bankruptcy examiner with letter from Merrill Lynch | 470.00 | 0.20 | 94.00 | 0.20 | 94.00 | Billable | 949211 | 1306125 | / | 20 02/22/08 | YES | Yes |
| 701760.442 | Kowalski,T | 01/30/08 | Review and analyze case file to determine amount of overage limits needed; draft e-mail to Mr. Samis re same | 470.00 | 1.20 | 564.00 | 1.20 | 564.00 | Billable | 949211 | 1306125 | / | 21 02/22/08 | YES | Yes |
| 701760.505 | Kowalski,T | 01/31/08 | Prepare for and call Mr. Samis re overage fees (.5); review and analyze inquiry from bankruptcy examiner for additional information (.3) | 470.00 | 0.80 | 376.00 | 0.80 | 376.00 | Billable | 949211 | 1306125 | / | 22 02/22/08 | YES | Yes |
| 704793.4 | Kowalski,T | 02/04/08 | Review and analyze file to respond to inquiry from Mr. Ochs | 470.00 | 3.50 | 1,645.00 | 3.50 | 1,645.00 | Billable | 958875 | 1325272 | / | 1 03/20/08 | YES | Yes |
| 704793.16 | Kowalski,T | 02/06/08 | Exchange e-mails with bankruptcy examiner re additional information needed | 470.00 | 0.20 | 94.00 | 0.20 | 94.00 | Billable | 958875 | 1325272 | / | 2 03/20/08 | YES | Yes |
| 704793.19 | Kowalski,T | 02/07/08 | Review and analyze notice of hearing and draft e-mail to Mr. Samis re same | 470.00 | 1.20 | 564.00 | 1.20 | 564.00 | Billable | 958875 | 1325272 | / | 3 03/20/08 | YES | Yes |
| 704793.29 | Kowalski,T | 02/13/08 | Review and analyze Amended Order increasing cap and draft e-mail to Mr. Samis re same (1.2); multiple calls with Mr. Ochs re additional information needed re Mr. Sachs' margin calls (.3) | 470.00 | 1.50 | 705.00 | 1.50 | 705.00 | Billable | 958875 | 1325272 | / | 4 03/20/08 | YES | Yes |
| 704793.32 | Kowalski,T | 02/14/08 | Review and analyze case file to answer questions raised by Mr. Ochs and draft e-mail to Mr. Ochs in response to his request for additional information | 470.00 | 1.50 | 705.00 | 1.50 | 705.00 | Billable | 958875 | 1325272 | / | 5 03/20/08 | YES | Yes |
| 704793.36 | Kowalski,T | 02/20/08 | Exchange e-mails with Mr. Handzlik re request for additional information from auditor | 470.00 | 0.50 | 235.00 | 0.50 | 235.00 | Billable | 958875 | 1325272 | / | 6 03/20/08 | YES | Yes |
| 704706.967 | Kowalski,T | 02/20/08 | Research and analyze responses to auditor's inquiries re overage amounts and draft response to auditor re same | 470.00 | 1.90 | 893.00 | 1.90 | 893.00 | Billable | 958875 | 1325272 | / | 7 03/20/08 | YES | Yes |
| 704793.40 | Kowalski,T | 02/21/08 | Review and analyze request from auditor for additional information and prepare response thereto (1.1); call with Mr. Samis re status of amendment of order to cover overage amounts (.1) | 470.00 | 1.20 | 564.00 | 1.20 | 564.00 | Billable | 958875 | 1325272 | / | 8 03/20/08 | YES | Yes |
| 706707.100 | Kowalski,T | 02/25/08 | Review and analyze request from auditor for additional information (.2); review and analyze case file to prepare response to request (1.9) | 470.00 | 2.10 | 987.00 | 2.10 | 987.00 | Billable | 958875 | 1325272 | / | 9 03/20/08 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07    thru 03/31/08

Page: 8
Produced: 05/15/2008

List fee, disbursements entries
Selected matter: 03472.0002.000000  Internal Investigation  (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit Value | Statement Time/Unit Amount | Entry Type | State | Prebill Number /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 706707.464 | Kowalski,T | 02/28/08 | Finalize response to auditor re Howrey's overage fees and forward draft to Mr. Handzlik for review (.5); send response to auditor (.2) | 470.00 | 0.70  329.00 | 0.70  329.00 | Billable | 958875 | 1325272 / | 11 03/30/08 | YES | Yes |
| 709092.308 | Kowalski,T | 03/05/08 | Exchange e-mails with accounting department re status of payments | 470.00 | 0.30  141.00 | 0.30  141.00 | Billable | 961183 | 1327001 / | 1 04/21/08 | YES | Yes |
| 673598.9 | Fitzpatr,J | 07/25/07 | Review new client matter lists and draft memo regarding absence of conflict with potential interested parties | 245.00 | 2.00  490.00 | 2.00  490.00 | Billable | 913817 | 1255106 / | 13 08/16/07 | YES | Yes |
| 684763.15 | Fitzpatr,J | 10/08/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 5 11/15/07 | YES | Yes |
| 684763.35 | Fitzpatr,J | 10/09/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 6 11/15/07 | YES | Yes |
| 684763.49 | Fitzpatr,J | 10/10/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 8 11/15/07 | YES | Yes |
| 684763.73 | Fitzpatr,J | 10/11/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 10 11/15/07 | YES | Yes |
| 684763.101 | Fitzpatr,J | 10/12/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 12 11/15/07 | YES | Yes |
| 685960.32 | Fitzpatr,J | 10/15/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 13 11/15/07 | YES | Yes |
| 685960.74 | Fitzpatr,J | 10/16/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 14 11/15/07 | YES | Yes |
| 687896.79 | Fitzpatr,J | 10/17/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 16 11/15/07 | YES | Yes |
| 688127.191 | Fitzpatr,J | 10/18/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 17 11/15/07 | YES | Yes |
| 688127.205 | Fitzpatr,J | 10/19/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50  127.50 | 0.50  127.50 | Billable | 931789 | 1281148 / | 18 11/15/07 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07    thru 03/31/08

Selected matter: 03472.0002.000000 Internal Investigation    (Client: Special Investigation)

List fee, disbursements entries
Billed Only

Page: 9
Produced: 05/15/2008

| Control Group.Entry | Timekeeper (Category) | Xref Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | State | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 688127.220 | Fitzpatr,J | 10/22/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 20 11/15/07 | YES | Yes |
| 688143.323 | Fitzpatr,J | 10/23/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 21 11/15/07 | YES | Yes |
| 688143.344 | Fitzpatr,J | 10/24/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 23 11/15/07 | YES | Yes |
| 688147.321 | Fitzpatr,J | 10/25/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 24 11/15/07 | YES | Yes |
| 688150.559 | Fitzpatr,J | 10/26/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 25 11/15/07 | YES | Yes |
| 688153.561 | Fitzpatr,J | 10/31/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 931789 | 1281148 | / | 26 11/15/07 | YES | Yes |
| 696099.8 | Fitzpatr,J | 12/03/07 | Review new matter listing and check for conflict issues (.25); Draft memo to file regarding conflict issues (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 02/01/08 | YES | No |
| 696099.15 | Fitzpatr,J | 12/04/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 4 02/01/08 | YES | No |
| 696099.31 | Fitzpatr,J | 12/05/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 5 02/01/08 | YES | No |
| 696099.38 | Fitzpatr,J | 12/06/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 6 02/01/08 | YES | No |
| 696099.50 | Fitzpatr,J | 12/07/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 7 02/01/08 | YES | No |
| 696099.54 | Fitzpatr,J | 12/10/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 8 02/01/08 | YES | No |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07   thru 03/31/08

List fee, disbursements entries
Selected matter: 03472.0002.000000   Internal Investigation   (Client: Special Investigation)
Billed Only

Page: 10
Produced: 05/15/2008

| Control Group.Entry | Timekeeper (Category) | Xren Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | Stats | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 696099.69 | Fitzpatr,J | 12/13/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 10 02/01/08 | YES | No |
| 696099.79 | Fitzpatr,J | 12/14/07 | Review and select documents for issue and witness binders; prepare war room for review of collected company documents by expert witnesses and attorneys (2.0); Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 02/01/08 | YES | No |
| 696100.4 | Fitzpatr,J | 12/17/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 12 02/01/08 | YES | No |
| 696162.66 | Fitzpatr,J | 12/18/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 15 02/01/08 | YES | No |
| 696152.24 | Fitzpatr,J | 12/19/07 | Review client new matter listings and compare with schedule of interested parties for potential conflict issues (.25); draft memorandum regarding clearance of conflict issue. (.25) | 255.00 | 0.50 | 127.50 | 0.50 | 127.50 | Billable | 943809 | 1298258 | / | 17 02/01/08 | YES | No |
| 670329.1 | Kubicek, Y | 07/02/07 | Receiv hard copy documents received from Beck DeCorso re Mr. Sachs. | 230.00 | 2.50 | 575.00 | 2.50 | 575.00 | Billable | 913817 | 1255106 | / | 2 08/16/07 | YES | Yes |
| 670329.92 | Kubicek, Y | 07/03/07 | Complete review of documents received from Beck DeCorso re Mr. Sachs. | 230.00 | 1.50 | 345.00 | 1.50 | 345.00 | Billable | 913817 | 1255106 | / | 3 08/16/07 | YES | Yes |
| 675136.11 | Kubicek, Y | 08/08/07 | Consult with Ms. Kowalski re production of documents to bankruptcy examiner (.25); prepare copy of original documents (.25); arrange for vendor to Bates label documents; review documents for accuracy and deliver to Ms. Kowalski (.75). | 240.00 | 1.25 | 300.00 | 1.25 | 300.00 | Billable | 923227 | 1272496 | / | 8 09/21/07 | YES | Yes |
| 675137.4 | Kubicek, Y | 08/09/07 | Consult with Ms. Kowalski re redaction of documents to be produced (.25); prepare copy of original documents (.75); redact documents; prepare copies of redacted documents for production (.25). | 240.00 | 1.50 | 360.00 | 1.50 | 360.00 | Billable | 923227 | 1272496 | / | 11 09/21/07 | YES | Yes |
| 676849.37 | Kubicek, Y | 08/21/07 | Prepare check request for payment of copying and bates labeling services (.25); contact vendor and dispute charges on invoice (.25). | 240.00 | 0.50 | 120.00 | 0.50 | 120.00 | Billable | 923227 | 1272496 | / | 18 09/21/07 | YES | Yes |
| 690406.10 | Kubicek, Y | 11/16/07 | Request from Ms. Kowalski to prepare documents for production to Mr. Ochs; locate case documents and prepare documents for production (.25); deliver to Ms. Kowalski. | 240.00 | 0.25 | 60.00 | 0.25 | 60.00 | Billable | 938107 | 1289292 | / | 4 12/07/07 | YES | Yes |

```
Firm: Howrey, LLP                                                                                                    Page: 11
Report: sp0031.R                                                                                              Produced: 05/15/2008
From: 07/01/07  thru 03/31/08

                                        List fees, disbursements entries
                Selected matter: 03472.0002.000000 Internal Investigation  (Client: Special Investigation)
                                                Billed Only

Control    Timekeeper Xran                 Hourly    Actual                 Statement              Entry                    Prebill                        Main Print
Group.Entry (Category) Date  Description of service, disbursements  Rate   Time/Unit  Value      Time/Unit  amount          Type       State Number /Line Posted     Flag Flag

697946.847  Kubicek, Y 01/08/08  Per request from Ms. Kowalski, prepare documents produced by  240.00  0.50  120.00  0.50  120.00 Billable  949211 1308125 / ? 02/22/08 YES  Yes
                        client for filing in records (.2); prepare records requests and
                        send to records (.3).
```

| | Fees, Actual | | Fees, Statement | | Disbursements | |
|---|---|---|---|---|---|---|
| | Time | Value | Time | Value | Actual | Statement |
| On posted statements, 132 fee entries | 139.35 | 64,100.50 | 139.10 | 63,919.25 | 0.00 | 0.00 |

| Timekeeper | Number of Entries | Actual Time | Value | Statement Time | Value |
|---|---|---|---|---|---|
| Jan L. Hendzlik | 28 | 20.20 | 14,600.00 | 19.95 | 14,418.75 |
| Tara Kowalski | 69 | 95.65 | 43,688.00 | 95.65 | 43,688.00 |
| Yvonne A. Kubicek | 7 | 8.00 | 1,880.00 | 8.00 | 1,880.00 |
| John K. Fitzpatrick | 28 | 15.50 | 3,932.50 | 15.50 | 3,932.50 |
| Matter Fee Total: | 132 | 139.35 | 64,100.50 | 139.10 | 63,919.25 |