# EXHIBIT B

Firm: Howrey, LLP
Report: sp0031.R
From: 07/01/07   thru 03/31/08

List fee, disbursements entries
MATTER RECAP
Billed Only

Page: 1
Produced: 05/15/2008

| Matter Code | Description | Fee Entries | Actual Time | Actual Value | Statement Time | Statement Value | Disb Entries | Actual Units | Actual Value | Statement Units | Statement Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03472.0002.000000 | Internal Investigation | 132 | 139.35 | 64,100.50 | 139.10 | 63,919.25 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |
| Report Total: | | 132 | 139.35 | 64,100.50 | 139.10 | 63,919.25 | 0 | 0.00 | 0.00 | 0.00 | 0.00 |

Firm: Horrey, LLP
Report: ap0031.R
From: 07/01/07    thru 03/31/08

Page: 1
Produced: 05/15/2008

List fees, disbursements entries
RECAP
Billed Only

| Timekeeper | Number of Entries | Actual Time | Actual Value | Statement Time | Statement Value |
|---|---|---|---|---|---|
| Jan L. Handzlik | | | | | |
| 03472.0002.000000 Internal Investig | 28 | 20.20 | 14,600.00 | 19.95 | 14,418.75 |
| Tara Kowalski | | | | | |
| 03472.0002.000000 Internal Investig | 69 | 95.65 | 43,688.00 | 95.65 | 43,688.00 |
| Yvonne A. Kubicek | | | | | |
| 03472.0002.000000 Internal Investig | 7 | 8.00 | 1,880.00 | 8.00 | 1,880.00 |
| John K. Fitzpatrick | | | | | |
| 03472.0002.000000 Internal Investig | 28 | 15.50 | 3,932.50 | 15.50 | 3,932.50 |
| Report Fee Total: | 132 | 139.35 | 64,100.50 | 139.10 | 63,919.25 |

| Timekeeper | Number of Entries | Actual Time | Actual Value | Statement Time | Statement Value |
|---|---|---|---|---|---|
| Jan L. Handzlik | 28 | 20.20 | 14,600.00 | 19.95 | 14,418.75 |
| Tara Kowalski | 69 | 95.65 | 43,688.00 | 95.65 | 43,688.00 |
| Yvonne A. Kubicek | 7 | 8.00 | 1,880.00 | 8.00 | 1,880.00 |
| John K. Fitzpatrick | 28 | 15.50 | 3,932.50 | 15.50 | 3,932.50 |
| Report Fee Total: | 132 | 139.35 | 64,100.50 | 139.10 | 63,919.25 |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07  thru 03/31/08

List fee, disbursements entries
Selected matter: 03472.0002.000000   Internal Investigation   (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit | Value | Statement Time/Unit | amount | Entry Type | Stmt. | Prebill Number | /Line | Posted | Warn Flag | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 670994.289 | Repro Exp Rec | 07/10/07 | Repro charges - BillBack for 06-29-07 thru 06-29-07 - 14 copies | | 14.00 | 2.24 | 14.00 | 2.24 | | 913817 | 1255106 | / | 16 08/16/07 | YES | Yes |
| 675227.354 | Repro Exp Rec | 08/10/07 | Repro charges - BillBack for 07-25-07 thru 07-26-07 - 1355 copies | | 1,355.00 | 216.80 | 1,355.00 | 216.80 | | 923227 | 1272496 | / | 24 09/21/07 | YES | Yes |
| 676369.190 | Repro Exp Rec | 08/17/07 | Repro charges - BillBack for 08-08-07 thru 08-09-07 - 1025 copies | | 1,025.00 | 164.00 | 1,025.00 | 164.00 | | 923227 | 1272496 | / | 25 09/21/07 | YES | Yes |
| 678036.193 | Repro Exp Rec | 08/30/07 | Repro charges - BillBack for 08-23-07 thru 08-23-07 - 16 copies | | 16.00 | 2.56 | 16.00 | 2.56 | | 923227 | 1272496 | / | 26 09/21/07 | YES | Yes |
| 683363.334 | Repro Exp Rec | 09/27/07 | Repro charges - BillBack for 09-13-07 thru 09-13-07 - 10 copies | | 10.00 | 1.60 | 10.00 | 1.60 | | 925905 | 1274154 | / | 9 10/15/07 | YES | Yes |
| 688021.201 | Repro Exp Rec | 10/31/07 | Repro charges - BillBack for 10-22-07 thru 10-22-07 - 46 copies | | 46.00 | 7.36 | 46.00 | 7.36 | | 931789 | 1281148 | / | 27 11/15/07 | YES | Yes |
| 692129.316 | Repro Exp Rec | 11/29/07 | Repro charges - BillBack for 11-15-07 thru 11-15-07 - 23 copies | | 23.00 | 3.68 | 23.00 | 3.68 | | 938107 | 1289292 | / | 8 12/07/07 | YES | Yes |
| 699857.405 | Repro Exp Rec | 01/23/08 | Repro charges - BillBack for 01-08-08 thru 01-11-08 - 992 copies | | 992.00 | 158.72 | 992.00 | 158.72 | | 949211 | 1308125 | / | 23 02/22/08 | YES | Yes |
| 701821.404 | Repro Exp Rec | 01/31/08 | Repro charges - BillBack for 01-25-08 thru 01-25-08 - 4 copies | | 4.00 | 0.64 | 4.00 | 0.64 | | 949211 | 1308125 | / | 24 02/22/08 | YES | Yes |
| 705932.256 | Repro Exp Rec | 02/28/08 | Repro charges - BillBack for 02-12-08 thru 02-12-08 - 1 copies | | 1.00 | 0.16 | 1.00 | 0.16 | | 958675 | 1325272 | / | 12 03/30/08 | YES | Yes |
| 670398.241 | Telephone Exp Rec | 07/10/07 | Telephone Charges- Billback for 07-02-07 to 07-02-07 | | 0.90 | 0.90 | 0.90 | 0.90 | | 913817 | 1255106 | / | 17 08/16/07 | YES | Yes |
| 672517.193 | Telephone Exp Rec | 07/20/07 | Telephone Charges- Billback for 07-11-07 to 07-11-07 | | 0.09 | 0.09 | 0.09 | 0.09 | | 913817 | 1255106 | / | 18 08/16/07 | YES | Yes |
| 673255.168 | Telephone Exp Rec | 07/27/07 | Telephone Charges- Billback for 07-18-07 to 07-18-07 | | 0.63 | 0.63 | 0.63 | 0.63 | | 913817 | 1255106 | / | 19 08/16/07 | YES | Yes |
| 675228.295 | Telephone Exp Rec | 08/10/07 | Telephone Charges- Billback for 07-27-07 to 08-02-07 | | 2.34 | 2.34 | 2.34 | 2.34 | | 923227 | 1272496 | / | 27 09/21/07 | YES | Yes |
| 680269.250 | Telephone Exp Rec | 09/14/07 | Telephone Charges- Billback for 09-07-07 to 09-07-07 | | 1.08 | 1.08 | 1.08 | 1.08 | | 925905 | 1274154 | / | 11 10/15/07 | YES | Yes |
| 682371.360 | Telephone Exp Rec | 09/27/07 | Telephone Charges- Billback for 09-10-07 to 09-14-07 | | 0.27 | 0.27 | 0.27 | 0.27 | | 925905 | 1274154 | / | 12 10/15/07 | YES | Yes |
| 684560.247 | Telephone Exp Rec | 10/13/07 | Telephone Charges- Billback for 10-01-07 to 10-01-07 | | 0.72 | 0.72 | 0.72 | 0.72 | | 931789 | 1281148 | / | 28 11/15/07 | YES | Yes |
| 686943.289 | Telephone Exp Rec | 10/26/07 | Telephone Charges- Billback for 10-09-07 to 10-17-07 | | 0.45 | 0.45 | 0.45 | 0.45 | | 931789 | 1281148 | / | 29 11/15/07 | YES | Yes |
| 688024.189 | Telephone Exp Rec | 10/31/07 | Telephone Charges- Billback for 10-22-07 to 10-24-07 | | 1.17 | 1.17 | 1.17 | 1.17 | | 931789 | 1281148 | / | 30 11/15/07 | YES | Yes |

Firm: Howrey, LLP
Report: sp0031.R
From: 07/01/07    thru 03/31/08

Page: 2
Produced: 05/15/2008

List fee, disbursements entries
Selected matter: 03472.0002.000000  Internal Investigation  (Client: Special Investigation)
Billed Only

| Control Group.Entry | Timekeeper (Category) | Xran Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit Value | Statement Time/Unit amount | Entry Type | State | Prebill Number | /Line | Posted | Flag | Warn Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 692132.249 | Exp Rec Telephone | 11/29/07 | Telephone Charges- Billback for 11-12-07 to 11-12-07 | | 0.45 | 0.45 | 0.45 | 938107 | 1289292 | / | 9 12/07/07 | YES | Yes |
| 696596.482 | Exp Rec Telephone | 12/28/07 | Telephone Charges- Billback for 11-27-07 to 12-19-07 | | 1.35 | 1.35 | 1.35 | 943009 | 1298258 | / | 20 02/01/08 | YES | Yes |
| 699959.341 | Exp Rec Telephone | 01/23/08 | Telephone Charges- Billback for 01-10-08 to 01-10-08 | | 0.18 | 0.18 | 0.18 | 949211 | 1308125 | / | 25 02/22/08 | YES | Yes |
| 701921.405 | Exp Rec Telephone | 01/31/08 | Telephone Charges- Billback for 01-24-08 to 01-24-08 | | 0.72 | 0.72 | 0.72 | 949211 | 1308125 | / | 26 02/22/08 | YES | Yes |
| 704027.279 | Exp Rec Telephone | 02/19/08 | Telephone Charges- Billback for 01-31-08 to 01-31-08 | | 1.35 | 1.35 | 1.35 | 958875 | 1325272 | / | 13 03/20/08 | YES | Yes |
| 673833.331 | Exp Rec Courier Exp Rec | 07/31/07 | Federal Express expense on 06-29-07; FedEx Tracking #791333957497  Shipped To: SEC Operations Center Office of Freedom of Informati, 6432 General Green Way, ALEXANDRIA, VA 22312  US. | | 14.07 | 14.07 | 14.07 | 913817 | 1255106 | / | 20 08/16/07 | YES | Yes |
| 678546.016 | Courier Exp Rec | 08/31/07 | Federal Express expense on 08-23-07; FedEx Tracking #798247860190  Shipped To: Chris Samis Richards, Layton & Finger, P.A, 920 North King Street, WILMINGTON, DE 19801  US. | | 13.75 | 13.75 | 13.75 | 923227 | 1272496 | / | 28 09/21/07 | YES | Yes |
| 682433.425 | Courier Exp Rec | 09/27/07 | Federal Express expense on 09-13-07; FedEx Tracking #790336507277  Shipped To: Barbara Witters Richards, Layton & Finger, P.A, 920 North King Street, WILMINGTON, DE 19801  US. | | 13.81 | 13.81 | 13.81 | 925905 | 1274156 | / | 13 10/15/07 | YES | Yes |
| 679144.1 | Out Repro Kubick, Y | 09/06/07 | LA BEST PHOTOCOPIES, INC., LA85319, 08-08-07; Payment of copying and bates labeling of documents for production purposes. Voucher: 732434    Vendor: LA BEST PHOTOCOPIES, INC. | | 132.84 | 132.84 | 132.84 | 925905 | 1274156 | / | 10 10/15/07 | YES | Yes |
| 672649.22 | Local Cour Howrey | 07/20/07 | WORLDWIDE NETWORK, INC., 250533, 06-30-07; delivery to: Securities and Exchange 6-29 Voucher: 723842   Vendor: WORLDWIDE NETWORK, INC. | | 27.00 | 27.00 | 27.00 | 913817 | 1255106 | / | 21 08/16/07 | YES | Yes |
| 706587.25 | Local Cour Howrey | 02/21/08 | NATIONWIDE LEGAL, INC., 100935, 1-15-08; delivery to: Orrick, Herrington, Sutcliffe LLP 1-11 Voucher: 766524    Vendor: NATIONWIDE LEGAL, INC. | | 20.00 | 20.00 | 20.00 | 958873 | 1325272 | / | 14 03/20/08 | YES | Yes |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07 thru 03/31/08

List fee, disbursements entries
Selected matter: 03472.0002.000000 Internal Investigation (Client: Special Investigation)
Billed Only

Page: 3
Produced: 05/15/2008

| Control Group.Entry | Timekeeper Xref (Category) Date | Description of service, disbursements | Hourly Rate | Actual Time/Unit Value | Statement Time/Unit amount | Entry Type | Prebill State Number /Line Posted | Warn Print Flag Flag |
|---|---|---|---|---|---|---|---|---|
| 690503.135 | Postage Kowalski,T | 11/18/07 Postage Billback - 10-26-07 From: Kowalski, Tara | | 1.99 | 1.99 | 1.99 | 938107 1289292 / 10 12/07/07 YES | Yes |
| 676586.27 | Computer R Cline,P | 08/20/07 PACER SERVICE CENTER Pacer - court docs 2007 Q2 - LA Voucher: 729369 Vendor: PACER SERVICE CENTER | | 21.84 | 21.84 | 21.84 | 923227 1272496 / 23 09/21/07 YES | Yes |

| | Fees, Actual Time Value | Fees, Statement Time Value | Statement Units Value | Disbursements Actual Value | Statement 814.76 |
|---|---|---|---|---|---|
| On posted statements, 32 cost entries | 0.00 | 0.00 | 0.00 | 3,743.00 | 814.76 |

| Disbursement Category | Number of Entries | Actual Units | Value | Statement Units | Value |
|---|---|---|---|---|---|
| Reproduction | 10 | 3,486.00 | 557.76 | 3,486.00 | 557.76 |
| Telephone | 14 | 11.70 | 11.70 | 11.70 | 11.70 |
| Out-of-Town Couriers | 3 | 41.63 | 41.63 | 41.63 | 41.63 |
| Outside Reproduction | 1 | 132.84 | 132.84 | 132.84 | 132.84 |
| Local Couriers | 2 | 47.00 | 47.00 | 47.00 | 47.00 |
| Postage | 1 | 1.99 | 1.99 | 1.99 | 1.99 |
| Computer Research | 1 | 21.84 | 21.84 | 21.84 | 21.84 |
| Matter Disb. Total: | 32 | 3,743.00 | 814.76 | 3,743.00 | 814.76 |

Firm: Howrey, LLP
Report: ap0031.R
From: 07/01/07  thru 03/31/08

Page: 1
Produced: 05/15/2008

List fee, disbursements entries
MATTER RECAP
Billed Only

| Matter Code | Description | Fee Entries | Actual Time | Actual Value | Statement Time | Statement Value | Disb Entries | Actual Units | Actual Value | Statement Units | Statement Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03472.0002.000000 | Internal Investigation | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 32 | 3,743.00 | 814.76 | 3,743.00 | 814.76 |
| Report Total: | | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 32 | 3,743.00 | 814.76 | 3,743.00 | 814.76 |

Firm: Howrey, LLP
Report: sp0031.R
From: 07/01/07   thru 03/31/08

Page: 1
Produced: 05/15/2008

List fee, disbursements entries
RECAP
Billed Only

| Disbursement Category | Number of Entries | Actual Units | Value | Statement Units | Value |
|---|---|---|---|---|---|
| Reproduction | 10 | 3,486.00 | 557.76 | 3,486.00 | 557.76 |
| Telephone | 14 | 11.70 | 11.70 | 11.70 | 11.70 |
| Out-of-Town Couriers | 3 | 41.63 | 41.63 | 41.63 | 41.63 |
| Outside Reproduction | 1 | 132.84 | 132.84 | 132.84 | 132.84 |
| Local Couriers | 2 | 47.00 | 47.00 | 47.00 | 47.00 |
| Postage | 1 | 1.99 | 1.99 | 1.99 | 1.99 |
| Computer Research | 1 | 21.84 | 21.84 | 21.84 | 21.84 |
| Report Disb. Total: | 32 | 3,743.00 | 814.76 | 3,743.00 | 814.76 |