**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a** | : | **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline: June 4, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: To be determined** |

## NOTICE OF THIRD INTERIM FEE APPLICATION REQUEST

Name of Applicant: Howrey LLP

Authorized to Provide
Professional Services to: Debtors and Debtors in Possession

Date of Retention: June 15, 2007, *nunc pro tunc* to April 2, 2007

Period for which compensation
and reimbursement is sought: December 1, 2007 through March 31, 2008

Amount of Compensation sought as
actual, reasonable and necessary: $2,370[2]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California Corporation.

[2] This amount does not represent the entire amount of fees incurred by Howrey during the Third Interim Fee Period. Rather, this amount represents only the amount incurred by Howrey during the Third Interim Fee Period that do not exceed the fee cap set forth in the amended *Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment of Howrey LLP, As Special Outside Counsel to the Debtors Nunc Pro Tunc As of April 2, 2007* (the "Employment Authorization Order"). Howrey intends to seek further amendment of the Employment Authorization Order to increase the cap to cover additional amounts incurred by Howrey during the Third Interim Fee Period, as discussed in more detail in Howrey's Second Monthly Fee Application.

RLF1-3197183-1
DM_US:21228935_1

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $183.16

This is (a)n: _X_ interim _____ final application

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| Filed Concurrently with this Application Docket No. 2537 | 6/1/07 – 3/31/08 | $35,000 | $814.76 | Objection Deadline 6/4/08 | Objection Deadline 6/4/08 |

PLEASE TAKE NOTICE that, pursuant to the Court's Administrative Order

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,

dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee

Application Request must be filed with the Court and served on the Applicant at the address set forth

below and the notice parties, identified on Exhibit A attached hereto so as to be received by **June**

///

///

///

///

///

///

///

///

///

2

**4, 2008 at 4:00 p.m. (Eastern Time).**  If no timely objections are filed to the Interim Fee

Application Request, the Court may enter an order granting the Interim Fee Application Request

without a hearing.


Dated: May _/5_, 2008
         Los Angeles, California

_Tara Kowalski_
Jan L. Handzlik (California Bar No. 047959)
Michael L. Resch (California Bar No. 202909)
Tara C. Kowalski (California Bar No. 223834)
HOWREY LLP
550 South Hope Street
Los Angeles, California 90071
(213) 892-1800
*Special Outside Counsel for Debtors and Debtors in Possession*

3

**EXHIBIT A**
**NOTICE PARTIES**

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

4