UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors.[1] | Jointly Administered |
| | Objection Deadline: June 4, 2008 at 4:00 p.m.<br>Hearing: N/A |

## FOURTH MONTHLY FEE APPLICATION REQUEST OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, AS SPECIAL CORPORATE AND LITIGATION COUNSEL TO THE DEBTORS

Pursuant to Bankruptcy Code sections 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 24, 2007 (the "Administrative Order"), Sheppard, Mullin, Richter & Hampton LLP ("SMRH") hereby files this *Fourth Monthly Interim Fee Application Request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors* (the "Application"). By this Application, SMRH seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $64,842.00 (80% of $81,052.50) as compensation and $0.00 for

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation; New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation (d/b/a Access Lending), a California Corporation.

reimbursement of actual and necessary expenses for a total of $64,842.00 for the period from December 1, 2007 through and including April 30, 2008 (the "Compensation Period")[2]. In support of this Application, SMRH respectfully represents as follows:

## Background

1.  On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, New Century TRS Holdings, Inc., New Century Mortgage Corporation, NC Capital Corporation, Home123 Corporation, New Century Credit Corporation, NC Asset Holding, L.P., NC Residual III Corporation, NC Residual IV Corporation, New Century R.E.O. Corp., New Century R.E.O. II Corp., New Century R.E.O. III Corp., New Century Mortgage Ventures, LLC, NC Deltex, LLC and NCoral, L.P. (collectively, "the Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On August 7, 2007 New Century Warehouse Corporation ("New Century Warehouse") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.  The Debtors' retention of SMRH was approved effective as of the Petition Date by this Court's Order dated June 15, 2007 (the "Retention Order"). The Retention Order authorized SMRH to be compensated on an hourly rate and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.  All services for which compensation is requested by SMRH were performed for or on behalf of the Debtors or New Century, a wholly-owned subsidiary of New Century TRS Holdings, Inc.

---

[2] SMRH has exercised its billing discretion and endeavored to minimize the administrative expenses for the estate by submitting only one monthly interim application for the period from December 1, 2007 through April 30, 2008.

4. SMRH has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application except as set forth in the Retention Order. There is no agreement or understanding between SMRH and any other person other than the partners of SMRH for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5. The fee statements for the Compensation Period are attached hereto as Exhibit 2. These statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of SMRH's knowledge, this Application complies with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Administrative Order.

### Actual and Necessary Expenses

6. SMRH did not incur any actual and necessary expenses for which it seeks reimbursement during the Compensation Period, and a chart reflecting that fact is attached hereto as Exhibit 3.

### Summary of Services Rendered

7. The attorneys and paraprofessionals of SMRH who have rendered professional services in these cases during the Compensation Period are as follows: Mette H. Kurth, Greg S. Labate, M. Reed Mercado, Hind Kader, Jason Kearnaghan, and Stephanie M. Seidl.

8. SMRH, by and through the above-named persons, has assisted the Debtors and the Debtors' subsidiary, New Century Warehouse, in connection with litigation, general corporate legal work, and related legal matters such as the defense of the pending lawsuit entitled *Daniel J. Rubio v. New Century Mortgage Corporation* and corporate and transactional matters arising in connection with the sale by New Century Warehouse of substantially all of its assets to

Access Holdings Corporation.

## Summary of Services by Project

9. The services rendered by SMRH during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit 2. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit 1 attached hereto.

### Corporate and Transactional Matters

Fees: $0; Total Hours: 0

10. This category includes corporate governance and SEC matters; regulatory matters; and mergers and acquisitions and asset sales, including the sale by New Century Warehouse of substantially all of its assets to Access Holdings Corporation. No work was done on these matters during this time period.

### Litigation

Fees: $71,118.00; Total Hours: 157.90

11. This category includes labor and employment matters, including a mediation of the lawsuit entitled *Daniel J. Rubio v. New Century Mortgage Corporation*, which mediation resulted in a settlement agreement among the parties to the lawsuit.

### SMRH Employment Application

Fees: $9,934.50; Total Hours: 31.10

12. This category includes all matters related to preparing SMRH's fee applications,

responding to the Debtors inquiries regarding total fees, which information the Debtors requested in connection with formulating its plan of reorganization, and responding to requests for information from the fee auditor.

## Valuation of Services

13. Attorneys and paraprofessionals of SMRH have expended a total of 189.00 hours in connection with this matter during the Compensation Period, as follows:

| **Attorneys/Paraprofessionals** | **Hours** | **Hourly Rate** |
|---|---|---|
| Mette H. Kurth | 4.40 | $517.31[3] |
| Greg S. Labate | 78.80 | $480.00 |
| M. Reed Mercado | 10.30 | $315.00 |
| Hind Kader | 4.00 | $225.00 |
| Jason Kearnaghan | 69.90 | $440.00 |
| Stephanie M. Seidl | 21.60 | $280.00 |

14. The nature of the work performed by these persons is fully set forth in Exhibits 2 attached hereto. These are SMRH's normal hourly rates for work of this character. The reasonable value of the services rendered by SMRH to the Debtors during the Compensation Period is $81,052.50.[4]

15. In accordance with the factors enumerated in Bankruptcy Code section 330, it is respectfully submitted that the amount requested by SMRH is fair and reasonable given: (1) the complexity of these cases, (2) the time expended, (3) the nature and extent of the services rendered, (4) the value of such services, and (5) the costs of comparable services other than in a

---

[3] The hourly rate of $517.31 of Mette H. Kurth set forth herein represents the average of her 2007 hourly rate ($475) and her 2008 hourly rate ($525).

[4] Fees requested are net of a 12% negotiated discounted applied to SMRH's standard hourly fees.

case under this title. Moreover, SMRH has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

**WHEREFORE**, SMRH respectfully requests that the Court enter an Order providing that for the Compensation Period an allowance be made to SMRH in the sum of $64,842.00 (80% of $81,052.50) as compensation for necessary professional services rendered, and the sum of $0.00 for reimbursement of actual necessary costs and expenses, for at total of $64,842.50, and that such sums be authorized for payment pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: May 14, 2008                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____
M. Reed Mercado (Cal. Bar No. 247318)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 617-5410

*Attorneys for the Debtors and Debtors in Possession*

-7-

## VERIFICATION

| | |
|---|---|
| STATE OF CALIFORNIA | SS: |
| COUNTY OF LOS ANGLES | |

I, M. Reed Mercado, after being duly sworn according to law, deposes and says:

1. I am an attorney with the applicant firm, Sheppard, Mullin, Richter & Hampton, LLP.

2. I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

3. I have reviewed the foregoing Notice of Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
M. Reed Mercado (CA Bar No. 247318)

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____     _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __15th__ day of __MAY__, 20__08__, by

(1) __M. Reed Mercado__,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Julie Cravitz__
               Signature of Notary Public

**JULIE CRAVITZ**
Commission # 1632286
Notary Public - California
Los Angeles County
My Comm. Expires Jan 18, 2010

Place Notary Seal Above

———————————— **OPTIONAL** ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402• www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827