IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: June 4, 2008 at 4:00 p.m. |
| | : | Hearing Date: N/A |

## NOTICE OF FOURTH MONTHLY FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Sheppard, Mullin, Richter & Hampton, LLP |
| Authorized to Provide Professional Services to: | New Century TRS Holdings, Inc., et al. |
| Date of Retention: | April 2, 2007 |
| Period for which compensation and reimbursement is sought: | December 1, 2007 through April 30, 2008[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 64,842.00 (80% of $ 81,052.50) |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation (d/b/a Access Lending), a California Corporation.

[2] SMRH has exercised its billing discretion and endeavored to minimize the administrative expenses for the estate by submitting only one monthly interim application for the period from December 1, 2007 through April 30, 2008.

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:      $ 0.00
This is (a)n: _X_ interim ____ final application

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| 5/15/2008 | 12/1/07 to 4/30/08 | $ 81,052.50[3]<br>x 80%<br>$ 64,842.00 | $ 0.00<br>x 100%<br>$ 0.00 | | |

Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| July 23, 2007 | August 13, 2007 | $0.00 | $0.00[4] |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 24, 2007 (the "Interim Compensation Order"), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (the "Fee Auditor Order") dated October 10, 2007 [Docket No. 3260], objections, if any, to the Interim Fee Application Request must be filed

---

[3] Fees requested are net of a 12% negotiated discounted applied to SMRH's standard hourly fees.

[4] The *Limited Objection of the Official Committee of Unsecured Creditors to the First Monthly Interim Fee Application request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors* did not raise any objection to the amount or reasonableness of SMRH's fees and only questioned the source of payment of these fees.

-3-

with the Court and served on the Applicant at the address set forth below and the notice parties, identified on Exhibit A attached hereto so as to be received by **June 4, 2008 at 4:00 p.m. (Eastern Time).** If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May 14, 2008					SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

						_____
						M. Reed Mercado (CA Bar No. 247318)
						SHEPPARD, MULLIN, RICHTER & HAMPTON
						 LLP
						333 South Hope Street, 48th Floor
						Los Angeles, California 90071-1448
						213-617-5410

						*Attorneys for Debtors and Debtors in Possession*

## EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.

Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201