## EXHIBIT 1

| Professional | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Mette H. Kurth | $517.31[*] | 4.40 | $2,280.00 |
| Greg S. Labate | $480.00 | 78.80 | $37,824.00 |
| M. Reed Mercado | $315.00 | 10.30 | $3,244.50 |
| Hind Kader | $225.00 | 4.00 | $900.00 |
| Jason Kearnaghan | $440.00 | 69.9 | $30,756.00 |
| Stephanie M. Seidl | $280.00 | 21.60 | $6,048.00 |
| Grand Total – Before Discount: | | | $81,052.50 |
| Total Attorney Hours | | | 189.00 |
| Blended Rate | | | $376.22 |

---

[*] The hourly rate of $ 517.31 of Mette H. Kurth set forth herein represents the average of her 2007 hourly rate ($475) and her 2008 hourly rate ($525).

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| <u>Litigation</u> | | |
| Fee/Employment Applications | 31.10 | $9,934.50 |
| Claim Objections | 157.90 | $71,118.00 |
| <u>Corporate</u> | 0 | 0 |
| Asset Disposition | 0 | $0.00 |
| Fee/Employment Applications | 0 | $0.00 |