**EXHIBIT 2**

Report: 2013113
Req'd By: lrs
Currency: USD
3:37 PM

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | | Bill Atty: | 0727 | Labate, Greg S. | | Client Last Payment: | 2/28/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Matter: | 05CV-116988 | New Century - Rubio | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 4/4/2008 |

### Detailed Time Section

| Tkpr | Date | Hours | Base Amount | Rate | Hours | Tcbill / Billed Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0307 | 12/14/2007 | 0.6 | 285.00 | 475.00 | 0.6 | 285.00 | 475.00 | B160.0 | P | Telephone conference with B.Logan and prepared correspondence to C.Samis, M.Merchant, and B.Logan re resolution of pending objections re SMRH fees and terms of employment. | 7956175 |
| 2337 | 1/9/2008 | 0.2 | 88.00 | 440.00 | 0.2 | 88.00 | 440.00 | | P | Participated in teleconference with R. Silbergiied regarding mediation. | 7986560 |
| 2439 | 1/9/2008 | 5.1 | 1,428.00 | 280.00 | 5.1 | 1,428.00 | 280.00 | B160.0 | P | Prepared fee application for SMRH. | 7975069 |
| 2439 | 1/10/2008 | 0.2 | 56.00 | 280.00 | 0.2 | 56.00 | 280.00 | | P | Corresponded with B. Montoya re prebills for New Century; prepared fee application for same. | 8023657 |
| 0307 | 1/11/2008 | 1.5 | 787.50 | 525.00 | 1.5 | 787.50 | 525.00 | B160.0 | P | Reviewed and revised monthly fee application and interim fee application for August - November; conferred with S.Seidl re same. | 8001755 |
| 2439 | 1/11/2008 | 4.4 | 1,232.00 | 280.00 | 4.4 | 1,232.00 | 280.00 | | P | Prepared fee applications and statements for SMRH. | 8026623 |
| 0307 | 1/14/2008 | 0.2 | 105.00 | 525.00 | 0.2 | 105.00 | 525.00 | | P | Exchanged correspondence w/ M.Samis re SMRH's second interim appliication for fees. | 8001655 |
| 2337 | 1/14/2008 | 0.6 | 264.00 | 440.00 | 0.6 | 264.00 | 440.00 | | P | Reviewed and analyzed the Rubio mediation brief and mediation notes in preparation of teleconference to discuss potential mediation. | 7991876 |
| 0727 | 1/15/2008 | 1.4 | 672.00 | 480.00 | 1.4 | 672.00 | 480.00 | | P | Reviewed case status, settlement discussions, mediation to prepare for call with client. Reviewed damages estimates, mediation brief. Telephone conference with client re case status, possible mediation, damages analysis. | 7986576 |
| 2337 | 1/15/2008 | 1.6 | 704.00 | 440.00 | 1.6 | 704.00 | 440.00 | | P | Further prepared for call with the client regarding mediation (.90). Participated in teleconference with the client. | 7992111 |
| 2439 | 1/15/2008 | 1.0 | 280.00 | 280.00 | 1.0 | 280.00 | 280.00 | | P | Reviewed filed fee applications; forwarded fee detail to auditor; corresponded re: same. | 8027537 |
| 0727 | 1/22/2008 | 0.8 | 384.00 | 480.00 | 0.8 | 384.00 | 480.00 | | P | Prepared for conference re mediation. | 7995610 |
| 0727 | 1/23/2008 | 1.3 | 624.00 | 480.00 | 1.3 | 624.00 | 480.00 | | P | Prepared for conference call on mediation. Participated in conference call re mediation. | 7999272 |
| 2337 | 1/23/2008 | 1.1 | 484.00 | 440.00 | 1.1 | 484.00 | 440.00 | | P | Further reviewed and analyzed Rubio mediation materials, NCM's document production, and the Court's docket in preparation for the mediation teleconference. Participated in mediation teleconference. | 8005284 |
| 2337 | 1/29/2008 | 0.2 | 88.00 | 440.00 | 0.2 | 88.00 | 440.00 | | P | Participated in teleconference with R. Silbergiied regarding the mediation. | 8012634 |
| 0727 | 2/5/2008 | 1.7 | 816.00 | 480.00 | 1.7 | 816.00 | 480.00 | | P | Telephone conferences with client re case status, mediation, revised class chart, damages analysis. Revised class chart. Revised damages estimates. | 8073330 |
| 2337 | 2/5/2008 | 6.1 | 2,684.00 | 440.00 | 6.1 | 2,684.00 | 440.00 | | P | Further reviewed analyzed the Rubio case file in preparation of drafting the mediation brief. Reviewed and analyzed relevant case law regarding Plaintiffs' wage and hour claims regarding same. Commenced drafting of the mediation brief. | 8045128 |

Report: 20131113  
Req'd By: lrs  
Currency: USD  
3:37 PM  
Sheppard Mullin Richter & Hampton LLP  
Matter Detailed Time and Expense Report  
Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | | Bill Atty: | 0727 | Labate, Greg S. | | Client Last Payment: | 2/28/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Matter: | 05CV-116988 | New Century - Rubio | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 2383 | 2/5/2008 | 5.1 | 1,606.50 | 315.00 | 5.1 | 1,606.50 | 315.00 | B310.0 | P | Conducted research re bankruptcy issues applicable to mediation brief with opposing counsel; drafted memorandum re same; conferred with J. Kearnaghan re same. | 8050554 |
| 2337 | 2/6/2008 | 4.2 | 1,848.00 | 440.00 | 4.2 | 1,848.00 | 440.00 | . | P | Reviewed and analyzed the federal and state court dockets in preparation of drafting the mediation brief. Further reviewed and analyzed Plaintiffs' Fifth Amended Complaint regarding same. Further drafted the mediation brief. | 8044677 |
| 2383 | 2/6/2008 | 0.1 | 31.50 | 315.00 | 0.1 | 31.50 | 315.00 | B310.0 | P | Conferred with J. Kearnaghan re bankruptcy issues affecting mediation brief. | 8051009 |
| 2337 | 2/7/2008 | 3.6 | 1,584.00 | 440.00 | 3.6 | 1,584.00 | 440.00 | . | P | Exchanged correspondence with the client regarding outstanding mediation issues regarding the damages analysis. Further drafted the mediation brief. | 8046024 |
| 5527 | 2/8/2008 | 0.6 | 135.00 | 225.00 | 0.6 | 135.00 | 225.00 | . | P | (rubio) Reviewed updated charts. Conferred with G. Labate re same. | 8091065 |
| 0727 | 2/11/2008 | 2.9 | 1,392.00 | 480.00 | 2.9 | 1,392.00 | 480.00 | . | P | Prepared for conference call with client and consultant. Reviewed and revised data list for employee class chart. Reviewed file re data for class chart. Conferred with consultant re same. Prepared mediation brief. | 8040707 |
| 2337 | 2/11/2008 | 1.6 | 704.00 | 440.00 | 1.6 | 704.00 | 440.00 | . | P | Participated in teleconference with bankruptcy counsel and the client regarding mediation issues. Further drafted mediation brief. Reviewed and analyzed multiple e-mails regarding same. | 8046016 |
| 2337 | 2/12/2008 | 0.9 | 432.00 | 480.00 | 0.9 | 432.00 | 480.00 | . | P | Reviewed sections of mediation brief. | 8098309 |
| 2337 | 2/12/2008 | 0.4 | 176.00 | 440.00 | 0.4 | 176.00 | 440.00 | . | P | Further drafted mediation brief. | 8047664 |
| 2337 | 2/13/2008 | 0.7 | 308.00 | 440.00 | 0.7 | 308.00 | 440.00 | . | P | Participated in multiple teleconferences with R. Silberglied regarding FTI consulting and the joint defense agreement. Researched and strategized the decision to designate M. Buchanan as a creditor's committee consultant. | 8047567 |
| 2337 | 2/14/2008 | 0.2 | 88.00 | 440.00 | 0.2 | 88.00 | 440.00 | . | P | Participated in teleconference with R. Silberglied regarding mediation. | 8061941 |
| 2337 | 2/15/2008 | 0.9 | 396.00 | 440.00 | 0.9 | 396.00 | 440.00 | . | P | Researched and strategized further drafting of the mediation brief. Further drafted mediation brief regarding same. | 8062083 |
| 0727 | 2/19/2008 | 1.8 | 864.00 | 480.00 | 1.8 | 864.00 | 480.00 | . | P | Reviewed issues re mediation. Reviewed revised data on class ember charts. Reviewed revisions to mediation brief. Reviewed exhibits for mediation. | 8063845 |
| 2337 | 2/19/2008 | 0.9 | 396.00 | 440.00 | 0.9 | 396.00 | 440.00 | . | P | Exchanged multiple e-mails with R. Silberglied regarding the mediation brief. Further drafted mediation brief regarding same. Drafted correspondence to the client regarding same. | 8067896 |
| 2337 | 2/20/2008 | 0.4 | 176.00 | 440.00 | 0.4 | 176.00 | 440.00 | . | P | Further drafted the mediation brief. | 8068028 |
| 2337 | 2/21/2008 | 2.3 | 1,012.00 | 440.00 | 2.3 | 1,012.00 | 440.00 | . | P | Participated in teleconference with M. McCarthey regarding the class data. Participated in teleconference with J. Le regarding same. Reviewed and analyzed the class data provided by the client. Further drafted the mediation brief regarding same. Participated in teleconference with R. Silberglied regarding same. | 8068321 |

Report: 2013113
Req'd By: lrs
3:37 PM
Currency: USD

Hennigan Bennett & Dorman LLP

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | | Bill Atty: | 0727 | Labate, Greg S. | | Client Last Payment: | 2/28/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Matter: | 05CV-116988 | New Century - Rubio | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| | | | Base | | | Tobill / Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 0727 | 2/22/2008 | 1.3 | 624.00 | 480.00 | 1.3 | 624.00 | 480.00 | | P | Reviewed, revised, and finalized mediation brief and exhibits. Reviewed revised employee class member chart. | 8063850 |
| 2337 | 2/22/2008 | 1.9 | 836.00 | 440.00 | 1.9 | 836.00 | 440.00 | | P | Exchanged e-mails with R. Silberglied regarding the mediation brief and mediation. Further reviewed and analyzed the mediation brief exhibits in preparation of submission to the mediator. Further drafted the mediation brief. Participated in teleconference with FTI regarding the damages analysis. Reviewed and analyzed the witness declarations in preparation for mediation. Participated in teleconference with R. Silberglied regarding mediation and the damages analysis. | 8073232 |
| 0727 | 2/25/2008 | 2.3 | 1,104.00 | 480.00 | 2.3 | 1,104.00 | 480.00 | | P | Reviewed class member chart. Telephone conferences with client re same. Revised chart. Telephone conferences with consultant re damages analysis. Prepared for mediation. | 8069227 |
| 2337 | 2/25/2008 | 1.1 | 484.00 | 440.00 | 1.1 | 484.00 | 440.00 | | P | Exchanged e-mail correspondence with R. Silberglied regarding the mediation and damages analysis. Participated in multiple teleconferences with M. Buchanan regarding the damages model. Reviewed and analyzed class spreadsheet before disclose to Plaintiff's counsel. Participated in teleconference to discuss the damages analysis in preparation for mediation. | 8073271 |
| 5527 | 2/25/2008 | 0.3 | 67.50 | 225.00 | 0.3 | 67.50 | 225.00 | | P | Reviewed revised chart. Prepared chart redacted version for attorney and consultant review. | 8091508 |
| 0727 | 2/26/2008 | 1.7 | 816.00 | 480.00 | 1.7 | 816.00 | 480.00 | | P | Telephone conferences with client re case status, mediation, charts, damages analysis. Reviewed damages analysis. Telephone conferences with consultant re same. | 8069367 |
| 2337 | 2/26/2008 | 3.1 | 1,364.00 | 440.00 | 3.1 | 1,364.00 | 440.00 | | P | Reviewed and analyzed the Rubio damages models in preparation for mediation. Participated in meeting with M. Buchanan regarding same. Participated in teleconference with J. Le regarding the Rubio data. | 8073283 |
| 0727 | 2/27/2008 | 3.2 | 1,536.00 | 480.00 | 3.2 | 1,536.00 | 480.00 | | P | Reviewed revised class member chart. Telephone conferences with consultant re same. Prepared for call with client re damages analysis. Participated in call re damages analysis , mediation. Revised damage estimates. | 8072229 |
| 2337 | 2/27/2008 | 2.3 | 1,012.00 | 440.00 | 2.3 | 1,012.00 | 440.00 | | P | Participated in teleconference with M. Buchanan to discuss the damages analysis. Reviewed and analyzed the damages analysis regarding same. Participated in teleconference with M. McCarthy regarding same. Participated in teleconference with the client and the creditors committee regarding same. Participated in multiple teleconferences with J. Le and M. Buchanan regarding further damages analyses. Commenced drafting the damages analysis summary. | 8083453 |
| 0307 | 2/28/2008 | 0.5 | 262.50 | 525.00 | 0.5 | 262.50 | 525.00 | | P | Reviewed auditors response to fee application; exchanged correspondence w/ R.Mercado re same.  Correspondence w/ S.Seidl re receipt of partial payment and application of same. | 8076846 |
| 0727 | 2/28/2008 | 1.4 | 672.00 | 480.00 | 1.4 | 672.00 | 480.00 | | P | Reviewed and revised damages analysis. Telephone conference with client re case status, damages, mediation. | 8078790 |
| 2337 | 2/28/2008 | 1.8 | 792.00 | 440.00 | 1.8 | 792.00 | 440.00 | | P | Drafted the revised damages analysis summary. Participated in teleconference with J. Le regarding same. Participated in teleconference with the client to discuss the damages analysis. | 8083869 |

3:37 PM

Sheppard Mullin Richter & Hampton LLP

Report: 2013T13
Req'd By: lrs
Currency: USD

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | Bill Atty: | 0727 | Labate, Greg S. | Client Last Payment: | 2/28/2008 |
| Matter: | 05CV-116988 | New Century - Rubio | Resp Atty: | 0001 | Administration, The | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| Tkpr | Date | Hours | Base Amount | Rate | Hours | Tobill / Billed Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5527 | 2/28/2008 | 3.1 | 697.50 | 225.00 | 3.1 | 697.50 | 225.00 | | P | Continued to prepare documents for upcoming mediation. Conferred with G. Labate and J. Kearnaghan re same. | 8092671 |
| 2337 | 2/29/2008 | 1.4 | 616.00 | 440.00 | 1.4 | 616.00 | 440.00 | | P | Prepared for teleconference with the creditors committee. Participated in teleconference regarding same. Drafted summary of Sheppard Mullin's participation in preparing for mediation. | 8082858 |
| 2439 | 2/29/2008 | 1.4 | 392.00 | 280.00 | 1.4 | 392.00 | 280.00 | | P | Reviewed documents and drafted response to fee auditor's statement re fee application of SMRH. | 8088336 |
| 0727 | 3/1/2008 | 2.4 | 1,152.00 | 480.00 | 2.4 | 1,152.00 | 480.00 | | P | Prepared for mediation. Reviewed mediation brief. Reviewed exhibits re same. Reviewed and revised charts. Prepared outline for mediation. | 8094214 |
| 0727 | 3/2/2008 | 9.4 | 4,512.00 | 480.00 | 9.4 | 4,512.00 | 480.00 | | P | Traveled to mediation in Delaware. Prepared for mediation. Reviewed and revised charts. Prepared outline for mediation. | 8094175 |
| 2337 | 3/2/2008 | 0.4 | 176.00 | 440.00 | 0.4 | 176.00 | 440.00 | | P | Further prepared damages analysis and class certification arguments for mediation. | 8102115 |
| 2439 | 3/2/2008 | 3.7 | 1,036.00 | 280.00 | 3.7 | 1,036.00 | 280.00 | | P | Reviewed documents and prepared response to fee auditors report. | 8098321 |
| 0307 | 3/3/2008 | 0.4 | 210.00 | 525.00 | 0.4 | 210.00 | 525.00 | | P | Reviewed response to auditors report. Reviewed various correspondence re SMRH fees and auditors report. | 8097154 |
| 0727 | 3/3/2008 | 13.6 | 6,528.00 | 480.00 | 13.6 | 6,528.00 | 480.00 | | P | Prepared for mediation. Met with co-counsel re mediation. Attended mediation. Reviewed damages estimates from plaintiff's counsel. Reviewed defendant's revised damages estimates. Reviewed draft of settlement agreement. Conferred with client re case status, mediation, settlement agreement. Revised settlement agreement. | 8095010 |
| 2337 | 3/3/2008 | 2.3 | 1,012.00 | 440.00 | 2.3 | 1,012.00 | 440.00 | | P | Researched and analyzed damages estimates and class certification issues in support of mediation. Participated in multiple teleconferences with J. Le regarding same. Drafted Memorandum of Understanding for utilization at mediation. | 8102066 |
| 0307 | 3/4/2008 | 0.4 | 210.00 | 525.00 | 0.4 | 210.00 | 525.00 | B160.0 | P | Reviewed correspondence and pleadings re fee examiner's report and budget increase. | 8101487 |
| 0307 | 3/4/2008 | 0.3 | 157.50 | 525.00 | 0.3 | 157.50 | 525.00 | B160.0 | P | Exchanged correspondence w/ G.Labate and J.Kearnagan re scope of litigation and fee cap. | 8101813 |
| 0727 | 3/4/2008 | 12.2 | 5,856.00 | 480.00 | 12.2 | 5,856.00 | 480.00 | | P | Prepared for mediation. Attended mediation. Revised settlement agreement. Conferred with client re case status, settlement agreement, mediation. R issues re payroll records during priority period. Traveled from mediation to Orange County office. | 8094598 |
| 2337 | 3/4/2008 | 0.4 | 176.00 | 440.00 | 0.4 | 176.00 | 440.00 | | P | Researched and analyzed damages estimates and class certification issues in support of mediation. Participated in multiple teleconferences with J. Le regarding same. | 8102103 |
| 0727 | 3/5/2008 | 1.6 | 768.00 | 480.00 | 1.6 | 768.00 | 480.00 | | P | Reviewed language proposed by plaintiff's counsel re settlement agreement. Telephone conferences with client re same. | 8229485 |
| 0727 | 3/6/2008 | 1.4 | 672.00 | 480.00 | 1.4 | 672.00 | 480.00 | | P | Reviewed issues re MOU, settlement offer. Reviewed issues re class members' time records, payroll during priority period. Telephone conferences with client re same. | 8103115 |

Page: 4

3:37 PM

Req'd By: lrs

Currency: USD

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | | Bill Atty: | 0727 | Labate, Greg S. | | Client Last Payment: | 2/28/2008 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Matter: | 05CV-116988 | New Century - Rubio | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 2439 | 3/6/2008 | 4.3 | 1,204.00 | 280.00 | 4.3 | 1,204.00 | 280.00 | | P | Reviewed documents and analyzed issues re fee application. | 8154521 |
| 0727 | 3/7/2008 | 2.6 | 1,248.00 | 480.00 | 2.6 | 1,248.00 | 480.00 | | P | Reviewed issues re settlement offer with client. Prepared and revised settlement offer letter to plaintiff's counsel. Telephone conferences with client re employee payroll and time cards during priority period. Revised MOU. | 8103177 |
| 0727 | 3/11/2008 | 1.7 | 816.00 | 480.00 | 1.7 | 816.00 | 480.00 | | P | Reviewed revised priority period data. Reviewed offer letter. Telephone conference with plaintiff's counsel, bankruptcy counsel re settlement, MOU. Revised MOU. | 8107290 |
| 2337 | 3/11/2008 | 1.6 | 704.00 | 440.00 | 1.6 | 704.00 | 440.00 | | P | Reviewed and analyzed the revised damages analysis spreadsheet in preparation of production to Plaintiffs' counsel. Participated in teleconference with J. Le regarding same. | 8116370 |
| 0727 | 3/12/2008 | 1.8 | 864.00 | 480.00 | 1.8 | 864.00 | 480.00 | | P | Telephone conference with client re case status, settlement agreement. Revised MOU. reviewed issues re bankruptcy. reviewed issues re class list. | 8107171 |
| 2337 | 3/12/2008 | 0.3 | 132.00 | 440.00 | 0.3 | 132.00 | 440.00 | | P | Reviewed and analyzed e-mail correspondence regarding E. Martini in preparation of further settlement discussions. Drafted responsive correspondence regarding same. | 8116425 |
| 2337 | 3/13/2008 | 2.2 | 1,056.00 | 480.00 | 2.2 | 1,056.00 | 480.00 | | P | Reviewed and revised MOU language. Telephone conferences with plaintiff's counsel, co-counsel, client re same. | 8229379 |
| 0727 | 3/18/2008 | 0.6 | 288.00 | 480.00 | 0.6 | 288.00 | 480.00 | | P | Reviewed issues re hold up with settlement agreement from plaintiff's counsel. Emailed client re same. | 8119243 |
| 0727 | 3/19/2008 | 0.9 | 432.00 | 480.00 | 0.9 | 432.00 | 480.00 | | P | Reviewed issues re long form settlement agreement for class action. | 8119176 |
| 2337 | 3/19/2008 | 0.9 | 396.00 | 440.00 | 0.9 | 396.00 | 440.00 | | P | Exchanged correspondence with C. Samis regarding the attorney fee caps. Reviewed and analyzed SMRH's billing statements regarding same. Reviewed and analyzed correspondence from the client and the creditor's committee regarding the settlement discussions. | 8129289 |
| 2337 | 3/20/2008 | 2.4 | 1,056.00 | 440.00 | 2.4 | 1,056.00 | 440.00 | | P | Exchanged correspondence with C. Samis regarding the fee cap issue. Commenced drafting the Settlement Agreement. | 8128749 |
| 0727 | 3/21/2008 | 0.8 | 384.00 | 480.00 | 0.8 | 384.00 | 480.00 | | P | Reviewed issues re MOU, settlement. Prepared emails to client re case status, settlement. | 8125898 |
| 2337 | 3/24/2008 | 0.2 | 88.00 | 440.00 | 0.2 | 88.00 | 440.00 | | P | Reviewed and analyzed the Rubio billing statements in preparation for case resolution. | 8142822 |
| 2337 | 3/25/2008 | 6.7 | 2,948.00 | 440.00 | 6.7 | 2,948.00 | 440.00 | | P | Further reviewed and anaylyzed the Memorandum of Understanding in preparation of further drafting the Settlement Agreement. Further drafted the Settlement Agreement. | 8143329 |
| 2337 | 3/26/2008 | 3.1 | 1,364.00 | 440.00 | 3.1 | 1,364.00 | 440.00 | | P | Further drafted the Stipulation and Settlement Agreement. | 8140280 |
| 2337 | 3/27/2008 | 0.3 | 132.00 | 440.00 | 0.3 | 132.00 | 440.00 | | P | Reviewed and analyzed motion to bankruptcy court in preparation of filing same. | 8140305 |
| 0727 | 3/28/2008 | 2.9 | 1,392.00 | 480.00 | 2.9 | 1,392.00 | 480.00 | | P | Reviewed and revised long form stipulation and settlement agreement. Reviewed issues re final MOU. | 8139171 |

3:37 PM  
Req'd By: lrs  
Matter Detailed Time and Expense Report  
Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008  
Currency: USD

| Client: | 05CV | New Century Mortgage Corporation | | Bill Atty: | 0727 | Labate, Greg S. | | | Client Last Payment: | 2/28/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter: | 05CV-116988 | New Century - Rubio | | Resp Atty: | 0001 | Administration, The | | | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| | | | Base | | | | Tobill / Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 0727 | 3/29/2008 | 1.3 | 624.00 | 480.00 | 1.3 | 624.00 | 480.00 | | P | Reviewed and revised settlement agreement. | 8139458 |
| 2337 | 3/31/2008 | 0.2 | 88.00 | 440.00 | 0.2 | 88.00 | 440.00 | | P | Further drafted the Rubio Settlement Agreement. | 8149312 |
| 2439 | 4/2/2008 | 1.0 | 280.00 | 280.00 | 1.0 | 280.00 | 280.00 | | P | Reviewed documents re fee application; corresponded re interim fee application hearing. | 8221042 |
| 2439 | 4/7/2008 | 0.2 | 56.00 | 280.00 | 0.2 | 56.00 | 280.00 | | P | Reviewed prebill for submission with interim fee application. | 8223323 |
| 2337 | 4/9/2008 | 0.9 | 396.00 | 440.00 | 0.9 | 396.00 | 440.00 | | P | Conducted legal research and analysis per M. McCarthey's request regarding N. Haggard's execution of the Stipulation and Settlement Agreement. | 8177392 |
| 2337 | 4/11/2008 | 0.6 | 264.00 | 440.00 | 0.6 | 264.00 | 440.00 | | P | Reviewed and analyzed comments from the client and bankruptcy counsel regarding the Settlement Agreement. Further drafted the Settlement Agreement regarding same. | 8186819 |
| 2439 | 4/11/2008 | 0.3 | 84.00 | 280.00 | 0.3 | 84.00 | 280.00 | | P | Reviewed documents and e-mails and conferred re interim fee application. | 8217699 |
| 0727 | 4/16/2008 | 1.8 | 864.00 | 480.00 | 1.8 | 864.00 | 480.00 | | P | Reviewed revisions to settlement agreement by plaintiff's counsel. Telephone conference with client re claims administration process. | 8182974 |
| 2337 | 4/16/2008 | 1.3 | 572.00 | 440.00 | 1.3 | 572.00 | 440.00 | | P | Reviewed and analyzed Trush's edits to the Stipulation and Settlement Agreement. Researched and strategized response to same. | 8189132 |
| 2337 | 4/17/2008 | 0.9 | 396.00 | 440.00 | 0.9 | 396.00 | 440.00 | | P | Reviewed and analyzed correspondence from bankruptcy counsel regarding Plaintiffs' revisions to the settlement agreement. Prepared for meet and confer teleconference with Plaintiffs' counsel. Participated in teleconference with Plaintiffs' counsel. | 8189878 |
| 2337 | 4/18/2008 | 1.3 | 572.00 | 440.00 | 1.3 | 572.00 | 440.00 | | P | Prepared for teleconference with J. Trush regarding the Settlement Agreement. Participated in teleconference with J. Trush regarding same. | 8197789 |
| 0727 | 4/21/2008 | 0.9 | 432.00 | 480.00 | 0.9 | 432.00 | 480.00 | | P | Reviewed and revised suggested changes to settlement agreement by plaintiff's counsel. | 8189950 |
| 2337 | 4/21/2008 | 1.7 | 748.00 | 440.00 | 1.7 | 748.00 | 440.00 | | P | Further drafted the Rubio Stipulation and Settlement Agreement. | 8198084 |
| 2337 | 4/22/2008 | 1.2 | 528.00 | 440.00 | 1.2 | 528.00 | 440.00 | | P | Prepared for teleconference with J. Trush to discuss the Settlement Agreement revisions. Participated in teleconference with J. Trush regarding same. | 8201874 |
| 2383 | 4/23/2008 | 0.5 | 157.50 | 315.00 | 0.5 | 157.50 | 315.00 | B160.0 | P | Conferred with claims agent; corresponded with M. Kurth re POC and outstanding invoices; gathered information necessary for debtor to formulate plan. | 8195336 |
| 2337 | 4/24/2008 | 4.4 | 1,936.00 | 440.00 | 4.4 | 1,936.00 | 440.00 | | P | Drafted the Claim Form. Drafted the Notice of Pendency. Reviewed and analyzed the further revisions to the Settlement Agreement made by J. Trush. | 8210562 |
| 2383 | 4/24/2008 | 2.3 | 724.50 | 315.00 | 2.3 | 724.50 | 315.00 | B160.0 | P | Reviewed fee applications and outstanding invoices to assist debtor in formulating reorganization plan. | 8190091 |

3:37 PM

Report: [illegible]
Req'd By: lrs
Currency: USD

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008 (Disb): 5/9/2008 to 5/9/2008

| Client: | 05CV | New Century Mortgage Corporation | | | Bill Atty: | 0727 | Labate, Greg S. | | Client Last Payment: | 2/28/2008 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Matter: | 05CV-116988 | New Century - Rubio | | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 4/4/2008 |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase,Task | Status | Description of Services Rendered | Time ID |
| 2337 | 4/25/2008 | 2.1 | 924.00 | 440.00 | 2.1 | 924.00 | 440.00 | . | P | Further revised the Settlement Agreement in response to J. Trush's revisions. Further drafted the claim form. Further drafted the Notice of Pendency. Drafted federal and state CAFA notice in preparation of filing the Motion for Preliminary Approval. | 8209469 |
| 2337 | 4/30/2008 | 0.1 | 44.00 | 440.00 | 0.1 | 44.00 | 440.00 | . | P | Drafted correspondence to J. Trush enclosing the draft claim form and notice of pendency. | 8215561 |
| Time Total | | 186.2 | $80,065.50 | $430.00 | 186.2 | $80,065.50 | $430.00 | | | | |

**Working Timekeeper Summary Section**

| | | Base Values | | | WIP Totals | | | Billed Totals | | | Adjustments | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Timekeeper | | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount |
| 5527 | Kader, Hind | 4.0 | 900.00 | 225.00 | 4.0 | 900.00 | 225.00 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| 2337 | Kearnaghan, Jason | 69.9 | 30,756.00 | 440.00 | 69.9 | 30,756.00 | 440.00 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| 0307 | Kurth, Mette H. | 3.9 | 2,017.50 | 517.31 | 3.9 | 2,017.50 | 517.31 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| 0727 | Labate, Greg S. | 78.8 | 37,824.00 | 480.00 | 78.8 | 37,824.00 | 480.00 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| 2383 | Mercado, M. Reed | 8.0 | 2,520.00 | 315.00 | 8.0 | 2,520.00 | 315.00 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| 2439 | Seidl, Stephanie M. | 21.6 | 6,048.00 | 280.00 | 21.6 | 6,048.00 | 280.00 | 0.0 | 0.00 | 0.00 | 0.0 | 0.00 |
| Working Timekeeper Matter Summary Total | | 186.2 | $80,065.50 | $430.00 | 186.2 | $80,065.50 | $430.00 | 0.0 | $0.00 | $0.00 | 0.0 | $0.00 |

| Matter: | 05CV-116988 | New Century - Rubio | Fees | 80,065.50 |
| --- | --- | --- | --- | --- |
| | | | Disb | 0.00 |
| | | | Total | $80,065.50 |

Report: 2013113
Req'd By: lrs
3:35 PM

Sheppard Mullin Richter & Hampton LLP

**Matter Detailed Time and Expense Report**

Date Range (Time): 12/1/2007 to 4/30/2008  (Disb): 5/9/2008 to 5/9/2008

Currency: USD

| Client: | 05CV | New Century Mortgage Corporation | | | Bill Atty: | 0385 | Sands, David H. | | | Client Last Payment: | 2/28/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter: | 05CV-116401 | New Century - Misc. Corp. Matters | | | Resp Atty: | 0927 | Van den Bosch, Carlo F. | | | Matter Last Billed: | 5/5/2008 | |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | | Time ID |
| 0307 | 1/8/2008 | 0.2 | 105.00 | 525.00 | 0.2 | 105.00 | 525.00 | B160.0 | B | Reviewed correspondence re 2nd interim fee applications and prepared correspondence to R.Mercado re same. | | 7973731 |
| 2383 | 1/8/2008 | 0.4 | 126.00 | 315.00 | 0.4 | 126.00 | 315.00 | B160.0 | B | Conferred and corresponded re drafting of quarterly fee application. | | 7973528 |
| 2383 | 1/9/2008 | 0.1 | 31.50 | 315.00 | 0.1 | 31.50 | 315.00 | B160.0 | B | Conferred re drafting of quarterly fee application. | | 7973769 |
| 2383 | 2/22/2008 | 1.8 | 567.00 | 315.00 | 1.8 | 567.00 | 315.00 | B160.0 | B | Reviewed plan and disclosure statement re SMRH fees and drafted memorandum re same. | | 8092779 |
| 0307 | 2/26/2008 | 0.3 | 157.50 | 525.00 | 0.3 | 157.50 | 525.00 | B160.0 | B | Reviewed audit reponse to SMRH fees and prepared correspondence to R.Mercado re same. | | 8070174 |
| Time Total | | 2.8 | $987.00 | $352.50 | 2.8 | $987.00 | $352.50 | | | | | |

**Working Timekeeper Summary Section**

| | | Base Values | | | WIP Totals | | | Billed Totals | | | Adjustments | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Timekeeper | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount |
| 0307 | Kurth, Mette H. | 1.0 | 525.00 | 525.00 | 0.0 | 0.00 | 0.00 | 0.5 | 262.50 | 525.00 | (0.5) | (262.50) |
| 2383 | Mercado, M. Reed | 2.3 | 724.50 | 315.00 | 0.0 | 0.00 | 0.00 | 2.3 | 724.50 | 315.00 | 0.0 | 0.00 |
| Working Timekeeper Matter Summary Total | | 3.3 | $1,249.50 | $378.64 | 0.0 | $0.00 | $0.00 | 2.8 | $987.00 | $352.50 | (0.5) | ($262.50) |

| Matter: | 05CV-116401 | New Century - Misc. Corp. Matters | | | |
|---|---|---|---|---|---|
| | | | Fees | 1,249.50 | |
| | | | Disb | 0.00 | |
| | | | Total | $1,249.50 | |

Page: 1