## EXHIBIT 3

| Expense Category | Expenses |
|---|---|
| None | $0.00 |
| Total | $0.00 |