# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtors.[1] | Jointly Administered |
| | Objection Deadline: June 4, 2008 at 4:00 p.m.<br>Hearing: To Be Determined |

## NOTICE OF INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Sheppard, Mullin, Richter & Hampton, LLP |
| Authorized to Provide Professional Services to: | New Century TRS Holdings, Inc., et al. |
| Date of Retention: | April 2, 2007 |
| Period for which compensation and reimbursement is sought: | April 2, 2007 – March 31, 2008[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $237,009.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $2,802.60 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a/ JBE Mortgage) (d/b/a NCMC Mortgage Corporation; New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Sheppard Mullin Richter & Hampton LLP's first, second, third and fourth monthly fee applications for the period from April 2, 2007 through March 31, 2008 are incorporated herein by reference; however, the fourth monthly fee application also includes the month of April 2008, which is excluded from the request herein, but will be included in the next interim fee application.

This is (a)n: __X__ Interim _____ final application.

## Summary of Fee Applications for Compensation Period:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) |
| 5/15/08 | 12/1/07 to 3/31/08[3] | 80% of $72,337.00, or $57,869.60 | $0.00 | N/A | N/A |
| 1/14/08 | 8/1/07 to 11/30/07 | 80% of $5,589.32, or $4,471.36 | $695.17 | N/A | N/A |
| 8/23/07 | 7/1/07 to 7/31/07 | $5,534.50 | $46.42 | $4,275.60[4] | $46.42[3] |
| 7/23/07 | 4/2/07 to 6/30/07 | $153,548.73 | $2,061.01 | $122,838.98[5] | $2,061.01 |

## Summary of Any Objections to Fee Applications:

| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
|---|---|---|---|
| 07/23/07 | 8/13/07 | -0- | -0-[3] |

---

[3] See footnote 2, above. Sheppard Mullin Richter & Hampton, LLP's fourth monthly fee application includes the month of April 2008, however, that month is not being included in the request herein.

[4] The *Limited Objection of the Official Committee of Un secured Creditors to the First Monthly Interim Fee Application Request of Sheppard, Mullin, Richter & Hampton LLP, as Special Corporate and Litigation Counsel to the Debtors*, did not raise any objection to the amount or reasonableness of SMRH's fees and only questioned the source of payment of these fees.

[5] On April 14, 2008, Warren H. Smith & Associates P.C., in its capacity as fee auditor, filed the *Fee Auditor's Final Report Regarding Interim Fee Application of Sheppard Mullin Richter & Hampton, LLP for the First Interim Period*, which report recommended approval of Sheppard Mullin Richter & Hampton, LLP's fees and expenses from April 2, 2007 through July 31, 2007, less $72.50 in fees.

-3-

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated April 24, 2007 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by June 4, 2008. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: May 15, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

_____
M. Reed Mercado (CA Bar No. 247318)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 617-5410

*Attorneys for the Debtors and Debtors in Possession*