UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| New Century TRS Holdings, Inc., et al. | ) Case No. 07-10416 (KJC) |
| | ) |
| Debtors. | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF ALL PROOFS OF CLAIM FILED BY IRON MOUNTAIN INFORMATION MANAGEMENT, INC.

Iron Mountain Information Management, Inc., a creditor of the Debtors and whose address is 745 Atlantic Avenue, Boston, Massachusetts 02111 ("Iron Mountain"), by and through its undersigned counsel, hereby withdraws with prejudice all of the proofs of claim filed by Iron Mountain in the above captioned bankruptcy cases and described in Exhibit A hereto.

Respectfully submitted,

Iron Mountain Information Management, Inc.
By its attorneys,

Dated: May 16, 2008

/s/ Frank F. McGinn
Frank F. McGinn
ffm@bostonbusinesslaw.com
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383

# EXHIBIT A

## Creditor Data for Claim Number 516

| | |
|---|---|
| **Creditor Name:** Iron Mountain Information Management Inc<br>**Creditor Notice Name:** R Frederick Linfesty Esq | **Date Claim Filed:** 5/17/2007<br>**XRoads Claim #:** 516<br>**Amend/Replace?** No |
| **Debtor Name:** Home123 Corporation<br>**Case Number:** 07-10421 | |
| **Claim Nature:** Secured<br>**Amount of Claim:** $27,418.93 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** | |

## Creditor Data for Claim Number 517

| Creditor Name: Iron Mountain Information Management Inc<br>Creditor Notice Name: R Frederick Linfesty Esq | Date Claim Filed: 5/17/2007<br>XRoads Claim #: 517<br>Amend/Replace? No |
|---|---|
| **Debtor Name:** New Century Financial Corporation<br>**Case Number:** 07-10417 ||
| **Claim Nature:** Secured<br>**Amount of Claim:** $1,505.58 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** ||

## Creditor Data for Claim Number 529

| | |
|---|---|
| **Creditor Name:** Iron Mountain Information Management Inc<br>**Creditor Notice Name:** R Frederick Linfesty Esq | **Date Claim Filed:** 5/17/2007<br>**XRoads Claim #:** 529<br>**Amend/Replace?** No |
| **Debtor Name:** New Century Mortgage Corporation<br>**Case Number:** 07-10419 | |
| **Claim Nature:** Secured<br>**Amount of Claim:** $186,085.40 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** | |

## Creditor Data for Claim Number 3309

| | |
|---|---|
| **Creditor Name:** Iron Mountain Information Management Inc<br>**Creditor Notice Name:** R Frederick Linfesty Esq | **Date Claim Filed:** 9/5/2007<br>**XRoads Claim #:** 3309<br>**Amend/Replace?** No |
| **Debtor Name:** Home123 Corporation<br>**Case Number:** 07-10421 | |
| **Claim Nature:** Secured<br>**Amount of Claim:** $44,730.11 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** | |