| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
|  | EXHIBIT A<br>In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)<br>Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 Asset Backed Pass Through Certificates, Series NC |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 9369547 | Davis | 23-Feb-06 | $174,400 | $188,666.11 | $210,000 | 40 Gloria St., Windsor, CT 06095 |
| 7856719 | Buchanan | 2-Mar-05 | $170,400 | $188,608.15 | $250,000 | 1125 NW 14th Ct., Fort Lauderdale, FL 33311 |
| 9359407 | Taveras | 21-Feb-06 | $280,000 | $289,350.65 | $369,000 | 320 Irving St., Central Islip, NY 11722 |
| 9386616 | Eidorowicz | 17-Feb-06 | $191,920 | $201,737.22 | $155,000 | 3666 Culpepper Terr., North Port, FL 34286 |