| | | EXHIBIT A ||||||
|---|---|---|---|---|---|---|
| | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) ||||||
| | | Movant: Residential Mortgage Solutions, LLC by Specialized Loan Servicing, LLC, Attorney in Fact ||||||
| **Loan No.** | **Mortgagors** | **Loan Date** | **Original Loan Amt** | **Current Payoff** | **Current Value** | **Property Address** |
| 1002546644 | Kelly | 18-Nov-05 | $320,000 | $405,553.71 | $290,000 | 382 Clariden St., Uniondale, NY 11553 |
| 1002546288 | Coleman | 1-Nov-05 | $248,000 | $299,107.47 | $205,000 | 241 Gordon St., Staten Island, NY 10304 |
| 1002138201 | Perez | 11-Aug-05 | $360,000 | $458,628.19 | $275,000 | 4717 Washington St., Hollywood, FL 33021 |
| 1002546851 | Lazcon | 19-Dec-05 | $188,800 | $468,042.74 | $300,000 | 10941 Royal Highlands St., Las Vegas, NV 89141 |
| 1002546932 | Bazelais | 28-Dec-05 | $198,883 | $261,363.92 | $165,000 | 1620 Southwest Ruiz Terr., Port Saint Lucie, FL 34953 |
| 1002547575 | Yorczak | 16-Feb-06 | $329,600 | $400,341.55 | $240,000 | 598 North 5th St., Newark, NJ 07104 |
| 1002547355 | Hovnanian | 1-Feb-06 | $335,200 | $400,672.16 | $235,000 | 6596 Wind Whisper St., Las Vega, NV 89148 |
| 1002140642 | Roeske | 10-Jun-05 | $504,000 | $582,006.71 | $359,000 | 7667 Old Thyme Ct., Unit 7D, Parkland, FL 33076 |
| 1002546835 | Escobar | 22-Dec-05 | $599,200 | $710,458.42 | $465,000 | 96 and 15 34th Ave., Corona, NY 11368 |
| 1002546929 | Braunstein | 30-Dec-05 | $384,000 | $462,931.72 | $291,000 | 16223 Cutters Court, Fort Meyers, FL 33908 |
| 1002547559 | Ruffin | 9-Feb-06 | $352,000.00 | $406,738.77 | $390,000 | 121 36 Lucas St., Springfield Gardens, NY 11413 |
| 1002770038 | Chowdury | 2-May-06 | $471,200 | $545,206.61 | $495,000 | 106-16 215th St., Queens Village, NY 11429 |