UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                         *

                                               Case No. 07-10416-KJC
NEW CENTURY TRS HOLDINGS, INC.,   *            (Chapter 11)
a Delaware corporation, *et al.*,
            Debtor                             *

                                               Objections due by: May 28, 2008 4:00 PM
                                   *           Hearing Date: June 4, 2008 at 10:00 AM

------------------------------------------------------------------------

**CERTIFICATE OF SERVICE WITH
RESPECT TO REAL PROPERTY LOCATED AT
<u>17 PURCELL DRIVE, DANBURY, CONNECTICUT 06810</u>**

    I HEREBY CERTIFY that on May 16, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion; and proposed Order were served upon the parties listed on the below in the manner stated:

<u>VIA US MAIL</u>
New Century TRS Holdings, Inc.
18400 Von Karman Avenue
Irving, CA 92612
*Debtor*

<u>VIA US MAIL</u>
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodeny Square
P.O. Box 551
Wilmington, DE 19899
*Attorney for Debtor*

<u>VIA US MAIL</u>
Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Meyers, LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for Debtor*

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
*U.S. Trustee*

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee of Unsecured Creditors*

<u>VIA US MAIL</u>
Mark T. Power, Esquire
Mark S. Indelicato, Esquire
488 Madison Avenue
14th and 15th Floor
New York, NY 10022
*Attorneys for the Official Committee of Unsecured Creditors*

        Respectfully submitted,

        WITTSTADT & WITTSTADT, P.A.

        /s/ *Lisa R. Hatfiled*
        Lisa R. Hatfield (DE No. 4967)
        284 East Main Street
        Newark, Delaware 19771
        (302) 444-4602
        (302) 444-4603-facsimile
        (866) 503-4930 (toll free)