# EXHIBIT A

In re New Century TRS Holdings, Inc., *et al.,* Case Nos. 07-10416-KJC (Chap. 11), *et seq.*

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6468 | Deutsche Bank National Trust Company On Behalf Of The Certificate Holders Morgan Stanley ABS Capital I Inc. Trust 2005-NC2 Mortgage Pass Through Certificates, Series 2005-Nc2 | 971 Campbell Circle Woodland, CA 95776 |
| 6469 | Deutsche Bank National Trust Company on Behalf of The Certificate Holders GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-He3 | 1504 Helix Street Spring Valley, CA 91977 |
| 6470 | Deutsche Bank National Trust Company, on Behalf of The Morgan Stanley ABS Capital I Inc. Trust 2007-HE3. Mortgage Pass-Through Certificates, Series 2007-HE3 | 7821 River Mist Ave Bakersfield, CA 93313 |
| 6471 | Deutsche Bank National Trust Company as Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificate, Series 2006-HE7 | 4027 Abbey Terrace 101 Fremont, CA 94536 |
| 6472 | Deutsche Bank National Trust Company as Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-through Certificates, Series 2006-HE7 | 31689 Canyon Estates Drive Lake Elsinore, CA 92532 |
| 6473 | Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 | 17440 Langton Way Hayward, CA 94541 |
| 6474 | Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 | 10902 Snowcreek Falls Avenue Bakersfield, CA 93312 |
| 6475 | Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE7 Mortgage Pass-Through Certificates, Series 2006-HE7 | 104 Prospect Street Ansonia, CT 06401 |
| 6476 | Deutsche Bank National Trust Company, On Behalf of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 | 24868 Chippendale Street Moreno Valley, CA 92553 |
| 6477 | Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 | 277 Spencer Avenue unit 134A Upland, CA 91786 |
| 6478 | Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 | 2065 Sunburst Dr Perris, CA 92571 |
| 6479 | Deutsche Bank National Trust Company As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5 | 6421 Grattan Way North Highlands, CA 95660 |
| 6480 | Deutsche Bank National Trust Company As Trustee For the Holders Of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates | 9947 Cedardale Dr Santa Fe Springs, CA 90670 |
| 6481 | Deutsche Bank National Trust Company As Trustee For the Holders Of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates | 8444 Farmers Lane Bakersfield, CA 93307 |
| 6482 | Deutsche Bank National Trust Company as Trustee For the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates | 14328 Magnolia Boulevard #4 Los Angeles, CA 91423 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6483 | Deutsche Bank National Trust Company, On Behalf Of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 | 2071 Joan Drive San Leandro, CA 94578 |
| 6484 | Countrywide Home Loans, Inc. | 4548 Willard Street Bakersfield, CA 93314 |
| 6485 | Deutsche Bank National Trust Company, on Behalf Of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 | 25132 Camino Del Mar Unit 1 Laguna Niguel, CA 92677 |
| 6486 | Deutsche Bank National Trust Company, On Behalf Of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 | 167 Whittier Street San Francisco, CA 94112 |
| 6509 | LaSalle Bank National Association, as Trustee and Custodian for Merrill Lynch Mortgage Investors, Inc. 2006-RM3 by: Saxon Mortgage Services, Inc. as its attorney-in-fact | 409 Harwood Circle Euless, TX 76039 |
| 6510 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 127 Pinehurst Dr New Orleans, LA 70131 |
| 6511 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley, MSAC 2007-NC2 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 3250 NW 106th Avenue Sunrise, FL 33351 |
| 6512 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for IXIS 2007-HE1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 26 Monrovia Street Springfield, MA 01104 |
| 6513 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 1436 W Glasgow Ct Bloomington, IN 47403 |
| 6514 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 2429 North Silver Mosaic Dr Tucson, CA 85745 |
| 6515 | Mortgage Electronic Registration Systems | 2216 Meadow Green Avenue North Las Vegas, NV 89031 |
| 6516 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 3403 South 58th Avenue Cicero, IL 60804 |
| 6517 | Mortgage Electronic Registration Systems | 1328 W. 23rd St # C Houston, TX 77008 |
| 6518 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 755 Lakehaven Dr Sunnyvale, CA 94085 |
| 6519 | Saxon Mortgage Services, Inc. | 925 Intervale Dr Garland, TX 75043 |
| 6520 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 594 Alexis Circle Daly City, CA 94014 |
| 6521 | Saxon Mortgage Services, Inc. | 1406 Michael Place 114 M Bayside, NY 11360 |
| 6522 | Deutsche Bank Trust Company Americas, as Trustee and Custodian for HSBC Bank USA, NA ACE 2006-NC1 by: Saxon Mortgage Services Inc. as its attorney-in-fact | 37 Dorman Ave Lawrenceburg, IN 47025 |

-3-

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 6523 | Saxon Mortgage Services, Inc. | 71A Somers Street<br>Brooklyn, NY 11233 |
| 6524 | Deutsche Bank Trust Company Americas formerly known as Banker's Trust Company, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-NC4 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact | 15123 Lance Circle<br>Houston, TX 77053 |