| | | | EXHIBIT A<br>In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11)<br>Movant: RMS Residential Properties, LLC | | | |
|---|---|---|---|---|---|---|
| **Loan No.** | **Mortgagors** | **Loan Date** | **Original Loan Amt** | **Current Payoff** | **Current Value** | **Property Address** |
| 1002842759 | Martikian | 20-Apr-06 | $680,000 | $748,627.56 | $600,000 | 12612 Hatteras St., Valley  Village, CA 91607 |
| 1002842788 | Nowlin | 28-Jun-06 | $266,320 | $282,246.94 | $280,000 | 6415 Avenida Madrid  NW, Albuquerque, NM 87114 |
| 1002841938 | Snyder | 26-Jun-06 | $191,000 | $222,776.03 | $140,000 | 1537 Half e mahoney Ave., Mesa, AZ 85204 |
| 1002841815 | Smith | 25-Aug-06 | $76,300 | $87,834.57 | $90,000 | 3231 Juniper Ct., Mays Landing, NJ 08330 |
| 1002841695 | Reyes | 15-Jun-06 | $336,000 | $397,212.34 | $255,000 | 112 Newham Ave., Brentwood, NY 11717 |
| 1002546880 | Salomon | 19-Dec-05 | $188,800 | $223,662.98 | $125,000 | 6713 W. Denton Lane, Glendale, AZ 85303 |