| | | | | EXHIBIT A | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | In re New Century TRS Holdings, Inc., Case No. 07-10416-KJC (Chap. 11) | | | |
| | | | | Movant: US Bank National Association, as trustee, on behalf of the holders of the Asset-Backed Securities | | | |
| | | | | Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC | | | |
| **Loan No.** | **Mortgagors** | **Loan Date** | **Original Loan Amt** | **Current Payoff** | **Current Value** | **Property Address** | |
| 8450819 | Roam | 18-Jul-05 | $196,800 | $222,612.97 | $226,000 | 9 Wampler Dr., Arnold, MO 63010 | |
| 8487316 | Claibourne | 3-Aug-05 | $334,400 | $337,937.85 | $314,000 | 13 Flint Locke Rd., Randolph, MA 02368 | |
| 8507402 | Arrigo | 4-Aug-05 | $132,000 | $134,568.19 | $60,000 | 2840 SW 13th St. 104, Delray Beach, FL 33445 | |
| 8476418 | Cigno | 5-Aug-05 | $124,000 | $130,768.58 | $124,900 | 1009 Staci Lane, Webster, NY 14580 | |
| 8486292 | Awad | 19-Aug-05 | $608,000 | $632,406.65 | $502,000 | 304 North Ocean Blvd, North Mrytle Beach, SC 29582 | |