IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS,<br>INC., et al.,<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of Bankruptcy Code, notice and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: May 16, 2008　　　　　　　　　　 /s/ **Maria Aprile Sawczuk**

　　Wilmington, Delaware　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (DE No. 3320)
　　　　　　　　　　　　　　　　Draper & Goldberg, PLLC
　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　(302) 213-0043 facsimile

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for the Debtor*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for the Official Committee
 of Unsecured Creditors*

Suzanne S. Uhland, Esquire
Ben H. Logan, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111
*Attorneys for the Debtor*

Mark T. Power, Esquire
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Ave.
14th & 15th Floor
New York, NY 10022
*Attorneys for the Official Committee
 of Unsecured Creditors*