IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of Bankruptcy Code, notice and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: May 16, 2008          **/s/ Maria Aprile Sawczuk**

    Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                          Maria Aprile Sawczuk (DE No. 3320)
                                          Draper & Goldberg, PLLC
                                          1500 North French Street, 2nd Floor
                                          Wilmington, Delaware 19801
                                          (302) 339-8776 telephone
                                          (302) 213-0043 facsimile

                                        United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

| | |
|---|---|
| Mark D. Collins, Esquire | Bonnie Glantz Fatell, Esquire |
| Christopher M. Samis, Esquire | David W. Carickhoff, Jr., Esquire |
| Richards, Layton & Finger | Blank Rome LLP |
| One Rodney Square | 1201 Market Street, Suite 800 |
| P.O. Box 551 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | *Attorneys for the Official Committee* |
| *Attorneys for the Debtor* | *of Unsecured Creditors* |
| | |
| Suzanne S. Uhland, Esquire | Mark T. Power, Esquire |
| Ben H. Logan, Esquire | Mark S. Indelicato, Esquire |
| O'Melveny & Myers LLP | Hahn & Hessen LLP |
| 275 Battery Street | 488 Madison Ave. |
| San Francisco, CA 94111 | 14th & 15th Floor |
| *Attorneys for the Debtor* | New York, NY 10022 |
| | *Attorneys for the Official Committee* |
| | *of Unsecured Creditors* |