# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4

*D&G Reference: 214102*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127058172 | Jose Castellanos | 12/29/2005 | $288,000.00 | $315,502.57 | $355,000.00 | 4309 West McFadden Avenue Santa Ana, CA 92704 |
| 1127058515 | Elton Dorsey | 12/30/2005 | $232,000.00 | $265,416.00 | $325,000.00 | 6130 Harding Street Hollywood, FL 33024 |
| 1127058635 | Glen Davis | 1/31/2006 | $175,200.00 | $203,907.86 | $232,500.00 | 1601 South 15th Avenue Lake Worth, FL 33460 |
| 1127059476 | Anthony Girit | 1/20/2006 | $126,800.00 | $142,661.85 | $124,900.00 | 4815 McElroy Avenue Tampa, FL 33611 |
| 1127060105 | Tania Perez and Nancy J Grau | 11/30/2005 | $188,636.00 | $207,793.94 | $179,900.00 | 2017 Northeast 6th Place Cape Coral, FL 33909 |
| 1127060180 | Theana Fils Aime | 1/5/2006 | $540,000.00 | $609,937.67 | $455,000.00 | 4700 Southwest 34 Terrace Fort Lauderdale, FL 33312 |
| 1127060196 | Juanita and Louis V Vives | 1/11/2006 | $312,000.00 | $346,265.90 | $349,900.00 | 8193 Northwest 12th Court Coral Springs, FL 33071 |
| 1127060325 | Manuela Verduzco | 1/20/2006 | $ 71,920.00 | $ 79,978.46 | $125,000.00 | 219 Avenue F Southeast Winter Haven, FL 33880 |
| 1127056204 | Roger B Molano | 11/28/2005 | $364,960.00 | $427,552.75 | $459,900.00 | 24112 Sugar Cane Lane Gaithersburg, MD 20882 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127056359 | Venus Minor | 1/11/2006 | $144,000.00 | $161,691.76 | $195,000.00 | 134 Remington Circle<br>Havre de Grace, MD 21078 |
| 1127059362 | Evian Archer | 1/18/2006 | $440,000.00 | $511,012.97 | $570,000.00 | 822 Hendrix Street<br>Brooklyn, NY 11207 |
| 1127059437 | Marifel and Orlando Husfelt | 1/20/2006 | $491,992.00 | $567,939.96 | $439,900.00 | 31830 Serrento Drive<br>Aliso Viejo, CA 92656 |
| 1127059939 | Lynda Jenkins | 12/19/2005 | $444,000.00 | $491,902.08 | $529,000.00 | 13062 Caminito Cristo<br>Del Mar, CA 92014 |
| 1127059973 | Jason Rivera | 12/29/2005 | $216,000.00 | $255,999.07 | $206,000.00 | 21 Judith Drive<br>Coram, NY 11727 |
| 1127056306 | Reynol Cobreiro | 01/05/06 | $164,000.00 | $186,212.39 | $209,900.00 | 2096 Seattle Shore Street<br>Las Vegas, NV 89115 |
| 1127056800 | Helen Ndukwe | 01/26/06 | $216,720.00 | $231,858.81 | $199,900.00 | 107 109 Imera Avenue<br>Providence, RI 02909 |
| 1127058551 | Mavis Barrett | 01/19/06 | $328,000.00 | $339,824.11 | $450,000.00 | 631 Beach 68 Street<br>Far Rockaway, NY 11692 |
| 1127058728 | Jessup Mazzochi and Andrea Talerico | 01/18/06 | $123,600.00 | $134,082.86 | $139,900.00 | 33 Canfield Place<br>Rochester, NY 14607 |
| 1127059122 | Mario Carrillo | 12/22/05 | $256,000.00 | $274,774.23 | $260,000.00 | 8919 Summerwood Drive<br>Fontana, CA 92335 |
| 1127059277 | Menghieng Keith Tang | 01/11/06 | $131,928.00 | $155,769.25 | $195,000.00 | 7501 Misty Lake Lane<br>Pearland, TX 77584 |
| 1127059624 | Rafael Arevalo | 10/31/05 | $352,000.00 | $372,259.50 | $370,000.00 | 2920 Bradford Place<br>Santa Ana, CA 92707 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127059813 | Ivan and Alba Huerta | 12/27/05 | $302,400.00 | $324,144.46 | $349,000.00 | 7379 Los Feliz Drive<br>Highland, CA 92346 |
| 1127060047 | Claudia Corral | 12/09/05 | $193,200.00 | $216,282.34 | $190,000.00 | 4014 Wendy Lane<br>Las Vegas, NV 89115 |
| 1127060854 | Fatima Peralta Rosario | 01/31/06 | $240,000.00 | $265,624.61 | $204,900.00 | 819 Potters Avenue<br>Providence, RI 02907 |
| 1127059470 | Barry C Nelson Sr | 1/20/2006 | $220,000.00 | $239,842.12 | $375,000.00 | 105 Browns Manor Way<br>North East, MD 21901 |
| 1127058643 | Josefina Puga | 01/31/06 | $300,000.00 | $316,109.36 | $193,000.00 | 1254 7th Street<br>Coachella, CA 92235 |
| 1127059186 | Filiberto Meza Soria | 01/23/06 | $236,000.00 | $247,194.91 | $189,000.00 | 7266 Del Rosa Avenue<br>Highland, CA 92404 |
| 1127059385 | Jose Louis Climaco Rosa | 01/18/06 | $412,000.00 | $451,251.91 | $389,000.00 | 3486 Davis Street<br>Oakland, CA 94601 |
| 1127059900 | Chung S Yuem | 12/22/05 | $432,648.00 | $473,421.02 | $455,000.00 | 7954 Hemingway Court<br>Fontana, CA 92335 |
| 1127060452 | Kedare Fils Aims | 01/26/06 | $256,800.00 | $293,174.86 | $330,000.00 | 7657 Northweat 73rd Terrace<br>Tamarac, FL 33321 |
| 1127056291 | Tatyana Devincenzo | 12/30/2005 | $190,440.00 | $215,185.64 | 177,000.00 | 31 Round Table Lane<br>Palm Coast, FL 32164 |
| 1127056385 | Edy Cordova | 1/12/2006 | $152,000.00 | $173,828.76 | $140,000.00 | 1169 Whitehead Creek Fort Myers, FL 33916 |
| 1127060913 | Brian J Gonthier | 1/31/2006 | $160,000.00 | $183,346.24 | $154,900.00 | 10522 North 51st Terrace<br>St Petersburg, FL 33708 |