# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Wells Fargo Bank, NA

*D&G Reference: 214061*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0070651336 | Eddie L Wilson | 3/10/1999 | $ 54,700.00 | $ 37,402.29 | $285,000.00 | 1927 San Acacio<br>Las Cruces, NM 88001 |
| 0154154389 | Eulalia M Gray | 7/20/2006 | $568,000.00 | $650,545.42 | $400,000.00 | 595 Point Arena Court<br>Chula Vista, CA 91911 |
| 1127133824 | Fredi Leonard | 01/18/07 | $612,000.00 | $632,057.96 | $550,000.00 | 6955 Fontaine Place<br>Rancho Cucamonga, CA 91739 |
| 1097000618 | Robert Feldt | 01/24/00 | $ 76,500.00 | $84,605.53 | $149,900.00 | 413 Terrier Drive<br>Goose Creek, SC 29445 |