# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2

*D&G Reference: 214062*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134027093 | Jason Griffin | 07/24/06 | $138,576.00 | $151,438.37 | $162,500.00 | 212 Laurel Place<br>Clementon  NJ 80821 |
| 1134027227 | Sonia Melendez | 07/24/07 | $292,000.00 | $330,515.33 | $179,000.00 | 37386 Sheffield Drive<br>Palmdale, CA 93550 |