# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC1
*D&G Reference: 214064*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134021832 | Luis Germosen | 04/24/06 | $312,000.00 | $339,446.52 | $449,000.00 | 14 Sussex Road<br>Bergenfield NJ 07621 |
| 1134022059 | Flavio Contreras | 04/21/06 | $229,600.00 | $272,689.73 | $155,000.00 | 30 Connecticut Avenue<br>New London CT 06320 |
| 1134022598 | Carlandra Henderson | 04/05/06 | $360,000.00 | $397,173.99 | $410,000.00 | 3941 South Van Ness Avenue<br>Los Angeles CA 90062 |
| 1134023229 | Maria L Morales | 03/28/06 | $224,000.00 | $237,863.38 | $315,000.00 | 2094 East Grand Avenue 14<br>Escondido, CA 92027 |
| 1134023609 | Mark D Mason | 04/24/06 | $319,200.00 | $352,618.26 | $315,000.00 | 10890 Red Pine Road<br>Reno, NV 89506 |
| 1134023828 | Yanett Rodriguez | 02/24/06 | $320,000.00 | $339,642.98 | $275,000.00 | 2147 South Vista Elegante<br>Santa Maria, CA 93455 |