# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1

*D&G Reference: 214066*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100184121 | Richard Solano | 02/08/06 | $142,683.00 | $152,984.81 | $ 190,000.00 | 1004 Clyde Drive<br>Florenco, CO 81226 |
| 1100185140 | Maria Reyes | 12/13/05 | $236,400.00 | $261,587.90 | $ 285,000.00 | 3674 Wharf Lane<br>Triangle, VA 22172 |
| 1100182215 | Gale Moore | 02/02/06 | $184,000.00 | $207,038.33 | $ 139,900.00 | 5922 South Aberdeen<br>Chicago, IL 60620 |
| 1100184763 | Diroma Beach | 02/10/06 | $196,000.00 | $210,660.38 | $ 222,500.00 | 1804 South Drake Avenue<br>Chicago, IL 60623 |
| 1100180992 | Steven Archer | 01/31/06 | $152,000.00 | $180,009.37 | $ 189,900.00 | 12706 Northeast 37th Street<br>Vancouver, WA 98682 |
| 1100187418 | Jodene M Iden | 01/04/06 | $ 67,200.00 | $ 77,578.87 | $ 29,900.00 | 173-175 East Pennsylvania<br>Sebring, OH 44672 |
| 1100189171 | Eric Green | 02/21/06 | $141,600.00 | $150,781.04 | $ 195,000.00 | 56 Hicks Road<br>Augusta, ME 04330 |
| 1100191588 | BarbaraTyrone | 03/03/06 | $168,000.00 | $193,749.90 | $ 147,600.00 | 9218 Taidswood Drive<br>Spring, TX 77379 |
| 1100181432 | Delfina Martinez | 01/30/06 | $286,400.00 | $324,954.65 | $ 265,000.00 | 3104 Burtano Court<br>Modesto, CA 95355 |

| | | | | | |
|---|---|---|---|---|---|
| 1100190066 | Heriberto Chavez | 02/23/06 | $400,000.00 | $418,813.04 | $ 615,000.00 | 5411 Ash Street<br>Los Angeles, CA 90042 |
| 1100186635 | Alma Chavez | 12/14/2005 | $800,000.00 | $864,179.65 | $1099,000.00 | 1455 Gordon Street<br>Redwood City, CA 94061 |
| 1100185784 | Carmen Chavez | 2/13/2006 | $328,000.00 | $366,250.68 | $ 399,900.00 | 12009 Taylor Street<br>Riverside, CA 92503 |
| 1100180664 | Cesar Rodriguez | 12/28/2005 | $564,000.00 | $622,932.84 | $ 605,000.00 | 175 Talmadge Avenue<br>San Jose, CA 95127 |
| 1100184865 | Joseph P Stravinsky | 12/29/05 | $208,000.00 | $228,104.29 | $ 179,900.00 | 295 Chestnut Street<br>Warwick, RI 02888 |
| 1100186462 | Edgar V Monterroza | 12/23/05 | $532,000.00 | $565,473.10 | $ 729,900.00 | 1830 Henderson Avenue<br>Long Beach, CA 90806 |
| 1100185015 | Jeremiah R Ross and Shelly M Ross | 2/10/2006 | $223,920.00 | $250,854.97 | $ 224,900.00 | 3804 Northwest 40th Terrace<br>Cape Coral, FL 33993 |
| 1100185206 | Larry and Melissa Nunley | 2/3/2006 | $245,600.00 | $262,502.44 | $ 314,200.00 | 765 Crestridge Drive<br>Tarpon Springs, FL 34688 |
| 1100185918 | Javier Sosa | 1/27/2006 | $352,000.00 | $391,102.09 | $ 440,000.00 | 3530 Southwest 122 Avenue<br>Miami, FL 33175 |
| 1100188206 | Crystal Rubaine and Dwayne Solomon | 2/27/2006 | $293,488.00 | $342,878.42 | $ 360,000.00 | 20421 NW 7th Court<br>Miami Gardens, FL 33169 |
| 1100189035 | Jean Onnes Altenor | 2/17/2016 | $208,000.00 | $232,570.78 | $ 264,900.00 | 19440 Northwest 1st Avenue<br>Miami, FL 33169 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100189296 | Emilia Fortes | 2/24/2006 | $300,000.00 | $332,543.40 | $ 375,000.00 | 6541 Southwest 13 Terrace West Miami, FL 33144 |
| 1100192253 | Julian Barrientos Gala | 3/6/2006 | $240,000.00 | $263,856.13 | $ 208,000.00 | 19065 Bartow Boulevard Fort Myers, FL 33912 |
| 1100181031 | Natalya Pogosyan | 01/27/06 | $198,521.00 | $223,610.78 | $ 215,000.00 | 21 Bud Field Drive Palm Coast, FL 32137 |
| 1100184530 | Estate of Rolando Rivero | 02/01/06 | $176,000.00 | $196,786.09 | $ 212,000.00 | 2575 Southwest 27th Avenue Unit 201 Miami, FL 33133 |
| 1100185049 | Ciro Gil | 02/09/06 | $226,581.00 | $243,627.73 | $ 225,000.00 | 5129 southwest 26th Street Lehigh Acres, FL 33971 |
| 1100185136 | Armando Ramirez | 02/06/06 | $236,000.00 | $268,485.11 | $ 295,000.00 | 14527 Huntcliff Parkway Orlando, FL 32824 |
| 1100180629 | Mike J Stehli | 11/30/2005 | $524,000.00 | $595,611.22 | $ 570,000.00 | 5019 Sierra Villa Drive Los Angeles, CA 90041 |
| 1100183793 | Chedrick Neal and John Jean | 1/30/2006 | $116,000.00 | $144,309.16 | $ 85,000.00 | 1249 Northwest Drive Atlanta, GA 30318 |
| 1100184958 | Sung Hee Chang | 12/15/2005 | $217,200.00 | $247,180.88 | $ 265,000.00 | 4020 Suwanee Place Drive Suwanee, GA 30024 |
| 1100185359 | Alina Aponte | 2/7/2006 | $264,000.00 | $294,277.62 | $ 310,000.00 | 815 Hill Street West Sacramento, CA 95605 |
| 1100186272 | Marie Dina Aurelus | 2/8/2006 | $440,000.00 | $500,986.52 | $ 589,000.00 | 338 Hendrix Street Brooklyn, NY 11207 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100190136 | Rosendo Marroquin and Guadalupe Marroquin | 3/1/2006 | $271,200.00 | $327,499.23 | $ 355,000.00 | 114 Premiere Lane Santa Rosa, TX 78593 |
| 1100190212 | Jacqueline L Boomer | 3/1/2006 | $464,000.00 | $544,021.12 | $ 595,000.00 | 1739 Brooklyn Avenue Brooklyn, NY 11210 |
| 1100180700 | Yuster N Kimani and Samuel K Nganga | 12/20/05 | $319,200.00 | $347,793.06 | $ 290,000.00 | 25307 Estrada Circle Punta Gorda, FL 33955 |
| 1100180964 | Anniece and Adorium Williams | 01/31/06 | $624,000.00 | $706,508.02 | $ 740,000.00 | 19271 Calahan Street Northridge, CA 91324 |
| 1100181198 | Iyeakiafo Oyathelemi | 01/30/06 | $167,620.00 | $184,414.31 | $ 95,000.00 | 1962 Spectrum Circle Southeast Marietta, GA 30067 |
| 1100181321 | Cathlyn Pousima and Noti Hussey | 02/01/06 | $464,000.00 | $533,957.96 | $ 489,999.00 | 74 5138 Namaka Place Kailua Kona, HI 96740 |
| 1100183425 | Juver Rojas | 12/19/05 | $ 88,000.00 | $101,935.03 | $ 106,793.00 | 3308 Navaro Street Dallas, TX 75212 |
| 1100183972 | Sergio and Margarita D Parra | 01/25/06 | $131,840.00 | $142,354.26 | $ 102,000.00 | 305 East Polk Street Coalinga, CA 93210 |
| 1100184223 | Jeffrey L Ricketts | 12/22/05 | $151,921.00 | $169,425.65 | $ 215,000.00 | 4280 Old Taneytown Road Taneytown, MD 21787 |
| 1100184283 | Marvell Davis | 12/21/05 | $156,000.00 | $171,829.03 | $ 189,000.00 | 251 Dorsey Road Hapeville, GA 30354 |
| 1100184531 | Jill Jones | 02/08/06 | $176,000.00 | $193,464.56 | $ 220,000.00 | 4204 Glenarm Avenue Baltimore, MD 21206 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100184942 | Francisco H Vargas | 12/29/05 | $216,000.00 | $232,013.81 | $ 335,000.00 | 301 225th Street Southwest Bothell, WA 98021 |
| 1100185604 | Charles Lawrence | 12/14/05 | $297,600.00 | $336,249.38 | $ 335,000.00 | 6524 Playa De Carme Way North Las Vegas, NV 89086 |
| 1100185644 | Lucille Hall and Wayne Lee Henry | 12/07/05 | $304,000.00 | $324,586.96 | $ 359,900.00 | 1692 Pinegrove Boulevard Bay Shore, NY 11706 |
| 1100185914 | Luis A and Miguel A Ruvalcaba | 11/21/05 | $352,000.00 | $372,085.83 | $ 379,000.00 | 39773 Bonaire Way Murrieta, CA 92563 |
| 1100185982 | Gloria A Gunabe | 01/10/06 | $362,400.00 | $386,207.43 | $ 219,000.00 | 1979 Ledford Way Sacramento, CA 95832 |
| 1100186200 | Michael Fernandez | 02/10/06 | $416,000.00 | $445,461.28 | $ 488,000.00 | 8200 Mike Shapiro Drive Clinton, MD 20735 |
| 1100186424 | Jose P Ramirez | 01/13/06 | $504,000.00 | $549,803.19 | $ 535,000.00 | 24801 Willamette Way Hayward, CA 94544 |
| 1100186512 | Alberto Ramires | 12/13/05 | $576,000.00 | $654,512.34 | $ 499,995.00 | 960 Central Avenue Hollister, CA 95023 |
| 1100186532 | Peter S Malakoff | 01/31/06 | $593,600.00 | $684,931.44 | $ 540,000.00 | 16927 Schiller Court Sonoma, CA 95476 |
| 1100188124 | John K Keku | 02/28/06 | $400,000.00 | $463,217.22 | $ 579,000.00 | 1625 South Ocean Boulevard North Myrtle Beach, SC 29582 |
| 1100189614 | Frank E Smith | 02/23/06 | $ 98,000.00 | $103,281.87 | $ 125,900.00 | 581 Rainbow Circle West Columbia, SC 29170 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100190073 | Kameka Wilson | 03/02/06 | $ 58,650.00 | $ 68,599.49 | $ 60,000.00 | 4053 Frazier Drive<br>Newberry, SC 29108 |
| 1100190185 | Diana C Gonzalez | 02/28/06 | $296,000.00 | $330,395.52 | $ 350,000.00 | 36905 Justin Court,<br>Palmdale, CA 93550 |
| 1100190264 | Kimberly M Menhennett | 02/28/06 | $ 66,400.00 | $ 75,496.93 | $ 92,000.00 | 13330 Greenstone<br>San Antonio, TX 78249 |
| 1100190545 | Deanna M Wright | 03/01/06 | $131,100.00 | $138,854.38 | $ 74,900.00 | 4416 Valley side Road<br>Cleveland, OH 44135 |
| 1100190670 | Erline Heard | 2/24/2006 | $ 94,500.00 | $114,250.11 | $ 45,000.00 | 12404 Miles Avenue<br>Cleveland, OH 44105 |
| 1100190782 | Thomas B Parker | 02/28/06 | $318,541.00 | $354,041.36 | $ 269,900.00 | 8139 Tar Hollow Drive<br>Gibsonton, FL 33534 |
| 1100187005 | Marcelino A Depina and Amy Depina | 2/15/2006 | $210,400.00 | $241,482.01 | $ 210,000.00 | 212 Middle Street<br>Pawtucket, RI 02860 |
| 1100187922 | John P Poulin | 1/19/2006 | $176,000.00 | $201,831.58 | $ 175,000.00 | 89 Old Dover Road<br>Rochester, NH 03867 |
| 1100189716 | Marlo Galvez | 2/28/2006 | $296,000.00 | $338,040.75 | $ 375,000.00 | 225 Candy Lan,<br>Brockton, MA 02301 |
| 1100190491 | Amanda Stanley | 2/28/2006 | $278,400.00 | $315,132.22 | $ 369,900.00 | 173 175 Maple Street<br>Danvers, MA 01923 |
| 1100184582 | Cristina M Pena | 12/23/2005 | $180,800.00 | $195,996.22 | $ 184,900.00 | 8824 Challenge Walk<br>Walkersville, MD 21793 |
| 1100185917 | Maria J Argant and Clark Deslouches | 1/6/2006 | $352,000.00 | $396,475.27 | $ 460,000.00 | 104 29 198 Street<br>Saint Albans, NY 11412 |

| | | | | | |
|---|---|---|---|---|---|
| 1100185970 | Aliyah Hayward | 2/10/2006 | $360,000.00 | $391,752.42 | $ 575,000.00 | 621 Second Street Annapolis, MD 21403 |
| 1100180352 | Gustavo A Gomez and Pedro Gomez | 12/20/2005 | $ 43,698.00 | $44,723.84 | $ 290,000.00 | 14957 Indigo Street Adelanto, CA 92301 |
| 1100183711 | Roberto Esquivel | 11/28/05 | $110,400.00 | $132,808.64 | $ 135,000.00 | 2016 Lloyd Avenue Waukega, IL 60085 |
| 1100184911 | Roberto and Eva Caratachea | 02/02/06 | $212,000.00 | $223,543.51 | $ 139,900.00 | 408 East C Street Oakdale, CA 95361 |
| 1100185979 | Melchior Sansone | 02/03/06 | $361,200.00 | $387,550.40 | $ 475,000.00 | 779 Peconic Avenue North Babylon, NY 11703 |
| 1100186037 | Cynthia Nicole and Antonio Jasso | 01/31/06 | $374,400.00 | $400,217.14 | $ 290,000.00 | 87 East Lake Drive Antioch, CA 94509 |
| 1100186293 | Guadalupe Garcia | 02/07/06 | $448,000.00 | $488,678.50 | $ 390,000.00 | 3422 Chandler Circle Bay Point, CA 94565 |
| 1100186426 | Elicia Duran | 02/08/06 | $504,000.00 | $531,165.42 | $ 530,000.00 | 87 40 78th Street Woodhaven, NY 11421 |
| 1100186495 | John Quattro | 01/13/06 | $556,000.00 | $602,751.58 | $ 488,900.00 | 23 Pleasant View Way Raritan, NJ 08822 |
| 1100189924 | Sergio Alvarez | 02/28/06 | $328,000.00 | $359,074.04 | $ 315,000.00 | 1213 Lime Street Corona, CA 92879 |
| 1100190320 | Nneka Ajuba Iwuji and Brian Wooten | 02/24/06 | $223,200.00 | $240,834.37 | $ 239,000.00 | 449 Princeton Avenue Cherry Hill, NJ 08002 |
| 1100190412 | Heidi and Cesar Rojas | 02/28/06 | $ 88,000.00 | $96,798.89 | $ 120,000.00 | 1020 West Patrick Circle Daytona Beach, FL 32117 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100186464 | Margaret Thompson | 2/6/2006 | $532,000.00 | $586,828.12 | $ 669,000.00 | 8807 Oak Landings Court Orlando, FL 32836 |