# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-4
*D&G Reference: 214069*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100184686 | Donald R Batson | 12/21/05 | $189,600.00 | $208,222.55 | $169,000.00 | 791 Idalia Street, Aurora, CO 80011 |
| 1100190916 | Bambi and David Beard | 03/01/06 | $60,000.00 | $65,950.05 | $96,000.00 | 416 South Ventura Avenue, Republic, MO 65738 |
| 1100181205 | Cheri K Fredeen and Tony Fredeen | 01/26/06 | $214,400.00 | $240,240.12 | $277,000.00 | 1103 10th Avenue Southeast, Puyallup, WA 98372 |
| 1100183550 | Christopher L Henkaline | 02/03/06 | $98,400.00 | $113,364.34 | $124,900.00 | 1559 Tall Meadows Drive, Columbus, OH 43223 |
| 1100190735 | Manuel N Herrera | 03/01/06 | $131,200.00 | $144,261.89 | $151,000.00 | 7319 Branford Park Lane, Richmond, TX 77469 |
| 1100190893 | Carlos E Dunson | 03/02/06 | $311,200.00 | $342,883.15 | $392,000.00 | 16278 Rolling Hills, Forney, TX 75126 |
| 1100191747 | Darren W Champ | 02/27/06 | $53,550.00 | $59,692.09 | $67,000.00 | 554 Shoop Avenue, Dayton, OH 45402 |
| 1100189371 | Maria G Martinez | 02/28/06 | $507,200.00 | $558,192.78 | $579,000.00 | 205 West Sirius Avenue, Anaheim, CA 92802 |
| 1100186126 | Bryan Von Lingen | 2/6/2006 | $396,000.00 | $453,233.79 | $525,000.00 | 6950 Adobe Creek Road, Kelseyville, CA 95451 |
| 1100186253 | Salvador Lopez | 12/12/2005 | $433,600.00 | $466,108.15 | $530,000.00 | 159 Hermes Court, Hayward, CA 94544 |
| 1100186024 | Monica Rosales | 12/30/2005 | $372,000.00 | $408,373.41 | $419,900.00 | 12240 Fern Avenue, Chino, CA 91710 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100185816 | Carlos Asmeth Sarceno | 12/16/2005 | $335,148.00 | $369,611.43 | $345,000.00 | 43516 Palm Lane Lancaster, CA 93535 |
| 1100182386 | Angela Espana | 2/3/2006 | $388,000.00 | $422,149.58 | $405,000.00 | 5108 Roundup Court Antioch, CA 94531 |
| 1100184482 Complete | Ralph D Wells and Tisa J Wells | 01/05/06 | $172,000.00 | $187,950.03 | $185,000.00 | 3071 Ingalls Drive White City, OR 97503 |
| 1100180923 | Emily Webb | 1/26/2006 | $279,920.00 | $305,424.09 | $325,000.00 | 8105 Northwest 74 Terrace Tamarac, FL 33321 |
| 1100185987 | Eliot Gonzalez | 12/29/2005 | $364,000.00 | $398,002.66 | $429,900.00 | 12716 SW 206 Terrace Miami, FL 33177 |
| 1100190739 | Alceu Washington | 2/27/2006 | $344,000.00 | $388,468.22 | $389,900.00 | 1922 North Lakemont Avenue Winter Park, FL 32792 |
| 1100188937 | Amanda K Wohlers | 02/21/06 | $150,400.00 | $159,014.62 | $182,500.00 | 189 Garden Parkway Henrietta, NY 11467 |
| 1100182425 | Salvatore Pappalardo | 01/27/06 | $632,000.00 | $682,409.08 | $575,000.00 | 2800 South Ocean Boulevard 12 Boca Raton, FL 33432 |
| 1100182245 | Joy Jackson | 2/2/2006 | $246,400.00 | $270,886.98 | $327,000.00 | 1835 Knoll Hill Drive Oxon Hill, MD 20745 |
| 1100192115 | David Daniels | 3/9/2006 | $216,000.00 | $ 250,932.50 | $195,000.00 | 5425 Wabash Avenue South Chicago, IL 60615 |
| 1100192269 | Vickie Sly | 3/6/2006 | $ 51,000.00 | $61,645.55 | $27,900.00 | 151 Lucius Avenue Youngstown, OH 44507 |
| 1100181534 | Frank J Boyle | 01/31/06 | $400,000.00 | $ 456,272.12 | $644,900.00 | 11 Tehia Street Rye, NH 03870 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100182091 | Jeffery and Lee Vance | 02/03/06 | $61,600.00 | $ 65,008.86 | $ 80,000.00 | 102 Minuteman Drive Millinocket, ME 04462 |
| 1100182436 | Felix Arcos | 02/01/06 | $331,600.00 | $369,820.66 | $305,000.00 | 4367 Newby Drive Riverside, CA 92505 |
| 1100183237 | Mildred and Bradley Stiner | 01/25/06 | $72,000.00 | $ 87,483.54 | $92,900.00 | 1400 Charles Drive Knoxville, TN 37918 |
| 1100183512 | Melissa Spriggs | 12/02/05 | $95,084.00 | $106,934.29 | $ 90,222.00 | 6204 College Way Dallas, TX 75241 |
| 1100183989 | Julia Garcia and Rafael Perez | 02/13/06 | $132,800.00 | $143,146.47 | $145,000.00 | 1590 Northwest 57 Street Miami, FL 33142 |
| 1100185060 | Gina Ellen Lee | 01/18/06 | $228,000.00 | $245,773.20 | $225,000.00 | 1063 Lower Main Street Wailuku, HI 96793 |
| 1100185225 | Lisa M Nassour | 02/07/06 | $248,000.00 | $273,880.43 | $ 224,000.00 | 184 Cottage Street Central Falls, RI 02863 |
| 1100186088 | Dodjiel Hechanova | 12/08/05 | $385,265.00 | $409,649.90 | $420,000.00 | 188 Azalea Springs Henderson, NV 89015 |
| 1100186162 | Merodio R De Leon Ocho | 02/06/06 | $404,000.00 | $ 456,824.52 | $459,900.00 | 2825 Downer Drive Richmond, CA 94804 |
| 1100186184 | Kenneth Wheeler | 12/27/05 | $412,000.00 | $487,361.80 | $ 350,000.00 | 7313 Expedition Street Las Vegas, NV 89131 |
| 1100186196 | Yvette Vega | 02/02/06 | $415,200.00 | $438,657.08 | $425,000.00 | 5311 Ledgewood Road South Gate, CA 90280 |
| 1100187082 | Alissa Smith | 02/15/06 | $123,500.00 | $ 139,358.48 | $ 90,000.00 | 4735 North Edgewood Avenue Cincinnati, OH 45232 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100187110 | Simon A Ramirez | 02/15/06 | $148,000.00 | $ 163,351.01 | $ 150,000.00 | 436 North 14th Street<br>Las Vegas, NV 89101 |
| 1100189717 | Sharlonda Brown and Maurice Tatum | 03/02/06 | $112,666.00 | $ 127,573.79 | $129,000.00 | 2639 Basswood Drive<br>Grand Prairie, TX 75052 |
| 1100190722 | Ezequiel Compean | 02/28/06 | $70,400.00 | $81,909.58 | $85,900.00 | 14253 Ravendale Road<br>Humble, TX 77396 |
| 1100190835 | Jerard and Gloria Clowney | 03/02/06 | $89,600.00 | $ 94,050.22 | $ 117,900.00 | 1568 Arborgate Drive<br>Rock Hill, SC 29732 |
| 1100190987 | Charles Anthony Lancaster and Bernadette Michelle Ha | 03/02/06 | $163,920.00 | $ 168,945.89 | $ 198,350.00 | 324 Summerwood Lane<br>Boiling Springs, SC 29316 |
| 1100191032 | Leslie Guzman | 02/28/06 | $286,400.00 | $310,465.83 | $261,000.00 | 38 New London Road<br>Salem CT 06420 |
| 1100191428 | Cheryl Jordan | 03/03/06 | $53,100.00 | $63,103.70 | $ 50,000.00 | 115 East Beattie Street<br>Liberty, SC 29657 |
| 1100183911 | Ana M Salcedo | 11/30/2005 | $126,400.00 | $141,353.57 | $ 149,900.00 | 42 44 Brigham Street<br>Springfield, MA 01105 |
| 1100185182 | Ruben M Gutierez | 10/30/05 | $242,400.00 | $269,871.51 | $ 273,000.00 | 31027 Stone Arch Avenue<br>Wesley Chapel, FL 33544 |
| 1100181111 | Marcus A Belvin | 01/26/06 | $334,000.00 | $364,699.30 | $ 410,000.00 | 137 Temescal Circle<br>Emeryville, CA 94608 |
| 1100181167 | Solomon Asamoa | 01/27/06 | $396,800.00 | $417,339.27 | $ 350,000.00 | 16783 Sweeney Lane<br>Woodbridge, VA 22191 |
| 1100182204 | Azucena Tapia | 02/02/06 | $326,700.00 | $360,751.89 | $ 289,000.00 | 14396 Hillsborough Drive<br>Victorville, CA 92392 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100185846 | Ricardo Flores | 12/15/05 | $340,000.00 | $370,884.92 | $ 279,000.00 | 5216 Sportorno Court<br>Salida, CA 95368 |
| 1100186301 | Laurie Carmona | 11/30/05 | $452,000.00 | $535,235.37 | $ 525,000.00 | 296 West Oak View Avenue<br>Oak View, CA 93022 |
| 1100186363 | Mario and Lisa Salazar | 01/23/06 | $478,000.00 | $510,118.08 | $ 490,000.00 | 2115 Rosewood Avenue<br>Santa Ana, A 92707 |
| 1100182438 | Jose Olmer Nolasco | 01/31/06 | $236,000.00 | $254,254.15 | $ 200,000.00 | 44752 27th Street East<br>Lancaster, CA 93535 |
| 1100187544 | Nicole Anderson | 02/27/06 | $92,000.00 | $105,051.69 | $ 114,000.00 | 5206 Wolverton Court<br>Garland, TX 75043 |
| 1100186447 | Susan Relova | 2/13/2006 | $520,000.00 | $570,944.07 | $ 499,000.00 | 347 Rio Verde Street<br>Daly City, CA 94014 |