# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9
*D&G Reference: 214070*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100142088 | Miles H Joyner | 06/03/05 | $53,100.00 | $ 61,035.28 | $ 60,000.00 | 2701 Grand Meadows Court Richmond, VA 23223 |
| 1100142183 | Eric and Jacquelyn Tyler | 06/21/05 | $123,200.00 | $ 132,576.74 | $ 100,000.00 | 3443 Keokuk Street Saint Louis, MO 63118 |
| 1100146188 | Banjamin Nelson | 07/21/05 | $95,200.00 | $ 99,502.65 | $ 120,000.00 | 707 Bridger Road Lincoln, NE 68521 |
| 1100147064 | Cortez and Adrienne Taylor | 07/27/05 | $197,120.00 | $ 201,832.39 | $ 230,000.00 | 703 Southwest 34th Street Lees Summit, MO 64082 |
| 1100142182 | Mario K Cabrera | 07/08/05 | $288,000.00 | $ 324,242.53 | $ 359,900.00 | 1941 Harvey Avenue Berwyn, IL 60402 |
| 1100142834 | Saul Alanis | 07/08/05 | $107,920.00 | $ 123,524.01 | $ 140,000.00 | 3324 Charleston Road Waukegan, IL 60087 |
| 1100143592 | James and Jennifer Glazebrook | 07/15/05 | $249,600.00 | $ 262,162.45 | $ 329,900.00 | 300 Aldrin Avenue Batavia, IL 60510 |
| 1100144852 | Maria Cruz | 07/13/05 | $144,000.00 | $ 152,591.35 | $ 199,900.00 | 5909 West 16th Street Cicero, IL 60804 |
| 1100144991 | Brian L Burdett and Tina M Burdett | 07/27/05 | $93,920.00 | $ 99,949.12 | $ 125,000.00 | 400 West 12th Avenue Kennewick, WA 99337 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100146156 | Rene Munoz | 07/18/05 | $240,000.00 | $ 243,650.99 | $ 233,000.00 | 3550 Crystal Court<br>Palmdale, CA 93550 |
| 1100146461 | Jose Escobedo | 07/19/05 | $184,000.00 | $ 191,081.55 | $ 199,999.00 | 44 Castlecrest Drive<br>San Jose, CA 95116 |
| 1100146496 | Shawntee N Ware | 07/22/05 | $156,000.00 | $ 170,223.12 | $ 167,000.00 | 1833 Sunset Street<br>Barstow, CA 92311 |
| 1100145886 | Carmencita Manansala | 7/21/2005 | $509,600.00 | $ 556,888.86 | $ 629,900.00 | 4200 San Simeon Drive<br>Oxnard, CA 93033 |
| 1100144621 | Walter Costa | 7/19/2005 | $332,000.00 | $ 355,601.48 | $ 395,000.00 | 5429 Pacific Green Court<br>Hemet, CA 92544 |
| 1100141852 | Jose Figueroa | 5/12/2005 | $384,000.00 | $ 420,229.50 | $ 440,000.00 | 1318 Woodland Court<br>San Marcos, CA 92069 |
| 1100143198 | Nestor O Garcia | 6/27/2005 | $244,000.00 | $ 268,459.19 | $ 385,000.00 | 148 East 40th Street<br>Hialeah, FL 33013 |
| 1100141989 | Maria Nunez | 06/17/05 | $384,000.00 | $ 398,648.88 | $ 409,900.00 | 360 Florida Avenue<br>Copiague, NY 11726 |
| 1100142272 | Barbara Robinson | 06/16/05 | $196,000.00 | $ 209,453.35 | $ 149,000.00 | 6611 13 South Ellis Avenue<br>Chicago, IL 60637 |
| 1100143370 | Sarah J Parsley | 06/30/05 | $163,040.00 | $ 171,317.69 | $ 145,000.00 | 20 Ryeberry Drive<br>Palm Coast, FL 32164 |
| 1100143770 | Aura C Hincapie | 06/27/05 | $117,600.00 | $ 131,916.48 | $ 124,500.00 | 1911 Fluorshire Drive<br>Bandon, FL 33511 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100143865 | Domenick and Marlane Franchini | 07/27/05 | $273,175.00 | $ 287,812.61 | $ 289,900.00 | 504 Chaffeeville Road Storrs Mansfield, CT 06250 |
| 1100143996 | Shawn and Rodney Love | 06/24/05 | $160,000.00 | $ 190,735.05 | $ 195,000.00 | 139 Wexhurst Road Columbia, SC 29212 |
| 1100144243 | Javier Alcocer | 06/29/05 | $264,000.00 | $ 276,414.76 | $ 259,000.00 | 2340 Zinfandel Drive Rancho Cordova, CA 95670 |
| 1100144383 | Miguel Rodriguez | 07/29/05 | $189,600.00 | $ 204,577.62 | $ 225,900.00 | 5521 Celebrity Circle Hanover Park, IL 60133 |
| 1100144430 | Candia Grainger | 07/12/05 | $69,700.00 | $ 77,614.17 | $ 80,000.00 | 164 Pine Hills Boulevard, Prosperity, SC 29127 |
| 1100144434 | Larry Ward | 07/14/05 | $52,200.00 | $ 54,823.78 | $ 42,500.00 | 217 Timber Court Columbia, SC 29210 |
| 1100145472 | Diego Franco | 07/19/05 | $141,600.00 | $ 149,824.03 | $ 139,000.00 | 541 Skylark Lane Northwest Port Charlotte, FL 33952 |
| 1100146073 | Alice Stewart and Ann Gillespie Deterville | 07/13/05 | $159,200.00 | $ 171,895.00 | $ 197,500.00 | 535 Carrollton Drive Frederick, MD 21701 |
| 1100146425 | Rebecca Cruz | 07/18/05 | $326,400.00 | $ 348,332.97 | $ 240,000.00 | 3216 Madrone Street Anticoh, CA 94509 |
| 1100146627 | Rowland Amadiya | 07/28/05 | $93,200.00 | $ 107,044.99 | $ 109,900.00 | 2208 Bolivar Drive Arlington, TX 76002 |
| 1100142621 | Ellen Spain and Karl Spain | 6/30/2005 | $284,000.00 | $ 321,334.36 | $ 329,900.00 | 5 Jester Drive Sandwich, MA 02563 |
| 1100143557 | Marla Barnett | 7/14/2005 | $280,000.00 | $ 318,378.10 | $ 190,000.00 | 90 Pleasant Street Boston, MA 02125 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100146352 | Francisco Diaz | 7/28/2005 | $174,000.00 | $ 204,898.06 | $ 179,900.00 | 57 Burrows Street Providence, RI 02907 |
| 1100143194 | Helen Park | 6/24/2005 | $236,000.00 | $259,204.01 | $ 259,900.00 | 37 Stevens Street Methuen, MA 01844 |
| 1100142770 | Marco A Valez | 7/5/2005 | $391,200.00 | $ 420,013.92 | $ 500,000.00 | 32 Pitt Street Bloomfield, NJ 07003 |
| 1100141844 | Cristobal F Bonilla | 06/01/05 | $221,600.00 | $242,949.93 | $ 175,000.00 | 12741 First Avenue Victorville, CA 92395 |
| 1100143233 | Joaquin Bautista and Patricia Barahona | 06/18/05 | $382,400.00 | $400,781.87 | $ 410,000.00 | 7007 Tunney Avenue Reseda Area, CA 91335 |
| 1100144163 | Juan Pinto | 03/22/95 | $370,400.00 | $399,598.97 | $ 399,000.00 | 1342 Otterbein Avenue Rowland Heights, CA 91748 |
| 1100144235 | Margarita and Abel Reyes | 07/13/05 | $226,400.00 | $249,939.77 | $ 179,000.00 | 105 Forrest Avenue Lodi, CA 95240 |
| 1100145002 | William J Espejo | 07/11/05 | $137,600.00 | $148,775.50 | $ 205,000.00 | 7015 Northwest 173 Drive 208 Miami, FL 33015 |
| 1100145406 | Gabriel and Hilda Hernandez | 07/21/05 | $412,500.00 | $425,121.89 | $ 149,000.00 | 28200 Via Princessa Murrieta, CA 92563 |
| 1100145457 | Isidoro Sevilla | 07/07/05 | $277,015.00 | $297,390.54 | $ 175,000.00 | 8300 Lichen Drive Citrus Heights, CA 95621 |
| 1100145936 | Jose Luis and Lorenza Toledo | 07/22/05 | $295,000.00 | $312,224.96 | $ 273,900.00 | 2132 West Orange Grove Avenue, Pomona, CA 91768 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1100146096 | Daniel and Joan Barrera | 07/27/05 | $139,920.00 | $150,927.92 | $ 183,000.00 | 12420 Towner Avenue Northeast Albuquerque, NM 87112 |
| 1100146305 | Gumaro Tapia and Patricia Segura | 07/18/05 | $254,000.00 | $273,265.06 | $ 230,000.00 | 15491 South 6th Street Lathrop, CA 95330 |
| 1100146486 | Vidal Covarrubias | 07/20/05 | $375,200.00 | $391,929.38 | $ 380,000.00 | 825 N Dickel Street Anaheim, CA 92805 |
| 1100143203 | Norma L Rubi | 6/29/2005 | $273,600.00 | $307,952.08 | $ 355,000.00 | 20930 Northeast 26 Avenue Miami, FL 33180 |
| 1100144928 | Rafael N De La Luz | 7/5/2005 | $448,000.00 | $496,794.00 | $ 485,000.00 | 27785 East 11th Street Hayward, CA 94544 |
| 1100144186 | Chantal Stokes | 6/30/2005 | $284,000.00 | $307,090.48 | $ 275,000.00 | 199 Colorado Street Mattapan, MA 02126 |