# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank, NA

*D&G Reference: 214108*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127040863 | David Sandoval | 11/30/05 | $572,000.00 | $610,925.24 | $619,000.00 | 10891 Allen Drive Garden Grove CA 92840 |
| 1127041045 | Sandra Lucia Alvarez | 12/01/05 | $220,000.00 | $237,643.84 | $209,000.00 | 848 Jennifer Street Brawley CA 92227 |
| 1127041279 | James  Miersma | 09/01/07 | $384,000.00 | $418,403.84 | $360,000.00 | 10009 Pinehurst Avenue Bellflower CA 90706 |
| 1127041886 | Richard Wojciechowsk | 08/01/07 | $243,200.00 | $259,729.62 | $189,900.00 | 300 Venetian Drive Clearwater FL 33755 |
| 1115034645 | Jon Pirincci | 01/18/06 | $414,800.00 | $429,729.36 | $419,000.00 | 13331 Moorpark Street Sherman Oaks, CA 91423 |
| 1115037641 | Jose Collado | 04/27/06 | $360,000.00 | $378,995.01 | $370,000.00 | 107-12 91st Street Ozone Park, NY 11417 |
| 1115038307 | Kalomo Pierre | 05/24/06 | $360,000.00 | $379,304.56 | $425,000.00 | 114 Grandview Avenue Staten Island, NY 10303 |