# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-HE3
*D&G Reference: 214103*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300029022 | Roberto E Gonzalez | 01/05/07 | $359,200.00 | $401,100.99 | $305,000.00 | 1801 Vicksburg Avenue, Oakland, CA 94601 |
| 1300028866 | Manuel Garcia | 12/29/06 | $308,000.00 | $345,747.52 | $299,500.00 | 729 East avenue K 7 Lancaster CA 93535 |
| 1300028861 | Arnel Y Obieta and Gayle L Obieta | 01/09/07 | $292,000.00 | $323,938.96 | $289,900.00 | 9236 Tobias Avenue Panorama City CA 91402 |
| 1300028855 | Aldo Robriguez Lopez | 12/28/06 | $280,000.00 | $306,081.86 | $290,000.00 | 15060 Victory Boulevard Van Nuys CA 91411 |
| 1300028844 | Kelly Ann Reyes and Gabriel Gilbert Reyes | 12/22/2006 | $220,000.00 | $238,586.52 | $200,000.00 | 26324 Yale Street\ Hemet CA 92545 |
| 1300026883 | Tuanh Luong | 11/30/2006 | $192,800.00 | $206,396.21 | $133,000.00 | 69112 Sampson Boulevard Sacramento, CA 95824 |
| 1300027664 | Salvador Varela | 12/04/06 | $260,000.00 | $272,022.28 | $295,000.00 | 188 Rock Avenue North Plainfield, NJ 07063 |
| 1300027728 | Ronald Christopher Walls | 12/01/06 | $180,000.00 | $193,674.10 | $220,000.00 | 1905 Hilltop Road Pasadena, MD 21112 |
| 1300028592 | Enoe I Martinez | 11/30/06 | $300,000.00 | $326,902.06 | $349,000.00 | 14017 Katelyn Street Hesperia, CA 92345 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1300028595 | Hugo Giovanni De La Cr | 10/31/06 | $368,000.00 | $382,408.79 | $299,000.00 | 3746 Adobe Drive<br>Palmdale, CA 93550 |
| 1300028868 | Joseph and Tara Lee | 12/20/06 | $310,152.00 | $322,712.30 | $329,999.00 | 20 Kingdom Court<br>Ronkonkoma, NY 11779 |
| 1300030007 | Emanuel Manologlou | 12/29/06 | $118,400.00 | $132,338.28 | $ 73,000.00 | 1023 Winfield Avenue<br>Cincinnati, OH 45205 |
| 1300026487 | Joseph Grato and Joseph Merlino | 12/04/06 | $492,000.00 | $542,955.78 | $579,000.00 | 141 Platt Avenue<br>Saddle Brook, NJ 07663 |
| 1300027342 | Jessica Rivas | 12/06/06 | $268,000.00 | $291,259.70 | $210,000.00 | 2872 Robirds Court<br>Riverbank, CA 95367 |
| 1300028906 | Camelia B Inniss | 12/19/06 | $520,000.00 | $570,080.36 | $500,000.00 | 791 Lincoln Street<br>Baldwin, NY 11510 |
| 1300028948 | Milita Snell and Lauren Cummings Snell | 01/08/07 | $438,560.00 | $477,197.68 | $375,000.00 | 992 Robbinsville Edinburg Road<br>Robbinsville, NJ 08691 |