# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for HASCO 2007-NC1

*D&G Reference: 214104*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127073703 | Dwayne Adams and Dwight Beasley | 02/09/06 | $ 76,400.00 | $ 79,666.09 | $105,000.00 | 415 Wakefield Avenue Hampton, VA 23661 |
| 1127075749 | Jeremy Aragon | 02/14/06 | $ 85,600.00 | $ 94,658.81 | $ 78,000.00 | 3241 Oneal Avenue Pueblo, CO 81004 |
| 1127076473 | Patrick A Pagnotta and Anthony E Pagnotta | 02/16/06 | $103,920.00 | $111,812.25 | $129,900.00 | 3323 Elmwood Circle Pueblo, CO 81005 |
| 1127076445 | Orlando Rodriguez and Rosa Rendon | 02/08/06 | $308,000.00 | $337,294.60 | $339,900.00 | 3314 North Oak Park Avenue Chicago, IL 60634 |