# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4

*D&G Reference: 214105*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127109424 | Gary Ellis | 03/31/06 | $112,000.00 | $121,032.47 | $107,500.00 | 1904 South Zuni Street Denver, CO 80223 |
| 1127073142 | William H. and Jennifer L. Givens | 02/13/06 | $ 76,000.00 | $ 82,260.77 | $ 95,000.00 | 912 State Street Pekin, IL 61554 |
| 1127101641 | Maria Pike | 03/15/06 | $140,000.00 | $154,144.65 | $203,000.00 | 1509 South 57th Street Cicero, IL 60804 |
| 1127102843 | Kyle Miller | 03/16/06 | $159,200.00 | $171,891.30 | $195,000.00 | 5152 Roberta Lane Richton Park, IL 60471 |
| 1127109384 | Dave J Pitts | 03/27/06 | $119,000.00 | $127,722.22 | $153,000.00 | 12500 South Union Avenue Chicago IL 60628 |
| 1127109984 | Robert Lee Woodson | 04/04/06 | $184,000.00 | $215,514.13 | $249,000.00 | 5435 Haddon Ave W Chicago IL 60651 |
| 1127073144 | Afsar Sultana | 02/06/06 | $100,938.00 | $115,896.61 | $104,000.00 | 19642 Brisband Meadow Katy, TX 77449 |
| 1127075420 | Jeffrey L Skaare | 02/10/06 | $115,920.00 | $138,650.74 | $139,000.00 | 1128 Switchgrass Lane Crowley, TX 76036 |
| 1127103067 | Jamie and Tony Clayton | 03/13/06 | $144,000.00 | $152,806.48 | $188,000.00 | 514 kelli Circle Sulphur Springs, TX 75482 |

| 1127106546 | Marc R Irvine | 03/23/06 | $ 90,400.00 | $104,452.86 | $110,000.00 | 1914 Victoria Drive Garland, TX 75040 |
|---|---|---|---|---|---|---|
| 1127106642 | Terry and Lisa Youngbey | 03/31/06 | $118,500.00 | $130,106.24 | $118,900.00 | 555 E 266th Street Euclid OH 44132 |
| 1127107383 | Vicky J Lawson | 03/28/06 | $ 69,600.00 | $ 79,475.06 | $ 69,900.00 | 2255 Lake Road Akron OH 44312 |
| 1127107586 | David C Newman | 04/04/06 | $112,000.00 | $130,288.66 | $110,000.00 | 10918 Plainfield Street Houston TX 77031 |
| 1127108602 | Robert Williams | 04/05/06 | $111,999.00 | $132,335.17 | $117,500.00 | 314 Brushy Glen Drive Houston TX 77073 |
| 1127108875 | Thang Nguyen | 03/30/06 | $128,000.00 | $152,301.47 | $154,000.00 | 17002 Evening Run Lane Richmond TX 77469 |
| 1127108884 | Felipe Sanz | 03/27/06 | $431,920.00 | $503,572.74 | $495,800.00 | 622 Rio Springs San Antonio, TX 78258 |
| 1127108936 | Francisco De La Chesna | 04/17/06 | $ 73,600.00 | $ 81,184.90 | $100,000.00 | 3628 Dominican Street El Paso, TX 79936 |
| 1127109683 | Tiffany Gipson | 03/31/06 | $104,000.00 | $125,252.77 | $119,500.00 | 932-934 Potomac Drive Lancaster, TX 75134 |
| 1127105366 | Virginia Arrendondo Estrada | 03/06/06 | $383,920.00 | $436,436.73 | $349,000.00 | 356 San Bernandino Los Banos, CA 93635 |
| 1127076083 | Maria G Kimble | 02/08/06 | $264,000.00 | $291,551.59 | $195,000.00 | 336 Weatherly Drive Bakersfield, CA 93309 |
| 1127073474 | Luis Gonzalez | 02/09/06 | $560,000.00 | $609,731.71 | $595,000.00 | 1009 South G Street Oxnard, CA 93030 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127072646 | Jose Prado | 02/01/06 | $560,000.00 | $613,642.11 | $710,000.00 | 905 and 904 East Julia San Jose, CA 95112 |
| 1127072663 | Cassandra Stansberry and Dexter Levy | 02/08/06 | $471,313.00 | $551,515.45 | $575,000.00 | 35138 Nightingale Street Winchester, CA 92883 |
| 1127100381 | Lilly Bell and Jacob Mercado | 02/28/06 | $241,600.00 | $253,603.41 | $285,000.00 | 804 West Grondahl Street Covina, CA 91722 |
| 1127108481 | Ricardo F Silva | 03/31/06 | $479,200.00 | $500,535.42 | $495,000.00 | 1081 Walter Avenue Tustin, CA 92780 |
| 1127107444 | Athony T Sage | 04/12/06 | $297,500.00 | $321,213.38 | $200,000.00 | 33215 Lookout Drive Lake Elsinore, CA 92530 |
| 1127103835 | Victorino Sanchez | 3/17/2006 | $544,000.00 | $579,500.68 | $680,000.00 | 9919 Bernhardt Drive Oakland, CA 94603 |
| 1127103284 | Maria Rodriguez | 3/2/2006 | $312,000.00 | $336,699.00 | $334,000.00 | 26415 Arboretum Way Murrieta, CA 92563 |
| 1127103041 | Rafael Avina | 3/10/2006 | $340,000.00 | $373,172.87 | $335,000.00 | 1825 Holly Oak Court Manteca, CA 95336 |
| 1127102185 | Jorge and Maria Corona | 3/21/2006 | $380,800.00 | $425,479.08 | $400,000.00 | 10525 Borson Street Norwalk, CA 90650 |
| 1127108394 | Jonathan S Simmons & Ria M Sandoval | 4/4/2006 | $224,000.00 | $249,160.30 | $250,000.00 | 6295 Avila Road Yucca Valley CA 92284 |
| 1127107656 | Jhon J Pulido | 3/31/2006 | $278,000.00 | $306,408.80 | $245,000.00 | 863 Smoke wood Street Colton, CA 92324 |