IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | Re: Docket No. 7102 |

**NOTICE OF AMENDMENT TO TWELFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2008 THROUGH MARCH 31, 2008**

TO: Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On May 15, 2008, the Twelfth Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of March 1, 2008 through March 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*).

By the Fee Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of interim compensation in the amount of $171,999.60 (80% of $214,999.50) and reimbursement of expenses in the amount of $7,160.96 incurred in representation of the Official

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

1

Committee of Unsecured Creditors (the *"Committee"*) of New Century TRS Holdings, Inc., *et al.* (the *"Debtors"*) during the period of March 1, 2008 through March 31, 2008 (the *"Application Period"*).

In Paragraph 12 of the Fee Application, the blended billing rate of $365.60 per hour should be changed to $359.71.

Additionally, the Professional Background page attached as Exhibit A to the Fee Application has been amended to reflect the correct total compensation amount of $214,999.50, the total billed hours of 597.70 and the blended rate of $359.71. A revised Professional Background page is attached hereto as Exhibit A.

Dated:   May 16, 2008

                BLANK ROME LLP

                */s/ Bonnie Glantz Fatell*
                Bonnie Glantz Fatell (No. 3809)
                Regina Stango Kelbon
                David W. Carickhoff (No. 3715)
                1201 Market Street, Suite 800
                Wilmington, Delaware 19801
                Telephone:    (302) 425-6400
                Facsimile:    (302) 425-6464

                Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al

# Exhibit A

# NEW CENTURY OFFICIAL COMMITTEE
## PROFESSIONAL BACKGROUND
### MARCH 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gulant, J. | Partner Since 1997, Member of NY Bar Since 1986, Member of PA Bar Since 1993, Area of Expertise - Business Tax | $640.00 | 6.70 | $4,288.00 |
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972, Area of Expertise - Employment, Benefits and Labor | $635.00 | 23.30 | $14,795.50 |
| Biron, T. | Partner Since 1984, Member of DC Bar Since 1993, Member of NJ Bar Since 1987, Member of PA Bar Since 1972, Area of Expertise - Business Restructuring and Bankruptcy | $635.00 | 0.30 | $190.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 57.80 | $34,680.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 49.90 | $27,445.00 |
| Wright, S. | Partner Since 2004, Member of DC Bar Since 1998, Member of MD Bar Since 1995, Area of Expertise - Litigation | $465.00 | 29.30 | $13,624.50 |
| Schaedle, M. | Partner Since 2001, Member of NJ Bar Since 1992, Member of PA Bar Since 1992, Area of Expertise - Business Restructuring and Bankruptcy | $455.00 | 0.50 | $227.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 5.30 | $2,226.00 |
| Courtney, M. | Associate Since 2005, Member of NY Bar Since 2005, Area of Expertise - Corporate, White Collar and Condemnation | $360.00 | 22.40 | $8,064.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 111.70 | $38,536.50 |
| Stewart, J. | Associate Since 2007, Member of NY Bar Since 2008, Area of Expertise - Financial Services/Real Estate | $275.00 | 21.10 | $5,802.50 |
| Stevens, K. K. | Associate Since 2007, Member of PA Bar Since 2007, Area of Expertise - Employment, Benefits and Labor | $245.00 | 32.40 | $7,938.00 |
| Seiler, M. | Associate Since 2007, Member of NJ Bar Since 2007, Member of PA Bar Since 2007, Area of Expertise - Financial Services/Real Estate | $245.00 | 55.50 | $13,597.50 |
| Gibbons, L. | Paralegal | $260.00 | 75.80 | $19,708.00 |
| Brathwaite, K. | Paralegal | $250.00 | 10.50 | $2,625.00 |
| Davilar, K. | Paralegal | $230.00 | 73.70 | $16,951.00 |
| Moody, T. | Paralegal | $200.00 | 21.50 | $4,300.00 |
| Grand Total: | | | 597.70 | $214,999.50 |
| Blended Rate: | | | | 359.71 |