# CERTIFICATE OF SERVICE

I, Bonnie Glantz Fatell, hereby certify that on May 16, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of Amendment to Twelfth Monthly Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of New Century TRS Holdings, Inc., et al., for Compensation and Reimbursement of Expenses For the Period of March 1, 2008 Through March 31, 2008**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell

# New Century TRS Holdings, Inc.
## 2002 Service List
*Via First Class Mail*

| | | |
|---|---|---|
| 500 Eagles Landing LLC<br>David A Meskan Manager<br>2100 Green St Apt 404<br>San Francisco, CA 94123 | Akin Gump Strauss Hauer & Feld LLP<br>James R Savin Esq David M Dunn Esq & Joanna F Newdeck Esq<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Aldine Independent School District<br>Susan R Fuertes<br>14910 Aldine Westfield Rd<br>Houston, TX 77032 |
| Allen & Overy LLP<br>Ken Coleman Esq<br>1221 Avenue of the Americas<br>New York, NY 10020 | Angelo Gordon & Co<br>Jed A Hart<br>245 Park Ave 26th Fl<br>New York, NY 10167 | Archer & Greiner<br>Charles J Brown III & J Jackson Shrum<br>300 Delaware Ave<br>Ste 1376<br>Wilmington, DE 19801 |
| Arnold & Porter<br>Richard M Lucas Esq & Charles A Malloy Esq<br>555 Twelfth St NW<br>Washington, DC 20004 | Ashby & Geddes PA<br>Don A Beskrone Esq<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 | Ashby & Geddes PA<br>William P Bowden & Gregory A Taylor<br>500 Delaware Ave<br>8th Fl PO Box 1150<br>Wilmington, DE 19899 |
| Ashcroft Wiles Ammann LLP<br>Anna S Raman Esq<br>1000 SW Broadway<br>Ste 1500<br>Portland, OR 97205 | Attorney for SIRVA Relocation<br>Glenn M Reisman Esq<br>Two Corporate Dr Ste 234<br>Shelton, CT 06484 | Attorney Generals Office<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St 8th Fl<br>Wilmington, DE 19801 |
| Attorney General's Office<br>Bankruptcy Department<br>Capitol Station PO Box 12548<br>Austin, TX 78711-2548 | Attorney General's Office<br>Bankruptcy Department<br>1300 I St Ste 1740<br>Sacramento, CA 95814 | Attorney General's Office<br>Bankruptcy Department<br>200 St Paul Place<br>Baltimore, MD 21202-2202 |
| Baker & Hostetler LLP<br>Donald A Workman Esq<br>1050 Connecticut Ave NW Ste 1100<br>Washington, DC 20036 | Barclays Bank PLC<br>Mark Manski Esq<br>200 Park Ave<br>New York, NY 10166 | Bartlett Hackett Feinberg PC<br>Frank F McGinn Esq<br>155 Federal St 9th Fl<br>Boston, MA 02110 |
| Bayard PA<br>Charlene D Davis Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | Bayard PA<br>Neil B Glassman Esq & Steven M Yoder Esq<br>222 Delaware Ave Ste 900<br>Wilmington, DE 19801 | Becket and Lee LLP<br>Gilbert B Weisman<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Bernstein Litowitz Berger & Grossman LLP<br>Blair A Nicholas Esq<br>12481 High Bluff Dr Ste 300<br>San Diego, CA 92130 | Bernstein Litowitz Berger & Grossman LLP<br>Salvator J Graziano Esq<br>1285 Avenue of the Americas<br>New York, NY 10019 | Bernstein Shur Sawyer & Nelson PA<br>Robert J Keach<br>100 Middle St<br>PO Box 9729<br>Portland, ME 04104-5029 |

Bialson Bergen & Schwab
Thomas M Gaa
2600 El Camino Real
Ste 300
Palo Alto, CA 94306

Bifferato Gentilotti LLC
Ian Connor Bifferato Esq & Garvan F McDaniel Esq
800 N King St Plz Level
Wilmington, DE 19801

Binder & Malter LLP
Julie H Rome Banks Esq
2775 Park Ave
Santa Clara, CA 95050

Bingham McCutchen LLP
Andrew J Gallo Esq
150 Federal St
Boston, MA 02110

Bingham McCutchen LLP
Richard H Agins Esq
One State St
Hartford, CT 06103-3178

Bingham McCutchen LLP
Robert M Dombroff Esq & Steven Wilamowsky Esq
399 Park Ave
New York, NY 10022-4689

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street Suite 800
Wilmington, DE 19801

Bloom Murr & Accomazzo PC
Eric Accomazzo & Torben Welch
410 17th St
Ste 2400
Denver, CO 80202

Brice Vander Linden & Wernick PC
Hilary B Bonial & Tyler B Jones
PO Box 829009
Dallas, TX 72382-9009

Broward County Revenue Collection Division
Jeffrey J Newton
Bankruptcy and Litigation Section
Government Center Annex 115 S Andrews Ave
Fort Lauderdale, FL 33301

Brown McCarroll LLP
Patricia B Tomasco
111 Congress Ave Ste 1400
Austin, TX 78701

Bryan Cave LLP
Katherine M Windler Esq
120 Broadway Ste 300
Santa Monica, CA 90401-2386

Bryan Cave LLP
Lawrence P Gottesman Esq & Sukyoung Suh Esq
1290 Ave of the Americas
New York, NY 10104

Buchanan Ingersoll & Rooney PC
Mary F Caloway Esq & Eric Lopez Schnabel Esq
1000 West St Ste 1410
Wilmington, DE 19801

Cadwalader Wickersham & Taft LLP
Gregory M Petrick Esq & Angela Somers Esq
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Howard R Hawkins Jr Esq
One World Financial Center
New York, NY 10281

Cairncross & Hempelmann PS
John R Knapp Jr
524 2nd Ave Ste 500
Seattle, WA 98104-2323

California Franchise Tax Board
Bankruptcy Division Chapter 11
PO Box 2952
Sacramento, CA 95812-2952

Campbell & Levine LLC
Marla R Eskin Mark T Hurford
800 North King Street
Suite 300
Wilmington, DE 19801

Celina ISD Princeton ISD City of Princeton Richardson
ISD Cedar Hill ISD City of Cedar Hill Whitewright ISD
City of Whitewright City of Hurst Arlington ISD
Castleberry ISD and Mansfield ISD
Perdue Brandon Fielder Collins & Mott LLP
Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

Chadbourne & Parke LLP
Joseph H Smolinsky & Douglas E Deutsch
30 Rockefeller Plaza
New York, NY 10112

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah, GA 31412

Citigroup Global Markets Realty Corp
Susan Mills & Bobbie Theivakumaran
390 Greenwich Street
6th Fl
New York, NY 10013

City of Jacksonville
Edward C Tannen
117 W Duval St
Ste 480
Jacksonville, FL 32202

Clear Capital
Cy Epstein
6030 Orchard Ave
Richmond, CA 94804

Cohen & Grigsby PC
Thomas D Maxson Esq
11 Stanwix St 15th Fl
Pittsburgh, PA 15222-1319

Comptroller of Public Accounts
Bankruptcy Department
Lyndon B Johnson State Office Building
111 E 17th St
Austin, TX 78774

Comptroller of Public Accounts Texas
Jay W Hurst
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Connolly Bove Lodge & Hutz LLP
Jeffrey C Wisler Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
The Nemours Bldg
1007 N Orange St PO Box 2207
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq & Marc J Phillips Esq
1007 N Orange St
Wilmington, DE 19801

Contrarian Capital Management LLC
Mark Lee
411 W Putnam Ave Ste 225
Greenwich, CT 06830

Cooley Godward Kronish LLP
Gregg S Kleiner
101 California St 5th Fl
San Francisco, CA 94111-2222

Coremetrics Inc
Seth R Weissman Esq VP & General Counsel
1840 Gateway Dr Ste 320
San Mateo, CA 94404

Countrywide Home Loans Inc
Paul T Liu Esq & John Guerry Esq
5220 Las Virgenes Rd
MS AC 11
Calabasas, CA 91302

Cross & Simon LLC
Christopher P Simon & Kevin S Mann
913 N Market St 11th Fl
Wilmington, DE 19899-1380

David G Baker Esq
105 Union Wharf
Boston, MA 02109

Day Pitney LLP
Amish R Doshi Esq
7 Times Sq
New York, NY 10036-7311

Deckelbaum Ogens & Raftery Chtd
Bryn H Sherman Esq
3 Bethesda Metro Center Ste 200
Bethesda, MD 20814

Delaware Department Of Justice
Bankruptcy Department
Division Of Securities
820 N French St 5th Fl
Wilmington, DE 19801

Delaware Dept Of Labor
Secretary
4425 N Market St
4th Fl
Wilmington, DE 19802

Delaware Dept Of Natural Resources & Environmental Control
Bankruptcy Department
John A Hughes Secretary
89 Kings Hwy
Dover, DE 19901

Delaware Sec of State
Division of Corporations
Franchise Tax Division
PO Box 7040
Dover, DE 19903

Division of Unemployment Ins
Department of Labor
4425 N Market St
Wilmington, DE 19802

Dorsey & Whitney LLP
Chris Lenhart Esq
50 S Sixth St Ste 1500
Minneapolis, MN 55402-1498

Douglas J DeGlopper
Attorney for Marion County Treasurer
318 E 64th St
Indianapolis, IN 46220

Drinker Biddle & Reath LLP
Andrew C Kassner Esq & Howard A Cohen Esq
1100 N Market St Ste 1000
Wilmington, DE 19801

Duane Morris LLP
Michael R Lastowski and Christopher M Lastowski
1100 N Market St Ste 1200
Wilmington, DE 19801

Eckert Seamans Cherin & Mellot LLC
Michael Busenkell & Tara L Lattomus
300 Delaware Ave Ste 1210
Wilmington, DE 19801

Edwards Angell Palmer & Dodge LLP
William E Chipman Jr Esq
919 Market St Ste 1500
Wilmington, DE 19801

Elliott Greenleaf
Rafael X Zahralddin-Aravena & Neil R Lapinski
1000 West St Ste 1440
Wilmington, DE 19899

eMortgage Logic LLC
Gene O Bannon Exce VP
8317 Whitley Rd
Fort Worth, TX 76148

Employee Benefits Security Administration Philadelphia Regional Office
Mabel Capolongo Director
Curtis Ctr
170 S Independence Mall West Ste 870 West
Philadelphia, PA 19106-3317

Erskine & Tulley A Professional Corporation
Robert P Gates Esq
220 Montgomery St Ste 303
San Francisco, CA 94104

RLF1-3265554-1
127340.01600/40173998v.1

| | | |
|---|---|---|
| Ervin Cohen & Jessup LLP<br>Randall S Leff Esq & Eric M Heller Esq<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90212-2974 | Eschelon Telecom Inc<br>Dennis D Ahlers<br>730 Second Ave S Ste 900<br>Minneapolis, MN 55402 | Farrell Frtiz PC<br>Ted A Berkowitz<br>1320 Reckson Plaza<br>Uniondale, NY 11556-1320 |
| Featherstone Petrie DeSisto LLP<br>Andrew J Petrie<br>600 17th St Ste 2400 S<br>Denver, CO 80202-5424 | Fidelity National Title Company<br>Attn Wayne Fong<br>17911 Von Karman<br>Ste 300<br>Irvine, CA 92614-6253 | Filardi Law Offices LLC<br>Charles J Filardi Jr<br>65 Trumbull St<br>Second Floor<br>New Haven, CT 06510 |
| Finlayson Augustini & Williams LLP<br>Jesse S Finlayson & Michael R Williams<br>110 Newport Center Dr<br>Ste 100<br>Newport Beach, CA 92660 | Fox Rothschild LLP<br>Daniel K Astin & Anthony M Saccullo & Carl D Neff Esq<br>Citizens Bank Center<br>919 N Market St Ste 1300 PO Box 2323<br>Wilmington, DE 19899-2323 | Frank Gecker LLP<br>Joseph D Frank<br>325 N LaSalle St Ste 625<br>Chicago, IL 60610 |
| Friedlander Misler Sloan Kletzkin & Ochsman PLLC<br>Robert E Greenberg Esq<br>1101 Seventeenth St NW Ste 700<br>Washington, DC 20036-4704 | Gay McCall Isaacls Gordon & Roberts PC<br>David McCall<br>777 E 15th St<br>Plano, TX 75074 | Gebhardt & Smith LLP<br>Michael G Gallerizzo Esq<br>901 Market St Ste 451<br>Wilmington, DE 19801 |
| Gerard Singer Levick PC<br>Larry A Levick Esq & Michelle E Shriro Esq<br>16200 Addison Rd Ste 140<br>Addison, TX 75001 | GMAC Commercial Finance LLC<br>Hernando Azarcon<br>Senior Legal Coordinator<br>3000 Town Center Ste 280<br>Southfield, MI 48075 | Goldberg Kamin & Garvin<br>John J Arminas Esq<br>1806 Frick Bldg<br>437 Grant St<br>Pittsburgh, PA 15219 |
| Graham Vaage & Cisneros<br>Susan L Vaage<br>500 N Brand Blvd Ste 1030<br>Glendale, CA 91203 | Grant & Morasse<br>Steven R Morasse & Desmond J Collins<br>4921 Birch St<br>Ste 120<br>Newport Beach, CA 92660 | Greenberg Traurig LLP<br>Daniel Ansell & Kenneth Philbin<br>MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| Greenberg Traurig LLP<br>Victoria W Counihan & Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St Ste 1200<br>Wilmington, DE 19801 | Greenwich Capital Financial Products<br>General Counsel & Frank Skibo<br>600 Steamboat Rd<br>Greenwich, CT 06830 | Gust Rosenfeld PLC<br>Madeleine C Wanslee<br>210 E Washington Ste 800<br>Phoenix, AZ 85004-2327 |
| Hahn & Hessen LLP<br>Mark T Power, Mark S Indelicato and Jeffrey L Schwartz<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, NY 10022 | Honigman Miller Schwartz & Cohn LLP<br>Bruce L Segal<br>38500 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | Hunton & Williams LLP<br>JR Smith & Jason W Harbour<br>Riverfront Plaza E Tower<br>951 E Byrd St<br>Richmond, VA 23219 |
| IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr<br>Dallas, TX 75234 | IBM Credit LLC<br>Bruce Gordon<br>Special Handling Group MD NC322<br>North Castle Dr<br>Armonk, NY 10504 | IKON Financial Services<br>Rosa Dominy<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 |

Ikon Office Solutions Recovery & Bankruptcy
Keith Clements
3920 Arkwright Rd Ste 400
Macon, GA 31210

Imperial County Treasurer - Tax Collector
Flora Garcia
940 West Main Street
Suite 106
El Centro, CA 92243

InspiriTec
Dean Marino
8 Gray Hawk Lane
Thornton, PA 19373

Integrated Payment Systems Inc
Larry Thomas
Meridian Bldg
12500 E Belford Ave Mail Stop M12B
Englewood, CO 80112

Internal Revenue Service
Insolvency Section
31 Hopkins Plz
Rm 1150
Baltimore, MD 21201

Irs Local Office
844 King St
Wilmington, DE 19801

Jeffer Mangels Butler & Marmaro LLP
Barry Freeman Esq & David Poitras Esq
1900 Ave of the Stars 7th Fl
Los Angeles, CA 90067

John P Dillman
PO Box 3064
Houston, TX 77253-3064

Jorden Burt LLP
Frank G Burt Esq Raul A Cuervo Esq & W Glenn Merten Esq
1025 Thomas Jefferson St NW
Ste 400 E
Washington, DC 20007-5208

Katsky Korins LLP
Steven H Newman
605 Third Ave 16Th Floor
New York, NY 10158

Kaye Scholer LLP
Margot B Schonholtz & Mark F Liscio
425 Park Ave
New York, NY 10022

Kelley Drye & Warren LLP
David E Retter Esq & Christen A Lambrianakos Esq
101 Park Ave
New York, NY 10178

Kirkland & Ellis LLP
Paul M Basta & Joshua A Sussberg
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Edward M Fox Esq
599 Lexington Ave
New York, NY 10022-6030

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Michael J Missal
1601 K Street NW
Washington, DC 20006

Kirkpatrick & Lockhart Preston Gates Ellis LLP
Rebecca L Kline Dubill Esq & Stephen G Topetzes Esq
1601 K Street NW
Washington, DC 20006-1600

Kitchens Kelley Gaynes PC
Heather D Dawson Esq
11 Piedmont Center Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

Klehr Harrison Harvey Branzburg & Ellers LLP
Joanne B Wills Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Christopher A Ward Esq
919 Market St Ste 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg & Ellers LLP
Richard M Beck Esq & Michael W Yurkewicz Esq
919 Market St Ste 1000
Wilmington, DE 19801

Lamm Rubenstone Lesavoy Butz & David LLC
Sherry D Lowe Esq
3600 Horizon Blvd Ste 200
Trevose, PA 19053

Landis Rath & Cobb LLP
Adam G Landis Esq
919 Market St Ste 600
Wilmington, DE 19801

Landis Rath & Cobb LLP
Richard S Cobb Esq & Matthew B McGuire Esq
919 Market St Ste 600
Wilmington, DE 19801

Lankenau & Miller LLP
Stuart J Miller
1775 Broadway Ste 610
New York, NY 10019

Latham & Watkins LLP
Michael J Riela
885 Third Ave
53rd at Third Ste 1000
New York, NY 10022-4068

Law Office of James F Bailey PA
James F Bailey Jr
Three Mill Rd
Ste 306A
Wilmington, DE 19806

Law Office of John A Vos
John A Vos Esq
1430 Lincoln Ave
San Rafael, CA 94901

| | | |
|---|---|---|
| Law Offices of Michael McArdle<br>Michael McArdle Esq<br>204 Lafayette St<br>Salem, MA 01970 | Leo & Weber PC<br>T Scott Leo Esq and Grace Winkler Cranley Esq<br>One N LaSalle St Ste 3600<br>Chicago, IL 60602 | Leslie Marks<br>3099 Suter St<br>Oakland, CA 94602 |
| Levy Small & Iallas<br>Leo D Plotkin Esq<br>815 Moraga Dr<br>Los Angeles, CA 90049-1633 | Linebarger Goggan Blair & Sampson LLP<br>David G Aelvoet<br>Travis Bldg 711 Navarro Ste 300<br>San Antonio, TX 78205 | Linebarger Goggan Blair & Sampson LLP<br>Diane W Sanders<br>1949 South IH 35<br>PO Box 17428<br>Austin, TX 78760 |
| Linebarger Goggan Blair & Sampson LLP<br>Elizabeth Weller<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201 | Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Lowenstein Sandler PC<br>Michael S Etkin Esq & Ira M Levee Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 |
| Machiline Xiong<br>603 Jensen Place<br>Placentia, CA 92870 | Malolm & Cisneros A Law Corporation<br>William G Malcolm<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612 | Manatee County Tax Collector<br>Susan D. Profant and Ken Burton Jr.<br>PO Box 25300<br>819 US 301 Blvd W<br>Bradenton, FL 34206-5300 |
| Margolis Edelstein<br>James E Huggett Esq<br>750 S Madison St Ste 102<br>Wilmington, DE 19801 | Maryland State Dept of Assessments and Taxation<br>Bankruptcy Department<br>301 W Preston St<br>Baltimore, MD 21201 | Mayer Brown LLP<br>Thomas S Kiriakos Esq & Sean T Scott Esq<br>71 S Wacker Dr<br>Chicago, IL 60606 |
| Mayer Brown Rowe & Maw LLP<br>Raniero D Aversa Jr Esq & Laura D Metzger Esq<br>1675 Broadway<br>New York, NY 10019-5820 | McCalla Raymer LLC<br>A Michelle Hart<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | McCarter & English LLP<br>William F Taylor Jr Esq & Katharine L Mayer Esq<br>919 N Market Ste 1800<br>PO Box 111<br>Wilmington, DE 19899 |
| McCreary Veselkda Bragg & Allen PC<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680 | McGuire Woods LLP<br>David I Swan Esq & Kenneth M Misken Esq<br>1750 Tysons Blvd Ste 1800<br>McLean, VA 22102-4215 | McGuire Woods LLP<br>Sally E Edison Esq<br>Dominion Tower<br>625 Liberty Ave 23rd Fl<br>Pittsburgh, PA 15222-3142 |
| Miami Dade County Tax Collector<br>Paralegal Unit Linda Eugene<br>140 W Flagler St<br>Ste 1403<br>Miami, FL 33130 | Michael A Cox<br>Attorney General<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | Milbank Tweed Hadley & McCloy LLP<br>Luc A Despins Esq & Wilbur F Foster Esq<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Missouri Department of Revenue Bankruptcy Unit<br>Sheryl L Moreau<br>General Counsels Office<br>301 W High St Room 670 PO Box 475<br>Jefferson City, MO 65105-0475 | Monzack & Monaco PA<br>Francis A Monaco Jr Esq<br>1201 N Orange St Ste 400<br>PO Box 2031<br>Wilmington, DE 19899-2031 | Morgan Lewis & Bockius LLP<br>Wendy S Walker Esq<br>101 Park Ave<br>New York, NY 10178 |

RLF1-3265554-1
127340.01600/40173998v.1

| | | |
|---|---|---|
| Morris James LLP<br>Brett D Fallon Esq<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris James LLP<br>Stephen M Miller<br>500 Delaware Ave Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Morris Nichols Arsht & Tunnel LLP<br>Robert J Dehney Gregory W Werkheiser & Daniel B Butz<br>1201 N Market St<br>PO Box 1347<br>Wilmington, DE 19899-1347 |
| Munsch Hardt Kopf & Harr PC<br>Mark H Ralston Esq & Davor Rukavina Esq<br>3800 Lincoln Plz<br>500 N Akard St<br>Dallas, TX 75201 | Nixon Peabody LLP<br>Dennis J Drebsky Esq<br>437 Madison Ave<br>New York, NY 10022 | Nixon Peabody LLP<br>Mark N Berman Esq<br>100 Summer St<br>Boston, MA 02110-1832 |
| Northeast Regional Office<br>Bankruptcy Department<br>Mark Schonfeld Regional Director<br>3 World Financial Ctr Room 4300<br>New York, NY 10281 | O'Melveny & Myers LLP<br>Suzzanne S Uhland Ben H Logan Victoria Newmark<br>Emily R Culler<br>275 Battery Street<br>San Francisco, CA 94111 | Office of Joe G Tedder CFC<br>Sari E Meador<br>Delinquency and Enforcement<br>Tax Collector for Polk County Florida PO Box 2016<br>Bartow, FL 33831-2016 |
| Office of the Attorney General<br>Carol E Momjian<br>21 S 12th St<br>3rd Fl<br>Philadelphia, PA 19107 | Office of the United States Trustee<br>Joseph J McMahon Jr Esquire<br>J Caleb Boggs Federal Building<br>844 King Street Room 2207 Lockbox #35<br>Wilmington, DE 19801 | Office of the US Trustee<br>844 King St<br>Ste 2313 Lockbox 35<br>Wilmington, DE 19801-3519 |
| Ohio Attorney's General Office<br>Matthew J Lampke Assistant Chief<br>30 E Broad St 26th Fl<br>Columbus, OH 43215-4200 | Oklahoma County Treasurer<br>Gretchen Crawford<br>Assistant District Attorney<br>320 Robert S Kerr Room 307<br>Oklahoma City, OK 73102 | Olson Cannon Gormley & Desruisseaux<br>Christine Roberts<br>9950 W Cheyenne Ave<br>Las Vegas, NV 89129 |
| Pasadena ISD<br>Dexter D Joyner<br>4701 Preston<br>Pasadena, TX 77505 | Paul Hastings Janofsky & Walker LLP<br>Keith W Miller & James R Bliss<br>Park Ave Tower<br>75 E 55th St First Floor<br>New York, NY 10022 | Paul Hastings Janofsky & Walker LLP<br>Richard A Chesley & Kimberly D Newmarch<br>191 N Wacker Dr<br>30th Fl<br>Chicago, IL 60606 |
| Pepper Hamilton<br>David M. Fournier<br>1313 Market Street<br>Suite 5100<br>Wilmington, DE 19801 | Pepper Hamilton LLP<br>David B Stratton Esq<br>Hercules Plz Ste 5100<br>1313 Market St PO Box 1709<br>Wilmington, DE 19899-1709 | Pepper Hamilton LLP<br>Henry Jaffe Esq<br>1313 Market St<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Perdue Brandon Fielder Collins & Mott LLP<br>John Banks<br>3301 Northland Dr Ste 505<br>Austin, TX 78731 | Phelan Hallinan and Schmieg LLP<br>Judith T Romano Esq<br>1617 John F Kennedy Blvd Ste 1400<br>Philadelphia, PA 19103 | Phillips Goldman & Spence PA<br>Lisa C McLaughlin Esq<br>1200 N Broom St<br>Wilmington, DE 19806 |
| Pima County Attorney Civil Division<br>German Yusufov & Terri A Roberts & Barbara Lawall<br>32 N Stone Ste 2100<br>Tucson, AZ 85701 | Post & Schell PC<br>Brian W Bisignani Esq<br>17 North 2nd St<br>12th Fl<br>Harrisburg, PA 17101-1601 | Potter Anderson & Corroon LLP<br>Laurie Selber Silverstein Esq<br>1313 N Market St 6th Fl<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Property Management Professionals LLC<br>Kurt Henry<br>1512 Royce Dr<br>Locust Grove, GA 30248 | Proskauer Rose LLP<br>Sheldon I Hirshon Esq<br>1585 Broadway<br>New York, NY 10036-8299 | Quadrangle Group LLC<br>Michael Weinstock<br>375 Park Ave 14th Fl<br>New York, NY 10152 |
| Qwest Legal Department<br>Mitchell W Katz Esq<br>1801 California St Ste 900<br>Denver, CO 80202 | Ray Wood & Bonilla<br>Andrew Dylan Wood<br>PO Box 165001<br>Austin, TX 78716 | Receivable Management Services<br>Phyllis A Hayes<br>PO Box 5126<br>Timonium, MD 21094 |
| Reed Smith LLP<br>Claudia Z Springer Esq<br>2500 One Liberty Pl<br>1650 Market St<br>Philadelphia, PA 19103-7301 | Reed Smith LLP<br>Kurt F Gwynne Esq<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | Reeves & Seidler<br>Felix A Seidler<br>2527 Santa Clara Ave<br>Alameda, CA 94501-4633 |
| Rich F Martin<br>8109 Santa Luz Village Green S<br>San Diego, CA 92127 | Richards Layton & Finger PA<br>Mark D Collins Michael J Merchant<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Riverside Claims LLC<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Robert P Cocco PC<br>Robert P Cocco Esq<br>437 Chestnut St Ste 1006<br>Philadelphia, PA 19106 | Romero Law Firm<br>Martha E. Romero<br>6516 Bright Avenue<br>Whittier, CA 90601 | Rosenthal Monhait & Goddess PA<br>Norman M Monhait Esq<br>919 Market St Ste 1401<br>PO Box 1070<br>Wilmington, DE 19899-1070 |
| San Benito County Tax Collector<br>440 Fifth St Room 107<br>Hollister, CA 95023 | Santoro Driggs Walch Kearney Johnson & Thompson<br>Victoria L Nelson Esq & Ogonna M Atamoh Esq<br>400 S Fourth St Third Fl<br>Las Vegas, NV 89101 | Saul Eqing LLP<br>Mark Minuti Esq<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 |
| SEC<br>15th & Pennsylvania Ave NW<br>Washington, DC 20020 | SEC<br>Nathan Fuchs<br>233 Broadway<br>New York, NY 10279 | Sec Headquarters<br>Bankruptcy Department<br>Office Of Investor Education And Assistance<br>100 F St Ne<br>Washington, DC 20549 |
| Secretary Of State<br>Division Of Corporations<br>Franchise Tax<br>PO Box 7040<br>Dover, DE 19903 | Secretary Of Treasury<br>PO Box 7040<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St Ne<br>Washington, DC 20549 |
| Sherwood and Hardgrove<br>Don C Sherwood Esq<br>11812 San Vincente Blvd Ste 210<br>Los Angeles, CA 90049-6622 | Shipman & Goodwin LLP<br>Julie A Manning Esq<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Skadden Arps Slate Meagher & Flom LLP<br>DJ Baker Esq & Rosalie W Gray Esq<br>Four Time Square<br>New York, NY 10036-6522 |

| | | |
|---|---|---|
| Skadden Arps Slate Meagher & Flom LLP<br>Megan E Cleghorn Esq<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Slatkin & Reynolds, P.A.<br>Robert F. Reynolds<br>One East Broward Boulevard<br>Suite 700<br>Fort Lauderdale, FL 33301 | Smith Stern Friedman & Nelms PC<br>Fielder F Nelms Esq<br>6688 North Central Expressway<br>Suite 550 LB 37<br>Dallas, TX 75206 |
| State Board of Equalization<br>Bankruptcy Department<br>PO Box 942879<br>Sacramento, CA 94279-0001 | State of Delaware<br>Randy Weller MS 25<br>Div of Revenue<br>820 N French St 8th Fl<br>Wilmington, DE 19801-0820 | State Of Delaware Division Of Revenue<br>Bankruptcy Department<br>Carvel State Office Bldg 820 N French St<br>Wilmington, DE 19801 |
| State of Michigan Dpet of Treasury<br>Deborah Waldmeir<br>Cadillac Pl<br>3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | State of New Jersey Division of Taxation & Department of Labor<br>Anne Milgram<br>25 Market St PO Box 119<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0119 | State Treasurer's Office<br>Bankruptcy Department<br>915 Capitol Mall Suite 110<br>Sacramento, CA 95814 |
| Stevens & Lee PC<br>Joseph Grey<br>1105 N Market St<br>Seventh Fl<br>Wilmington, DE 19801 | Stevens & Lee PC<br>Joseph H Huston Jr<br>1105 N Market St<br>Ste 700<br>Wilmington, DE 19801 | Stites & Harison PLLC<br>Robert Goodrich Esq<br>1800 Fifth Third Center<br>424 Church St<br>Nashville, TN 37219-2376 |
| Sullivan Hazeltine Allinson LLC<br>Willam A Hazeltine Esq<br>4 East 8th St<br>Ste 400<br>Wilmington, DE 19801 | Tennessee Dept of Labor & Workforce Development<br>c/o TN Atty General Office<br>PO Box 20207<br>Nashville, TN 37202-0207 | The CIT Group Business Credit Inc<br>Renee Singer<br>505 Fifth Ave<br>3rd Fl<br>New York, NY 10017 |
| The Gardner Firm PC<br>Mary E Olsen M Vance McCrary & J Cecil Gardner<br>1119 Government St<br>PO Drawer 3103<br>Mobile, AL 36652 | The Ralston Law Firm<br>Mark H Ralston Esq<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 | The State of MI Dept of Treasury<br>Michael A Cox & Julius O Curling<br>3030 W Grand Blvd<br>Cadillac Place Ste 10 200<br>Detroit, MI 48202 |
| Time Warner Telecom Inc<br>Linda Boyle<br>10475 Park Meadows Dr<br>Ste 400<br>Littelton, CO 80124 | Trainor Fairbrook<br>Nancy Hotchkiss Esq<br>PO Box 255824<br>Sacramento, CA 95865 | Travelers<br>Scot Freeman Case Manager<br>National Accounts<br>1 Tower Sq 5MN<br>Hartford, CT 06183-4044 |
| Trush Law Office<br>James M Trush Esq<br>695 Town Center Dr Ste 700<br>Costa Mesa, CA 92626-7187 | Turner Reynolds Greco & O'Hara<br>Richard J Reynolds<br>16485 Laguna Canyon Rd Ste 250<br>Irvine, CA 92618 | Union Bank of California<br>Diane J Richey Esq Vice President and Senior Counsel<br>445 S Figueroa St<br>Los Angeles, CA 90071 |
| US Attorneys Office<br>Ellen W Slights<br>1007 Orange St<br>7th Fl<br>Wilmington, DE 19899-2046 | US Department of Justice<br>Alberto P Gonzales<br>US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | US Department of Justice<br>Jan M Geht<br>PO Box 227<br>Tax Division<br>Washington, DC 20044 |

RLF1-3265554-1
127340.01600/40173998v.1

| | | |
|---|---|---|
| Us Dept Of Labor<br>Administrative Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Benefits Review Board<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Us Dept Of Labor<br>Employee Benefits Security Admin LA Regional Office<br>1055 E Colorado Blvd Ste 200<br>Attn Billy Beaver<br>Pasadena, CA 91106-2341 |
| Us Dept Of Labor<br>Secretary Elaine Chao<br>Frances Perkins Building<br>200 Constitution Ave Nw<br>Washington, DC 20210 | Vinson & Elkins LLP<br>John E Mitchell Esq<br>Trammell Crow Center<br>2001 Ross Ave Ste 3700<br>Dallas, TX 75201 | Warren H Smith & Associates<br>Warren H Smith<br>325 N St Paul<br>Ste 1275 Republic Center<br>Dallas, TX 75201 |
| Washington Mutual<br>David H Zielke Esq Vice President & Assitant General Counsel<br>1301 Second Ave WMC 3501<br>Seattle, WA 98101 | Weiland Golden Smiley Wang Ekvall & Strok LLP<br>Jeffrey I Golden Esq & Hutchinson B Meltzer Esq<br>650 Town Center Dr Ste 950<br>Costa Mesa, CA 92626 | Wells Fargo Bank NA<br>James R Lewis VP<br>45 Broadway<br>14th Floor<br>New York, NY 10006 |
| Wells Fargo Bank NA<br>Thomas M Korsman Vice President<br>MAC N9303-120<br>608 2nd Ave S<br>Minneapolis, MN 55479 | Werb & Sullivan<br>Brian A. Sullivan & Amy D. Brown<br>300 Delaware Avenue<br>13th Floor<br>Wilmington, DE 19801 | William D Sullivan LLC<br>Elihu E Allinson III Esq<br>4 E 8th St Ste 400<br>Wilmington, DE 19801 |
| Wilshire Credit Corporation<br>PO Box 1650<br>Portland, OR 97207-1650 | Winston & Strawn LLP<br>Matthew Botica Esq David Wirt Esq & Grayson Walter Esq<br>35 W Wacker Dr<br>Chicago, IL 60601 | Wolfe & Wyman LLP<br>Stuart B Wolfe Esq & Yaron Shaham Esq<br>5 Park Plz Ste 1100<br>Irvine, CA 92614 |
| Wolff & Samson PC<br>Carlos G Manalansan Esq<br>The Offices of Crystal Lake<br>One Boland Dr<br>West Orange, NJ 07052 | Womac & Associates<br>Brian D Womac & Denise H Mitchell<br>Two Memorial City Plaza<br>820 Gessner Ste 1540<br>Houston, TX 77024 | Womble Carlyle Sandridge & Rice PLLC<br>Steven K Kortanek<br>222 Delaware Ave<br>Ste 1501<br>Wilmington, DE 19801 |
| Wright Finlay & Zak LLP<br>T Robert Finlay Esq & Donna L La Porte Esq<br>4665 MacArthur Ct Ste 280<br>Newport Beach, CA 92660 | XRoads Case Management Services<br>PO Box 8901<br>Marina Del Rey, CA 90295 | Yellow Book USA<br>Philip Thompson<br>Collections Department<br>2560 Renaissance Blvd<br>King of Prussia, PA 19406 |
| Young Conaway Stargatt & Taylor LLP<br>Edwin J Harron & Patrick A Jackson<br>The Brandywine Bldg<br>1000 West St 17th Floor<br>Wilmington, DE 19801 | Young Conaway Stargatt & Taylor LLP<br>Michael R Nestor<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 | Young Conaway Stargatt & Taylor LLP<br>Robert S Brady<br>The Brandywine Bldg<br>1000 West St 17th Fl PO Box 391<br>Wilmington, DE 19899-0391 |
| Zachary Mosner<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Ave Ste 2000<br>Seattle, WA 98104-3188 | | |

RLF1-3265554-1
127340.01600/40173998v.1