# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* 720-US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1

*D&G Reference: 214166*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127074731 | Charles Laipply Jr | 02/13/06 | $237,576.00 | $251,299.92 | $219,000.00 | 11043 Stone Branch Drive Riverview, FL 33569 |
| 1127075527 | Ollga Morgado | 02/15/06 | $264,000.00 | $280,867.59 | $325,000.00 | 45 Geneva Street Elizabeth, NJ 07206 |
| 1127100530 | Arno and Tammy Albritton | 03/16/06 | $ 79,600.00 | $84,959.32 | $118,000.00 | 1489 Weiser River Road Weiser, ID 83672 |
| 1127103413 | Manuel Sanchez | 03/09/06 | $304,000.00 | $334,195.93 | $191,000.00 | 17 East 16th Street Antioch, CA 94509 |