# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** a : | **Case No. 07-10416 (KJC)** |
| Delaware corporation, et al.,[1] : | |
| : | **Jointly Administered** |
| : | |
| **Debtors.** : | |
| : | Re: Docket No. 6444 |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Motion for Order Approving Settlements Between Debtors and Various Claimants Regarding Lease Agreements and Other Contracts** (the "Motion") filed on April 28, 2008.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections or responses to the Motion (if any) were to be filed and served no later than **May 14, 2008 at 4:00 p.m.**

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

RLF1-3284497-1

It is hereby respectfully requested that an order substantially in the form as the proposed order attached to the Motion, a copy of which is attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: May 19, 2008
      Wilmington, Delaware

                                           /s/ _____
                                           Mark D. Collins (No. 2981)
                                           Michael J. Merchant (No. 3854)
                                           Christopher M. Samis (No. 4909)
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           One Rodney Square
                                           920 North King Street
                                           Wilmington, Delaware 19801
                                           (302) 651-7700
                                           (302) 651-7701

                                           -and-

                                         Ben H. Logan
                                         Suzzanne S. Uhland
                                         Victoria H. Newmark
                                         Emily R. Culler
                                         O'MELVENY & MYERS LLP
                                         275 Battery Street
                                         San Francisco, California 94111
                                         (415) 984-8700
                                         (415) 984-8701

                                         ATTORNEYS FOR DEBTORS AND DEBTORS
                                         IN POSSESSION