Exhibit D
Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

Exhibit A

| Claim Number | Claimant | Status |
|---|---|---|
| 3234 | Blanco CAD | The Debtors have received an informal response from the claimant. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 1312 | City of New York Dept of Finance | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3342 | Lamar CAD | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2051 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 1797 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 1794 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 265 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3312 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 719 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

**Exhibit D**
**Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims**

| Claim Number | Claimant | Status |
|---|---|---|
| 3370 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3369 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3367 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3341 | St Louis City | Response filed 1/29/08; D.I. 4738. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2179 | State of Michigan | Response filed 1/10/08; D.I. 4358. The hearing on the Debtors' objection to this claim is going forward. |
| 1061 | State of New Jersey | Response filed 1/11/08; D.I. 4392. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 693 | State of Washington Department of Revenue | Response filed 1/17/08; D.I. 4500. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 1473 | State of Washington Department of Revenue | Response filed 1/17/08; D.I. 4500. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

2