Exhibit E

Status of Proofs of Claim for Debtors' Ninth Omnibus Objection (Substantive) to Certain Reduced and/or Reclassified Claims

Exhibit A

| Claim Number | Claimant | Status |
|---|---|---|
| 1581 | State of New Jersey Division of Taxation | Response filed 1/11/08; D.I. 4392. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1