Exhibit H

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 2132 | Albert A. Winters and Mana D. Garibavaka Manda D. Winters | Response filed 3/17/08; D.I. 5400. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 2295 | Alexander Davis | Response filed 3/4/08; D.I. 5237. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1217 | Anna Bailey | Response filed 3/18/08; D.I. 5413. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 3130 | Catherine C. Aquino | Response filed 3/17/08; D.I. 5398. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 3774 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3775 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

Exhibit H

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3777 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3776 | Doug Belden Hillsborough County Tax Collector | The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m |
| 1735 | Geraldine Pulliam | Response filed 3/18/08; D.I. 5423. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1221 | Kristine Porter | Response filed 3/20/08; D.I. 5442. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 3737 | La Joya Independent School District | No response has been filed. The hearing on this claim is going forward. |
| 1211 | LaMonte Andrews | Response filed 3/18/08; D.I. 5416. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1607 | Law Offices of Timothy G. McFarlin (for Robert and Deborah Massie) | Response filed 3/18/08; D.I. 5392. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |

Exhibit H

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 2388 | Lisa F. Clark | Responses filed 3/18/08 and 3/24/08; D.I. Nos. 5422 and 5458. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 2643 | Mary McGurk | Response filed 3/18/08; D.I. 5421. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 3090 | Melvin Proctor et al | Response filed 3/18/08; D.I. 5428. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 2552 | Merlin Grant | Response filed 3/18/08; D.I. 5420. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1216 | Michael and Alvia Razo | Response filed 3/18/08; D.I. 5411. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1634 | Peter H. Arkison Trustee for Pyatt | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2346 | Rhonda M. Silva aka Rhonda Silva | Response filed 3/11/08; D.I. 5318. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1998 | Rose Townsend Trust | Response filed 5393. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |
| 1220 | William Feeney | Response filed 3/18/08; D.I. 5412. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |

3

**Exhibit H**
**Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims**

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 2199 | Sprint Nextel Corporation | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3778 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 1286 | EQY Invest First Colony Owner Ltd LLP | Response filed 3/17/08; D.I. 5402. The hearing on this claim is being continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m. |

4