**Exhibit I**

**Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims**

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| | 3412 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3415 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3416 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

Exhibit I
Status of Proofs of Claim for Debtors' Fifteenth Omnibus Objection (Non-Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 3414 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
|  | 3413 | Doug Belden Hillsborough County Tax Collector | The Debtors have received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

2