Exhibit J

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

Exhibit A

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 2181 | CitiMortgage Inc. successor by reason or merger with CitiFinancial Mortgage Company Inc. fka Associates Home Equity Services Inc. | The hearing on this claim is going forward. |
| | 3608 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3613 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3610 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3616 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3607 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3606 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3592 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

Exhibit J
Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3594 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3543 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3612 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3611 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3609 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3615 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3593 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3614 | Hartford Fire Insurance Company | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3642 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

Exhibit J
Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | 3643 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3646 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3647 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3644 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 3645 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 2376 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 2424 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 2326 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| | 2371 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

3

Exhibit J

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
|  | 2339 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
|  | 2425 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
|  | 2338 | The Hartford | Response filed 4/2/08; D.I. 5634. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
|  | 2117 | The Travelers Indemnity Company and its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| **Exhibit B** | | | |
| 3763 | 3479 | Pennsylvania Department of Revenue | Response received 3/13/08; D.I. 5523. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| **Exhibit C** | | | |
| 3604 | 3605 | Barclays Bank PLC | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3601 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3599 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |

4

Exhibit J

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 3589 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3598 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3602 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3600 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 24, 2008 at 10:00 a.m. |
| 3603 | 3605 | Sutton Funding LLC | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 4, 2008 at 10:00 a.m. |
| 3588 | 3605 | Sutton Funding LLC | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on June 4, 2008 at 10:00 a.m. |
| | | **Exhibit D** | |
| | 3748 | SBC Global Services Inc. | Response filed 4/4/08; D.I. 5735. The hearing on this claim is being continued to the omnibus hearing to be held on June 4, 2008 at 10:00 a.m. |