Exhibit K
Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3544 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3548 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3536 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3547 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3537 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3545 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3549 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3557 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3546 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3555 | Natixis Real Estate Captial Inc. | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

[1]

Exhibit K

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 417 | Patrick J. Moloney | Response filed 4/24/08; D.I. 6425. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| Exhibit B | | |
| 3129 | Washington Mutual Bank | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

2