# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
*D&G Reference: 214100*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127073293 | Monica Gomez | 02/09/06 | $336,000.00 | $358,078.67 | $289,000.00 | 27499 sierra Madre Drive Murrieta, CA 92563 |
| 1127102586 | Dustin Long | 03/16/06 | $ 95,920.00 | $112,304.17 | $117,900.00 | 2 Piccadilly Lane Bella Vista, AR 72714 |