# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-AR3
*D&G Reference: 214088*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300026652 | Marcia Jackson | 12/05/06 | $ 76,000.00 | $ 86,333.49 | $ 52,000.00 | 3328 East 121st Street Cleveland OH 44120 |
| 1300028894 | Maria E Serrano | 12/28/06 | $388,000.00 | $437,541.57 | $405,000.00 | 14167 Halper Road Poway, CA 92064 |
| 1300028816 | Humberto M Lopez | 12/22/06 | $236,000.00 | $272,155.85 | $270,000.00 | 781 Madden Street, Hemet, CA 92543 |
| 1300026136 | Timothy Claxton | 12/01/06 | $464,000.00 | $513,506.71 | $530,000.00 | 22215 Crown Princess, Riverside, CA 92567 |
| 1300028883 | Jaswinder Singh | 12/19/06 | $370,400.00 | $410,435.24 | $350,000.00 | 3500 Prosperity Rose Bakersfield, CA 93313 |
| 1300027291 | Gerardo Ramirez | 12/4/2006 | $440,000.00 | $474,777.73 | $440,000.00 | 1035 W 50th Street Los Angeles, CA 90037 |
| 1300028881 | Richard and Vivian Jimenez | 12/19/2006 | $368,000.00 | $400,912.48 | $467,000.00 | 8890 Chumash Lane Riverside, CA 92509 |
| 1300026864 | John Lopez | 11/17/2006 | $221,600.00 | $239,440.22 | $165,000.00 | 520 Wisconsin Avenue Sacramento, CA 95833 |
| 1300026855 | Melinda and Chris London | 11/30/2006 | $440,000.00 | $469,169.93 | $369,900.00 | 6940 Resina Street Chino, CA 91710 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1300025877 | James R Anderson | 11/29/06 | $640,000.00 | $688,868.00 | $709,900.00 | 5202 Ilchester Oak Way<br>Ellicott City, MD 21043 |
| 1300025923 | Victoria Banks | 12/05/06 | $ 81,000.00 | $ 92,243.01 | $ 49,900.00 | 3219 East 117th Street<br>Cleveland, OH 44120 |
| 1300027035 | Rodolfo Miramontes | 12/01/06 | $220,000.00 | $243,110.04 | $250,000.00 | 16284 Larch Street<br>Hesperia, CA 92345 |
| 1300027046 | Delia and Rodolfo Molina | 12/05/06 | $437,750.00 | $469,084.84 | $379,900.00 | 8499 Blue Maiden Way<br>Elk Grove, CA 95624 |
| 1300028586 | Henry Omodiaogbe | 11/14/06 | $136,000.00 | $156,666.79 | $105,990.00 | 10810 Paulwood Drive<br>Houston, TX 77071 |
| 1300028603 | Russell Hall | 12/27/06 | $104,392.00 | $113,851.24 | $141,900.00 | 17802 Laurelton Drive<br>Humble, TX 77396 |
| 1300028896 | Ronald Chapman | 01/02/07 | $392,000.00 | $424,274.32 | $500,000.00 | 4301 Cinibar Court<br>Fort Washington, MD 20744 |
| 1300029370 | Denita Parker | 12/27/06 | $102,000.00 | $114,674.35 | $ 69,900.00 | 5503 Clement Avenue<br>Maple Heights, OH 44137 |
| 1300029421 | Jeffrey E Tyrone | 11/29/06 | $144,900.00 | $159,720.51 | $117,500.00 | 4781 Ogan Road<br>Wakeman, OH 44889 |
| 1300030280 | Sean Edward Walter | 03/02/07 | $157,500.00 | $164,521.51 | $169,900.00 | 5313 Northeast 66thAvenue<br>Vancouver, WA 98661 |
| 1300026574 | Francisco Antonio Hernandez | 9/29/2006 | $368,000.00 | $413,683.44 | $409,900.00 | 2753 Clark Court<br>Pinole, CA 94564 |
| 1300027532 | Billy and Annie Span | 12/05/06 | $192,000.00 | $214,881.64 | $250,000.00 | 4814 Gunther Street<br>Capitol Heights, MD 20743 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1300027565 | Michael Survert | 11/30/2006 | $268,000.00 | $309,205.52 | $178,900.00 | 37714 Barrison Street<br>Palmdale ,CA 93550 |
| 1300028591 | Edgar Rodriguez | 11/30/2006 | $292,000.00 | $330,557.44 | $267,000.00 | 530 North Yucca Avenue<br>Rialto, CA 92376 |
| 1300029032 | Miguel A Brandoni | 12/28/2006 | $448,000.00 | $510,040.65 | $524,700.00 | 14045 Lynmark Street<br>La Mirada, CA 90638 |
| 1300029084 | Jose T Bermudez | 1/10/2007 | $312,000.00 | $358,138.87 | $305,000.00 | 850 North Verde Ave<br>Rialto, CA  92376 |
| 1300026381 | Everett Fox | 12/01/06 | $344,000.00 | $370,033.33 | $410,000.00 | 8744 Hyacinth Street<br>Rancho Cucamonga, CA 91730 |
| 1300029045 | Juan M Villalobos | 11/29/06 | $596,000.00 | $678,833.52 | $649,000.00 | 5125 Edgemont Circle<br>Cypress, CA 90630 |