# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* HSBC Bank USA, Inc.

*D&G Reference: 214092*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1335001627 | John Deckard | 03/22/06 | $ 92,500.00 | $102,100.51 | $ 101,000.00 | 3521 Saint John Avenue<br>Kansas City, MO 64123 |
| 1335001492 | Edward D Turner | 4/25/2006 | $ 435,600.00 | $ 451,199.04 | $ 385,000.00 | 32056 Jasper Street<br>Winchester, CA 92596 |
| 1335001087 | Paul Roop | 03/29/06 | $ 229,760.00 | $ 244,650.06 | $ 249,900.00 | 4333 Laguna Garden Avenue<br>Las Vegas, NV 89115 |