# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT1
*D&G Reference: 214093*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127043817 | Brenda Rodriguez | 11/22/05 | $113,520.00 | $124,965.33 | $150,000.00 | 2209 Antigua Place Kissimee, FL 34741 |
| 1127059829 | Dorrisa C Merriweather | 12/21/05 | $107,920.00 | $120,223.31 | $105,000.00 | 255 Beaumont Height Macon, GA 31206 |
| 1127059640 | Paul Suvunnachuen | 11/02/05 | $256,800.00 | $275,712.68 | $279,500.00 | 120 Lake Drive Lemoore, CA 93245 |
| 1127060022 | Ricardo Santana | 11/28/2005 | $472,000.00 | $497,489.35 | $570,000.00 | 18941 Covello Street Reseda, CA 91335 |