# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-NC2

*D&G Reference: 214094*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127044115 | Fernando A Vargas | 12/05/05 | $308,000.00 | $342,853.75 | $273,500.00 | 1043 Drake Avenue North, Chicago, IL 60651 |
| 1127044261 | Brandy Banks and Jason Banks | 12/05/05 | $112,800.00 | $125,886.80 | $147,000.00 | 22503 South Ridgeway Avenue, Richton Park, IL 60471 |
| 1127044522 | Juan A Rivera and Yvonne Rivera | 10/31/05 | $127,200.00 | $139,454.76 | $152,000.00 | 223 South Fulton Avenue, Waukegan, IL 60085 |
| 1127044561 | Reginald Steele Jr | 11/21/05 | $180,000.00 | $209,589.10 | $200,900.00 | 1479 Mountain Laurel Court, Romeoville, IL 60446 |
| 1127040669 | Jamarkus Simpson | 12/01/05 | $118,000.00 | $138,973.81 | $146,900.00 | 15811 Hollow Rock Drive, Houston, TX 77070 |
| 1127042541 | Steven Mark Estvank | 11/09/05 | $ 64,000.00 | $ 71,346.01 | $108,500.00 | 46158 TR 1163, Conesville, OH 43811 |
| 1127042606 | Richie Ross | 11/28/05 | $ 87,200.00 | $ 96,981.98 | $129,000.00 | 339 Thru 341 Union, Bangor, ME 04401 |
| 1127043881 | Kelly S Donohue | 11/21/05 | $156,000.00 | $167,139.92 | $199,900.00 | 1209 West 8th Street, Medford, OR 97501 |
| 1127045479 | Bernard S Nauth | 11/23/05 | $ 92,500.00 | $103,669.62 | $ 89,900.00 | 436 Maple Street, Mc Comb OH 45858 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127046817 | Anthony Kelbacher | 11/28/05 | $ 93,500.00 | $105,500.33 | $ 44,900.00 | 10429 Linnet Avenue, Cleveland, OH 44111 |
| 1127040264 | Rigoberto Aguilar | 11/30/05 | $280,000.00 | $292,552.22 | $260,000.00 | 14908 Curry Street, Moreno Valley, CA 92553 |
| 1127044204 | Manuel Vizcarra and Piedad Vizcarra | 12/05/05 | $372,000.00 | $398,819.05 | $335,000.00 | 11894 Villa Hermosa, Moreno Valley, CA 92557 |
| 1127045073 | Carmen Navarrete and Merlin Lazo | 12/02/05 | $342,000.00 | $365,374.87 | $330,000.00 | 5751 Honor Parkway, Sacramento, CA 95835 |
| 1127045624 | Arnel and Jeannel Arquines | 12/2/2005 | $273,200.00 | $294,075.07 | $239,000.00 | 2601 Neubourg Court, Stockton, CA 95210 |
| 1127045242 | Jeany Pek and Kannitha Phonn | 11/14/2005 | $293,600.00 | $319,989.20 | $319,000.00 | 8523 Acapulco Way, Stockton, CA 95210 |
| 1127045254 | Maria Maldonado | 10/14/2005 | $500,000.00 | $537,711.50 | $530,000.00 | 1103 Dillon Drive, Napa, CA 94558 |
| 1127044994 | Blanca Izaguirre | 11/30/2005 | $620,000.00 | $669,651.36 | $745,000.00 | 5924 Rudnick Avenue, Woodland Hills, CA 91367 |
| 1127043842 | Frank Iovine | 11/21/2005 | $292,400.00 | $311,442.38 | $349,700.00 | 24937 Butterchurn Road, Wildomar, CA 92595 |
| 1127043616 | Hipolito Dominguez | 11/7/2005 | $328,000.00 | $354,737.60 | $315,000.00 | 29166 Luis Avenue, Santa Nella, CA 95322 |
| 1127040821 | Jorge Gallego | 10/1/2005 | $172,889.00 | $178,601.48 | $167,000.00 | 1806 Sonrisa Drive, Riviera Beach, FL 33404 |
| 1127041048 | Edwin M Torres | 11/30/2005 | $207,920.00 | $232,629.89 | $234,000.00 | 100 Elgin Boulevard, Davenport, FL 33897 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127043006 | Vaughn M Hamrick | 11/2/2005 | $ 85,000.00 | $ 93,656.28 | $ 54,000.00 | 1161 Orton Street, Jacksonville, FL 32205 |
| 1127043727 | Vance H Stone and Xantippi Stone | 11/3/2005 | $275,920.00 | $305,794.33 | $294,000.00 | 3380 72nd Avenue Northeast, Naples, Fl 34120 |
| 1127043803 | Neldo Garcia | 11/23/2005 | $235,840.00 | $262,383.68 | $189,900.00 | 2125 Northeast 4th Avenue, Cape Coral, FL 33909 |
| 1127043906 | Victor and Janeth Ramirez | 11/18/2005 | $311,920.00 | $333,453.38 | $276,300.00 | 849 SE 41st Street, Cape Coral, FL 33904 |
| 1127044069 | Loleta Williams | 12/5/2005 | $ 70,400.00 | $ 79,614.75 | $ 58,000.00 | 4614 Colchester Road, Jacksonville, FL 32208 |
| 1127044364 | Leslie Kroenlein | 11/2/2005 | $108,000.00 | $118,433.38 | $139,900.00 | 10441 Southwest 183 Street, Miami, FL 33157 |
| 1127044389 | James Hulbert and Karen Hulbert | 12/2/2005 | $157,520.00 | $174,170.65 | $172,900.00 | 12319 Mallory Drive, Largo, FL 33774 |
| 1127045014 | Carlos D Varon | 11/29/2005 | $256,000.00 | $288,990.76 | $329,320.00 | 5420 West 7th Avenue, Hialeah, FL 33013 |
| 1127045489 | Liyania Lara | 11/30/2005 | $246,400.00 | $285,119.71 | $219,900.00 | 1225 Northwest 14th Place, Cape Coral FL 33993 |
| 1127043186 | Rafael Nazario Guzman and Maritza Torres Ramos | 11/23/05 | $164,060.00 | $170,084.48 | $172,500.00 | 2232 Aitkin Loop, Leesburg, FL 34748 |
| 1127043687 | Amy T Ayers and Michael E Ayers Jr | 11/10/2005 | $412,000.00 | $456,627.61 | $410,000.00 | 5528 Deepdale Way, Elk Grove, CA 95758 |
| 1127043915 | Dominique Drake | 11/30/2005 | $280,000.00 | $328,578.84 | $355,000.00 | 3541 Lexington Street West, Chicago, IL 60624 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127044020 | Robert D Henry | 11/15/2005 | $472,800.00 | $536,377.28 | $479,000.00 | 1206-1208 Viola Street, San Diego, CA 92110 |
| 1127044492 | Carol Dennison | 11/10/2005 | $284,000.00 | $325,552.13 | $269,900.00 | 2142 Dewey Avenue |
| 1127044691 | Fawn Waters and Michael Zele | 11/28/2005 | $439,200.00 | $492,578.25 | $565,000.00 | 10516 Owensmouth Avenue, Chatsworth, CA 91311 |
| 1127044698 | Shana N Holmes | 11/23/2005 | $214,400.00 | $241,301.00 | $235,000.00 | 44032 East 2nd Street, Lancaster, CA 93535 |
| 1127044949 | Alejandro N Reyes and Jessica L Cervantes | 11/14/2005 | $400,000.00 | $443,721.66 | $389,950.00 | 560 Greenbach Street, Napa, CA 94558 |
| 1127045059 | Sovannarath Ourng and Paul Alberti | 11/23/2005 | $352,000.00 | $382,037.50 | $365,000.00 | 3795 Macadamia Lane, Ceres, CA 95307 |
| 1127045227 | Morenin Mahnaz Bamo | 12/1/2005 | $352,000.00 | $396,697.99 | $405,000.00 | 2117 Freeman Court, Antioch CA 94509 |
| 1127040297 | Ellius Gomez | 11/30/05 | $508,000.00 | $525,432.59 | $630,000.00 | 632 39th Street, Brooklyn, NY 11232 |
| 1127040851 | Jose Zarate | 11/30/05 | $399,920.00 | $417,203.11 | $389,000.00 | 14626 Devlin Avenue, Norwalk, CA 90650 |
| 1127040955 | Mario Padilla | 11/29/05 | $292,000.00 | $296,251.82 | $250,000.00 | 3453 Somerdale Street, Corona, CA 92879 |
| 1127041026 | Juan Jose and Lilianna Cruz | 11/30/05 | $ 88,800.00 | $101,705.63 | $111,000.00 | 9016 Edgebrook Street, Houston, TX 77075 |
| 1127041229 | Amanda Wheeler | 12/01/05 | $ 74,320.00 | $ 85,740.25 | $ 94,900.00 | 3404 American Drive #3100, Lago Vista, TX 78645 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127041345 | Joseph M Malinowski | 11/07/05 | $124,000.00 | $139,755.32 | $165,000.00 | 2040 Willowbury Drive, Las Vegas, NV 89108 |
| 1127041883 | Claudia Zorrilla | 11/10/05 | $220,000.00 | $233,700.63 | $240,000.00 | 9815 Cottonwood Avenue, Hesperia, CA 92345 |
| 1127042992 | Doris June Moore | 11/23/05 | $120,000.00 | $130,648.71 | $175,000.00 | 15356 Carol Street, Mojave, CA 93501 |
| 1127043204 | Gloria Rodriguez and John Rooks | 11/21/05 | $228,000.00 | $235,309.44 | $175,000.00 | 6734 Calvine Road, Sacramento, CA 95823 |
| 1127043207 | Joanna Frances Grace | 11/21/2005 | $280,500.00 | $303,637.83 | $325,000.00 | 92 1014 Makakilo Drive, Kapolei, HI 96707 |
| 1127043492 | Yolanda and Noe Abel Fuentes | 11/04/05 | $308,760.00 | $329,587.74 | $235,000.00 | 29200 Northpointe Street, Lake Elsinore, CA 92530 |
| 1127043496 | Laurie Mendez | 11/21/05 | $257,600.00 | $279,493.23 | $225,000.00 | 43823 East 27th Street, Lancaster, CA 93535 |
| 1127043555 | Samuel Dexter A Lutz Jr | 11/08/05 | $315,992.00 | $337,831.43 | $339,000.00 | 838 Pine Avenue, Long Beach, CA 90813 |
| 1127043605 | Mirza Kopelman | 11/10/05 | $436,000.00 | $478,653.18 | $389,000.00 | 926 Terr 49, Los Angeles, CA 90042 |
| 1127043621 | Georgina Tran | 11/07/05 | $281,600.00 | $304,709.83 | $275,000.00 | 5536 Azure Ridge Drive, Las Vegas, NV 89130 |
| 1127043674 | Sidonio Santana | 11/07/05 | $273,600.00 | $289,851.81 | $275,000.00 | 2140 Swan Court, Union City, CA 94587 |
| 1127043833 | Shawn M Jackson | 11/22/05 | $220,000.00 | $245,510.37 | $369,900.00 | 1829 Southeast 42nd Avenue, Portland, OR 97215 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127043895 | Michael V Hargadon Jr | 11/21/05 | $100,800.00 | $107,510.22 | $134,900.00 | 1003 Graycliff Drive, Caldwell, ID 83605 |
| 1127044118 | Gregory and Nicole S Cutno | 12/02/05 | $164,272.00 | $187,050.20 | $179,900.00 | 933 Ashton Park Drive, Mableton, GA 30126 |
| 1127044150 | Milagros Isabel Hernan | 12/02/05 | $308,000.00 | $330,853.33 | $350,000.00 | 2309 Laconia Court, Crofton, MD 21114 |
| 1127044548 | Arnold Gregory | 11/21/05 | $ 78,200.00 | $ 89,661.37 | $160,000.00 | 2723 Waddell Road, Beaufort, SC 29902 |
| 1127044945 | Maria San Luis | 11/30/05 | $320,000.00 | $331,121.34 | $420,000.00 | 2834 Ardmore Avenue, South Gate CA 90280 |
| 1127045134 | Joesfina Diaz Alonso | 11/30/05 | $284,000.00 | $292,300.02 | $210,000.00 | 25328 Maxy Drive, Moreno Valley, CA 92551 |
| 1127045142 | Christopher Houghton | 12/01/05 | $336,000.00 | $347,408.97 | $269,000.00 | 1714 Springwood Way, Antioch, CA 94509 |
| 1127045229 | Darin and Antonio Vai | 12/01/05 | $228,000.00 | $252,443.82 | $245,000.00 | 1992 North Kenwood Avenue, San Bernardino, CA 92404 |
| 1127045324 | Kevin Morrison | 11/23/05 | $480,000.00 | $529,391.25 | $550,000.00 | 3 Theater Lane, Aliso Viejo, CA 92656 |
| 1127045551 | Marvin A Godoy | 11/03/05 | $317,600.00 | $337,420.08 | $374,900.00 | 14 Eckerson Lane, Spring Valley, NY 10977 |
| 1127045652 | Cruz E Iniguez and Fidel Carrillo Quevedo | 11/15/05 | $264,000.00 | $273,189.99 | $274,950.00 | 7733 Murray Avenue, Gilroy, CA 95020 |
| 1127046282 | Jerry L Conner | 11/29/05 | $ 97,200.00 | $106,880.65 | $ 65,000.00 | 93 Marion Avenue, East Palestine, OH 44413 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127046683 | Marcos Viera | 11/03/05 | $304,800.00 | $312,714.82 | $329,999.00 | 15 Bailey Drive, East Massapequa, NY 11758 |
| 1127062776 | Benjamin and Graciela Castillo | 12/08/05 | $248,000.00 | $254,376.58 | $179,000.00 | 7895 Center Parkway, Sacramento, CA 95823 |
| 1127062786 | Louise Chiriboga | 10/20/05 | $543,200.00 | $639,035.80 | $529,000.00 | 690 Park Avenue, Huntington, NY 11743 |
| 1127062883 | John and Karen Desilvio | 12/23/05 | $ 69,200.00 | $ 78,792.07 | $ 75,000.00 | 823 North Hastings Way, Eau Claire, WI 54703 |
| 1127062892 | Nakehya Standon | 12/05/05 | $123,250.00 | $129,385.56 | $149,900.00 | 504 Chastine Drive, Spartanburg, SC 29301 |
| 1127062920 | Nurudeen Akande Murana | 12/27/05 | $127,868.00 | $145,275.59 | $146,000.00 | 7611 Clarendon Bend, Richmond, TX 77469 |
| 1127040528 | Rickie and Jennifer Neely | 12/01/05 | $ 88,200.00 | $102,166.38 | $ 70,000.00 | 3507 Bonita Vista Circle, Mesquite, TX 75150 |
| 1127041838 | Rebecca Parkhurst | 11/10/2005 | $110,400.00 | $119,421.88 | $137,500.00 | 2121 26th Street Northwest Rochester, MN 55901 |
| 1127044096 | Marleni Rodriguez | 12/02/05 | $208,000.00 | $219,070.05 | $269,000.00 | 1517 Norhteast 30 Street Pompano Beach, FL 33064 |
| 1127045617 | Sandra and Jose E Roque | 11/23/05 | $199,920.00 | $213,352.37 | $133,000.00 | 410 Northweat 19th Place Cape Coral, FL 33993 |
| 1127042590 | Rodney Satterwhite | 11/28/05 | $100,000.00 | $122,160.48 | $ 34,900.00 | 19921 Washtenaw Street Harper Woods, MI 48225 |
| 1127043058 | Mildred Lyons | 11/15/05 | $127,920.00 | $144,767.42 | $164,900.00 | 154 Clematis Avenue Waterbury, CT 06708 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127043353 | Victor Diego | 11/22/05 | $310,400.00 | $326,490.55 | $270,000.00 | 9906 Owensmouth Avenue Chatsworth, CA 91311 |
| 1127043665 | Adriana Londono | 11/05/05 | $263,500.00 | $286,204.71 | $269,000.00 | 145 Jose Figueres Avenue San Jose, CA 95116 |
| 1127043766 | Linda K Adams | 11/10/05 | $137,700.00 | $149,952.80 | $ 64,000.00 | 5984 Walerga Road Sacramento, CA 95842 |
| 1127043875 | Fernando J Coz | 11/21/05 | $616,000.00 | $667,935.59 | $549,900.00 | 1101 East Aspen Street Santa Ana, CA 92705 |
| 1127044399 | Nathaniel McCall | 11/07/05 | $504,000.00 | $561,486.85 | $419,900.00 | 27476 Murrieta Oaks Avenue Murrieta, CA 92562 |
| 1127044791 | Gregorio Ortega Lucio and Juan Carlos Isunza | 11/22/05 | $492,800.00 | $526,080.09 | $475,000.00 | 22626 Northview Drive Hayward, CA 94541 |
| 1127044800 | Judith Pastrana | 12/05/05 | $232,000.00 | $262,757.18 | $229,000.00 | 450 East 4th Street Santa Ana, CA 92701 |
| 1127044922 | Raymundo and Socorro Soto | 11/28/05 | $570,000.00 | $593,980.16 | $450,000.00 | 1007 South Mitchell Road Turlock, CA 95380 |
| 1127045098 | Waldeck Sylvestre | 11/30/05 | $520,000.00 | $595,880.08 | $540,000.00 | 3888 Delmont Avenue Oakland, CA 94605 |
| 1127046137 | Carlos H Hernandez | 11/23/05 | $240,000.00 | $259,573.96 | $199,999.00 | 372 West 16th Street San Bernardino, CA 92405 |
| 1127042295 | Felix A Batista | 11/10/2005 | $179,920.00 | $198,045.58 | $219,900.00 | 14004 Brogden Court Orlando, FL 32826 |
| 1127042959 | Jonathan Deveaux | 11/8/2005 | $479,920.00 | $533,496.34 | $699,000.00 | 2275 Biscayne Boulevard Miami, FL 33137 |

| 1127043483 | Carmelita G Cortez | 11/7/2005 | $300,000.00 | $316,830.37 | $215,000.00 | 7483 Tooma Street<br>San Diego, CA 92139 |