# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-8

*D&G Reference: 214071*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Current Value |
|---|---|---|---|---|---|---|
| 1100136103 | Christopher Cook and Terra Johnson | 06/27/05 | $109,600.00 | $ 121,999.45 | $ 85,000.00 | 104 Southwestern Pkwy, Louisville, KY 40212 |
| 1100136712 | Gerardo Lozano and Mariza J Lozano | 06/13/05 | $140,893.00 | $ 163,643.62 | $ 178,800.00 | 3005 Sundance Loop Laredo, TX 78045 |
| 1100136717 | Lawrence Goldsby | 06/06/05 | $81,000.00 | $ 94,207.87 | $ 25,900.00 | 11615 Continental Avenue Cleveland, OH 44120 |
| 1100136974 | Nathan Mandelenis and Veronica Moscoso | 06/10/05 | $379,200.00 | $ 397,557.00 | $ 420,000.00 | 1015 Bridle Path Way Oceanside, CA 92057 |
| 1100135254 | Juana Teran | 10/21/04 | $408,000.00 | $ 424,896.46 | $ 360,000.00 | 1402 West Sonya Lane Santa Maria, CA 93458 |
| 1100137454 | Alicia Gutierrez | 06/16/05 | $440,000.00 | $ 469,714.39 | $ 550,000.00 | 13261 Palm Street, Garden Grove, CA 92843 |
| 1100135954 | Olegario Cocom | 6/10/2005 | $252,000.00 | $ 271,595.54 | $ 260,000.00 | 535 Hilltop Terrace Palmdale, CA 93551 |
| 1100135966 | Roberto Chavez Joya | 5/25/2005 | $279,200.00 | $ 309,294.68 | $ 383,000.00 | 585 Groth Drive San Jose, CA 95111 |
| 1100137354 | Lance Lockard | 6/20/2005 | $289,200.00 | $ 316,416.62 | $ 380,900.00 | 2142 Autumn View Orlando, FL 32825 |
| 1100137364 | Donald L Turner and Deana D Turner | 6/24/2005 | $162,800.00 | $ 178,684.00 | $ 169,000.00 | 950 Dupin Avenue, Port Charlotte, FL 33948 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Current Value |
|---|---|---|---|---|---|---|
| 1100136279 | Juan C Bruzon | 06/20/05 | $126,400.00 | $ 138,462.51 | $ 175,900.00 | 2391 Northwest 152 Terrace Miami Gardens, FL 33054 |
| 1100135375 | Cesar Rodriguez | 06/22/05 | $280,000.00 | $ 288,639.66 | $ 290,000.00 | 166 N 7th Street Paterson, NJ 07522 |
| 1100135558 | Rene Ruvalcaba | 06/15/05 | $238,320.00 | $ 255,601.94 | $ 259,000.00 | 15205 Via Vista Desert Hot Springs, CA 92240 |
| 1100136661 | Rolando and Yudy Diaz | 06/09/05 | $104,000.00 | $ 109,399.09 | $ 139,900.00 | 468 Alsey Drive Orange Park, FL 32073 |
| 1100136671 | Gloria Custodio | 06/06/05 | $332,800.00 | $ 351,146.22 | $ 300,900.00 | 11249 Fiesole Street Las Vegas, NV 89141 |
| 1100137282 | Fred Arevalo | 06/20/05 | $112,800.00 | $ 117,585.61 | $ 185,500.00 | 115 Overland Drive McKinney, TX 75069 |
| 1100137412 | Derrick Wright | 06/22/05 | $95,200.00 | $ 108,990.04 | $ 130,000.00 | 5946 South Bishop Chicago, IL 60636 |
| 1100137484 | Sandra L Smith | 06/17/05 | $114,800.00 | $ 120,784.30 | $ 139,900.00 | 318 King Street Oxford, ME 04270 |
| 1100136361 | Duoc V Le | 6/7/2005 | $205,000.00 | $ 558,852.01 | $ 479,000.00 | 153-155 Middlesex Medford, MA 02155 |
| 1100136049 | Sharon D Henderson | 06/01/05 | $66,600.00 | $ 74,475.67 | $ 39,000.00 | 1320 First Street Dayton, OH 45402 |
| 1100136504 | Lisa Banks | 06/13/05 | $196,000.00 | $ 225,506.24 | $ 190,000.00 | 640 South Buena Vista Street Hemet, CA 92543 |
| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Current Value |

| 1100137202 | Corinne L Domingo | 06/14/05 | $228,000.00 | $ | 251,604.14 | $ | 238,000.00 | 370 Imperial Way Unit 114 Daly City, CA 94015 |
| 1100137481 | Florence V Sunga | 06/15/05 | $326,400.00 | $ | 343,776.72 | $ | 284,000.00 | 1129 Brick and Tile Stockton, CA 95206 |
| 1100136596 | Danl Mitchell | 06/16/05 | $220,000.00 | $ | 245,815.21 | $ | 219,900.00 | 3760 Christopher Circle Reno, NV 89502 |