# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC1

*D&G Reference: 214073*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220006559 | Michael A. Medina | 12/23/05 | $ 220,000.00 | $230,248.95 | $ 207,900.00 | 4001 East Federal Boulevard Denver CO 80211 |
| 1220007471 | Salvador Santos | 12/30/05 | $ 412,000.00 | $458,218.75 | $ 425,000.00 | 1316 Holly Ave E Sterling VA 20164 |
| 1220010842 | Neftali Machuca | 12/21/05 | $ 288,000.00 | $316,054.83 | $ 190,000.00 | 317 Nansemond Street SE Leesburg, VA 20175 |
| 1220010341 | Leonard M Frelix Ii | 12/21/05 | $ 132,000.00 | $ 157,242.17 | $ 155,000.00 | 8953 Union Ave S Chicago IL 60620 |
| 1220010823 | Alvin Garrett and Javan Ingram | 12/22/05 | $ 132,209.00 | $157,179.62 | $ 152,900.00 | 1953 Richmond Spr Ln Belleville IL 62220 |
| 1220006837 | Christopher and Billi Christensen | 12/23/05 | $ 136,800.00 | $ 146,054.06 | $ 189,000.00 | 16814 North Tamarac Lane Nine Mile Falls, WA 99026 |
| 1220010628 | Natosha B. Howard | 12/21/05 | $ 96,000.00 | $ 107,403.82 | $ 99,900.00 | 5243 Panay Park Drive Houston TX 77048 |
| 1220010758 | Randall David Grace | 12/22/05 | $ 70,400.00 | $ 90,622.16 | $ 84,000.00 | 11802 Glenwolde Drive Houston TX 77099 |
| 1220010602 | Robert Marion Schubert | 12/22/05 | $ 126,000.00 | $136,503.34 | $ 190,000.00 | 147 East 6th Street Westmorland CA 92281 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1220010953 | Cecilia Dominguez | 12/29/2005 | $ 200,000.00 | $210,873.62 | $ 210,000.00 | 40627 166th Street Lancaster CA 93535 |
| 1220007635 | Martin M Baird | 12/29/2005 | $ 280,800.00 | $303,643.24 | $ 315,000.00 | 24832 Volga Street Hemet, CA 92544 |
| 1220007625 | Hector Valdez | 12/28/2005 | $ 383,920.00 | $ 418,454.30 | $ 361,000.00 | 15790 Half Moon Drive Lake Elsinore, CA 92530 |
| 1220006203 | Thomas Morris Aaron Ma | 12/21/2005 | $ 423,200.00 | $ 469,378.92 | $ 475,000.00 | 11450 Buckeye Court Penn Valley, CA 95946 |
| 1220006424 | Estate of Carlos Chiff | 12/7/2005 | $ 276,000.00 | $ 304,425.26 | $ 275,000.00 | 44862 Kingtree Avenue Lancaster, CA 93534 |
| 1220007280 | Fritz P Ligonde | 12/30/2005 | $ 536,000.00 | $624,888.28 | $ 660,000.00 | 1620 SW 120 Terrace Davie, FL 33325 |
| 1220007439 | Kevin M Mallow | 12/28/2005 | $ 284,000.00 | $323,885.39 | $ 326,000.00 | 2211 Adam Court Palm Harbor, FL 34683 |
| 1220007448 | Cornelio Orozco | 12/30/2005 | $ 140,800.00 | $162,510.79 | $ 164,000.00 | 9605 Kingsburgh Court Tampa, FL 33615 |
| 1220010997 | Roberto AlCala | 1/4/2006 | $ 240,000.00 | $277,200.14 | $ 157,000.00 | 2817 NW 6TH Place Cape Coral, FL 33993 |
| 1220009864 | Eduardo Gonzalez | 12/13/2005 | $ 293,600.00 | $320,990.30 | $ 249,900.00 | 420 41st Avenue Northeast Naples, FL 34119 |
| 1220007340 | Jesus Palenzuela | 12/30/05 | $256,000.00 | $ 282,958.93 | $ 320,000.00 | 16010 Southwest 103 Place Miami, FL 33157 |
| 1220006145 | Glenetra T Ford | 11/16/2005 | $ 516,071.00 | $ 597,403.88 | $ 560,000.00 | 219 Lavender Lane Patterson, CA 95363 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1220007349 | Luz Maria Uribe | 1/3/2006 | $ 293,600.00 | $ 326,291.29 | $ 279,000.00 | 816 La Pressa Avenue Spring Valley, CA 91977 |
| 1220009951 | Bettina Pennon | 12/22/2005 | $ 212,000.00 | $ 237,578.02 | $ 264,900.00 | 210 Patchogue Avenue Mastic, NY 11950 |
| 1220010700 | Christina Sam | 12/19/2005 | $ 510,642.00 | $ 570,942.68 | $ 550,465.00 | 10309 Hite Circle Elk Grove, CA 95757 |
| 1220006377 | Nicole M Lambert | 12/16/2005 | $ 298,400.00 | $ 338,322.81 | $ 330,000.00 | 2043 Orchid Lane San Jacinto, CA 92582 |
| 1220007555 | Lavette Quick | 12/28/2005 | $ 148,000.00 | $ 174,141.13 | $ 83,000.00 | 1606 Ocala Avenue SW Atlanta, GA 30311 |
| 1220006146 | Julian Barbara Cabrera | 12/23/05 | $516,000.00 | $ 548,789.94 | $ 409,900.00 | 13551 Falcon Ridge Road Corona, CA 92880 |
| 1220006206 | Joella Robles and Lori L Lugo | 12/19/05 | $420,000.00 | $ 451,113.44 | $ 424,900.00 | 1049 Warden Avenue San Leandro, CA 94577 |
| 1220007304 | Felipe Nieves | 01/04/06 | $340,000.00 | $ 357,462.20 | $ 400,000.00 | 28931 Santa Rosa Road Nuevo, CA 92567 |
| 1220007572 | Ramiro Mendoza | 12/28/05 | $189,926.00 | $ 209,309.44 | $ 175,000.00 | 1518 Crestview Road Fernley, NV 89408 |
| 1220009853 | Juan Gonzalez | 12/09/05 | $224,000.00 | $ 241,250.13 | $ 249,000.00 | 36820 Doheny Lane Palmdale, CA 93552 |
| 1220010542 | Stephen and Patricia Gott | 12/16/05 | $124,000.00 | $ 129,927.89 | $ 69,900.00 | 18 Water Street Newport, ME 04953 |
| 1220011031 | Armando Plascencia | 01/03/06 | $187,920.00 | $ 204,876.75 | $ 209,000.00 | 1225 4th Avenue Corning, CA 96021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1220011066 | Maria E Leanos | 12/30/05 | $264,000.00 | $279,542.56 | $270,000.00 | 122 Albert Street<br>La Puente, CA 91744 |
| 1220006515 | Maria Vera | 12/12/2005 | $239,200.00 | $275,638.56 | $225,000.00 | 10645 E Ave<br>Littlerock, CA 93543 |
| 1220007116 | Danita Breakfield | 12/15/2005 | $80,000.00 | $97,431.98 | $79,000.00 | 1516 S Medina Street<br>Lockhart, TX 78644 |
| 1220007296 | Freshita Rahimi | 12/28/2005 | $447,600.00 | $511,945.25 | $399,000.00 | 20715 Grove Park Place 1<br>Hayward, CA 94541 |
| 1220007345 | Antoinette L Pritchett | 12/30/2005 | $182,400.00 | $208,520.82 | $170,000.00 | 430 W West Ave<br>Lancaster, CA 93534 |
| 1220007431 | Rudolfo E Garrido | 12/28/2005 | $392,000.00 | $452,648.69 | $355,000.00 | 1333 69th Street<br>Lemon Grove, CA 91945 |
| 1220008484 | Armond Avenesyan and Aida Avenesyan | 10/12/2005 | $661,500.00 | $757,143.59 | $629,900.00 | 697 Lomora Avenue<br>Pasadena, CA 91107 |
| 1220010071 | Graciela Gracia | 12/14/2005 | $548,000.00 | $623,348.15 | $550,000.00 | 4622 Holycon Circle<br>San Jose, CA 95136 |
| 1220010461 | Louis Yagovane | 12/21/05 | $124,800.00 | $139,038.62 | $159,900.00 | 212 East Pearl Street<br>Torrington, CT 06790 |
| 1220010848 | Steven C Odom | 12/22/2005 | $133,600.00 | $148,482.65 | $145,000.00 | 193 Stone Cross Drive<br>Spring Lake, NC 28390 |
| 1220006116 | Karina Flores | 12/07/05 | $628,800.00 | $690,289.70 | $670,000.00 | 5508 Pacific Crest Place<br>Rancho Cucamonga, CA 91739 |
| 1220006135 | Stephanie L Taylor | 12/23/05 | $552,000.00 | $601,793.20 | $519,950.00 | 16079 Gramercy Drive<br>San Leandro, CA 94578 |

| Loan # | Borrower | Date | Amount 1 | Amount 2 | Amount 3 | Address |
|---|---|---|---|---|---|---|
| 1220006619 | Rogelio Bustamante | 12/06/05 | $196,000.00 | $217,816.60 | $ 220,150.00 | 4655 Solar Eclipse Drive<br>Las Vegas, NV 89115 |
| 1220006750 | Richard Blanks | 08/30/05 | $157,600.00 | $170,861.18 | $ 210,000.00 | 62 Arvor Meadow Drive<br>Sicklerville, NJ 08081 |
| 1220007370 | Albert Preciado | 01/04/06 | $479,200.00 | $530,866.81 | $ 619,900.00 | 261 Grove Street<br>Sierra Madre, CA 91024 |
| 1220007382 | Rebecca L Urioste and Erik Avila | 12/30/05 | $360,000.00 | $418,917.37 | $ 299,990.00 | 3913 Ratite Way<br>North Las Vegas, NV 89084 |
| 1220007444 | Aristeo Ruiz Ortiz | 01/03/06 | $214,400.00 | $229,904.23 | $ 169,900.00 | 808 Garfield Street<br>Lodi, CA 95240 |
| 1220007898 | Shakeel M Chothai | 12/28/05 | $476,000.00 | $520,611.76 | $ 560,000.00 | 6841 Texhoma Avenue<br>Los Angeles, CA 91406 |
| 1220009694 | Javier and Patricia Nunez | 12/08/05 | $182,320.00 | $194,189.56 | $ 145,000.00 | 4212 48th Street Unit 2<br>San Diego, CA 92115 |
| 1220010030 | Carla Thomas | 12/09/05 | $96,000.00 | $111,957.69 | $ 74,500.00 | 137 Agonquin Street<br>Park Forest, IL 60466 |
| 1220010569 | Ariel Canlas | 12/22/05 | $416,922.00 | $445,153.90 | $ 360,000.00 | 2500 Galisteo Street<br>Corona, CA 92882 |
| 1220010717 | Jessica Keck | 12/19/05 | $472,000.00 | $510,014.72 | $ 649,900.00 | 227 Eggleston Avenue<br>Elmhurst, IL 60126 |
| 1220010641 | Judy B Bilbro | 12/20/2005 | $632,800.00 | $721,249.26 | $ 730,000.00 | 1300 East Lakewalk Circle<br>Panama City Beach, FL 32413 |
| 1220006534 | Norberto and Herlinda Quinonez | 12/19/05 | $232,000.00 | $ 254,021.62 | $ 195,000.00 | 3107 West 12th Street<br>Lehigh Acres, FL 33971 |

| Loan # | Borrower | Date | Amount | Amount 2 | Amount 3 | Address |
|---|---|---|---|---|---|---|
| 1220007726 | Gia Bauer | 12/30/05 | $113,520.00 | $ 119,478.91 | $ 120,000.00 | 1202 Coral Club Drive Coral Springs, FL 33071 |
| 1220011049 | Modesto Liranzo | 01/06/06 | $125,600.00 | $ 135,991.66 | $ 132,000.00 | 3176 Sawtooth Drive Tallahassee, FL 32303 |
| 1220006183 | Jose Torres | 12/06/05 | $448,000.00 | $ 478,754.84 | $ 399,000.00 | 1860 Peach Place Concord, CA 94518 |
| 1220006275 | Eric Torres | 12/22/05 | $355,200.00 | $ 366,507.20 | $ 400,000.00 | 1509 Tammy Way Santa Rosa, CA 95401 |
| 1220006779 | Rhomas and Victoria Manuel | 08/31/05 | $151,200.00 | $ 172,889.00 | $ 189,000.00 | 3813 Marlin Trail Rowlett, TX 75088 |
| 1220007029 | Kevin and Lori Miller | 08/26/05 | $98,960.00 | $ 114,454.87 | $ 119,900.00 | 1145 South Fisk Street Green Bay, WI 54304 |
| 1220007292 | Roy Dean Elegado and Virgina Marie Elegado | 12/29/05 | $720,768.00 | $ 781,562.78 | $ 855,000.00 | 17068 Silver Pine Road San Diego, CA 92127 |
| 1220007314 | Jeffrey and Laura Smith | 12/28/05 | $256,000.00 | $ 277,935.83 | $ 342,500.00 | 18823 20th Drive Southeast Bothell, WA 98012 |
| 1220007373 | Mario Ernesto Baena | 12/30/05 | $328,000.00 | $ 359,252.53 | $ 314,900.00 | 1815 94th Avenue Oakland, CA 94603 |
| 1220007458 | Marquis Stuart | 12/30/05 | $192,000.00 | $ 211,066.58 | $ 265,000.00 | 7917 South Green Street Chicago, IL 60620 |
| 1220007469 | David A and Mattie Lee Miles | 12/30/05 | $104,850.00 | $ 112,670.13 | $ 92,900.00 | 4 Quoite Court Greenville, SC 29617 |
| 1220008258 | Deborah A and Walter Eugene Sanders | 09/12/05 | $80,100.00 | $ 83,008.94 | $ 40,000.00 | 845 Confederate Road Lancaster, SC 29720 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1220010173 | Ronda and James Herman | 12/14/05 | $106,400.00 | $ 115,533.60 | $ 128,000.00 | 5037 10th Avenue South Fargo, ND 58103 |
| 1220010742 | Antonio Hernandez | 12/19/05 | $376,000.00 | $ 403,743.62 | $ 196,000.00 | 1304 C Street Antioch, CA 94509 |