# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Mortgage Pass-Through Certificates, Series 2006-NC2

*D&G Reference: 214075*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1220003811 | Dale and Maria Quimby | 09/28/05 | $396,000.00 | $430,170.20 | $382,000.00 | 10896 Darlene Court Grass Valley, CA 95949 |
| 1220004451 | Eduardo E Vargas | 01/18/06 | $628,000.00 | $701,907.03 | $749,900.00 | 13161 East Ethelbee Way Santa Ana, CA 92705 |
| 1220005023 | Jose Juan Gonzalez | 12/27/05 | $266,400.00 | $296,484.45 | $239,000.00 | 530 Everglade Way Stockton, CA 95215 |
| 1220005115 | Francine Hernandez | 01/05/06 | $371,200.00 | $409,457.50 | $455,000.00 | 437 Glenshaw Avenue La Puente, CA 91744 |
| 1220005793 | Steven T Washington | 01/09/06 | $112,800.00 | $130,742.89 | $101,000.00 | 2959 Makley Drive Lima OH 45805 |
| 1220009739 | Altino D Rucker | 12/21/05 | $ 91,800.00 | $105,668.35 | $ 49,900.00 | 2905 Roanoke Ave Cleveland OH 44102 |
| 1220010499 | Danyel Britton | 12/21/05 | $143,200.00 | $156,211.75 | $189,000.00 | 7575 Kirby Drive Houston TX 77030 |
| 1220006052 | Sang Minh Le | 01/20/06 | $165,600.00 | $184,503.24 | $179,900.00 | 11606 Painted Hills Lane Tampa, FL 33624 |
| 1220009436 | Jacqueline Montoya | 12/12/05 | $154,755.00 | $168,682.39 | $145,000.00 | 10719 Meadowglen Lane Tampa, FL 33624 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1220004658 | Travis And Guineth Brown | 01/11/06 | $ 99,115.00 | $117,021.24 | $105,118.00 | 6240 Adonia Drive Fort Worth, TX 76131 |
| 1220005173 | Mercia Williams | 01/12/06 | $320,000.00 | $350,471.99 | $319,900.00 | 675 Lakeside Drive Bridgeport, CT 06606 |
| 1220005504 | Gilda and Earnest Fairley | 12/30/05 | $198,400.00 | $211,401.72 | $245,900.00 | 24528 West Guinevere Lane Joliet, IL 60431 |
| 1220005605 | Maria Luisa Olguin and Vianey Revoreda | 01/05/06 | $487,960.00 | $536,815.66 | $610,000.00 | 1494 Portola Meadows Livermore, CA 94551 |
| 1220005636 | Conrado and Arturo Briseno | 01/12/06 | $386,709.00 | $404,407.56 | $450,000.00 | 4255 Clarinbridge Circle Dublin, CA 94568 |
| 1220005746 | Maria A Flores | 01/11/06 | $274,400.00 | $285,137.51 | $300,000.00 | 1043 Bellhurst Avenue San Jose, CA 95122 |
| 1220005754 | Kevin C Keller | 01/12/06 | $200,000.00 | $210,908.71 | $214,900.00 | 11391 West Andromeda Street Star, ID 83669 |
| 1220006005 | Spencer and Erica Sua | 01/11/06 | $341,600.00 | $373,651.24 | $354,900.00 | 7018 Lacey Street Oakland, CA 94605 |
| 1220004199 | Martha Villa | 12/5/2005 | $308,000.00 | $373,781.96 | $359,900.00 | 60 Willow Avenue Hackensack NJ 07601 |
| 1220005983 | Adriana Lisette Salazar | 1/19/2006 | $372,000.00 | $443,268.52 | $336,000.00 | 18444 Hillview Lane Lake Elsinore CA 92530 |
| 1220007375 | Ernesto Baca Arriaga | 12/29/2005 | $544,000.00 | $624,092.47 | $460,000.00 | 7 and 9 Miller Avenue Freedom CA 95076 |
| 1220010795 | Javier Franceschi | 12/22/2005 | $312,000.00 | $388,881.52 | $315,000.00 | 403 Danforth Street Taunton, MA 02780 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1220003909 | Silvio M Abreu | 01/11/06 | $423,920.00 | $470,981.30 | $380,000.00 | 15296 Briarcrest Circle Fort Myers, FL 33912 |
| 1220003692 | Jeffrey A Wiggins | 09/15/05 | $256,000.00 | $275,743.78 | $355,000.00 | 904 3rd Street Northeast Puyallup, WA 98372 |
| 1220005392 | Virginia Gomez | 01/19/06 | $463,200.00 | $516,395.76 | $500,000.00 | 627 Minerva Street Hayward, CA 94544 |
| 1220006015 | James C Allen | 01/13/06 | $428,000.00 | $441,613.14 | $500,000.00 | 2705 Arlington Drive Anchorage, AK 99517 |
| 1220006026 | Jose Luis Ramirez and Maryann Zepeda Ramirez | 01/20/06 | $304,000.00 | $327,386.22 | $260,000.00 | 33005 Rossman Circle Temecula, CA 92592 |