# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4
*D&G Reference: 214099*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127058365 | Gregory Martin Burdine and Ann Marie Burdine | 1/18/2006 | $284,000.00 | $323,045.20 | $260,000.00 | 13334 Bella Pine Street Victorville, CA 92392 |
| 1127061071 | Franklin Medina | 01/31/06 | $241,600.00 | $272,331.44 | $195,000.00 | 15 Sheridan Street Providence, RI 02909 |
| 1127060475 | Carol Gomez | 01/26/06 | $144,800.00 | $157,539.24 | $155,000.00 | 1304 Northeast 191st Street Miami, FL 33179 |
| 1127056449 | Chanda Tillman | 01/13/06 | $289,600.00 | $318,984.76 | $310,000.00 | 13674 Vellanto Way Moreno Valley, CA 92553 |
| 1127056986 | Michael Summers | 02/03/06 | $105,600.00 | $123,589.85 | $119,000.00 | 3015 Old Bryan Road Myrtle Beach, SC 29577 |
| 1127058238 | Roosevelt Frazier | 01/31/06 | $114,000.00 | $130,311.48 | $124,900.00 | 705 Thornwood Street Elyria, OH 44035 |
| 1127058383 | Shalaya Armstrong | 01/27/06 | $252,800.00 | $269,112.66 | $189,000.00 | 3612 Floral Drive North Highlands, CA 95660 |
| 1127058557 | Ivelisse Valerio | 01/19/06 | $200,000.00 | $230,622.64 | $169,900.00 | 85 Farragut Avenue Providence, RI 02905 |
| 1127059144 | Marcela Rodriguez | 12/27/05 | $324,000.00 | $344,602.37 | $350,000.00 | 4404 Mc Glothen Way Richmond, CA 94806 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127059180 | Rosemary Gonzalez and Mario Marriott | 12/06/05 | $548,000.00 | $588,829.47 | $580,000.00 | 3 Wyman Street Ryebrook, NY 10573 |
| 1127059229 | Karen M Kingston | 12/30/05 | $432,000.00 | $478,220.79 | $475,000.00 | 814 Hillside Avenue Glen Ellyn, IL 60137 |
| 1127059455 | Eric Hammett | 01/20/06 | $334,400.00 | $354,007.04 | $290,000.00 | 1928 West Benjamin Hold Drive, Stockton, CA 95207 |
| 1127059724 | Mckinley and Sara Singleterry | 12/29/05 | $180,000.00 | $198,656.08 | $211,900.00 | 625 Sponseller Street Las Vegas, NV 89110 |
| 1127060974 | Justin T Mixon | 01/31/06 | $367,920.00 | $392,418.51 | $369,900.00 | 5408 Tersk Way Elkgrove, CA 95757 |
| 1127058430 | Saad A Javad and Gina M Kaminski | 01/05/06 | $369,226.00 | $428,927.36 | $359,000.00 | 33824 Arrastra Drive Yucaipa, CA 92399 |