# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc Trust 2006-NC4

*D&G Reference: 214101*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127106557 | Prad Lafrance and Amarante Lafrance | 3/27/2006 | $213,600.00 | $235,180.02 | $210,000.00 | 3415 24th Street West Lehigh Acres FL 33971 |
| 1127072708 | Willie Clarke | 2/1/2006 | $184,000.00 | $206,111.42 | $209,900.00 | 8503 Paddock Avenue Tampa, FL 33614 |
| 1127077353 | Damion Baston | 1/26/2006 | $305,600.00 | $356,206.32 | $475,900.00 | 1230 Northeast 41 Place Homestead, FL 33033 |
| 1127101624 | Waleska Rodriguez Santos | 3/13/2006 | $188,000.00 | $205,226.43 | $190,000.00 | 666 Jaguar Court Kissimmee, FL 34759 |
| 1127102100 | Kenia M. Sanchez | 3/15/2006 | $215,920.00 | $245,398.04 | $225,000.00 | 10844 SW 241 Street Waterbury FL 33032 |
| 1127108000 | Maria Teresa Suero | 4/11/2006 | $260,000.00 | $296,350.96 | $325,000.00 | 20210 Ranch Rd Miami FL 33189 |
| 1127108855 | Louis Rosario | 3/30/2006 | $276,000.00 | $313,452.05 | $330,000.00 | 890 South West 149 Court Miami FL 33194 |
| 1127108877 | Marcelo Oliveira | 3/27/2006 | $173,200.00 | $201,934.90 | $169,900.00 | 5272 Glenlivet Road Fort Myers FL 33907 |
| 1127100971 | Luis A Velez | 03/13/06 | $111,120.00 | $124,231.41 | $119,000.00 | 4255 West Humphrey Street Tampa, FL 33614 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127108611 | Alberto Rodriguez | 04/05/06 | $232,000.00 | $255,354.27 | $305,000.00 | 17341 southwest 119 Court<br>Miami, FL 33177 |
| 1127109679 | Ivelisse Cruz | 03/31/06 | $231,200.00 | $265,230.08 | $232,000.00 | 4009 13th Street West<br>Lehigh Acres, FL 33971 |
| 1127073404 | Kenneth Fisher and Lena Fisher | 1/31/2006 | $720,000.00 | $861,664.48 | $910,000.00 | 2031 Laurel Valley Drive<br>Vernon Hills, IL 60061 |
| 1127075410 | Rakia Jackson | 2/8/2006 | $124,320.00 | $147,393.71 | $149,900.00 | 75 Harvey Wood Drive<br>Covington, GA 30016 |
| 1127075761 | Justin Jutaro Hori | 1/31/2006 | $520,000.00 | $609,606.40 | $710,000.00 | 723 Makaleka Avenue<br>Honolulu, HI 96816 |
| 1127100944 | Nelson A Mata | 3/15/2006 | $479,200.00 | $571,556.28 | $589,000.00 | 529 Menker Avenue<br>San Jose, CA 95128 |
| 1127106930 | Annette Barriga | 3/29/2006 | $227,528.00 | $269,183.93 | $299,000.00 | 4127 W Fig Tree Lane<br>Fresno CA 93722 |
| 1127107371 | Antonio Chiong | 3/27/2006 | $164,000.00 | $199,906.45 | $190,000.00 | 2255 Braeswood 262<br>Houston TX 77030 |
| 1127073412 | Alexa Hilbert | 1/31/2006 | $256,000.00 | $296,896.22 | $139,900.00 | 2435 Southeast Glenwood Ave<br>Atlanta, GA 30317 |
| 1127073215 | Billy Wayne Cox Jr | 01/09/06 | $120,000.00 | $136,547.27 | $145,750.00 | 2836 Live Oak Drive<br>Loris, SC 29569 |
| 1127073229 | Kathryn M Ames | 12/30/05 | $392,000.00 | $408,799.62 | $399,999.00 | 208 North Ocean Boulevard 221<br>North Myrtle Beach, SC 29582 |
| 1127073431 | Timothy R Clayton | 01/25/06 | $431,200.00 | $463,684.08 | $385,000.00 | 79799 Viento Drive<br>LA Quinta, CA 92253 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127073515 | David Fletcher Sr. and David Fletcher Jr. | 02/03/06 | $376,000.00 | $405,398.06 | $410,000.00 | 6625 Green Valley Circle Culver City, CA 90230 |
| 1127073595 | Francis Alimah | 01/09/06 | $332,000.00 | $348,791.40 | $310,000.00 | 15327 Barnabas Trail Woodbridge, VA 22193 |
| 1127073872 | Richard and Allison Vega | 10/27/05 | $204,000.00 | $221,000.43 | $221,000.00 | 6452 Raven Hall Street North Las Vegas, NV 89084 |
| 1127075352 | Kenneth Gans | 02/10/06 | $328,000.00 | $342,889.40 | $225,000.00 | 3200 43rd Street Sacramento, CA 95817 |
| 1127075435 | Michael A Williams | 02/10/06 | $ 93,560.00 | $101,353.76 | $ 87,500.00 | 2611 Cypress Point Drive Dallas, TX 75253 |
| 1127075613 | Jacques Bowyer | 02/10/06 | $168,000.00 | $203,178.90 | $219,000.00 | 6907 Shore Breeze Court Arlington, TX 76016 |
| 1127075946 | Juana Chavez | 02/07/06 | $328,000.00 | $371,359.24 | $379,000.00 | 13181 Ferndale Drive Garden Grove, CA 92844 |
| 1127100373 | Ann Maki | 02/28/06 | $ 71,200.00 | $ 82,961.66 | $ 79,900.00 | 2827 East Third Street Superior, WI 54880 |
| 1127100413 | Arsen Erzrumyan | 02/28/06 | $552,000.00 | $591,425.46 | $579,000.00 | 1057 Raymond Avenue Glendale, CA 91201 |
| 1127100835 | Sabrina and Jeffrey Lyons | 03/15/06 | $266,400.00 | $287,419.08 | $279,900.00 | 2619 Rabun Way Central Point, OR 97502 |
| 1127100937 | Min Park | 03/14/06 | $244,000.00 | $285,466.70 | $285,000.00 | 1034 Front Street Unit 216 Lahaina, HI 96761 |
| 1127100977 | Thomas E Webb | 03/15/06 | $111,120.00 | $118,079.88 | $159,900.00 | 144 Mount Gilead Orangeburg, SC 29118 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127101913 | Sandra J Carter | 03/17/06 | $287,200.00 | $315,902.46 | $249,000.00 | 6536 Mauana Way<br>Citrus Heights, CA 95610 |
| 1127101914 | Joel Antonio Torres and Rosalinda Torres | 03/20/06 | $ 60,000.00 | $ 66,855.57 | $ 80,000.00 | 117 Malaga Drive<br>Laredo, TX 78046 |
| 1127102276 | Andrew Wojtowicz | 03/21/06 | $240,000.00 | $283,634.35 | $270,000.00 | 3 Tall Timbers Drive<br>Glen Gardner, NJ 08826 |
| 1127102279 | Deborah A King | 03/17/06 | $ 90,240.00 | $100,385.52 | $119,000.00 | 2313 Randi Road<br>Rowlett, TX 75088 |
| 1127102287 | Rene Esobar | 03/20/06 | $ 96,000.00 | $108,483.57 | $116,000.00 | 16919 Ridge meadow Court<br>Houston, TX 77083 |
| 1127103415 | Tammy Brown | 03/17/06 | $200,000.00 | $219,055.22 | $240,000.00 | 15338 Gundry Avenue<br>Paramount, CA 90723 |
| 1127103720 | Roderick Brown | 03/13/06 | $102,000.00 | $120,938.50 | $122,500.00 | 1424 Honey Bee Lane<br>Lancaster, TX 75134 |
| 1127103843 | Azalea Rodriguez | 03/10/06 | $280,000.00 | $307,238.81 | $315,000.00 | 14435 Estella Street<br>Baldwin Park, CA 91706 |
| 1127104026 | Erika Medina | 03/16/06 | $416,000.00 | $456,295.36 | $425,000.00 | 20719 Alburtis Avenue<br>Lakewood, CA 90715 |
| 1127104257 | Matthew Henderson and Nicole Heckman | 02/15/06 | $302,400.00 | $316,105.20 | $389,900.00 | 169 Texas Street<br> Lindenhurst, NY 11757 |
| 1127106086 | Robert Earl Barr | 04/03/06 | $ 67,500.00 | $ 77,519.75 | $ 15,000.00 | 710 Mceachern Heights<br>Marion, SC  29571 |
| 1127106329 | Jesus Castillo | 03/30/06 | $244,000.00 | $295,767.71 | $190,000.00 | 3825 Hollycroft Drive<br>North Las Vegas, NV 89081 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127106691 | Ralph G and Traci L Coon | 03/20/06 | $208,000.00 | $225,582.37 | $270,000.00 | 23767 Sauk Prairie Road Darrington, WA 98241 |
| 1127107045 | Tuyen Luu | 04/03/06 | $348,000.00 | $359,584.01 | $395,000.00 | 3037 Kaiser Drive Santa Clara, CA 95051 |
| 1127107093 | Dawn M Gatto | 03/24/06 | $180,720.00 | $200,973.22 | $229,900.00 | 4000 Creekwood Drive Lewis Center, OH 43035 |
| 1127107222 | Maria C Camacho | 03/29/06 | $260,000.00 | $277,346.46 | $159,000.00 | 220 East Grant Street Santa Maria, CA 93454 |
| 1127107288 | Normand L Fealhaber | 03/27/06 | $196,000.00 | $211,699.90 | $229,900.00 | 1418 Mendon Road Woonsocket, RI 02895 |
| 1127107504 | Adolpho and Martha Mantilla | 03/27/06 | $480,000.00 | $524,733.76 | $565,000.00 | 2721 Lyford Drive La Verne, CA 91750 |
| 1127107601 | Jose N Guardado | 03/24/06 | $352,800.00 | $383,664.05 | $395,000.00 | 1812 Primera Street, Lemon Grove, CA 91945 |
| 1127107685 | Luis Batista | 03/28/06 | $420,000.00 | $435,589.45 | $500,000.00 | 3605 Bainbridge Avenue Bronx, NY 10467 |
| 1127107750 | Thomas J Robinson III | 03/29/06 | $139,500.00 | $151,011.00 | $127,900.00 | 3712 Breckridge Circle Florence, SC 29505 |
| 1127108269 | Magda Higuera and Blanca Ines Garzon | 04/05/06 | $624,000.00 | $659,662.54 | $790,000.00 | 25 20 97th Street East Elmhurst, NY 11369 |
| 1127108730 | Salena J Eberhard | 04/13/06 | $ 93,680.00 | $104,896.79 | $130,000.00 | 45501 Main Street Concrete, WA 98237 |
| 1127108833 | Mikhail Krasnov | 04/11/06 | $191,920.00 | $204,737.24 | $259,900.00 | 17008 Northeast 12th Avenue Ridgefield, WA 98642 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127109227 | Alvin Apomte Jr | 03/31/06 | $212,000.00 | $225,160.76 | $145,000.00 | 101 Summit Avenue<br>Newark, NJ 07112 |
| 1127109502 | Yola Magloire | 03/29/06 | $304,800.00 | $328,307.64 | $427,000.00 | 859 Post Avenue<br>Staten Island, NY 10310 |
| 1127109087 | Patricia L Ross and Allen J Ross | 9/16/2005 | $168,000.00 | $189,666.35 | $179,900.00 | 3 Clement St<br>North Providence, FL 02904 |
| 1127073753 | Jose Garcia and Manuel Chavarria | 01/30/06 | $240,000.00 | $272,162.54 | $260,000.00 | 256 G Street<br>Los Banos, CA 93635 |
| 1127074859 | Derrick Gardner | 02/02/06 | $148,400.00 | $170,440.64 | $154,000.00 | 6806 Shore Breeze Court<br>Arlington, TX 76016 |
| 1127075261 | Kianoush Etimadi | 12/21/2005 | $404,000.00 | $437,125.00 | $539,900.00 | 6411 Tisdale Terrace<br>Bethesda, MD 20817 |
| 1127100929 | Josh and Kristin Edmiaston | 3/20/2006 | $252,000.00 | $279,584.55 | $219,000.00 | 613 Marylhurst Street<br>Bakersfield, CA 93314 |
| 1127102085 | Kelly Hertenstein | 3/20/2006 | $380,800.00 | $418,190.71 | $430,000.00 | 9400 Mathir Place<br>La Plata, MD 20646 |
| 1127102094 | Leeza Culley | 03/17/06 | $368,000.00 | $419,662.08 | $490,000.00 | 3717 Hill Park Drive<br>Temple Hills, MD 20748 |
| 1127102508 | Melanie Lee Spaw & Jeremy D Spaw | 3/13/2006 | $139,400.00 | $161,432.54 | $152,900.00 | 7442 Sheed Road<br>Cincinnati, OH 45247 |
| 1127102691 | Maria Sotomayor | 3/16/2006 | $220,000.00 | $262,461.09 | $265,000.00 | 1317 Harding Park<br>Bronx, NY 10473 |
| 1127103186 | Cesar L. Pacheco | 3/14/2006 | $315,992.00 | $352,148.43 | $300,000.00 | 11450 Church Street, Rancho Cucamonga CA 91730 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127103532 | Erlinda E Acierto and Ronald Acierto | 3/17/2006 | $201,744.00 | $229,726.04 | $195,000.00 | 5124 Bellaria Place Las Vegas, NV 89156 |
| 1127104173 | Jorge Cornejo | 3/21/2006 | $519,200.00 | $580,882.94 | $500,000.00 | 623 S. Gilbuck Drive Anaheim, CA 92802 |
| 1127104183 | Blanca Santos | 03/14/06 | $447,200.00 | $510,211.28 | $425,000.00 | 1630 Sunset Drive Hollister, CA 95023 |
| 1127104973 | Dennis Gibson | 3/15/2006 | $ 85,500.00 | $98,773.88 | $ 65,900.00 | 11214 Harvey Avenue Cleveland, OH 44104 |
| 1127105844 | Barbara Chamberlain | 3/30/2006 | $228,000.00 | $269,670.21 | $349,000.00 | 607 Clinton Avenue Uniondale, NY 11553 |
| 1127106851 | Marie Medeiros | 3/31/2006 | $256,000.00 | $277,811.35 | $274,900.00 | 84 Highland Street Mashpee, MA 02649 |
| 1127107864 | Kimberly Balch | 4/4/2006 | $ 60,000.00 | $69,160.74 | $ 62,000.00 | 3935 Briargate Avenue Knoxville, TN 37919 |
| 1127108313 | Dana A Williams | 03/31/06 | $160,000.00 | $178,321.44 | $205,000.00 | 3915 Hunt Harbor Road Middle River, MD 21220 |
| 1127108777 | Hernan Daniel Narvaez | 04/17/06 | $252,800.00 | $287,210.58 | $315,500.00 | 10501 Apple Ridge Road Gaithersburg, MD 20886 |
| 1127108881 | Dipak Patel | 4/4/2006 | $364,000.00 | $416,288.34 | $275,000.00 | 83458 San Rey Coachella, CA 92236 |
| 1127073181 | Pedro Chayeb | 02/06/06 | $206,400.00 | $224,181.21 | $263,900.00 | 1662 Porter Street San Bernardino, CA 92407 |
| 1127073203 | Norberto Lugo | 01/26/06 | $288,000.00 | $303,921.89 | $275,999.00 | 181 Front Avenue Brentwood, NY 11717 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127073222 | Melynda K Waller | 12/01/05 | $121,600.00 | $139,185.93 | $118,000.00 | 30 Matthews Drive 416<br>Hilton Head Island, SC 29926 |
| 1127073317 | Harold S Black | 11/02/05 | $185,250.00 | $200,998.04 | $160,000.00 | 118 Parrish Road<br>Ward, SC 29166 |
| 1127074041 | Samuel Lopez | 01/31/06 | $448,000.00 | $478,006.78 | $425,000.00 | 1435 East Willow Street<br>Anaheim, CA 92805 |
| 1127075768 | Sansima De La Cruz | 02/07/06 | $157,600.00 | $167,927.87 | $169,000.00 | 3933 Lazy Pine Street<br>Las Vegas, NV 89108 |
| 1127100192 | Alma Penaloza | 03/21/06 | $448,000.00 | $487,976.78 | $350,000.00 | 915 West Borchard Avenue<br>Santa Ana, CA 92707 |
| 1127100874 | Adrian Segura | 03/17/06 | $340,000.00 | $368,485.47 | $235,000.00 | 16245 Breezewood Street<br>Moreno Valley, CA 92551 |
| 1127101267 | Michelle and David Tritt | 03/15/06 | $ 95,920.00 | $103,060.86 | $123,000.00 | 111 Sorrell Drive, Radcliff, KY 40160 |
| 1127102140 | Juan Reyes Longoria | 03/16/06 | $ 83,920.00 | $95,562.22 | $ 79,900.00 | 4760 Loma Vista Drive<br>Laredo, TX 78046 |
| 1127102145 | Dennis A Villegas and Meyvin L Batres | 03/21/06 | $330,400.00 | $354,589.30 | $272,000.00 | 16 Sanford Avenue<br>Richmond, CA 94801 |
| 1127103239 | Carl Andre | 03/07/06 | $470,400.00 | $504,220.05 | $490,000.00 | 1190 East 40th Street<br>Brooklyn, NY 11210 |
| 1127106672 | Saintilus Devariste | 04/06/06 | $246,000.00 | $259,775.58 | $197,000.00 | 2417 2419 Paul Avenue S<br>Lehigh Acres, FL 33971 |
| 1127106926 | Charlotta D Ross | 03/27/06 | $119,200.00 | $129,646.08 | $129,900.00 | 5744 N Road<br>Lewis Center, OH 43035 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127107071 | Maria Evelia Mendoza | 03/30/06 | $244,000.00 | $255,999.17 | $189,900.00 | 1873 5th Street Turlock, CA 95380 |
| 1127107652 | Fidel Ruiz | 11/24/10 | $288,000.00 | $314,505.85 | $305,000.00 | 7767 Ghirlanda Court Gilroy, CA 95020 |
| 1127108292 | Hernan Sanchez | 03/31/06 | $170,400.00 | $183,399.39 | $219,999.00 | 6007 Northwest 77th Avenue Tamarac, FL 33321 |
| 1127108509 | Lazaro Ibarra | 04/14/06 | $280,800.00 | $308,887.08 | $235,000.00 | 11875 Wild Flax Lane Morano Valley, CA 92557 |
| 1127108614 | Cecilia Morales and Maria E Chavez | 04/17/06 | $244,800.00 | $281,962.76 | $275,000.00 | 37623 Melton Avenue Palmdale, CA 93550 |
| 1127108897 | Curt Zoltak | 03/31/06 | $200,000.00 | $223,191.95 | $235,900.00 | 717 Oneida Street, Joliet, IL 60435 |
| 1127109163 | Nicandro Cortes and Maria Guadalupe Cortes | 03/31/06 | $708,640.00 | $796,827.15 | $775,000.00 | 16024 W Redondo Drive Tracy, CA 95304 |
| 1127109642 | Pamela L Miller | 03/29/06 | $564,000.00 | $598,475.13 | $600,000.00 | 7083 April Wind Avenue Las Vegas, NV 89131 |
| 1127107679 | Gloria E Duran | 4/17/2006 | $204,800.00 | $228,478.23 | $109,000.00 | 1321 Northeast 4 Place Cape Coral, FL 33909 |
| 1127108285 | Kenneth R Skyers | 3/31/2006 | $168,000.00 | $264,482.66 | $236,000.00 | 6224 Southwest 23 Street Miramar, FL 33023 |
| 1127075975 | Julio C Jaramilo | 2/8/2006 | $210,400.00 | $226,068.75 | $225,000.00 | 7356 Country Run Parkway Orlando, FL 32818 |
| 1127104642 | Jose A Fernandez and Brunilda D Mercedes | 3/17/2006 | $312,832.00 | $351,601.03 | $245,000.00 | 1719 Leybourne Loop Wesley Chapel, FL 33543 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127104721 | Carl C Plata | 3/21/2006 | $760,000.00 | $823,335.60 | $599,000.00 | 8239 Lake Serene Drive<br>Orlando, FL 32836 |
| 1127108466 | Vionide Saint Jean | 4/4/2006 | $471,920.00 | $552,894.05 | $489,900.00 | 12641 Southwest 45th Drive<br>Miramar, FL 33027 |
| 1127106954 | Michael Paiz | 3/24/2006 | $478,400.00 | $505,544.58 | $450,000.00 | 541 South Elder Street<br>Anaheim, CA 92805 |