# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4
*D&G Reference: 214097*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127072811 | Oscar Richmond | 02/13/06 | $ 86,400.00 | $103,007.37 | $ 92,500.00 | 3339 Breckenridge Drive Houston, TX 77066 |
| 1127073606 | Rhonda Bentley | 02/08/06 | $106,880.00 | $127,198.56 | $129,900.00 | 2620 Southwest Boulevard Grove City, OH 43123 |
| 1127075899 | Lordy P Agustin | 02/16/06 | $332,000.00 | $363,075.08 | $380,000.00 | 91 822 Lawalu Place Ewa Beach, HI 96706 |
| 1127076628 | Michael Miller and Kistie Miller | 02/13/06 | $111,200.00 | $130,296.32 | $139,900.00 | 7129 Welland Drive Mentor, OH 44060 |
| 1127102372 | Ricardo Moreno | 03/16/06 | $ 70,000.00 | $ 79,602.21 | $ 94,900.00 | 7615 Tierra Verde Drive Houston, TX 77083 |
| 1127103876 | Mihcael Sayegh | 03/22/06 | $252,590.00 | $261,721.11 | $200,000.00 | 27898 John F Kennedy Moreno Valley, CA 92555 |
| 1127076172 | Peter Wairegi | 02/09/06 | $460,000.00 | $502,287.38 | $590,000.00 | 906 South Serrano Avenue Los Angeles, CA 90006 |
| 1127104115 | Alfonso Amezcua | 03/14/06 | $471,200.00 | $498,417.31 | $500,000.00 | 2517 Adrin Way Santa Ana, CA 92704 |
| 1127076486 | Anna Silvia Portillo | 2/9/2006 | $264,000.00 | $289,210.32 | $310,000.00 | 507 Autumn Lane Banning, CA 92220 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127076425 | Lourdes Garcia | 2/8/2006 | $231,200.00 | $259,039.27 | $235,000.00 | 1601 W Avenue<br>Lancaster, CA 93534 |
| 1127100156 | Jaime Robles | 2/23/2006 | $350,400.00 | $385,142.57 | $399,000.00 | 38618 Royal Ann Common<br>Fremont, CA 94536 |
| 1127072807 | Catherine J Wright | 02/13/06 | $ 68,000.00 | $ 74,038.08 | $114,000.00 | 1124 Pheasant Drive<br>Jacksonville, FL 32218 |
| 1127076711 | Fanex Rene | 02/13/06 | $232,000.00 | $260,987.15 | $220,000.00 | 5865 Aurora Court<br>Lake Worth, FL 33463 |
| 1127069141 | Wendel M and Vickie J Phillips | 02/13/06 | $332,500.00 | $361,474.36 | $430,000.00 | 1848 West 75th Street<br>Los Angeles, CA 90047 |
| 1127072900 | Fernando S Martinez | 02/14/06 | $ 96,416.00 | $115,911.50 | $136,900.00 | 5002 Foxmill Lane<br>Spring, TX  77389 |
| 1127074116 | Ana M Cervantes | 02/14/06 | $236,000.00 | $250,697.58 | $199,900.00 | 5913 Hollymount Avenue<br>Bakersfield, CA 93309 |
| 1127075640 | Osmaldo San Martin and Iselda Coro | 02/15/06 | $440,000.00 | $496,453.20 | $625,000.00 | 6464 Southwest 166 Court<br>Miami, FL 33193 |
| 1127075819 | Jimmy Mazziotti | 02/15/06 | $ 65,720.00 | $ 73,512.44 | $ 93,000.00 | 12 Sigwin Circle<br>Wallingford, CT 06492 |
| 1127076554 | Maria De Jesus Caldero and Silviano Calderon | 02/09/06 | $328,000.00 | $358,702.53 | $275,000.00 | 9016 Bridalveil Circle<br>Stockton, CA 95207 |
| 1127076751 | Pedro Alvarez | 02/15/06 | $245,600.00 | $261,997.23 | $215,000.00 | 3525 Omela Terrace<br>North Port, FL 34286 |
| 1127100805 | Ewart A Franklin | 03/20/06 | $312,000.00 | $341,282.89 | $335,000.00 | 3524 Four Seasons Road<br>Riverside, CA 92503 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1127103339 | Charlie Estanislao Compuest | 03/21/06 | $216,000.00 | $247,211.91 | $249,000.00 | 84 265 Farrington Highway Waianae, HI 96792 |
| 1127103611 | Sally Mbuto | 03/16/06 | $392,000.00 | $421,922.11 | $500,000.00 | 125 Connemar Way Sunnyvale, CA 94087 |
| 1127075433 | Claudine Bailey | 2/14/2006 | $441,600.00 | $517,121.75 | $600,000.00 | 235 148 Road Rosedale, NY 11422 |
| 1127075545 | Brandy Johnson and Randall Johnson | 2/15/2006 | $151,200.00 | $173,095.19 | $179,900.00 | 1021 Lincoln Street North Post Falls, ID 83854 |
| 1127072861 | Jacinto Martinez | 02/07/06 | $332,000.00 | $365,807.08 | $329,990.00 | 752 North Cuyamaca Street El Cajon, CA 92021 |
| 1127072892 | Theresa H Brougher | 02/03/06 | $214,400.00 | $227,824.44 | $220,000.00 | 26 South Sixth Street Del Haven, NJ 08251 |
| 1127076594 | Brend Basden and Joanne Hall | 2/14/2006 | $180,000.00 | $201,976.19 | $220,000.00 | 619 Dromedary Court, Kissimmee, FL 34759 |
| 1127104705 | Stephanie and Peggy Tsangaris | 3/21/2006 | $ 98,000.00 | $823,335.60 | $106,000.00 | 5826 Congress Street New Port Richey, FL 34653 |