# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE5
*D&G Reference: 214096*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127102751 | Peter Spencer | 03/20/06 | $ 89,250.00 | $101,108.48 | $ 79,500.00 | 835 Independence Road Toledo OH 43607 |
| 1127103543 | Robert E Grove | 03/13/06 | $ 54,400.00 | $ 67,636.24 | $ 45,000.00 | 424 W Third Street Uhrichsville OH 44683 |
| 1127100145 | Robert Rice | 03/08/06 | $316,000.00 | $335,775.88 | $375,000.00 | 14152 Foothill Boulevard Los Angeles, CA 91392 |
| 1127101801 | Jeremiah and Michelle Salzwede | 03/20/06 | $203,200.00 | $216,172.01 | $124,000.00 | 3404 Del Sol Boulevard San Diego, CA 92154 |
| 1127100153 | Ursuline Moore | 3/21/2006 | $384,000.00 | $445,735.36 | $550,000.00 | 150 Norwood Avenue Brooklyn, NY 11208 |
| 1127100792 | Kathryn Pinho and Francisco Pinho | 3/13/2006 | $199,200.00 | $239,621.01 | $199,999.00 | 56 Bogota Road Mastic Beach, NY 11951 |
| 1127100544 | Edward and Amy Whitt | 03/17/06 | $63,200.00 | $71,392.65 | $ 92,000.00 | 1224 Center Avenue Janesville, WI 53546 |
| 1127104517 | Camille V Dixon | 3/7/2006 | $240,000.00 | $273,566.13 | $209,900.00 | 1443 Northwest 1 Terrace Cape Coral, FL 33993 |