UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that, Christopher A. Ward, Esq. of Polsinelli Shalton Flanigan Suelthaus P.C., hereby withdraws his appearance as counsel of record for Goldman Sachs Mortgage Company in the above-captioned case.  Therefore, please remove Christopher A. Ward, Esq. from the all service lists in this case.

PLEASE TAKE FURTHER NOTICE that, Joanne B. Wills, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP hereby enters her appearance as counsel of record for Goldman Sachs Mortgage Company and requests to be added to the service list in the above-captioned case.

Dated: May 19, 2008

| POLSINELLI SHALTON FLANIGAN SUELTHAUS P.C. | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP |
|---|---|
| /s/ Christopher A. Ward | /s/ Joanne B. Wills |
| Christopher A. Ward, Esq. (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Email: cward@polsinelli.com<br><br>Withdrawing Attorney | Joanne B. Wills, Esq. (Del. Bar No. 2357)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Fax: (302) 426-9193<br>Email: jwills@klehr.com<br><br>Attorneys for Goldman Sachs Mortgage Company |

DEL1 68308-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-10416 (KJC) |
| Debtor. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Joanne B. Wills, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on this 19th day of May 2008, I caused to have a copy of the foregoing *Substitution of Counsel* to be served on the parties on the attached list in the manner indicated.

/s/ Joanne B. Wills, Esq.
Joanne B. Wills, Esq. (Del. Bar No. 2357)

DEL1 68321-1

## NEW CENTURY
### Service List

Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Christopher M. Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Suzzanne S. Uhland, Esq.
Emily Culler, Esquire
O'Melveny & Myers, LLP
275 Battery Street
Suite 2600
San Francisco, CA 94111

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox # 35
Wilmington, DE 19801

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3121 Michelson Drive, Suite 600
Irvine, CA 92612

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhanttan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY 10019

Bennett L. Spiegel, Esq.
Shirley S. Cho, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Suite 3700
Los Angeles, CA 90017

EL1 67408-1

Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Ivan Lerer Kallick
Manatt Phelps & Phillips, LLP
11344 West Olympic Boulevard
Los Angeles, CA 90064

EL1 67408-1