UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NEW CENTURY TRS HOLDINGS, INC., | : Case No. 07-10416 (KJC) |
| a Delaware Corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Related to Docket Nos. 6430 and 6431 |

------------------------------------------------------------x

### CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

### NO ORDER REQUIRED

I, Mark Minuti, counsel for Michael J. Missal, the Court appointed examiner (the "Examiner") in the above-captioned jointly administered chapter 11 cases, hereby certify as follows:

1. On April 25, 2008, the Examiner filed the **Eighth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2008 through February 29, 2008** (the "Eighth Application") [Docket No. 6430] and the **Notice of Fee Application** (the "Notice") [Docket No. 6431].

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, objections, if any, to the Eighth Application were due on or before 4:00 p.m. on May 15, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

553557.8 5/19/08

4. Accordingly, the Eighth Application may be granted.

Dated: May 19, 2008

**SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner