IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :
                                                    : Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,                     :
a Delaware Corporation, *et al.*,                   : Case No. 07-10416 (KJC)
                                                    :
                    Debtors.                        : Jointly Administered
                                                    :
                                                    : Related to Docket Nos. 6434 and 6435
                                                    :
------------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING NINTH MONTHLY APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2008 THROUGH MARCH 31, 2008 INCLUDING REQUEST FOR LIMITED WAIVER OF INFORMATION REQUIREMENTS OF LOCAL BANKRUPTCY RULE 2016-2(d)**
<u>**NO ORDER REQUIRED**</u>

The undersigned, counsel to Michael J. Missal, the Court-Appointed Examiner (the "Examiner") for New Century TRS Holdings, Inc., *et al.*, hereby certifies that:

1. On April 25, 2008, the **Notice of Application** (the "<u>Notice</u>")[Docket No. 6435] and **Ninth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from March 1, 2008 through March 31, 2008, Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d)** (the "<u>Ninth Application</u>") [Docket No. 6434] were filed with the Court.

2. In accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 24, 2007, and the Order Appointing Fee Auditor Establishing Related Procedures Concerning the Payment of

553553.7 5/19/08

-2-

Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications date October 10, 2007, objections, if any, to the Ninth Application were due on or before 4:00 p.m. on May 15, 2008 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections appear on the docket or were served upon the undersigned counsel.

4. Accordingly, the Ninth Application may be granted.

Dated: May 19, 2008                    SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner