IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, of Saul Ewing LLP, hereby certify that on May 19, 2008, the Certification of No Objection Regarding Ninth Monthly Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP, Counsel to the Examiner, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred from March 1, 2008 through March 31, 2008, Including Request for Limited Waiver of Information Requirements of Local Bankruptcy Rule 2016-2(d) (No Order Required) was served on the parties on the attached service list in the manner indicated.

SAUL EWING LLP

By:_____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840 (telephone)
(302) 421-5873 (fax)

Co-Counsel to Michael J. Missal, Examiner

553553.7 5/19/08

## SERVICE LIST

**Via First Class U.S. Mail:**
Mark D. Collins, Esquire
Michael J. Merchant, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square, 920 King Street
P.O. Box 551
Wilmington, DE 19899

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
P.O. Box 8705
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Suzzanne S. Uhland, Esquire
Emily Culler, Esquire
O'Melveny & Myers LLP
275 Battery Street
San Francisco, CA 94111

Monika L. McCarthy, Esquire
New Century Mortgage Corporation
3337 Michelson Drive, Suite CN-350
Irvine, CA  92612

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floor
New York, NY 10022

Bennett L. Spiegel, Esquire
Shirley S. Cho, Esquire
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

Holly Felder Etlin
AP Services, LLC
9 West 57th Street, Suite 3420
New York, NY  10019

Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

553553.7 5/19/08