IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | Case No. 07-10416 (KJC) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket No. 514 |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE EMPLOYMENT OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP AS FINANCE COUNSEL TO THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

The undersigned hereby certifies as follows:

On May 2, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Application of the Debtors and Debtors in Possession for an Order Authorizing the Employment of Allen Matkins Leck Gamble Mallory & Natsis LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Section 327(e) of the Bankruptcy Code* [Docket No. 514] (the "Retention Application"). Subsequently, disputes arose between (a) Allen Matkins Leck Gamble Mallory & Natis ("Allen Matkins") and the Office of the United States Trustee (the "OUST") and (b) Allen Matkins and the Official Committee of Unsecured Creditors (the "Committee" and together with Allen Matkins and the OUST, the "Parties"). These disputes

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

RLF1-3284769-1

have been resolved and the Parties have agreed to a revised form of order approving the Retention Application that addresses their concerns (the "Proposed Order"). The Proposed Order is attached hereto as Exhibit 1.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit 1, at its earliest convenience.

Respectfully submitted,

Dated: May 19, 2008
Wilmington, Delaware

*/s/ Mark D. Collins*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Ben H. Logan
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

2

RLF1-3284769-1