IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No. 6444 |

## ORDER APPROVING SETTLEMENTS BETWEEN DEBTORS AND VARIOUS CLAIMANTS REGARDING LEASE AGREEMENTS AND OTHER CONTRACTS

Upon review and consideration of the Motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure dated April 28, 2008 and the Stipulations between the Debtors and the Contracting Parties (the "Stipulations")[2], and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulations attached hereto as Exhibit A-1 through A-7 are hereby approved.

2. Claim number 2431 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $150,000,000, and claim number 3373 is reduced and allowed as a general unsecured claim against debtor New Century

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Capitalized but undefined terms used herein shall have the meanings ascribed in the Motion.

RLF1-3284497-1

Mortgage Corporation in the amount of $1,206,515.94. Claim numbers 2431 and 3373 shall be the only claims of BasePoint Analytics allowed in the Debtors' cases.

        3.      Claim number 3294 is reduced and allowed as a general unsecured claim against debtor Home123 in the amount of $91,731.95, and claim number 3253 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $209,751.68. Claim numbers 3294 and 3253 shall be the only claims of BRCP allowed in the Debtors' cases.

        4.      Subject to the payment by the Debtors to Pasadena within 10 days of this Order of $10,140.64 in satisfaction of the administrative priority portion of the their claim, claim number 2486 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $88,896.98 and claim number 2531 is disallowed and expunged in its entirety. Claim number 2486 shall be the only claim of Pasadena allowed in the Debtors' cases.

        5.      Subject to the payment by the Debtors to Gateway within 10 days of this Order of $1,437.72 in satisfaction of the administrative priority portion of the their claim, claim number 2601 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $124,013.56. Claim number 2601 shall be the only claim of Gateway allowed in the Debtors' cases.

        6.      Subject to the payment by the Debtors to San Ramon within 10 days of this Order of $30,656.50 in satisfaction of the administrative priority portion of the their claim, claim number 2159 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $320,000.71. Claim number 2159 shall be the only claim of San Ramon allowed in the Debtors' cases.

        7.      Claim number 2520 is reduced and allowed as a general unsecured claim against debtor Home123 Corporation in the amount of $44,885.98. Claim number 2520 shall be the only claim of Mission allowed in the Debtors' cases.

RLF1-3284497-1

8. Claim numbers 583, 1727 and 1731 are deemed withdrawn. Claim number 2052 is reduced and allowed as a general unsecured claim against debtor Home123 Corporation in the amount of $90,745.36, Claim number 1976 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $578,900.95 and Claim number 1977 is reduced and allowed as a general unsecured claim against debtor New Century Mortgage Corporation in the amount of $109,475.52.

9. This Court shall retain jurisdiction to enforce the terms of this Order.

Date: May 19, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1-3284497-1