IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,**[1] | : | **Case No. 07-10416 (KJC)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |
| | : | **Re: Docket No. 6390** |

### ORDER GRANTING PRECAUTIONARY MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION TO EXTEND THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN

This matter coming before the Court on the Motion of Debtors and Debtors in Possession for a Precautionary Order Pursuant to 11 U.S.C. section 1121(d) Extending Exclusive Period to Solicit Acceptances of a Chapter 11 Plan (the "Motion")[2]; the Court having reviewed the Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. sections 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. section 157(b)(2) and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. sections 1408 and 1409; the Court having determined that notice of the Motion was appropriate under the particular circumstances; the Court having determined that the legal and factual basis set forth in

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

the Motion establish just cause for the relief granted herein; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The exclusive period for the Debtors to solicit acceptances of a chapter 11 plan is hereby extended through and including May 21, 2008.

3. The relief granted in this Order is without prejudice to the Debtors' right to seek and request further extensions of the Exclusive Solicitation Period.

4. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: May 19, 2008
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE