## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | :  **Chapter 11** |
| | : |
| **NEW CENTURY TRS HOLDINGS, INC., a** | :  **Case No. 07-10416 (KJC)** |
| **Delaware corporation, et al.,**[1] | : |
| | :  **Jointly Administered** |
| | : |
| **Debtors.** | : |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MAY 21, 2008 AT 10:00 A.M.

## I.    CONTINUED MATTERS:

1.    Debtors' Fourth Omnibus Objection to Claims: Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims [D.I. 3925; filed 11/20/07]

Objection deadline:  December 13, 2007

Objections/Responses Received:

A.    The Debtors received an informal response from Residential Mortgage Solution LLC.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation

---

[1]  The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2]  Amended/Added agenda items are noted in **bold.**

Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4242; filed 12/28/07]

ii.     Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late Filed Claims Set Forth in Debtors' Fourth Omnibus Objection to Claims [D.I. 4371; filed 1/10/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit A.

2.     Debtors' Ninth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 4262; filed 12/28/07]

Objection deadline:  January 30, 2008

Objections/Responses Received:

A.     Response to Debtors' Ninth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims for Debtors' Ninth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims Re: Docket No. 4262 [D.I. 4549; filed 1/23/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 Disallowing and Expunging Certain Reduced and Reclassified Claims [D.I. 4846; filed 2/6/08]

iii.     Revised Order Granting Debtors' Ninth Omnibus Objection Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Reduced and/or Reclassified Claims [D.I. 5044; filed 2/26/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit E.

3.      Debtors' Thirteenth Omnibus Objection:  Substantive Objection Pursuant to 11
        U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule
        3007-1 to Certain Multiple-Debtor Duplicate Claims [D.I. 4815; filed 2/4/08]

        Objection deadline:  February 27, 2008

        Objections/Responses Received:

        A.      The Debtors received an informal response received from The Travelers
                Indemnity Company and its affiliates.

        Related Documents:

        i.      Notice of Submission of Copies of Proofs of Claims for Debtors'
                Thirteenth Omnibus Objection to Claims:  Substantive Objection Pursuant
                to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and
                Local Rule 3007-1 to Certain Multiple Debtor Duplicate Claims [D.I.
                4997; filed 2/20/08]

        ii.     Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014
                and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain
                Multiple-Debtor Duplicate Claims [D.I. 5249; filed 3/6/08]

        iii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007
                and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging
                Certain Multiple-Debtor Duplicate Claims [D.I. 5764; filed 4/9/08]

        Status: The hearing on this matter has been continued to the omnibus hearing
                scheduled for June 4, 2008 at 10:00 a.m.  The individual status of each
                remaining claim with respect to this matter is listed on the attached
                Exhibit G.

4.      Debtors' Fifteenth Omnibus Objection to Claims: Non-Substantive Objection
        Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and
        9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded
        Claims; (B) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting
        Documentation Claims [D.I. 5024; filed 2/22/08]

        Objection deadline:  March 18, 2008

        Objections/Responses Received:

        A.      The Debtors received an informal response received from Doug Belden
                Hillsborough County Tax Collector.

        C.      The Debtors received an informal response from Pierre Augustin.

        Related Documents:

i.      Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims; (D) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Fifteenth Omnibus Objection to Claims [D.I. 5822; filed 4/11/08]

ii.     Order (Revised) Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims; (D) Duplicate Claims; (C) Late Filed Claims; and (D) No Supporting Documentation Claims Set Forth in Debtors' Fifteenth Omnibus Objection to Claims [D.I. 6305; filed 4/18/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit I.

5.      Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5025; filed 2/22/08]

Objection Deadline: March 18, 2008

Objections/Responses Received:

A.      Internal Revenue Service's Responses to Debtors' Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Claim of Internal Revenue Service for Which Insufficient Documentation is Attached to the Filed Proof of Claim [D.I. 5391; filed 3/18/08]

Related Documents: None to date.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.

6.      Motion of Alberto and Helen Figueroa for Relief from the Automatic Stay [D.I. 5436; filed 3/20/08]

Objection Deadline: April 2, 2008; extended to April 29, 2008 for the Debtors and the Official Committee of Unsecured Creditors

Objections/Responses Received: None to date

Related Documents:

RLF1-3285095-1

i.      Proposed Order [D.I. 5437; filed 3/20/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.

7.    Joint Motion of DRA/CLP 901 Maitland Orlando, LLC and DRA CRT Baymeadows Center, LLC for Allowance of Administrative Expense Claim and Immediate Payment Thereof [D.I. 5455; filed 3/21/08]

Objection Deadline:   April 1, 2008; extended to April 29, 2008 for the Debtors and the Official Committee of Unsecured Creditors

Objections/Responses Received:  None to date

Related Documents:  None to date.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.

8.    Debtors' Eighteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5537; filed 3/27/08]

Objection deadline:  April 30, 2008

Objections/Responses Received:

A.      Response to Debtors' Eighteenth Omnibus Objection to Claims (filed by Patrick J. Moloney) [D.I. 6425; filed 4/24/08]

B.      The Debtors received an informal response from Washington Mutual.

C.      The Debtors received an informal response from Natixis Real Estate Capital Inc.

Related Documents:

i.      Notice of Withdrawal of Debtors' Eighteenth Omnibus Objection: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Re: Claim No. 3537 of Natixis Real Estate Capital, Inc. [D.I. 6400; filed 4/22/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and

Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Set Forth in the Debtors' Eighteenth Omnibus Objection to Claims [D.I. 6642; filed 5/7/08]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit K.

9.     Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Nextace Corporation Common Stock) [D.I. 5668; filed 4/3/08]

Objection Deadline:    April 10, 2008; extended to April 17, 2008 for the Committee

Objections/Responses Received:

A.     Notice of Objection and Objection to Proposed Sale of Assets (Nextace Corporation Common Stocks) [D.I. 6197; filed 4/10/08]

Related Documents: None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 24, 2008 at 10:00 a.m.

## II.    UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

10.    Motion of the Debtors and Debtors in Possession for a Precautionary Order Pursuant to Section 1121(d) of the Bankruptcy Code for Entry of an Order Extending the Exclusive Period During Which Only the Debtors May Solicit Acceptances of a Chapter 11 Plan [D.I. 6390; filed 4/21/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None to date

Related Documents:

i.     Certificate of No Objection [D.I. 7196; filed 5/19/08]

Status: On May 19, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

11.     CitiMortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5430 Cherry Creek Parkway South, Columbus, OH [D.I. 6393; filed 4/22/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.     Certification of Counsel [D.I. 7056; filed 5/15/08]

Status: On May 15, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

12.     Motion for Order Approving Settlements Between Debtors and Various Claimants Regarding Lease Agreements and Other Contracts [D.I. 6444; filed 4/28/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.     Certificate of No Objection [D.I. 7197; filed 5/19/08]

Status: On May 19, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

13.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 971 Campbell Circle, Woodland, CA 95776 [D.I. 6468; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.     Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

14.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1504 Helix Street, Spring Valley, CA 91977 [D.I. 6469; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

15.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7821 River Mist Ave, Bakersfield, CA 93313 [D.I. 6470; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

16.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4027 Abbey Terrace 101, Fremont, CA 94536 [D.I. 6471; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

17.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 31689 Canyon Estates Drive, Lake Elsinore, CA 92532 [D.I. 6472; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

18.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 17440 Langton Way, Hayward, CA 94541 [D.I. 6473; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

19.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10902 Snowcreek Falls Avenue, Bakersfield, CA 93312 [D.I. 6474; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

20.   Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay
      Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
      at 104 Prospect Street, Ansonia, CT 06401 [D.I. 6475; filed 5/1/08]

      Objection Deadline:  May 13, 2008

      Objections/Responses Received:  None at this time.

      Related Documents:

      i.     Certification of Counsel [D.I. 7120; filed 5/16/08]

      Status: On May 16, 2008, a certification of counsel indicating that there were no
              objections to the motion was filed.  Accordingly, a hearing on this matter
              is only necessary to the extent the Court has any questions or concerns.

21.   Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay
      Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
      at 24868 Chippendale Street, Moreno Valley, CA 92553 [D.I. 6476; filed 5/1/08]

      Objection Deadline:  May 13, 2008

      Objections/Responses Received:  None at this time.

      Related Documents:

      i.     Certification of Counsel [D.I. 7120; filed 5/16/08]

      Status: On May 16, 2008, a certification of counsel indicating that there were no
              objections to the motion was filed.  Accordingly, a hearing on this matter
              is only necessary to the extent the Court has any questions or concerns.

22.   Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay
      Under Section 362 of the Bankruptcy Code with Respect to Real Property Located
      at 277 Spence Avenue Unit 134a, Upland, CA 91786 [D.I. 6477; filed 5/1/08]

      Objection Deadline:  May 13, 2008

      Objections/Responses Received:  None at this time.

      Related Documents:

      i.     Certification of Counsel [D.I. 7120; filed 5/16/08]

      Status: On May 16, 2008, a certification of counsel indicating that there were no
              objections to the motion was filed.  Accordingly, a hearing on this matter
              is only necessary to the extent the Court has any questions or concerns.

23.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2065 Sunburst Dr, Perris, CA 92571 [D.I. 6478; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

   i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

24.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6421 Grattan Way, North Highlands, CA 95660 [D.I. 6479; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

   i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

25.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9947 Cedardale Dr, Santa Fe Springs, CA 90670 [D.I. 6480; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

   i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

RLF1-3285095-1

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

26.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8444 Farmers Ln, Bakersfield, CA 93307 [D.I. 6481; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

27.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14328 Magnolia Boulevard #4, Los Angeles, CA 91423 [D.I. 6482; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

28.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2071 Joan Drive, San Leandro, CA 94578 [D.I. 6483; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

29.     Countrywide Home Loans, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4548 Willard Street, Bakersfield, CA 93314 [D.I. 6484; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

30.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 25132 Camino Del Mar Unit 1, Laguna Niguel, CA 92677 [D.I. 6485; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

31.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 167 Whittier Street, San Francisco, CA [D.I. 6486; filed 5/1/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

32.    LaSalle Bank National Association, as Trustee's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 409 Harwood Circle, Euless, TX 76039 [D.I. 6509; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

33.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 127 Pinehurst Dr, New Orleans, LA 70131 [D.I. 6510; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.
Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

34.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3250 NW 105th Ave, Sunrise, FL 33351 [D.I. 6511; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

14

Status: On May 16, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

35.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 26 Monrovia Street, Springfield, MA 01104 [D.I. 6512; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

36.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1436 W Glasgow Ct, Bloomington, IN 47403 [D.I. 6513; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

37.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2429 North Silver Mosaic Drive, Tucson, CA 85745 [D.I. 6514; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

38.    MERS' Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2216 Meadow Green Avenue North, Las Vegas, NV 89031 [D.I. 6515; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

39.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3403 S 58th Avenue, Cicero, IL 60804 [D.I. 6516; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

40.    MERS' Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1328 W 23rd St, #C, Houston, TX 77008 [D.I. 6517; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

16

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

41.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 755 Lakehaven Dr, Sunnyvale, CA 94085 [D.I. 6518; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

42.    Saxon Mortgage Services, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 925 Intervale Dr, Garland, TX 75043 [D.I. 6519; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

43.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 594 Alexis Circle, Daly City, CA 94014 [D.I. 6520; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

44.     Saxon Mortgage Services, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1406 Michael Place 114 M, Bayside, NY 11360 [D.I. 6521; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

45.     Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 37 Dorman Ave, Lawrenceburg, IN [D.I. 6522; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

46.     Saxon Mortgage Services, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 71A Somers Street, Brooklyn, NY 11233 [D.I. 6523; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.      Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

47.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 15123 Lance Circle, Houston, TX 77053 [D.I. 6524; filed 5/2/08]

Objection Deadline: May 13, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of Counsel [D.I. 7120; filed 5/16/08]

Status: On May 16, 2008, a certification of counsel indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

48.    DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 16511 Kipling Ave, Cleveland, OH 44110 [D.I. 6555; filed 5/5/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents:

i.    Certification of No Objection [D.I. 7059; filed 5/15/08]

Status: On May 15, 2008, a certificate of no objection indicating that there were no objections to the motion was filed. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

49.    US Bank, N.A. as Trustee c/o Select Portfolio Servicing Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 836 Brookside Avenue, Santa Maria, CA 93455 [D.I. 6449; filed 4/29/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

RLF1-3285095-1

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

50.   UBS Real Estate Securities Inc. c/o Select Portfolio Servicing Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2004 Stonewall Street, Brunswick, Georgia 31520 [D.I. 6450; filed 4/29/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents: None.

Status: The hearing on this matter is going forward.

51.   HSBC Bank USA, N.A. as Trustee c/o Select Portfolio Servicing Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 82 Scitchpine Drive, Islandia, NY 11749 [D.I. 6451; filed 4/29/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents: None.

Status: The hearing on this matter is going forward.

52.   US Bank, N.A. as Trustee c/o Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6452; filed 4/29/08]

Objection Deadline: May 14, 2008

Objections/Responses Received: None at this time.

Related Documents: None.

Status: The hearing on this matter is going forward.

53.   US Bank, N.A., as Trustee c/o Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 6453; filed 4/29/08]

Objection Deadline: May 14, 2008

Objections/Responses Received:  None at this time.

Related Documents:  None.

Status:  The hearing on this matter is going forward.

IV. **CONTESTED MATTERS GOING FORWARD:**

54. Debtors' Fifth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (I) Books and Records Claims, and (II) Reduced and/or Reclassified Claims [D.I. 3926; filed 11/20/07]

Objection deadline:  December 13, 2007

Objections/Responses Received:

A. Response to Debtors' Fifth Omnibus Objection to Claims (filed by County of Santa Clara) [D.I. 4073; filed 12/10/07]

B. Response to Debtors' Fifth Omnibus Objection to Claims (filed by Hidalgo County, *et al.*) [D.I. 4087; filed 12/13/07]

C. Response to Debtors' Fifth Omnibus Objection to Claims (filed by Maricopa County Treasurer) [D.I. 4088; filed 12/13/07]

D. The Debtors received a consolidated informal response received from various taxing authorities  (Cedar Hill ISD, *et al.*).

Related Documents:

i. Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (I) Disallowing and Expunging Certain Books and Records Claims and (II) Reducing and Reclassifying Certain Claims Set Forth on the Debtors' Fifth Omnibus Objection to Claims [D.I. 4238; filed 12/28/07]

ii. Order Approving Stipulation Between Debtors and Orange County Treasurer-Tax Collector Resolving the Debtors' Fifth Omnibus Objection to Claims and Establishing the Treatment of Claim No. 3339 [D.I 6235; filed 4/15/08]

iii. Order Approving Stipulation Between Debtors and Tax Appraisal District of Bell County, County of Denton, Wylie Independent School District, County of Hays, County of Brazos, Mexia Independent School District and County of Williamson Resolving the Debtors' Fifth Omnibus Objection to Claims and Establishing the Treatment of Claim Nos. 457, 471, 472, 473, 3784, 3785, 3786, 3787, 3788 and 3789 [D.I. 6236; filed 4/15/08]

21

Status: The hearing on this matter is going forward  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit B.

55.    Debtors' Seventh Omnibus Objection to Claims:  Non-Substantive Objection Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims [D.I. 4075; filed 12/11/07]

Objection deadline:  January 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Seventh Omnibus Objection to Claims (filed by Brazoria County M.U.D. #21, et al.) [D.I. 4260; filed 12/28/07]

B.    The Debtors received an informal response from Hillsborough, Florida.

Related Documents:

i.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4372; filed 1/10/08]

ii.    Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed Claims and (D) No Supporting Documentation Claims Set Forth in Debtors' Seventh Omnibus Objection to Claims [D.I. 4995; filed 2/20/08]

Status: **The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit C.**

56.    Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims [D.I. 4261; filed 12/28/07]

Objection deadline:  January 30, 2008

Objections/Responses Received:

A.    Response to Debtors' Eighth Omnibus Objection to Claims (filed by Michigan Department of Treasury) [D.I. 4358; filed 1/10/08]

B.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by The Commonwealth of Pennsylvania) [D.I. 4362; filed 1/10/08]

C.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of New Jersey [D.I. 4392; filed 1/11/08]

D.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by the State of Washington Department of Revenue) [D.I. 4500; filed 1/17/08]

E.     Response to Debtors' Eighth Omnibus Objection to Claims (filed by New York State Department of Taxation and Finance) [D.I. 4529; filed 1/18/08]

F.     The Debtors received an informal response from City of New York Department of Finance.

G.     The Debtors received an informal response from the State of Rhode Island.

H.     **The Debtors received a consolidated informal response received from various taxing authorities (Blanco CAD, *et al.*).**

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims for Debtors' Eighth Omnibus Objection to Claims:  Substantive Objection Pursuant to 11 U.S.C. Section 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain Books and Records Claims Re: Docket No. 4261 [D.I. 4548; filed 1/23/08]

ii.     Withdrawal of Michigan Department of Treasury's Response to the Debtors' Eighth Omnibus Objection [D.I. 4796; filed 2/1/08]

iii.     Order Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 4845; filed 2/6/08]

iv.     Order (Revised) Pursuant to 11 U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 (A) Disallowing and Expunging Certain Books and Records Claims and (B) Reducing and/or Reclassifying Certain Books and Records Claims Set Forth in Debtors' Eighth Omnibus Objection to Claims [D.I. 5340; filed 3/13/08]

Status: The hearing on this matter is going forward.  The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit D.

57.     Debtors' Eleventh Omnibus Objection:  Substantive Objection Pursuant to 11
        U.S.C. Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule
        3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C)
        Reduced and Reclassified Claims; and (D) Insufficient Documentation Claims
        [D.I. 4521; filed 1/18/08]

        Objection deadline:  February 13, 2008

        Objections/Responses Received:

        A.      Response to Debtors' Eleventh Omnibus Objection to Claims (filed by
                County of Santa Clara Tax Collector) [D.I. 4848; filed 2/6/08]

        B.      Response to Debtors' Eleventh Omnibus Objection to Claims (filed by
                Maricopa County Treasurer) [D.I. 4878; filed 2/12/08]

        C.      Response to Debtors' Eleventh Omnibus Objection to Claims (filed by
                Cisco Systems Capital Corporation) [D.I. 4879; filed 2/13/08]

        Related Documents:

        i.      Notice of Submission of Copies of Proofs of Claims for Debtors' Eleventh
                Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C.
                Sections 502 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule
                3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C)
                Reduced and Reclassified Claims; and (D) Insufficient Documentation
                Claims [D.I. 4842; filed 2/6/08]

        ii.     Exhibit A to Response to Debtors' Eleventh Omnibus Objection to Claims
                (filed by Cisco Systems Capital Corporation) [D.I. 4880; filed 2/13/08]

        iii.    Order Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and 9014
                and Del. Bankr. L.R. 3007-1 Disallowing and Expunging Certain (A)
                Books and Records Claims; (B) Equity Claims; (C) Reduced and
                Reclassified Claims; and (D) Insufficient Documentation Claims [D.I.
                4993; filed 2/20/08]

        iv.     Order (Second) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007
                and 9014 and Del. Bankr. L.R. 3007-1 Disallowing and Expunging
                Certain (A) Books and Records Claims; (B) Equity Claims; (C) Reduced
                and Reclassified Claims; and (D) Insufficient Documentation Claims [D.I.
                5248; filed 3/6/08]

        Status:  The hearing on this matter is going forward.  The individual status of each
                 remaining claim with respect to this matter is listed on the attached
                 Exhibit F.

58.     Debtors' Fourteenth Omnibus Objection:  Substantive Objection Pursuant to 11
        U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and

24

Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5023; filed 2/22/08]

Objection deadline: March 18, 2008

Objections/Responses Received:

A.    The Debtors received an informal response received from Peter H. Arkison Trustee for Pyatt.

B.    The Debtors received an informal response received from Doug Belden Hillsborough County Tax Collector.

C.    The Debtors received an informal response received from La Joya Independent School District.

D.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Alexander Davis) [D.I. 5237; filed 3/4/08]**

E.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Rhonda M. Silva) [D.I. 5318; filed 3/11/08]**

F.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Robert and Deborah Massie) [D.I. 5392; filed 3/18/08]**

G.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by The Rose Townsend Trust) [D.I. 5393; filed 3/18/08]**

H.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Catherine C. Aquino) [D.I. 5398; filed 3/17/08]**

I.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Albert A. Winters and Maria D. Garibay aka Maria D. Winters) [D.I. 5400; filed 3/17/08]**

J.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by EQY Invest First Colony Owner, Ltd., LLP) [D.I. 5402; filed 3/17/08]**

K.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Michael and Alvia Razo) [D.I. 5411; filed 3/18/08]**

L.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by William Feeney) [D.I. 5412; filed 3/18/08]**

M.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Anna Bailey) [D.I. 5413; filed 3/18/08]**

N.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by LaMonte Andrews) [D.I. 5416; filed 3/18/08]**

O.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Merlin Grant) [D.I. 5420; filed 3/18/08]**

P.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Mary McGurk) [D.I. 5421; filed 3/18/08]**

Q.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5422; filed 3/18/08]**

R.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Geraldine Pulliam) [D.I. 5423; filed 3/18/08]**

S.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Melvin Proctor, et al.) [D.I. 5428; filed 3/18/08]**

T.    **Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Kristine Porter) [D.I. 5442; filed 3/18/08]**

U.    **Amended Response to Debtors' Fourteenth Omnibus Objection to Claims (filed by Lisa Clark) [D.I. 5458; filed 3/24/08]**

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Fourteenth Omnibus Objection to Claims: Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5297; filed 3/11/08]

ii.    Order Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Equity Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Set Forth in the Debtors' Fourteenth Omnibus Objection to Claims [D.I. 5823; filed 4/11/08]

iii.    Order (Second) Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Equity Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims Set Forth in the Debtors' Fourteenth Omnibus Objection to Claims [D.I. 6640; filed 5/7/08]

RLF1-3285095-1

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m.. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit H.

59.    Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Mu ltiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5260; filed 3/7/08]

Objection deadline:  April 2, 2008

Objections/Responses Received:

A.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Redwood Mortgage Funding, Inc.) [D.I. 5631; filed 4/2/08]

B.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by The Hartford and Hartford Fire Insurance Company) [D.I. 5634; filed 4/2/08]

C.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Natixis Real Estate Capital Inc.) [D.I. 5635; filed 4/2/08]

D.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Sprint Communications Company L.P.) [D.I. 5735; filed 4/4/08]

E.    The Debtors received an informal response from Barclays Bank PLC.

F.    The Debtors received an informal response from Sutton Funding LLC.

G.    The Debtors received an informal response from The Travelers Indemnity Company and its Affiliates

H.    Response to Debtors' Sixteenth Omnibus Objection to Claims (filed by Pennsylvania Department of Revenue) [D.I. 5359; filed 3/13/08]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims for Debtors' Sixteenth Omnibus Objection:  Substantive Objection Pursuant to 11 U.S.C. Sections 502, 503, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 to Certain (A) Books and Records Claims; (B) Insufficient Documentation; (C) Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims [D.I. 5523; filed 3/26/08]

ii.     Order Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 5821; filed 4/15/08]

iii.    Order (Revised) Pursuant to 11 U.S.C. Sections 502, 203, 506 and 507, Fed. R. Bankr. P. 3007 and 9014, and Del. Bankr. L.R. 3007-1 Disallowing and Expunging (A) Books and Records Claims; (B) Insufficient Documentation Claims; (C) Certain Multiple-Debtor Duplicate Claims; and (D) Reduced and/or Reclassified Claims as Set Forth in Debtors' Sixteenth Omnibus Objection to Claims [D.I. 6306; filed 4/18/08]

Status: The hearing on this matter is going forward. The individual status of each remaining claim with respect to this matter is listed on the attached Exhibit J.

60.    Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (A/R Racing/IO Vega Systems) [D.I. 6278; filed 4/16/08

Objection deadline:    April 23, 2008; extended to April 30, 2008 for the Committee

Objections/Responses Received:

A.     Pima County's Objection to Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (AR Racing/IO Vega Systems) [D.I. 6345; filed 4/21/08

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

61.    Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Alltech Electronics) [D.I. 6279; filed 4/16/08]

Objection deadline:    April 23, 2008; extended to April 30, 2008 for the Committee

Objections/Responses Received:

A.     Pima County's Objection to Notice of Proposed Sale of Assets Pursuant to Order Establishing Miscellaneous Asset Sales Procedures (Alltech Electronics) [D.I. 6347; filed 4/21/08]

Related Documents: None at this time.

Status: The hearing on this matter is going forward.

## V.    STATUS CONFERENCES:

62.    Status Conference Regarding Second Amended Joint Chapter 11 of Liquidation of the Debtors and the Official Committee of Unsecured Creditors Dated as of April 23, 2008 [D.I. 6412; filed 4/23/08]

Status: At the omnibus hearing on May 7, 2008, the Court directed that a status conference be held to address outstanding issues related to objections the New York State Teachers' Retirement System to the extent necessary. The status conference on this matter is going forward.

Dated:  May 20, 2008
         Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Suzanne S. Uhland
Ben H. Logan
Brian M. Metcalf
Victoria Newmark
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION