Exhibit C

Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

Exhibit C

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3526 | Brazoria County M U D No. 21 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is going forward. |
| 3527 | Brazoria County M U D No. 28 | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is going forward. |
| 3525 | Brazoria County Tax Office | Response filed 12/28/07 [D.I. 4260]. The hearing on this claim is going forward. |
| 3411 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3412 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3415 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

2

Exhibit C
Status of Proofs of Claim for Debtors' Seventh Omnibus Objection (Non-Substantive) to Certain (A) Amended and Superseded Claims, (B) Duplicate Claims, (C) Late-Filed and (D) No Supporting Documentation Claims

| Remaining Claim Number | Claimant | Status |
|---|---|---|
| 3416 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3414 | Doug Belden Hillsborough County Tax Collector | The Debtors received an informal response. The Debtors and the Claimant have reached an agreement resolving this claim. A stipulation embodying the agreement will be filed with the Court under certification of counsel. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |