Exhibit G

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| | | **Exhibit A** | |
| 2081 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2119 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2113 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2080 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 3687 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2084 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |

1

Exhibit G

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2083 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2269 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2114 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2115 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |
| 2270 | 2117 | The Travelers Company and Its Affiliates | The Debtors received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for June 4, 2008 at 10:00 a.m. |