# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5*

*D&G Reference: 214184*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 73392411 | BENEDICTO M HERNANDEZ JR & ROCIO D CABRERA | 7/11/2006 | $497,200.00 | $500,887.20 | $599,000.00 | 11038 LOWER AZUSA ROAD EL MONTE, CA  91731 |
| 73402364 | MARIA G TALAMANTES & HUMBERTO GARCIA | 7/11/2006 | $187,920.00 | $203,979.67 | $220,000.00 | 2110 ROSS AVENUE EL CENTRO, CA  92243 |
| 73402932 | MANUEL & NATALIE LOZANO | 7/10/2006 | $311,910.00 | $342,921.10 | $370,000.00 | 67355 PEINETA ROAD CATHEDRAL CITY, CA  9223 |
| 73412141 | DANIEL E & CAROL A PHILPOTT | 5/9/2006 | $508,000.00 | $551,741.28 | $610,000.00 | 2520 W PACIFIC AVE BURBANK, CA  91505 |
| 73415790 | LEANDRO J VELAZQUEZ | 7/13/2006 | $424,800.00 | $449,863.97 | $399,000.00 | 14963 GENESEE RD APPLE VALLEY, CA  92307 |
| 73422126 | FELICIANO & MATILDE LOPEZ | 6/22/2006 | $303,992.00 | $325,745.02 | $275,000.00 | 404 E CENTRAL AVENUE SANTA MARIA, CA 93454 |
| 73424751 | ROSA RIVAS | 8/2/2006 | $248,000.00 | $263,994.17 | $329,000.00 | 9257 51ST STREET RIVERSIDE, CA  92509 |
| 73430704 | CECIL L MORALES | 7/6/2006 | $252,000.00 | $261,010.31 | $285,000.00 | 9431 SHADOWOOD DRIVE E MONTCLAIR, CA  91763 |
| 73432816 | ARIEL RUIZ | 7/26/2006 | $352,000.00 | $365,510.12 | $260,000.00 | 4200 REIMCHE DRIVE ANTIOCH, CA   94509 |
| 73437176 | CHRISTINA TRUJILLO | 7/27/2006 | $344,000.00 | $368,122.63 | $315,000.00 | 1161 WEST CHESHIRE STREET RIALTO, CA  92377 |
| 73441337 | ISRAEL VALDIVIA JIMENEZ & ALMA E BARRIOS | 7/31/2006 | $416,720.00 | $448,046.75 | $400,000.00 | 22 MONTANA DEL LAGO DRIVE RANCHO SANTA MARGARIT, CA  92688 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 73282581 | RAMON MORENO & ROSA JIMENEZ | 5/18/2006 | $237,750.00 | $262,182.82 | $185,000.00 | 83605 DENVER AVE<br>INDIO, CA  92201 |
| 73440841 | MYLA JOY TORRES | 7/31/2006 | $232,800.00 | $249,583.28 | $180,000.00 | 710 DANIELS AVENUE<br>VALLEJO, CA 94590 |