Michael J. Cox
Phone: 949-492-5118
Case # 07-10416 (KJC) 5-16-08

The Honorable Kevin J. Carey

Your Honor, I am sending you copy of My Claim with New Century Mortgage.

I am Having Problems with the way they are sending My Mail within deadlines — They are Mailing them to me after the deadlines to meet — and other Problems.

Please. Would appreciate if you can call me —

Case # 07 10416

New Century Mortgage
Claim
$10,000,000.00
— Ten Million —

Michael J. Cox
409 E. Haltern Ave
✱ Property   Glendora, Ca. 91740
Loan # 0000255352

The Salesman from New Century Mortgage W. Covina Office came to my house to make the loan.
To qualify for the amount that I needed the Salesman (Sam Samuels) said that he would have his friend appraiser to apprise my property much higher. That way he was able to loan me more then I needed. As my only income is my Social Security he said that the extra money would help me make the payments on the loan.

cont.

12-9-07

I managed to make the payments on time until the latter part of 2000. I got behind on one payment.

I sent them Two checks — the one check that was late plus the late charges and the check for the next month.

They Refused them and sent them Back to me. They wanted me to Pay the complete Balance of the Loan. They (New Century nation) said that they were going to Foreclose.

I tried every way to reason with them —

My House had been Paid for since 1970. I had bougt it in 1955 after World War II and I did not want to loose my Home.

I had heard that the President had helped and saved the home of a world War II veteran whose house was also in Foreclosure.

cont.



3-7-07

In desperation I called the White House and was advised to Fax President Clinton a letter that same evening explaining my need for his Help.

The President Responded to help me.

Within a few days I got calls from the Veterans Administration - The Adult Protective Service and Mr Vehek.

They had all been contacted from the White House to help me save my House.

I called New Century Mortgage and spoke to the person (Woman) that was Handling the Foreclosure and told her that I contacted President Clinton and that he was going to Help me.

All she said was Have President Clinton call me - as they still were going to Foreclose.

I contacted the Veterans Administration and they told me to get the closing costs on the Loan. Then I called New Century for the amount. I was informed that my House was already sold in an auction held in Los Angeles — which I found later that this was not true — New Century Mortgage still had my House — All this happened in latter Part of Nov. - Dec. 2000. I was still in my House.

New Century Foreclosed on me Early February 2001
The Sheriffs arrived early and I was locked out of my House with just the clothes I was wearing. I asked the Sheriff if I could pick up some of my personal belongings. He gave me a telephone number

cont

to call and said that they would tell me what day I could come back to get them.

On calling the next day I was informed that some one would be at my House to let us in, But I was not allowed to be there, only my daughter and Grandson. The day given was 5 days after I was locked out.

My daughter went with Instructions to call me when she got there - I was going to tell her where things that I needswere.

When she arrived Back Home that afternoon she told me that all the Phones were taken out. Very little left in the House.

All My Belongings - everything from my House Garage were put in a Warehouse in Hindora, But not under my Name under some one else's. New Century Mortgage was aware of this --- cont.

3-7-07

My Cars that were parked on my property — one in my garage — the other on my driveway were also gone —

I did not get any of my things back. — Nothing. New Century Mortgage had taken it all —

Claim

* My House  409 E. Halferin Ave Glendora
* Furniture
* All my Corporation Papers
* ** Documents and papers that were to be filed and recorded in the Supreme Court — that confirmed that I had served in World War II and that I was Service Connected and all Benefits that pertained to World War II. Veterans — House School — Hospital Medicare — Prescriptions etc. Pension retroactive back to 1945.
* Baptism Papers
* Birth Certificate
*** Mahatma Gandhi Cane Walking Stick during World War II in Calcutta, India

over

Claim

2-7-07

I had a chance encounter with Mahatma Gandhi. I had injured my leg and was limping pretty badly — He gave me his Cane (Walking Stick) and said that I needed it more than He — That Cane had been with me all these years.

✻ Atwater Kent Radio
✻✻✻ Letters from Ernest Hemingway
✻ All My Jewelry
✻ ✻ 1- Star Ruby — I got in Colombo Ceylon when I declared it at customs they said that there was only one other True Star Ruby from Colombo Ceylon Registered to Bob Hope. (STAR Ruby Stone)
✻ ✻ 2 Cars Fords
  1- Ford Station Wagon #4734 New
  1- Ford Sedan ap 1956 Engine

I can go on all right —
I lost every thing —
I was left with No Identity

Michael J. Cox
106 Corona Lane APT B
San Clemente Ca. 92672

(over)

⑧

2-7-07

Michael J. Cox
106 Corona Lane Apt B
San Clemente, Ca. 92672

Phone 949-498-3985
or
949-492-5118
or
949-492-0644

~~[crossed out]~~
If you need more information please call me or write to me at address above.

Sincerely
Michael J. Cox

P.P. I am 84 years old.