323                                                                                    07-10416

MICHAEL J COX
265 WEST FOOTHILL
C 205
SAN DIMAS, CA 91773

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, et al.,[1] | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CLASS HC7[2]
## OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.

**BALLOT TO ACCEPT OR REJECT THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DATED AS OF MARCH 18, 2008 (THE "PLAN") FOR HOLDERS OF CLASS HC7 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.)**

**RECORD DATE: March 10, 2008**

**VOTING DEADLINE: April 21, 2008**

THIS BALLOT IS TO BE USED BY OR ON BEHALF OF HOLDERS OF CLASS HC7 CLAIMS (OTHER UNSECURED CLAIMS AGAINST NEW CENTURY TRS HOLDINGS, INC.). PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE PROMPTLY. IF THE BALLOTING AGENT HAS NOT RECEIVED THIS BALLOT BY 5:00 P.M., PACIFIC TIME, ON APRIL 21, 2008 (THE "VOTING DEADLINE"), UNLESS EXTENDED AT THE SOLE DISCRETION OF THE DEBTORS, IT WILL NOT BE COUNTED. <u>FACSIMILE BALLOTS WILL NOT BE ACCEPTED.</u>

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan or in the Motion.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> PLEASE COMPLETE ITEM 1. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of Class HC7 Claim(s) (Other Unsecured Claim(s) against New Century TRS Holdings, Inc.) in the amount set forth below, votes to (check one box):

☐ Accept the Plan          ☐ Reject the Plan.

Creditor: Michael J Cox          Claim Amount: $10,000,000.00

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

Michael J Cox
_____
Name

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

265 West Foothill
C 205
San Dimas, CA 91773
_____
Street Address

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot by mail, overnight courier or personal delivery to the Balloting Agent at the following address:

   **IF SENT BY MAIL**

   **New Century Claims Processing
   c/o XRoads Case Management Services
   P.O. Box 8901
   Marina Del Rey, CA 90295**

   **IF SENT BY MESSENGER OR OVERNIGHT COURIER**

   **New Century Claims Processing
   c/o XRoads Case Management Services
   1821 East Dyer Road, Suite 225
   Santa Ana, CA 92705**

   **Ballots must be *received* by the Balloting Agent by 5:00 p.m., Pacific Time, on April 21, 2008 (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. ***Ballots submitted by facsimile will not be accepted.***

2. You must vote all of your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.

3. Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules that were approved by the Bankruptcy Court with respect to the Class in which your Claim is classified (the "Non-EPD/Breach Claim Tabulation Rules"). The Non-EPD/Breach Claim Tabulation Rules are set forth in the Notice of (a) Deadline for Casting Votes to Accept or Reject Proposed Joint Chapter 11 Plan of Liquidation, (b) Hearing to Consider Confirmation of Proposed Joint Chapter 11 Plan of Liquidation and (c) Related Matters, which is enclosed with the solicitation materials you received along with this Ballot. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion,

pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than April 15, 2008. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in an amount that differs from the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.

4. The Ballot does not constitute and will not be deemed a proof of Claim or Interest or an assertion of a Claim or Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the last Ballot received by the Balloting Agent before the Voting Deadline will supersede any prior Ballots.

**PLEASE RETURN YOUR BALLOT PROMPTLY**

**THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE TRANSMISSION**

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (800) 784-9571**

0710416080318151838000323