# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5*

*D&G Reference: 214185*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 73155893 | PATRICIO & MARLENE LLORET | 3/22/2006 | $412,000.00 | $445,053.40 | $375,000.00 | 10946 SAN BLAS CIRCLE SAN DIEGO, CA  92126 |
| 73157013 | MARIA T PAGAN | 5/3/2006 | $391,200.00 | $424,855.33 | $405,000.00 | 2309 TOSCANO DRIVE MANTECA, CA  95337 |
| 73161710 | ENRIQUETA BYARS, EDWARD P & MICHELLE LOPEZ | 4/7/2006 | $366,400.00 | $405,391.52 | $433,000.00 | 626 COMSTOCK LANE MANTECA, CA  95336 |
| 73163974 | MARIA DE LOURDES OROZCO | 4/21/2006 | $276,000.00 | $287,731.14 | $320,000.00 | 12362 HITCHING POST DRIVE VICTORVILLE, CA  92392 |
| 73165198 | SARA JANNETTE DAVIS | 5/31/2006 | $423,200.00 | $468,420.40 | $398.000.00 | 14707 CHATSWORTH DRIVE MISSION HILLS AREA, CA  91345 |
| 73165414 | BARTOLO MORALES | 4/27/2006 | $204,000.00 | $214,174.37 | $200,000.00 | 10721 MCINTOSH WAY CALIFORNIA CITY, CA  93505 |
| 73166798 | SHOMAREE C VALLE | 4/26/2006 | $344,000.00 | $377,964.06 | $250,000.00 | 1753 49TH STREET SAN DIEGO, CA  92102 |
| 73170495 | ROSEMARIE VARQUEZ | 5/9/2006 | $300,000.00 | $330,540.61 | $320,000.00 | 21187 TANGERINE UNIT 117 MISSION VIEJO, CA  92691 |
| 73172039 | JESSE C WILHITE II | 4/28/2006 | $396,000.00 | $446,623.75 | $377,600.00 | 1225 PORTOLA AVENUE SPRING VALLEY, CA  91977 |
| 73172575 | ALMA ZARATE & VIDAL RAMOS | 4/25/2006 | $359,920.00 | $381,718.14 | $320,000.00 | 140 BENNETTA DR SANTA MARIA, CA  93458 |
| 73173447 | MARIA DOLORES HERNANDEZ | 4/28/2006 | $276,000.00 | $297,546.07 | $245,000.00 | 82385 GOLDEN ROD DRIVE INDIO, CA  92201 |
| 73173463 | JOEL GOIZ | 5/2/2006 | $412,000.00 | $440,902.83 | $339,000.00 | 10172 HEDRICK AVENUE RIVERSIDE, CA  92503 |
| 73175000 | LUCIO CARO & ENGRACIA CARO | 5/16/2006 | $268,000.00 | $280,484.81 | $275,999.00 | 38640 15TH STREET EAST PALMDALE, CA  93550 |
| 73175192 | NELSON MARQUEZ | 5/16/2006 | $244,800.00 | $259,410.16 | $240,000.00 | 66143 6TH STREET DESERT HOT SPRINGS, CA  92240 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 73176856 | MARIA M BLISS | 5/31/2006 | $488,000.00 | $514,180.71 | $500,000.00 | 16415 GLEDHILL STREET<br>NORTH HILLS, CA  91343 |
| 73177072 | CESARIO OBET CAMPOS | 5/31/2006 | $332,000.00 | $351,320.62 | $240,000.00 | 17410 IVY AVENUE<br>FONTANA, CA  92335 |
| 73177160 | ELEANOR P & PEDR VIDAL | 5/17/2006 | $516,000.00 | $566,881.51 | $605,000.00 | 12331 PALM ST<br>CERRITOS, CA  90703 |
| 73178208 | ZIRAHUEN GONZALEZ | 5/31/2006 | $204,800.00 | $215,378.66 | $175,000.00 | 3564 W CORNELL  AVE<br>FRESNO, CA  93722 |
| 73182824 | GUADALUPE RAMOS | 5/30/2006 | $244,000.00 | $270,648.18 | $250,000.00 | 255 QUANDT RANCH ROAD<br>SAN JACINTO, CA  92583 |
| 73185601 | OSSIE JACKSON | 5/19/2006 | $260,000.00 | $286,012.67 | $239,000.00 | 26941 RAINBOW GLEN DRIVE # 751<br>SANTA CLARITA, CA 91351 |
| 73186185 | JOSE LOPEZ | 5/31/2006 | $398,400.00 | $416,315.37 | $395,000.00 | 768 ALVARADO DR<br>SALINAS, CA  93907 |
| 73187137 | BLANCA CORTEZ | 5/26/2006 | $296,800.00 | $326,237.49 | $173,900.00 | 12603 PENSKE STREET<br>MORENO VALLEY, CA  92553 |
| 73187945 | CHRIS GUMMERSON & EVA RODRIGUEZ | 5/25/2006 | $344,000.00 | $376,043.54 | $269,000.00 | 23198 CATT  ROAD<br>WILDOMAR, CA  92595 |
| 73189361 | ALFREDO GARCIA | 5/25/2006 | $248,000.00 | $269,515.82 | $185,000.00 | 2666  ACACIA  AVENUE<br>SAN BERNARDINO, CA  92405 |
| 73192666 | DIOSDADO & MARIE MADRIAGA | 6/01/2006 | $160,000.00 | $169,377.57 | $ 95,000.00 | 104 LUNA GRANDE CIRCLE UNIT 15<br>SACRAMENTO, CA  95834 |
| 73192834 | KENNETH E & VICTORIA A HALLIBURTON | 5/31/2006 | $172,000.00 | $186,690.43 | $124,675.00 | 3921 42ND STREET<br>SACRAMENTO,CA  95820 |
| 73198971 | JEFFREY K & THERESA LYNN HAALILIO SR | 5/30/2006 | $200,000.00 | $211,837.14 | $229,000.00 | 92 849 PRINCE KUHIO BLVD<br>OCEAN VIEW, HI  96737 |