# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE6 Mortgage Pass-Through Certificates, Series 2006-HE6*

*D&G Reference: 214187*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 73155397 | SAMUEL & ISHA MAHOI | 4/28/2006 | $624,004.00 | $671,210.97 | $545,689.00 | 11981 MULDOON WAY RANCHO CORDOVA, CA 95742 |
| 73197658 | AGLAED V MAYORGA | 6/1/2006 | $248,000.00 | $273,026.38 | $157,000.00 | 4083 BOYER AVE HEMET, CA 92544 |
| 73198010 | BEVERLY T BANTOLO | 5/31/2006 | $560,000.00 | $596,636.76 | $480,000.00 | 7520 BUNGALOW WAY RANCHO CUCAMONGA, CA 91739 |
| 73280509 | ROBERT A & SONYA R WILLIAMS | 5/11/2006 | $308,125.00 | $356,217.31 | $210,000.00 | 1930 MCPATT PLACE STOCKTON, CA 95206 |
| 73282685 | ENRIQUE CERVANTES | 6/6/2006 | $485,600.00 | $529,292.99 | $590,000.00 | 1013 SOUTH KILSON DRIVE SANTA ANA, CA 92701 |
| 73290102 | MARLENE & JAMES WILLIAMS | 6/15/2006 | $460,000.00 | $504,198.97 | $455,000.00 | 1415 NORTHWOOD DRIVE FAIRFIELD, CA 94534 |
| 73290670 | VINCENT HAYNES GARCIA | 6/28/2006 | $387,000.00 | $447,790.23 | $345,000.00 | 18619 COLLINS ST F 26 TARZANA, CA 91356 |
| 73293910 | PEDRO ZAVALZA | 6/9/2006 | $272,000.00 | $289,230.53 | $180,000.00 | 6686 ROCA CIRCLE SAN BERNARDINO, CA 92404 |
| 73295623 | RANETTE MASON | 6/15/2006 | $332,000.00 | $370,668.10 | $229,000.00 | 32032 TULIP CT LAKE ELSINORE, CA 92532 |
| 73295639 | ABEL REYES | 6/14/2006 | $388,000.00 | $413,802.36 | $430,000.00 | 12935 DESMOND STREET LOS ANGELES, CA 91331 |
| 73303208 | JOHN TUSO | 6/14/2006 | $488,000.00 | $535,718.16 | $480,000.00 | 1371 MARTHA STREET LIVERMORE, CA 94550 |
| 73311521 | MARIA MEZA | 6/30/2006 | $428,000.00 | $439,562.24 | $450,000.00 | 1800 E DIANE DRIVE COMPTON, CA 90221 |
| 73312113 | GEORGINA AVILES | 7/3/2006 | $300,800.00 | $319,063.68 | $250,000.00 | 79180 PORT ROYAL AVE INDIO, CA 92203 |