# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE1 Mortgage Pass-Through Certificates, Series 2007-HE1*

*D&G Reference: 214842*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073871919 | SAYDA DAMOCLES & CHRISTOPHER REBOSURA | 9/19/2006 | $462,400.00 | $485,976.96 | $320,000.00 | 9113 PATRICK AVENUE LOS ANGELES, CA 91331 |
| 073879512 | FLORENCIO GONZALEZ LEYVA | 8/24/2006 | $332,000.00 | $358,401.80 | $239,000.00 | 3339 BRIARWOOD COURT SANTA MARIA, CA 93455 |
| 073881832 | MARIA AMERICA CALDERA | 8/30/2006 | $304,000.00 | $321,323.61 | $284,000.00 | 15645 ATHOL STREET FONTANA, CA 92335 |
| 073882744 | JAIME DANIEL RIEGA | 8/31/2006 | $304,000.00 | $326,950.57 | $245,000.00 | 14671 GREENBRIAR DR HELENDALE, CA 92342 |
| 073885609 | SAUL CASTANEDA JR | 9/1/2006 | $244,000.00 | $260,130.38 | $214,000.00 | 1213 RAINBOW AVENUE CALEXICO, CA 92231 |
| 073891785 | JUAN JOSE GONZALEZ | 9/5/2006 | $247,200.00 | $261,933.36 | $175,000.00 | 211 SUNNY HALO COURT PERRIS, CA 92571 |
| 073896482 | ELAINE VILLA | 9/8/2006 | $482,000.00 | $505,086.70 | $475,000.00 | 1421 GRANADA COURT VALLEJO, CA 94591 |
| 073896754 | LOURDES SANCHEZ | 9/11/2006 | $536,000.00 | $572,719.60 | $490,000.00 | 24296 URSULA CIRCLE LAKE FOREST, CA 92630 |
| 073899818 | MARIA NAJERA | 9/20/2006 | $279,200.00 | $298,349.00 | $220,000.00 | 16839 LIATRIS LANE MORENO VALLEY, CA 92551 |
| 073902355 | AMY CASSON | 9/21/2006 | $236,000.00 | $247,855.89 | $139,000.00 | 455 E OCEAN BLVD 406 LONG BEACH, CA 90802 |
| 073890513 | JUAN CONTRERAS | 9/7/2006 | $212,000.00 | $228,477.13 | $199,900.00 | 2146 ROUNDS ST DELANO, CA 93215 |
| 073880368 | GUSTAVO BERTRAN | 9/6/2006 | $240,000.00 | $254,901.66 | $135,000.00 | 14791 SANDSTONE ST ADELANTO, CA 92301 |
| 073883568 | JUAN MADUENO | 8/31/2006 | $301,600.00 | $314,973.40 | $238,500.00 | 239 15TH STREET RICHMOND, CA 94801 |
| 073871727 | MARK A CROWDER | 8/25/2006 | $461,651.00 | $485,352.08 | $335,000.00 | 43 566 SENTIERO DRIVE INDIO, CA 92203 |