# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006--HE5*

*D&G Reference: 214844*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073158861 | JAIME GOMEZ | 4/14/2006 | $472,000.00 | $520,157.10 | $590,000.00 | 1426 1428 FORD AVENUE<br>SAN JOSE, CA 95110 |
| 073165150 | ALFREDO VALENZUELA & MARIA SANCHEZ | 4/21/2006 | $532,000.00 | $572,327.28 | $495,000.00 | 533 SOUTH MANCOS AVENUE<br>ANAHEIM, CA 92806 |
| 073166038 | HICELA Y GUERRERO | 4/19/2006 | $240,000.00 | $252,836.81 | $190,000.00 | 44602 2ND STREET EAST<br>LANCASTER, CA 93535 |
| 073167279 | VCORY & CANDICE CRAWFORD | 4/14/2006 | $229,926.00 | $255,919.91 | $219,000.00 | 11594 LUNA ROAD<br>VICTORVILLE, CA 92392 |
| 073172071 | CHRIS DE ANDA | 5/8/2006 | $460,000.00 | $467,877.01 | $399,000.00 | 83 1040 MAMALAHOA HWY<br>CAPTAIN COOK, HI 96704 |
| 073180168 | ELDA P MARTINEZ | 5/22/2006 | $320,000.00 | $336,223.55 | $169,900.00 | 510 W NORTH STREET<br>MANTECA, CA 95336 |
| 073182232 | HECTOR HURTADO OROZCO | 5/19/2006 | $372,000.00 | $388,399.31 | $300,000.00 | 12640 EUCLID STREET UNIT 111<br>GARDEN GROVE, CA 92840 |
| 073185737 | RAUL ESPINOZA | 5/30/2006 | $383,200.00 | $399,745.96 | $340,000.00 | 48065 JILLIAN COURT<br>INDIO, CA 92201 |
| 073189753 | JORGE H INOSTROZA | 5/30/2006 | $260,000.00 | $281,071.79 | $180,000.00 | 5208 SUNBURST DRIVE<br>PALMDALE, CA 93552 |
| 073190505 | JOSE ZUNIGA | 5/30/2006 | $236,000.00 | $247,807.17 | $265,000.00 | 600 WEST 3RD STREET UNIT B306<br>SANTA ANA, CA 92701 |
| 073187025 | JOSE L ANTON | 5/23/2006 | $217,600.00 | $231,797.20 | $130,000.00 | 44002 2ND STREET EAST<br>LANCASTER, CA 93535 |
| 073190577 | ESEQUIEL G GUTIERREZ | 5/30/2006 | $279,200.00 | $303,845.87 | $287,400.00 | 197 WEST E STREET<br>GALT, CA 95632 |
| 073168191 | CLEMENTE LOPEZ | 4/26/2006 | $324,000.00 | $354,358.03 | $270,000.00 | 29080 ENVOY DRIVE<br>NUEVO, CA 92567 |