# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

Movant: Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2   Mortgage Pass-through Certificates ,Series 2007-HE2

D&G Reference: 214845

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 074092266 | SAMANTHA B & WILLIAM H MOTT | 8/21/2006 | $552,000.00 | $583,972.05 | $650,000.00 | 149 ELMIRA STREET SAN FRANCISCO, CA 94124 |
| 074099331 | JASON M GAILLIOT | 10/26/2006 | $416,000.00 | $458,513.19 | $405,000.00 | 13129 GABAY COURT RANCHO CUCAMONGA, CA 91739 |
| 074111845 | APOLINAR MARTINEZ | 10/20/2006 | $248,000.00 | $259,100.80 | $224,000.00 | 13212 GINA AVENUE MORENO VALLEY, CA 92553 |
| 074114581 | OLIVER VIZCARRA | 10/26/2006 | $640,000.00 | $701,139.26 | $690,000.00 | 19240 CALAHAN STREET LOS ANGELES, CA 91324 |
| 073905579 | MARTHA CAZAREZ | 9/26/2006 | $595,200.00 | $645,279.02 | $550,000.00 | 770 ALLEGHENY AVENUE COSTA MESA, CA 92626 |
| 074104156 | EDUARDO ALVAREZ | 10/26/2006 | $424,000.00 | $460,437.30 | $419,000.00 | 13973 AZTEC STREET LOS ANGELES, CA 91342 |
| 074103484 | ANGEL BERNARDO | 10/13/2006 | $452,000.00 | $477,196.33 | $369,900.00 | 1201 WILMA DRIVE HOLLISTER, CA 95023 |
| 074118062 | DAVID N HUNT | 10/26/2006 | $444,000.00 | $466,946.36 | $275,000.00 | 199 PELICAN LOOP PITTSBURG, CA 94565 |
| 074095971 | JORGE RODRIGUEZ & MARIA LETICIA DIAZ | 10/11/2006 | $447,200.00 | $475,137.15 | $469,000.00 | 12172 ACHILLES ST NORWALK, CA 90650 |