# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
Movant: Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006-NC5
D&G Reference: 214846

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073388290 | MARIA G SANCHEZ & NESTOR GIOVANNI RODAS | 7/5/2006 | $436,000.00 | $455,502.90 | $467,000.00 | 13152 BEAVER STREET<br>LOS ANGELES (SYLMAR), CA  91342 |
| 073401628 | RICHARD S OTT | 7/20/2006 | $296,000.00 | $320,055.44 | $350,000.00 | 242 VILA ROAD<br>FORESTVILLE, CA  95436 |
| 073402708 | JUAN C SANDOVAL | 7/18/2006 | $319,200.00 | $334,065.28 | $280,000.00 | 17431 SEVILLE COURT<br>FONTANA, CA  92335 |
| 073406493 | GLADIS RIVAS | 7/13/2006 | $420,000.00 | $449,066.76 | $400,000.00 | 11543 CLAYMORE STREET<br>SANTA FE SPRINGS, CA 90670 |
| 073435128 | JANET LYNN MERRILL | 7/26/2006 | $230,800.00 | $238,262.23 | $225,000.00 | 267 S VENTURA RD UNIT 277<br>PORT HUENEME, CA  93041 |
| 073440841 | MYLA JOY TORRES | 7/31/2006 | $232,800.00 | $248,579.94 | $180,000.00 | 710 DANIELS AVENUE<br>VALLEJO, CA  94590 |
| 073407205 | MARIO C & JOEHL SOLIS | 7/13/2006 | $329,600.00 | $347,212.51 | $300,000.00 | 13140 PRINCETON DRIVE<br>VICTORVILLE, CA  92392 |
| 073429671 | CYNTHIA MONTGOMERY | 6/30/2006 | $491,400.00 | $515,604.14 | $390,000.00 | 3327 3329 WEST STREET<br>OAKLAND, CA  94608 |
| 073430392 | RICHIE HAMPTON | 7/6/2006 | $384,000.00 | $404,005.53 | $349,000.00 | 2527 TAYLOR AVENUE<br>OAKLAND, CA  94605 |
| 073443585 | JUAN VELAZQUEZ | 8/10/2006 | $444,000.00 | $467,432.49 | $350,000.00 | 6807 OTIS AVENUE<br>BELL, CA  90201 |
| 073387610 | DEBRA GIN | 7/3/2006 | $607,200.00 | $631,791.21 | $530,000.00 | 8418 ASTER AVENUE<br>OAKLAND, CA  94605 |
| 073424335 | MARTIN URENA & JOSE L ESQUER | 6/28/2006 | $366,400.00 | $385,340.47 | $330,000.00 | 503 505 WEST SIXTH AVENUE<br>ESCONDIDO, CA  92025 |