# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: HSBC Bank USA, National Association for the benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates*

*D&G Reference: 214847*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073509361 | MARA GASCON FLORES | 4/7/2006 | $336,000.00 | $376,653.22 | $300,000.00 | 14726 SHETLAND COURT VICTORVILLE, CA 92394 |
| 073520227 | BERNARDO & SANTANA CHAVARRIA | 6/26/2006 | $744,000.00 | $792,571.37 | $945,000.00 | 165 PIAZZA WAY SAN JOSE, CA 95127 |
| 073526404 | MANUEL DOMINGUEZ | 7/6/2006 | $348,000.00 | $365,546.13 | $360,000.00 | 2644 INDIANA AVENUE SOUTH GATE, CA 90280 |
| 073528564 | CIRIANO VASQUEZ SANDOVAL | 7/10/2006 | $455,200.00 | $478,347.72 | $375,000.00 | 8838 WINNETKA AVENUE NORTHRIDGE, CA 91324 |
| 073537541 | ALFREDO MENDOZA | 9/01/2006 | $640,000.00 | $687,846.42 | $600,000.00 | 1789 NORTH NORDIC PLACE ORANGE, CA 92865 |
| 073547150 | VILMA MAGADAN | 8/31/2006 | $456,000.00 | $479,993.76 | $299,000.00 | 416 HEARTLAND PLACE MANTECA, CA 95337 |
| 073551175 | SOFIA COLINDRES | 9/7/2006 | $388,000.00 | $406,037.90 | $385,000.00 | 262 WEST 98TH STREET INGLEWOOD, CA 90301 |
| 073552719 | JORGE H MEJIA | 8/31/2006 | $304,000.00 | $324,454.91 | $245,000.00 | 9158 BROWN ROAD ELK GROVE, CA 95624 |
| 073558488 | LHYN HAYDEN | 9/27/2006 | $240,000.00 | $253,711.25 | $169,900.00 | 205 MARENGO AVE. STOCKTON, CA 95207 |
| 073559176 | EUNICE F HERNANDEZ | 9/12/2006 | $499,200.00 | $528,124.05 | $645,000.00 | 3742 HEMLOCK DRIVE SAN BERNARDINO, CA 92404 |
| 073562952 | RAMONA WALKER | 9/29/2006 | $318,750.00 | $337,196.54 | $265,000.00 | 11040 MINERS TRAIL MORENO VALLEY, CA 92557 |
| 073550671 | JOSE L. SANDOVAL | 9/29/2006 | $232,000.00 | $241,961.30 | $170,000.00 | 5716 9TH STREET KEYES, CA 95326 |
| 73525043 | KYUNG MIESTELA YOO | 06/28/2006 | $484,000.00 | $509,764.01 | $479,000.00 | 14328 MAGNOLIA BOULEVARD # 4 LOS ANGELES, CA 91423 |
| 73540341 | JOSE C FLORES | 9/21/2006 | $360,000.00 | $398,616.42 | $300,000.00 | 10121 ROCHESTER ROAD PHELAN, CA 92371 |