# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: HSBC Bank USA, National Association for the Benefit ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2*
*D&G Reference: 214849*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072987800 | JOE PADILLA & RONDA JUNE JR | 2/28/2006 | $260,000.00 | $270,724.90 | $160,000.00 | 11572 WINTER PLACE ADELANTO, CA 92301 |
| 072998481 | JAN A LINGASIN | 4/26/2006 | $400,000.00 | $423,291.14 | $299,000.00 | 31923 BROWNING ST MURRIETA, CA 92563 |
| 073008675 | SHAWN CHRISTOPHER MALONE | 5/9/2006 | $426,400.00 | $452,185.90 | $345,000.00 | 9140 MOREHART AVENUE LOS ANGELES, CA 91331 |
| 073011411 | DANIEL R HERNANDEZ & SONIA GUTIERREZ | 5/11/2006 | $256,000.00 | $269,128.20 | $160,000.00 | 13755 NASSAU DRIVE VICTORVILLE, CA 92395 |
| 073015996 | DAVID RODRIGUEZ | 5/11/2006 | $357,600.00 | $383,333.19 | $335,000.00 | 25873 VIA PERA UNIT 6 MISSION VIEJO, CA 92691 |
| 073018004 | ERIC D LOVENG | 5/9/2006 | $304,800.00 | $318,422.63 | $330,000.00 | 6949 GROVE AVE HIGHLAND, CA 92346 |
| 073005218 | GERARDO CALDERON | 5/4/2006 | $460,000.00 | $484,225.65 | $395,000.00 | 1825 DOVER AVENUE SAN PABLO, CA 94806 |
| 073025709 | JORDON CONN | 5/15/2006 | $212,000.00 | $226,141.34 | $135,000.00 | 1141 E UNIVERSITY AVE STOCKTON, CA 95205 |
| 072995457 | DAVID & RUTH AYON | 5/9/2006 | $292,800.00 | $323,561.29 | $335,000.00 | 388 HEMLOCK DRIVE LAKE ARROWHEAD, CA 92352 |