# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant: Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-HE1*

*D&G Reference: 215095*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072028141 | MARIA A SANCHEZ | 7/11/2005 | $304,000.00 | $324,521.40 | $200,000.00 | 376 S 34TH STREET RICHMOND, CA 94804 |
| 072028838 | SETH WAKSDAL | 6/6/2005 | $512,000.00 | $540,485.15 | $603,000.00 | 331 MADRONE ST MILLBRAE, CA 94030 |
| 072030598 | STEVEN PETERSON | 6/10/2005 | $128,000.00 | $135,878.78 | $85,000.00 | 985 FULTON AVENUE UNIT 469 SACRAMENTO, CA 95825 |
| 072031942 | JUDITH HERNANDEZ | 6/15/2005 | $252,000.00 | $278,192.90 | $225,000.00 | 2923 NORTH STODDARD AVENUE SAN BERNARDINO, CA 92405 |
| 072032870 | JENNIFER GERALD & LASHONE PEROSSIER | 6/21/2005 | $583,200.00 | $622,348.62 | $730,000.00 | 99 778 A NAHIOLEA ST AIEA, HI 96701 |
| 072033758 | JOSE SOTO | 6/23/2005 | $496,000.00 | $518,515.60 | $460,000.00 | 4301 PORTER ST FREMONT, CA 94538 |
| 072034294 | MIREYA GOMEZ | 6/21/2005 | $402,400.00 | $422,050.55 | $450,000.00 | 551 N CYPRESS ST LA HABRA, CA 90631 |
| 072034510 | MARIA BARAJAS | 7/6/2005 | $351,200.00 | $385,625.47 | $300,000.00 | 1943 ESTERAL WAY SACRAMENTO, CA 95832 |
| 072035598 | ANNAMARIE & ELISAPETA TUIMAVAVE | 6/29/2005 | $540,000.00 | $603,254.62 | $550,000.00 | 759 NIANTIC AVE DALY CITY, CA 94014 |
| 072036110 | YURI & DIANA FLORES | 7/6/2005 | $308,800.00 | $323,611.54 | $269,000.00 | 4016 POPPY GLEN ROAD SALIDA, CA 95368 |
| 072038391 | MIGUEL R RODRIGUEZ & AGLAEE LOPEZ | 7/12/2005 | $257,600.00 | $273,638.45 | $213,000.00 | 10142 COUNTRY WY SACRAMENTO, CA 95827 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072029566 | VENUSTIANO GARCIA MARTINEZ & DOMINGA VAQUEZ LUVIAMOS | 6/7/2005 | $256,800.00 | $268,046.89 | $245,000.00 | 422 E ALAN AVE<br>WOODBRIDGE, CA 95258 |
| 072035374 | RONALD GARCIA | 7/11/2005 | $229,600.00 | $241,101.13 | $195,000.00 | 1133 GERALDINE LANE<br>LANCASTER, CA 93535 |
| 072037183 | DENA VILLANUEVA & DALTON CRAWFORD | 7/8/2005 | $540,000.00 | $572,796.35 | $575,000.00 | 3212 NAPA CT<br>SAN JOSE, CA 95148 |
| 072038287 | VANESSA BAUTISTA | 7/11/2005 | 328.000.00 | $341,650.48 | $285,000.00 | 8565 SIERRA BROOK CT<br>ELK GROVE, CA 95624 |
| 072037439 | YUN SOOK KIM | 7/11/2005 | $432,000.00 | $451,352.38 | $425.000.00 | 9 CARTIER AISLE<br>IRVINE, CA 92620 |