# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant: HSBC Bank USA, National Association for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC2*
*D&G Reference: 215096*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073020924 | JENNIFER ALVARADO | 5/8/2006 | $504,000.00 | $530,345.58 | $400,000.00 | 808 OLNEY STREET SAN GABRIEL, CA 91776 |
| 073024197 | MECHELLE DUMONDE | 5/10/2006 | $267,200.00 | $297,634.57 | $280,000.00 | 2608 BROADWAY UNIT 3 SAN DIEGO, CA 92102 |
| 073021684 | SHALONDA SMITH | 5/11/2006 | $248,000.00 | $261,909.10 | $290,411.00 | 4055 TEMPLE AVENUE SACRAMENTO, CA 95820 |
| 073020852 | JOSE VASQUEZ | 5/11/2006 | $280,000.00 | $305,695.48 | $343,000.00 | 793 NORTH RESERVOIR STREET POMONA, CA 91767 |
| 073020180 | MAURA E SORIANO DE SOTO | 5/11/2006 | $375,920.00 | $398,701.93 | $385,000.00 | 8842 45TH STREET RIVERSIDE, CA 92509 |
| 073019012 | ARLYNN & ARTHUR DECASTRO GALANG JR. | 5/10/2006 | $316,000.00 | $338,299.88 | $360,000.00 | 943 SHEARER STREET ROSEVILLE, CA 95678 |
| 073018844 | ULDA BISHOP | 5/11/2006 | $420,000.00 | $470,916.60 | $386,000.00 | 5828 YARBOROUGH DRIVE RIVERSIDE, CA 92505 |
| 073018612 | DORINE PENNINGTON | 5/15/2006 | $382,224.00 | $401,542.88 | $360,000.00 | 372 ROSEBRIAR PLACE LATHROP, CA 95330 |
| 073017388 | HORACIO SALAS CASTELLANOS | 5/11/2006 | $276,000.00 | $305,099.86 | $306,000.00 | 12404 ALCORN DR VICTORVILLE, CA 92392 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073017284 | ROGELIO AGUILAR | 5/15/2006 | $581,600.00 | $630,296.91 | $599,000.00 | 7818 PEACH AVENUE<br>VAN NUYS, CA 91406 |
| 073023885 | CLAUDIA MACIAS | 5/11/2006 | $549,000.00 | $606,333.41 | $575,000.00 | 2643 AND 2645 STRATHMORE AVE<br>ROSEMEAD, CA 91770 |
| 073014451 | ESPERANZA SANTANA & PEDRO MURILLO | 5/12/2006 | $232,000.00 | $250,849.33 | $226,000.00 | 700 QUINCY STREET<br>KINGSBURG, CA 93631 |
| 073016276 | TONY GARZA | 5/5/2006 | $385,000.00 | $415,822.82 | $450,000.00 | 1234 WILLOW SPRING LANE<br>CORONA, CA 92880 |
| 073004610 | BONIFACIO GUZMAN | 4/28/2006 | $212,000.00 | $231,992.17 | $225,000.00 | 19004 LIVE OAK STREET<br>HESPERIA, CA 92345 |
| 073006786 | MARK GRANITE | 5/5/2006 | $299,725.00 | $320,135.34 | $265,000.00 | 137 MONTICELLO AVENUE<br>RIO LINDA, CA 95673 |
| 073006314 | MARIA MARTINEZ | 5/10/2006 | $256,000.00 | $273,765.60 | $280,000.00 | 161 ESPANAS GLEN<br>ESCONDIDO, CA, 92026 |
| 073006202 | JOSE A GARCIA | 5/12/2006 | $496,000.00 | $539,245.57 | $500,000.00 | 8332 DALE STREET<br>BUENA PARK, CA 90620 |
| 073006098 | ISIDRO RODRIGUEZ | 5/9/2006 | $424,000.00 | $456,493.20 | $460,000.00 | 1958 CALLE ENTRE<br>LEMON GROVE, CA 91945 |
| 073005802 | RUBEN AYALA | 5/10/2006 | $456,000.00 | $496,717.56 | $515,000.00 | 233 BIANCO WAY<br>GREENFIELD, CA, 93927 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073005642 | JEWEL R BRUNER | 5/10/2006 | $161,250.00 | $171,551.89 | $155,000.00 | 1324 A STREET<br>FRESNO, CA 93706 |
| 073007595 | MARIA VILLAN | 5/8/2006 | $292,000.00 | $320,025.66 | $355,000.00 | 1090 CABRILLO PARK DRIVE F<br>SANTA ANA, CA, 92701 |
| 073004882 | ANA ARREYGUE | 5/8/2006 | $368,000.00 | $388,854.56 | $319,870.00 | 5916 LAGUNA RANCH CIRCLE<br>SACRAMENTO, CA 95823 |
| 073007659 | NADINE & LARRY DEAN | 5/11/2006 | $260,800.00 | $273,792.11 | $263,000.00 | 1521 ENSENADA DRIVE<br>MODESTO, CA, 95355 |
| 073004562 | LYNDA & ROBERT BURKE | 5/9/2006 | $422,100.00 | $471,961.60 | $415,000.00 | 1020 MOUNTAIN LANE<br>BIG BEAR CITY, CA 92314 |
| 073004546 | MARIA MORALES | 5/2/2006 | $424,000.00 | $462,986.48 | $502,000.00 | 6930 FORBES AVENUE<br>VAN NUYS, CA 91406 |
| 073004106 | LOUISE WILLIAMSON | 4/26/2006 | $424,000.00 | $457,666.67 | $520,000.00 | 720 N 4TH AVE<br>COVINA, CA 91723 |
| 073003994 | MARIA & OSCAR LUCERO | 4/28/2006 | $637,500.00 | $686,165.92 | $700,000.00 | 9721 BROOK GREEN ROAD<br>DOWNEY, CA 90240 |
| 073003682 | HUGO GUTIERREZ | 5/5/2006 | $356,000.00 | $376,715.26 | $390,000.00 | 1171 WEST CIMARRON STREET<br>RIALTO, CA 92377 |
| 073002530 | DAVID QUISTIAN | 5/5/2006 | $296,000.00 | $319,955.81 | $270,000.00 | 2128 FERN STREET<br>MERCED, CA 95340 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072997665 | ALONZO DAVIS | 5/10/2006 | $175,840.00 | $183,711.90 | $155,000.00 | 7506 PARKWAY DRIVE UNIT 101 LA MESA, CA 91942 |
| 073005154 | MARICAR & EDSEL LAUREL | 5/5/2006 | $582,181.00 | $647,803.54 | $539,000.00 | 4311 CADEE COURT RANCHO CORDOVA, CA 95742 |
| 073009851 | JOHNNY & MARLENE GOGUE | 5/11/2006 | $427,500.00 | $453,033.73 | $430,000.00 | 8110 MOUNTAIN VIEW DR # C PLEASANTON, CA 94588 |
| 073014267 | REMEDIOS A ACOSTA | 5/3/2006 | $340,000.00 | $380,065.39 | $377,000.00 | 8308 CLIFFORD DR STOCKTON, CA 95212 |
| 073012851 | MARILUZ CASTANO | 5/10/2006 | $136,000.00 | $142,526.18 | $185,000.00 | 312 NORTH A STREET MADERA, CA 93637 |
| 073012755 | AGRIPINO PASCUA BONILLA | 5/10/2006 | $460,000.00 | $486,794.12 | $540,000.00 | 15 HOOMALIE PLACE MAKAWAO, HI 96768 |
| 073012059 | EDGAR SOTO | 5/5/2006 | $416,000.00 | $434,380.97 | $475,000.00 | 35824 53RD ST PALMDALE AREA, CA, 93552 |
| 073012035 | BYRON MONTENEGRO | 5/11/2006 | $316,000.00 | $337,356.58 | $370,000.00 | 38630 PALMS PLACE PALMDALE, CA 93552 |
| 073007034 | ANASTACIO & OLGA PEREZ | 5/10/2006 | $396,000.00 | $436,948.12 | $459,000.00 | 913 EAST 70TH STREET LONG BEACH, CA, 90805 |
| 073011355 | JACQUELINE VILLAZANA | 4/28/2006 | $456,000.00 | $487,207.29 | $540,000.00 | 303 SOUTH DAWN STREET ANAHEIM, CA 92805 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 072992193 | GARY WILLIS | 5/10/2006 | $420,000.00 | $446,513.49 | $451,000.00 | 5651 SOUTH COLUMBIA DRIVE FRESNO, CA 93727 |
| 073008987 | JOSE BUSTOS & MARIA HERNANDEZ | 5/8/2006 | $420,000.00 | $465,349.04 | $519,000.00 | 7041 LINDLEY AVENUE RESEDA, CA 91335 |
| 073008827 | MIGUELA ENRIQUEZ | 4/28/2006 | $312,000.00 | $323,438.06 | $400,000.00 | 2415 PIRU STREET COMPTON, CA 90222 |
| 073008779 | GALO CALERO | 5/3/2006 | $472,000.00 | $506,265.54 | $495,000.00 | 5240 NEWCASTLE AVE 4 ENCINO AREA, CA 91316 |
| 073008467 | ROSALIND & WILLIAM ESCHRICH | 4/28/2006 | $296,000.00 | $307,478.56 | $275,000.00 | 14747 AMBER COURT ADELANTO, CA 92301 |
| 073007683 | MARIA CARDENAS | 5/4/2006 | $188,000.00 | $202,360.72 | $220,000.00 | 18165 CAROB STREET HESPERIA, CA 92345 |
| 073007675 | VICENTE ORDUNO PORTILLO & ANGELICA DIAZ ORDUNO | 5/5/2006 | $240,000.00 | $260,980.76 | $260,000.00 | 12808 MOUNTAIN SHADOWS COURT VICTORVILLE, CA 92392 |
| 073011963 | MARIA & ENRIQUE SALAZAR | 5/4/2006 | $348,000.00 | $367,208.20 | $414,900.00 | 10235 DOROTHY AVENUE SOUTH GATE, CA 90280 |
| 072995649 | ROBERT & EVANGELICA BAEZA | 5/12/2006 | $250,000.00 | $258,856.17 | $275,000.00 | 185 NORTH DOUGLAS AVE FRESNO, CA 93727 |

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 073014923 | REINA KARUNARATNE | 5/8/2006 | $480,000.00 | $535,138.25 | $500,000.00 | 910 AND 912 MAINE AVENUE RICHMOND, CA 94804 |
| 072989704 | ELEUTERIO JUNTILLA | 3/29/2006 | $560,000.00 | $588,824.81 | $675,000.00 | 119 VALE STREET DALY CITY, CA 94014 |
| 072989496 | MARCELINO MARTINEZ & AIDEE TORRES | 3/23/2006 | $367,920.00 | $384,588.25 | $410,000.00 | 1069 E RHEA STREET LONG BEACH, CA 90806 |
| 072989208 | CRISTOBAL BARBA | 3/13/2006 | $512,000.00 | $532,558.80 | $525,000.00 | 385 SPRING CANYON WAY OCEANSIDE, CA 92057 |
| 072988624 | GASPAR BARRIGA TOVAR | 3/23/2006 | $356,000.00 | $379,295.83 | $405,000.00 | 234 SOUTH ARON PLACE ANAHEIM, CA 92804 |
| 072988072 | MARTA AMBRIZ | 3/31/2006 | $456,800.00 | $485,078.77 | $540,000.00 | 10445 REMMET AVENUE LOS ANGELES, CA 91311 |
| 072987696 | ARMANDO SAUCEDO FRANCO | 2/17/2006 | $384,000.00 | $407,221.08 | $415,000.00 | 1721 EAST DIVISION ST NATIONAL CITY, CA 91950 |
| 072994641 | DIEGO TALAVERA | 5/10/2006 | $384,000.00 | $403,289.78 | $445,000.00 | 22698 SPRINGMIST DRIVE MORENO VALLEY, CA 92557 |