# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust,2006-HE2
*D&G Reference: 214078*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146027683 | Sergio Vega | 3/9/2006 | $288,800.00 | $321,168.08 | $250,000.00 | 24309 Dyna Place<br>Moreno Valley, CA 92551 |
| 1146028181 | Michael M Garcia | 03/22/06 | $302,400.00 | $322,910.33 | $295,000.00 | 291 Tradewinds Drive 5<br>San Jose, CA 95123 |
| 1146028406 | Clive and Kathryn Emanuel | 03/22/06 | $500,000.00 | $517,061.24 | $640,000.00 | 11012 156th Street<br>Jamaica, NY 11433 |
| 1146028574 | Carla Harris | 03/23/06 | $291,732.00 | $316,980.64 | $350,000.00 | 5530 Lanier Avenue<br>Suitland, MD 20746 |
| 1146029024 | Sergio Luna | 03/14/06 | $208,000.00 | $223,563.68 | $140,000.00 | 1605 Eureka Street<br>Modesto, CA 95358 |
| 1146027629 | Juana Herrera | 3/22/2006 | $400,000.00 | $475,284.60 | $465,000.00 | 2986 145th Ave Sw<br>Miami, FL 33175 |
| 1146027643 | Cesar Logreira | 3/23/2006 | $ 29,200.00 | $348,420.00 | $364,900.00 | 12731 SW 49 Court<br>Miramar, FL 33027 |
| 1146028256 | Krystal L Kleiman-Drugonis | 3/13/2006 | $600,000.00 | $701,162.78 | $474,900.00 | 2419 Everest Parkway<br>Cape Coral, FL 33914 |
| 1146028475 | Tiffany Starrett | 3/23/2006 | $176,000.00 | $214,875.70 | $227,500.00 | 716 Virginia Woods<br>Orlando, FL 32824 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1146027906 | Thomas Aloha Fuertes | 3/23/2006 | $243,200.00 | $275,179.19 | $305,000.00 | 94 Lulewa Loop Waipahu, HI 96797 |
| 1146028130 | Armando L Rubio | 3/14/2006 | $388,000.00 | $432,247.26 | $365,000.00 | 29 Elmwood Drive Greenfield, CA 93927 |
| 1146028486 | Inocent Bahena | 3/20/2006 | $284,000.00 | $332,099.83 | $265,000.00 | 1907 Holly Drive Lodi, CA 95242 |
| 1146028015 | Saturnino Otero | 03/20/06 | $252,000.00 | $261,780.49 | $305,000.00 | 34 College Avenue Poughkeepsie, NY 12603 |
| 1146028580 | Ebere M Onyeador | 3/17/2006 | $103,592.00 | $121,177.67 | $146,000.00 | 3048 Spotted Owl Drive Keller, TX 76248 |
| 1146027901 | Juan Valencia and Lucina Gonzalez Valencia | 03/17/06 | $192,800.00 | $200,942.04 | $170,000.00 | 217 East Orchard Street Santa Maria, CA 93454 |
| 1146028600 | Galdina Concepcion Garcia | 03/23/06 | $408,000.00 | $437,298.71 | $480,000.00 | 8176 8178 Zinnia Place Riverside, CA 92503 |
| 1146028681 | Andrew Poole | 03/22/06 | $238,651.00 | $257,271.14 | $250,000.00 | 3612 Olde Lanark Drive Land O Lakes, FL 34638 |
| 1146027868 | Darnell B Watson | 3/16/2006 | $248,000.00 | $278,543.89 | $315,000.00 | 1502 Northwest 56th Avenue Lauderhill, FL 33313 |
| 1146028534 | Ramon L Exposito | 3/23/2006 | $319,600.00 | $335,173.89 | $335,000.00 | 756 North Lake Buena Vista Lake Alfred, FL 33850 |
| 1146028746 | Robert D Peralta | 3/23/2006 | $172,000.00 | $183,293.99 | $200,000.00 | 12017 Cedarfield Drive Riverview, FL 33569 |
| 1146029079 | Alberto Mascaro | 4/21/2006 | $256,000.00 | $285,675.69 | $319,000.00 | 20425 Leeward Lane Miami, FL 33189 |