# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-NC1
*D&G Reference: 214079*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146028454 | Kraig Fordham | 03/10/06 | $ 376,000.00 | $426,747.45 | $ 385,000.00 | 4113 Mossy Bank Lane Fredericksburg VA 22408 |
| 1146029014 | Daniel Villa | 03/22/06 | $ 335,920.00 | $371,730.98 | $ 395,000.00 | 11711 Innisbrook Circle Fredericksburg VA 22407 |
| 1146027758 | Elizabeth Enciso Escob | 03/22/06 | $ 116,641.00 | $ 138,927.46 | $ 147,900.00 | 2502 Pinpoint Drive Spring, TX 77373 |
| 1146027846 | Shannon Mays | 03/23/06 | $  92,000.00 | $ 103,876.64 | $ 110,000.00 | 1504 Meadow Valley Lane Dallas TX 75232 |