# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-HE2

*D&G Reference: 214080*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134033188 | John and Charlotte Toy | 10/18/06 | $ 81,600.00 | $ 88,099.02 | $ 44,900.00 | 2527 Sutton Avenue Columbus, OH 43204 |
| 1134033313 | Alex Gryskevich IV and Kimberly a Gryskevich | 10/18/06 | $121,500.00 | $130,964.71 | $115,000.00 | 567 Belvedere Drive Falls Church, OH 43910 |
| 1134032092 | Rajend Prasad | 10/13/06 | $351,496.00 | $381,013.14 | $375,000.00 | 2021 Yolanda Street Ceres, CA 95307 |
| 1134033866 | Rachelle J Ritchie | 10/12/06 | $320,000.00 | $353,300.80 | $320,000.00 | 29058 Mercury Circle Falls Church, CA 92584 |
| 1134031775 | Doyle L House and Terri L House | 10/16/06 | $428,000.00 | $428,588.57 | $425,000.00 | 18355 East Armstead Street Falls Church ,CA 91702 |
| 1134031856 | Erika M Gonzalez | 10/12/06 | $156,000.00 | $167,812.28 | $117,000.00 | 11758 Hardy Avenue Adelanto, CA 92301 |
| 1134033121 | Tracy and Kenneth Thoulion | 09/28/06 | $504,000.00 | $587,073.90 | $369,000.00 | 32109 Terra Cotta Street Lake Elsinore, CA 92530 |
| 1134032044 | Jose L and Maria I Mora | 10/17/06 | $411,200.00 | $435,999.71 | $325,000.00 | 11520 Aberdeen Drive Fontana, CA 92337 |
| 1134032116 | Michael Jo Bautista | 10/19/06 | $271,200.00 | $284,313.54 | $220,000.00 | 15487 Guava Way Victorville, CA 92394 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1134032341 | Jesus Munoz | 09/29/06 | $333,600.00 | $ 368,544.82 | $250,000.00 | 217 North Riverside Drive<br>Modesto, CA 95354 |
| 1134032512 | Josh Zaretsky | 10/12/06 | $340,000.00 | $360,223.16 | $387,600.00 | 25 Alabama Avenue<br>Hempstead, NY 11550 |
| 1134033245 | Daniel and Roslyn Moreno | 10/19/06 | $680,000.00 | $739,651.54 | $730,000.00 | 4189 Rueda Drive<br>San Diego, CA 92124 |
| 1134033263 | Ezekesili I Iloptuaife | 10/17/06 | $244,000.00 | $262,513.17 | $209,000.00 | 441 East 14th Street<br>Beaumont, CA 92223 |
| 1134033660 | Vicki L Simpson | 10/12/06 | $400,000.00 | $430,506.02 | $319,200.00 | 8608 Disa Alpine Way<br>Elk Grove, CA 95624 |
| 1134033914 | Ignacio Mendoza | 10/13/06 | $569,600.00 | $637,079.84 | $655,000.00 | 3422 Cynthia Court Unit A<br>West Covina, CA 91792 |
| 1134032694 | Rosalind J McCorkle | 9/22/2006 | $420,000.00 | $504,515.88 | $480,000.00 | 5600 Grand Guiness Court<br>Las Vegas, NV 89130 |
| 1134031802 | Valentin Razumovsky | 10/12/06 | $360,000.00 | $389,076.04 | $329,900.00 | 7290 Desi Way<br>Sacramento, CA 95824 |
| 1134032115 | Hemraj Singh | 10/19/06 | $460,000.00 | $490,384.75 | $509,000.00 | 308 Old Bergen Road<br>Jersey City, NJ 07305 |
| 1134033084 | Salvador Lomeli | 10/10/06 | $380,000.00 | $417,652.70 | $350,000.00 | 11202 Mines Boulevard<br>Whittier, CA 90606 |
| 1134033324 | Christian B Eyring | 10/11/06 | $672,000.00 | $755,760.07 | $605,000.00 | 1904 East Somerset Ridge<br>Draper, UT 84020 |