# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:* US Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2
*D&G Reference: 214082*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158064659 | Alaa Gohary | 02/23/07 | $360,000.00 | $391,147.84 | $365,000.00 | 25455 Lawton Avenue Loma Linda, CA 92354 |
| 1127106046 | Tiny Ford | 3/30/2006 | $336,000.00 | $404,467.94 | $235,000.00 | 5740 Kingsley Circle Oakland CA 94605 |
| 1158063884 | Iris Bertha Bassett | 10/25/2006 | $444,000.00 | $520,222.57 | $410,000.00 | 18558 Nara Street Northridge CA 91324 |