# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* REO Properties Corp.

*D&G Reference: 214083*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100183431 | Chandra Joiner | 02/09/06 | $ 88,000.00 | $ 104,485.09 | $ 39,000.00 | 6429 South Eggleston Avenue<br>Chicago, IL 60621 |
| 1100186233 | Paul Orena | 12/23/2005 | $ 428,000.00 | $ 507,802.19 | $ 479,000.00 | 16 Violet Avenue<br>Mineola, NY 11501 |
| 1100186271 | Patricia Bryan | 1/19/2006 | $ 440,000.00 | $ 511,894.69 | $ 390,000.00 | 145 98 179th Street<br>Springfield Garden, NY 11413 |
| 1100186181 | Rajah Gray | 01/11/06 | $ 411,200.00 | $515,902.99 | $ 440,000.00 | 43 Ridge Road<br>Yonkers, NY 10705 |