# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)

*Movant:* Property Asset Management, Inc

*D&G Reference: 214086*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158064829 | Victor Duran | 01/18/07 | $505,400.00 | $534,153.80 | $515,000.00 | 2336 Rockrose Street<br>Palmdale, CA 93551 |
| 1158064845 | James Vinoya | 02/07/07 | $984,193.00 | $1,086,479.62 | $950,000.00 | 1340 Bella Circle<br>Lincoln, CA 95648 |