# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant:*  US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust, 2006-HE2
*D&G Reference: 214278*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1146004812 | Brent and Angela Wells | 10/14/05 | $133,600.00 | $144,341.45 | $174,900.00 | 527 Santolina Drive Roscoe IL 61073 |
| 1146007242 | James M Katsinis | 10/26/05 | $ 99,760.00 | $113,544.24 | $127,000.00 | 20 Tower Rd N Oak Brook IL 60523 |
| 1146004729 | Angela Leith and Mark D Leith | 10/04/05 | $ 91,200.00 | $106,407.07 | $129,000.00 | 810 Gabbard Road Berea KY 40403 |
| 1146007325 | Conrad and Clara Ombao | 10/25/05 | $476,000.00 | $518,793.43 | $599,000.00 | 73 4332 Halekou Place Kailua Kona HI 96740 |
| 1146007462 | Matthew Crystal | 10/28/05 | $115,200.00 | $127,002.92 | $153,000.00 | 406 Locust Street Findlay OH 45840 |
| 1146004642 | Emma D Velasco | 10/01/05 | $419,200.00 | $433,308.83 | $545,000.00 | 7309 Remmet Avenue Los Angeles, CA 91303 |
| 1146006266 | Mario Carbajal | 10/01/05 | $284,000.00 | $297,975.32 | $265,000.00 | 39014 Ocotillo Drive Palmdale CA 93551 |
| 1146004611 | Sandra E Perez | 09/30/05 | $220,000.00 | $238,879.09 | $218,000.00 | 44243 Heaton Avenue Lancaster CA 93534 |
| 1146005612 | Francisco Soto | 10/20/05 | $349,600.00 | $380,028.07 | $414,900.00 | 10829 Pearmain Street Oakland CA 94603 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1146004573 | Lourdes Cortez | 10/06/05 | $257,992.00 | $268,868.82 | $229,500.00 | 2382 Hosp Way 144<br>Carlsbad, CA 92008 |
| 1146005509 | Jose D Martinez and Wanda I Martinez | 10/6/2005 | $184,000.00 | $205,438.60 | $170,000.00 | 2415 Charo Drive<br>Panama City FL 32405 |
| 1146007524 | Marvin J Heinze and Marlene C Heinze | 10/31/2005 | $284,000.00 | $349,163.17 | $280,000.00 | 13002 Oakmont Wood Ct<br>Riverview FL 33569 |
| 1146004858 | Jorge O Arevalo | 10/12/2005 | $282,400.00 | $323,714.59 | $350,000.00 | 6345 Golding Drive<br>Lancaster CA 93536 |
| 1146007515 | Hanan Bearthes | 10/31/2005 | $112,800.00 | $131,220.89 | $134,500.00 | 1014 Northeast Orchard Mill Ct<br>Lawrenceville, GA 30043 |
| 1146003352 | David Byron and Debra Briley | 10/04/05 | $479,200.00 | $506,529.61 | $475,000.00 | 27719 Quincy Street<br>Castaic Area, CA 91384 |
| 1146004053 | Ricardo Caballero | 10/06/05 | $249,600.00 | $261,021.96 | $215,000.00 | 2616 Alpine Boulevard<br>Alpine, CA 91901 |
| 1146006631 | Jonathan and Dawn Carlson | 10/11/05 | $107,120.00 | $120,279.94 | $112,000.00 | 7813 Barbara Street<br>Omaha, NE 68124 |
| 1146004253 | James S Harrison and Miranda Murphy | 10/12/2005 | $304,000.00 | $341,564.34 | $289,900.00 | 3 Alpine Avenue<br>Taunton, MA 02780 |
| 1146004266 | Betsy A Sage and Ronald P Sage Jr | 10/14/2005 | $248,000.00 | $266,853.43 | $265,000.00 | 56 King Street<br>Nashua, NH 03060 |
| 1146004602 | Maria Guadalupe Jaracuaro | 10/3/2005 | $399,200.00 | $461,049.01 | $405,000.00 | 1137 E Elma Street<br>Ontario CA 91764 |
| 1146005013 | Beishen Shygaev and Gulmira Musulimova | 10/5/2005 | $139,200.00 | $174,494.22 | $175,000.00 | 1275 East Baldwin Lane<br>Palatine, IL 60074 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1146005080 | Jana K Shipley and Gordon D Shipley | 10/18/2005 | $476,000.00 | $544,261.68 | $457,900.00 | 13506 Hike Lane San Diego CA 92129 |
| 1146005776 | Jennifer Thubei and Wairimu Kang Ara | 10/13/2005 | $285,600.00 | $335,837.29 | $250,450.00 | 9342 Carrcroft Drive Elk Grove CA 95758 |
| 1146006018 | Jason Kent | 10/25/2005 | $ 92,000.00 | $112,719.94 | $ 59,900.00 | 1238 22nd Street, Des Moines IA 50311 |
| 1146006390 | Eric Caldwell | 10/18/2005 | $233,592.00 | $264,305.40 | $230,000.00 | 7953 Violet Dawn Street Las Vegas, NV 89149 |
| 1146006717 | Michelle Pineo | 10/14/2005 | $111,200.00 | $122,167.43 | $144,900.00 | 12 Walton Street Fitchburg, MA 01420 |
| 1146006811 | Blanca E Castro | 10/7/2005 | $284,800.00 | $318,496.73 | $210,000.00 | 1580 Oro Vista Road 26 San Diego CA 92154 |
| 1146007285 | Reinaldo Bonifassi Won | 10/19/2005 | $240,000.00 | $274,371.29 | $200,000.00 | 44421 Stanridge Ave Lancaster CA 93535 |
| 1146007489 | Jose and Rose Pena | 10/27/2005 | $490,500.00 | $544,054.55 | $470,000.00 | 1226 E Eldorado Street West Covina, CA 91790 |
| 1146004345 | Cesar Gonzalez | 10/07/05 | $512,000.00 | $541,423.58 | $689,000.00 | 110 Mesa Verde Lane Howell, NJ 07731 |
| 1146005142 | Amy J Roberts and Jesse D Roberts | 10/10/05 | $ 96,800.00 | $104,666.76 | $ 98,000.00 | 2023 Weaver Pike 21 Bristol, TN 37620 |
| 1146005533 | Omar and Jessica Treto | 10/14/05 | $256,400.00 | $267,142.88 | $329,000.00 | 20224 Cohasset Street Winnetka, CA 91306 |
| 1146006072 | Sabine Gousse | 10/05/05 | $344,000.00 | $359,733.92 | $380,000.00 | 909 Niagara Street Elmont, NY 11003 |

-3-

| | | | | | | |
|---|---|---|---|---|---|---|
| 1146006193 | Carmen M Ochoa and Enrique Correa | 10/06/05 | $225,600.00 | $258,218.60 | $218,000.00 | 560 East Ivyton Street Lancaster, CA 93535 |
| 1146006417 | Jorge A Garcia | 10/05/05 | $332,000.00 | $374,238.73 | $299,000.00 | 15489 Aveiro Road Fontana, CA 92337 |
| 1146007052 | Kimsat Chea and Vuthy Ngeth | 10/18/05 | $276,000.00 | $294,099.86 | $225,000.00 | 2215 Shameran Street Stockton, CA 95210 |
| 1146006131 | Dylia K Chery | 10/12/2005 | $280,000.00 | $321,282.11 | $360,000.00 | 520 Northwest 107 Street Miami, FL 33168 |
| 1146007070 | Phillip G Thomas | 10/27/2005 | $119,850.00 | $139,960.69 | $140,000 | 3808 East 21st Avenue Tampa, FL 33605 |
| 1146004499 | Pedro C Tejas and Marlene Ramos | 10/4/2005 | $145,600.00 | $170,608.45 | $210,000.00 | 768 Southwest 9 Street Homestead, FL 33034 |