UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                        Case No. 07-10416-KJC
                                                              Chapter 11
NEW CENTURY TRS HOLDINGS, INC.,
et al.,                                                       (Jointly Administered)
        Debtors.
                                                              **Hrg Date: 6/4/08 @ 10:00 a.m.**
_____/                      **Objection Deadline: 5/28/08**

**RESIDENTIAL FUNDING COMPANY, LLC'S MOTION FOR
RELIEF FROM STAY WITH REGARD TO 5 PROPERTIES**

COMES NOW Residential Funding Company, LLC, ("Residential Funding"), by and through its undersigned attorney, as and for its Motion for Relief from Stay with regard to 5 Properties, and states:

1. Residential Funding has initiated or seeks to initiate foreclosure proceedings against 5 properties wherein New Century TRS Holdings, Inc., or one or more of the other Debtor entities (collectively, "the Debtor"), holds an inferior mortgage. A complete listing of said properties is attached hereto as Exhibit A.

2. Each of the listed mortgages is in default and Residential Funding is prevented from enforcing its rights under state law by virtue of the automatic stay.

3. Debtor has no defenses to the priority of Residential Funding's listed mortgages nor any defense to foreclosure thereof.

4. Residential Funding is not seeking any affirmative relief from the Debtor but is seeking to foreclose the mortgages on the aforementioned properties wherein the Debtor holds a junior lien.

5. For each listed property, the approximate amount due and Residential Funding's

good faith estimate of the value of the collateral are shown on Exhibit A.

6.  Due to the number of properties, copies of the loan documents are not being filed with this motion but are available upon request.

7.  Residential Funding prays that this Court will waive the stay of Rule 4001(a)(3) so that it may pursue its rights against the properties without delay.

WHEREFORE, Residential Funding prays for an order lifting the stay with respect to the 5 properties identified on the attached list and that the stay of Rule 4001(a)(3) be waived.

LAW OFFICES OF DAVID J. STERN, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: May 20, 2008

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

Joseph H. Huston, Jr., (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Direct Fax: (610) 371-7972
Email: jhh@stevenslee.com

07-05980.RES