# IN RE: NEW CENTURY TRS HOLDINGS, INC.
# CASE NO. 07-10416-KJC

## LIST OF RESIDENTIAL FUNDING MORTGAGES

| | Loan # | Borrower Name | Address | City | State | Zip Code | Appraised Value | Total Debt |
|---|---|---|---|---|---|---|---|---|
| 1 | 7440720084 | ROSS | 43 RAINBOW RIDGE ROAD | POMONA | CA | 91766 | 580,000.00 | 504,101.93 |
| 2 | 7440910339 | MUHAMMAD | 12 WHEATLAND AVENUE #3 | DORCHESTER | MA | 02124 | 330,000.00 | 297,216.48 |
| 3 | 0810033153 | PRADO | 424 LAFAYETTE STREET | SAN GABRIEL | CA | 91776 | 630,000.00 | 557,666.39 |
| 4 | 7442155933 | VASQUEZ | 124-126 CHARLES STREET | WATERBURY | CT | 06483 | 180,000.00 | 157,081.61 |
| 5 | 7442175691 | BUCHACEK | 2022 WEST CHANDLER AVENUE | SANTA ANA | CA | 92704 | 700,000.00 | 629,705.99 |