UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
et al.,
         Debtors.

_____/

Case No. 07-10416-KJC
Chapter 11

Jointly Administered

Ref. No.

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Stay with Regard to 5

Properties, filed by Residential Funding Company, LLC (Doc. #xxxx), and the Certification of

Counsel as to no opposition to said motion, it is

ORDERED, that the Motion be, and the same is hereby **GRANTED**; and it is further

ORDERED, that the automatic stay is terminated allowing Residential Funding

Company, LLC, to exercise its rights under applicable law with respect to the 5 properties

identified on the list attached hereto.

This Order is effective immediately and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

07-05980.RES

# IN RE: NEW CENTURY TRS HOLDINGS, INC.
## CASE NO. 07-10416-KJC

## LIST OF RESIDENTIAL FUNDING MORTGAGES

| | Loan # | Borrower Name | Address | City | State | Zip Code | Appraised Value | Total Debt |
|---|---|---|---|---|---|---|---|---|
| 1 | 7440720084 | ROSS | 43 RAINBOW RIDGE ROAD | POMONA | CA | 91766 | 580,000.00 | 504,101.93 |
| 2 | 7440910339 | MUHAMMAD | 12 WHEATLAND AVENUE #3 | DORCHESTER | MA | 02124 | 330,000.00 | 297,216.48 |
| 3 | 0810033153 | PRADO | 424 LAFAYETTE STREET | SAN GABRIEL | CA | 91776 | 630,000.00 | 557,666.39 |
| 4 | 7442155933 | VASQUEZ | 124-126 CHARLES STREET | WATERBURY | CT | 06483 | 180,000.00 | 157,081.61 |
| 5 | 7442175691 | BUCHACEK | 2022 WEST CHANDLER AVENUE | SANTA ANA | CA | 92704 | 700,000.00 | 629,705.99 |