**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 07-10416-KJC |
| | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., | |
| et al., | Jointly Administered |
| Debtors. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Motion for Relief From Stay Under § 362 of the Bankruptcy Code, notice and proposed order were served via U.S. mail, first-class postage prepaid, this 20th day of May 2008, to: New Century TRS Holdings, 18400 Von Karman Ave, Irvine, CA 92612, United States Trustee, 844 King St., Room 2207, Lockbox #35 Wilmington, DE 19899, Mark D. Collins, Esq., Christopher M. Samis, Esq., Richards, Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, DE 19899, Bonnie Glantz Fatell, Esq. David W. Carickhoff, Jr., Esq., Blank Rome, LLP, 1201 Market St., 800, Wilmington, DE 19801, Suzanne S. Uhland, Esq., Ben S. Logan, Esq., O'Melveny & Myers, LLP, 275 Battery St. San Francisco, CA 94111, Mark T. Power, Esq., Mark S. Indelicato, Esq., 488 Madison Ave., 14th & 15th Floor, New York, NY 10022.

LAW OFFICES OF DAVID J. STERN, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (954) 233-8000 ext 207
Fax: (954) 233-8648

/S/ Frederic J. DiSpigna

Dated: May 20, 2008

FREDERIC J. DISPIGNA, ESQUIRE
Florida Bar No. 345539
fdispigna@dstern.com

07-05980.RES