# **<u>EXHIBIT A</u>**

RLF1-3285309-1

16th Omnibus Objection

In re: New Century TRS Holdings, Inc., et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount ||||  |
|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | Total |
| Citimortgage Inc successor by reason of merger with Citifinancial Mortgage Company Inc f/k/a Associates Home Equity Services In<br>PO Box 140609<br>Irving, TX 75014 | 07-10419 | 2181 | $136,759.86 | $0.00 | $0.00 | $0.00 | $136,759.86 |
| Comments: The Debtors have no record of this liability in their Books and Records ||||||||
| Claims To Be Expunged Totals | | 1 | $136,759.86 | $0.00 | $0.00 | $0.00 | $136,759.86 |