8th Omnibus Objection

In re: New Century TRS Holdings, Inc, et al.
Case No. 07-10416 (KJC)

# Exhibit A
## Books and Records - Ordered

| Name and Address of Claimant | Case Number | Claim Number | To Be Expunged Claim Amount | | | | Total |
|---|---|---|---|---|---|---|---|
| | | | Secured | Admin | Priority | Unsecured | |
| State of Michigan<br>Department of Treasury 3030 W Grand Blvd Ste 10 200<br>Detroit, MI 48202 | 07-10419 | 2179 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| Comments: The Debtors have filed the requisite tax returns | | | | | | | |
| **Claims To Be Expunged Totals** | | 1 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |