IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NEW CENTURY TRS HOLDINGS, INC., et al.,<br><br>                              Debtors. | Chapter 11<br>Case No. 07-10416-KJC, et seq.<br><br>**Objections due by: June 17, 2008, 4:00 p.m.**<br>**Hearing Date: June 24 , 2008 at 10:00 a.m.** |

**NOTICE OF MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ON BEHALF OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6 AND/OR MERS AS APPROPRIATE**
**<u>FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE</u>**

TO:    Parties listed on the Certificate of Service

Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 And/Or MERS as Appropriate has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 67 Heathersfield Drive, Bridgton, ME 04009.

**HEARING ON THE MOTION WILL BE HELD ON JUNE 24 , 2008 AT 10:00 A.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

>       Adam Hiller, Esquire
>       Maria Aprile Sawczuk, Esquire
>       Draper & Goldberg, PLLC
>       1500 North French Street, 2nd Floor
>       Wilmington, Delaware 19801
>       (302) 339-8776 telephone

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

---

*Movant: Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 And/Or MERS as Appropriate*
*D&G Reference: 215477*
*Property Address: 67 Heathersfield Drive, Bridgton, ME 04009*

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: May 20, 2008<br>   Wilmington, Delaware | Respectfully submitted,<br><br>DRAPER & GOLDBERG, PLLC<br><br> /s/ **Maria Aprile Sawczuk**<br>Adam Hiller (DE No. 4105)<br>Maria Aprile Sawczuk (DE No. 3320)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile<br><br>*Attorneys for Movant* |