# EXHIBIT A

DB01:1374074.1

# LIMITED POWER OF ATTORNEY

Pursuant to that certain Agreement, dated as of December 1, 2006, (the "Agreement), JPMorgan Chase Bank, National Association **(the "Purchaser")**, a national banking association, with offices at 194 Wood Avenue South, Iselin, New Jersey 08830, acquired from New Century Mortgage Corporation, (the "Seller"), with offices located at Irvine, CA, a certain mortgage portfolio as defined in the Agreement (the "Mortgages").

In connection with Purchaser's acquisition of the Mortgages, Seller hereby constitutes and appoints JPMorgan Chase Bank, National Association its true and lawful attorney-in-fact, and in its name, place and stead and for its use and benefit only for the limited purpose, to endorse mortgage payment checks for the Mortgages, execute mortgage satisfactions/deeds of reconveyances or similar release instruments, partial releases, assignments, and any and all documentation required to foreclose delinquent Mortgages, assign Mortgages, and properly service the Mortgages prior to Purchaser becoming mortgagee of record and to correct or otherwise remedy any errors or deficiencies contained in any transfer or reconveyance documents provided or prepared by the Company, including, but not limited to note endorsements.

The undersigned gives the Purchaser, as attorney-in-fact, full power and authority to execute and/or endorse the above described documentation as if the undersigned were personally present, hereby ratifying and confirming all that said attorney-in-fact shall lawfully do or cause to be done by authority hereof.

This limited power of attorney has been executed this 30th day of January, 2008, and is effective as of December 1, 2006. The same shall continue in full force and effect until revoked in writing by the undersigned.

WITNESSES:

Printed Name: Dennis DeBassio

Printed Name: Stacey Bradley

ATTEST:
By: _____
Printed Name: Holly Etlin
Printed Title: Chief Executive Officer

ATTEST:
By: _____
Printed Name: Jamie Lisac
Printed Title: Chief Financial Officer

STATE OF California
COUNTY OF Orange

On January 30, 2008, before me, a Notary Public, personally appeared Holly Etlin and Jamie Lisac, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Chief Executive Officer and Chief Financial Officer, respectively, of New Century Mortgage Corporation and acknowledged to me that they executed this instrument in their authorized capacities, upon behalf of such entity.

WITNESS my hand and official seal.

_____
Notary Public

My Commission Expires: June 17, 2011

MUSIC SPROUSE
COMM. # 1751503
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
MY COMM. EXP JUNE 17, 2011