# EXHIBIT B

DB01:1374074.1

 

3121 Michelson Drive, Suite 600, Irvine, CA 92612

Direct Dial: (949) 517-1696
Fax: (949) 517-4244

March 7, 2008

**Via U.S. Mail**
T. Robert Finlay, Esq.
Wright, Finlay and Zak
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660

Re: New Century Financial Corporation

Dear Mr. Finlay:

In accordance with your request, please be advised that on April 2, 2007, New Century Financial Corporation, together with various of its affiliates and subsidiaries, including New Century Mortgage Corporation and Home123 Corporation, among others, (collectively, "New Century"), commenced bankruptcy cases by filing voluntary petitions under chapter 11 of title 11 of the United States Code. The bankruptcy cases are being jointly administered under case number 07-10416 (JKC) in the United States Bankruptcy Court for the District of Delaware. See www.xroadscms.net/newcentury for bankruptcy filing information.

Prior to filing for bankruptcy, New Century routinely sold and assigned on the secondary market the loans it had originated, including the documentation associated with such loans. Since filing for bankruptcy, New Century has sold its loan servicing operations and has transferred all related loan files to a third party and, with limited exceptions, has sold and assigned to a third party all remaining loans that it had originated.

As a result, **New Century no longer owns or services any mortgage loans**, and has shut down virtually all of its offices nationwide. We recommend you contact the current owner, servicer or occupant regarding any specific property.

Should you require any additional information, please do not hesitate to contact the undersigned directly.

Sincerely,

Diane Denney
Consultant
DD/