# EXHIBIT A

In re New Century TRS Holdings, Inc. Case No. 07-10416-KJC (Chap. 11)
*Movant US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9*
*D&G Reference: 217258*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1100142181 | Colleen Pike | 06/14/05 | $122,320.00 | $132,280.46 | $129,000.00 | 32 Villa Road<br>Westbrook ME 04092 |
| 1100142310 | William and Paul Allman | 07/07/05 | $55,000.00 | $ 55,452.11 | $ 99,900.00 | 1101 Possum Trot Road<br>North Myrtle Beach, SC 29582 |
| 1100142583 | Kenneth W Gibbs and Newton J Carpenter | 07/01/05 | $123,800.00 | $133,003.29 | $154,900.00 | 6454 Camino De Burlo<br>Rochester, IL 62563 |
| 1100142603 | Marion Cole Turner | 06/30/05 | $103,920.00 | $117,363.30 | $ 89,900.00 | 3501 03 North 37th Street<br>Milwaukee, WI 53216 |
| 1100142943 | Andrea Mallet | 07/08/05 | $436,000.00 | $488,850.46 | $499,000.00 | 24586 Camden Court<br>Laguna Niguel, CA 92677 |
| 1100143245 | Thomas Anthony Nelson | 06/30/05 | $165,600.00 | $181,946.29 | $119,800.00 | 162 164 Commonwealth Avenue<br>Springfield, MA 01108 |
| 1100143328 | Hazen Garcia | 07/10/05 | $292,800.00 | $315,173.85 | $245,000.00 | 7307 Cotillion Way<br>Citrus Heights, CA 95621 |
| 1100143332 | Jovani Procel | 07/14/05 | $257,600.00 | $265,037.67 | $260,000.00 | 69 21 Hessler Avenue<br>Arverne, NY 11692 |
| 1100143837 | Luis E Paez and Alejandra Dominguez | 06/29/05 | $221,600.00 | $252,436.98 | $169,900.00 | 14524 Pony Trail Road<br>Victorville, CA 92392 |

| Loan # | Borrower | Date | Amount 1 | Amount 2 | Amount 3 | Address |
|---|---|---|---|---|---|---|
| 1100144461 | Luis Jimenez | 07/13/05 | $132,000.00 | $139,895.58 | $125,000.00 | 374 Dundee Drive<br>Kissimmee, FL 34759 |
| 1100144911 | Danielle G Flores and Victor P Flores | 07/07/05 | $344,000.00 | $374,288.32 | $275,000.00 | 31962 Calle Ballentine<br>Temecula, CA 92592 |
| 1100145111 | James Arthur Miesen | 07/05/05 | $363,674.00 | $413,216.25 | $399,000.00 | 1911 Rogue River Court<br>West Sacramento, CA 95691 |
| 1100145337 | Daryl Lynn Helle and Erick J Helle | 07/28/05 | $150,000.00 | $155,035.74 | $189,900.00 | 58A Dale Road<br>Hooksett, NH 03106 |
| 1100145550 | Jason Choe | 07/21/05 | $360,000.00 | $377,668.54 | $459,000.00 | 600 West 9th Street<br>Los Angeles, CA 90015 |
| 1100145826 | Maria Saavedra | 07/15/05 | $200,000.00 | $224,503.73 | $199,900.00 | 110 Hill Avenue<br>Eglin, IL 60120 |
| 1100145837 | Eduardo Ceja Cadenas | 07/19/05 | $516,000.00 | $559,648.70 | $660,000.00 | 1064 Almarida Drive<br>San Jose, CA 95128 |
| 1100145909 | Humberto and Maria Jimenez | 07/18/05 | $114,000.00 | $129,405.82 | $139,000.00 | 7933 29th Avenue<br>Kenosha, WI 53143 |