August 28, 2008

FILED

2008 SEP -2 AM 10: 01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

[UNITED STATES BANKRUPTCY COURT]
FOR THE [DISTRICT OF DELAWARE]
[COURT CLERK'S OFFICE]
824 NORTH MARKET STREET
WILMINGTON, DE 19801

Re: Administrative Claim Request requesting payment = Case No. 07-10416 (KJC)

Please find enclosed my Non-negotiable Notice of Claim and request for payment with
supporting Affidavits, Instruments and Documents pursuant to section 1129 of the
Bankruptcy Code, on July 15, 2008, the Bankruptcy Court entered an order (as amended
by order of the Bankruptcy Court dated July 23, 2008, the "Confirmation Order")
confirming the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and
the Official Committee of Unsecured Creditors Dated as of April 23, 2008 ( the "Plan").

Very Truly Yours,

C/o 1586 Hope St.
[38111] Memphis
Tennessee

CEDRIC MUHAMMAD
1586 HOPE ST
MEMPHIS, TN 38111-0000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                                      |   |                          |
|------------------------------------------------------|---|--------------------------|
| In re:                                               | : | **Chapter 11**           |
|                                                      | : |                          |
| **NEW CENTURY TRS HOLDINGS**                         | : | **Case No. 07-10416 (KJC)** |
| **INC., a Delaware corporation, et al.,[1]**         | : |                          |
|                                                      | : | **Jointly Administered** |
|                                          **Debtors.**| : |                          |
|                                                      | : |                          |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING SECOND AMENDED JOINT
CHAPTER 11 PLAN OF LIQUIDATION OF THE DEBTORS AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS DATED AS OF APRIL 23, 2008 (II)
EFFECTIVE DATE AND (III) BAR DATES FOR ADMINISTRATIVE CLAIMS,
PROFESSIONAL FEE CLAIMS, SUBORDINATION STATEMENTS, AND
<u>REJECTION DAMAGE CLAIMS</u>**

**PLEASE TAKE NOTICE THAT:**

1.        On April 2, 2007 (the "Petition Date"), New Century Financial Corporation, a Maryland corporation, and its direct and indirect subsidiaries, New Century TRS Holdings, Inc., a Delaware corporation, New Century Mortgage Corporation, a California corporation, NC Capital Corporation, a California corporation, Home123 Corporation, a California corporation, New Century Credit Corporation, a California corporation, NC Asset Holding, L.P., a Delaware limited partnership, NC Residual III Corporation, a Delaware corporation, NC Residual IV Corporation, a Delaware corporation, New Century R.E.O. Corp., a California corporation, New Century R.E.O. II Corp., a California corporation, New Century R.E.O. III Corp., a California corporation, New Century Mortgage Ventures, LLC, a Delaware limited liability company, NC Deltex, LLC, a Delaware limited liability company, and NCoral, L.P., a Delaware limited partnership, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively with New Century Warehouse Corporation, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532 (as amended, the

---

[1]  The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LW (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.



# NEW CENTURY
## MORTGAGE CORPORATION

3121 Michelson Drive, 6th Floor    Irvine, CA 92612    www.newcentury.com

Direct Dial:  (949) 517-1696
Fax:          (949) 517-4244

September 20, 2007

**VIA U.S. Mail**
Cedric Muhamad
1586 Hope Street
Memphis, TN 38111

Re:  NCMC Loan No. 1352608

Dear Mr. Muhammad:

New Century Mortgage Corporation ("NCMC") Customer Advocacy Group is in receipt of your letter dated August 28, 2007, regarding the above-referenced loan.

Please be advised the above-referenced loan was sold and service released to Homeq Servicing Corporation on July 31, 2004.  The bankruptcy filed by NCMC on April 2, 2007 does not null or void your obligations to pay the Note or change any of the terms of the Note. Since NCMC no longer owns the Note, we recommend you contact the current servicer directly regarding your payments.

NCMC is committed to customer satisfaction.  Should you have questions, regarding your rights relating to the bankruptcy, we recommend you seek your own legal counsel. If you have further questions or need additional assistance, I can be reached at (949) 517-1696.

Sincerely,

Diane Denney
Customer Advocacy Supervisor

DD/

cc:  Kathryn Richman, Vice President and Senior Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FORECLOSURE CASES | ) | CASE NO. NO.1:07CV2282 |
| | ) | 07CV2532 |
| | ) | 07CV2560 |
| | ) | 07CV2602 |
| | ) | 07CV2631 |
| | ) | 07CV2638 |
| | ) | 07CV2681 |
| | ) | 07CV2695 |
| | ) | 07CV2920 |
| | ) | 07CV2930 |
| | ) | 07CV2949 |
| | ) | 07CV2950 |
| | ) | 07CV3000 |
| | ) | 07CV3029 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On October 10, 2007, this Court issued an Order requiring Plaintiff-Lenders in a number of pending foreclosure cases to file a copy of the executed Assignment demonstrating Plaintiff was the holder and owner of the Note and Mortgage *as of the date the Complaint was filed,* or the Court would enter a dismissal. After considering the submissions, along with all the documents filed of record, the Court dismisses the captioned cases without prejudice. The Court has reached today's determination after a thorough review of all the relevant law and the briefs and arguments recently presented by the parties, including oral

arguments heard on Plaintiff Deutsche Bank's Motion for Reconsideration. The decision, therefore, is applicable from this date forward, and shall not have retroactive effect.

## LAW AND ANALYSIS

A party seeking to bring a case into federal court on grounds of diversity carries the burden of establishing diversity jurisdiction. *Coyne v. American Tobacco Company*, 183 F. 3d 488 (6th Cir. 1999). Further, the plaintiff "bears the burden of demonstrating standing and must plead its components with specificity." *Coyne*, 183 F. 3d at 494; *Valley Forge Christian College v. Americans United for Separation of Church & State, Inc.*, 454 U.S. 464 (1982). The minimum constitutional requirements for standing are: proof of injury in fact, causation, and redressability. *Valley Forge*, 454 U.S. at 472. In addition, "the plaintiff must be a proper proponent, and the action a proper vehicle, to vindicate the rights asserted." *Coyne*, 183 F. 3d at 494 (quoting *Pestrak v. Ohio Elections Comm'n*, 926 F. 2d 573, 576 (6th Cir. 1991)). To satisfy the requirements of Article III of the United States Constitution, the plaintiff must show he has ***personally suffered some actual injury*** as a result of the illegal conduct of the defendant. (Emphasis added). *Coyne*, 183 F. 3d at 494; *Valley Forge*, 454 U.S. at 472.

In each of the above-captioned Complaints, the named Plaintiff alleges it is the holder and owner of the Note and Mortgage. However, the attached Note and Mortgage identify the mortgagee and promisee as the original lending institution — one other than the named Plaintiff. Further, the Preliminary Judicial Report attached as an exhibit to the Complaint makes no reference to the named Plaintiff in the recorded chain of title/interest. The Court's Amended General Order No. 2006-16 requires Plaintiff to submit an affidavit along with the Complaint, which identifies Plaintiff either as the original mortgage holder, or as an assignee,

-2-

trustee or successor-in-interest. Once again, the affidavits submitted in all these cases recite the averment that Plaintiff is the owner of the Note and Mortgage, without any mention of an assignment or trust or successor interest. Consequently, the very filings and submissions of the Plaintiff create a conflict. In every instance, then, Plaintiff has not satisfied its burden of demonstrating standing at the time of the filing of the Complaint.

Understandably, the Court requested clarification by requiring each Plaintiff to submit a copy of the Assignment of the Note and Mortgage, executed as of the date of the Foreclosure Complaint. In the above-captioned cases, *none* of the Assignments show the named Plaintiff to be the owner of the rights, title and interest under the Mortgage at issue as of the date of the Foreclosure Complaint. The Assignments, in every instance, express a present intent to convey all rights, title and interest in the Mortgage and the accompanying Note to the Plaintiff named in the caption of the Foreclosure Complaint upon receipt of sufficient consideration on the date the Assignment was signed and notarized. Further, the Assignment documents are all prepared by counsel for the named Plaintiffs. These proffered documents belie Plaintiffs' assertion they own the Note and Mortgage by means of a purchase which pre-dated the Complaint by days, months or years.

Plaintiff-Lenders shall take note, furthermore, that prior to the issuance of its October 10, 2007 Order, the Court considered the principles of "real party in interest," and examined Fed. R. Civ. P. 17 — "Parties Plaintiff and Defendant; Capacity" and its associated Commentary. The Rule is not *apropos* to the situation raised by these Foreclosure Complaints. The Rule's Commentary offers this explanation: "The provision should not be misunderstood or distorted. It is intended to prevent forfeiture when determination of the

-3-

proper party to sue is difficult or when an understandable mistake has been made. ... It is, in cases of this sort, intended to insure against forfeiture and injustice ..." Plaintiff-Lenders do not allege mistake or that a party cannot be identified. Nor will Plaintiff-Lenders suffer forfeiture or injustice by the dismissal of these defective complaints otherwise than on the merits.

Moreover, this Court is obligated to carefully scrutinize all filings and pleadings in foreclosure actions, since the unique nature of real property requires contracts and transactions concerning real property to be in writing. R.C. § 1335.04. Ohio law holds that when a mortgage is assigned, moreover, the assignment is subject to the recording requirements of R.C. § 5301.25. *Creager v. Anderson* (1934), 16 Ohio Law Abs. 400 (interpreting the former statute, G.C. § 8543). "Thus, with regards to real property, before an entity assigned an interest in that property would be entitled to receive a distribution from the sale of the property, their interest therein must have been recorded in accordance with Ohio law." *In re Ochmanek*, 266 B.R. 114, 120 (Bkrtcy.N.D. Ohio 2000) (citing *Pinney v. Merchants' National Bank of Defiance*, 71 Ohio St. 173, 177 (1904).[1]

This Court acknowledges the right of banks, holding valid mortgages, to receive timely payments. And, if they do not receive timely payments, banks have the right to properly file actions on the defaulted notes — seeking foreclosure on the property securing the notes. Yet, this Court possesses the independent obligations to preserve the judicial integrity of the federal court and to jealously guard federal jurisdiction. Neither the fluidity of

---

[1] Astoundingly, counsel at oral argument stated that his client, the purchaser from the original mortgagee, acquired complete legal and equitable interest in land when money changed hands, even before the purchase agreement, let alone a proper assignment, made its way into his client's possession.

the secondary mortgage market, nor monetary or economic considerations of the parties, nor the convenience of the litigants supersede those obligations.

Despite Plaintiffs' counsel's belief that "there appears to be some level of disagreement and/or misunderstanding amongst professionals, borrowers, attorneys and members of the judiciary," the Court does not require instruction and is not operating under any misapprehension. The "real party in interest" rule, to which the Plaintiff-Lenders continually refer in their responses or motions, is clearly comprehended by the Court and is not intended to assist banks in avoiding traditional federal diversity requirements.[2] Unlike Ohio State law and procedure, as Plaintiffs perceive it, the federal judicial system need not, and will not, be "forgiving in this regard."[3]

---

[2]

Plaintiff's reliance on Ohio's "real party in interest rule" (ORCP 17) and on any Ohio case citations is misplaced. Although Ohio law guides federal courts on substantive issues, state procedural law cannot be used to explain, modify or contradict a federal rule of procedure, which purpose is clearly spelled out in the Commentary. "In federal diversity actions, state law governs substantive issues and federal law governs procedural issues." *Erie R.R. Co. v. Tompkins*, 304 U.S. 63 (1938); *Legg v. Chopra*, 286 F. 3d 286, 289 (6th Cir. 2002); *Gafford v. General Electric Company*, 997 F. 2d 150, 165-6 (6th Cir. 1993).

[3]

Plaintiff's, "Judge, you just don't understand how things work," argument reveals a condescending mindset and quasi-monopolistic system where financial institutions have traditionally controlled, and still control, the foreclosure process. Typically, the homeowner who finds himself/herself in financial straits, fails to make the required mortgage payments and faces a foreclosure suit, is not interested in testing state or federal jurisdictional requirements, either *pro se* or through counsel. Their focus is either, "how do I save my home," or "if I have to give it up, I'll simply leave and find somewhere else to live."

In the meantime, the financial institutions or successors/assignees rush to foreclose, obtain a default judgment and then sit on the deed, avoiding responsibility for maintaining the property while reaping the financial benefits of interest running on a judgment. The financial institutions know the law charges the one with title (still the homeowner) with maintaining the property.

There is no doubt every decision made by a financial institution in the foreclosure process is driven by money. And the legal work which flows from winning the financial institution's favor is highly lucrative. There is nothing improper or wrong with financial institutions or law firms making a profit — to the contrary , they should be rewarded for sound business and legal practices. However, unchallenged by underfinanced opponents, the institutions worry less about jurisdictional requirements and more about maximizing returns. Unlike the focus of financial institutions, the federal courts must act as gatekeepers, assuring that only those who meet diversity and standing requirements are allowed to pass through. Counsel for the institutions are not without legal argument to support their position, but their arguments fall woefully short of justifying their premature filings, and utterly fail to satisfy their standing

## CONCLUSION

For all the foregoing reasons, the above-captioned Foreclosure Complaints are

dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: October 31, 2007**

            S/Christopher A. Boyko
            **CHRISTOPHER A. BOYKO**
            **United States District Judge**

---

and jurisdictional burdens. The institutions seem to adopt the attitude that since they have been doing this for so long, unchallenged, this practice equates with legal compliance. Finally put to the test, their weak legal arguments compel the Court to stop them at the gate.

    The Court will illustrate in simple terms its decision: "Fluidity of the market" — "X" dollars, "contractual arrangements between institutions and counsel" — "X" dollars, "purchasing mortgages in bulk and securitizing" — "X" dollars, "rush to file, slow to record after judgment" — "X" dollars, "the jurisdictional integrity of United States District Court" — "Priceless."



Non – negotiable
**Notice of Claim**
August 21, 2008

[New Century Mortgage Corporation]
18400 Von Karmon Ste. 1000
Irvine, Ca. 92612

Re: Notice of claim and request for payment relating to the willful, intentional, deliberate, admit, confess, and intend to defraud the undersigned [Cedric Muhammad] of the right to property and possession of the property = Lot 32, third addition to Prescott Village Subdivision, as on plat of record in plat book 16, page 61 in the State of Tennessee, Shelby County Register of Deeds office.

Unto: [New Century Mortgage Corporation] and all assigns, assignees, successor loan servicers, successor of interest, collection agencies, attorney with attorney / client relationships debt collection attorneys, [Equity Title and Escrow Co.], [Shapiro and Kirsh, LLP] and all successors in trust, assigns, assignees and attorneys with attorney / client relationships.

This is my Claim and an attempt to recover my damages involving a non full-disclosure without a bono-fide signature alleged contract = [Note/ retail Installment sale contract and Mortgage/Deed of Trust] that is True, Correct, and Complete under the penalty of perjury, which is a direct result of [New Century Mortgage Corporation].(see exhibit A), (see exhibit B), (see exhibit F)

Your decisions, and the actions subsequent to them, have caused me [and my family] much harm and injury.(see exhibit C), (see exhibit D)

The total aggregate tangible and intangible assets = Lot 32, third addition to Prescott Village Subdivision, as on plat of record in plat book 16, page 61 in the State of Tennessee, Shelby County Register of Deeds office and $2,500,000.00 U.S.(see exhibit E), (see exhibit F)

You have this one opportunity to make amends, by releasing and delivering to me the tangible asset = Lot 32, third addition to Prescott Village Subdivision, as on plat of record in plat book 16, page 61 in the State of Tennessee, Shelby County Register of Deeds office. If you respond in good faith and release said tangible asset to me I will not pursue the full amount of intangible monetary asset of my Claim.

I am allowing you five (5) calendar days to make restitution to me. If, however, no response is forth coming, I will have no choice but to pursue other remedy.

Yours truly,

C/o 1586 Hope St.
[38111] Memphis
Tennessee

By the affirming before-me on the 8/22/08 in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public

My Commission expires on 11-09-2011



Document-Number/Claim-Number CM1017

Shelby-County      )
                   ) A.S.:
Tennessee-State    )

# Affidavit-Of-Truth

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

# Statements-Of-Unrebutted-Facts

1. For the record, that [New Century Mortgage Corporation] and all assigns, assignees, successor loan servicers, successor of interest, collection agencies, attorneys with attorney / client relationship, debt collection attorneys and [Equity Title and Escrow co.] and all successors in trust, assigns, assignees, and attorney with attorney / client relationships have not come forth and rebutted all points as stand of the stating – herein of the affidavit of truth.(see exhibit A), (see exhibit B)

2. For the record, that one [Cedric Muhammad] total aggregate tangible and intangible assets of claim = Lot 32, third addition to Prescott Village Subdivision, as plat of record in plat book 16, page 61 in the State of Tennessee, Shelby County Register of Deeds office and $2,500,000.00 U.S.(see exhibit E)

# Verification

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of perjury.

## Verification

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of perjury.

For the knowing of the all of the men and women of the Cedric-Muhammad duly attesting and verifying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

_____
Affiant-Fiduciary

By the affirming before-me on the __8/22/88__ in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public

STATE
OF
TENNESSEE
NOTARY
PUBLIC
BARIKA Q. HOUSTON
SHELBY COUNTY

My Commission expires on: __11-09-2011__



# Tom Leatherwood

## Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.



08112299
08/22/2008 - 11:39 AM
4 PGS : K - LIEN
LI3 593311-8112299

| | |
|---|---|
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 20.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 10.00 |
| TOTAL AMOUNT | 32.00 |

TOM LEATHERWOOD
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov



# *Tom Leatherwood*

### Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-5 of Instrument Number 08112299, recorded in this office as a NOTICE OF CLAIM

from NEW CENTURY MORTAGE CORP. to CEDRIC-MUHAMMAD.

Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

Deputy Register

Exhibit: A

Shelby-County    )
                ) A.S.:
Tennessee-State  )

## Affidavit-Of-Truth

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of-perjury.

## Statements-Of-Specific-Facts

1. By the CEDRIC MUHAMMAD denying that [HomEq Servicing] is a party to the alleged contract = [Note/Retail Installment Sale contract and Mortgage/Deed of Trust] = [Account Number = 0321738189: Property Address = 1586 Hope St. Memphis, TN 38111].

2. By the CEDRIC MUHAMMAD denying that [Deutsche Bank National Trust Company] is a party to the alleged contract = [Note/Retail Installment Sale contract and Mortgage/Deed of Trust] = [Account Number = 0321738189: Property Address = 1586 Hope St. Memphis, TN 38111].

3. By the CEDRIC MUHAMMAD accepting-this-offer for value = [Account # 0321738189] on the conditions that 1. [Deutsche Bank National Trust Company] will produce the Bona Fide contract = [Note/Retail Installment Sale contract and Mortgage/Deed of Trust] allegedly created on [3/19/2004 in Memphis, TN] with CEDRIC MUHAMMAD and/or the party[Deutsche Bank National Trust Company] is an assignee to any alleged contract = [Note/Retail Installment Sale contract and Mortgage/Deed of Trust] allegedly created on [3/19/2004 in Memphis, TN] with CEDRIC MUHAMMAD. 2. That [HomEq Servicing] and [Deutsche Bank National Trust Company] will answer in the same like manner of Affidavit-Of-Truth that is True, correct, and complete: facts with the full-disclosure under the penalty-of-perjury within 10 days.

**Caveat**

An un-rebutted Affidavit stands as truth and the non-rebuttal of the Affidavit of stating-herein = acknowledgement of the all of the presents of the stating-herein as the evidentiary- facts.

**Verification**

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of-perjury.

For the knowing of the all of the men and women of the Cedric-Muhammad duly attesting and verifying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

_____
Affiant- Fudiciary

By the affirming before-me on the ___1/24/2008___ in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public

BARIKA Q. HOUSTON
STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY

my Commission expires: 11-09-ó

*Exhibit: A*

Document-Number/Claim-Number CM1002

Shelby-County )
              ) A.S.:
Tennessee-State )

## Affidavit-Of-Service and Acknowledgement

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statement-Of-The Unrebutted-Facts

1. By the serving of the [Deutsche Bank National Trust Company] with the Affidavit-Of-Specific-Truth by the Cedric-Muhammad through the United-States-Postal-Service: Certified-Mail: Return-Receipt-Number: 7006 2760 0004 1497 9895 with the signee acting as the receiving agent = Skip Pineda with the service upon the agent = service upon the principal applying therein (See-Exhibit: A).

2. By the [Deutsche Bank National Trust Company] acknowledging of the receiving and having notice as well as knowledge of the presents of the stating of the Affidavit of the stating-herein as of the date = [ January 28, 2008 ] ( see-Exhibit: A).

## Caveat

An un-rebutted Affidavit stands as truth and the non-rebuttal of the Affidavit of stating-herein = acknowledgement of the all of the presents of the stating-herein as the evidentiary- facts.

*Exhibit: A*

## Verification

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of perjury.

For the knowing of the all of the men and women of the Cedric-Muhammad duly attesting and verifying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

_____
Affiant- Fuduciary

By the affirming before-me on the __2/13/2008__ in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public

*commission expires : 11-09-2011*

BARIKA Q. HOUSTON
STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY



*Exhibit: A*

# Tom Leatherwood
Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



| | |
|---|---|
| 08023373 | |
| 02/19/2008 - 11:51 AM | |
| 2 PGS : K - MISCELLANEOUS | |
| MARYP 552824-8023373 | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 5.00 |
| TOTAL AMOUNT | 17.00 |

**TOM LEATHERWOOD**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov



*Exhibit A*

# *Tom Leatherwood*
## Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of page(s) 08023373 of Instrument Number 1-3, recorded in this office as a AFFIDAVIT-OF-SERVICE ACKNOWLEDGEMENT from CEDRIC-MUHAMMAD to CEDRIC-MUHAMMAD.

Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

Deputy Register

*Exhibit: A*

Document-Number/Claim-Number CM1002

Shelby-County    )
                 ) A.S.:
Tennessee-State  )

## Affidavit-Of-Service and Acknowledgement

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statement-Of-The Unrebutted-Facts

1. By the serving of the [HomEq Servicing] with the Affidavit-Of-Specific-Truth by the Cedric-Muhammad through the United-States-Postal-Service: Certified-Mail: Return-Receipt-Number: 7006 2760 0004 1497 9888 with the signee acting as the receiving agent = B. Tefiner with the service upon the agent = service upon the principal applying therein (See-Exhibit: A).

2. By the [HomEq Servicing] acknowledging of the receiving and having notice as well as knowledge of the presents of the stating of the Affidavit of the stating-herein as of the date = [ January 28, 2008 ] ( see-Exhibit: A).

## Caveat

An un-rebutted Affidavit stands as truth and the non-rebuttal of the Affidavit of stating-herein = acknowledgement of the all of the presents of the stating-herein as the evidentiary- facts.



*Exhibit: A*

# Tom Leatherwood
## Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-3 of Instrument Number 08023375, recorded in this office as a AFFIDAVIT-OF-

SERVICE AND ACKNOWLEDGEMENT from CEDRIC-MUHAMMAD to CEDRIC-MUHAMMAD.

Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

Deputy Register

## Exhibit: A

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deutsche Bank National Trust Co.
1761 East St. Andrew Place
Attn: Trust Administration
MN04 H3
Santa Ana, CA 92705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Shirley Pineda                    1/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0004 1497 9895

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HomEq Servicing
Attn: Account Research
Mail Code CA3748
P.O. Box 13716
Sacramento, CA 95853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
B. Teran              JAN 28 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
    7006 2760 0004 1497 9888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Exhibit A Continues*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deutsche Bank National Trust co.
1761 East St. Andrew Place
Attn: Trust Administration
MS04 HS
Santa Ana, CA 92705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                2-19-8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer    7006 2760 0004 1619 1325

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Homeq Servicing
Attn: Account Research
Mail Code CA 3345
P.O. Box 13716
Sacramento, CA 95853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   B. Jones          FEB 19 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer fn    7006 2760 0004 1619 1332

*Exhibit: B*

Document-Number/Claim-Number CM1010

Shelby-County    )
                 ) A.S.:
Tennessee-State  )

## Affidavit-Of-Truth

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statements-Of-Specific-Facts

1. By the CEDRIC MUHAMMAD denying that full-disclosure of an alleged contract = [Note/retail Installment sale contract and Mortgage/Deed of Trust] with [New Century Mortgage Corporation] and all assigns, assignees, successor loan servicers, successor of interest, collection agencies, attorneys with attorney / client relationships, debt collection attorneys and [Equity Title and Escrow co.] and all successors in trust, assigns, assignees and attorneys with attorney / client relationships exist.

2. By the CEDRIC MUHAMMAD denying that a Bono – Fide signature on an alleged contract = [Note/retail Installment sale contract and Mortgage/Deed of Trust] with [New Century Mortgage Corporation] and all assigns, assignees, successor loan servicers, successors of interest, collection agencies, attorneys with attorney / client relationships, debt collection attorneys and [Equity Title and Escrow Co.] and all successors in trust, assigns, assignees, and attorneys with attorney / client relationships exist.

3. By the CEDRIC MUHAMMAD denying that proof of an alleged contract = [Note/retail Installment sale contract and Mortgage/Deed of Trust] exist that is True, correct, and complete under the penalty of perjury with [New Century Mortgage Corporation] and all assigns, assignees, successor loan servicers, successors of interest, collection agencies, attorneys with attorney / client relationships, debt collection attorneys and [Equity Title and Escrow Co.] and all successors in trust, assigns, assignees, and attorneys with attorney / client relationships.



*Exhibit: 3 & E*

# Tom Leatherwood
### Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

  I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-6 of Instrument Number 08051351, recorded in this office as a UCC FINANCING

STATEMENT from NEW CENTURY MORTGAGE CORP. to CEDRIC B. MUHAMMAD.

  Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

Deputy Register

*Exhibit: E*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

In care of: Cedric Brown Muhammad
1586 Hope Street
Memphis, Tennessee. near[38111]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NEW CENTURY MORTGAGE CORPORATION | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 18400 VON KARMON STE 1000 | IRVINE | CA / 92612 | US |
| 1d. TAX ID #: SSN OR EIN / ADD'L INFO RE ORGANIZATION DEBTOR / 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
| | CALIFORNIA | C1945192 | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |
| 2d. TAX ID #: SSN OR EIN / ADD'L INFO RE ORGANIZATION DEBTOR / 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
| | | | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Muhammad | Cedric | Brown | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| In care of: 1586 Hope Street | Memphis | Tn / near[38111] | uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

All debtor's assets, lands, and personal property, and of debtor's interest in said assets, land personal property, now owned and hereafter arising, and wherever located, described fully in Security Agreement no. CBM-051408-SA dated the Fourteenth Day of the Fifth Month in the Material Existence of our Divine Supreme Being Two Thousand Eight, in favor of assignee, new Secured Party of record, Cedric Brown Muhammad. Inquiring parties may consult with debtor directly for ascertaining in detail, financial relationship between debtor and new Secured Party of record, identified in Security Agreement reference above. Adjustment of this filing is in accord with UCC

"Maximum principal indebtedness for Tennessee recording tax purpose is $0_____"

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

*Exhibit: E*

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 9a. ORGANIZATION'S NAME |
|OR| NEW CENTURY MORTGAGE CORPORATION |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME |
|OR| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|
| | | | | | |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| | 12a. ORGANIZATION'S NAME |
|OR| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

Lot 32, third addition to Prescott Village Subdivision, as on plat of record in plat book 16, page 61 = Instrument - Number = 04057641

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☑ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

*Exhibit E*

By the affirming before-me on the 17th day of April, 2008, in the Shelby-County in the Tennessee-State-Republic.

*Barika Q. Houston*

Notary-Public

My Commission Expires on __11-09-2011__



Shelby-County )
     ) A.S.:
Tennessee-State )

## Affidavit-Of-Specific-Negative-Averment

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statements-Of-Specific-Truths

1. One, [Cedric Muhammad], deny that [Shapiro and Kirsh, LLP] exist.
2. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any legal-disabilities with [Shapiro and Kirsh, LLP].
3. One, [Cedric Muhammad], deny that [Shapiro and Kirsh, LLP] has the right to represent a third party exist.
4. One, [Cedric Muhammad], deny that [Shapiro and Kirsh, LLP] has any assigns, assignees, attorneys with attorney / client relationships that have the right to represent a third party exist.
5. One, [Cedric Muhammad], deny that [Shapiro and Kirsh, LLP] has any assigns, assignees, attorney with attorney / client relationships exist.
6. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any legal-disabilities with any assigns, assignees, attorneys with attorney / client relationships of [Shapiro and Kirsh, LLP] exist.
7. One, [Cedric Muhammad], deny that [Attorneys At Law] exist.
8. One, [Cedric Muhammad], deny that the [American Bar Association] exist.
9. One, [Cedric Muhammad], deny that [Shapiro and Kirsh, LLP] have a license to practice Law exist.
10. One, [Cedric Muhammad], deny that the [State of Tennessee] exist.
11. One, [Cedric Muhammad], deny that the [State of Illinois] exist.
12. One, [Cedric Muhammad], deny that the [State of Florida] exist.
13. One, [Cedric Muhammad], deny that the [State of Arkansas] exist.
14. One, [Cedric Muhammad], deny that [Gerald M. Shapiro] exist.
15. One, [Cedric Muhammad], deny that [Joe M. Kirsh] exist.
16. One, [Cedric Muhammad], deny that [Sharon N. Ferrell] exist.
17. One, [Cedric Muhammad], deny that [D. Denise Griffin] exist.

Exhibit C

18. One, [Cedric Muhammad], deny that [Ashley M. Jones] exist.

19. One, [Cedric Muhammad], deny that [Renee G. Kammer] exist.

20. One, [Cedric Muhammad], deny that [Bonnie B. Culp] exist.

21. One, [Cedric Muhammad], deny that [Robert Schneider] exist.

22. One, [Cedric Muhammad], deny that [R. Todd Mosley] exist.

23. One, [Cedric Muhammad], deny that [Jeremy Lipford] exist.

24. One, [Cedric Muhammad], deny that the [City of Memphis] exist.

25. One, [Cedric Muhammad], deny that the [Shelby County Sheriff Department] exist.

26. One, [Cedric Muhammad], deny that [Debt Collectors] exist.

27. One, [Cedric Muhammad], deny that the [Fair Debt Collection Practice Act] exist.

28. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] represent [Cedric Muhammad].

29. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the ability to communicate.

30. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the capacity to represent a third party.

31. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the ability to sue or be sued on behalf of a third party.

32. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the ability to provide services on behalf of a third party.

33. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have a Affidavit of Compliant from a third party that is True, correct, and complete under the penalty-Of-perjury.

34. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the ability to act in good faith.

35. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] are solvent.

36. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] alleged third party is solvent.

37. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the right to be heard.

38. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] alleged third party have the right to be heard.

39. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the right to speak.

40. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] alleged third party have the right to speak.

41. One, [Cedric Muhammad], deny that [Shapiro and Kirsch, LLP] have the ability to contract with a third party.

42. One, [Cedric Muhammad], deny that [Cedric Muhammad] received any services from any third party.

43. One, [Cedric Muhammad], deny that any Person, Corporation, Proxy, Individual, Unincorporation, assigns, assignees, attorneys, attorneys with attorney / client relationships represent [Cedric Muhammad].

44. One, [Cedric Muhammad], deny that [Cedric Muhammad] received services from any Person, Corporation, Proxy, Individual, Unincorporation, assigns, assignees, attorneys, attorneys with attorney / client relationships.

*Exhibit-C*

45. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any contract(s) with any Person, Corporation, Proxy, Individual, Unincorporation, assigns, assignees, attorneys, or attorneys with attorney / client relationships.

## Lawful – Demand

By the lawful – demand from the One for the rebuttal/written-response-to-all 45 paragraphs herein the Affidavit-Of-Specific-Negative-Averment by the party/agents/assigns/et.al that purport/allege/proclaim-to have a claim against the One that is sworn/affirmed, subscribed, and verified under penalty-of-perjury affixed therein the rebuttal/written-response within ten (10)-calendar-days of the receiving of the presents herein by the party/agents/et.al that purport/allege/proclaim-to have a claim against the One with the service upon the principal = service upon the agent and service upon the agent = service upon the principal applying-to the presents-herein.

## Caveat

Non-rebuttal of/or-written: response-to the Affidavit-Of-Specific-Negative-Averment of the stating-herein by any and all party/parties purporting/alleging/proclaiming-to-have a claim against the One that is sworn/affirmed, subscribed, and verified under penalty-of-perjury affixed therein the rebuttal/written-response within(10)-calendar-days is acting in bad-faith and knowingly, voluntarily, willingly, and intentionally acknowledges/admits confesses participating in a corrupt-enterprise-to-defraud the One.

*Exhibit: C*

## Verification

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of perjury.

For the knowing of the all of the men and women of the Cedric-Muhammad duly attesting and verifying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

_____
Affiant/Fuduciary

By the affirming before-me on the 5th of May, 2008 in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public

MY COMMISSION EXPIRES 01/12/2010
My Commission Expires on _____



VERONICA FAIR-MILLER
STATE OF TENNESSEE NOTARY
COUNTY OF SHELBY

*Exhibit C*

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X D. Graham  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
D. Graham    5/9/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Shapiro and Kirsch
6055 Primacy Parkway
Suite 410
Memphis, TN 38119

3. Service Type
   ☐ Certified Mail  ☒ Express Mail
   ☒ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C Walker  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
C Walker    5/6/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Shapiro and Kirsch
6055 Primacy Parkway
Suite 410
Memphis, TN 38119

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☒ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    RB583 768 375 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Exhibit: C*

Document-Number/Claim-Number CM1012

| | |
|---|---|
| Shelby-County | ) |
| | ) A.S.: |
| Tennessee-State | ) |

## Affidavit-Of-Service and Acknowledgement

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statement-Of-The Unrebutted-Truths

1. By the serving of the [Shapiro and Kirsch, LLP] with the Affidavit-Of-Specific-Negative-Averment by the Cedric-Muhammad through the United-States-Postal-Service: Registered-Mail: Return-Receipt-Number: RB 583 768 375 US with the signee acting as the receiving agent = C. Walker with the service upon the agent =service upon the principal applying therein (See-Exhibit: A).

2. By the [Shapiro and Kirsch, LLP] acknowledging of the receiving and having notice as well as knowledge of the presents of the stating of the Affidavit of the stating-herein as of the date = [May 6, 2008] (See-Exhibit: A).

## Caveat

An un-rebutted Affidavit stands as truth and the non-rebuttal of the Affidavit of stating-herein = acknowledgement of the all of the presents of the stating-herein as the evidentiary- facts.




*Exhibit C*

# Tom Leatherwood
### Shelby County Register

As evidenced by the instrument number shown below, this document

has been recorded as a permanent record in the archives of the

Office of the Shelby County Register.



08061812
05/06/2008 - 11:20 AM
2 PGS : R - MISCELLANEOUS
DELORES   570725-8061812

| | |
|---|---|
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 5.00 |
| TOTAL AMOUNT | 17.00 |

**TOM LEATHERWOOD**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov



*Exhibit C*

# *Tom Leatherwood*
### Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

    I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-3 of Instrument Number 08061812, recorded in this office as a AFFIDAVIT-OF-

SERVICE AND ACKNOWLEDGEMENT from CEDRIC-MUHAMMAD to CEDRIC-MUHAMMAD.

    Witness the Official Signature and Seal this 27th day of August 2008.


Tom Leatherwood, Register

_____

Deputy Register

*Exhibit: D*

Document-Number/Claim-Number CM1013

Shelby-County      )
                   ) A.S.:
Tennessee-State    )

## Affidavit-Of-Service and Acknowledgement

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statement-Of-The Unrebutted-Facts

1. By the serving of the [Shapiro and Kirsch, LLP] with the Affidavit-Of-Truth by the Cedric-Muhammad through the United-States-Postal-Service: Registered-Mail: Return-Receipt-Number: RB 583 768 392 US with the signee acting as the receiving agent = Diane Graham with the service upon the agent =service upon the principal applying therein (See-Exhibit: A).

2. By the [Shapiro and Kirsch, LLP] acknowledging of the receiving and having notice as well as knowledge of the presents of the stating of the Affidavit of the stating-herein as of the date = [May 12, 2008] (See-Exhibit: A).

## Caveat

An un-rebutted Affidavit stands as truth and the non-rebuttal of the Affidavit of stating-herein = acknowledgement of the all of the presents of the stating-herein as the evidentiary- facts.

*Exhibit: D*

## Verification

For the knowing of the all of the men and women of the Cedric-Muhammad duly affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under penalty-of perjury.

For the knowing of the all of the men and women of the Cedric-Muhammad duly attesting and verifying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

_____
Affiant- Fiduciary

By the affirming before-me on the _May 15, 2008_ in the Shelby-County in the Tennessee-State-Republic.

_____
Notary-Public



My Commission Expires on: _11-09-2011_

*Exhibit: D*



# Tom Leatherwood
## Shelby County Register

As evidenced by the instrument number shown below, this document

has been recorded as a permanent record in the archives of the

Office of the Shelby County Register.



08064854
05/15/2008 - 11:35 AM
2 PGS : E - MISCELLANEOUS
DELORES   572185-8064854
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 5.00 |
| TOTAL AMOUNT | 17.00 |

TOM LEATHERWOOD
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE



# *Tom Leatherwood*
## Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

    I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-3 of Instrument Number 08064854, recorded in this office as a AFFIDAVIT-OF-

SERVICE AND ACKNOWLEDGEMENT from CEDRIC-MUHAMMAD to CEDRIC-MUHAMMAD.

    Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

_____

Deputy Register

*Exhibit D*

Document-Number/Claim-Number CM1014

Shelby-County   )
              ) A.S.:
Tennessee-State  )

## Affidavit-Of-Truth

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## Statements-Of-Specific-Facts

1 One, [Cedric Muhammad], deny that [1586 Hope St. Memphis, Tennessee, 38111] is under foreclosure.
2. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any contract(s) with [Shapiro and Kirsch, LLP].
3. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any contract(s) with any third party.
4. One, [Cedric Muhammad], deny that [Cedric Muhammad] has any contract(s) with any assigns, assignees, attorneys, attorneys with attorney / client relationships of [Shapiro and Kirsch, LLP].

## Lawful – Demand

By the lawful-demand from the One for the rebuttal / written-response-to-all 4 paragraphs herein the Affidavit-Of –Truth by the party/agents/assigns/et. al that purport/allege/ proclaim-to have a claim against the One that is sworn/affirmed, subscribed, and verified under penalty-of-perjury affixed therein the rebuttal / written-response of the receiving of the presents by the party/agents/et. al that purport/allege/proclaim-to have a claim against the One in the same like manner that is True, correct, and complete under penalty-of-perjury with the service upon the principal = service upon the agent and service upon the agent = service upon the principal applying-to the presents-herein.



*Exhibit: D*

# *Tom Leatherwood*
### Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.



08062278
05/09/2008 - 09:37 AM
2 PGS : R - MISCELLANEOUS
MARYF  579934-8062278

| | |
|---|---|
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 5.00 |
| TOTAL AMOUNT | 17.00 |

**TOM LEATHERWOOD**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov



*Exhibit: D*

# *Tom Leatherwood*
### Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY

    I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-3 of Instrument Number 08062278, recorded in this office as a AFFIDAVIT-OF-

TRUTH from CEDRIC-MUHAMMAD to CEDRIC-MUHAMMAD.

    Witness the Official Signature and Seal this 27th day of August 2008.

Tom Leatherwood, Register

Deputy Register

*Exhibit D*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shapiro and Kirsch, LLP
6055 Primacy Parkway
Suite 410
Memphis, TN 38119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Diane Graham*    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*Diane Graham*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RB 5837 68 392 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shapiro and Kirsch
6055 Primacy Parkway
Suite 410
Memphis, TN 38119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *D. Graham*    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
*D. Graham*    5/16/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RB 5837 68 401 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154