IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*,[1] | : | Case No. 07-10416 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---

Objection Deadline: October 15, 2008 at 4:00 p.m.
Hearing Date: December 23, 2008 at 1:30 p.m.

## NOTICE OF FINAL APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW CENTURY TRS HOLDINGS, INC. *ET AL*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*TO PARTIES REQUIRED TO RECEIVE NOTICE UNDER DEL.BANKR. LR 2002-1(b):*

On September 15, 2008, the Final Application of FTI Consulting, Inc. (*"FTI"*) for Compensation and Reimbursement of Expenses (the *"Final Application"*) covering the period from April 9, 2007 through August 1, 2008 (the *"Final Period"*) was filed with the Court. By the Final Application, FTI seeks final approval of all FTI's fees and costs incurred in the Final Period ($3,628,778.60), which includes: (a) fees in the amount of $3,483,051.00 incurred during the Final Period; and (b) expenses in the amount of $145,727.69 incurred during the Final Period.

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Any responses or objections to the Final Application must be filed with the Office of the Clerk of the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 15, 2008 at 4:00 p.m. (EST)**. Copies of the Final Application are available upon written request to the undersigned.

A hearing on the Final Application will be held on **December 23, 2008 at 1:30 p.m.** before the Honorable Kevin J. Carey, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Dated: September 15, 2008    **BLANK ROME LLP**

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

- and -

HAHN & HESSEN LLP
Mark T. Power
Mark S. Indelicato
Janine Cerbone
Huria S. Naviwala
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone:    (212) 569-7200
Facsimile:    (212) 478-7400

Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al., | : Case No. 07-10416 (KJC) |
| | : Jointly Administered |
| Debtors. | |

## FINAL APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 9, 2007 THROUGH AUGUST 1, 2008

Name of Applicant: FTI Consulting, Inc.

Authorized to Provide
Professional Services to: The Official Committee of Unsecured Creditors

Date of Retention: April 9, 2007

Period for which compensation
and reimbursement is sought: April 9, 2007 through August 1, 2008

Amount of Compensation sought as
actual, reasonable and necessary: $3,483,051.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $145,727.69[1]

This is (a)n: __ interim   X final application

---

[1] Includes $495.20 which relate to $151.40 in meal expenses and $343.80 in lodging expenses that were previously voluntarily reduced in FTI's January, March and April 2008 monthly fee applications. This was pursuant to the fee auditor's initial recommended expense caps. FTI is now requesting these amounts back due to the fact that the fee auditor has revised the expense caps for meals and lodging, and as a result, these previous expenses fall under the newly proposed caps.

Summary of Fee Applications by Compensation Period:

| | | Requested | | Approved | | Balance |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses | Due |
| June 1, 2007 | April 9, 2007 through April 30, 2007 | $127,765 | $8,022.40 | $127,765 | $8,022.40 | $516 [1] |
| June 26, 2007 | May 1, 2007 through May 31, 2007 | $228,776 | $21,047.69 | $228,776 | $21,047.69 | $2,155 [1] |
| July 23, 2007 | June 1, 2007 through June 30, 2007 | $249,531 | $8,398.68 | $249,531 | $8,398.68 | $930 [1] |
| August 20, 2007 | July 1, 2007 through July 31, 2007 | $181,941 | $2,930.79 | $181,941 | $2,930.79 | $0 |
| September 20, 2007 | August 1, 2007 through August 31, 2007 | $212,493 | $9,356.13 | $171,995 | $9,356.13 | $40,498 |
| October 22, 2007 | September 1, 2007 through September 30, 2007 | $805,710 [2] | $2,380.23 | $642,568 | $2,380.23 | $163,142 |
| December 3, 2007 | October 1, 2007 through October 31, 2007 | $208,168 | $533.48 | $166,534 | $533.48 | $41,634 |
| December 17, 2007 | November 1, 2007 through November 30, 2007 | $297,214 | $10,800.79 | $237,771 | $10,800.79 | $59,443 |
| January 21, 2008 | December 1, 2007 through December 31, 2007 | $173,751 | $4,675.35 | $139,001 | $4,675.35 | $34,750 |

---

[1] Relates to unreimbursed lodging expenses that were initially over the fee auditor's recommended nightly per person cap and were consequently held back during the first interim period. FTI is now requesting these amounts back due to the fact that these expenses now fall under the fee auditor's newly proposed nightly hotel cap rates.
[2] Includes $650,000 Completion Fee.

|  |  | Requested | | Approved | | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses | Due |
| February 28, 2008 | January 1, 2008 through January 31, 2008 | $155,792 [1] | $7,938.73 [1] | $124,634 | $7,938.73 | $31,158 |
| April 1, 2008 | February 1, 2008 through February 29, 2008 | $183,126 | $11,469.27 | $146,501 | $11,469.27 | $36,625 |
| April 24, 2008 | March 1, 2008 through March 31, 2008 | $211,199 | $1,372.92 [1] | $168,959 | $1,372.92 | $42,240 |
| May 20, 2008 | April 1, 2008 through April 30, 2008 | $124,096 | $23,955.03 [2] | $99,276 | $23,955.03 | $24,819 |
| July 1, 2008 | May 1, 2008 through May 31, 2008 | $113,798 | $17,068.24 | $91,038 | $17,068.24 | $130,866 |
| July 16, 2008 | June 1, 2008 through June 30, 2008 | $101,150 [3] | $0 | $80,920 | $0 | $101,150 |
| August 20, 2008 | July 1, 2008 through August 1, 2008 | $108,546 | $15,282.76 | N/A [4] | N/A [4] | $123,829 |
| Previously reduced expenses per FTI's previous fee applications | | | $495.20 | | $495.20 | $495.20 |
| Total | | $3,483,051 | $145,727.69 | $2,857,206 | $129,949 | $834,249 |

Summary of Any Objections to Fee Applications: No objections have been filed to FTI Consulting, Inc.'s monthly fee applications.

---

[1] Net of reductions initially agreed upon pursuant to the fee auditor's Final Report Regarding Interim Fee Application of FTI Consulting, Inc. FTI is now requesting $151.40 of these expense reduction amounts back due to the fact that these expenses now fall under the fee auditor's newly proposed meal cap rates.

[2] Net of a previous voluntary reduction of $343.80, relating to a lodging expense, agreed upon pursuant to the fee auditor's Final Report Regarding Interim Fee Application of FTI Consulting, Inc. For the First Interim Period. FTI is now requesting this amount back due to the fact that this expense now falls under the fee auditor's newly proposed nightly hotel cap rate.

[3] Net of reductions agreed upon pursuant to the fee auditor's Final Report Regarding Interim Fee Application of FTI Consulting, Inc. For the Second Interim Period

[4] The Certificate of No Objection has not yet been filed for the July fee application.

## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD APRIL 9, 2007 THOUGH AUGUST 1, 2008

**Fixed Scope Projects**

| Professional | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Brunner, Robert | Senior Managing Director | 1.0 | | |
| Dragelin, Timothy | Senior Managing Director | 449.8 | | |
| Greenspan, Ronald | Senior Managing Director | 183.9 | | |
| Joffe, Steven | Senior Managing Director | 51.0 | | |
| Nolan, William | Senior Managing Director | 6.7 | | |
| Sloane, Raymond | Senior Managing Director | 1.6 | | |
| Star, Samuel | Senior Managing Director | 780.2 | | |
| Bilbrey, Ryan | Managing Director | 1.8 | | |
| Tully, Conor | Managing Director | 3.5 | | |
| Alexander, Margaret | Director | 11.1 | | |
| Collura, Richard | Director | 8.5 | | |
| Day, Jeanette | Director | 6.7 | | |
| Ellis, Melissa | Director | 1,109.9 | | |
| Goad, Charles | Director | 45.7 | | |
| Gosik, Jaime | Director | 10.1 | | |
| Greenberg, Mark | Director | 53.8 | | |
| Hofstad, Ivo | Director | 2.0 | | |
| Li, Danny | Director | 45.0 | | |
| McGrath, Tamara | Director | 2.6 | | |
| Spieler, Marc | Director | 2.2 | | |
| Wei, Michael | Director | 12.5 | | |
| Amico, Marc | Senior Consultant | 837.7 | | |
| Avedissian, Armen | Senior Consultant | 17.7 | | |
| Beyrouty, Joseph | Senior Consultant | 4.0 | | |
| Christu, Brian | Senior Consultant | 0.5 | | |
| Connor, Jennifer | Senior Consultant | 0.8 | | |
| Park, Ji Yon | Senior Consultant | 263.5 | | |
| Parker, Kristin | Senior Consultant | 87.6 | | |
| Rosen, Adam | Senior Consultant | 49.6 | | |
| Share, Paul | Senior Consultant | 5.6 | | |
| Wolf, James | Senior Consultant | 40.4 | | |
| Bennett, Jessica | Consultant | 6.5 | | |
| McDonald, Brian | Consultant | 1.1 | | |
| Nitz, Scott | Consultant | 2.5 | | |
| Palmer, Daniel | Consultant | 49.1 | | |
| Spano, Matthew | Consultant | 16.9 | | |
| Eisenband, Steven | Other Professional Staff | 1.1 | | |
| Gabriana, Katherine | Other Professional Staff | 0.9 | | |
| Green, Brian | Other Professional Staff | 35.7 | | |
| Pearson, Linda | Administrative | 27.7 | | |
| **Sub-Total** | | **4,238.5** | **N/A** | **$ 1,728,226** |

## Hourly Scope Projects

| Professional | Position | Hours | Rate | Fees |
|---|---|---:|---:|---:|
| Brunner, Robert | Senior Managing Director | 5.0 | $ 650 | $ 3,250 |
| Buchanan, Michael | Senior Managing Director | 30.2 | 540 | 16,308 |
| Dragelin, Timothy | Senior Managing Director | 95.1 | 615 | 58,504 |
| Greenspan, Ronald | Senior Managing Director | 1.1 | 675 | 743 |
| Joffe, Steven | Senior Managing Director | 10.0 | 675 | 6,750 |
| Sloane, Raymond | Senior Managing Director | 191.2 | 600 | 116,103 |
| Star, Samuel | Senior Managing Director | 11.2 | 630 | 7,056 |
| Ventricelli, Daniel | Senior Managing Director | 145.0 | 550 | 79,750 |
| Gosalia, Veeral | Managing Director | 1.3 | 495 | 644 |
| Meyer, Joshua | Managing Director | 14.7 | 250 | 3,945 |
| Shapss-Herringer, Wendy | Managing Director | 60.9 | 550 | 33,495 |
| Briggi, Lawrence | Director | 15.5 | 375 | 6,093 |
| Collura, Richard | Director | 284.8 | 450 | 129,968 |
| Day, Jeanette | Director | 20.1 | 510 | 10,541 |
| Ellis, Melissa | Director | 8.0 | 510 | 4,200 |
| Friedler, Andrew | Director | 524.8 | 475 | 249,280 |
| Gosik, Jaime | Director | 266.3 | 435 | 115,841 |
| Harper, David | Director | 6.6 | 400 | 2,640 |
| Miklos, Brian | Director | 1.1 | 300 | 330 |
| Robinson, Sonja | Director | 0.2 | 378 | 76 |
| Roemer, Elise | Director | 2.3 | 325 | 748 |
| Ruiz, Margaret | Director | 1.8 | 300 | 540 |
| Spieler, Marc | Director | 39.1 | 430 | 17,905 |
| Almazon, Jonel | Senior Consultant | 1.4 | 300 | 420 |
| Bryant, Kristin | Senior Consultant | 90.9 | 365 | 33,179 |
| Connor, Jennifer | Senior Consultant | 65.9 | 250 | 17,593 |
| de la Incera, Carlos | Senior Consultant | 81.9 | 300 | 24,570 |
| Dharssi, Adil | Senior Consultant | 15.9 | 380 | 6,042 |
| Gonzalez, Ashley | Senior Consultant | 1.5 | 315 | 473 |
| Pelavin, David | Senior Consultant | 187.4 | 295 | 55,283 |
| Rajpara, Vishalkumar | Senior Consultant | 154.7 | 280 | 43,316 |
| Rogers, Brendan | Senior Consultant | 21.8 | 350 | 7,630 |
| Romney, Aaron | Senior Consultant | 11.8 | 250 | 2,950 |
| Rondeau, Juliejon | Senior Consultant | 18.3 | 250 | 4,753 |
| Tsang, Ching Man | Senior Consultant | 1.9 | 305 | 580 |
| Wilbur, Alan | Senior Consultant | 106.1 | 250 | 28,850 |
| Withrow, Mary | Senior Consultant | 15.6 | 150 | 2,340 |
| Witinok, Daniel | Senior Consultant | 3.9 | 275 | 1,073 |
| Agyemang, Abay | Consultant | 12.8 | 250 | 3,448 |
| Cross, Jacob | Consultant | 1.7 | 255 | 434 |
| Cruz, Elizaveta | Consultant | 1.7 | 250 | 425 |
| Gadley, Shannon | Consultant | 0.9 | 185 | 167 |
| Lam, Justin | Consultant | 4.5 | 225 | 1,013 |
| Markowitz, Lucas | Consultant | 15.6 | 245 | 3,822 |
| Myles, Krysten | Consultant | 5.1 | 150 | 765 |
| Rashid, Muhammad | Consultant | 2.0 | 185 | 370 |
| Spano, Matthew | Consultant | 3.0 | 250 | 750 |
| Tran, Cassandra | Consultant | 1.4 | 185 | 259 |
| Cohen, Justin | Other Professional Staff | 0.8 | 275 | 220 |
| Abraham, Bao | Project Assistant | 3.2 | 175 | 560 |
| Guevara, Lloidy | Project Assistant | 1.6 | 175 | 280 |
| Levenberg, Hal | Project Assistant | 34.9 | 125 | 4,438 |
| Rodriguez, Yolanda | Project Assistant | 19.0 | 175 | 3,325 |
| Smallman, Philip | Project Assistant | 6.3 | 160 | 1,008 |
| Cruz, David | Administrative | 3.0 | 65 | 195 |
| **Sub-Total** | | **2,632.8** | | **$ 1,115,233** |
| **Sub-Total - Fixed & Hourly Scopes** | | **6,871.3** | | **$ 2,843,458** |
| Plus Completion Fee | | | | 650,000 |
| Less Travel Time @ 50% | | | | (9,817) |
| Less amounts agreed for reduction per FTI's response to the fee auditor's report | | | | (591) |
| **Grand Total** | | **6,871.3** | | **$ 3,483,051** |

SUMMARY OF HOURS BY PROJECT CODE
FOR THE PERIOD APRIL 9, 2007 THOUGH AUGUST 1, 2008

Fixed Scope Projects

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 1 | Planning, Supervision and Review | 148.8 |
| 2 | Preparation and Review of Info. Requests and Related Matters | 33.6 |
| 3 | Review Newly Received Documents | 73.5 |
| 5 | Liquidation Analysis and Related Matters | 47.9 |
| 6 | Analysis re: Potential Avoidance Actions | 11.3 |
| 7 | Analysis of Long-Term Business Plan and Related Matters | 70.8 |
| 8 | Analysis of Current Operating Results and Related Matters | 5.6 |
| 10 | Review of Warehouse Lender Issues | 112.8 |
| 11 | Analysis of Bankruptcy Schedules | 129.5 |
| 12 | Analysis of Tax Issues | 81.7 |
| 14 | Preparation for and Attendance at Court Hearings | 158.8 |
| 17 | Analyze Intercompany Claims | 53.1 |
| 18 | Analyze Liabilities Subject to Compromise | 133.8 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 134.3 |
| 20 | Prep/Particp in Creditor Committee Mtgs & Conf Calls | 466.9 |
| 21 | Meetings with Other Parties | 36.7 |
| 22 | Analyze Employee Severance, Pension, Retention and Bonus Programs | 223.4 |
| 23 | Analyze Employment Contract Matters | 2.0 |
| 24 | Analyze Real Property Leases | 8.3 |
| 25 | Analyze Equipment Leases | 1.6 |
| 26 | Analyze DIP Facility Matters | 62.4 |
| 27 | Analyze Other Financing Matters | 10.7 |
| 28 | Analyze Exit Financing Matters | 0.1 |
| 29 | Other Litigation Matters | 13.9 |
| 30 | Participate in Negotiation and Formulation | 642.0 |
| 31 | Review of Strategic Alternatives | 5.5 |
| 32 | Review of Disclosure Statement | 54.6 |
| 33 | Analyze Asset Sales Proposals | 639.1 |
| 34 | Preparation of Miscellaneous Financial Analysis | 81.2 |
| 35 | Preparation of Financial Models | 40.4 |
| 36 | Analysis & Preparation of Short-term Cash Flow Projections | 256.2 |
| 37 | Firm Retention | 87.1 |
| 38 | Preparation of Fee App | 39.6 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 216.2 |
| 40 | Travel Time | 90.5 |
| 43 | Liquidating Trustee Transition | 64.6 |
| **Sub-Total** | | **4,238.5** |

Hourly Scope Projects

| PROJECT CODE | DESCRIPTION | HOURS |
|---|---|---|
| 6 | Analysis re: Potential Avoidance Actions | 1,803.1 |
| 10 | Review of Warehouse Lender Issues | 195.9 |
| 19 | Prep/Particp in Mtgs & Conf Calls with Debtor and Advisors | 3.8 |
| 39 | Preparation of Monthly Invoice and Support Schedules | 0.6 |
| 40 | Travel Time | 33.0 |
| 41 | Document Management Services | 537.9 |
| 42 | Wage Litigation | 58.5 |
| **Sub-Total** | | **2,632.8** |

| **Grand Total** | | **6,871.3** |

## SUMMARY OF EXPENSES
## FOR THE PERIOD APRIL 9, 2007 THROUGH AUGUST 1, 2008

| Expense Type | | Amount |
|---|---|---|
| Airfare/Train | $ | 28,082.00 |
| Auto/Park/Toll | | 137.07 |
| Computer Hardware | | 372.80 |
| Electronic Subscriptions | | 86,120.72 |
| Hotel & Lodging | | 19,232.60 |
| Internet Provider Charges | | 74.79 |
| Meals | | 4,235.79 |
| Mileage/Parking/Tolls | | 1,937.67 |
| Miscellaneous Expenses | | 365.05 |
| Postage | | 289.43 |
| Taxi/Subway | | 4,931.40 |
| Telephone | | 51.70 |
| Total: | $ | 145,831.02 |
| Less amounts voluntarily agreed for reduction per the fee auditor's initial recommended expense caps | | (598.53) |
| Total Expenses Initially Requested: | $ | 145,232.49 |
| Plus amounts requested back from voluntary reductions; these expense amounts now fall under the fee auditor's newly proposed expense caps | | 495.20 |
| Total Expenses Currently Requested: | $ | 145,727.69 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-10416 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

## FINAL APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 9, 2007 THROUGH AUGUST 1, 2008

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, FTI Consulting, Inc. ("FTI") or (the "Applicant") submits this final application (the "Final Application") for the Court's approval and allowance of its compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") for the period April 9, 2007 through August 1, 2008 (the "Final Application Period"), and in support thereof respectfully represents:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC,

1. FTI seeks final allowance of compensation in the total amount of $3,628,778.69 for services provided to the Committee during the Final Application Period consisting of (i) fees in the amount of $3,483,051, and (ii) out-of-pocket expenses in the amount of $145,727.69.

## BACKGROUND

2. On April 2, 2007 (the "Petition Date"), the Debtors sought Chapter 11 relief in this Court. Since that time, the Debtors have continued in the operation of their businesses and management of their properties as debtors in possession.

3. Thereafter, at an organizational meeting held on April 9, 2007, the U.S. Trustee formed the Committee to act as a fiduciary for the creditor body pursuant to Section 1102 of the Bankruptcy Code, selecting from approximately twenty-five candidates willing to serve in that capacity. The Committee consists of seven members: Fidelity National Information Services, Inc., Wells Fargo Bank, N.A. as Indenture Trustee, Credit-Based Asset Servicing and Securitization LLC, Residential Funding Company, LLC, Credit Suisse First Boston Mortgage Capital LLC, Deutsche Bank National Trust Co. and Maguire Properties – Park Place, LLC.

4. The Committee then selected the law firms of Hahn and Hessen LLP and Blank Rome LLP as its counsel and FTI Consulting, Inc. as its financial advisor.

5. On May 4, 2007, the Committee filed its application with this Court seeking to employ and retain FTI to perform financial advisory services for the Committee in this case, nunc pro tunc to April 9, 2007 (the "FTI Retention Application"). On May 30, 2007, the order was signed authorizing the FTI Retention Application [Docket No. 551].

6. On July 15, 2008, the Court entered the Order Confirming the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured

---

a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership and New Century Warehouse Corporation, a California Corporation.

Creditors Dated as of April 23, 2008 (the "Confirmation Order"). The Order Amending the Confirmation Order was entered on July 22, 2008.

7. On August 1, 2008 (the "Effective Date"), the Plan became effective. Pursuant to the terms of the Plan, on the Effective Date the New Century Liquidating Trust Agreement (the "Trust Agreement") was executed, thereby creating the Trust and appointing Alan M. Jacobs as Liquidating Trustee of New Century Liquidating Trust and Plan Administrator of New Century Warehouse Corporation (the "Trustee"). FTI has subsequently been retained to provide financial advisory services to the Trustee.

## APPLICANT'S PRIOR COMPENSATION

8. Applicant has been paid interim compensation and reimbursed for partial expenses through April 30, 2008 in the aggregate amounts of $2,685,249 and $109,281, respectively. This results in the respective net balances (as of the date of this application) of $797,802 due for compensation from August 1, 2007 through August 1, 2008, $32,351 due for expenses incurred from August 1, 2007 through August 1, 2008, $495 for previous voluntary expense reductions that FTI is now requesting back due to the fee auditor's revised expense caps and $3,600 for the remaining unreimbursed lodging expenses through July 31, 2007 that are no longer over the fee auditor's revised recommended nightly per person caps.

9. Applicant was granted a first allowance of interim compensation for services rendered during the period April 9, 2007 through July 31, 2007 in the amount of $788,012 and reimbursement of related expenses in the amount of $36,799 (the "First Interim Fee Application"). As of the date of this Final Fee Application, FTI has been paid 100% of its fees and but has only been paid $36,799 out of its total requested expenses of $40,400 in the First Interim Fee Application.

- 8 -

10. On or about January 10, 2008, FTI filed a Second Interim Fee Application for allowance of interim compensation in the amount of $1,523,584 and reimbursement of expenses of $23,071 for the period of August 1, 2007 through November 30, 2007. As of the date of this Final Fee Application, the hearing for the Second Interim Fee Application has not yet occurred. As of the filing of this Final Fee Application, FTI has been paid eighty percent (80%) of its fees and 100% of its expenses as requested in the Second Interim Fee Application.

11. On or about May 14, 2008, FTI filed a Third Interim Fee Application for allowance of interim compensation in the amount of $723,868 and reimbursement of expenses of $25,456 for the period of December 1, 2007 through March 31, 2008. As of the date of this Final Fee Application, the hearing for the Third Interim Fee Application has not yet occurred. As of the filing of this Final Fee Application, FTI has been paid eighty percent (80%) of its fees and 100% of its expenses as requested in the Third Interim Fee Application.

12. FTI has rendered services during the period of April 1, 2008 through August 1, 2008 for which its fees amount to $447,589 and its related out-of-pocket expenses amount to $56,306. These amounts have not been the subject of a prior interim fee application and allowance and reimbursement thereof is sought by within the Final Fee Application.[1] The Applicant's April, May, June and July 2008 monthly fee applications are referred to herein by docket numbers 7812, 8256, 8681 and 8904, respectively. As of the filing of this Final Fee Application, FTI has been paid eighty percent (80%) of its fees and 100% of its expenses as requested for the month of April, but has not been paid any of its fees and/or expenses for the period from May 1, 2008 through August 1, 2008.

13. Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with this Chapter 11 case and such records are maintained in the ordinary course of its business. These records provide a

---

[1] As of the filing of this Final Fee Application, FTI had filed and served the requisite monthly fee applications for

detailed description of the services rendered and expenses incurred during the Final Application Period and these records were provided with each of the monthly applications previously filed with this Court.

## SUMMARY OF FINAL COMPENSATION AND EXPENSES

14. As of August 1, 2008, FTI has expended a total of 6,871.3 hours in representation of the Committee, and believes the total amount of $3,483,051 to be fair and reasonable value for the services it has rendered.

15. As of the date of this Final Application, Applicant has received $2,685,249 as interim compensation through April 30, 2008. Applicant therefore seeks a balance of $797,802 for unpaid fees comprised of (a) $474,309 (twenty percent (20%) of fees approved but held back for the period ended April 30, 2008; and (b) $323,493 for 226.7 hours of services rendered from May 1, 2008 through August 1, 2008.

16. In connection with its representation herein, FTI's total out-of-pocket expenses amount to $145,728. Applicant has been reimbursed $109,281 for expenses incurred through April 30, 2008. Applicant therefore seeks a balance of $36,446 for unpaid expenses comprised of (a) $3,600 (lodging expenses, now reimbursable based on the fee auditor's revised recommended nightly hotel caps, held back through payment of the holdback of the first interim period); (b) $495 for previously voluntarily reduced expenses that are now reimbursable based on the fee auditor's revised expense caps; and (c) $32,351 for expenses incurred during the period of May 1, 2008 through August 1, 2008.

---

April, May, June and July (which covers August 1).

## OVERVIEW OF FTI'S SERVICES

17. The Debtors retained for their financial advisory team AP Services, Inc., Lazard Freres, Ernst & Young, Grant Thornton, Xroads and others. The Committee hired FTI Consulting, Inc. as its sole financial advisor. The Committee requested that we assess and advise with respect to the activities undertaken by all these firms, including the asset sale process, implementation of various key employee retention and incentive programs, expense reduction programs, monetization of miscellaneous assets, pursuit of tax refunds, minimization of tax liabilities, monitoring actual vs. projected cash flow, claims estimation and the development of a plan of liquidation.

18. The Committee professionals took the lead in developing and negotiating the various distribution scenarios and claim protocols ultimately embodied in the confirmed plan of liquidation. As detailed in the court testimony of Samuel Star, FTI ran the numerous analyses necessary to enable the Committee to come to a consensus in support of the plan.

19. More specifically, as disclosed in our fee applications, FTI has made substantial contributions to this challenging case including:

(a) Active participation in the sales process of the Debtors' major assets. Our involvement helped lead to improvements in the bidding procedures, more favorable provisions in the asset purchase agreements and, ultimately, highly competitive auctions. For example, FTI was instrumental in attracting the winning bidder of the Deutsche Bank loan portfolio. Furthermore, FTI took the lead in marketing certain "orphaned loan" assets including identification of prospective purchasers and negotiations with such parties resulting in substantial recoveries to the estate (approx. $12 million).

(b) FTI took the lead in negotiating reductions in the Debtors' proposed key employee retention and incentive programs.

(c) FTI took the lead in negotiating reductions in the Lazard Freres transaction fees.

(d) FTI worked closely with Committee counsel in negotiations with the purchaser of the Access Lending assets and helped develop a minimum purchase price which resulted in a higher recovery than the originally proposed purchase price formula.

(e) FTI participated in negotiations with various warehouse lenders and early payment default/breach claimants which lead to reductions in their claims.

(f) FTI spent significant time reviewing, analyzing and creating models illustrating hypothetical recoveries to the creditors at each estate under various distribution schemes and scenarios. The various scenarios reflected, among other factors, the potential economic effects of grouping all or some estates, compromising certain intercompany claims, ranging asset recovery/claim levels and considering co-borrower/guarantor claims. The scenarios were updated as new information became available. FTI also worked with Committee counsel to develop recommendations on how to settle various intercreditor issues and to build consensus amongst all parties for a plan of liquidation.

(g) FTI reviewed and assessed the Debtors' analysis of cash activity with various warehouse lenders and other financial institutions, both pre and post petition, to help the Committee address the various claims asserted by such institutions for monies owed.

(h) FTI reviewed various documents and investigated issues related to the Debtors' accounting restatement and identified other potential causes of action for pursuit by the Committee.

(i) FTI managed documents requested under the 2004 motion and for other litigation and developed the system that was used to load and archive documents relating to the various litigation matters.

**WHEREFORE**, FTI respectfully requests that the Court enter an order (i) granting as approved or final the total of $3,483,051.00 in fees and $145,727.69 in expenses incurred during the Final Application Period; (ii) directing the Debtor to pay to FTI all amounts due, to the extent not paid, for fees and expenses from April 9, 2007 through August 1, 2008; and (iii) providing such other and further relief as may be just and equitable.

Dated: September 15, 2008

FTI Consulting, Inc.

By: /s/ Samuel Star
Samuel Star
Three Times Square
New York, NY 10036
Telephone: 212.841.9368
E-mail: samuel.star@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors' of New Century TRS Holdings, Inc., et al.

# EXHIBIT A
## NOTICE PARTIES

*(Debtor)*
Monika McCarthy, Esq.
New Century Mortgage Corporation
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*(Counsel for Debtor)*
Suzzanne Uhland, Esq.
Emily Culler, Esq.
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA 90071

*(Counsel for Debtor)*
Mark D. Collins
Michael J. Merchant
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*(Counsel for Crisis Managers)*
Holly Felder Etlin
AP Services, LLC
9 West 57th Street
Suite 3420
New York, NY 10019

*(United States Trustee)*
Joseph McMahan, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

*(Counsel for Unsecured Creditors Committee)*
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*(Fee Auditor)*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

*(Liquidating Trustee)*
Alan M. Jacobs
AMJ Advisors LLC
999 Central Avenue
Suite 208
Woodmere, New York 11598