# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | : Case No. 07-10416 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : Re: Docket No. 9020 |
| | : Hearing Date: November 19, 2008 at 3:00 p.m. |

## NOTICE OF SUBMISSION OF CLAIMS

TO:  Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On September 29, 2008, the Liquidating Trustee filed *The New Century Liquidating Trust's Twenty-Fourth Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive]* (Dkt. No. 9020) (the "Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Objection is scheduled for November 19, 2008 at 3:00 p.m. at the Bankruptcy Court.

130566.01600/40177422v.1

The claims that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) have been delivered to Chambers (with all attachments) together with a copy of the Objection. Copies of any claim can be requested from counsel for the Liquidating Trustee.

Dated: November 13, 2008

        BLANK ROME LLP

        */s/ David W. Carickhoff*
        Bonnie Glantz Fatell (DE No. 3809)
        David W. Carickhoff (DE No. 3715)
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 425-6400
        Facsimile: (302) 425-6464

        - and -

        HAHN & HESSEN LLP
        Mark T. Power
        Mark S. Indelicato
        Janine Cerbone
        Huria S. Naviwala
        488 Madison Avenue, 15th Floor
        New York, New York 10022
        Telephone: (212) 569-7200
        Facsimile: (212) 478-7400

        Co-Counsel to the New Century Liquidating Trust
        and Reorganized New Century Warehouse
        Corporation