## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., _et al._, | Case No. 07-10416 (KJC) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | *RELATED Docket # 9264* |

## OMNIBUS ORDER APPROVING INTERIM AND FINAL FEE APPLICATIONS

Upon consideration of the interim and final fee applications of the various retained

professionals in the above-captioned chapter 11 case (collectively, the "Professionals") for

allowance of compensation, including all holdbacks, and reimbursement of expenses listed on

Exhibit A hereto (collectively, the "Applications"), and it appearing to the Court that all of the

requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, 11

U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), as well as Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied, the Court having

reviewed the Applications and the Fee Auditor's final reports with respect to each Application;

and the Court having jurisdiction to consider the applications; and it further appearing to the

Court that the fees and expenses incurred were reasonable and necessary, and sufficient notice of

the Applications having been given; and all parties with notice of the Applications have been

afforded the opportunity to be heard on the Applications, and after due deliberation and

sufficient good cause having been shown, it is hereby

ORDERED that the Applications are hereby APPROVED in the amounts set forth on

Exhibit A; and it is further

ORDERED that the Applications are granted, on a final basis, in the amounts set forth on Exhibit A; and it is further

ORDERED that O'Melveny & Myers, LLP ("OMM") is authorized, on a final basis, to apply the Credits, as defined in OMM's Application, in the manner set forth in item (ii) of the prayer for relief in the OMM Application.

ORDERED that, with the exception of Howrey LLP, Manatt, Phelps and Phillips, LLP, PricewaterHouse Coopers LLP, and Allen Matkins Leck Gamble Mallory & Natsis LLP, the Trust is authorized to remit payment to each of the Professionals in the amounts set forth in the column labeled "Balance Payable by Trust, net of Retainers" on Exhibit A; and it is further

ORDERED that, Howrey LLP, Manatt, Phelps and Phillips, LLP, PricewaterHouse Coopers LLP, and Allen Matkins Leck Gamble Mallory & Natsis LLP are authorized to remit payment to the Trust in the amounts set forth in the column labeled "Balance Payable by Trust, net of Retainers" on Exhibit A not later than 15 days from the date of the entry of this Order; and it is further

ORDERED that this Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of the other Professionals.

Dated: December 19, 2008
     Wilmington, Delaware

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge