# Exhibit A

# Exhibit A

**New Century Liquidation Trust**
**Pre-Effective Date Professional Fees**

| Firm Name | 1. Amount of Fees Sought in Final Fee Application | 2. Amount of Expenses Sought in Final Fee Application | 3. Fee Amount Reduction Recommended by the Fee Examiner | 4. Expense Amount Reduction Recommended by the Fee Examiner | 5. Fee Amount Reduction Agreed with the Trust | 6. Retainer Balance Applied to Payment of Fees | 7. Payment of Fees Received to Date (excluding retainer) | 8. Payment of Expenses Received to Date (excluding retainer) | 9. Final Fee Amount Awarded | 10. Final Expense Amount Awarded | 11. Balance of Fees Payable by Trust for Final Fee Application Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Committee' Professionals:** | | | | | | | | | | | |
| FTI Consulting | $ 3,483,051.00 | $ 145,727.69 | $ - | $ - | $ 104,491.53 | | $ 2,939,849.17 | $ 145,830.42 | $ 3,378,559.47 | $ 145,727.69 | $ 543,099.10 |
| Blank Rome LLP | $ 2,996,541.50 | $ 108,257.79 | $ - | $ - | $ 89,896.25 | | $ 2,637,707.80 | $ 107,952.89 | $ 2,906,645.26 | $ 108,257.79 | $ 459,138.80 |
| Hahn & Hessen LLP | $ 8,158,968.50 | $ 272,024.40 | $ - | $ - | $ 244,769.06 | | $ 7,026,170.41 | $ 271,553.69 | $ 7,914,199.46 | $ 272,024.40 | $ 868,499.75 |
| **Debtors' Professionals:** | | | | | | | | | | | |
| Richard, Layton & Finger P.A. | $ 2,637,566.50 | $ 229,386.89 | $ 4,419.75 | $ 575.94 | | $ 175,000.00 | $ 2,202,165.21 | $ 216,102.32 | $ 2,633,146.75 | $ 228,760.95 | $ 288,640.17 |
| Grant Thornton LLP | $ 3,714,286.10 | $ 17,758.06 | $ 235,375.35 | $ 1,718.85 | | $ 100,000.00 | $ 2,397,830.17 | $ 15,584.32 | $ 3,478,910.75 | $ 16,039.21 | $ 981,535.47 |
| Roetzel & Andress | $ 262,462.00 | $ 1,082.65 | | $ 107.50 | | | $ 253,724.40 | $ 948.41 | $ 262,462.00 | $ 975.15 | $ 8,784.34 |
| Manatt, Phelps & Phillips, LLP | $ 335,821.75 | $ 10,611.46 | $ 1,850.00 | $ 280.15 | | | $ 362,368.76 | $ 9,813.37 | $ 333,971.75 | $ 10,331.31 | $ (27,879.05) |
| Howrey LLP | $ 199,588.75 | $ 2,222.85 | | $ 11.52 | | | $ 150,608.48 | $ 2,362.78 | $ 199,588.75 | $ 2,211.33 | $ (76,171.16) |
| Sheppard, Mullin, Richter & Hampton LLP | $ 262,114.50 | $ 5,631.19 | $ 34,345.07 | $ 743.54 | | | $ 234,666.66 | $ 1,436.76 | $ 247,769.43 | $ 4,887.65 | $ 16,553.68 |
| O'Melveny & Myers LLP | $ 25,716,574.21 | $ 828,226.14 | | | $ 1,200,000.00 | $ 2,052,504.37 | $ 20,235,474.64 | $ 568,669.73 | $ 24,516,574.21 | $ 820,226.14 | $ 2,288,121.61 |
| Lazard Freres & Co. LLC | $ 6,435,000.00 | $ 72,150.83 | | $ 15,109.81 | | $ 1,200,000.00 | $ 5,137,365.19 | $ 72,150.83 | $ 6,435,000.00 | $ 57,041.02 | $ 82,525.00 |
| Hennigan, Bennett & Dorman LLP | $ 514,485.00 | $ 19,852.23 | | $ (188.70) | | | $ 490,036.60 | $ 19,883.20 | $ 514,485.00 | $ 20,041.93 | $ 24,607.13 |
| Heller Ehrman LLP | $ 1,092,972.50 | $ 32,842.08 | $ 41,419.50 | $ (218.37) | | | $ 1,005,557.00 | $ 32,841.63 | $ 1,051,553.00 | $ 33,060.45 | $ 46,214.82 |
| AP Services, LLC | $ 14,592,587.12 | $ 1,185,694.58 | $ 19,782.25 | $ 64,119.40 | $ 418,014.76 | $ 947,197.03 | $ 13,611,816.09 | $ 1,184,589.39 | $ 14,154,790.11 | $ 1,121,775.18 | $ 34,858.19 |
| Haynes and Boone, LLP | $ 23,913.35 | $ 502.06 | | $ 26.80 | | | $ 19,130.68 | $ 502.06 | $ 23,913.35 | $ 475.26 | $ 4,755.67 |
| Skadden, Arps, Slate, Meagher & Flom LLP | $ 454,324.50 | $ 10,409.24 | | | | | $ 363,401.70 | $ 9,716.68 | $ 454,324.50 | $ 10,409.24 | $ 53,544.38 |
| PricewaterhouseCoopers, LLP | $ 291,579.25 | $ 3,693.61 | $ 12,093.80 | $ 15.00 | | $ 18,071.00 | $ 158,387.65 | $ 3,693.61 | $ 279,485.45 | $ 3,878.61 | $ (3,472.60) |
| Ernst & Young, LLP | $ 76,669.00 | $ 58.00 | | | | $ 116,259.18 | $ 38,500.00 | $ 11.00 | $ 76,669.00 | $ 58.00 | $ 38,214.00 |
| Baute & Tidus LLP | $ 327,975.75 | $ 24,157.37 | | | | | $ 262,380.60 | $ 32,914.37 | $ 327,975.75 | $ 24,157.37 | $ 56,838.15 |
| ICP Consulting, LLC | $ 200,000.00 | | | | | | | | $ 200,000.00 | | $ 200,000.00 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | $ 86,901.50 | $ 1,249.37 | $ 2,714.50 | | | $ 29,158.50 | $ 64,830.00 | $ 1,025.38 | $ 84,187.00 | $ 1,249.37 | $ (9,577.49) |
| Jenner & Block LLP | $ 454,543.50 | $ 18,097.08 | $ 3,135.75 | $ 216.98 | | | $ 216,892.38 | $ 9,762.58 | $ 451,407.75 | $ 17,880.10 | $ 242,632.69 |
| **Examiners' Professionals:** | | | | | | | | | | | |
| Michael J. Missal | $ 1,569,424.50 | $ 5,601.57 | | $ - | | | $ 1,283,501.70 | $ 5,418.57 | $ 1,569,424.50 | $ 5,601.57 | $ 286,107.80 |
| Saul Ewing LLP | $ 115,252.65 | $ 37,864.72 | | | | | $ 77,677.92 | $ 28,347.96 | $ 115,252.65 | $ 37,864.72 | $ 46,891.49 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | $ 13,820,648.81 | $ 513,517.05 | $ 57,436.21 | $ 1,072.46 | $ 300,000.00 | | $ 11,062,611.78 | $ 500,996.90 | $ 13,320,648.81 | $ 512,444.59 | $ 2,269,485.72 |
| BDO Seidman, LLP | $ 4,686,591.25 | $ 155,555.69 | | | | | $ 3,748,072.60 | $ 145,880.69 | $ 4,686,591.25 | $ 155,555.69 | $ 950,213.65 |
| **Total Balance** | $ 92,329,924.49 | $ 3,502,123.60 | $ 412,852.18 | $ 83,590.88 | $ 2,357,171.60 | $ 4,763,190.08 | $ 75,898,727.59 | $ 3,387,997.50 | $ 89,617,536.93 | $ 3,418,632.72 | $ 9,674,142.45 |

1. The Fee Amount Reduction with the Trust incorporates the Fee Examiner's Recommendation with respect to fees and expenses.
2. This amount will not be deducted from the Final Fee Payment, but will be deducted subsequently by the Trust for future services. These amounts include a fee credit in the following amounts: $5,174.60 for Blank Rome LLP and $1,305.19 for Alix Partners LLP, which were previously deducted in connection with the First Interim Fee Order.
3. The Final Fee Application did not include the reduction recommended by the Fee Examiner by Interim Order. This reduction is reflected in the "Balance Payable by Trust, net of Retainers" column.
4. Of this amount, $1,958,758.35 already has been applied to payment of O'Melveny & Myers, LLP's fees and expenses in accordance with order of this Court; O'Melveny & Myers, LLP may apply the remaining $93,746.01 in retainers and other unapplied credits in accordance with the terms of this Order.
5. Allen Matkins Leck Gamble Mallory & Natsis LLP continues to hold this retainer, which will be applied to the final payment.
6. This amount does not include estimated fees of $12,000 for post-Effective Date fees that had previously been included in the Final Fee Application.
7. This amount does not include estimated expenses of $3,000 for post-Effective Date expenses that had previously been included in the final fee application.
8. The Examiner has also agreed not to charge the Estates for the fees of KL Gates incurred in connection with responding to the Trust's Objection.
9. This amount includes $173,014.50 in fees incurred after the effective date of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors.