**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al*., a Delaware Corporation,<br>                    Debtors. | Case No. 07-10416 (KJC) |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
**OF THE NEW CENTURY LIQUIDATING TRUST FOR THE**
<u>**QUARTER ENDED DECEMBER 31, 2008**</u>

Dated: January 22, 2009

**BLANK ROME LLP**

By: */s/ David W. Carickhoff*
    Bonnie Glantz Fatell (No. 3809)
    David W. Carickhoff (No. 3715)
    1201 Market Street, Suite 800
    Wilmington, Delaware  19801
    (302) 425-6400 - Telephone
    (302) 425-6464 - Facsimile

    - and -

    HAHN & HESSEN LLP
    488 Madison Avenue
    New York, New York 10022
    (212) 478-7200 - Telephone
    (212) 478-7400 - Facsimile
    Attn:    Mark S. Indelicato, Esq.
             Janine M. Cerbone, Esq.

    *Co-Counsel to the New Century Liquidating*
    *Trust and Reorganized New Century*
    *Warehouse Corporation*

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416     (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Numbers: 312-1992285-65 (Money Market), 312-1992285-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 12/31/2008

|  | 8/1/2008 (Plan effective date) through 9/30/08 | 10/1/08 through 12/31/08 | 8/1/2008 (Plan effective date) through 12/31/08 |
|---|---:|---:|---:|
| Trust Bank Accounts Maintained by the Liquidating Trust at JPMorgan Chase Bank: | | | |
| Beginning Balance | $ 0.00 | $ 78,810,650.15 | $ 0.00 |
| All Trust Receipts: | | | |
| Initial Funding | 71,481,538.92 (a) | - | 71,481,538.92 |
| Transfer from DBNTC Cure Claim Litigation Reserve | 6,792,686.09 (b) | - | 6,792,686.09 |
| Refund of Cash Collateral by Bond Safeguard | 2,002,643.99 | - | 2,002,643.99 |
| Repayment of T&I Amount by CSFB | 1,566,002.71 | - | 1,566,002.71 |
| Tax Refunds | 553,796.47 | 223,619.75 | 777,416.22 |
| Additional Funding from Debtors' Bank Account | 700,000.00 (c) | - | 700,000.00 |
| Interest | 245,004.55 | 293,025.96 | 538,030.51 |
| SPI Settlement | 474,005.87 | - | 474,005.87 |
| Professional Fees Refund | 240,000.00 | 177,365.62 | 417,365.62 |
| Insurance Refunds | 261,240.11 | 5,968.54 | 267,208.65 |
| Asset Sale Proceeds | - | 195,064.00 | 195,064.00 |
| Deferred Comp Professional Fee Reimbursement | - | 147,100.00 | 147,100.00 |
| Medical Stop Loss Insurance Reimbursement | - | 98,553.65 | 98,553.65 |
| Other | 9,702.04 | 73,095.94 | 82,797.98 |
| UHC Medical/FSA Refunds | 46,077.42 | - | 46,077.42 |
| UHC Pharmacy Rebates | 26,299.82 | 10,324.30 | 36,624.12 |
| Total of Cash Received | 84,398,997.99 | 1,224,117.76 | 85,623,115.75 |
| Total of Cash Available | 84,398,997.99 | 80,034,767.91 | 80,034,767.91 |
| Less Trust Disbursements: | | | |
| Administrative Claims | - | (459,122.00) | (459,122.00) |
| Pre-Effective Date Operating Expenses | (211,397.27) | (107,981.52) | (319,378.79) |
| Chapter 11 Professional Fees and Expenses | (2,603,026.84) | (13,302,490.38) | (15,905,517.22) |
| Trust Professional Fees | - | (5,653,918.59) | (5,653,918.59) |
| WARN Settlement | - | (2,600,000.00) | (2,600,000.00) |
| SPI Settlement | (1,838,472.59) | - | (1,838,472.59) |
| Payroll and Payroll Related | (355,047.47) | (584,992.77) | (940,040.24) |
| Trust Insurance Requirements/Surety Bond | (454,120.00) | - | (454,120.00) |
| Other Trust Operating Expenses | (126,283.67) | (234,233.18) | (360,516.85) |
| US Trustee Fees | - | (11,483.33) | (11,483.33) |
| Total Disbursements | (5,588,347.84) | (22,954,221.77) | (28,542,569.61) |
| Ending Balance | $ 78,810,650.15 | $ 57,080,546.14 | $ 57,080,546.14 |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416   (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Numbers: 312-1992285-65 (Money Market), 312-1992285-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 12/31/2008

|  | 8/1/2008 (Plan effective date) through 9/30/08 | 10/1/08 through 12/31/08 | 8/1/2008 (Plan effective date) through 12/31/08 |
|---|---|---|---|
| Debtors' Bank Accounts at Union Bank, Deutsche Bank and Wilmington Trust not yet transferred to Liquidating Trust Bank Accounts: | | | |
| Beginning Balance | $ 86,598,767.46 | $ 3,595,132.39 | $ 86,598,767.46 |
| Add: | | | |
| Interest Earned | 3,766.44 | 463.27 | 4,229.71 |
| Total of Cash Available | 86,602,533.90 | 3,595,595.66 | 86,602,997.17 |
| Less: | | | |
| Liquidating Trust - Initial Funding | (71,481,538.92) (a) | - | (71,481,538.92) |
| Transfer of DBNTC Cure Claim Litigation Reserve Balance to Liquidating Trust | (6,792,686.09) (b) | - | (6,792,686.09) |
| Liquidating Trust - Additional Funding | (700,000.00) (c) | - | (700,000.00) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | - | (3,500,000.00) |
| Pre effective date administrative expense payment drafts | (420,548.79) | (11,182.57) | (431,731.36) |
| Insurance LOC Drawdown | (54,872.09) | (47,871.16) | (102,743.25) |
| Payment of Wilmington Trustee Fees | (57,755.62) | - | (57,755.62) |
| Total of Cash Payments / Transfers | (83,007,401.51) | (59,053.73) | (83,066,455.24) |
| Ending Balance | $ 3,595,132.39 | $ 3,536,541.93 | $ 3,536,541.93 |
| Aggregate Disbursements | $ (88,595,749.35) | $ (23,013,275.50) | $ (111,609,024.85) |
| Less: Transfers from Debtors' Bank Accounts to Liquidating Trust Bank Accounts | 78,974,225.01 | - | 78,974,225.01 |
| Net Disbursements | $ (9,621,524.34) | $ (23,013,275.50) | $ (32,634,799.84) |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 22, 2009

Name/Title Debtor: _____
Alan M. Jacobs
Liquidating Trustee