Anita B. Carr, TR pro se
11801 Bloomington Way
Dublin, CA 94568
Telephone: 310-425-6224

US BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 North Market Street
Wilmington, Delaware 19801

Anita B. Carr, TR )
Plaintiff, )
) CASE No: 07-10416-KJC
Vs. )
) ANITA B. CARR's EMERGENCY
) MOTION TO STAY EVICTION
New Century Mortgage/HOME123 )
Corporation )
Defendants )
)
)
)
)
)
)

The Real Property address is 11801 Bloomington Way Dublin, CA 94568
The Real Property APN 941-2757-064 Alameda County CA

A request is made of Judge Carey to issue an Emergency Stay of Eviction for Anita B. Carr, the plaintiff, who has been illegally foreclosed upon. Said real property is APN 941-2757-064 in Alameda County California.

Anita B. Carr originally bought the property in January 1999.

Anita B. Carr obtained a refi-loan from HOME123 on January 25, 2006. Although New Century Mortgage/HOME123 alleges to have sold and the service released to JP Morgan Chase on 5-1-06 (carrexhibit A'), a Stephen L. Nagy, Vice President of Records for HOME123 Corporation,

signed a 'Corporation Assignment of Deed of Trust' to US Bank, NA on May 22, 2007 with a backdated 'effective date of 4-12-2007' and a recording date of 6/15/2007 (carrexhibit B).

New Century Mortgage/HOME123 Corporation filed for Chpt. 11 bankruptcy in Delaware on April 2, 2007 and as such, should have obtained the approval from Judge Carey's court before signing away an asset.

US Bank, NA proceeded with a foreclosure after Anita Carr's Chpt. 13 case was dismissed. Anita Carr was unaware that any 'Corporation Assignment of Deed of Trust' was completed to US Bank, NA. until she requested documents from the county recorder in November 2008. Anita Carr believed that JP Morgan Chase/Chase Home Finance, LLC was the holder in due course of the mortgage note.

Anita Carr believes she is the victim of fraud, TILA violations, recording irregularities and other illegal transgressions in relation to obtaining the refi mortgage from HOME123 Corporation.

Anita Carr prays for this court to issue an emergency stay of the foreclosure eviction until a determination is made of which entity actually is the holder in due course of the original mortgage note & whether or not Stephen L. Nagy is an actual person at HOME123 Corporation and was authorized by this court to proceed with signing away an asset.

Dated: February 15, 2009　　　　　　　　　　　　Anita B. Carr, TR, pro se

　　　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　Anita B. Carr, TR, pro se
　　　　　　　　　　　　　　　　　　　　　　Plaintiff

RE MOTION TO STAY EVICTION; QWR

USPS CERTIFIED MAIL
RETURN RECEIPT REQUESTED
70081830000462722534

February 15, 2009

Judge Kevin J. Carey AND
TRUSTEE – CHPT 11
US Bankruptcy Court
For the District of Delaware
824 North Market Street
Wilmington, Delaware  19801

       RE: CASE 07-10416-KJC    New Century Mortgage/HOME123

       RE:  Loan # 1005955451    Property APN 941-2757-064 Alameda County California.

In lieu of the fact that April 2, 2007 was the date New Century Mortgage/Home123 filed for Chpt. 11 in your court AND on May 22, 2007 one Stephen L. Nagy, Vice President of Records at HOME123 Corporation signed a 'Corporation Assignment of Deed of Trust' from HOME123 Corp to US Bank, NA., and there was backdating on the document to 4-12-2007, I am hereby requesting you to issue an Emergency Stay of Eviction for the foreclosure on the above property until irregularities of the foreclosure are dealt with and a clear chain of authority can be established.

Your court obviously did not approve for Mr. Nagy to do this 'Corporation Assignment of Deed of Trust'.

I have determined that HOME123 'sold' my loan, in its entirety, to no less than 3 different entity companies, and additionally to a number of unknown investors.

I also am sending a document titled Qualified Written Request which I would like to have a response to from New Century Mortgage/HOME123 or the Trustee.

Thank you for your immediate attention to this matter.

Sincerely,

*[signature]*

Anita B. Carr, TR
11801 Bloomington Way
Dublin, CA 94568
310-425-6224

Carr  page1