QWR

USPS CERTIFIED MAIL
RETURN RECEIPT REQUESTED
70081830000462722534

February 15, 2009

Judge Kevin J. Carey AND
TRUSTEE – CHPT 11
US Bankruptcy Court
For the District of Delaware
824 North Market Street
Wilmington, Delaware 19801

RE: CASE 07-10416-KJC    New Century Mortgage/HOME123

RE: Loan # 1005955451    Property APN 941-2757-064 Alameda County California.

I am including a document entitled a Qualified Written Request for which I am
requesting a response from New Century Mortgage/HOME123 Corporation.

Since I have provided a copy of a notarized 'Corporation Assignment of Deed of
Trust' signed by Stephen L..Nagy, Vice President of Records at HOME123
Corporation on May 22, 2007 with the assignment going to US Bank, NA, it is
apparent that HOME123 will have the information requested.

Thank you for your immediate attention to this matter.

Sincerely,

Anita B. Carr, TR
11801 Bloomington Way
Dublin, CA 94568
310-425-6224

Carr  page1

February 15, 2009

Judge Kevin J. Carey AND
TRUSTEE – CHPT 11
US Bankruptcy Court
For the District of Delaware
824 North Market Street
Wilmington, Delaware 19801


   RE: CASE 07-10416-KJC    New Century Mortgage/HOME123

RE: Loan # 1005955451


RE: property 11801 Bloomington Way Dublin, CA 94568

## QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT AND VALIDATION OF DEBT LETTER, TILA REQUEST

This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedures Act, 12 U.S.C. Section 2605(e).

Reference: Account 1005955451 (hereinafter the subject loan and is the reference for all questions and requests described below).

Dear Sir or Madam:

I am writing to you to complain about my accounts and servicing of mortgage and need for understanding and clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, analyses and records related to servicing of this account from its origination to the present date.

To date I have not received any information that I previously requested in my certified missives. Any conversations with your service representatives have been unproductive and have not answered my questions.

I am very concerned with all the news lately regarding the stories of predatory lending; you have left me feeling that there is something you are trying to hide. I

worry about potential fraudulent and deceptive practices by unscrupulous mortgage brokers; sales and transfers of mortgage servicing rights; deceptive and fraudulent servicing practices to enhance balance sheets; deceptive, abuse and fraudulent accounting tricks and practices may have also negatively affected any credit rating, mortgage account and/or the debt or payments that I am currently, or may be legally obligated to.

I hereby demand absolute first hand evidence from you of the original uncertificated or certificated security regarding account 1005955451. In the event you do not supply me with said security it will be a positive confirmation on your part that you never created nor owned such security.

I also hereby demand a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent the actual evidence of the security, I have no choice but to dispute the validity of your lawful ownership, funding, entitlement right and the current debt you say I owed and the foreclosure. By debt I am referring to the principle balance you claim I may have owed; the calculated monthly payment, calculated escrow payment and any fees claimed to be owed by you or any trust or entity you may service or sub-service for.

To independently validate this debt, I need to conduct a complete exam, audit, review, and accounting of the mortgage account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information (if any) to any credit reporting agency until you respond to each of the requests.

I also request you to conduct your own investigation and audit of this account since its inception to validate the debt you currently claim I may have owed. I would like you to validate the debt, that it is thoroughly accurate.

Please do not rely on previous servicing companies or originators records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account.

I understand potential abuses by you or previous servicing companies could have deceptively, wrongfully, unlawfully, and/or illegally increased the amounts of monthly payments; increased the principal balance I may have owed; increased the

escrow payments; increased the amounts applied and attributed toward interest on this account; decreased the proper amounts applied and attributed towards the principal on this account; and/or assessed, charged and /or collected fees, expenses and miscellaneous charges I am not legally obligated to pay under this mortgage, note and/or deed of trust.

I request you to insure that I have not been the victim of such predatory servicing and lending practices.

To insure this, I have authorized a thorough review, examination, accounting and audit of mortgage account by mortgage auditing and predatory servicing or lending experts. This exam and audit will review this mortgage account file from the date of initial contact, application and the origination of this account to the present date written above.

Again, this is a Qualified Written Request under the Real Estate Settlement Procedures Act, codified as Title 12 section 2605(e) of the United States Code as well as a request under the Truth In Lending Act 15 U.S.C. section 1601, and 1639(a)-(b) RESPA provides substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within sixty (60) days of its receipt.

In order to conduct the examination and audit of this loan, I need to have full and immediate disclosure including copies of all pertinent information regarding this loan. The documents requested and answer to my questions and needed by myself and others to ensure that this loan:

1. Was it originated in lawful compliance with all federal and state laws, regulations including, but not limited to Title 62 of the Revised Statutes, RESPA, TILA, Fair Debt Collection Practices Act, HOEPA and other laws;
2. That the origination and/or any sale or transfer of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with complete disclosure to all parties with an interest;
3. That you disclose the claimed holder in due course of the monetary instrument/deed of trust/asset is holding such note in compliance with statutes, state and federal laws is entitled to the benefits of payments;
4. That all good faith and reasonable disclosure of transfers, sales, Power of Attorney, monetary instruments ownership, entitlements, full disclosure of

actual funding source, terms, costs, commissions, rebates, kickbacks, fees etc., were and still are properly disclosed to my client, including but not limited to the period commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

5. That each services and/or sub-services of this mortgage has serviced this mortgage in accordance with statute, laws and terms of mortgage, monetary instrument/deed of trust, including but not limited to all accounting or bookkeeping entries commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

6. That each services and/or sub-services of this mortgage has serviced this mortgage in compliance with local, state and federal statues, laws and regulations commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of assets backed securities and any subsequent transfer thereof;

7. That this mortgage account has been credited, debited, adjusted, amortized and charged correctly and disclosed fully commencing with the original loan solicitation through and including any parties, instruments, assignments, letters of transmittal, certificates of asset backed securities and any subsequent transfer thereof;

8. That interest and principal have been properly calculated and applied to this loan;

9. That any principal balance has been properly calculated, amortized and accounted for;

10. That no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account or any other related account arising out of the subject loan transaction.

To validate this debt and audit this account, I need copies of pertinent documents. I also need answers, certified, in writing, to various servicing questions. For each record kept on computer or in any other electronic file or format, please provide paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account or myself.

As such, please send to me, at the address above, copies of the documents requested below as soon as possible. Please also provide copies, **front and back,** of the following documents regarding account 1005955451.

1. Any certificated or un-certificated security used for the funding of this account;
2. Any and all "Pool Agreements" or "servicing agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any government sponsored entity, hereinafter GSE or other party;
3. Any and all "Deposit Agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
4. Any and all "Servicing Agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
5. Any and all "Custodial Agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
6. Any and all "Master Purchasing Agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
7. Any and all "Issuer Agreements" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
8. Any and all "Commitment to Guarantee" agreements between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;
9. Any and all "Release of Document" agreements between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party:
10. Any and all "Master Agreement for Service's Principal and Interest Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party:

11. Any and all "Servicer's Escrow Custodial Account" between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

12. Any and all "Release of Interest" agreements between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and any GSE or other party;

13. Any Trustee agreements between the nominal lender at the loan closing and any party or parties who could claim an interest in the loan closing or documents pertaining thereto and trustees regarding this account or pool accounts with any GSE or other party;

**Please also send my client copies, front and back of:**

1. Any documentation evidencing any trust relationship regarding the Mortgage/Deed of Trust and any Note in this matter;

2. Any and all documents establishing any Trustee of record for the Mortgage/Deed of Trust and any Note;

3. Any and all documents establishing the date of any appointment of Trustee Mortgage/Deed of Trust and any Note, including any and all assignments or transfers or nominees of any substitute trustees;

4. Any and all documents establishing any Grantor for this Mortgage/Deed of Trust and any Note;

5. Any and all documents establishing any Grantee for this Mortgage/Deed of Trust and any Note;

6. Any and all documents establishing any Beneficiary for this Mortgage/Deed of Trust and any Note;

7. Any documentation evidencing the Mortgage/Deed of Trust is not a constructive trust or any other form of trust;

8. All data, information, notations, text, figures and information contained in your mortgage servicing and accounting computer systems including, but not limited to Alltel or Fidelity CPI system, or any other similar mortgage servicing software used by you, any services, or sub-servicers of this mortgage account form the inception of this account to the date written above.

9. All descriptions and legends of all Codes used in your mortgage servicing and accounting system so the examiners and auditors and experts retained to audit and review this mortgage account may properly conduct their work.

10. All assignments, transfers, or other documents evidencing a transfer, sale or assignment of this mortgage, deed of trust, monetary instrument or other document that secures payment by my client to this obligation in this account from the inception of this account to the present date including any such assignment on MERS.

11. All records, electronic or otherwise, of assignments of this mortgage, monetary instrument or servicing rights to this mortgage including any such assignments on MERS.

12. All deeds in lieu, modifications to this mortgage, monetary instrument or deed of trust from the inception of this account to the present date.

13. The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any servicers of this account for payment of any monthly payment, other payment, escrow charge, fee or expense on this account

14. All escrow analyses conducted on this account from the inception of this account until the date of this letter.

15. The front and back of each and every canceled check, draft or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statements including, but not limited to, appraisal fees, inspection fees, title searches, title insurance fees, credit life insurance premiums, hazards insurance premiums, commissions, attorney fees, points, etc.

16. Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by others or myself on this account.

17. All letters, statements and documents sent to me by your company.

18. All letters, statements and documents sent to me by agents, attorneys or representatives of your company.

19. All letters, statements and documents sent to me by previous servicers, sub-servicers or other in your account file or in your control or possession or in the control or possession of any affiliate, parent company, agent, sub-servicers, servicers, attorney or other representative of your company.

20. All letters, statements and documents contained in this account file or imaged by you, any servicers or sub-servicers of this mortgage from the inception of this account to the present date.
21. All electronic transfers, assignments and sales of the note/asset, mortgage, deed of trust or other security instrument.
22. All copies of property inspection reports, appraisals, BPOs and reports done on my property.
23. All invoices for each charge such as inspection fees, BPOs, appraisal fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this mortgage account from the inception of this account to the present date.
24. All checks used to pay invoices for each charge such as inspection fees, BPOs, appraisals fees, attorney fees, insurance, taxes, assessments or any expense which has been charged to this account from the inception of this account to the present date.
25. All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.
26. All account servicing records, payments payoffs, payoff calculations, ARM audits, interest rate adjustments, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account to the present date.
27. All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the inception of this account to the present date.

Further, in order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, please provide to me, in writing, the answers to the following questions:

**With respect to Account, Accounting and Servicing Systems:**

1. Please identify for me each account/ accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date so that experts can decipher the data provided.
2. For each account accounting and servicing system identified by you and any sub- servicers or previous services from the inception of this account to the present date, please provide the name and address of the company that designed and sold the system.
3. For each account accounting and servicing system used by you and any sub-services or previous services from the inception of this account to the present date, please provide the complete transaction code list for each system so that I, and others can adequately audit this account.

**In respect to Debits and credits:**

1. In a spreadsheet form or in a letter form in a columnar format, please detail for me each and every credit on this account from the date such credit was posted to this account as well as the date any credit was received.
2. In a spreadsheet form or in a letter form in a columnar format, please detail for me each and every debit on this account from the date such debit was posted to this account as well as the date any debit was received
3. For each debit and credit listed, please provide me with the definition for each corresponding transaction code you utilize.
4. For each transaction code, please provide the master transaction code list used by you or previous servicers.

**In respect to Mortgage and Assignments:**

1. Has each sale, transfer or assignment of this mortgage, monetary instrument, deed of trust or any other instrument I executed to secure this debt been recorded in the country property records in the county and state in which my property is located from the inception of this account to the present date? Yes or No?
2. If not, why?
3. Is your company the servicer of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or deed of the trust?

4. Have any sales, transfer or assignment of this mortgage, monetary instruments, deed of trust or any other instrument I executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No?

5. If yes, please detail for me, the names of the seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage deed of trust or security instrument my client executed securing the obligation on this account that was not recorded in the county records where my property is located whether they may be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**In respect to Attorneys fees:**

For purposes of the questions below dealing with attorneys fees, please consider attorney fees and legal fees to be one in the same

1. Have attorney fees ever been assessed to this account from the inception of this account to the present date: Yes or No?

2. If Yes, please detail each separate assessment, charge and collection of attorney fees to this account from the inception of this account to the present date and date of such assessments to this account.

3. Have attorney fees ever been charged to this account from the inception of this account to the present date: Yes or No?

4. If Yes, please detail each separate charge of attorney fees to this account from the inception of this account to the present date and date of such assessments to this account.

5. Have attorney fees ever been collected from this account from the inception of this account to the present date: Yes or No?

6. If Yes, please detail each separate collection of attorney fees to this account from the inception of this account to the present date and date of such assessments to this account.

7. Please provide me with the name address of each attorney of law firm that has been paid any fees or expenses related to this account from the inception of this account to the present date.

8. Please identify for me in writing the provision , paragraph ,section or sentence of any note ,mortgage, deed of trust or any agreement I may have signed that authorized the assessment , charge or collection of attorney fees.

9. Please detail and list for me in writing each separate attorney fee assessed from this account and for which each corresponding payment period or month such fee was assessed from the inception of this account to the present date.

10. Please detail and list for me in writing each separate attorney fee collected from this account and for which each corresponding payment period or month such fee was collected from the inception of this account to the present date.

11. Please detail and list for me in writing any adjustments in attorney fees assessed and on what date such adjustment was made and the reason for such adjustment.

12. Please detail and list for me in writing any adjustment in attorney fees collected and on what date such adjustment was made and the reason for such adjustment.

13. Has interest been charged on any attorney fees assessed or charged to this account? Yes or No?

14. Is interest allowed to be assessed or charged on attorney fees charged or assessed to this account? Yes or No?

15. What is the total value of attorney fees which have been assessed to this account from the inception to the present date?

16. What is the total value of attorney fees which have been collected from this account from the inception to the present date?

17. What is the total value of attorney fees which have been charged to this account from the inception to the present date?

18. Please send me copies of all invoices and detailed billing statements from any law firm or attorney that has billed such fees which have been assessed or collected from this account from the inception to the present date.

**In respect to Suspended/Unapplied Accounts:**

For purposes of this section, please treat the term suspended account and unapplied account as one in the same.

1. Have there been any suspended or unapplied account transactions on this account from the inception of this account until the present date? Yes or No?

2. If yes, please explain the reason for each and every suspended transaction that occurred on this account. If no, please skip the questions in this section dealing with suspended and unapplied accounts.

3. In a spreadsheet or in letter form in a columnar format, please detail for my client each and every suspended or unapplied transactions, both debits and credits that have occurred on this account from the inception of this account to the present date.

## Regarding to late fees:

For the purpose of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1. Have you reported the collection of late fees on this account as interest in any statement to my client or the IRS? Yes or No?

2. Have any previous servicers or sub-servicers of this mortgage reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3. Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4. Are late fees considered interest? Yes or No?

5. Please detail for me in writing what expenses and damages you incurred for any payment made which was late.

6. Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

7. If yes, please describe what expenses or damages were charged or assessed to this account.

8. Please describe for me in writing what expenses you or others undertook due to any payment I made, which was late.

9. Please describe for me in writing what damages you or others undertook due to any payment I made, which was late.

10. Please identify for me in writing the provision, paragraph, section or sentences of any note, mortgage, deed of trust or any agreement I may have signed that authorize the assessment or collection of late fees.

11. Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from the inception of this account to the present date.

12. Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to the present date.

13. Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustment was made and the reason for such adjustment.

14. Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15. Is interest allowed to be assessed or charged on late fees to this account? Yes or No?

16. Have any late charges been assessed to this account? Yes or no?

17. If yes, how much in total late charges have been assessed to this account from the inception of this account to the present date?

18. Please provide me with the exact months or payments dates you are other previous servicers or subservicers of this account claim I have been late with the payment from the inception of this account to the present date.

19. Have late charges been collected on this account from the inception of this account to the present date? Yes or No?

20- If yes, how much in total late charges have been collected on this account from the inception of this account to the present date?

**With respect to Property Inspections:**

For the purpose of this section property inspection and inspection fee refer to any inspection of property by any source and any related fee or expense charged, assessed or collected for such inspection.

1. Have any property inspections been conducted on my property from the inception of this account to the present date? Yes or No?

2. If your answer is no, you may skip the rest of the questions in this section concerning property inspections.

3. If yes, please tell me the date of each property inspection conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4. Please tell me the price charged for the each property inspection.

5. Please tell me the date of each property inspection.

6. Please tell me the name and address of each company and person who conducted each property inspection on my property.

7. Please tell me why property inspections were conducted on my property.

8. Please tell me how property inspections are beneficial to me.

9. Please tell me how property inspections are protective of my property.

10. Please explain to me your policy on property inspections.

11. Do you consider the payment of inspection fees as a cost of collection? Yes or No?

12. If yes, why?

13. Do you use property inspections to collect debts? Yes or No?

14. Have you used any portion of the property inspection process on my property to collect a debt or inform me of a debt, payment or obligation I may owe? Yes or No?

15. If yes, please answer when and why?

16. Please identify for me in writing the provision, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I may have signed that authorized the assessment, or collection property inspection fees.

17. Have you labeled in any record or document sent to me a property inspection as a miscellaneous advance? Yes or No?

18. If yes, Why?

19. Have you labeled in any record or document sent to my client a property inspection as a legal fee or attorney fee? Yes or No?

20. If yes, why?

21. Please detail and list for me in writing each separate inspection fee assessed to this account and for which corresponding payment period or month such fee was assessed from the inception of this account to the present date.

22. Please detail and list for me in writing each separate inspection fee collected from this account and for which corresponding payment period or month such fee was collected from the inception of this account to the present date.

23. Please detail and list for me in writing any adjustments in inspection fees assessed and on what date such adjustment was made and the reasons for such adjustment?

24. Please detail and list for me in writing any adjustments in inspection fees collected and on what date such adjustment was made and the reasons for such adjustment?

25. Has interest been charged on any inspection fees assessed or charged to this account? Yes or No?

26. If yes, when and how much was charged?

27. Is interest allowed to be charged or assessed to this account? Yes or No?

28. How much total in inspection fees in total have been assessed to this account from the inception of this account to the present date?

29. How much total in inspection fees in total have been collected on this account from the inception of this account to the present date?

30. Please forward to me copies of all property inspections made on my property in this mortgage account file.

31. Has any fee charged or assessed for property inspections been placed into an escrow account? Yes or No?

**With respect to Broker Price Opinion (BPO) Fees:**

1. Have any BPOs been conducted on my property? Yes or No?

2. If your answer is no, you may skip the rest of the questions in this section concerning BPOs.

3. If yes, please tell me the date of the each BPO conducted on my property that is the secured interest for this mortgage, deed of trust or note.

4. Please tell me the price of each BPO.

5. Please tell me who conducted the BPO.

6. Please tell me why BPOs were conducted on my property.

7. Please tell me how BPOs are beneficial to myself.

8. Please tell me how BPOs are protective of my property.

9. Please explain your policy on BPOs.

10. Have any BPO fees been assessed to this account? Yes or No?

11. If the answer is yes, how much in total BPO fees have been charged to this account?

12. Please identify for me in writing the provisions, paragraph, section or sentence of any note, mortgage, deed of trust or any agreement I may have signed that authorized the assessment, charge or collection of a BPO fee from myself.

13. Please send to me copies of all BPO reports that have been done on my property.

14. Have any fees charged or assessed for a BPO been placed into an escrow account? Yes or No?

**In respect to force- placed insurance:**

1. Have you placed or ordered any force-placed insurance policies on my property?

2. If the answer is yes, please tell me the date of each policy ordered or placed on his property that is the secured interest for this mortgage, deed of Trust or note.

3. Please tell me the price of each policy.

4. Please tell me the agent of each policy.

5. Please tell me why each policy was placed on his property.

6. Please tell me how the policies are beneficial to myslef.

7. Please tell me how the policies are protective of my property.

8. Please explain to me your policy on forced-placed insurance.

9. Have any force- placed insurance fees been assessed to this account? Yes or No?

10. If the answer is yes, how much in total forced-placed insurance fees have been assessed to this account?

11. Have any forced-placed insurance fees have been charged to this account? Yes or No?

12. If yes, how much in total forced-placed insurance fees have been charged to this account?

13. Please identify for me in writing the provision, paragraph, section or sentence of any note , mortgage ,deed of trust or any agreement I may have signed that authorized the assessment , charge or collection of forced- placed insurance fees from myself.

14. Do you have relationship with the agent or agency that placed any policies on my property?

15. If the answer is yes, please describe this relationship in detail.
16. Do you have any relationship with carrier that issued any policies on my property?
17. If the answer is yes, please describe this relationship in detail.
18. Has the agency or carrier you used to place a forced-placed insurance on my property provided you any service, computer system, discount on policies, commissions, rebates or any form of consideration?
19. If the answer is yes, please describe in detail.
20. Do you maintain a blanket insurance policy to protect your properties when customer policies have expired? Yes or No?
21. Please send to me copies of all forced-placed insurance policies that have been ordered on his property from the inception of this account to the present date.

## In respect to Servicing:

For each of the following questions listed below, please provide me with a detailed explanation in writing that answers each question. In addition, I need the following answers to questions concerning the servicing of this account from its inception to the present date.

1. Did the originator or previous servicers of this account have any financing agreement or contracts with your company or an affiliate of your company?
2. Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?
3. Did the originator or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or affiliate of your company for handing, processing, originating or administrating this loan?
4. If the answer is Yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration paid to the originator of this account by your company or any affiliate.
5. Please identify for me where the originals of this entire account file are currently located and how they are being stored, kept and protected.

6. Where is the original monetary instrument or mortgage I may have signed located? Please describe its physical location and anyone holding this note as a custodian or trustee if applicable.

7. Where is the original deed of trust or mortgage and note I may have signed located? Please describe its physical location and anyone holding this note as custodian or trustee if applicable.

8. Since the inception of this account, has there been any assignment of my monetary instrument/ asset to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust, or entity that has received such assignments AND the dates of such assignments.

9. Since the inception of this account, has there been any assignment of the deed of trust or mortgage and note to any other party? If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust, or entity that has received such assignments AND the dates of such assignments.

10. Since the inception of this account, has there been any sale or assignment of servicing rights to this mortgage account to any other party?

11. If the answer is yes, identify the names and addresses of each and every individual, party, bank, trust, or entity that has received such assignments or sale AND the dates of such assignments or sale.

12. Since the inception of this account, have any sub-servicers serviced any portion of this mortgage account?

13. If the answer is yes, identify the names addresses of each and every individual, party, bank, trust, or entity that has sub-servicers serviced this mortgage account.

14. Has this mortgage account been made a part of any mortgage pool since the inception of this loan?

15. If the answer is yes, identify the names addresses of each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

16. Have each and every assignment of my asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

17. Has there been any electronic assignment of this mortgage with Mortgage Electronic Registration System (MERS) or any other computer mortgage registry service or computer program?

18. If the answer is yes, identify the names addresses of each and every individual, entity, party, bank, trust or organization or services that have been assigned to mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

19. Have any investors participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this account to the present date?

20. If the answer is yes, identify the name and address of each and every individual, entity, organization and/or trust.

21. Please identify for me the parties and their address to all sales contracts, servicing agreements, assignments, alonges, transfers, indemnification agreements, recourse agreements and any agreement related to this account from the inception of this account to present date.

22. Please provide me with copies of all sales contracts, servicing agreements, assignments agreements, recourse agreements and any agreement related to this account from the inception of this account to present date.

23. How much was paid for this individual mortgage account by you?

24. If part of a mortgage pool, what was the principal balance used by you to determine payment for this mortgage loan?

25. If part of a mortgage pool, what was the percentage paid by you of the principal balance above used to determine purchase of this individual mortgage loan?

26. Who did you issue a check or payment to for this mortgage loan?

27. Please provide me with copies of the front and back of the canceled check.

28. Did any investor approve of the foreclosure of my property? Yes or No?

29. Has HUD assigned or transferred foreclosure rights to as required by 12 USC 3754?

30. Please identify all persons who approved the foreclosure of my property.

31. Was the California Perata bill SB 1137 complied with during the foreclosure of my property?  If so, please provide written statements as to how it was

complied with and whether or not a declaration was published & the method & date of publication.

32. Please identify, with a signed & notarized affidavit, the person who 'posted' the Notice of Sale on the property at 11801 Bloomington Way, the date of the posting and the location of the posting. This would be in compliance with California law.

33. California Civil Code §1185   8224 A notary public who has a direct financial interest or beneficial interest in a transaction shall not shall not perform any notarial act in connection with such a transaction. Has any notary, since the inception of the account until the present date, been in violation of the above California Civil Code? Please detail in writing the violation.

34. Identify the name of any database vendor (such as Oracle) or database products which are utilized to store or manipulate any data relevant to my account.

35. Identify the company name, address & location of where any database backups are stored which would be relevant to my account data.

36. Identify the name(s) of the Chief Information Officer, Data Security Officer, Data Auditor and any DataBase Administrators who direct, manage or manipulate my account data or are otherwise accountable for the correctness of my account data.

37. Identify the name of any Information System product which may have been utilized in any underwriting of my data prior to or since the inception of my account to the present time.

38. Identify the name(s) of any underwriters who worked on my data or account.

39. Identify all instances of accesses to any credit reporting agencies with respect to my personal credit data.   Identify the credit reporting agency (ie. Experian), date, time, data accessed AND the identity of the person who authorized the access to my personal credit data.

40. Has your company automated 'access' to credit reporting data by including 'code' in any of your software products? What is the name of this system?

41. What are the business rules which would trigger the 'access' to a credit reporting agency?   (ie would a late payment cause any access to a credit bureau?)

42. What are the business rules which would cause negative data to be reported to a credit bureau?

43. Identify the dates/times when negative data on my account was reported to a credit bureau. Identify the credit bureau. Provide a computer listing of the negative reporting on my account to any credit bureau.

44. Provide any documents which I may have signed which would authorize your company to access my personal credit data in relation to the above account OR any prior accounts I may have had with your company.

45. What is the date your company obtained physical possession of the original mortgage note? Was your company in possession of the original mortgage note in June 2007? (yes or no) In January 2008? (yes or no).

Please provide me with the documents. I have requested detailed answers to each of questions within a lawful time frame. Upon receipt of the documents and answers, an exam and audit will be conducted that may lead to a further document request and answers to questions under an additional RESPA Qualified Written Request letter.

Copies of this Qualified Written Request, Validation of Debt, TILA and request for accounting and legal records, Dispute of Debt letter are being sent to FTC, HUD, Thrift Supervision, and all relevant state and federal regulators; and other consumer advocates; and my congressman.

It is my hope that you answer this RESPA request in accordance with law and the questions, documents and validation of debt in total and correct abuses or schemes uncovered and documented. I look forward to hearing from you on this matter soon.

Very truly yours,

Anita B. Carr, TR
11801 BLOOMINGTON WAY
DUBLIN, CA 94568
310-425-6224