Shelby-County    )
                 ) A.S.:
Tennessee-State  )

# Affidavit-Of-Truth

For the knowing of the men and women of Cedric-Muhammad duly-affirming, deposing, and saying of the all of the presents of the stating-herein with the first-hand-knowledge of the True, correct, and complete: facts with the full-disclosure under the penalty-of perjury.

## The Nature and Cause

### Fraud in the Inducement/Law-Of-Voids

### The Deconstruction of transaction of New Century Mortgage Corporation = a horrific nexus of fraud

1. For the Record, on March 19, 2004, Cedric Muhammad sat down at the closing table at Equity Title and Escrow Company, not owning the property at 1586 Hope St., Memphis, TN 38111 when he sat down at the table, yet all of sudden, Cedric Muhammad miraculously owns the property, free and clear of all encumbrances: otherwise, how could he mortgage it?

2. For the Record, Cedric Muhammad signed an agreement stating inter alia that "for good and valuable consideration, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED," and being fully seized in the property (which means fully owning it without encumbrance). "I, Cedric Muhammad do hereby enter into this agreement to mortgage said property as fully described in this document by virtue of my appointment as trustor and do appoint as trustee irrevocably for this purpose = Equality Title and Escrow."

3. For the Record, a document had been written which clearly stated that the buyer = Cedric Muhammad admits to having received 'Consideration' of some type PRIOR to this point in time in exchange for what? He admits that he owns the property free of all debt, otherwise he could not mortgage it. The escrow company = Equality Title and Escrow agrees with him that the property at this point is free and clear of debt, or else they could not serve as the intermediary fiduciary party certifying these assertions as facts.

4. For the Record, This brings up the very obvious question: If the borrower = Cedric Muhammad already owns the property, why does he need the mortgage, unless he is borrowing money to be used for some other private purpose of his? If he used the property as collateral for the loan, when does he receive the money? Has the borrower, or has any party involved, ever received the money from the mortgagee? **The answer is No!**

## An Overview-Of- the Fraud

5. For the Record, On April 5, 1933, then president Franklin Delano Roosevelt, under Executive Order, issued April 5, 1933, declared: "All persons are required to deliver ON or BEFORE MAY 1, 1933 all GOLD COIN, GOLD BULLION, AND GOLD CERTIFICATES now owned by them to a Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve System." James A. Farley, Postmaster General at that time, required each Postmaster in the Country to post a copy of the Executive Order in a conspicuous place within each branch of the Post Office. On the bottom of the posting was the following:

**CRIMINAL PENALTIES FOR THE VIOLATION OF EXECUTIVE ORDER $10,000 FINE OR 10 YEARS IMPRISONMENT, OR BOTH, AS PROVIDED IN SECTION 9 OF THE ORDER.**

Section 9 of the Order reads as follows: Whosoever willfully violates any provisions of this Executive Order or if these regulations or of any rule, regulation or license issued thereunder may be fined not more than $10,000, or if a natural person, may be imprisoned for not more than 10 years, or both; and any officer, director or agency of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisonment, or both.

Two months after the Executive Order, on June 5, 1933, the Senate and house of Representative, 73rd Congress, 1st session, at 4: 30 p.m. approved House Joint Resolution (HJR) 192: Joint Resolution to suspend the Gold Standard and abrogate the Gold Clause, Joint resolution to assure uniform value to the coins and currencies of the United States (see Exhibit: A). HJR – 192 suspended Public Law replacing it with Public Policy. This eliminated our ability to Pay our debts, allowing only for their DISCHARGE. When we use any Commercial paper (checks, drafts, warrants, federal reserve notes, etc.) and

accept it as **MONEY**, we simply pass the unpaid debt attached to the paper on to others, by way of our purchases and transactions. This unpaid debt, under Public Policy, now carries a Public liability for its collection. In other words all debt is now public.

The United States government, in order to provide necessary goods and services, created a Commercial Bond (promissory note), by pledging the property, labor, life and body of its Citizens, as payment for the debt (bankruptcy). This Commercial Bond made chattel (property) out of every man, woman, and child in the United States. We became nothing more than "human resources" and Collateral for the debt. This was without our knowledge and/or our consent. HOW? It was done through the filing (registration) of our birth certificates! The United States government – actually the elected and appointed administrators of government – took (and still do to this day) certified copies of all our birth certificates and placed them in the United States Department of Commerce as registered securities. These securities, each of which carries an estimated $1,000,000(one million) dollar value, have been (and still are) circulated around the world as Collateral for loans, entries on the asset side of ledgers, etc., Just like any other security, there's just one problem, we didn't authorize it.

Therefore, according to House Joint Resolution 192, 73rd Congress, 1st Session, there is no Quid Pro Quo = Substance for Substance to be used as payment for debt or used in issuing a loan. And according to the Uniform Commercial Codes the only thing that can be used are Commercial Instruments in financial transactions within the United States (see Exhibit: B).

## The Essence of the Fraud

6. For the Record, New Century Mortgage Corporation took the borrower's = Cedric Muhammad's Promissory Note and monetized it by stamping 'Pay to the Order of' on the reverse of the Promissory Note, which was then deposited as cash into a deposit account at a bank. The borrower was never told that this occurred. This 'stamping 'procedure amounts to an Act-Of-Conversion and furthermore, the very Act-Of-Altering a Negotiable Instrument after the signature of the payer or original issuer, VOIDS THE INSTRUMENT. The next thing that transpired, again without the knowledge of the borrower = Cedric Muhammad, is that New Century Mortgage Corporation opened a transaction account based on the cash deposit of the buyer = Cedric Muhammad and from this transaction account, using the bank's name on a bank check, the check was issued to the seller in the agreed amount according to the sale figures. The seller left Equity Title and Escrow Company with check in hand and deposited into his checking account, whereupon his bank balance increased via bookkeeping entry, which the issuing bank's transaction account is debited via a bookkeeping entry. The next step of this fraudulent transaction occurred when New Century Mortgage Corporation, now in possession of a large mortgage obligation, sold this mortgage obligation to a Government-Sponsored Enterprise lender = Fannie Mae(Federal National Mortgage Association) or Freddie Mac(Federal Home Loan Mortgage Corporation).

New Century Mortgage Corporation received full cash payment, again via a simple bookkeeping entry and was appointed the 'servicer' of the loan until they allegedly sold/assigned or transferred the servicing to Barclay's Capital Real Estate doing-business-as HomEq Servicing, Inc (see: Exhibit: C).

Therefore, the buyer = Cedric Muhammad possessed no knowledge that he actually funded his own transaction through his own Promissory Note, and was never told that this was the basis of the entire transaction and that there is still a demand deposit account at the bank from which the check, Cedric Muhammad originated via the transaction account.

## The Injuries to Cedric Muhammad from the Fraud

7. For the Record, Cedric Muhammad did receive the Notice of Assignment, Sale, or Transfer by U.S. Mail from New Century Mortgage Corporation on behalf of and in concert with HomEq Servicing Corporation on July 8, 2004, which shock the conscious of Cedric Muhammad, a recovering open heart surgery patient, of the several serious federal and contract law violations he witnessed, as well as not having any knowledge of or having any part of these alleged contracts, which are only NOTICES concerning him (see: Exhibit: C). This New Century Mortgage Corporation, agents, assigns, et. al horrific Artifice has caused severe **CHONIC STRESS**, Nunc Pro Tunc, May 19, 2004 to the present moment, to an already open heart surgery patient, which led to Hypertension, High Blood Pressure, Congestive Heart Failure, a Heart Transplant, Loss of Employment, Denial of Life Insurance, Threats of Homelessness from Foreclosure Proceedings, a Life of Un-surmountable debt, Loss of ability to acquire Credit, Bad Credit Reports reflecting HomEq Servicing Corporation, Disability, Loss of College Education Investment, as well as Stress on Marriage and Family Relationships that continues to this very moment ( see: Exhibits: D-H).

## Caveat

Non-rebuttal of/or – written: response – to the Affidavit-of-Truth in the same like manner of the stating-herein by any and all party/parties purporting/alleging/proclaiming-to-have a claim against the One, Cedric Muhammad that is sworn/affirmed, subscribed, and verified under penalty-of-perjury affixed therein the rebuttal/written-response within(10)-calendar-days is acting in bad-faith and knowingly, voluntarily, willingly, and intentionally acknowledges/admits confesses participating in a corrupt-enterprise-to-defraud the One.