*Exhibit: D*

# TIME LINE OF EVENTS FOR CEDRIC MUHAMMAD

| | |
|---|---|
| MAY 3, 2003 | OPEN HEART SURGERY PERFORMED TO REMOVE AN 11 CENTIMETER ANEURYSM FROM THE ASCENDING AORTA WITH CARDIOMEGALY.  HE ALSO HAD AN AORTIC VALVE REPLACEMENT WITH A 27 MM ST. JUDE VALVE WITH REIMPLANTATION OF HIS CORONARY ARTERIES, AS WELL AS REPLACEMENT OF THE ASCENDING AORTA WITH A 24 MM HEMASHIELD GRAFT.  POST-OPERATIVELY, HE HAD A PROLONGED HOSPITAL COURSE, WHICH DID REQUIRE TRACHEOSTOMY, AS WELL AS A PERIOD OF HEMODIALYSIS AND INSERTION OF A BIVENTRICULAR PACEMAKER. |
| JUNE 10, 2003 | RELEASED FROM THE HOSPITAL |
| APRIL 15, 2003 | FOUND TO BE DISABLED BY THE SSA BEGINNING THIS DATE |
| JULY 16, 2003 | REFERRAL FOR THERAPEUTIC ASSESSMENT MADE AND EXERCISE BEGAN |
| AUG 27, 2003 | SURGERY PERFORMED AT METHODIST HOSPITAL— NORTH TO REMOVE INFECTION IN THE ORIGINAL SURGICAL SITE |
| SEPT 5, 2003 | DISCHARGED FROM METHODIST HOSPITAL--NORTH |
| OCT. OF 2003 | BEGAN EXERCISING REGULARLY AND TEACHING TAEKWONDO AT TAEKWONDO UNIVERSITY, HICKORY HILL, MEMPHIS, TN 38115 |
| DEC OF 2003 | UNABLE TO CONTINUE TO WORK |
| DEC 15, 2004 | BEGAN TO WORK FOR CHURCH HEALTH CENTER |
| FEB 07, 2005 | DUE TO HEALTH PROBLEMS, LEFT WORK AROUND THIS TIME |
| FEB OF 2004 | DENIED LIFE INSURANCE BY BLUE CROSS/BLUE SHIELD |
| SEPT 8, 2004 | TN DEPT. OF HS/DIVISION OF REHAB SERVICES ISSUED A PLAN FOR EMPLOYMENT |

| | |
|---|---|
| NOV 09, 2005 | ADMITTED INTO METHODIST UNIVERSITY HOSPITAL TO TREAT CONGESTIVE HEART FAILURE |
| NOV 11, 05 | REMOVAL OF PACEMAKER SYSTEM & INSERTION OF PACEMAKER WITH A DEFIBRILATOR |
| NOV 15, 2005 | RELEASED FROM METHODIST UNIVERSITY |
| FEB 7, 2006 | PERMANENTLY DISABLED CONFIRMED BY THE STATE OF TN DEPT. OF SAFETY |
| JAN 13, 2006 | ADMITTED INTO BAPTIST MEMORIAL HOSPITAL WHILE WAITING FOR A HEART FOR A TRANSPLANT |
| FEB 9, 2006 | HEART TRANSPLANT PERFORMED |
| FEB 20, 2006 | DISCHARGED FROM BAPTIST MEMORIAL HOSPITAL |
| MARCH 07, 2006 | BIOPSY OF HEART LINING |
| JAN 03, 2007 | ADMITTED INTO BAPTIST MEMORIAL HOSPITAL FOR A STEROID-INDUCED HYPERGLYCEMIA |
| JAN 08, 2007 | RELEASED FROM BAPTIST MEMORIAL HOSPITAL |
| FEB 20, 2007 | ADMITTED INTO BAPTIST MEMORIAL HOSPITAL FOR A COLD---UNSURE OF RELEASE DATE |
| JUNE 29, 2007 | BIOPSY OF HEART LINING |
| JULY 06, 2007 | ADMITTED INTO BAPTIST MEMORIAL HOSPITAL— UNSURE OF SYMPTOMS AND REASON FOR ADMITTANCE |
| JULY 18, 2007 | ESTIMATED DATE OF DISCHARGE FROM BAPTIST MEMORIAL HOSPITAL |
| OCT 29, 2007 | BIOPSY OF HEART LINING |
| NOV 28, 2007 | BIOPSY OF HEART LINING |
| DEC 08, 2007 | BIOPSY OF HEART LINING |
| JAN 02, 2008 | BIOPSY OF HEART LINING |
| SEPT 29, 2008 | BIOPSY OF HEART LINING |

# DOCTOR'S VISITS

05/04/03    **DR.EDMOND W. OWEN, JR**. (REMOVED ANEURYSM)  **H1**
            THORACIC AND CARDIOVASCULAR SURGERY
            POB 241514, MEMPHIS, TN 38124
05/15/03    (INSERTED PERMANENT PACEMAKER)
05/15/03    (TRACHEOSTOMY)
08/20/03    (OUTPATIENT VISIT)
09/02/03    (DRAINED INFECTION FROM PREVIOUS SURGICAL WOUND) **H2**

11/23/05    **DR. C.J. HALL** (OFFICE VISIT)
            THE HODGES GROUP, 1325 EASTMORELAND,
            SUITE #450, MEMPHIS, TN 38104
12/05/05     (OFFICE VISIT)

11/09/05    **DR. ERIC HUTCHINS** (X-RAY)
            MEMPHIS RADIOLOGICAL PC
            POB 341327, BARTLETT, TN 38184

11/09/05    **DR. LAWRENCE W. WHITLOCK** (ELECTROCARDIOGRAM)
            METHODIST HEALTHCARE MEMPHIS
            POB 341536, BARTLETT, TN 38184

11/11/05    **DR. JON A. ROBERTS** (X-RAY)
            MEMPHIS RADIOLOGICAL PC
            POB 341327, BARTLETT, TN 38184

11/09/05    **DR. HANEY HABASCHY** (HOSPITAL CARE)  **H1**
            OFFICE OF INTERNAL MEDICINE
            1325 EASTMORELAND, MEMPHIS, TN 38104
11/11/05    (HOSPTIAL CARE)
11/14/05    (HOSPITAL CARE)
11/15/05    (HOSPITAL CARE)—DISCHARGE DAY
11/22/05    (OUTPATIENT VISIT)
11/25/05    (OUTPATIENT VISIT)

11/12/05    **DR. PAUL H. DANG** (HOSPITAL CARE)  **H1**
            SOUTHWIND MEDICAL SPECIALIST
            POB 1000, DEPT. 362, MEMPHIS, TN 38148

| | |
|---|---|
| 11/13/05 | (HOSPITAL CARE) **H1** |

| | |
|---|---|
| 09/27/05 | **DR. AJAY DALAAL** (HOSPITAL CARE)   **H1** |
| | SOUTHERLAND CLINIC, INC. |
| | SUITE 460, 1325 EASTMORELAND |
| | MEMPHIS, TN 38104 |
| 11/09/05 | (INPATIENT CONSULTATION) |
| 11/10/05 | (HOSPTIAL CARE)   **H1** |
| 11/11/05 | (HOSPITAL CARE)   **H1** |
| 11/13/05 | (HOSPITAL CARE)   **H1** |
| 11/14/05 | (HOSPITAL CARE)   **H1** |
| 01/04/06 | (OUTPATIENT VISIT) |

| | |
|---|---|
| 11/09/05 | **DR. JAMES T. LITZOW** (HOSPITAL CARE)    **H1** |
| | SUTHERLAND CLINIC, INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 11/11/05 | (REMOVAL OF PACEMAKER SYSTEM & INSERTION |
| | OF PACEMAKER—DEFIB) |
| 11/14/05 | (HOSPITAL CARE)   **H1** |
| 11/15/05 | (ANALYZE HEART PACE DEVICE) |

| | |
|---|---|
| 11/12/05 | **DR. EDUARDO V. BASCO** (HOSPITAL CARE)   **H1** |
| | SUTHERLAND CLINIC, INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 11/13/05 | (HOSPITAL CARE)   **H1** |

| | |
|---|---|
| 11/12/05 | **DR. GALEN G. VAN WYHE** (HOSPTIAL CARE)   **H1** |
| | SUTHERLAND CLINIC INC. |
| | SUITE 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |

| | |
|---|---|
| 12/01/05 | **METHODIST HEALTHCARE MEMPHIS** (LABS) |
| | 1300 WESLEY DRIVE, MEMPHIS, TN 38116 |

| | |
|---|---|
| 12/01/05 | **DR. TIMOTHY B. DONOVAN** (PROFESSIONAL CHARGE) |
| | MEMPHIS RADIOLOGICAL PC |
| | POB 341327, BARTLETT, TN 38184 |

| | | |
|---|---|---|
| 01/11/06 | **DR. KENNETH GROSHART** (X-RAY) | |
| | PGM PATHOLOGY GROUP OF MEMPHIS | |
| | POB 654, MEMPHIS, TN 38159 | |
| 01/27/06 | (X-RAY) | |
| 11/20/06 | (X-RAY) | |


01/13/06    **DR. ANDREW T. WATSON** (HOSPITAL STAY)    **H3**
            SUTHERLAND CLINIC INC.
            STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104
01/17/06    (CATHETERS INSERTED INTO HEART)
11/17/06    (HOSPITAL CARE)    **H3**
11/18/06    (HOSPITAL CARE)    **H3**
11/19/06    (HOSPITAL CARE)    **H3**
11/20/06    (HOSPITAL CARE)    **H3**
02/02/06    (HOSPITAL CARE)    **H3**
02/03/06    (HOSPITAL CARE)    **H3**
02/04/06    (HOSPITAL CARE)    **H3**
02/05/06    (HOSPITAL CARE)    **H3**
02/06/06    (HOSPITAL CARE)    **H3**
02/07/06    (HOSPITAL CARE)    **H3**
02/08/06    (HOSPITAL CARE)    **H3**
02/09/06    (HOSPITAL CARE)    **H3**
02/10/06    (HOSPITAL CARE)    **H3**
02/11/06    (HOSPITAL CARE)    **H3**
02/12/06    (HOSPITAL CARE)    **H3**
02/13/06    (HOSPITAL CARE)    **H3**
02/14/06    (HOSPITAL CARE-BIOPSY OF HEART LINING)    **H3**
02/15/06    (HOSPITAL CARE)    **H3**
02/16/06    (HOSPITAL CARE)    **H3**
02/20/06    (HOSPITAL CARE-DISCHARGE DAY)    **H3**
03/07/06    (BIOPSY OF HEART LINING)    **H3**
01/03/07    (HOSPITAL CARE)    **H3**
01/04/07    (HOSPITAL CARE)    **H3**
01/05/07    (HOSPITAL CARE)    **H3**
01/06/07    (HOSPITAL CARE)    **H3**
01/07/07    (HOSPITAL CARE)    **H3**
02/19/07    (HOSPITAL CARE)    **H3**
02/20/07    (HOSPITAL CARE)    **H3**
02/21/07    (HOSPITAL CARE)    **H3**
06/29/07    (BIOPSY OF HEART LINING)    **H3**
10/29/07    (BIOPSY OF HEART LINING)    **H3**

| | | |
|---|---|---|
| 01/14/06 | **DR. MICHAEL MCDONALD** (HOSPITAL CARE) **H3** | |
| | SPEC CLINIC FOR BLOOD | |
| | 1000 DEPT. 248, MEMPHIS, TN 38148 | |
| 01/15/06 | (HOSPITAL CARE) | **H3** |
| 01/16/06 | (HOSPITAL CARE) | **H3** |
| 01/17/06 | (HOSPITAL CARE) | **H3** |
| 01/18/06 | (HOSPITAL CARE) | **H3** |
| 01/19/06 | (HOSPITAL CARE) | **H3** |
| 01/20/06 | (HOSPITAL CARE) | **H3** |
| 01/21/06 | (HOSPITAL CARE) | **H3** |
| 01/25/06 | (HOSPITAL CARE) | **H3** |
| 01/26/06 | (HOSPITAL CARE) | **H3** |
| 01/27/06 | (HOSPITAL CARE) | **H3** |
| 01/28/06 | (HOSPITAL CARE) | **H3** |
| 01/29/06 | (HOSPITAL CARE) | **H3** |
| 01/30/06 | (HOSPITAL CARE) | **H3** |
| 01/31/06 | (HOSPITAL CARE) | **H3** |
| 02/01/06 | (HOSPITAL CARE) | **H3** |
| 02/02/06 | (HOSPITAL CARE) | **H3** |
| 02/03/06 | (HOSPITAL CARE) | **H3** |
| 02/04/06 | (HOSPITAL CARE) | **H3** |
| 02/05/06 | (HOSPITAL CARE) | **H3** |
| 02/06/06 | (HOSPITAL CARE) | **H3** |
| 02/07/06 | (HOSPITAL CARE) | **H3** |
| 02/08/06 | (HOSPITAL CARE) | **H3** |
| 02/09/06 | (HOSPITAL CARE) | **H3** |
| 02/10/06 | (HOSPITAL CARE) | **H3** |
| 02/11/06 | (HOSPITAL CARE) | **H3** |
| 02/12/06 | (HOSPITAL CARE) | **H3** |
| 02/13/06 | (HOSPITAL CARE) | **H3** |
| 02/14/06 | (HOSPITAL CARE) | **H3** |
| 02/15/06 | (HOSPITAL CARE) | **H3** |
| 02/16/06 | (HOSPITAL CARE) | **H3** |
| 02/17/06 | (HOSPITAL CARE) | **H3** |
| 02/18/06 | (HOSPITAL CARE) | **H3** |
| 02/19/06 | (HOSPITAL CARE) | **H3** |
| 09/29/08 | (BIOPSY OF HEART LINING) | **H3** |

| | | |
|---|---|---|
| 01/16/06 | **DR. CAROLYN M. CHESNEY** (BLOOD PLATELETT AGGRE.) | |
| | PGM PATHOLOGY GP OF MEMPHIS | |
| | POB 354, MEMPHIS, TN 38159 | |
| 01/25/06 | (PROFESSIONAL SERVICE) | |

| | |
|---|---|
| 01/27/06 | (PROFESSIONAL SERVICE) |
| 02/14/07 | (PROFESSIONAL SERVICE) |
| 02/20/07 | (PROFESSIONAL SERVICE) |

| | |
|---|---|
| 01/17/06 | **DR. ALLEN TONKIN** (X-RAY) |
| | MID-SOUTH IMAGING & THERA. |
| | POB 2121, MEMPHIS, TN 38159 |
| 01/23/06 | (X-RAY) |
| 01/24/06 | (X-RAY) |

| | |
|---|---|
| 01/20/06 | **C.P. W.E. AMOS** (PROFESSIONAL SERVICE) |
| | OPTIMUM BEHAVIORAL HEALTH INC. |
| | POB 579, OLIVE BRANCH, MS 38654 |
| 02/08/06 | (PROFESSIONAL SERVICE) |

| | |
|---|---|
| 01/22/06 | **DR. MIGUEL H. RODRIGUEZ** (EMERGENCY ROOM VISIT) **H3** |
| | SE EMERGENCY PHYSICIANS |
| | POB 634706, CINCINNATI, OH 45263 |
| 07/06/07 | (EMERGENCY ROOM VISIT)   **H3** |

| | |
|---|---|
| 01/25/06 | **DR. JOE KIRSLE, JR.** (X-RAY) |
| | MID-SOUTH IMAGING |
| | POB 2121, MEMPHIS, TN 38159 |
| 01/22/06 | (X-RAY) |
| 01/24/06 | (X-RAY) |
| 01/25/06 | (X-RAY) |
| 01/26/06 | (X-RAY) |
| 01/29/06 | (X-RAY) |
| 01/30/06 | (X-RAY) |
| 01/31/06 | (X-RAY) |
| 02/03/06 | (X-RAY) |
| 02/04/06 | (X-RAY) |
| 02/05/06 | (X-RAY) |
| 02/07/06 | (X-RAY) |
| 02/08/06 | (X-RAY) |
| 02/09/06 | (X-RAY) |
| 02/11/06 | (X-RAY) |
| 02/12/06 | (X-RAY) |

| | |
|---|---|
| 02/14/06 | (X-RAY) |
| 02/15/06 | (X-RAY) |
| 02/16/06 | (X-RAY) |
| 02/17/06 | (X-RAY) |
| 02/18/06 | (X-RAY) |
| 02/19/06 | (X-RAY) |
| 02/20/06 | (X-RAY) |
| 01/05/07 | (X-RAY) |
| 02/19/07 | (X-RAY) |

01/19/06    **DR. LLOYD THOMAS, JR.** (CHEST X-RAY)
           MID-SOUTH IMAGING & THERAPEUTICS, PC
           POB 2121, MEMPHIS, TN 38159
05/02/06    (CHEST X-RAY)

01/19/06    **DR. MICHAEL WILSONS** (PROFESSIONAL CHARGE)
           BAPTIST MEMORIAL HOSPITAL
           350 N. HUMPHREYS BLVD, MEMPHIS, TN 38120

01/19/06    **DR. TODD D. EDWARDS** (PROFESSIONAL CHARGE)
           BAPTIST MEMORIAL HOSPITAL
           350 N. HUMPHREYS BLVD, MEMPHIS, TN 38120

01/22/06    **DR. MAHIR R. AWDEH** (ELECTROCARDIOGRAM REPORT)
           BAPTIST MEMORIAL HOSPITAL
           350 N. HUMPHREYS BLVD, MEMPHIS, TN 38120
01/27/07    (ELECTROCARDIOGRAM REPORT)
07/06/07    (ELECTROCARDIOGRAM REPORT)
11/27/07    (ELECTROCARDIOGRAM REPORT)

01/23/06    **DR. PAUL G. HESS** (ECHO EXAM)
           BAPTIST MEMORIAL HOSPITAL
           350 N. HUMPHREYS BLVD, MEMPHIS, TN 38120
11/20/06    (ECHO EXAM)

| | |
|---|---|
| 01/28/06 | **DR. NILOOFAR M. BAYMILLER** (HOSPITAL CARE) **H3** |
| | 641 RIDGE PEAKS DR., COLLIERVILLE, TN 38017 |
| 02/17/06 | (HOSPITAL CARE) **H3** |
| 02/19/06 | (HOSPITAL CARE) **H3** |
| | |
| 01/28/06 | **DR. LISA YOUNG** (HOSPITAL CARE) **H3** |
| | SUTHERLAND CLINIC INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 01/29/06 | (HOSPITAL CARE) **H3** |
| | |
| 02/09/06 | **DR. WILLIAM FUNDERBURG, JR.** (HEART TRANSPLANT) **H3** |
| | METROPOLITAN ANESTHESIA |
| | POB 1000, DEPT. 208, MEMPHIS, TN 38148 |
| | |
| 02/09/06 | **DR. JONATHAN WAXMAN** (HEART TRANSPLANT) **H3** |
| | CARDIOVASCULAR SURGERY CENTER |
| | POB 638, MEMPHIS, TN 38101 |
| | |
| 02/09/06 | **DR. RUSSELL A. CARTER** (HEART TRANSPLANT) **H3** |
| | BAPTIST MEMORIAL HOSPITAL |
| | POB 1000, DEPT. 157, MEMPHIS, TN 38148 |
| 02/07/06 | (INSERTION OF HEART CATHETER) **H3** |
| 07/18/07 | (HOSPITAL CARE) **H3** |
| 11/12/07 | (OFFICE VISIT) |
| 11/28/07 | (BIOPSY OF HEART LINING) **H3** |
| 12/08/07 | (BIOPSY OF HEART LINING) **H3** |
| 01/02/08 | (BIOPSY OF HEART LINING) **H3** |
| | |
| 02/11/06 | **DR. ELLIS G. REEF** (HEART EXAM) |
| | BAPTIST MEMORIAL HOSPITAL |
| | 350 N. HUMPHREYS BLVD., MEMPHIS, TN 38120 |
| 02/21/07 | (HEART EXAM) |
| 06/29/07 | (HEART EXAM) |
| 11/28/07 | (HEART EXAM) |
| 01/02/08 | (HEART EXAM) |

| | |
|---|---|
| 02/11/06 | **DR. SANJEEV K. MITTAL** (HOSPITAL CARE) **H3** |
| | MITTAL KIDNEY & DIALYSIS |
| | POB 1000, DEPT. 545, MEMPHIS, TN 38148 |
| 02/12/06 | (HOSPITAL CARE) **H3** |

| | |
|---|---|
| 02/11/06 | **DR. STEVEN L. ADKINS** (HOSPITAL CARE) **H3** |
| | SUTHERLAND CLINIC INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 12/12/06 | (HOSPITAL CARE) **H3** |

| | |
|---|---|
| 02/14/06 | **TUMBULL LABORATORIES, LLC.** (LABS) |
| | POB 1000, DEPT. 303, MEMPHIS, TN 38148 |
| 11/20/06 | (LABS) |

| | |
|---|---|
| 02/17/06 | **DR. DAVID G. STEWART** (HOSPITAL CARE) **H3** |
| | SUTHERLAND CLINIC INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |

| | |
|---|---|
| 02/18/06 | **DR. KEITH ANDERSON** (HOSPITAL CARE) **H3** |
| | SUTHERLAND CLINIC, INC. |
| | STE. 460, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 02/19/06 | (HOSPITAL CARE) **H3** |

| | |
|---|---|
| 02/14/06 | **DR. STEVEN S. GUBIN** (HEART ECHO) |
| | BAPTIST MEMORIAL HOSPITAL |
| | 350 N. HUMPHREYS BLVD., MEMPHIS, TN 38120 |
| 02/18/06 | (HEART ECHO) |
| 09/30/08 | (HEART ECHO) |

| | |
|---|---|
| 05/15/06 | **DR. GLENN J. WILLIAMS** (INSERTION OF CHEST TUBE) **H3** |
| | MID-SOUTH PULMONARY SPECIALISTS |
| | SUITE 800, 5050 POPLAR AVE, MEMPHIS, TN 38157 |
| 05/17/06 | (HOSPITAL CARE) **H3** |

| | |
|---|---|
| 07/06/07 | (CHEST X-RAY) |
| 07/18/07 | (CHEST X-RAY) |
| 08/16/07 | (CHEST X-RAY) |
| 11/27/07 | (CHEST X-RAY) |

| | |
|---|---|
| 07/06/07 | **DR. IMAD OMER** (HOSPITAL CARE)   **H3** |
| | TRUMBULL LABORATORIES |
| | POB 1000, DEPT. 303, MEMPHIS, TN 38148 |
| 07/07/07 | (HOSPITAL CARE)   **H3** |
| 07/08/07 | (HOSPITAL CARE)   **H3** |
| 02/20/07 | (HOSPITAL CARE)   **H3** |

| | |
|---|---|
| 07/06/07 | **DR. EUGENE C. SCOBEY, JR.** (HOSPITAL CARE) **H3** |
| | POB 1000 DEPT. 417, MEMPHIS, TN 38148 |
| 07/07/07 | (HOSPITAL CARE)   **H3** |
| 07/08/07 | (HOSPITAL CARE)   **H3** |

| | |
|---|---|
| 11/28/07 | **DR. WILLIAM P. FLOWERS** (HEART CATHETERIZATION) **H3** |
| | METROPOLITAN ANESTHESIA ALLIANCE |
| | POB 1000, DEPT. 208, MEMPHIS, TN 38148 |
| 01/02/08 | (HEART CATHETERIZATION)   **H3** |

| | |
|---|---|
| 09/29/08 | **DR. JOHN BUCHIGNANI, JR.** (PROFESSIONAL SERVICE) |
| | MID-SOUTH IMAGING & THERA. |
| | POB 5083, MEMPHIS, TN 38101 |

| | |
|---|---|
| 09/29/08 | **DR. OTIS S. WARR, III** (ELECTROCARDIOGRAM REPORT) |
| | BAPTIST MEMORIAL HOSPITAL |
| | POB 1000, DEPT. 157, MEMPHIS, TN 38148 |
| 12/28/08 | (ELECTROCARDIOGRAM REPORT) |

| | |
|---|---|
| 09/30/08 | **DR. PHALGUN J. PATEL** (ANESTHESIA, CATHETERIZE HEART) |
| | METROPOLITAN ANESTHESIA ALLIANCE |
| | POB 1000, DEPT. 208, MEMPHIS, TN 38148 |

| 06/29/06 | **DR. PHILIP M. FURR** (OUTPATIENT VISIT) |
| | 920 MADISON AVE, STE. 605, MEMPHIS, TN 38103 |
| 11/06/06 | (OUTPATIENT VISIT) |
| 12/07/06 | (OUTPATIENT VISIT) |

| 11/20/06 | **DR. CRAIG LIPMAN** (CHEST X-RAY) |
| | MID-SOUTH IMAGING & THERAPEUTICS |
| | POB 2121, MEMPHIS, TN 38159 |

| 01/03/07 | **DR. WILLIAM C. SUMMERS** (INPATIENT CONSULTATION) **H3** |
| | THRELDELD & THRELKELD |
| | STE. 200, 5210 POPLAR AVE., MEMPHIS, TN 38119 |
| 01/06/07 | (HOSPITAL CARE) **H3** |
| 01/07/07 | (HOSPITAL CARE) **H3** |

| 01/03/07 | **DR. MOHAMAD N. QURESHI** (HOSPITAL CARE) **H3** |
| | KASHIF A. LATIF, POB 1000, DEPT. 432, MEMPHIS, TN 38148 |
| 01/05/07 | (HOSPITAL CARE) **H3** |
| 01/07/07 | (HOSPITAL CARE) **H3** |
| 01/22/07 | (OUTPATIENT VISIT) |

| 02/20/07 | **DR. WILLIAM C. GIBSON** (HOSPITAL CARE) **H3** |
| | MEMPHIS SURGERY ASSOCIATES |
| | STE. 580, 1325 EASTMORELAND, MEMPHIS, TN 38104 |
| 02/21/07 | (HOSPITAL CARE) **H3** |

| 06/29/07 | **DR. JOHNNIE C. HALL** (LABS) |
| | PGM PATHOLOGY GROUP |
| | POB 1000, DEPT. 539, MEMPHIS, TN 38148 |
| 11/28/07 | (LABS) |
| 09/30/08 | (LABS) |

| 06/29/07 | **DR. SCOT SHERWOOD** (CHEST X-RAY) |
| | MID-SOUTH IMAGING & THERA. |
| | POB 2121, MEMPHIS, TN 38159 |

# HOSPITALS ADMITTEND INTO:

H1=          **METHODIST UNVERSITY HOSPITAL**
             1265 UNION AVENUE
             MEMPHIS, TN 38104

             DATES ADMITTED:

             05/03/03
             11/09/05

H2=          **METHODIST HOSPITAL NORTH**
             3960 NEW COVINGTON PIKE
             MEMPHIS, TN 38128

             DATES ADMITTED
             08/20/03

H3=          **BAPTIST MEMORIAL HOSPITAL**
             6019 WALNUT GROVE
             MEMPHIS, TN 38120

             DATES ADMITTED:

             07/18/07
             02/21/06
             03/07/06
             03/17/06
             04/04/06
             06/06/06
             05/02/06
             01/13/06
             05/12/06
             07/06/07
             01/22/06
             02/05/06
             04/26/06
             01/23/06
             05/21/06
             01/22/06
             02/24/06
             11/27/07

## <u>LIST OF DRUGS TAKEN BY CEDRIC MUHAMMAD</u>
### (THIS LIST IS INCOMPLETE)

FUROSEMIDE 40 M.G.T.
VALCYTE 450 M.G.T.
CLONIDINE HCL 0.1 M.G.T.
POTASSIUM CL 20 MEQ TAB SA
GENGRAF 100 M.G.
HYDRALAZINE 50 M.G.T.
CLONIDINE HCL 0.2 M.G.T.
COREG 12.5 M.G.T.
ZOFRAN 4 M.G.T.
ETHAMBUTOL HCL 400 M.G.T.
CELLCEPT 500 M.G.T.
SULFAMETHOXAZOLE 1 TMP SS TABLET
CARVEDILOL 25 M.G.T.
PREDNISONE 10 M.G.T.
STARLIX 120 M.G.T.
CLARITHROMYCIN 500 M.G.T.
LEVAQUIN 750 M.G.T.
VALTREX 1 GM
NYSTATIN 100,000 UNITS/ML SUSP.
VALCYTE 450 MG
ASPRIN 81 MG
BIAXIN 500 MG
PEPCID 20 MG
OS-CAL
BACTRIM 80 MG
MAG-OXIDE 800 MG
LASIX 40 MG
LIPITOR 20 MG.
FISH OIL 1000 MG
TOPROL 150 MG.
LOTENSIN 5 MG.
SPIRONOLACTONE 25 MG.
DIGOXIN .25 MG.
COUMADIN

## <u>PHARMACIES USED (THIS LIST IS INCOMPLETE):</u>
WAL-MART PHARMACY
2856 HICKORY HILL EXT, MEMPHIS, TN 38115
BIOSCRIP PHARMACY
1424 UNION AVE., MEMPHIS, TN 38104
WALGREENS PHARMACY
PARK AVE., MEMPHIS, TN 38111

# DOCTORS BILLS



1410 Industrial Park Rd. Paris TN 38242
(731) 644-9551 • (800) 748-3074

December 10, 2007

MSCB, INC.
PO Box 1567
Paris TN 38242-1567

#BWNHRMD    0253999    0002595
#1210 1351 0002 5954#    05122321-040

Cedric B Muhammad
1586 Hope St
Memphis TN 38111-5008

Account # 05122321
Total Amount Due: $ 992.00
(SEE ITEMIZATION BELOW)

---

·····    ***Detach Upper Portion and Return with Payment***

Since our previous collection attempts have been ignored, this will be our last contact with you before your file is subject to a "Consumer Failed To Respond Status".

## FINAL WARNING! ACT NOW!!!

To avoid further action, please pay the account(s) listed below in full or call without further delay.  Failure to respond to this notice could result in our recommendation that you be named defendant in a lawsuit for the above amount plus, court cost, and attorney fees, where applicable.

Our phones are answered from 8:00 AM – 8:00 PM Monday through Thursday and 8:00 AM to 7:00 PM on Friday.

Sincerely,

MSCB, INC.

This is an attempt to collect a debt, by a debt collector.  Any information obtained will be used for that purpose.

This agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**CREDITORS:**                **Account #:**              **Amount Due:**
BMH-MEMPHIS(SP-MC)           0700300743                  992.00

IDAKS1269040      12/10/2007                              **Total Amount Due: $ 992.00**


PO Box 638
Paris, TN 38242-0638
ADDRESS SERVICE REQUESTED


## BAPTIST
Memorial Hospital
Memphis
Phone: 1-800-844-3919

May 20, 2008

ACCOUNTS RECEIVABLE MANAGEMENT SERVICES
PO Box 638
Paris TN 38242-0638

#BWNHRMD    0320330    0004370
#0520 1336 0004 3707#    06045869-932

Cedric B Muhammad
1586 Hope St
Memphis TN 38111-5008

Account # 0733200262
Total Amount Due: $ 398.92

---

***Detach Upper Portion and Return with Payment***

Your Account With:   BMH-MEMPHIS
Account #:           0733200262
Balance Due:         $398.92
For:                 MUHAMMAD,CEDRIC B
Date of Service:     11/28/07

Dear Cedric B Muhammad:

We at Baptist Memorial Hospital have engaged Accounts Receivable Management Services (A.R.M.S.) to assist in monitoring your account. Accounts Receivable Management Services is an accounts management company whose purpose is to help you resolve your account. As of the date of this letter, A.R.M.S. has not received a response from you.

In reviewing our records, it appears that your account (listed at the top of this page) still has a balance remaining. Our records indicate that there are no pending third party payments and the responsibility for payment rests upon you. If you have questions, please call A.R.M.S. at 1-800-844-3919. A representative with A.R.M.S. will be on hand to assist you Monday through Thursday 8:00 AM to 8:00 PM and Friday 8:00 AM to 7:00 PM.

If there are no pending third party payments then this account is due and payable at this time. Please call A.R.M.S. at 1-800-844-3919 if you have questions or SEND PAYMENT IN FULL TO:

ACCOUNTS RECEIVABLE MANAGEMENT SERVICES
PO Box 638
Paris TN 38242-0638

>>>>> PLEASE INCLUDE AGENCY ID # 06045869 WITH YOUR PAYMENT<<<<<

Again, thank you for your business and cooperation!

Sincerely,

*Baptist Memorial Hospital of Memphis*

IDAKS1269932    5/20/2008


PO Box 638
Paris, TN 38242-0638
ADDRESS SERVICE REQUESTED



# BAPTIST
Memorial Hospital
Memphis
Phone: 1-800-844-3919

May 29, 2008

ACCOUNTS RECEIVABLE MANAGEMENT SERVICES
PO Box 638
Paris TN 38242-0638

#BWNHRMD    0219528    018950759
#0529 1521 0003 4793#    06131629-796

Cedric B Muhammad
1586 Hope St
Memphis TN 38111-5008

Account # 0800200102
Total Amount Due: $ 270.32

---

***Detach Upper Portion and Return with Payment***

| | |
|---|---|
| Your Account With: | BMH-MEMPHIS |
| Account #: | 0800200102 |
| Balance Due: | $270.32 |
| For: | MUHAMMAD,CEDRIC B |
| Date of Service: | 01/02/08 |

Dear Cedric B Muhammad:

Thank you for choosing Baptist Memorial Hospital as your healthcare provider.  In reviewing our records it appears that your account listed at the top of this page has a balance remaining.

We have reviewed our records and they indicate that there are no pending third party payments and the responsibility for payment rests upon you. If your records indicate that this is incorrect, please call Accounts Receivable Management Services (A.R.M.S.) at 1-800-844-3919. A.R.M.S. is an accounts management company we use to assist us and you in resolving your account. Their representatives will be friendly and courteous. Their office hours are 8:00 AM to 8:00 PM Monday through Thursday and 8:00 AM to 7:00 PM on Friday.

If there are no pending third party payments then this account is due and payable at this time.  Please call A.R.M.S. at 1-800-844-3919 if you have questions or SEND PAYMENT IN FULL TO:

ACCOUNTS RECEIVABLE MANAGEMENT SERVICES
PO Box 638
Paris TN 38242-0638

>>>>> PLEASE INCLUDE AGENCY ID # 06131629 WITH YOUR PAYMENT<<<<<

Again, thank you for your business and cooperation!

Sincerely,

*Baptist Memorial Hospital of Memphis*

1DAKS1269796        5/29/2008

# ◯BAPTIST
MEMPHIS

6019 Walnut Grove Rd, Memphis, TN 38120

ADDRESS SERVICE REQUESTED

| E   200143 200143     001037L | | |
|---|---|---|
| FOR THE ACCOUNT OF | | STATEMENT DATE |
| E0733200262    CEDRIC B MUHAMMAD | | 03/10/08 |
| PATIENT INFORMATION | | |
| E0733200262    CEDRIC B MUHAMMAD | | |

IF PAYING BY CREDIT CARD, CHECK BELOW AND SEE REVERSE SIDE.

| PAY THIS AMOUNT | $ | 398.92 |
|---|---|---|
| AMOUNT ENCLOSED | $ | |

□ VISA    □ MASTERCARD    □ DISCOVER    □ AMERICAN EXPRESS

| REMIT TO: | ADDRESSEE: |
|---|---|

BAPTIST MEMPHIS
PO BOX 1000
DEPT 465
MEMPHIS            TN 38148

CEDRIC B MUHAMMAD
1586 HOPE ST
MEMPHIS, TN 38111

953

□ Please check box if above address is incorrect or Insurance information has changed, and indicate change(s) on reverse side.

**DETAIL STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMI

| ACCOUNT NUMBER | PATIENT NAME | ADMIT DATE | DISCHARGE DATE | |
|---|---|---|---|---|
| E0733200262 | CEDRIC B MUHAMMAD | 11/28/07 | 11/28/07 | OPS M2 |

| | | |
|---|---|---|
| 12/03/07 | Billed Balance | 7,751.80 |
| 11/27/07 | ACT PTL TBPLAST TIME | 60.00CR |
| 11/28/07 | IMAGE INTENSIFIER <30 MIN | 148.00CR |
| 12/10/07 | ALLOWANCE-MEDICARE | 5,418.64CR |
| 12/17/07 | ALLOWANCE-MEDICARE | 5,418.64CR |
| 12/19/07 | MCARE PRO FEE PAYMENT | 6.34CR |
| 12/19/07 | MCARE PRO FEE PAYMENT | 53.46CR |
| 12/31/07 | ALLOWANCE-MEDICARE | 5,346.71CR |
| 01/04/08 | ALLOWANCE/MEDICARE PRO FEE | 30.08CR |
| 01/04/08 | ALLOWANCE/MEDICARE PRO FEE | 555.18CR |
| 01/07/08 | MEDICAID TN PAYMENT | 0.00 |
| 01/07/08 | MEDICAID TN PAYMENT | 0.00 |
| 01/07/08 | MEDICAID TN PAYMENT | 0.00 |
| 01/07/08 | MEDICAID TN PAYMENT | 0.00 |
| 02/20/08 | ALLOWANCE-MEDICARE | 3.25CR |
| 02/20/08 | M'CARE PAYMENT | 1,149.86CR |
| | Account Balance | 398.92 |
| | Estimated Insurance Liability | 0.00 |
| | Patient Responsibility | 398.92 |

SUMMARY OF ACCOUNT FOR:

| | |
|---|---|
| BALANCE FORWARD OF ACCOUNT / ACCOUNTS | |
| TOTAL CHARGES AND ADJUSTMENTS | |
| TOTAL INSURANCE PAYMENTS | |
| TOTAL PATIENT PAYMENTS | |
| TOTAL ACCOUNT BALANCE | |
| ESTIMATED INSURANCE LIABILITY | |
| **AMOUNT DUE** | |



# PHARMACY

Bioscrip Pharmacy
14847 Collections Cnt Dr
Chicago IL 60693

IF PAYING BY CREDIT CARD, CHECK BOX AND FILL OUT BELOW.

MASTERCARD ☐    VISA ☐

DISCOVER ☐    AMERICAN EXPRESS ☐

CARD NUMBER | | | | | | | | | | | | | | | | |

NAME ON CARD                          EXP DATE
                                         /

SIGNATURE                          AMOUNT

| STATEMENT DATE | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|
| 10/28/08 | − 1540582 | 50.94 |

| DUE DATE | 11/12/08 | SHOW AMOUNT PAID HERE | $ |
|---|---|---|---|

Cedric Muhammad
1586 HOPE ST.
MEMPHIS TN 38111-5008

Bioscrip Pharmacy
14847 Collections Cnt Dr
Chicago IL 60693

☐ Please check box if address or insurance information is incorrect. Indicate changes on the reverse side, then detach and return this top portion with your payment.

RETURN PAYMENT AND TOP PORTION OF STATEMENT IN THE ENVELOPE ENCLOSED. PLEASE INCLUDE ACCOUNT # ON YOUR CHECK.

| RX # | TRANSACTION DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 84920 | 07/10/07 | Cellcept 500mg | 45.34 | | 45.34 |
| 84920 | 01/04/08 | Cellcept 500mg | 5.60 | | 5.60 |

| ACCOUNT # | CURRENT | 30 DAYS | OVER 60 | DUE DATE | ACCOUNT BALANCE | 1,357.13 |
|---|---|---|---|---|---|---|
| − 1540582 | 0.00 | 0.00 | 50.94 | 11/12/08 | INSURANCE PENDING | 1,306.19 |

| PATIENT NAME | FOR BILLING QUESTIONS PLEASE CALL: | BALANCE DUE | 50.94 |
|---|---|---|---|
| Cedric Muhammad | (800) 638-3784 | | |

**MESSAGE:** *An additional fee of $35.00 will be assessed to your account should a check be returned for any reason.*

bio scrip

# Cardiovascular Surgery Clinic. PLLC

PO Box 638
Memphis TN 38101

Billing Questions: (901) 747-1241
Fax:           (901) 747-2966

*Total Balance due by patient: $81.53*
*Patient: Muhammad, Cedric B*
*Account Number: 26109*

---

**Muhammad, Cedric B**
1586 Hope St
Mem TN 38111

| | |
|---|---|
| Statement Date: | 06/03/2008 |
| Home Phone: | (901) 473-9605 |
| Payment Enclosed: | $ |

**Remit to: Cardiovascular Surgery Clinic. PLLC**

VISA  MasterCard  [card]

Card # _____   Exp ____ / ____

Signature _____

| Date | Code | Description | Charges | Payments | Adjustments |
|---|---|---|---|---|---|
| **11/29/07** | **Ticket #56933** | **Russell A Carter MD** | **$55.87** | **$44.70** | **$0.00** |
| 11/30/07 | | Medicare-Cigna-Tennessee originally billed | | | |
| 11/30/07 | | Tenn Medicaid originally billed | | | |
| 11/12/07 | 99213 | OFFICE/OUTPATIENT VISIT, EST | $55.87 | | |
| 12/18/07 | | medicare Check 104876297 | | $44.70 | |
| 12/27/07 | | $11.17 CoInsurance:tn medicaid | | | |

*Balance due by patient: $11.17*

| | | | | | |
|---|---|---|---|---|---|
| **11/29/07** | **Ticket #56934** | **Russell A Carter MD** | **$131.46** | **$105.17** | **$0.00** |
| 11/30/07 | | Medicare-Cigna-Tennessee originally billed | | | |
| 11/30/07 | | Tenn Medicaid originally billed | | | |
| 11/28/07 | 93505 | ENDOMYOCARDIAL BX | $131.46 | | |
| 01/04/08 | | medicare Check 104891527 | | $105.17 | |
| 01/08/08 | | $26.29 CoInsurance:tn medicaid | | | |

*Balance due by patient: $26.29*

| | | | | | |
|---|---|---|---|---|---|
| **01/11/08** | **Ticket #58246** | **Russell A Carter MD** | **$571.20** | **$176.26** | **$350.87** |
| 01/14/08 | | Medicare-Cigna-Tennessee originally billed | | | |
| 01/13/08 | | Tenn Medicaid originally billed | | | |
| 01/02/08 | 93505 | ENDOMYOCARDIAL BX | $571.20 | | |
| 02/12/08 | | medicare Check 104931978 | | $176.26 | |
| 02/12/08 | | Contract Adjustment medicare | | | $350.87 |
| 02/20/08 | | $44.07 CoInsurance:tn medicaid | | | |

*Balance due by patient: $44.07*

| Account Total | Current | 31-60 days | 61-90 days | 91-120 days | 121+ days | Charges | Payments | Adjustments |
|---|---|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $37.46 | $758.53 | $326.13 | $350.87 |

*Total Balance due by patient: $81.53*

# Your account is 120 days past due.



# STATEMENT

**Memphis Radiological P.C.  MRP*984455470**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett  TN  38184-1327

| | |
|---|---|
| **Statement Date:** | 11/15/2003 |
| **Account Number:** | MRP*984455470 |
| **Amount Due:** | $384.00 |

Phone: 901/291-2400  Toll Free: 800/737-6276   DOB: 7/15/68     Patient: CEDRIC  MUHAMMAD
Primary Ins.: BLUE SHIELD-TENNESSE  Secondary Ins.: SELF PAY  Employer: AMERIQUEST M

**AMOUNT PAID**



*20  **AUTO**3-DIGIT 381          03718

Cedric Muhammad    MRP*984455470
2561 Supreme Avenue
Memphis  TN  38114-3230

**MAKE CHECK PAYABLE & REMIT TO:**

Memphis Radiological P.C.  MRP*984455470
PO Box 341327
Bartlett  TN  38184-1327

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.   MEDARM01-0072991-0003718-0315934-001-002450-#004821

DETACH HERE   AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 901/291-2400 or Toll Free: 800/737-6276 | |
| 05/28/03 | 36489 | CENTRAL VENOUS CATH > AGE 2 | $296.00 |
| 05/28/03 | 76003 | FLUORO LOCAL. BIOPSY-ASP | $88.00 |
| 06/22/03 | 0498 | BCBS FILED /TENNESSEE | |
| 07/28/03 | 0498 | BCBS FILED /TENNESSEE | |
| 08/13/03 | 999 | PREVIOUSLY PROCESSED | |
| 08/13/03 | 999 | PREVIOUSLY PROCESSED | |
| | | PAYMENTS NOW ACCEPTED ONLINE AT | |
| | | http://medarm.transactu.com | |
| | | Your account is seriously delinquent.  Remit in | |
| | | full to avoid further collection action. | |
| | | DIAGNOSIS: | |

**BALANCE DUE: $384.00**

| Patient: CEDRIC  MUHAMMAD | Account Number: MRP*984455470 | Statement Date: 11/15/2003 |
|---|---|---|
| Location: METHODIST CENTRAL | Referring Physician: EDMOND W OWEN JR., MD | |

**Memphis Radiological P.C.**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett  TN  38184-1327
MEDARM01-0072991-0003718-0315934-001-002450-#004821   Phone: 901/291-2400  Toll Free: 800/737-6276  IRS# 62-0859738

# STATEMENT

MEDICAL ANESTHESIA GROUP, PA
P.O. BOX 42088
MEMPHIS TN 38174

PHONE NUMBER 1-800-809-2106 IS TOLL FREE

SHOW AMOUNT
PAID HERE    $ _____

| (800)809-2106 | 11/06/03 | 127867 | 01 | 510.00 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | NEW BALANCE |

CEDRIC MUHAMMAD
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115

560

MEDICAL ANESTHESIA GROUP, PA
P.O. BOX 42088
MEMPHIS TN 38174

ılıılıılııılııılılılıılııılılılıılııılıılıl

ılıılıılıılllıılılılılılllıılıılıılılılıılllıl

NOTE:   Charges and payments not appearing on this
statement will appear on next month's statement.

RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME/ CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 110603 | | BALANCE FORWARD | CEDRIC | 510.00 | |

PAYMENT IS NOW PAST DUE!  WE ALLOW UP TO 45 DAYS FROM THE
DATE OF SERVICES FOR YOUR BILL TO BE PAID IN FULL BY YOU AND
OR YOUR INSURANCE.  PROMPT PAYMENT IS REQUIRED!

STATEMENT
CLOSING DATE:11/06/03

PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE:    **127867**

| BALANCE FORWARD | PAYMENTS & CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|---|
| 510.00 | 0.00 | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 | 510.00 |

SEND INQUIRIES TO:
    (800)809-2106
    MEDICAL ANESTHESIA GROUP, PA
    P.O. BOX 42088
    MEMPHIS TN 38174

# STATEMENT

C. Ferrell Varner MD,Inc.  CER*84455470
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289

IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW.

☐ mastercard      ☐ VISA

CARD NUMBER                              AMOUNT

NAME ON CARD (PLEASE PRINT)              EXP. DATE

SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 08/19/2003 | CER*84455470 | $300.00 |

Phone: 901/291-2400  Toll Free: 800/737-6276  DOB: 7/15/68   Patient: CEDRIC  MUHAMMAD
Primary Ins.: BLUE SHIELD-TENNESSE  Secondary Ins.: SELF PAY  Employer: AMERIQUEST M

AMOUNT PAID

*10  **AUTO**5-DIGIT 38114        00866

Cedric Muhammad    CER*84455470
2561 Supreme Avenue
Memphis TN 38114-3230

MAKE CHECK PAYABLE & REMIT TO:

C. Ferrell Varner MD,Inc.  CER*84455470
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289

MEDARM01-0069280-0000866-0288516-001-005411-#001507
PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK

DETACH HERE  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 901/291-2400 or Toll Free: 800/737-6276 | |
| 05/03/03 | 99285 | ER VISIT | $300.00 |
| 05/17/03 | 0498 | BCBS FILED /INS1 | |
| 06/11/03 | 0499 | BLUE SHIELD DENIED | |
| | | /PRE-EXISTING COND | |
| | | PLEASE LOCATE YOUR ACCOUNT NUMBER ON THE UPPER | |
| | | LEFT CORNER OF THE STATEMENT BEFORE CALLING. | |
| | | Your account is seriously delinquent.  Remit in | |
| | | full to avoid further collection action. | |
| | | DIAGNOSIS: 786.05,441.9 | |

**BALANCE DUE: $300.00**

| Patient:  CEDRIC  MUHAMMAD | Account Number: CER*84455470 | Statement Date: 08/19/2003 |
|---|---|---|
| | Location: METHODIST CENTRAL | Referring Physician: NONE |

C. Ferrell Varner MD,Inc.
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289
Phone: 901/291-2400  Toll Free: 800/737-6276

MEDARM01-0069280-0000866-0288516-001-005411-#001507

BRYAN P. SIMMONS, M.D.
188 S. BELLEVUE STE 408
MEMPHIS TN 38104
(901) 726-8231

12/16/03
25826
Page No. 1

CEDRIC MUHAMMAD
6154 KNIGHTS BRIDGE

Memphis TN 38115

| Date | Description of Transaction | Charge | Adjustments | Receipts | Balance |
|------|---------------------------|--------|-------------|----------|---------|
| 05/08/03 | INIT. CONSULT-MOD/HIGH COMPLEX | 250.00 | 101.55 | 80.73 | 67.72 |
|  | PAID BY   INS:   75.73 Patient:   5.00 |  |  |  |  |
| 05/09/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/10/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/11/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.75 | 19.62 |
|  | PAID BY   INS:   38.75 |  |  |  |  |
| 05/12/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/13/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/14/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/15/03 | F.U.VIS.-HIGH COMPLEXITY | 155.00 | 71.87 | .00 | 83.13 |
| 05/16/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/20/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |
| 05/21/03 | F.U.VIS-MODERATE COMPLEXITY | 100.00 | 41.63 | 38.74 | 19.63 |
|  | PAID BY   INS:   38.74 |  |  |  |  |

Total Due: #1,575.86

| | 3240.00 | 1010.29 | 700.55 | 1529.16 |

%Insurance Pending:    .00

Total Due From Patient : 1529.16

PLEASE REMIT TO:
BRYAN P. SIMMONS, M.D.
188 S. BELLEVUE STE 408
MEMPHIS TN 38104

25826

****Please remit 1 check for combined physician's balances. Questions? Call between 7:30 and 3:00 Monday-Friday. Thank y

| Aging: | CURRENT | 31 - 60 | 61 - 90 | 91 - 120 | 121 - up |
|--------|---------|---------|---------|----------|----------|
|  | .00 | .00 | 1319.95 | .00 | 209.21 |

KERRY CLEVELAND, M.D.
188 S. BELLEVUE STE 408
MEMPHIS TN 38104
(901) 726-8231


12/16/03                                        CEDRIC MUHAMMAD
25826                                           6154 KNIGHTS BRIDGE
Page No.  1
                                                Memphis TN 38115


| Date | Description of Transaction | | Charge | Adjustments | Receipts | Balance |
|------|---------------------------|--|--------|-------------|----------|---------|
| 05/17/03 | F.U.VIS-MODERATE COMPLEXITY | | 100.00 | 41.63 | 35.02 | 23.35 |
| | PAID  BY        INS: | 35.02 | | | | |
| 05/18/03 | F.U.VIS-MODERATE COMPLEXITY | | 100.00 | 41.63 | 35.02 | 23.35 |
| | PAID  BY        INS: | 35.02 | | | | |

---

                                       200.00      83.26      70.04      46.70

                    *Insurance Pending:           .00


                    Total Due From Patient :   46.70

                    PLEASE REMIT TO:

                    188 S. BELLEVUE STE 408
25826               MEMPHIS TN 38104

****Please remit 1 check for combined physician's balances. Questions? Call between 7:30 and 3:00 Monday-Friday. Thank y


| Aging: | CURRENT | 31 - 60 | 61 - 90 | 91 - 120 | 121 - up |
|--------|---------|---------|---------|----------|----------|
| | .00 | .00 | 46.70 | .00 | .00 |



PO Box 1719
Memphis TN 38101-1719
ADDRESS SERVICE REQUESTED



**Consolidated Recovery Systems, Inc.**
PO Box 1719 • Memphis TN 38101-1719
Telephone: (901) 542-0606 • (800) 489-4890

| Date | Account # | Account Balance |
|------|-----------|-----------------|
| 12/17/2003 | 2861046 | $1160.75 |

Consolidated Recovery Systems
PO Box 1719
Memphis TN 38101-1719

#BWNHRMD    2655    3778
#1217 0932 0003 7788#    2861046-3000

Cedric Muhammad
6154 Knightsbridge Dr
Memphis TN 38115-3307

Account Number                                              /
                                                          Exp Date
$
Card Holder Name                                          Pmt Amt
                                                          /    /
Signature of Card Holder                                  Date

**Past Due Balance**

***Detach Upper Portion and Return with Payment***

Client:           Methodist Healthcare North
Re:               Cedric Muhammad
Account #:        2861046
Reference #:      RO86270782
**Balance Due:    $1160.75**

Dear Cedric Muhammad

Your account with the above creditor has been placed with our office for collection. The balance is due in full. Please make your check payable to CONSOLIDATED RECOVERY SYSTEMS.

WE ARE REQUIRED BY FEDERAL LAW TO DISCLOSE THE FOLLOWING INFORMATION:

IMPORTANT NOTICE PLEASE READ: This is an attempt to collect a debt by a debt collector. Any information obtained will be used for this purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. We advise you that this agency is licensed by the Collection Services Board, State Department of Commerce and Insurance.

1ONCONS013000

# STATEMENT

**C. Ferrell Varner MD,Inc.  CER*84455470**
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289

IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW.

☐ MasterCard     ☐ VISA

CARD NUMBER

AMOUNT

NAME ON CARD (PLEASE PRINT)

EXP. DATE

SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 11/23/2003 | CER*84455470 | $172.10 |

Phone: 901/291-2400  Toll Free: 800/737-6276  DOB: 7/15/68   Patient: CEDRIC MUHAMMAD
Primary Ins.: BLUE SHIELD-TENNESSE  Secondary Ins.: SELF PAY  Employer: AMERIQUEST M

AMOUNT PAID



*13  **AUTO**3-DIGIT 381          02859

Cedric Muhammad     CER*84455470
6154 Knightsbridge Dr
Memphis TN 38115-3307

MAKE CHECK PAYABLE & REMIT TO:

C. Ferrell Varner MD,Inc.  CER*84455470
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289

☐ PLEASE CHECK BOX IF ABOVE ADDRESS HAS CHANGED AND INDICATE CHANGES ON BACK

DETACH HERE ➤    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 901/291-2400 or Toll Free: 800/737-6276 | |
| 05/03/03 | 99285 | ER VISIT | $300.00 |
| 05/17/03 | 0498 | BCBS FILED /INS1 | |
| 06/11/03 | 0499 | BLUE SHIELD DENIED /PRE-EXISTING COND | |
| 10/08/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 7228327 | $127.90– |
| | | PLEASE LOCATE YOUR ACCOUNT NUMBER ON THE UPPER LEFT CORNER OF THE STATEMENT BEFORE CALLING. BECAUSE YOU HAVE NOT MADE THE PROMISED PAYMENT THE BUDGET PLAN IS NOW CANCELED. DIAGNOSIS: | |

**BALANCE DUE: $172.10**

| Patient: CEDRIC MUHAMMAD | Account Number: CER*84455470 | Statement Date: 11/23/2003 |
|---|---|---|
| Location: METHODIST CENTRAL | Referring Physician: NONE | |

**C. Ferrell Varner MD,Inc.**
8010 Stage Hills Blvd.
PO Box 342289
Bartlett TN 38184-2289
Phone: 901/291-2400  Toll Free: 800/737-6276

MEDARM01-0073301-0002859-0318126-001-002977-#003457

# STATEMENT

**Memphis Radiological P.C.  MRP*86400604**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett TN 38184-1327

| | |
|---|---|
| **Statement Date:** | 12/12/2003 |
| **Account Number:** | MRP*86400604 |
| **Amount Due:** | $295.08 |

Phone: 901/291-2400  Toll Free: 800/737-6276  DOB: 7/15/68    Patient: CEDRIC MUHAMMAD
Primary Ins.: BLUE SHIELD-TENNESSE  Secondary Ins.: SELF PAY  Employer: UNEMPLOYED

AMOUNT PAID



MAKE CHECK PAYABLE & REMIT TO:

Cedric Muhammad    MRP*86400604
6154 Knightsbridge Dr
Memphis  TN  38115-3307

**Memphis Radiological P.C.  MRP*86400604**
PO Box 341327
Bartlett  TN  38184-1327

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK    MEDARM01-0074000-0000000-0323817-001-000078-#000145    DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|---|
| 08/27/03 | 36200 | INTRO CATHETER AORTA | $579.00 |
| 08/27/03 | 75650 | ANGIO. VESSEL ORIGIN | $303.00 |
| 08/28/03 | 71010 | CHEST-SINGLE VIEW,FRONTAL | $37.00 |
| 08/29/03 | 71010 | CHEST-SINGLE VIEW,FRONTAL | $37.00 |
| 08/30/03 | 71010 | CHEST-SINGLE VIEW,FRONTAL | $37.00 |
| 08/31/03 | 71010 | CHEST-SINGLE VIEW,FRONTAL | $37.00 |
| 09/15/03 | 0498 | BCBS FILED /TENNESSEE | |
| 09/15/03 | 0498 | BCBS FILED /TENNESSEE | |
| 09/15/03 | 0498 | BCBS FILED /TENNESSEE | |
| 10/01/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 007205002 | $7.33– |
| 10/01/03 | 0497 | BLUE SHIELD REJECTED /PENDING REVIEW | |
| 10/01/03 | 0497 | BLUE SHIELD REJECTED /PENDING REVIEW | |
| 10/01/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 007205002 | $7.33– |
| 10/01/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 007205002 | $7.33– |
| 10/01/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 007205002 | $7.33– |
| | | Any questions regarding this statement, please call 901/291-2400 or Toll Free: 800/737-6276 | |
| 10/08/03 | 0401 | BLUE SHIELD-CHATTANOOGA /CK# 007227367 | $463.20– |

CONTINUED

| Patient: CEDRIC MUHAMMAD | Account Number: MRP*86400604 | Statement Date: 12/12/2003 |
|---|---|---|
| Location: METHODIST NORTH | Referring Physician: EDMOND W OWEN JR., MD | |

**Memphis Radiological P.C.**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett  TN  38184-1327
Phone: 901/291-2400  Toll Free: 800/737-6276  IRS# 62-0859738

MEDARM01-0074000-0000000-0323817-001-000079-#000145

# STATEMENT

**Memphis Radiological P.C.  MRP\*86400604**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett  TN  38184-1327

| | |
|---|---|
| Statement Date: | 12/12/2003 |
| Account Number: | MRP\*86400604 |
| Amount Due: | $295.08 |

Phone: 901/291-2400  Toll Free: 800/737-6276  DOB: 7/15/68  Patient: CEDRIC  MUHAMMAD
Primary Ins.: BLUE SHIELD-TENNESSE  Secondary Ins.: SELF PAY  Employer: UNEMPLOYED

AMOUNT PAID

**MAKE CHECK PAYABLE & REMIT TO:**

Cedric Muhammad  MRP\*86400604
6154 Knightsbridge Dr
Memphis  TN  38115-3307

Memphis Radiological P.C.  MRP\*86400604
PO Box 341327
Bartlett  TN  38184-1327

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT

DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|---|
| 10/08/03 | 0401 | BLUE SHIELD-CHATTANOOGA<br>/CK# 007227367<br>PAYMENTS NOW ACCEPTED ONLINE AT<br>http://medarm.transactu.com<br>Your account is seriously delinquent.  Remit in<br>full to avoid further collection action.<br>DIAGNOSIS: | $242.40— |

**BALANCE DUE: $295.08**

| | | |
|---|---|---|
| Patient:  CEDRIC  MUHAMMAD | Account Number:  MRP\*86400604 | Statement Date: 12/12/2003 |
| Location: METHODIST NORTH | Referring Physician: EDMOND W OWEN JR., MD | |

**Memphis Radiological P.C.**
8010 Stage Hills Blvd.
PO Box 341327
Bartlett  TN  38184-1327
Phone: 901/291-2400  Toll Free: 800/737-6276  IRS# 62-0859738

MEDARM01-0074000-0000000-0323817-001-000079-#000146

| IF PAYING BY CREDIT CARD, COMPLETE ALL REQUESTED INFORMATION BELOW. | | | |
|---|---|---|---|
| MASTERCARD | VISA | | DISCOVER |
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |

GASTROENTEROLOGY CTR OF THE MIDSOUTH
P.O. BOX 105, DEPT. 2300
MEMPHIS, TN 38101

**ADDRESS SERVICE REQUESTED**

| STATEMENT DATE | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|
| 11/11/03 | 617634 | 37.71 |

THIS IS A STATEMENT FROM GCM FOR DOCTORS SERVICES ONLY.
YOU MAY RECEIVE A SEPARATE BILL FOR HOSPITAL SERVICES.

115 1 AT 0.292
CEDRIC MUHAMMAD
6154 KNIGHTSBRIDGE DR
MEMPHIS TN 38115-3307

1000115

GASTROENTEROLOGY CTR OF THE MIDSOUTH
P.O. BOX 105, DEPT. 2300
MEMPHIS, TN 38101

| SHOW AMOUNT PAID | $ |
|---|---|

INDICATE ADDRESS/INSURANCE CHANGES ON REVERSE SIDE.     PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| DATE OF SERVICE | * | CPT-IV | DESCRIPTION OF SERVICE | ICD-s | PHYSICIAN(S) | INSURANCE DUE | PATIENT DUE |
|---|---|---|---|---|---|---|---|
| 05/31/03 | 1 | 53 | HOSPITAL CONSULTATION | 7921 | YOUNES | .00 | |
| 06/01/03 | 1 | 31 | HOSPITAL CARE | 7921 | YOUNES | | 37.71 |

| CURRENT | 30+ | 60+ | 90+ | 120+ | INSURANCE PENDING | AMOUNT DUE |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | 37.71 | .00 | .00 | 37.71 |

| STATEMENT DATE | PATIENT NAME | ACCOUNT NUMBER | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 11/11/03 | CEDRIC MUHAMMAD | 617634 | | 37.71 |

PAYMENTS RECEIVED AFTER THIS DATE APPEAR ON YOUR NEXT STATEMENT

*PLACE OF SERVICE
1 - INPATIENT HOSPITAL
2 - OUTPATIENT HOSPITAL
3 - DOCTOR'S OFFICE

CPT-IV - PROCEDURE CODE
ICD9 - DIAGNOSIS CODE
TAX I.D. - 62-1094933

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

MAKE CHECKS PAYABLE TO:
GI CENTER OF THE MID SOUTH

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT   *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

PLEASE CALL 684-5510 FOR BILLING INQUIRIES.

GCM                                                                                                    GCM