Exhibit E

# MISCELLANEOUS DOCUMENTS

# HomEq Servicing

April 22, 2008

Cedric Muhammad
1586 Hope Street
Memphis, TN 38111

RE:   Our Borrower: Cedric Muhammad
      Loan No. 0321738189

Dear Mr. Muhammad:

We are writing on behalf of HomEq Servicing ("HomEq") regarding the above-referenced mortgage loan (the "Mortgage Loan"), which was entered into through a Deed of Trust ("Mortgage") dated March 19, 2004, and a Note dated March 19, 2004 (together, the "Loan Documents"). The Loan Documents indicate that you, Cedric Muhammad (the "Borrower"), are the borrower under the Mortgage Loan, and New Century Mortgage Corporation ("New Century") was the original lender. Pursuant to a servicing agreement between HomEq and the current owner of the Mortgage Loan, Deutsche Bank National Trust Company ("Deutsche Bank"), HomEq acts as the servicing agent on Deutsche Bank's behalf for the Mortgage Loan. The Mortgage Loan is secured by, and concerns, the real property located at 1586 Hope Street, Memphis, Tennessee 38111 (the "Property"). The Mortgage Loan is a valid and binding contractual obligation on your part.

In the last few months HomEq has received from you several documents challenging the existence, validity and/or enforceability of the Loan Documents, including an "Affidavit-Of-Truth," and an "Affidavit-Of-Service and Acknowledgement," which apparently were filed by you with a government agency or office in Shelby County, Tennessee. More recently you purportedly sent to HomEq a "Demand Notice." All of the claims made in these and the accompanying documents which are inconsistent with your obligations under the Mortgage Loan are false and utterly without merit, and your filing of such documents is invalid, void, and of no legal force or effect.

Because the Mortgage Loan is valid, binding, and legally enforceable, we hereby demand that you and your agents cease and desist from taking the following actions:

1.       <u>Sending Further Materials to New Century, Deutsche Bank, HomEq, or Other Persons or Entities, That Assert Alteration or Discharge of the Mortgage Loan or Loan Documents</u>. We hereby demand that you and your

# HomEq Servicing

agents cease and desist from sending further materials to New Century, Deutsche Bank, HomEq, or to any other entity or individual, which either (a) purport to unlawfully alter, circumvent, cancel, reverse, discharge, annul, revoke or rescind; or (b) assert the unlawful alteration, circumvention, cancellation, reversion, discharge, annulment, revocation, or rescission of: (i) the terms of the Mortgage Loan or the Loan Documents; (ii) your rights and obligations and the rights and obligations of New Century, Deutsche Bank, and HomEq under the Mortgage Loan or the Loan Documents; (iii) the legal status of the Property; and (iv) your rights and interests in, and the rights and interests of New Century, Deutsche Bank, and HomEq in, the Property.

2.      <u>Filing Any Materials or Claims That Assert Alteration or Discharge of the Mortgage Loan or Loan Documents</u>.  We hereby demand that you and your agents cease and desist from filing any materials or claims with any local, state, or federal government agencies or units, or with any other person or entity, including, but not necessarily limited to, liens, notices, financing statements, and declarations, which either (a) purport to unlawfully alter, circumvent, cancel, reverse, discharge, annul, revoke or rescind; or (b) assert the unlawful alteration, circumvention, cancellation, reversion, discharge, annulment, revocation, or rescission of: (i) the terms of the Mortgage Loan or the Loan Documents; (ii) your rights and obligations and the rights and obligations of New Century, Deutsche Bank, and HomEq under the Mortgage Loan or the Loan Documents; (iii) the legal status of the Property; and (iv) your rights and interests in, and the rights and interests of New Century, Deutsche Bank, and HomEq in, the Property. We also demand that you and your agents dismiss or withdraw any such claims, liens, notices, financing statements, or declarations which you or your agents have already filed.

3.      <u>Any Other Actions Inconsistent With Your Obligations Under the Mortgage Loan or Loan Documents</u>.  We hereby demand that you and your agents cease and desist from taking any other actions that are inconsistent with your obligations under the terms of the Mortgage Loan or the Loan Documents, including but not limited to sending HomEq invalid default notices.

# HomEq Servicing

We assume that you will fully comply with all of the above demands unless you promptly and in writing inform us otherwise.

Please find enclosed the copies of your Note and Mortgage you requested. Pursuant to your request, we have updated your account for no further collection calls or billing statements. Please note, however, that you may receive legally required written notices regarding your account. Finally, HomEq is under no legal obligation to provide you answers under penalty of perjury and accordingly, HomEq respectfully declines to do so.

HomEq, Deutsche Bank, and New Century reserve any and all rights they have under local, state, and federal law, and under the terms of the Mortgage Loan, the Loan Documents, and any other contracts or agreements between the Borrower and New Century, Deutsche Bank, and/or HomEq; this letter does not constitute a waiver of any rights held by Deutsche Bank, New Century or HomEq.

Sincerely,

Consumer Relations Department

Enclosures (2)

P:\letters\muhammad1

# NOTE

March 19, 2004    **MEMPHIS**       **TENNESSEE**
[Date]        [City]         [State]

    **1586 HOPE STREET , MEMPHIS, TENNESSEE 38111**
         [Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ **78,030.00**      (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is
**NEW CENTURY MORTGAGE CORPORATION**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **9.9750**   **%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **first** day of each month beginning on **May 1st**   **2004** I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **April 1, 2034**     , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **18400 VON KARMAN, SUITE 1000**
**IRVINE, CA 92612**           or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $  **683.33**

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A prepayment of all of the unpaid principal is known as a "Full Prepayment." A prepayment of only part of the unpaid principal is known as a "Partial Prepayment."

Except as provided below, I may make a Full or Partial Prepayment at any time. If I make a Partial Prepayment equal to one or more of my monthly payments, my due date may be advanced no more than one month. If I make any other Partial Prepayment, I must still make each later payment as it becomes due and in the same amount. I may make a Full Prepayment at any time. However, if within the first **36** months after the execution of the Deed of Trust, I make any prepayment(s) within any 12-month period the total amount of which exceeds **Twenty** percent ( **20** %) of the original Principal amount of this loan, I will pay a prepayment charge in an amount equal to the payment of **Six** ( **6** ) months' advance interest on the amount by which the total of my prepayment(s) within that 12-month period exceeds **Twenty** percent ( **20** %) of the original Principal amount of the loan.

                    **0001352608**

NOTE

I hereby certify this is a true and exact
copy
Equity Title Escrow Co.

By _____

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a Partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.00** % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. APPLICABLE LAW

This Note shall be governed by the laws of the State of Tennessee. If a law, which applies to this loan and sets maximum loan charges is finally interpreted so that the interest and other charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such interest or other charge shall be reduced by the amount necessary to reduce the interest or other charge to the permitted limit; and (b) any sums already collected from me which exceed permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a Partial Prepayment, but in no event will a prepayment charge be assessed if the Note Holder chooses to reduce my Principal balance by applying such excess amounts.

0001352608

## 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
CEDRIC MUHAMMAD          -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

_____ (Seal)
                         -Borrower

*[Sign Original Only]*

0091352608

Gerald M. Shapiro
  Admitted in Illinois
  and Florida
Joe M. Kirsch
  Admitted in Tennessee
Sharon N. Fewell
  Admitted in Tennessee
  and Arkansas
D. Denise Griffin
  Admitted in Tennessee
  and Arkansas



# Shapiro and Kirsch, LLP
### —— ATTORNEYS AT LAW ——

Ashley M. Jones
  Admitted in Tennessee
  and Arkansas
Renee G. Kammer
  Admitted in Tennessee
Bonnie B. Culp
  Admitted in Tennessee
Robert Schneider
  Admitted in Tennessee
R. Todd Mosley
  Admitted in Tennessee
Jeremy Lipford
  Director of Operations

Cedric Muhammad
1586 Hope Street
Memphis, TN 38111

April Muhammad
1586 Hope Street
Memphis, TN 38111

RE: 1586 Hope Street, Memphis, TN 38111
Barclays Capital Real Estate Inc. dba HomEq Servicing Loan# 0321738189
S&K# 08-003865

April 25, 2008

Dear Cedric Muhammad and April Muhammad:

The law firm of Shapiro & Kirsch has been retained to initiate foreclosure proceedings to foreclose the mortgage on your property. The following information is provided to you as required by the Federal Fair Debt Collection Practices Act:

      IF YOU HAVE RECEIVED A DISCHARGE OF THE DEBT REFERENCES HEREIN IN A BANKRUPTCY PROCEEDING, THIS LETTER IS <u>NOT</u> AN ATTEMPT TO IMPOSE PERSONAL LIABILITY UPON YOU FOR A PAYMENT OF THAT DEBT. IN THE EVENT YOU HAVE RECEIVED A BANKRUPTCY DISCHARGE, ANY ACTION TO ENFORCE THE DEBT WILL BE TAKEN AGAINST THE PROPERTY ONLY.

1.    As of April 25, 2008, our client has advised us that the amount of the debt is $79,199.36.

2.    The creditor to whom the debt is owed is Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of July 1, 2004-HE5 Mortgage Pass-Through Certificates, Series 2004-HE5.

3.    The Fair Debt Collection Practices Act entitles you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter. The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of July 1, 2004-HE5 Mortgage Pass-Through Certificates, Series 2004-HE5. If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us within thirty (30) days of the date you receive this letter.

4.    If you notify us in writing within thirty (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us in writing within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of July 1, 2004-HE5 Mortgage Pass-Through Certificates, Series 2004-HE5, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.    The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before proceeding to enforce our client's legal rights Deed of Trust. In the event we do proceed to foreclose on your Deed of Trust, within thirty (30) days from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client Barclays Capital Real Estate Inc. dba HomEq Servicing.

6.    If you request proof of the debt or any portion thereof or if you request the name of the original creditor within thirty (30) days from the date you receive this letter, the Fair Debt Collection Practices Act requires us to suspend our efforts to foreclose the Deed of Trust on your property, until we mail you the information validating the debt and/or until we provide you with the name of the original creditor.

Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, call (901)767-5566.

To the extent your personal liability under the Deed of Trust has been modified or extinguished by a discharge in bankruptcy, this letter should be construed merely as notification of the lender's intent to seek legal remedies against your property, including foreclosure, and not as a demand for payment from you. However, if you do not make the required payments such legal action will occur. You are encouraged to consult with you own attorney if you have any questions about your responsibilities with regard to the loan.

Any written request should be addressed to:

Shapiro & Kirsch, LLP
ATTN: Fair Debt Attorney
6055 Primacy Parkway, Suite 410
Memphis, TN 38119

PURSUANT TO THE FAIR DEBT COLLECTION PRACTICE ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,

Ashley M. Jones

If you wish to Reinstate or Payoff your loan to stop foreclosure proceedings, please call 866-822-1471.

Gerald M. Shapiro
  Admitted in Illinois
  and Florida
Joe M. Kirsch
  Admitted in Tennessee
Sharon N. Fewell
  Admitted in Tennessee
  and Arkansas
D. Denise Griffin
  Admitted in Tennessee
  and Arkansas

Ashley M. Jones
  Admitted in Tennessee
  and Arkansas
Renee G. Kammer
  Admitted in Tennessee
Bonnie B. Culp
  Admitted in Tennessee
Robert Schneider
  Admitted in Tennessee
R. Todd Mosley
  Admitted in Tennessee
Jeremy Lipford
  Director of Operations



# Shapiro and Kirsch, LLP
## ─── ATTORNEYS AT LAW ───

**February 5, 2009**

VIA CERTIFIED MAIL AND FIRST CLASS REGULAR MAIL

TO:      **Cedric Muhammad**           **7160 3901 9848 2058 8584**
             **1586 Hope Street**
             **Memphis, TN 38111**

             **April Muhammad**             **7160 3901 9848 2058 8591**
             **1586 Hope Street**
             **Memphis, TN 38111**

             **Cedric Brown Muhammad**             **7160 3901 9848 2058 8607**
             **Forrest Memorial Hospital**
             **Route 2, Box 317A**
             **Forrest City, AR 72335**

             **April Rene Muhammad**             **7160 3901 9848 2058 8614**
             **Shelby Community Hospital**
             **Shelby, MS 38774**

             **April Muhammad**             **7160 3901 9848 2058 8621**
             **PO Box 140544**
             **Memphis, TN 38114**

             **Cedric Muhammad**             **7160 3901 9848 2058 8638**
             **PO Box 140544**
             **Memphis, TN 38114**

ATTN:     Above Addressee

RE:       1586 Hope Street
          Memphis, TN 38111

LOAN #    0321738189
S & K #    08-003865

**Dear Above Addressee:**

Enclosed please find a copy of the Notice of Trustee's Sale scheduled for **February 26, 2009 @ 11:00am.**

## SUBSTITUTE TRUSTEE'S SALE

Sale at public auction will be on **February 26, 2009 at 11:00am Central Standard Time**, at the southwest door, the Adams Street entrance of the Shelby County Courthouse, Memphis, Tennessee pursuant to Deed of Trust executed by Cedric Muhammad and April Muhammad, married, joint tenants with rights of survivorship to Equity Title and Escrow Company, Trustee, on March 19, 2004 at Instrument No. 04057641 and conducted by Shapiro & Kirsch, LLP Substitute Trustee, all of record in the Shelby County Register's Office.

Owner of Debt: Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of July 1, 2004 Morgan Stanley ABS Capital I INC. Trust 2004-HE5 Mortgage Pass-Through Certificates, Series 2004-HE5

The following real estate located in Shelby County, Tennessee, will be sold to the highest call bidder subject to all unpaid taxes, prior liens and encumbrances of record:

Described property located in Shelby County, Tennessee, to wit:

Lot Number 32, Third Addition to Prescott Village Subdivision, as shown on plat of record in Plat Book 16, Page 61 in the Register's Office of Shelby County, Tennessee, to which plat reference is hereby made for a more particular description of said property.

Street Address: 1586 Hope Street, Memphis, TN 38111

Current Owner(s) of Property: Cedric Muhammad, married

Other interested parties: Cedric Brown Muhammad, April Rene Muhammad, April Rene Davis, Vengroff, Williams and Associates, Inc., Alice Ludwig, Revenue Recovery Corporation and Baptist Memorial Hospital - Memphis

The street address of the above described property is believed to be 1586 Hope Street, Memphis, TN 38111, but such address is not part of the legal description of the property sold herein and in the event of any discrepancy, the legal description herein shall control.

All right of equity of redemption, statutory and otherwise, and homestead are expressly waived in said Deed of Trust, and the title is believed to be good, but the undersigned will sell and convey only as Substitute Trustee.

The right is reserved to adjourn the day of the sale to another day, time, and place certain without further publication, upon announcement at the time and place for the sale set forth above.

If the highest bidder cannot pay the bid within twenty-four (24) hours of the sale, the next highest bidder, at their highest bid, will be deemed the successful bidder.

This property is being sold with the express reservation that the sale is subject to confirmation by the lender or trustee. This sale may be rescinded at any time.

This office is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Shapiro & Kirsch, LLP Substitute Trustee**
**www.kirschattorneys.com**
Law Office of Shapiro & Kirsch, LLP
6055 Primacy Parkway, Suite 410
Memphis, TN 38119
Phone 901-767-5566
Fax 901-767-8890

Publication dates: **FEBRUARY 5, 12 & 19, 2009**
File No. 08-003865

January 14, 2009


SHAPIRO AND KIRSCH, LLP
ATTN: FAIR DEBT ATTORNEY
6055 PRIMACY PARKWAY, SUITE 410
MEMPHIS, TN 38114


Dear Ashley Jones:

I am writing regarding your recent letter in regard to your client BARCLAY'S
CAPITAL REAL ESTATE, INC. dba HOMEQ SERVICING being the alleged creditor
in the amount of $78,058.27. Your alleged client has waived their status as a creditor
when they accepted my tender of payment under UCC § § 3-409(a) & (b) and UCC § 3-
604(a) (see enclosure). They did not adjust their accounting ledger to reflect settlement
and closure of the accounts receivable side of the accounting ledger. By way of review on
October 28, 2008, I sent a security, entitled Promissory Note, to the SHELBY COUNTY
RECORDER to register. The cover document entitled Notice of RECONVEYANCE,
instructed Angela Garrett dba Account Supervisor, agent; HOMEQ SERVICING, 701
Corporate Center drive NC 4741, Raleigh, NC 27607 on the procedure of concluding the
contract. The SHELBY COUNTY RECORDER recorded the instrument and delivered
the now registered/recorded security/certified funds no. 08140316 in the form of a
commercial note draft, as an order to pay under UCC 3-104(e) evidencing payment. This
may be treated as an order to pay. Since she has not returned the instrument to me she has
obviously chosen the latter; an order to pay.

Under §3-104(f) of the UCC a draft is the equivalent of a check and may be
securitized or monetized by direct deposit in a commercial checking, time, thrift or
savings account under Title 12 of the United States code, Section 1813(L)(1) and when
deposited it becomes the equivalent of money as outlined under Section 1813(L)(1).
Angela Garrett dba HOMEQ SERVICING is precluded by Public Policy HJR-192 and
Title 31 of the United States Code Section 5118(d)(2) and the Fair Debt Practices Act,
aka Consumer Protection Act at 15 USC §1601 and §1693 from demanding payment in
any specific coin or currency of the United States, even though she has not done so.
Section (d)(2) of Title 31 USC §1518 states that an obligation governed by gold coin is
discharged on payment dollar for dollar, by United States coin or currency that is a legal
tender at the time of payment. The narrow view that money is limited to legal tender is
rejected under Section 1-201(24) of the UCC. It is not limited to United States dollars.
See official comments under section 3-104 of the UCC under the definition of money.

Angela Garrett, agent and Arthur Q. Lyon, principal dba BARCLAY'S CAPITAL REAL ESTATE dba HOMEQ SERVICING dba DEUTSCHE BANK NATIONAL TRUST COMPANY has failed to perform their duty as fiduciary trustee of the account. I have done a Notarial Protest against Angela Garrett, agent and the account for non-acceptance and nonpayment under section 3-501 and 3-505(a)(b) of the UCC, which creates the evidence or presumption of dishonor. Angela Garrett, Account Supervisor agent dba HOMEQ SERVICING has knowingly or unknowingly become the debtor and myself the creditor by operation of Commercial and Administrative law. Also worthy of note if she is going to treat the note as a liability instrument, she has to present it to me for payment, make me chargeable under 3-501 of the UCC, which she has also failed to do. To the extent that she is in dishonor for non-acceptance and non-payment by Notorial Protest on the administrative side,......there has been a discharge of the debt in its entirety under the Fair Debt Collection Practices Act within the 30 day time frame as mandated by law. Since, I am reasonably sure that we can come to a peaceful resolution of this matter, as your client does not understand Commercial Banking Law, and the IASB, the FASB and GAAP principles as they apply to Commercial Banking. I do a lot of trading and purchasing in Commodities and Securities Exchange market where the use of a revocable standby letter of credit, documentary drafts, international bills of exchange, or promissory notes are used exclusively under the UNICITRAL convention.

Your client is not applying the correct accounting entries under GAAP. She is treating the account as a trade receivable through Securitization as an off balance sheet financing technique. Since she has accepted the Instrument that I have tendered, I have a claim or possessing right in the Instrument and its proceeds under 3-306 of the UCC. Any defense and any claim in recoupment under section 3-305 of the UCC, which I shall exercise at my option, if she does not credit my account. The 1099 – OID will identify who the principal is from, which capital and interest were taken and who the recipient or who the payer of the certified funds are, and who is holding the account in escrow and unadjusted. Since I am solution oriented and want to show good faith, there are two ways of resolving this matter. Since your client has already accepted my tender of payment and has not returned it, you can instruct her to credit my account for the sum said in full for the settlement and closure. Or, instruct her to return the original instrument to me, unendorsed, and I will make an alternative form of payment. If you ignore this matter and continue to make this fraudulent foreclosure you will be in violation of USC Title 18 chapter 47 Section 1006, which charges will be filed with State Attorney General's Office. Otherwise, I will consider this matter settled and closed.

Respectfully,

(Affiant-Fiduciary

Gerald M. Shapiro
 Admitted in Illinois
 and Florida
Joe M. Kirsch
 Admitted in Tennessee
Sharon N. Fewell
 Admitted in Tennessee
 and Arkansas
D. Denise Griffin
 Admitted in Tennessee
 and Arkansas

Ashley M. Jones
 Admitted in Tennessee
 and Arkansas
Renee G. Kammer
 Admitted in Tennessee
Bonnie B. Culp
 Admitted in Tennessee
Robert Schneider
 Admitted in Tennessee
R. Todd Mosley
 Admitted in Tennessee
Jeremy Lipford
 Director of Operations



# Shapiro and Kirsch, LLP
## ──── ATTORNEYS AT LAW ────

January 20, 2009

Cedric and April Muhammad
1586 Hope Street
Memphis, TN 38111

RE:  Cedric Muhammad
     Barclays Capital Real Estate Inc. dba HomEq Servicing / 0321738189
     Property Address: 1586 Hope Street, Memphis, TN 38111
     S&K File No. 08-003865

**PLEASE BE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT
COLLECTOR. ANY INFORMATION WILL BE USED FOR THAT PURPOSE.**

Dear Cedric and April Muhammad:

The Law Office of Shapiro & Kirsch, LLP is in receipt of your correspondence dated
January 14, 2009, which was determined to be a Debt Validation Request. In response
to your Debt Validation Request, please find enclosed a copy of the recorded deed of
trust, note and a copy of the payment history.

Please be advised that having concluded our investigation into your debt validation
request, we will be proceeding with foreclosure at this time. Should you have any further
questions or concerns, you may contact the Law Office of Shapiro & Kirsch, LLP at the
below address or by phone at (901) 767-5566.

Sincerely,

Accounting Department

# HomEq Servicing

## Payment History for Account #0321738189:

Please fax in landscape format. Choose File > Page Setup, then click "Landscape" in the orientation box and click OK. Then Send a Fax as you normally would.

<< Back to Search | Send a Fax (Choose RightFax Fax Printer from the 'Print' dialog box)

| | | |
|---|---|---|
| Borrower | CEDRIC MUHAMMAD | |
| Co-Borrower | N/A | |
| Mailing Address | 1586 HOPE STREET | |
| | MEMPHIS TN 38111 | |
| Property Address | 1586 HOPE ST MEMPHIS TN 38111 | |

| | | |
|---|---|---|
| Next Payment Due | 2/1/2008 | |
| Principal Balance | $76,144.44 | |
| Escrow Balance | ($345.68) | |
| Interest Paid | | |
| Year-To-Date | $1,267.15 | |
| Advances Due | $126.68 | |
| Return Check Fees | $0.00 | |
| Unpaid Late Charges | $174.54 | |
| Interest Rate | 9.98% | |
| Maturity Date | 4/1/2034 | |

## Payment history for account number 0321738189 as of 05/07/2008.

| Transaction Date | Description | Amount Received | Effective Date | Due Date Payment Applied To | Principal Paid | Interest Paid | Escrow Paid | Fees Paid | Fee Desc. | Other Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/2008 | Late Charge Assessment | 0.00 | 04/16/2008 | | 0.00 | 0.00 | 0.00 | -34.17 | LATE CHARGES | 34.17 | 76,144.44 |
| 04/11/2008 | Misc. Other Fee Disbursement | 0.00 | 04/11/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 95.00 | 76,144.44 |
| 03/31/2008 | Property Preservation | 0.00 | 03/31/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 8.50 | 76,144.44 |
| 03/26/2008 | Property Preservation Misc. Other Fee Disbursement | 0.00 | 03/26/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 8.50 | 76,144.44 |
| 03/17/2008 | Disbursement | 0.00 | 03/17/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | | 14.68 | 76,144.44 |
| 03/17/2008 | Late Charge Assessment | 0.00 | 03/17/2008 | | 0.00 | 0.00 | 0.00 | -34.17 | LATE CHARGES | 34.17 | 76,144.44 |
| 02/19/2008 | Late Charge Assessment | 0.00 | 02/19/2008 | | 0.00 | 0.00 | 0.00 | -34.17 | LATE CHARGES | 34.17 | 76,144.44 |
| 01/25/2008 | Payment | 937.88 | 01/25/2008 | 01/01/2008 | 49.96 | 633.37 | 220.38 | 34.17 | LATE CHARGES | 0.00 | 76,144.44 |
| 01/25/2008 | Repay of Escrow Advance | 0.00 | 01/25/2008 | | 0.00 | 0.00 | -220.38 | 0.00 | | 220.38 | 76,194.40 |

| Date | Transaction Type | Date | Date | Amount | | | | LATE CHARGES | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/2008 | Other Fee Adjustment | 01/18/2008 | | -23.18 | 0.00 | 0.00 | 0.00 | 0.00 | -23.18 | 76,194.40 |
| 01/18/2008 | Payment | 01/18/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 23.18 | -23.18 | 76,194.40 |
| 01/18/2008 | Payment | 01/18/2008 | | 937.88 | 49.55 | 633.78 | 0.00 | 10.99 | -10.99 | 76,194.40 |
| 01/16/2008 | Payment Repay of Escrow | 01/16/2008 | 12/01/2007 | 0.00 | 0.00 | 0.00 | 220.38 | 34.17 | 34.17 | 76,194.40 |
| 01/16/2008 | Advance | 01/16/2008 | | 0.00 | 0.00 | 0.00 | -220.38 | 0.00 | 220.38 | 76,243.95 |
| 01/16/2008 | Late Charge Assessment | 01/16/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 76,243.95 |
| 01/15/2008 | Disbursement Misc. Other Fee | 01/15/2008 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.68 | 76,243.95 |
| 12/17/2007 | Payment | 12/17/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 34.17 LATE CHARGES | -34.17 | 76,243.95 |
| 12/14/2007 | Payment Repay of Escrow | 12/14/2007 | 11/01/2007 | 937.88 | 49.14 | 634.19 | 220.38 | 0.00 | 34.17 | 76,243.95 |
| 12/17/2007 | Late Charge Assessment | 12/17/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 76,243.95 |
| 12/14/2007 | Advance | 12/14/2007 | | 0.00 | 0.00 | 0.00 | 220.38 | 0.00 | 220.38 | 76,293.09 |
| 12/04/2007 | County Tax Disbursements | 12/04/2007 | | 0.00 | 0.00 | 0.00 | -927.18 | 0.00 | 927.18 | 76,293.09 |
| 12/04/2007 | Escrow Advance | 12/04/2007 | | 927.18 | 0.00 | 0.00 | 927.18 | 0.00 | 0.00 | 76,293.09 |
| 11/16/2007 | Payment Repay of Escrow | 11/16/2007 | 10/01/2007 | 903.71 | 48.74 | 634.59 | 220.38 | 0.00 | 0.00 | 76,293.09 |
| 11/16/2007 | Advance | 11/16/2007 | | 0.00 | 0.00 | 0.00 | -220.38 | 0.00 | 220.38 | 76,341.83 |
| 11/16/2007 | Late Charge Assessment | 11/16/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 76,341.83 |

| Date | Transaction | Amount | Date | Due Date | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/2007 | Property Preservation Other Fee | 0.00 | 10/26/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | 76,341.83 |
| 10/22/2007 | Adjustment | -14.68 | 10/22/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | -14.68 | 76,341.83 |
| 10/22/2007 | Payment | 0.00 | 10/22/2007 | | 0.00 | 0.00 | 0.00 | 14.68 | -14.68 | 76,341.83 |
| 10/22/2007 | Payment | | 10/22/2007 | | 0.00 | 0.00 | 0.00 | | -14.68 | 76,341.83 |
| 10/18/2007 | Payment | 937.88 | 10/18/2007 | 09/01/2007 | 48.34 | 634.99 | 220.38 | 19.49 | -19.49 | 76,341.83 |
| 10/18/2007 | Payment | 937.88 | 10/18/2007 | | 0.00 | 0.00 | 220.38 | 0.00 | 34.17 | 76,341.83 |
| 10/18/2007 | Misc. Other Fee Advance | 0.00 | 10/18/2007 | | 0.00 | 0.00 | -220.38 | 0.00 | 220.38 | 76,390.17 |
| 10/16/2007 | Disbursement | 0.00 | 10/16/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 14.68 | 76,390.17 |
| 10/16/2007 | Late Charge Assessment | 0.00 | 10/16/2007 | | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 76,390.17 |
| 09/17/2007 | Late Charge Assessment | 0.00 | 09/17/2007 | | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 76,390.17 |
| 08/30/2007 | Payment | 937.88 | 08/30/2007 | 08/01/2007 | 47.94 | 635.39 | 220.38 | 34.17 LATE CHARGES | 34.17 | 76,390.17 |
| 08/30/2007 | Payment Repay of Escrow Advance | 0.00 | 08/30/2007 | | 0.00 | 0.00 | 220.38 | 0.00 | 0.00 | 76,438.11 |
| 08/28/2007 | City Tax Disbursements | 0.00 | 08/28/2007 | | 0.00 | 0.00 | -220.38 | 0.00 | 220.38 | 76,438.11 |
| 08/28/2007 | Escrow Advance | 740.78 | 08/28/2007 | | 0.00 | 0.00 | -787.92 | 0.00 | 787.92 | 76,438.11 |
| 08/16/2007 | Late Charge Assessment | 0.00 | 08/16/2007 | | 0.00 | 0.00 | 740.78 | 0.00 | 0.00 | 76,438.11 |
| 07/16/2007 | Payment Repay of Escrow | 903.71 | 07/16/2007 | 07/01/2007 | 47.54 | 635.79 | 220.38 | -34.17 | 34.17 | 76,438.11 |
| 07/16/2007 | Advance | 0.00 | 07/16/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76,438.11 |
| | | 0.00 | | | 0.00 | 0.00 | -173.24 | 0.00 | 173.24 | 76,485.65 |

| Date | Transaction | Date | Due Date | | | | | Late Charges | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/03/2007 | Payment | 07/03/2007 | | 0.00 | 0.00 | 0.00 | -34.17 | -34.17 | 76,485.65 |
| 07/02/2007 | Payment Repay of Escrow | 07/02/2007 | 06/01/2007 | 936.34 | 47.15 | 636.18 | 218.84 | 0.00 | 76,485.65 |
| 07/02/2007 | Advance | 07/02/2007 | | 0.00 | 0.00 | 0.00 | -218.84 | | 76,532.80 |
| 06/18/2007 | Late Charge Assessment | 06/18/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | 34.17 | 76,532.80 |
| 05/31/2007 | Payment Repay of Escrow | 05/31/2007 | 05/01/2007 | 936.34 | 46.76 | 636.57 | 218.84 | 0.00 | 76,532.80 |
| 05/31/2007 | Advance | 05/31/2007 | | 0.00 | 0.00 | 0.00 | -218.84 | | 76,579.56 |
| 05/22/2007 | Hazard Ins Disbursement Escrow | 05/22/2007 | | 26.16 | 0.00 | 0.00 | 26.16 | | 76,579.56 |
| 05/22/2007 | Advance | 05/22/2007 | | 0.00 | 0.00 | 0.00 | -26.16 | | 76,579.56 |
| 05/16/2007 | Late Charge Assessment | 05/16/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | 34.17 | 76,579.56 |
| 04/13/2007 | Payment Repay of Escrow | 04/13/2007 | 04/01/2007 | 887.13 | 46.38 | 636.95 | 203.80 | 0.00 | 76,579.56 |
| 04/13/2007 | Advance | 04/13/2007 | | 0.00 | 0.00 | 0.00 | -203.80 | | 76,625.94 |
| 03/30/2007 | Payment Repay of Escrow | 03/30/2007 | 03/01/2007 | 921.30 | 45.99 | 637.34 | 203.80 | 0.00 | 76,625.94 |
| 03/30/2007 | Advance | 03/30/2007 | | 0.00 | 0.00 | 0.00 | -203.80 | | 76,671.93 |
| 03/16/2007 | Late Charge Assessment | 03/16/2007 | | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | 34.17 | 76,671.93 |
| 02/15/2007 | Payment Repay of Escrow | 02/15/2007 | 02/01/2007 | 887.13 | 45.62 | 637.71 | 203.80 | 0.00 | 76,671.93 |
| 02/15/2007 | Advance | 02/15/2007 | | 0.00 | 0.00 | 0.00 | -203.80 | | 76,717.55 |

| Date | Transaction | Amount | Date | Due Date | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/26/2007 | Payment Repay of Escrow Advance | 921.30 | 01/26/2007 | | 45.24 | 638.09 | 203.80 | 34.17 CHARGES | 0.00 | 76,717.55 |
| 01/26/2007 | Advance | 0.00 | 01/26/2007 | | 0.00 | 0.00 | -203.80 | 0.00 | 203.80 | 76,762.79 |
| 01/16/2007 | Late Charge Assessment | 0.00 | 01/16/2007 | | 0.00 | 0.00 | 0.00 | -34.17 CHARGES | 34.17 | 76,762.79 |
| 12/15/2006 | Payment Repay of Escrow Advance | 887.13 | 12/15/2006 | 12/01/2006 | 44.87 | 638.45 | 203.80 | 0.00 | 0.00 | 76,762.79 |
| 12/15/2006 | Advance | 0.00 | 12/15/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | 203.80 | 76,807.66 |
| 12/01/2006 | County Tax Disbursements | 0.00 | 12/01/2006 | | 0.00 | 0.00 | -927.18 | 0.00 | 927.18 | 76,807.66 |
| 12/01/2006 | Escrow Advance | 927.18 | 12/01/2006 | | 0.00 | 0.00 | 927.18 | 0.00 | 0.00 | 76,807.66 |
| 11/15/2006 | Payment Repay of Escrow Advance | 1,308.60 | 11/15/2006 | 11/01/2006 | 44.50 | 638.83 | 203.80 | 421.47 CHARGES | 0.00 | 76,807.66 |
| 11/15/2006 | Advance | 0.00 | 11/15/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | 203.80 | 76,852.16 |
| 10/30/2006 | Payment Repay of Escrow Advance | 887.13 | 10/30/2006 | 10/01/2006 | 44.13 | 639.20 | 203.80 | 0.00 | 0.00 | 76,852.16 |
| 10/30/2006 | Advance | 0.00 | 10/30/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | 203.80 | 76,896.29 |
| 10/16/2006 | Late Charge Assessment Other Fee | 0.00 | 10/16/2006 | | 0.00 | 0.00 | 0.00 | -34.17 CHARGES | 34.17 | 76,896.29 |
| 10/12/2006 | Adjustment Other Fee | -200.00 | 10/12/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | -200.00 | 76,896.29 |
| 10/12/2006 | Adjustment | -79.78 | 10/12/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | -79.78 | 76,896.29 |
| 10/12/2006 | Payment | 0.00 | 10/12/2006 | | 0.00 | 0.00 | 0.00 | 200.00 | -200.00 | 76,896.29 |
| 10/06/2006 | Payment | 0.00 | 10/06/2006 | | 0.00 | 0.00 | 0.00 | 79.78 | -79.78 | 76,896.29 |
| 10/12/2006 | Payment | 0.00 | 10/12/2006 | | 0.00 | 0.00 | 0.00 | 91.08 | -91.08 | 76,896.29 |
| 10/06/2006 | Payment | 0.00 | 10/06/2006 | | 43.77 | 639.56 | 203.80 | 0.00 | -887.13 | 76,896.29 |

| Date | Transaction | Date | Date | | | | | LATE CHARGES | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2006 | Repay of Escrow | 10/06/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | | 203.80 | 76,940.06 |
| 10/05/2006 | Advance Payment | 10/05/2006 | | 731.50 | 0.00 | 0.00 | 0.00 | | 731.50 | 76,940.06 |
| 09/18/2006 | Late Charge Assessment | 09/18/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 | 34.17 | 76,940.06 |
| 09/06/2006 | Payment | 09/06/2006 | 08/01/2006 | 0.00 | 43.40 | 639.93 | 203.80 | 0.00 | -887.13 | 76,940.06 |
| 09/06/2006 | Repay of Escrow | 09/06/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | | 203.80 | 76,983.46 |
| 09/05/2006 | Advance Payment | 09/05/2006 | | 1,413.62 | 0.00 | 0.00 | 0.00 | | 1,413.62 | 76,983.46 |
| 08/16/2006 | Late Charge Assessment | 08/16/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 | 34.17 | 76,983.46 |
| 08/10/2006 | Misc. Other Fee Disbursement | 08/10/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 76,983.46 |
| 08/03/2006 | Payment | 08/03/2006 | 06/01/2006 | 1,774.26 | 42.69 | 640.84 | 203.80 | 0.00 | 887.13 | 76,983.46 |
| 08/03/2006 | Payment | 08/03/2006 | 07/01/2006 | 0.00 | 43.05 | 640.28 | 203.80 | 0.00 | -887.13 | 77,026.15 |
| 08/03/2006 | Repay of Escrow Advance | 08/03/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | | 203.80 | 77,069.20 |
| 08/03/2006 | Advance | 08/03/2006 | | 0.00 | 0.00 | -203.80 | 0.00 | | 203.80 | 77,069.20 |
| 07/19/2006 | City Tax Disbursements | 07/19/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | 787.92 | 77,069.20 |
| 07/19/2006 | Escrow Advance | 07/19/2006 | | 787.92 | 0.00 | -787.92 | 0.00 | | 0.00 | 77,069.20 |
| 07/17/2006 | Late Charge Assessment | 07/17/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | -34.17 | 34.17 | 77,069.20 |
| 07/10/2006 | Misc. Other Fee Disbursement | 07/10/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 | 77,069.20 |

| Date | Description | Date | Date | | | | | | | Balance |
|------|-------------|------|------|---|---|---|---|---|---|---------|
| 06/30/2006 | Property Preservation | 06/30/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | | 8.80 | 77,069.20 |
| 06/19/2006 | Payment | 06/19/2006 | | 887.13 | 42.34 | 640.99 | 203.80 | 0.00 | 0.00 | 77,069.20 |
| 06/19/2006 | Repay of Escrow Advance | 06/19/2006 | | 0.00 | 0.00 | 0.00 | -203.80 | 0.00 | 203.80 | 77,111.54 |
| 06/16/2006 | Late Charge Assessment | 06/16/2006 | | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 77,111.54 |
| 05/16/2006 | Late Charge Assessment | 05/16/2006 | 05/01/2006 | 0.00 | 0.00 | 0.00 | -34.17 LATE CHARGES | 34.17 | 77,111.54 |
| 05/08/2006 | Payment | 05/08/2006 | 04/01/2006 | 896.35 | 41.99 | 641.34 | 213.02 | 0.00 | 0.00 | 77,111.54 |
| 05/08/2006 | Repay of Escrow Advance | 05/08/2006 | | 0.00 | 0.00 | 0.00 | -213.02 | 0.00 | 213.02 | 77,153.53 |

 **REGIONS**     **Domestic Wire Transfer Request/Authorization**

**Originator/Payment By:**

CEDRIC B MUHAMMAD OR APRIL MUHAMMAD
Name

1586 HOPE ST
Street Address

MEMPHIS,TN 38111-5008
City/State/Zip

ARDL916664367 EX07152012 IS07092008

Checking
Customer Identification

Account Type

3501815628
Account Number

07/15/1968
Date of Birth

432436271
Tax Identification Number

**Transfer Instructions:**

$1,629.46
Wire Amount

WACHOVIA BANK, NA
Target Bank Name

Beneficiary Bank Name

HOMEQ SERVICING
Beneficiary's Name

CHARLOTTE,NC
Target Bank City, State

Beneficiary Bank City, State

Beneficiary's Address

CHARLOTTE,NC 28272
Beneficiary's City, State, Zip, or Country

053000219
Target Bank ABA

Beneficiary Bank Account Number

2000032626780
Beneficiary's Account Number

**Originator to Beneficiary Information (optional):**

PROPERTY ADDRESS

1586 HOPE ST

MEMPHIS TN 38111

ATTN: CASH ADMINISTRATION

**Bank to Bank Information (optional):**

CREDIT ACCT 0321738189

CEDRIC MUHAMMAD

By signing below, I authorize Regions Bank to effect the Funds Transfer described on this request and agree to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side thereof.

Authorized Signature

Name of Corporation/Partnership

By: Signatory Representative Name (Printed)

Title

Bank Authorized Signature

Approving Bank Officer

Request Date: 09/11/2008

Prepared By: joyce w davis

Wire Fee: $19.00

Branch: 053 02007 LAMAR,MEMPHIS,TN

Wire Sequence Number: 0809I1004154

Form #52137xx
Rev 04/2004

Distribution:   Original  - Customer
1st Copy - Branch

**Thank you for banking with Regions!**

 **REGIONS** **Domestic Wire Transfer Request/Authorization**

**Originator/Payment By:**

CEDRIC B MUHAMMAD OR APRIL MUHAMMAD
Name

1586 HOPE ST
Street Address

MEMPHIS,TN 38111-5008
City/State/Zip

ARDL916664367 EX07152012 ISO7092008

Checking
Customer Identification

Account Type

3501815628
Account Number

07/15/1968
Date of Birth

432436271
Tax Identification Number

**Transfer Instructions:**

$1,629.46
Wire Amount

WACHOVIA BANK, NA
Target Bank Name

Beneficiary Bank Name

HOMEQ SERVICING
Beneficiary's Name

CHARLOTTE,NC
Target Bank City, State

Beneficiary Bank City, State

Beneficiary's Address

CHARLOTTE,NC 28272
Beneficiary's City, State, Zip, or Country

053000219
Target Bank ABA

Beneficiary Bank Account Number

2000032626780
Beneficiary's Account Number

**Originator to Beneficiary Information (optional):**

PROPERTY ADDRESS

1586 HOPE ST

MEMPHIS, TN 38111

ATTN: CASH ADMINISTRATION

**Bank to Bank Information (optional):**

CREDIT ACCT 0321738189

CEDRIC HUHAMMAD

By signing below, I authorize Regions Bank to effect the Funds Transfer described on this request and agree to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side thereof.

_____
Authorized Signature

_____
Name of Corporation/Partnership

_____
By: Signatory Representative Name (Printed)

_____
Title

_____
Bank Authorized Signature

_____
Approving Bank Officer

Request Date: 08/20/2008

Prepared By: joyce w davis

Wire Fee: $19.00

Branch: 053 02007 LAMAR,MEMPHIS,TN

Wire Sequence Number: 080820002464

Form #52137xx
Rev 04/2004

**Thank you for banking with Regions!**

Distribution: Original - Customer
1st Copy - Branch

 **REGIONS**     **Domestic Wire Transfer Request/Authorization**

**Originator/Payment By:**

CEDRIC B MUHAMMAD OR APRIL MUHAMMAD
Name

1586 HOPE ST
Street Address

MEMPHIS,TN 38111-5008
City/State/Zip

ARDL916664367 EX07152012 IS07092008

Checking
Account Type

3501815628
Account Number

Customer Identification

07/15/1968
Date of Birth

432436271
Tax Identification Number

**Transfer Instructions:**

$1,629.46
Wire Amount

WACHOVIA BANK, NA
Target Bank Name

Beneficiary Bank Name

HOMEQ SERVICING
Beneficiary's Name

CHARLOTTE,NC
Target Bank City, State

Beneficiary Bank City, State

Beneficiary's Address

CHARLOTTE,NC 28272
Beneficiary's City, State, Zip, or Country

053000219
Target Bank ABA

Beneficiary Bank Account Number

2000032626780
Beneficiary's Account Number

**Originator to Beneficiary Information (optional):**

PROPERTY ADDRESS

1586 HOPE ST

MEMPHIS, TN 38111

ATTN: CASH ADMINISTRATION

**Bank to Bank Information (optional):**

CREDIT ACCT 0321738189

CEDRIC MUHAMMAD

By signing below, I authorize Regions Bank to effect the Funds Transfer described on this request and agree to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side thereof.

Authorized Signature

Name of Corporation/Partnership

By: Signatory Representative Name (Printed)

Title

Bank Authorized Signature

Approving Bank Officer

Request Date: 07/15/2008      Wire Fee: $19.00      Wire Sequence Number: 0807150040209

Prepared By: joyce w davis      Branch: 053 02007 LAMAR,MEMPHIS,TN

Form #52137xx
Rev 04/2004

**Thank you for banking with Regions!**

Distribution:   Original  – Customer
1st Copy - Branch

 **REGIONS**      **Domestic Wire Transfer Request/Authorization**

**Originator/Payment By:**

CEDRIC B MUHAMMAD OR APRIL MUHAMMAD
Name

1586 HOPE ST
Street Address

MEMPHIS,TN 38111-5008
City/State/Zip

ARDL916664367 EX07152008 IS06112004

Customer Identification

Checking
Account Type

3501815628
Account Number

07/15/1968
Date of Birth

432436271
Tax Identification Number

---

**Transfer Instructions:**

$1,629.46
Wire Amount

WACHOVIA BANK, NA
Target Bank Name

Beneficiary Bank Name

HOMEQ SERVICING
Beneficiary's Name

CHARLOTTE,NC
Target Bank City, State

Beneficiary Bank City, State

Beneficiary's Address

CHARLOTTE,NC 28272-0830
Beneficiary's City, State, Zip, or Country

053000219
Target Bank ABA

Beneficiary Bank Account Number

2000032626780
Beneficiary's Account Number

**Originator to Beneficiary Information (optional):**

PROPERTY ADDRESS

1586 HOPE ST

MEMPHIS,TN 38111

ATTN: CASH ADMINISTRATION

**Bank to Bank Information (optional):**

CREDIT ACCT 0321738189

CEDRIC MUHAMMAD

---

By signing below, I authorize Regions Bank to effect the Funds Transfer described on this request and agree to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side thereof.

Authorized Signature

Name of Corporation/Partnership

By: Signatory Representative Name (Printed)

Title

Bank Authorized Signature

Approving Bank Officer

---

Request Date: 06/20/2008     Wire Fee: $19.00     Wire Sequence Number: 08062000491

Prepared By: renwick edwards     Branch: 053 02027 HOLIDAY CITY,MEMPHIS,TN

Form #52137xx
Rev 04/2004

**Thank you for banking with Regions!**

Distribution:   Original  - Customer
                1st Copy - Branch


**Domestic Wire Transfer Request/Authorization**

**Originator/Payment By:**

| | ARDL916664367 EX07152008 IS06112004 |
|---|---|
| CEDRIC B MUHAMMAD OR APRIL MUHAMMAD | |
| Name | Customer Identification |
| 1586 HOPE ST | Checking     07/15/1968 |
| Street Address | Account Type    Date of Birth |
| MEMPHIS, TN 38111-5008 | 3501815628    432436271 |
| City/State/Zip | Account Number    Tax Identification Number |

**Transfer Instructions:**

$2,813.64
Wire Amount

| | | |
|---|---|---|
| WACHOVIA BANK, NA | CHARLOTTE,NC | 053000219 |
| Target Bank Name | Target Bank City, State | Target Bank ABA |
| | | |
| | | |
| | | Beneficiary Bank Account Number |
| HOMEQ SERVICING | | 2000032626780 |
| Beneficiary's Name | Beneficiary's Address | Beneficiary's Account Number |
| | CHARLOTTE,NC 28272-0830 | |
| | Beneficiary's City, State, Zip, or Country | |

**Originator to Beneficiary Information (optional):**
PROPERTY ADDRESS
1586 HOPE ST
MEMPHIS, TN 38111
ATTN: CASH ADMINISTRATION

**Bank to Bank Information (optional):**
CREDIT ACCT 0321738189
CEDRIC MUHAMMAD

By signing below, I authorize Regions Bank to effect the Funds Transfer described on this request and agree to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side thereof.

_____
Authorized Signature

_____
Name of Corporation/Partnership

_____
By: Signatory Representative Name (Printed)

_____
Title

_____
Bank Authorized Signature

_____
Approving Bank Officer

Request Date: 05/20/2008     Wire Fee: $19.00     Wire Sequence Number: 0805200051 06

Prepared By: joyce w davis     Branch: 053 02007 LAMAR,MEMPHIS,TN

Form #52137xx
Rev 04/2004

**Thank you for banking with Regions!**

Distribution:   Original  - Customer
               1st Copy - Branch

When Recorded Mail to:    Angela Garrett, d.b.a. Account Supervisor
                          HOMEQ SERVICING
                          701 Corporate Center Drive NC4741
                          Raleigh, NC 27607

*Previously Recorded at Instrument Number 08137900. Re-Record to Correct Notary.*

## NOTICE OF RECONVEYANCE

### Contract # 1911

**Payee:**  Angela Garrett, d.b.a. Account Supervisor, HOMEQ SERVICING 701 Corporate Center Drive NC4741 Raleigh, NC 27607; RE: Account No. 0321738189.

**Payor:**  CEDRIC MUHAMMAD, 1586 Hope Street, Memphis, TN 38111

I, Cedric-Muhammad, herein "Settlor, " state the facts contained herein are true, correct, complete, and not misleading, to the best of my personal knowledge. I am Creditor for the legal fiction CEDRIC MUHAMMAD, organization #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, and have PREPAID EXEMPT status as evidenced by the UCC-1 Financing Statement #08023651 as the testimony of the STATE OF TENNESSEE, COUNTY OF SHELBY= SECRETARY OF STATE OF TENNESSEE.

On March 19, 2004, Settlor, signed for his legal fiction CEDRIC MUHAMMAD, on a Deed of Trust recorded at Instrument No. 04057641 of SHELBY COUNTY REGISTER. CEDRIC MUHAMMAD, herein "BORROWER," was named as **Trustor** to a trust presented by EQUITY TITLE AND ESCROW Company that was named as **Trustee**, hereinafter "TRUSTEE." The BORROWER as Trustor entrusted the Deed of Trust as a title to be held by the TRUSTEE until the loan #0001352608 was paid to NEW CENTURY MORTGAGE CORPORATION as the **Beneficiary**. The Deed stated that the BORROWER as Trustor **granted** a list of measurements of a fictitious location, entitled **legal description** to the Beneficiary, which became the property of the Beneficiary as the **Grantee**. NEW CENTURY MORTGAGE CORPORATION later sold/serviced released = assigned the Deed to HOMEQ SERVICING herein "Beneficiary."

The Settlor signed a **Promissory Note** for the BORROWER evidencing consideration, and delivered it to the TRUSTEE who accepted the Note as payment for the loan based upon Settlor's prepaid exempt status, thereby **discharging the debt** the BORROWER, as Trustor, had with the Beneficiary. The TRUSTEE inadvertently failed to register the Promissory Note and therefore the Shelby County Recorder as Public Fiduciary will register and deliver this security to Beneficiary's agent as evidence that the loan has been discharged for the public record and that the trust has been executed and hereby terminated. The Beneficiary has ten (10) days to record a FULL RECONVEYANCE to original TRUSTOR. In the event a FULL RECONVEYANCE is not recorded in ten (10) days, beneficiary consents that Settlor record the Reconveyance in Beneficiary's behalf.

This Instrument is prepared by Cedric-Muhammad

_Cedric - Muhammad, Settlor

Tennessee       )
                ) ss          ACKNOWLEDGEMENT
Shelby County   )

As a Notary Public for said County and State, I do hereby certify that on this 27 day of *October* 2008 the above mentioned appeared before me and acknowledged the foregoing. Witness my hand and seal:

Notary Public

*My Commission Expires: August 8, 2012*

STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY

# NOTE

March 19, 2004      MEMPHIS      TENNESSEE

[Date]      [City]      [State]

1586 HOPE STREET    , MEMPHIS, TENNESSEE 38111

[Property Address]

**1. BORROWER'S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay U.S. $   78,030.00      (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is

NEW CENTURY MORTGAGE CORPORATION

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2. INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of   9.9750   %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3. PAYMENTS**

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the   first   day of each month beginning on   May 1st     2004 I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on   April 1, 2034      , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at   18400 VON KARMAN, SUITE 1000     or at a different place if required by the Note Holder.
IRVINE, CA 92612

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $   683.33

**4. BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A prepayment of all of the unpaid principal is known as a "Full Prepayment." A prepayment of only part of the unpaid principal is known as a "Partial Prepayment."

Except as provided below, I may make a Full or Partial Prepayment at any time. If I make a Partial Prepayment equal to one or more of my monthly payments, my due date may be advanced no more than one month. If I make any other Partial Prepayment, I must still make each later payment as it becomes due and in the same amount. I may make a Full Prepayment at any time. However, if within the first   36     months after the execution of the Deed of Trust, I make any prepayment(s) within any 12-month period the total amount of which exceeds   Twenty percent (   20   %) of the original Principal amount of this loan, I will pay a prepayment charge in an amount equal to the payment of   Six      ( 6     ) months' advance interest on the amount by which the total of my prepayment(s) within that 12-month period exceeds Twenty      percent (   20   %) of the original Principal amount of the loan.

0001352608

TENNESSEE FIXED RATE NOTE - Single Family - With Prepayment Penalty

Page 1 of 3

5/00

-185N(TN) (0005)      VMP MORTGAGE FORMS - (800)521-7291      Initials: _CM_

---

*Witness my hand and seal on this 27 day of October 2008*

Cedric – Muhammad      Settlor
     PRE-PAID

*My Commission Expires: August 8, 2012*

BRYAN WILLIAMS
STATE
OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY

*Bryan Williams*

**5. LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a Partial Prepayment.

**6. BORROWER'S FAILURE TO PAY AS REQUIRED**

    **(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of  15  calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be  5.00  % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

    **(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

    **(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

    **(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

    **(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**7. GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**8. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**9. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. APPLICABLE LAW**

This Note shall be governed by the laws of the State of Tennessee. If a law, which applies to this loan and sets maximum loan charges is finally interpreted so that the interest and other charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such interest or other charge shall be reduced by the amount necessary to reduce the interest or other charge to the permitted limit; and (b) any sums already collected from me which exceed permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a Partial Prepayment, but in no event will a prepayment charge be assessed if the Note Holder chooses to reduce my Principal balance by applying such excess amounts.

0001352608

-10SN(TN) (0005)        Page 2 of 3        Initials:    5/00

## 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
CEDRIC  MUHAMMAD      -Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

*[Sign Original Only]*

0001352608



# Tom Leatherwood
### Shelby County Register

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Office of the Shelby County Register.

Re-Recording



```
        08140316
 10/28/2008   -   09:43 AM
# POS : R - MISCELLANEOUS
MARYF  606451-8140316
VALUE                         0.00
MORTGAGE TAX                  0.00
TRANSFER TAX                  0.00
RECORDING FEE                20.00
DP FEE                        2.00
REGISTER'S FEE                0.00
WALK THRU FEE                 0.00
TOTAL AMOUNT                 22.00
         TOM LEATHERWOOD
 REGISTER OF DEEDS SHELBY COUNTY TENNESSEE
```

1075 Mullins Station, Suite 165 ~ Memphis, Tennessee 38134 (901) 379-7500
Website: http://register.shelby.tn.us Email: Tom.Leatherwood@shelbycountytn.gov



# *Tom Leatherwood*
## Shelby County Register

STATE OF TENNESSEE
COUNTY OF SHELBY


I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of

page(s) 1-5 of Instrument Number 08140316, recorded in this office as a MISCELLANEOUS

from ANGELA GARRETT AND HOMEQ SERVICING to CEDRIC MUHAMMAD.

Witness the Official Signature and Seal this 23rd day of February 2009.



Tom Leatherwood, Register



Deputy Register



**BlueCross BlueShield**
**of Tennessee***

801 Pine Street
Chattanooga, Tennessee 37402-2555

*www.bcbst.com*

September 8, 2003

Cedric Muhammad
2561 SUPREME AVE
Memphis TN 381143230

| | |
|---|---|
| Patient: | Cedric Muhammad |
| Member ID: | 428430163 4 |
| Reference ID: | 032400192 |
| Admission ID: | Aug 27 2003 |

Dear Member:

Prior authorization is a review performed by BlueCross BlueShield of Tennessee, Inc to evaluate the appropriateness of certain procedures and the medical necessity of requested services. This program was designed to ensure that the care received by you, the member, is medically appropriate.

Based on the request, we have approved:

| | |
|---|---|
| Dates of Service: | Aug 27 2003 - Sep 5 2003 |
| Number of Days Extended: | 2 day(s) |
| Total Length of Stay: | 9 |

If you require additional hospital days beyond Sep 5 2003, the Utilization Management Department must be contacted by your practitioner prior to the last day of the assigned length of stay to initiate a new review process. It is permissible for your practitioner to contact our Utilization Management Department on the next working day for approval when the extension needed would occur on a weekend or a holiday.

This extension is subject to verification of all medical information and is valid only if such information is accurate and complete. The approval is not a confirmation of coverage or benefits. Payment of benefits remains subject to all contract terms, conditions and exclusions, and to the patient's eligibility for benefits at the time services are rendered.

In the event you are transferred to another facility, your attending practitioner or the receiving facility should contact our Utilization Management Department within one working day to initiate a new review process.

We appreciate your assistance and cooperation. If you have any questions, please contact your Customer Service Representative at 1-800-572-7331.

Sincerely,

Utilization Management Department
Health Care Services

*BlueCross BlueShield of Tennessee,Inc., an Independent Licensee of the BlueCross BlueShield Association
EXIALU21



**Methodist.**
La Bonheur Healthcare

P.O. Box 41499
Memphis, TN 38174-1499

L1011

CEDRIC MUHAMMAD                                    11/11/03
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115
                                        Ref. No: R086276519

Dear MR. MUHAMMAD

On behalf of METHODIST HOSPITAL – NORTH        , we show OUTPATIENT
services were rendered to CEDRIC MUHAMMAD              for the service
date of 08/21/03 . Total charges of  $2,757.60 have been filed with your
insurance, BCBS /BLUESELECT       .

You will not receive another statement until your insurance is paid
or denied.  You may wish to check with BCBS /BLUESELECT        if you
have not received any notification within thirty (30) days.

This statement represents only hospital charges.  You may receive additional
statements for physician services such as emergency, radiology and pathology.
All questions regarding these services should be directed to the numbers
listed on their statements.

**PLEASE NOTE: A SUMMARY OF YOUR CHARGES IS ON THE BACK OF THIS LETTER.**

If you have any questions about your bill, please contact one of our Patient
Financial Services Representatives at  901-516-1061  between the hours of
9:00 A.M. to 4:00 P.M., Monday through Friday.

Thank you for allowing Methodist Hospitals to serve your healthcare needs.

Sincerely,
Patient Financial Services

**THIS IS NOT A BILL.        DO NOT SEND ANY PAYMENTS.
INFORMATIONAL PURPOSES ONLY**



**BlueCross BlueShield
of Tennessee***

801 Pine Street
Chattanooga, Tennessee 37402-2555
*www.bcbst.com*

CEDRIC B MUHAMMAD                              ID No:  902699824
1586 HOPE ST
MEMPHIS  TN  38111

### Certificate of Creditable Group Coverage

This certificate is proof of your prior health insurance coverage. Please keep it with your
important papers. You will need this document if you become eligible for a new health plan and
that new plan *does not cover* certain pre-existing medical condition that you have had.

Any illness, injury or medical condition (except pregnancy and certain other cases) is
called a pre-existing condition. Many health plans have a pre-existing condition exclusion
period in their contract. This waiting period is the length of time over which health care
services for a pre-existing condition are *not* payable.

If you are intrested in receiving information on an individual plan through BlueCross BlueShield
of Tennessee and you are a resident of Tennessee,please contact our Individual Sales Department
at 1-800-845-2738. Or if you become covered by another group plan,check with its plan manager
to see if you must provide this record. Your new plan may be able to apply some or all of your prior
coverage to *reduce* your pre-existing waiting period.

You may also need this certificate to buy a health plan for you or your family that
*includes* coverage for the pre-existing condition.

If you believe this document is not correct, write us at the above address and send written
records to request a review. You may also call us if you have questions.

1.  Date of this certificate:  03/07/2005
2.  Name of group health plan:  BlueCross BlueShield of Tennessee
3.  Name of participant:  CEDRIC B MUHAMMAD
4.  Group ID number:  84479
5.  Participant/dependent to whom this document applies:
    Name:  CEDRIC B MUHAMMAD
    Date of birth:  07/15/1968  Social Security number:  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
6.  For more information, call: 1-800-565-9140
7.  If the person listed in line 3 and line 5 has at least 18 months of creditable coverage
    (not including coverage before any break of 63 days or more), check here _____ and
    skip lines 8 and 9.
8.  Date waiting period or affiliation period (if any) began:  12/07/2004 (contract holder's hire date)
9.  Date coverage began:  02/01/2005
10. Date coverage ended:  02/28/2005

You will receive separate certificates if past coverage is different on you and each family
member.

Membership Services

*BlueCross BlueShield of Tennessee,Inc., an Independent Licensee of the BlueCross BlueShield Association

*Confidential - this information is intended for the use of the specific individual or entity named above*



**BlueCross BlueShield**
**of Tennessee**

801 Pine Street
Chattanooga, Tennessee 37402-2555
*www.bcbst.com*

June 9, 2003

Cedric Muhammad
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115

| | |
|---|---|
| Patient: | Cedric Muhammad |
| Member ID: | 428430163 4 |
| Reference ID: | 031260350 |
| Admission ID: | May 3 2003 |

Dear Member:

Prior authorization is a review performed by BlueCross BlueShield of Tennessee, Inc to evaluate the appropriateness of certain procedures and the medical necessity of requested services. This program was designed to ensure that the care received by you, the member, is medically appropriate.

Based on the request, we have approved:

| | |
|---|---|
| Dates of Service: | May 3 2003 - Jun 10 2003 |
| Number of Days Extended: | 3 day(s) |
| Total Length of Stay: | 38 |

If you require additional hospital days beyond Jun 10 2003, the Utilization Management Department must be contacted by your practitioner prior to the last day of the assigned length of stay to initiate a new review process. It is permissible for your practitioner to contact our Utilization Management Department on the next working day for approval when the extension needed would occur on a weekend or a holiday.

This extension is subject to verification of all medical information and is valid only if such information is accurate and complete. The approval is not a confirmation of coverage or benefits. Payment of benefits remains subject to all contract terms, conditions and exclusions, and to the patient's eligibility for benefits at the time services are rendered.

In the event you are transferred to another facility, your attending practitioner or the receiving facility should contact our Utilization Management Department within one working day to initiate a new review process.

We appreciate your assistance and cooperation. If you have any questions, please contact your Customer Service Representative at 1-800-572-7331.

Sincerely,

Utilization Management Department
Health Care Services

 **Methodist.**
Le Bonheur Healthcare

P.O. Box 41499
Memphis, TN 38174-1499

L1011

CEDRIC MUHAMMAD
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115

08/27/03

Ref. No: R086270782

Dear MR. MUHAMMAD

On behalf of METHODIST HOSPITAL - NORTH          , we show OUTPATIENT
services were rendered to CEDRIC MUHAMMAD                    for the service
date of 08/20/03 . Total charges of  $1,489.40 have been filed with your
insurance, BCBS /BLUEPREFERRED          .

You will not receive another statement until your insurance is paid
or denied.  You may wish to check with BCBS /BLUEPREFERRED          if you
have not received any notification within thirty (30) days.

This statement represents only hospital charges.  You may receive additional
statements for physician services such as emergency, radiology and pathology.
All questions regarding these services should be directed to the numbers
listed on their statements.

**PLEASE NOTE: A SUMMARY OF YOUR CHARGES IS ON THE BACK OF THIS LETTER.**

If you have any questions about your bill, please contact one of our Patient
Financial Services Representatives at  901-516-1040  between the hours of
9:00 A.M. to 4:00 P.M., Monday through Friday.

Thank you for allowing Methodist Hospitals to serve your healthcare needs.

Sincerely,
Patient Financial Services

---

# THIS IS NOT A BILL.         DO NOT SEND ANY PAYMENTS.
## INFORMATIONAL PURPOSES ONLY



**Methodist** P.O. Box 41499
Le Bonheur Healthcare   Memphis, TN  38174-1499

L1011

CEDRIC MUHAMMAD                                   09/15/03
6154 KNIGHTS BRIDGE
MEMPHIS TN  38115
                                        Ref. No: IP84455470

Dear MR. MUHAMMAD

On behalf of METHODIST HOSPITAL - CENTRAL          , we show INPATIENT
services were rendered to CEDRIC MUHAMMAD                    for the service
date of 05/04/03 ·  Total charges of $227,516.16 have been filed with your
insurance, BCBS /BLUESELECT

You will not receive another statement until your insurance is paid
or denied.  You may wish to check with BCBS /BLUESELECT           if you
have not received any notification within thirty (30) days.

This statement represents only hospital charges.  You may receive additional
statements for physician services such as emergency, radiology and pathology.
All questions regarding these services should be directed to the numbers
listed on their statements.

**PLEASE NOTE: A SUMMARY OF YOUR CHARGES IS ON THE BACK OF THIS LETTER.**

If you have any questions about your bill, please contact one of our Patient
Financial Services Representatives at  901-516-1070  between the hours of
9:00 A.M. to 4:00 P.M., Monday through Friday.

Thank you for allowing Methodist Hospitals to serve your healthcare needs.

Sincerely,
Patient Financial Services

---

**THIS IS NOT A BILL.        DO NOT SEND ANY PAYMENTS.**
**INFORMATIONAL PURPOSES ONLY**



**Methodist**
LeBonheur Healthcare

P.O. Box 41499
Memphis, TN 38174-1499

L1011

|.||.|.|..||..||.|.|.   ||..|
CEDRIC MUHAMMAD
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115

09/12/03

Ref. No: IP86400604

Dear MR. MUHAMMAD

On behalf of METHODIST HOSPITAL - NORTH         , we show INPATIENT
services were rendered to CEDRIC MUHAMMAD                    for the service
date of 08/27/03 · Total charges of $29,245.90 have been filed with your
insurance, BCBS /BLUESELECT        ·

You will not receive another statement until your insurance is paid
or denied.  You may wish to check with BCBS /BLUESELECT         if you
have not received any notification within thirty (30) days.

This statement represents only hospital charges.  You may receive additional
statements for physician services such as emergency, radiology and pathology.
All questions regarding these services should be directed to the numbers
listed on their statements.

### PLEASE NOTE: A SUMMARY OF YOUR CHARGES IS ON THE BACK OF THIS LETTER.

If you have any questions about your bill, please contact one of our Patient
Financial Services Representatives at 901-516-1070 between the hours of
9:00 A.M. to 4:00 P.M., Monday through Friday.

Thank you for allowing Methodist Hospitals to serve your healthcare needs.

Sincerely,
Patient Financial Services

---

## THIS IS NOT A BILL.     DO NOT SEND ANY PAYMENTS.
## INFORMATIONAL PURPOSES ONLY



1586 Hope St.
Memphis, TN 38111

July 30, 2004

BCBS/Blue Select
Attn: Members Grievance Committee
PO Box 180198
Chattanooga, TN 37401

APPEAL on Claim for Cedric Muhammad, ID # ZEX428430163; Treatment 5/4/03-6/10/03, Methodist Hospital

Dear Sir or Madam:

I am writing to appeal the amount paid on this claim.

I was treated on an emergency basis for a massive aneurysm. On May 4, 2003, I was having trouble breathing and chest pains so my wife took me to the closest hospital which was Methodist Central. I am enclosing a summary from my medical record that provides more information about my treatment.

Blue Select paid $ 77,000.00 of the charges and left a $210,000.00 balance as my responsibility because Methodist is out of network with Blue Select.

I appeal and request additional payment because the treatment was approved and Methodist was the closest hospital from my residence.

Yours truly,

_____

Cedric Muhammad

# MUHAMMAD,CEDRIC

Rx #: 6600550
Date: 06/10/2003

If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.**

Directions : TAKE 1 TABLET DAILY FOR FLUID

# SPIRONOLACT 25MG   TAB

SPIRONOLACTONE (speer-on-oh-LAK-tone)

COMMON USES:  This medicine is a potassium-sparing diuretic used to treat congestive heart failure or high blood pressure. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. THIS MEDICINE may cause an increase in urine or in frequency of urination. To prevent this from affecting sleep: try not to take any dose later than 6 p.m. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT USE A SALT SUBSTITUTE or potassium supplement without checking with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include abdominal cramping, nausea, diarrhea, headache, or change in sexual ability. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience dry mouth, excessive thirst, unusual tiredness, unusual muscle weakness, skin rash, deepening of voice, irregular or no menstrual periods, slowed heart rate, or enlarged breasts in men or breast tenderness in women. If you notice any unusual effects, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:  WARNING:  This medicine can raise your body's potassium levels. This is more likely to occur in people with kidney problems, diabetes, in elderly patients, or if the patient is severely ill. Potassium levels must be closely monitored in people with any of these problems or illnesses. If not treated, high potassium levels can be fatal. If you develop any of the following symptoms, notify your doctor immediately: muscle weakness, slow or irregular heartbeat. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking potassium. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking NSAIDs (non-steroidal anti-inflammatory drugs like ibuprofen or indomethacin) or medicine for heart conditions (ACE inhibitors). Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, weakness, and lightheadedness.

32. Information Expires 06/19/2003

**WAL★MART**
**PHARMACY**
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$13.62

MUHAMMAD,CEDRIC
6154 KNIGHTS BRIDGE  MEMPHIS,TN 38115
RX: 6600550   Ref # 3   QTY: 30   DAW: 0   DS: 30
NDC: 00378-2146-01   SPIRONOLACT 25MG   TAB MYL
OWEN JR.,EDMOND W   NABP#: 4436425
099279
PCS

06/10/2003   NEW

Patient Pay   $10.00

**WAL★MART**
**PHARMACY**
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$13.62

MUHAMMAD,CEDRIC
6154 KNIGHTS BRIDGE  MEMPHIS,TN 38115
RX: 6600550   Ref # 3   QTY: 30   DAW: 0   DS: 30
NDC: 00378-2146-01   SPIRONOLACT 25MG   TAB MYL
OWEN JR.,EDMOND W   NABP#: 4436425
099279
PCS

06/10/2003   NEW

Patient Pay   $10.00

# MUHAMMAD,CEDRIC

Rx #: 6600553
Date: 06/10/2003

If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.

**Directions :** TAKE 1 TABLET DAILY AT FIVE PM FOR BLOOD THINNER

# COUMADIN 4MG     TAB

WARFARIN (WAR-far-in)

COMMON USES:  This medicine is an anticoagulant used to prevent blood clots from moving or forming. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. IT IS IMPORTANT TO TAKE THIS MEDICINE at the same time every day. CAREFULLY CHECK YOUR DOSE EVERY DAY to be sure you are taking the correct dose. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking 1 dose daily, take the missed dose if you remember the same day. Skip the missed dose if you do not remember until the next day. DO NOT take 2 doses at once. Keep an accurate written record of your doses and give your doctor a list of any doses you miss.

CAUTIONS:  KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. IF YOU BECOME ILL, including a fever, contact your doctor. DO NOT TAKE ASPIRIN without discussing it with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. DO NOT CHANGE YOUR EATING HABITS, alcohol consumption, or activity level without checking with your doctor. A change in your diet, alcohol consumption, or activity level could lead to a change in the effects of your medicine. Foods that may change the effect of this medicine are those high in vitamin K, such as liver and green, leafy vegetables (lettuce, broccoli, cabbage, spinach, kale, collard greens). AVOID ANY SPORTS that expose you to risk of serious injury. Before switching brands of this medicine, consult your doctor or pharmacist. DO NOT BEGIN TAKING OR STOP TAKING ANY MEDICINE, either prescription or over-the-counter, without checking with your doctor. This includes vitamins, food supplements, and non-prescription medicines such as ibuprofen, acetaminophen, or cold medicines. FOR WOMEN: DO NOT USE THIS MEDICINE if you are pregnant. IF YOU SUSPECT THAT YOU COULD BE PREGNANT, contact your doctor immediately.

POSSIBLE SIDE EFFECTS:  CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience pain, swelling, or unusual discomfort; nosebleeds; excessive bleeding from cuts; bleeding from gums when brushing teeth; increased menstrual bleeding; unexplained vaginal bleeding; unusual bruising; discoloration of urine or stool; black tarry stools; or any signs of illness. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking aminoglutethimide, amiodarone, antibiotics, capecitabine, celecoxib, cimetidine, cisapride, disulfiram, dong quai, gingko biloba, ginseng, ethacrynic acid, fluconazole, furosemide, ginseng, griseofulvin, male hormones, mesalamine, metronidazole, miconazole, moricizine, nonsteroidal anti-inflammatory drugs (NSAIDs), omeprazole, quinine, quinidine, rifampin, rofecoxib, saquinavir, sulfinpyrazone, terbinafine, troglitazone, vitamin K, danshen, or medicine for cancer, seizures, sleep problems, high cholesterol, or thyroid conditions. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe, untreated high blood pressure; heart or kidney conditions; or blood or bleeding disorders. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include bleeding, fast heartbeat, nausea, vomiting, stomach pain, diarrhea, and discoloration of urine or stools.

32. Information Expires 06/19/2003

---

**WAL★MART®**
PHARMACY

(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$15.46

MUHAMMAD,CEDRIC
6154 KNIGHTS BRIDGE  MEMPHIS,TN 38115
RX: 6600553   Ref # 0
NDC: 00056-0168-70
OWEN JR.,EDMOND W
401214
PCS

06/10/2003   NEW
QTY: 14    DAW: 1    DS: 14
COUMADIN 4MG    TAB DUP
NABP: 4436425

Patient Pay    $12.42

AD

**WAL★MART®**
PHARMACY

(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$15.46

MUHAMMAD,CEDRIC
6154 KNIGHTS BRIDGE  MEMPHIS,TN 38115
RX: 6600553   Ref # 0
NDC: 00056-0168-70
OWEN JR.,EDMOND W
401214
PCS

06/10/2003   NEW
QTY: 14    DAW: 1    DS: 14
COUMADIN 4MG    TAB DUP
NABP: 4436425

Patient Pay    $12.42

# MUHAMMAD,CEDRIC

**22**

Rx #: 6600547
Date: 06/10/2003

If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.**

Directions : TAKE 1 TABLET DAILY FOR INFECTION (BEGIN 6/14)

# LEVAQUIN 500MG    TAB

LEVOFLOXACIN (lee-voe-FLOX-a-sin)

COMMON USES: This medicine is a fluoroquinolone antibiotic used to treat bacterial infections (e.g., urinary tract infections, skin infections, or respiratory tract infections).

HOW TO USE THIS MEDICINE: Use this medicine exactly as directed by your doctor. This medicine may be taken on an empty stomach or with food. TAKE THIS MEDICINE WITH A FULL GLASS (8 ounces) OF WATER. Also, drink several additional glasses of water each day. DO NOT TAKE zinc, iron, sucralfate, didanosine (chewable/buffered tablets or oral solution), or antacids containing magnesium or aluminum within 2 hours of taking this medicine. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat and light. Do not store in the bathroom. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment even if you feel better in a few days. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do NOT take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to this medicine or another fluoroquinolone antibiotic (such as ciprofloxacin, ofloxacin). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine is a fluoroquinolone, contact your doctor or pharmacist. IF THIS MEDICINE CAUSES A SKIN RASH, HIVES, OR DIFFICULTY BREATHING, check with your doctor before taking additional doses. If your symptoms do not improve or if they become worse, check with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. THIS MEDICINE MAY CAUSE DIZZINESS or lightheadedness. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. Ask your doctor or pharmacist if you have questions about which medicines cause dizziness. IF MODERATE TO SEVERE DIARRHEA OCCURS during or after treatment with this medicine, check with your doctor or pharmacist. Do not treat it with non-prescription (over-the-counter) medicines. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun, sunlamps, or tanning booths until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription of over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. BASED ON INFORMATION FROM A RELATED DRUG, this medicine may be excreted in breast milk. DO NOT BREAST-FEED while taking this medicine. IF YOU HAVE DIABETES, this medicine may affect your blood sugar. Check blood sugar levels closely and ask your doctor before adjusting the dose of your diabetes medicine.

AL★MART
PHARMACY
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$139.68

MUHAMMAD,CEDRIC                06/10/2003    NEW
6154 KNIGHTS BRIDGE   MEMPHIS,TN 38115
RX: 6600547    Ref # 0    QTY: 14    DAW: 0    DS: 14
NDC: 00045-1525-50        LEVAQUIN 500MG    TAB ORT
OWEN JR.,EDMOND W            NABP#: 4436425
975390
PCS

Patient Pay    $35.00

WAL★MART
PHARMACY
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000

$139.68

MUHAMMAD,CEDRIC                06/10/2003    NEW
6154 KNIGHTS BRIDGE   MEMPHIS,TN 38115
RX: 6600547    Ref # 0    QTY: 14    DAW: 0    DS: 14
NDC: 00045-1525-50        LEVAQUIN 500MG    TAB ORT
OWEN JR.,EDMOND W            NABP#: 4436425
975390
PCS

Patient Pay    $35.00

# MUHAMMAD,CEDRIC



**Rx #: 6600549**
Date: 06/10/2003

**If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450**

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.**

**Directions : TAKE 2 TABLETS DAILY FOR POTASSIUM REPLACEMENT**

# KLOR-CON 10 10MEQ ERTAB

POTASSIUM (poe-TASS-ee-um)

COMMON USES: This medicine is a potassium supplement used to treat or prevent low potassium levels in the blood.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. SOME BRANDS OF POTASSIUM must be swallowed whole. OTHER BRANDS may be broken, crushed, or dissolved in water. IF YOU HAVE DIFFICULTY SWALLOWING THE TABLET WHOLE, ask your pharmacist to suggest other ways to take your brand of potassium. TAKE THIS MEDICINE WITH A FULL GLASS (8 oz./240 ml) OF WATER. TAKE THIS MEDICINE with food or right after a meal. DO NOT LIE DOWN for 30 minutes after taking this medicine. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it if you remember within 2 hours. If it is more than 2 hours since your missed dose, skip it and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT USE A SALT SUBSTITUTE without checking with your doctor. For some products, you may notice tablets in your stool. This is the empty shell that is left after your body has absorbed the medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, stomach discomfort, or diarrhea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience black, tarry stools; vomit that looks like coffee grounds; stomach pain; irregular heartbeat; weak or heavy legs; or numbness or tingling in your hands or feet. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking digoxin, potassium-sparing diuretics, or medicine for heart conditions or high blood pressure (ACE inhibitors). Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include irregular heartbeat, blood in stools, and muscle weakness.

32. Information Expires 06/19/2003

**AL*MART** HARMACY
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000
**$15.54**

**MUHAMMAD,CEDRIC** **06/10/2003** NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
**RX: 6600549** Ref # 1 QTY: 60 DAW: 0 DS: 30
NDC: 00245-0041-11 KLOR-CON 10 10MEQ ERTAB UPS
OWEN JR.,EDMOND W NABP: 4436425
444509
**PCS** **Patient Pay** $10.00

**WAL*MART** PHARMACY
(901) 362-3633
2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000
**$15.54**

**MUHAMMAD,CEDRIC** **06/10/2003** NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
**RX: 6600549** Ref # 1 QTY: 60 DAW: 0 DS: 30
NDC: 00245-0041-11 KLOR-CON 10 10MEQ ERTAB UPS
OWEN JR.,EDMOND W NABP: 4436425
444509
**PCS** **Patient Pay** $10.00

# MUHAMMAD,CEDRIC

Rx #: 6600551
Date: 06/10/2003

**If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450**

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.**

Directions : TAKE 1 TABLET DAILY FOR THE HEART

# DIGITEK 0.25MG     TAB

DIGOXIN (di-JOX-in)

COMMON USES: This medicine is a cardiac glycoside used to treat heart failure and some irregular heart rhythms.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. DO NOT TAKE THIS MEDICINE within 1 hour of food high in fiber. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and remember the same day, take the missed dose. If you do not remember until the next day or if it is more than 12 hours since your missed dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT STOP TAKING THIS MEDICINE without first checking with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

POSSIBLE SIDE EFFECTS: CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience confusion, restlessness, agitation, unusual tiredness or weakness, loss of appetite, nausea, vomiting, diarrhea, fast/slow/irregular heartbeat, or changes in vision. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking amphotericin B; aminoglycoside; macrolide, or tetracycline antibiotics; amiodarone; cholestyramine; colestipol; cyclosporine; diltiazem; indomethacin; itraconazole; loop or thiazide diuretics; penicillamine; propafenone; quinidine; quinine; verapamil; or medicine for cancer or thyroid conditions. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of ventricular fibrillation. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include changes in vision, loss of appetite, nausea, vomiting, diarrhea, dizziness, weakness, and irregular heartbeat.

32. Information Expires 06/19/2003

**WAL★MART** (901) 362-3633                          $7.62
PHARMACY    2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000
**MUHAMMAD,CEDRIC**                06/10/2003    NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
**RX: 6600551**    Ref # 3    QTY: 30    DAW: 0    DS: 30
NDC: 62794-0146-01    DIGITEK 0.25MG    TAB BER
OWEN JR.,EDMOND W                NABP: 4436425
401147
PCS                          Patient Pay    $7.44

**WAL★MART** (901) 362-3633                          $7.62
PHARMACY    2856 HICKORY HILL EXT.
MEMPHIS,TN 38115-0000
**MUHAMMAD,CEDRIC**                06/10/2003    NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
**RX: 6600551**    Ref # 3    QTY: 30    DAW: 0    DS: 30
NDC: 62794-0146-01    DIGITEK 0.25MG    TAB BER
OWEN JR.,EDMOND W                NABP: 4436425
401147
PCS                          Patient Pay    $7.44

# MUHAMMAD, CEDRIC

Rx #: 6600547
Date: 06/10/2003

If you have any questions,please feel free to
contact CATHERINE K MCGUIRE at (901) 362-3633
or OWEN JR.,EDMOND W at (901) 725-9450

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

IF YOU HAVE ANY CONCERNS ABOUT TAKING THE
MEDICATION BELOW. PLEASE CONTACT YOUR
PHARMACIST OR PHYSICIAN IMMEDIATELY.

Directions : TAKE 1 TABLET DAILY FOR INFECTION (BEGIN 6/14)

# EVAQUIN 500MG     TAB

SSIBLE SIDE EFFECTS:  SIDE EFFECTS that may occur while taking this medicine include nausea, trouble
eping, diarrhea, vomiting, change in taste, headache, or dizziness. If they continue or are bothersome, check with
ur doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience tendon, joint, or muscle pain or
elling, "sunburn" (sun sensitivity), vaginal discomfort, abdominal pain, or vision changes. CONTACT YOUR DOCTOR
MEDIATELY if you experience seizures, mental/mood changes, chest pain, irregular heartbeat, restlessness,
fusion, change in amount of urine, or yellowing of eyes or skin. Use of this medicine for prolonged or repeated
iods may result in oral thrush, or a new yeast infection (e.g., oral or vaginal fungal infection). Contact your doctor if
notice white patches in your mouth, a change in vaginal discharge or other new symptoms. If you notice other effects
listed above, contact your doctor, nurse, or pharmacist.

FORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM
JR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL
NITORING OF YOUR DOSE OR CONDITION may be needed if you are taking theophylline, other antibiotics, iron,
, antacids, sucralfate, quinapril, didanosine (chewable/buffered tablets or oral solution), NSAID (e.g., ibuprofen,
rin), live vaccines, medicines for diabetes (e.g., glyburide or insulin), or warfarin. OTHER MEDICINES BESIDES
OFLOXACIN which may affect the heart rhythm (QTc prolongation in the EKG) include dofetilide, pimozide,
idine, sotalol, procainamide, and sparfloxacin among others. QTc prolongation can infrequently result in serious,
y fatal, irregular heartbeats. Consult your doctor or pharmacist for details. Ask for instructions about whether you
t/to stop any other QTc-prolonging drugs you may be using in order to minimize the risk of this effect. Inform your
r of any other medical conditions including kidney disease, seizures, tendon problems, nervous system disorders,
d vessel disease, brain disorders (e.g., cerebral arteriosclerosis, tumors or increased intracranial pressure), allergies
ecially to other quinolone antibiotics such as ciprofloxacin), pregnancy, or breast-feeding. USE OF THIS MEDICINE IN CHILDREN
macist if you have any questions or concerns about taking this medicine. Contact your doctor or
r 18 years old is not recommended. This medicine can cause joint or bone problems in young children. Please talk
your doctor about risks and benefits before giving this medicine to your child.

RDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

ion Expires 06/19/2003

**WAL★MART**
PHARMACY

Rx #: 6600552
Date: 06/10/2003

If you have any questions,please feel free to contact CATHERINE K MCGUIRE at (901) 362-3633 or OWEN JR.,EDMOND W at (901) 725-9450

RPh -CATHERINE K MCGUIRE
OWEN JR.,EDMOND W
at (901) 725-9450

**IF YOU HAVE ANY CONCERNS ABOUT TAKING THE MEDICATION BELOW. PLEASE CONTACT YOUR PHARMACIST OR PHYSICIAN IMMEDIATELY.**

**Directions :** **TAKE 1 TABLET DAILY**

# TOPROL XL 100MG    TAB

METOPROLOL (me-TOE-proe-lole)

COMMON USES: This medicine is a beta blocker used to treat high blood pressure, angina pectoris (chest pain), and congestive heart failure. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not crush or chew before swallowing. If you have difficulty swallowing the tablet, it may be cut in half. Swallow the half tablet without crushing or chewing. TAKE THIS MEDICINE with food or milk. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it if you remember the same day. If you do not remember until the next day, skip the missed dose. Do not take 2 doses at once.

CAUTIONS: DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. BEFORE TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes any medicines used to treat colds or congestion. IF YOUR DOCTOR HAS INSTRUCTED YOU TO CHECK your blood pressure and heart rate regularly, be sure to do so. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby. FOR PATIENTS WITH DIABETES MELLITUS: this medicine may mask signs of low blood sugar such as a rapid heartbeat. Check blood glucose levels regularly.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include mild drowsiness; lightheadedness or dizziness; or unusual tiredness or weakness. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE: WARNING: If you have angina or have had heart problems, do not suddenly stop using this medicine without first consulting your doctor. If your doctor decides you should no longer use this medicine, you must stop this medicine gradually according to your doctor's instructions. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking mibefradil. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking amiodarone, barbiturates, birth control pills, cimetidine, disopyramide, flecainide, fluoxetine, indomethacin, methimazole, paroxetine, propafenone, propylthiouracil, quinidine, or verapamil, any other medicines to treat high blood pressure. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of extremely slow heartbeat, heart block, or other heart conditions (e.g., sick sinus syndrome, decompensated heart failure). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you have asthma, other lung disorders, diabetes, thyroid disease, or undergoing surgery. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, slowed heart rate, difficulty breathing, bluish discoloration of skin, severe chest pain, loss of consciousness.

32. Information Expires 06/19/2003

| **WAL★MART®** PHARMACY | (901) 362-3633 2856 HICKORY HILL EXT. MEMPHIS,TN 38115-0000 | $36.78 |
|---|---|---|

MUHAMMAD,CEDRIC          06/10/2003   NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
RX: 6600552    Ref # 3   QTY: 30    DAW: 0    DS: 30
NDC: 00186-1092-05    TOPROL XL 100MG    TAB AST
OWEN JR.,EDMOND W          NABP#: 4436425
401178
PCS                       Patient Pay   $20.00

| **WAL★MART®** PHARMACY | (901) 362-3633 2856 HICKORY HILL EXT. MEMPHIS,TN 38115-0000 | $36.78 |
|---|---|---|

MUHAMMAD,CEDRIC          06/10/2003   NEW
6154 KNIGHTS BRIDGE MEMPHIS,TN 38115
RX: 6600552    Ref # 3   QTY: 30    DAW: 0    DS: 30
NDC: 00186-1092-05    TOPROL XL 100MG    TAB AST
OWEN JR.,EDMOND W          NABP#: 4436425
401178
PCS                       Patient Pay   $20.00

| | **MEDICATION** | 8 am | 12 pm | 6 pm | 8 pm | At Bedtime |
|---|---|---|---|---|---|---|
| 1 | CYCLOSPORINE   Twice Daily (Gengraf, Neoral) [Anti-rejection] | 150 mg | | | 150 mg | |
| 2 | PREDNISONE   60 mg   Daily (DELTASONE) [Anti-rejection] | X | | | | |
| 3 | CELLCEPT  1500 mg   Twice Daily (Mycophenalate) [Anti-rejection] | X | | | X | |
| 4 | VALCYTE (valganciclovir)   450 mg Once Daily (prevents CMV infection) | X | | | | |
| 5 | MULTIVITAMIN  1 tab  DAILY (Centrum Silver) | X | | | | |
| 6 | Baby Aspirin 81 mg Daily | X | | | | |
| 7 | Calcium with Vitamin D – 500 mg 2 tabs  Daily  (Oscal) | | | | | X |
| 8 | Protonix (pantoprazole) 40 mg Once Daily ( for stomach) | X | | | | |
| 9 | Nystatin  5 cc  (1 tsp) Swish & Swallow 4 times  daily (prevent mouth ulcers) | X | X | X | | X |
| 10 | Bactrim SS -  80 mg Once  Daily (antibiotic) | X | | | | |
| 11 | Norvasc  5 mg take  one  tablet  daily | X | | | | |
| 12 | Lasix   40 mg Daily | X | | | | |
| 13 | Hydralazine 50mg take one tablet three times a day | X | X | | X | |
| 14 | Percocet 1-2 tablets every 6 hours as needed for pain | | | | | |
| 15 | Colace   100 mg  as needed Twice  Daily  for constipation | X | | | X | |
| 16 | Potassium  20 mEq  Daily | X | | | | |
| 17 | Magnesium  Oxide  400 mg tabs Take 2  tabs Daily | X | | | | |

3/20 drop to 40 mg Prednisone
til 3/27, then to 30 mg

50 more

# MEDICATION LIST - CEDRIC MUHAMMAD HEART TRANSPLANT ON -2-9-06
Updated on 2-20-06

| | MEDICATION | 8 am 275 250 | 12 pm | 6 pm | 8 pm 225 | At Bedtime |
|---|---|---|---|---|---|---|
| 1 | CYCLOSPORINE  Twice Daily (Gengraf, Neoral) [Anti-rejection] | 250 mg 150 mg | | | 250 mg 150 mg | |
| 2 | PREDNISONE  60 mg  Daily 50 mg (DELTASONE) [Anti-rejection] | X | | | | |
| 3 | CELLCEPT  1500 mg  Twice Daily (Mycophenalate) [Anti-rejection] | X | | | X | |
| 4 | VALCYTE (valganciclovir)  450 mg  Once Daily (prevents CMV infection) | X | | | | |
| 5 | MULTIVITAMIN  1 tab  DAILY (Centrum Silver) | X | | | | |
| 6 | Baby Aspirin 81 mg Daily | X | | | | |
| 7 | Calcium with Vitamin D – 500 mg 2 tabs Daily (Oscal) | | | | | X |
| 8 | Protonix (pantoprazole) 40 mg Once Daily ( for stomach) | X | | | | |
| 9 | Nystatin 5 cc (1 tsp) Swish & Swallow 3 4 times daily (prevent mouth ulcers) | X | X | X | | X |
| 10 | Bactrim SS - 80 mg Once Daily (antibiotic) | X | | | | |
| 11 | Norvasc  5 mg  COREG 3.125mg take one tablet daily | X | | | | X |
| 12 | Lasix  40 mg Daily | X | | | | |
| 13 | Hydralazine 50mg take one tablet three times a day | X | X | | X | |
| 14 | Percocet 1-2 tablets every 6 hours as needed for pain | | | | | |
| 15 | Colace  100 mg  as needed Twice  Daily for constipation | X | | | X | |
| 16 | Potassium  20 mEq  Daily | X | | | | |
| 17 | Magnesium Oxide  400 mg tabs Take 2 tabs Daily | X | | | X | |

Therapy Slip Covers

after 330 Operators – 226-5777

before 330 office –

| | **MEDICA TION** | 8 am | 12 pm | 6 pm | 8 pm | At Bedtime |
|---|---|---|---|---|---|---|
| 1 | CYCLOSPORINE     Twice  Daily (Gengraf, Neoral) [Anti-rejection] | 75 mg | | | 75 mg | |
| 2 | PREDNISONE    10 mg   Daily (DELTASONE) [Anti-rejection] | X | | | | |
| 3 | CELLCEPT   1500 mg   Twice Daily (Mycophenalate) [Anti-rejection] | X | | | X | |
| 4 | MULTIVITAMIN  1 tab  DAILY (Centrum Silver) | X | | | | |
| 5 | Baby  Aspirin  81 mg  Daily | X | | | | |
| 6 | Calcium  with  Vitamin  D – 500 mg 2 tabs  Daily  (Oscal) | | | | | X |
| 7 | Pepcid 20mg once daily | X | | | | |
| 8 | Coreg 50mg  twice daily | X | | | X | |
| 9 | Hydralazine 50mg take one tablet four times a day | X | X | X | | X |
| 10 | Clonidine 0.3mg twice daily | X | | | X | |
| 11 | Potassium  20 mEq  Daily | X | | | | |
| 12 | Magnesium  Oxide  400 mg tabs Take 2  tabs two times daily | X | | | X | |
| 13 | Starlix 120mg  before meals ½ tab blood sugar 100-150, 1 tab >150 | X | X | X | | |
| 14 | Fish oil  1000mg   Twice Daily | X | | | X | |
| 15 | Pravachol   10mg  Once daily at noon | | X | | | |
| 16 | Folic Acid 2mg   Once Daily | X | | | | |

CEDRIC B MUHAMMAD
1586 HOPE ST
MEMPHIS, TN 38111-5008

DATE: AUGUST 01, 2008
MID:  11024545131
NAME: CEDRIC B MUHAMMAD

***THIS IS NOT A BILL***

This is a list of your Medicaid Claims that were denied from  APRIL 01, 2008  to  JUNE 30, 2008 .

The following claims were denied because:

    1. You received more services than Medicaid allows, or
    2. You received services that Medicaid does not cover, or
    3. You were not eligible for Medicaid on that date.

The reason the claim denied is listed below. You may be billed by the provider for these services.

| PROVIDER NAME | SERVICE | DATES | AMOUNT |
|---|---|---|---|
| METROPOLITAN AN | CMS 1500 XOVER CLAIMS | 11-28-2007 To 11-28-2007 | 14.58 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| METROPOLITAN AN | CMS 1500 XOVER CLAIMS | 11-28-2007 To 11-28-2007 | 14.58 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| PGM PATHOLOGY G | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 2.19 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| PGM PATHOLOGY G | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 15.76 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| PGM PATHOLOGY G | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 14.85 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| TRUMBULL LABORA | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 51.41 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| TRUMBULL LABORA | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 86.59 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |
| TRUMBULL LABORA | CMS 1500 XOVER CLAIMS | 01-02-2008 To 01-02-2008 | 21.90 |
| REASON: SLIMB ONLY/NO MEDICAL ELIGIBILITY | | | |
| RULE: 1200-13-1-03(1) | | | |

You can appeal these denials if you do not agree. You can appeal within a month of receiving this notice. You can also wait to appeal until you receive a bill from the provider. Your request for appeal should be sent to the address below.

If you have questions about this notice, contact Medicaid.

The address is:

    RECIPIENT INQUIRY UNIT
    BUREAU OF MEDICAID
    PO BOX 20007
    NASHVILLE, TN 37202

The telephone number is: 1-800-523-2863. This is a free call.

# ST. JUDE MEDICAL

One Lillehei Plaza
St. Paul, MN 55117-1799 U.S.A.
651-483-2000
1-800-344-5833 (JUDE)

**CARRY THIS CARD AT ALL TIMES.**
Please tell us
when changes are necessary

000060
CEDRIC MUHAMMAD
6154 KNIGHTS BRIDGE
MEMPHIS TN 38115

## Patient Identification Card

ST. JUDE MEDICAL Patient Identification Card

PATIENT: CEDERIC MUHAMMAD
SERIAL NUMBER: 81778634
MODEL NUMBER: 27CAVGJ-514  00
HEART VALVE IMPLANT DATE: 03/MAY/2003

IMPLANTING PHYSICIAN: EDMOND E OWEN
HOSPITAL: METHODIST UNIVERSITY HOSPITAL
MEMPHIS TN

MRI COMPATIBLE

1-800-344-5833 (JUDE)

Dear Patient:

To comply with Federal Regulations, St. Jude Medical Cardiac Surgery Division is required to maintain a confidential "patient registry" to track patients with cardiac implants.

Enclosed is an identification card that describes important information regarding your St. Jude Medical device. **Please carry this card with you at all times and follow the instructions below.**

## Instructions:

☐  **Verify and make corrections in the shaded areas on the Data Verification Form below.**

☐  **Return the form below in the enclosed prepaid envelope even if no corrections are made.**

☐  **Place the plastic I.D. card in your wallet and carry it with you at all times.**

☐  **For questions or change of address, please call 1-800-344-5833 (JUDE) for assistance.**

 **Detach Here** 

Cedric Muhammad  BD:7-15-68  TD: 2-9-06  # 1 REJ EPIS  A/A:Heparin, Altace
CAR:Watson  ID:Omer  SUR:Carter/Waxman(ret)  Endo:Qureshi  Neph:Ebaugh  HEME:Muir  Pulm: G Williams

| | 2-21-07 | 2-20-07 | 2-19-07 | 1-9-07 | 1-7-07 | 1-6-07 | 1-5-07 | 1-4-07 | 1-3-07 | 1-2-07 |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 2-21-07 | 2-20-07 | 2-19-07 | 1-9-07 | 1-7-07 | 1-6-07 | 1-5-07 | 1-4-07 | 1-3-07 | 1-2-07 |
| B/P | | 135/77 | 175/110 | 168/103 | 153/100 | | 173/108 | 165/100 | 112/76 | 168/101 |
| WT | | 157 | 165 | before | | 96.8 | 97.1 | 97.1 | | 160 |
| T | 97.5 | | 5'9" | meds | AFEB | | | | | |
| HT/HR | | hr-68 | hr-76 | HR-80/reg | HR-76 | | HR-70 | HR-70 | HR-74 | hr-reg |
| CYA/GENGRAF | 75mgBID* | 75mgBID* | 100mg/75mg | 100mgBID | 100/100* | 75mgBID* | 75mgBID* | 100/75MG* | 100mgBID | 100mgBID* |
| Pred | 10mgQD | 10mgQD | 10mgQD | 10qD(1/14) | 20mgqd | 20mgqd | 20mgqd | 20mgqd | 20mgqd | 20mgqd* |
| CELLCEPT | 1500mgBID | 1500mgBID | 1500mgBID | 1500mgBID | 1500MG BID<br>VALCYTE<br>450MG QD | 1500MG BID<br>450MG QD* | 1500MG BID | 1500MG BID | 1500MG BID | 1500MG BID<br>VALCYTE |
| ECASA(81mg) | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD | 81mgQD |
| BIAXINx6m | 500mg bid | 500mg bid | 500mg bid | 500mg bid | 500mg bid* | | | BIAXINx6m<br>500mgBID | 500mgBID | 500mgBID |
| PEPCID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID | 20MG BID |
| OSCAL/D | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs | 1000mgQhs |
| Vitamin | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD | 1 TAB QD |
| Potassium | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD | 20mEqQD |
| DIFLUCAN | | | | | 200MG X1 | 200MG X1 | 200MG X1* | BACTRIM | | |
| HYDRALAZINE | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 50mg QID | 80mg QD |
| lantus | | | | | | | 15u qd | 15u qd* | | |
| MAG OXIDE | 800mgBID | 800mgBID | 800mgBID | 800mgBID | 800mgBID | 800mgBID | 800mgBID | 800mgBID | 800mgTID | 800mgTID |
| AMARYL | | | | | 37.5mgBID | | 2MG AC HS* | | | |
| COREG | 50mgBID | 50mgBID | 50mgBID | 50mgBID | 50mgBID* | 37.5mgBID | 37.5mgBID | 37.5mgBID | 37.5mgBID | 40mgQD |
| Lasix | | | | | | | | 40mgQD | 40mgQD | |
| CLONIDINE | .3mgBID | .3mgBID | .3mgBID | .3mgBID | .3mgBID* | .2mgBID | .2mgBID | .2mgBID | .2mgBID | .2mgBID |
| STARLIX | 120mg AC | 120mg AC | 120mg AC | 120mg AC | 120mg AC* | 60MG AC* | STARLIX<br>30MG AC/HS* | STARLIX | LIPITOR | |
| FISH OIL | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID | 1000mgBID |
| vit c | 2G BID | 3G tonight<br>Mag 3G/100 | | | Insulin protocal | protocal | protocal | protocal* | Mycelex 5x | yeast in mo |

| | 2-21-07 | 2-20-07 | 2-19-07 | 1-9-07 | 1-7-07 | 1-6-07 | 1-5-07 | 1-4-07 | 1-3-07 | 1-2-07 |
|---|---|---|---|---|---|---|---|---|---|---|
| (notes) | | refused HIDA<br>D/C home<br>next clinic | Admitted-hydration<br>increased Creatinine<br>cath tomorrow | | NEEDS DEXA<br>d/c home<br>diabetic ed | | | abd us-prob cholelithasis<br>ns 1L bolus<br>admit: hyperglycemia | | vision problems<br>leg cramps |
| Bx | | gde-1A-1B,1G-neg | | | | | | | | |
| ECHO | pravachol | EF-65%,traceAR,TR | | | WATSON-4WKS | | | ferrit-325 renal | | leg cramps |
| CATH | 10/folic acid | Coron-no CAD | | | QURESHI-1-2 WKS | | | PTH-15 insufficiency<br>ob-neg | | |
| Cycl(175-225) | 321 | 312 | 313 | 259 | 220 | 260 | 346 | XX | XX | 267 |
| BUN | 13 | 19 | 28 | 30 | | 33 | 40 | 52 | 47/53 | 46 |
| Creatinine | 1.7 | 1.9 | 2.3 | 1.8 | | 1.7 | 1.8 | 2.1 | 2.7/3.1 | 2.8 |
| Glucose | 84 | 140 | 104 | 197 | | 144 | 107 | 83 | 781/323 | 538 |
| WBC | 10.9 | | 9.3 | 7.3 | | 6.0 | 8.3 | 9.1 | 8.6 | 7.6 |
| Cr. Cl. | | | 25/1400vol | | | | | UR EOSIN-NEG | | |
| SODIUM | 139 | 143 | 142 | 135 | | 137 | 135 | 135 | 122/131 | 132 |
| Potassium | 3.8 | 3.8 | 4.1 | 3.8 | | 4.0 | 4.2 | 3.7 | 5.0/4.8 | 4.3 |
| Calcium | 8.5 | 9.1 | 10.1 | 9.2 | | 8.3 | 9.0 | 9.4 | 9.7/9.8 | 10.2 |
| Protein | | | 6.5 | 5.5 | | | | T4-5.5, T3-0.59 | | 6.4 |
| Albumin | 2.8 | 3.0 | 3.4 | 3.0 | | 2.5 | 2.5 | 2.8 | 3.4 | 3.5 |
| Phosphorus | 3.6 | 3.7 | | | | 2.3 | 3.1 | 4.7 | | |
| Uric Acid | | | abd-GB wall thickened,stones ?HIDA | | | | | ACETONE-NEG | | |
| BILI T | | | 0.7 | 0.7 | ct chest-tree in bud | | | TSH-0.71 | 1.4 | |
| Direct | | | TSH-1.40,T3-1.30,T4-7.0 | | RUL & RML | | | R UR PROT-163 | | |
| LDH | | | PSA-1.4,homo-13.4 | | | | | R UR NA-34 | | |
| CPK | | | | | | | | R UR CREAT-192.6 | | |
| SGOT/AST | | PTH-138 | 20 | 19 | tsh-0.56 | | | TOTAL IRON-54 | 21 | |
| SGPT/ALT | | | 35 | 34 | t4-5.7 | | cxr-nml | HGBN A1C-9.5 | 44 | |
| Gamma GT | | | | | | | | IRON BIND-183 %SAT-30 | | |
| Alk. Phos. | | | 50 | 45 | | | | CXR-NO ACUTE PROCESS 67 | | |
| Cholesterol | | | 244 | | | cmvpcr-neg 166 | | lip-242 | | |
| Trig. | | | 123 | | | | | 175  amy-66 | | |
| HDL/LDL-R | | | 47/174/5.20 | | | | | 31/107/5.40 | | |
| Magnesium | 2.2 | 1.6 | 1.7 | 1.8 | | 1.7 | 1.7 | 2.2 | 2.5 | |
| Hgb | 12.4 | | 13.0 | 12.1 | | 11.9 | 11.7 | 12.1 | 13.' | |
| Hct. | 36.8 | | 37.5 | 36.0 | | 35.5 | 35.1 | 35.9 | 3' | |
| Lymph | | | 13.2 | 12.6 | | 11.8 | 4.0 | ion ca-5.? | | |
| Segs/Neut | | | 79.2 | 80.4 | | 81.1 | 91.0 | ua-neg | | |
| Bands | | | 6.7 | mono-6.5 | | mono-6.6 | mono-4.0 | ur cx | | |
| PLATELETS | 210 | | 223<br>inr-1.11<br>ptt-31.5 | 145 | | 88 | 85 | 100<br>c | | |

C.MUHAMMAD

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743          DISCHARGE SUMMARY
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2933
UNIT#:  0002636534


DATE OF ADMISSION:  01/03/2007   DATE OF DISCHARGE: 01/08/2007

DATE OF BIRTH:  15 July 1958

DATE OF EVALUATION:  3 through 7 January 2007

DISCHARGE DIAGNOSES:
1.   Steroid-induced hyperglycemia.
2.   Oral thrush/candidiasis.
3.   Status post heart transplant.
4.   Mild-to-moderate rejection noted in December of 2006.
5.   Previous hyponatremia induced by hyperglycemia.
6.   Hypercholesterolemia/hyperlipidemia.
7.   Renal insufficiency.
8.   Right visual impairment.
9.   Mycobacterium avium-intracellulare pneumonia.
10.  Thrombocytopenia.
11.  Hypertension.

CONSULTS OBTAINED:
1.   Dr. Lynn Ebaugh
2.   Dr. Imad Omer
3.   Dr. Qureshi
4.   Transplant coordinator

DISCHARGE MEDICINES ARE AS FOLLOWS:
1.   Aspirin 81 mg once daily.
2.   Calcium with vitamin D 2 tablets q.h.s.
3.   Coreg increased to 50 b.i.d.
4.   Clonidine 0.3 mg b.i.d.
5.   Mycelex 10 mg 5 times a day.
6.   Cyclosporin 75 mg in the a.m. and 50 mg in the p.m.
7.   Hydralazine 50 mg q.i.d.
8.   Starlix 60 mg after each meal.
9.   Magnesium oxide 800 mg twice daily.
10.  CellCept 1500 mg every 12 hours.
11.  Protonix 40 mg every day.
12.  Potassium slow release 20 mEq every day.
13.  Prednisone 20 mg q.a.m.

ls 413590 01/03/2007 21:30
DD:  01/03/2007 18:19

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:  MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743                    HISTORY AND PHYSICAL
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  0004
UNIT#:  0002636534


DATE OF ADMISSION:  01/03/2007

DATE OF BIRTH:  07/15/1968

INDICATION FOR ADMISSION:  Severe hyperglycemia.

BRIEF HISTORY OF PRESENT ILLNESS:  This is a very pleasant 38-
year-old gentleman who underwent heart transplant on 02/09/2006.
The patient's post transplant course was complicated by a mild to
moderate rejection reaction in December for which he was treated
with prednisone 40 mg once daily times two weeks.  Following
this, the patient remarks he has been having increased lethargy,
fatigue, and increased urination.  The patient recently had
routine labs done by transplant which demonstrated elevated
glucose at over 700 with a creatinine level of approximately 3.4.
Repeat evaluation was done confirming the same.  The patient was
subsequently instructed to come to the emergency department for
admission and evaluation.

The patient's admitting glucose was 781 with potassium of 5 and
creatinine of 2.7 with a BUN of 47.  He has sodium which was 122,
following correction for glucose was 133 which is still
hypernatremic.  Otherwise, the patient reports no chest pain, no
shortness of breath, no palpitations, and no nausea or vomiting.

REVIEW OF SYSTEMS:  No fever or chills, weight loss, or weight
gain.  Head, ears, eyes, nose, and throat:  No blurring of
vision.  No dizziness or syncope.  No sinusitis, sore throat, or
stiff neck.  Neck is supple.  Respiratory:  No cough or
hemoptysis.  Cardiovascular:  As mentioned above.  GU:  No
hematuria or dysuria.  GI:  No nausea, vomiting, diarrhea, or
constipation.  Neurological:  No TIA, CVA, or seizure disorder.

ALLERGIES:  HEPARIN AND ALTACE.

PAST MEDICAL HISTORY:
  1.   Includes heart transplant on 02/09/2006.
  2.   Previous mild to moderate rejection reaction treated in

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743              HISTORY AND PHYSICAL
DICTATED BY:   ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  0004
UNIT#:  0002636534


      December of 2006 with prednisone for two weeks.
3.   Renal insufficiency previously.
4.   Hypercholesterolemia/hyperlipidemia.
5.   Previous MAI treated with extended ethambutol.
6.   Subsequent right visual impairment secondary to ethambutol.
7.   Previous thrombocytopenia.
8.   Hypertension.
9.   Previous dilated aorta with aortic valve replacement that
     was removed at time of transplant.
10.  Hypomagnesemia.

CURRENT MEDICATIONS include the following:
1.   Gengraf 100 mg b.i.d.
2.   Prednisone 20 mg every day.
3.   CellCept 1500 mg b.i.d.
4.   Valcyte 450 mg once a day.
5.   Aspirin 81 mg once a day.
6.   Biaxin 500 mg b.i.d.
7.   Pepcid 20 mg b.i.d.
8.   Os-Cal with vitamin D.
9.   Potassium chloride 20 mEq every day.
10.  Bactrim 80 mg every day.
11.  Hydralazine 50 mg q.i.d.
12.  Mag-Oxide 800 mg t.i.d.
13.  Lasix 40 mg every day.
14.  Coreg 37.5 mg b.i.d.
15.  Clonidine 0.2 mg b.i.d.
16.  Lipitor 20 mg every day.
17.  Fish oil 1000 mg b.i.d.

FAMILY HISTORY:  Noncontributory.

SOCIAL HISTORY:  The patient denies use of alcohol, tobacco, or
drugs.  He is married.

PHYSICAL EXAMINATION:  General appearance:  Well-developed, ill-
appearing gentleman, in no apparent distress.  Vital signs:  On
evaluation, blood pressure is 145/75, pulse is 78, respiration is
16.  Temperature is 97.5.  Head and neck:  Normocephalic,

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743                    HISTORY AND PHYSICAL
DICTATED BY:   ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  0004
UNIT#:  0002636534

atraumatic.  Neck is supple without JVD.  There is no JVP.  Ears,
eyes, nose, and throat:  Pupils are round, equal, and reactive to
light.  Extraocular movements are intact.  Oropharynx
demonstrates thrush in the posterior pharynx.  Lungs demonstrate
good anterior chest wall expansion without cough, wheeze, or
crackles.  Heart sounds are S1 and S2, without rubs, murmurs or
gallops.  Abdomen is soft, nontender, and nondistended.
Extremities show no evidence of clubbing, cyanosis, or edema.
Neurologically, the patient is grossly intact.  Skin and
lymphatics:  Warm and dry.

LABORATORY values are as follows:  Potassium was 5.0 with a BUN
and creatinine of 47 and 2.7.  Sodium is 122.  This corrects to
133 with the glucose.  Glucose is 781.  Calcium is 9.7.  Amylase
and lipase are within normal limits.  White count is 8.6 with
hemoglobin and hematocrit 13.4 and 39.0, platelets are 88, and
MCV is 85.2.

OVERALL IMPRESSION:
   1.   Status post heart transplant on 02/09/2006.
   2.   Mild to moderate rejection in December of 2006 with
        prednisone 40 mg times two weeks.
   3.   Steroid-induced hyperglycemia.
   4.   Hyponatremia with corrected sodium to 133.
   5.   Hypercholesterolemia/hyperlipidemia.
   6.   Renal insufficiency with previous creatinine of 2.0, now 2.
        7.
   7.   Right visual impairment secondary to ethambutol.
   8.   MAC pneumonia previously.
   9.   Previous muscular cramping and contraction.
   10.  Thrombocytopenia.
   11.  Hypertension.

PLAN:
   1.   Consults obtained from endocrinology, Dr. Qureshi;
        infectious disease, Dr. Omer; and renal evaluation, Dr.
        Ebaugh; and also transplant.
   2.   Check electrolytes and labs.
   3.   Control blood pressure.
   4.   Check an echocardiogram.

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:    MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743            HISTORY AND PHYSICAL
DICTATED BY:   ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  0004
UNIT#:  0002636534


    5.   Check a renal ultrasound.
    6.   Insulin drip per protocol.
    7.   Pain control.

Yours sincerely,


_____
                         ANDREW TODD WATSON, M.D.

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743                    CONSULTATION
DICTATED BY:  MOHAMMAD NAUMAN QURESHI, M.D.
PHYSICIAN:  MOHAMMAD NAUMAN QURESHI, M.D.
ROOM#:
UNIT#:  0002636534


ANDREW T. WATSON, M.D.
REQUESTING PHYSICIAN

DATE OF CONSULTATION:  >

CHIEF COMPLAINT:  Newly diagnosed diabetes

This is a young thirty-eight years male with the diagnosis of
cardiomyopathy diagnosed in 2000.  The patient states that he was
told that it was idiopathic cardiomyopathy, also was found to
have an aneurysm for which he underwent repair and subsequently
had a cardiac transplant.  The patient has been on steroids ever
since with a recent increase in the dose of the steroids because
of transplant rejection on biopsy.

The patient states that the weight has been stable, he was peeing
slightly more than before and was thirsty more but no blurred
vision.  He does not have any difficulty breathing or any chest
pain, no PND, orthopnea.  He did have a history of dialysis done
perioperatively after the transplant but has been off of the
dialysis ever since then.

Appetite has been stable, no nausea, no vomiting, no abdominal
pain and no loose bowel movements, no fever or chills, no cough,
no hemoptysis.  In the ER he had blood drawn and his glucose was
more than 700.  Review of systems otherwise unremarkable.

PAST MEDICAL DIAGNOSES:  Newly diagnosed hyperglycemia, possible
diabetes, history of dilated cardiomyopathy with aneurysm repair,
status-post cardiac transplant, history of renal insufficiency
chronic with dialysis transient after the transplant,
hypertension.

MEDICATIONS:  Aveeno baths, Prednisone, CellCept, aspirin,
Biaxin, Pepcid, Os-Cal, potassium, Hydralazine, magnesium oxide,
Lasix, Coreg, Clonidine and fish oil.

SOCIAL HISTORY:  No alcohol, no smoke.

FAMILY HISTORY:  Unremarkable.

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:  MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743              CONSULTATION
DICTATED BY:  MOHAMMAD NAUMAN QURESHI, M.D.
PHYSICIAN:  MOHAMMAD NAUMAN QURESHI, M.D.
ROOM#:
UNIT#:  0002636534


EXAMINATION:  At the time of examination the patient was in no
apparent distress.  His blood pressure had been stable at the
135/60 range.  The patient was breathing at 12 times a minute,
afebrile with a pulse around 70.

The patient has no lid lag or lid retraction, does have pale
conjunctivae but not icteric conjunctivae.  Neck was supple
without any palpable thyroid.  Chest was clear.  RR, S1 and S2,
SEM, he has a midline scar consistent with the transplant
history.  Abdomen is protuberant, soft, nontender with good bowel
sounds.  No hepatosplenomegaly.

Nonfocal neurologic exam, no edema in the lower extremities.
Cranial nerves intact.

LABS:  His glucose on admission was 700 but has come down in the
150s range, his _____ was negative, his creatinine was
stable consistent with chronic renal insufficiency.  A1C and PFTs
are pending.

ASSESSMENT AND PLAN:  This is a young gentleman with history of
cardiac transplant with recent increase in the dose of steroids.
His hyperglycemia is most likely related to the steroid increase,
I will start him on a drip and then switch him to insulin oral
hypoglycemic agents depending on his response.  Would also get an
A1C to assess his chronic glycemic control.

Would also check a baseline PFTs on him.

Chronic steroid use in a patient with transplant may need to have
a DEXA done if not already done as a preop and may need Actonel
as a prophylactic dose against osteopenia and osteoporosis.  He
has been on calcium supplements.

Would be glad to follow this patient along with you.

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:  MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043            CARDIAC CATHETERIZATION
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2139
UNIT#:  0002636534


DATE OF ADMISSION:  02/19/2007

DATE OF CATHETERIZATION:  02/20/2007

DATE OF BIRTH:  07/15/1968

PROCEDURE NAME:
   1.  Left heart catheterization.
   2.  Selective coronary angiography.
   3.  Right heart catheterization.
   4.  Endomyocardial biopsy.

SEDATION GIVEN:  Fentanyl and Versed.

CATHETERS USED:  9-French venous short sheath with a 7-French
Swan-Ganz catheter and a 7-French Vas-Cath, jaws biopsy forceps,
6-French arterial short sheath with a 6-French JL4, JR4.

COMPLICATIONS:  None apparent.

After obtaining informed consent, the patient was brought to the
cath lab in a fasting state.  Intravenous access was established
and maintained.  Brief physical examination demonstrated normal
heart sounds, normal lung sounds.  The patient was prepped and
draped in the usual sterile manner.

The right groin was anesthetized using approximately 20 mL of 2%
lidocaine.  Right femoral vein was carefully accessed using
modified Seldinger technique and a 9-French venous short sheath
was carefully placed over a guidewire.  The right femoral artery
was carefully accessed using modified Seldinger technique and a 6-
French arterial short sheath was carefully placed over a
guidewire using fluoroscopy.

The right heart catheterization was performed first using a 7-
French Swan-Ganz catheter which was carefully advanced into the
position to obtain pulmonary capillary wedge pressure.  In
addition, PA pressure was obtained.  Cardiac outputs were
obtained.  Saturation was obtained from this position.  The

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043                 CARDIAC CATHETERIZATION
DICTATED BY:   ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2139
UNIT#:  0002636534

catheter was pulled back into the right ventricle where pressures
were obtained and saturations were obtained.  The catheter was
then pulled back into the right atrium where pressures and
saturations were obtained.  At this time, the catheters were
removed.

7-French Dade Vas-Cath was carefully advanced over a guidewire
using a dilator in the appropriate position at the RV septum.
This was confirmed in the LAO and RAO positions.  Subsequently,
from the LAO position, the jaws biopsy forceps were used to
obtain adequate samples for evaluation and interpretation.

At the conclusion of the procedure, the catheter was removed.

A 6-French JL4 catheter was used for selective engagement of the
left coronary ostium.  Multiple views were obtained.  6-French
JR4 catheter was used for selective engagement of the right
coronary ostium.  Multiple views were obtained.  This catheter
was also used for crossing into the left ventricle where LV
pressure was obtained.

At the conclusion of the procedure, all guidewires and catheters
were removed.  The patient was transferred back to the holding
area for ultimate sheath removal.  The patient remained stable
throughout the procedure.

DYE VOLUME USED:  47 mL.

HEMODYNAMICS ARE AS FOLLOWS:

Pulmonary capillary wedge pressure:  11/11/10.
PA:  18/7.
RV:  31/4.
RA:  10/10.

CARDIAC OUTPUTS BY THERMODILUTION: 2.99.
CARDIAC INDEX:  1.6 liters per minute per meter squared.
PULMONARY ARTERIAL RESISTANCE:  267.

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:  MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043          CARDIAC CATHETERIZATION
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2139
UNIT#:  0002636534


PRE-BIOPSY RV PRESSURE:  30/5.
POST-BIOPSY RV PRESSURE:  31/4.
RA:  9/9/7.

SATURATIONS ARE AS FOLLOWS:

AO:  95%.
PA:  67.4%.
RV:  66.6%.
RA:  69.6%.

AO is 158/104.
LV is 159/7.
LVEDP is approximately 15.

CORONARY ANGIOGRAPHY IS AS FOLLOWS:

LEFT MAIN:  The left main appears to be large in size, bifurcates
in the left anterior descending and left circumflex vessel.

LEFT ANTERIOR DESCENDING:  The left anterior descending appears
to be a large size vessel.  The take-off of the first diagonal
there appears to be a 20-30% eccentric stenosis noted.  It
involves the ostium of the first diagonal as well, which has 20-
30% stenosis.  There is no hemodynamically significant disease in
the distal portion of the vessel as it tapers distally and
approaches and wraps the apex.

CIRCUMFLEX:  The left circumflex vessel appears to be a large
size artery.  The _____ continuation vessel is relatively
small.  The first obtuse marginal is very small.  The second
obtuse marginal is moderate is size and then branching, giving
rise to a superior and inferior branch, both of which supplies
the posterior wall and the mid inferior wall.  No significant
disease is determined.

RIGHT CORONARY ARTERY:  Demonstrates a normal size right
ventricular artery, is dominant, giving rise to posterior

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:  MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043          CARDIAC CATHETERIZATION
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2139
UNIT#:  0002636534


descending and posterolateral vessels.  No significant disease is
demonstrated.

OVERALL IMPRESSION:
  1.  No hemodynamically significant coronary artery disease.
  2.  Evidence of mild depression of cardiac output and cardiac
      index.
  3.  Successful right ventricular myocardial biopsy.
  4.  Evidence of gallbladder thickening and stones noted on
      recent ultrasound.  Recommendation for HIDA scan.
  5.  Status post cardiac transplant.

PLAN:
  1.  Review pathology when available.
  2.  Schedule a HIDA scan.
  3.  Return to course of medicines.
  4.  Continue adequate hydration and Mucomyst.
  5.  Dye prophylaxis.

Yours sincerely.




_____
                    ANDREW TODD WATSON, M.D.

----------------------------------------------------------------------------------------------

PATIENT (C0002)00-02636534
NAME MUHAMMAD, CEDRIC B          AGE  38 SEX  M F 02    N NO2    R DSCH-
DR   WATSON, ANDREW T            DOS DSCHPT  I

----------------------------------------------------------------------------------------------


SURGICAL PATHOLOGY
Test Performed at Trumbull Laboratories, LLC
6045 Knight Arnold Road, Memphis, TN 38115

===== Pathologic Diagnosis =====
A. ENDOMYOCARDIAL BIOPSY
Endomyocardial biopsies (three) showing:
 Mild, focal to diffuse, active cellular rejection (grade 1A-1B) (grade 1R in
revised classification)
  (ICD-9-996.83)
Quilty lesion without encroachment upon myocytes
Endocardial fibrosis, mild to focally moderate; patchy interstitial fibrosis,
mild (trichrome stain)
No myocyte necrosis
There is no evidence of humoral rejection. The controlled immunofluorescent
stains for C3 and IgG are
  negative. There are three fragments of endomyocardium for immunofluorescent
evaluation. (ICD-9-996.83)


===== Electronically Signed By ===== Hall, J Cameron, MD

===== Source of Specimen =====
A. ENDOMYOCARDIAL BIOPSY

===== Gross Description =====
A. ENDOMYOCARDIAL BIOPSY: Received in formalin are three fragments of tan
tissue that range from 0.3 cm to 0.2 cm. They are submitted in toto labeled
A1. Sections: A1 cardiac biopsy -3.

Received in saline are three fragments of tan tissue that range from 0.2 cm
to < 0.1 cm.  They are submitted in toto labeled A2. Sections:  A2
immunofluorescence IgG and C3 - 3.

 KWN:sah 02/20/2007 5:59 PM

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043               CONSULTATION
DICTATED BY:  WILLIAM C. GIBSON, M.D.
PHYSICIAN:  WILLIAM C. GIBSON, M.D.
ROOM#:  2139
UNIT#:  0002636534


REQUESTING PHYSICIAN

DATE OF CONSULTATION:  02/20/2007

REASON FOR CONSULTATION:  Suspected cholecystitis.

HISTORY OF PRESENT ILLNESS:  Mr. Muhammad is a 38-year-old male
who is one year status post orthotopic heart transplant.  He came
in for an annual myocardial biopsy and coronary catheterization.
As part of his annual screening, he underwent a right upper
quadrant ultrasound that showed some significant gallbladder wall
thickening and suspicion of gallstones.  He's been asymptomatic
with regard to this problem, and his liver function tests are
normal.  General Surgery consult was requested for further
evaluation of possible cholecystitis.

PAST MEDICAL HISTORY:  Ventricular aneurysm leading to congestive
heart failure requiring heart transplantation.

PAST SURGICAL HISTORY:  Ventricular aneurysmorrhaphy in 2003 and
orthotopic heart transplant one year ago per the patient's verbal
history.

FAMILY HISTORY:  Father died of congestive heart failure and its
complications.  Mother is still alive and in good health.

SOCIAL HISTORY:  The patient lives locally and is married and has
several children at home.  He denies habitual use of alcohol or
tobacco.

REVIEW OF SYSTEMS:  Completely negative.  The patient came in for
a scheduled routine screening with no recent symptoms.

PHYSICAL EXAM:  He's awake and alert and in no acute distress at
the time of my exam.  He has been hypertensive throughout his
stay.  Head and neck exam is normal.  The chest is clear.  He has
a well-healed median sternotomy incision.  The abdomen is soft
and benign.  I could elicit no tenderness to deep palpation in
the right upper quadrant.  Extremities are warm and well-perfused

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0705000043                    CONSULTATION
DICTATED BY:   WILLIAM C. GIBSON, M.D.
PHYSICIAN:  WILLIAM C. GIBSON, M.D.
ROOM#:  2139
UNIT#:  0002636534

with no edema.  Of note, he had palpable dorsalis pedis pulses
bilaterally today after his heart cath.

IMPRESSION:
After reviewing his lab values and ultrasound, it appears that
the best way to proceed would be with a HIDA scan for further
evaluation of possible cholecystitis.  He is completely
asymptomatic at this time, and the only positive finding so far
has been the gallbladder wall thickening on his routine screening
ultrasound.  Liver function tests are normal, and he's not had
any pain or nausea or vomiting.  With the history of
immunosuppression, I think it's important to fully evaluate the
gallbladder with a HIDA scan since immunosuppression can mask the
symptoms.  When I discussed this with the patient, he quickly
became argumentative and has been disappointed already at the
length of stay required for this hospitalization.  He stated to
me very clearly he plans to refuse the HIDA scan when it is
scheduled for tomorrow.  I discussed with him at length the
possibility of progression of cholecystitis if it happened to be
early in the disease process.  We discussed the possibility of
gangrenous cholecystitis requiring open cholecystectomy and the
complications that can ensue.  He was resistant to these ideas
and firmly stated that he plans to go home tomorrow.

I will follow up again with him tomorrow and discuss this with
him again.  Hopefully, he will consent to undergoing HIDA scan.
Based on his benign physical exam and completely normal labs, I
do think that the incidental finding of gallbladder wall
thickening on ultrasound will still be insignificant.  It would
be nice, however, to have a HIDA scan to confirm a patent cystic
duct with normal gallbladder function before seeing him
discharged home.

Thank you for the kind referral, and I'll be glad to follow along.

--------------------------------------------------------------------------------------------------

PATIENT (00002)00-02636534
NAME MUHAMMAD, CEDRIC B        AGE  38 SEX  M F 02    N NO2    R DSCH-
DR   WATSON, ANDREW  T         DOS DSCHPT  I
--------------------------------------------------------------------------------------------------


------------------------------------------------------------------
                               RADIOLOGY
------------------------------------------------------------------

EXAM DATE/TIME         ACC#                REASON FOR EXAM
--------------         ------------        ---------------
02/19/07  1006         SO-07-004319        CHRONIC IMMUNOPRESSION

ABDOMINAL ULTRASOUND


ABDOMINAL SONOGRAPHY, 2/19/07

HISTORY
Chronic immunosuppression in this 38-year-old heart transplant recipient with
pain.

REFERENCE EXAM
1/05/07.

FINDINGS
In comparison with earlier study the gallbladder wall is now markedly
thickened.  Again there is the suggestion of stones.  No bile duct dilatation
is identified.  Consideration should be given to a radionuclide HIDA scan for
further evaluation.  The right kidney which measures 10.4 cm in length is
normal in appearance without hydronephrosis, mass or stone disease.  The
echogenicity of the kidney is considered normal.  There is no ascites or
splenic enlargement.  The left kidney which measures 10.4 cm in length
similarly shows no hydronephrosis, mass or stone disease.  The body-head
region of the pancreas is normal.  The cavae and aorta are unremarkable.  No
focal defects are seen within the liver.  Flow within the portal vein is
hepatopetal.

IMPRESSION
SUSPECTED GALLBLADDER DISEASE WITH PROBABLE STONES AND MARKED GALLBLADDER WALL
THICKENING.

21695

--------------------------------------------------------------------------------
PATIENT (00002)00-02636534
NAME MUHAMMAD, CEDRIC B        AGE  38 SEX  M F 02   N N02    R DSCH-
DR   WATSON, ANDREW  T         DOS DSCHPT  I
--------------------------------------------------------------------------------


---------------------------------------------------------------------
                           CHEMISTRY
---------------------------------------------------------------------

        COLL.DATE:  02/20/07
        COLL.TIME:    0545
PROCEDURE                                 UNITS    REF.RANGE

                           ENDOCRINOLOGY
INTACT PTH           138H                  PG/ML      10-65

LEGEND
H =High
  = INTACT PTH    AEL LABS, 5846 DISTRIBUTION DR, MEMPHIS TONI
    CLINTON,PhD.(BCLD) MEDICAL DIRECTOR

REPORT NO: RSLT-PRT
AS OF DATE: 03/15/07
RETENTION:

R E S U L T S   P R I N T

TIME:      09:31
PREPARED: 03/15/07
PAGE NO:      3

--------------------------------------------------------------------------------

PATIENT (00002)00-02636534
NAME MUHAMMAD, CEDRIC B          AGE  38 SEX  M F 02   N NO2   R DSCH-
DR   WATSON, ANDREW  T           DOS DSCHPT  I

--------------------------------------------------------------------------------

--------------------------------------------------------------------
                           CHEMISTRY
--------------------------------------------------------------------

       COLL.DATE:  02/19/07
       COLL.TIME:     0815
PROCEDURE                                 UNITS      REF.RANGE

                           LIPID PROFILE
TRIGLYCERIDES            123              mg/dL        55-320


HDL CHOLESTEROL           47              mg/dL        30-60
LDL CHOLESTEROL          174              mg/dL        80-200
TC/HDL RATIO           5.20f
CHOLESTEROL            244H              mg/dL        50-200

LEGEND
H =High, f = Footnote
TC/HDL RATIO
AVERAGE CORONARY RISK RATIO FOR MALES: 4.97 (HUMAN, MALE UP TO 199 YRS)

AVERAGE CORONARY RISK RATIO FOR FEMALES: 4.44 (HUMAN, FEMALE UP TO 199 YRS)

REPORT NO: RSLT-PRT        R E S U L T S    P R I N T       TIME:    09:31
AS OF DATE: 03/15/07                           PREPARED: 03/15/07
RETENTION:                                        PAGE NO:     4

--------------------------------------------------------------------------------

PATIENT (00002)00-02636534
NAME MUHAMMAD, CEDRIC B      AGE 38 SEX M F 02   N N02    R DSCH-
DR    WATSON, ANDREW T      DOS DSCHPT !

--------------------------------------------------------------------------------


--------------------------------------------------------------
                     CHEMISTRY
--------------------------------------------------------------


      COLL.DATE:   02/19/07
      COLL.TIME:    0815
PROCEDURE                     UNITS    REF.RANGE

                ENDOCRINOLOGY
PSA SCREEN      1.4           ng/ml      0-4
HOMOCYSTEINE    13.4H         UMOL/L     0-13

LEGEND
H =High
  = PSA SCREEN, HOMOCYSTEINE    AEL LABS, 5846 DISTRIBUTION DR, MEMPHIS TONI
    CLINTON,PhD.(BCLD) MEDICAL DIRECTOR

------------------------------------------------------------------------------------------------------------
PATIENT (00002)00-02636534
NAME MUHAMMAD, CEDRIC B          AGE  38 SEX  M F 02   N N02    R DSCH-
DR   WATSON, ANDREW  T           DOS DSCHPT  I
------------------------------------------------------------------------------------------------------------


--------------------------------------------------------------
                            CHEMISTRY
--------------------------------------------------------------

        COLL.DATE:   02/19/07
        COLL.TIME:   0815
PROCEDURE                                 UNITS    REF.RANGE               _____

                            ENDOCRINOLOGY
TSH                    1.40               UIU/ML    0.35-5.50
T3                     1.30               NG/ML     0.60-2.20


--------------------------------------------------------------
                            CHEMISTRY
--------------------------------------------------------------

        COLL.DATE:   02/19/07
        COLL.TIME:   0815
PROCEDURE                                 UNITS    REF.RANGE               _____


THYROID PROFILE
T4-THYROXINE           7.0                ug/dL     4.5-12.0

BAPTIST MEMORIAL HOSPITAL
MEMPHIS, TENNESSEE

PATIENT
NAME:   MUHAMMAD, CEDRIC B
ACCT#:  E 0700300743                    DISCHARGE SUMMARY
DICTATED BY:  ANDREW TODD WATSON, M.D.
PHYSICIAN:  ANDREW TODD WATSON, M.D.
ROOM#:  2933
UNIT#:  0002636534


   14.   Valcyte 450 mg every day.
   15.   Multivitamin.

HOSPITAL COURSE:  The patient was admitted following evaluation
at the transplant office for hyperglycemia and thrush. Subsequent
consults were obtained from the above-listed individuals.
Stabilization of all critical issues was obtained. Patient
subsequently deemed fit and stable for discharge home.

Yours sincerely,


_____
            ANDREW TODD WATSON, M.D.

```
--------------------------------------------------------------------------------------------------
 PATIENT (00002)00-02636534
 NAME MUHAMMAD, CEDRIC B       AGE  38 SEX  M F 02   N NO2    R DSCH-
 DR    WATSON, ANDREW  T       DOS DSCHPT  I
--------------------------------------------------------------------------------------------------
```

```
         COLL.DATE:  02/19/07
         COLL.TIME:    0815
 PROCEDURE                                         UNITS    REF.RANGE

                      TIMED/24 HOUR URINE CHEMISTRY
 HR COLLECTED              24                      HRS
 TOTAL VOLUME            1400                      mL
 CREAT, SERUM            2.3H                      mg/dL      0.5-1.4
 CREAT G/24HR            0.9L                      g/24HR     1.0-2.0
 UNCORR CLEAR             28L                      mL/MIN     97-140
 CORR CLEARANCE           25L                      mL/MIN     91-130

 HEIGHT                    69                      INCHES
 WEIGHT                   165                      LBS

 LEGEND
 L =Low, H =High
```

CMS-S5967 046
Prescription Drug Coverage

# Medicare**R**X

Name: **CEDRIC MUHAMMAD**
ID: **3977612**
Issuer: **80840**
RxGRP: **788257**
RxPCN: **01410000**
RxBin: **603286**

## WellCare Signature Plan



Prescription Drug Plan

**WellCare**

**WellCare**
P.O. Box 69329
Harrisburg, PA 17106-9329

This is your new WellCare Signature
Prescription Drug Plan ID Card.
Start using it 1/1/2008

**CEDRIC MUHAMMAD**
**1586 Hope St**
**Memphis, TN  38111-5008**

S5967_NA04587_PDP_IDC_ENG (09/18/2007)



# Hypertension / High Blood Pressure Guide

Select An Article    All Subchapter Articles:

## Hypertension: Easing Stress

Reducing stress can help lower blood pressure. Stress is a normal part of life. But too much stress can lead to emotional, psychological and even physical problems -- including coronary artery disease, high blood pressure, chest pains or irregular heart beats.

### How Does Stress Contribute to Heart Disease?

Medical researchers aren't sure exactly how stress increases the risk of heart disease. Stress itself might be a risk factor, or it could be that high levels of stress make other risk factors (such as high cholesterol or high blood pressure) worse. For example, if you are under stress, your blood pressure goes up, you may overeat, you may exercise less and you may be more likely to smoke.

If stress itself is a risk factor for heart disease, it could be because chronic stress exposes your body to unhealthy, persistently elevated levels of stress hormones like adrenaline and cortisol. Studies also link stress to changes in the way blood clots, which increases the risk of heart attack.

### What Are the Warning Signs of Stress?

When you are exposed to long periods of stress, your body gives warning signals that something is wrong. These physical, cognitive, emotional and behavioral warning signs should not be ignored. They tell you that you need to slow down. If you continue to be stressed and you don't give your body a break, you are likely to develop health problems. You could also worsen an existing illness.

Below are some common stress warning signs.

| | |
|---|---|
| **Physical signs** | Dizziness, general aches and pains, grinding teeth, clenched jaws, headaches, indigestion, muscle tension, difficulty sleeping, racing heart, ringing in the ears, stooped posture, sweaty palms, tiredness, exhaustion, trembling, weight gain or loss, upset stomach |
| **Mental signs** | Constant worry, difficulty making decisions, forgetfulness, inability to concentrate, lack of creativity, loss of sense of humor, poor memory |
| **Emotional signs** | Anger, anxiety, crying, depression, feeling powerless, frequent mood swings, irritability, loneliness, negative thinking, nervousness, sadness |
| **Behavioral signs** | Bossiness, compulsive eating, critical attitude of others, explosive actions, frequent job changes, impulsive actions, increased use of alcohol or drugs, withdrawal from relationships or social situations |

### How Can I Cope With Stress?

**Eat and drink sensibly.** Abusing alcohol and food may seem to reduce stress, but it actually adds to it.

**Assert yourself.** You do not have to meet others' expectations or demands. It's OK to say "no." Remember, being assertive allows you to stand up for your rights and beliefs while respecting those of others.

**Stop smoking.** Aside from the obvious health risks of cigarettes, nicotine acts as a stimulant and brings on more stress symptoms.

**Exercise regularly.** Choose non-competitive exercise and set reasonable goals. Aerobic exercise has been shown to release endorphins (natural substances that help you feel better and maintain a positive attitude.)

**Relax every day.** Choose from a variety of different techniques (see below).

**Take responsibility.** Control what you can and leave behind what you cannot control.

**Reduce causes of stress.** Many people find life is filled with too many demands and too little time. For the most part, these demands are ones we have chosen. Effective time-management skills involve asking for help when appropriate, setting priorities, pacing yourself and taking time out for yourself.

**Examine your values and live by them.** The more your actions reflect your beliefs, the better you will feel, no matter how busy your life is.

**Set realistic goals and expectations.** It's OK, and healthy, to realize you cannot be 100% successful at everything all at once.

**Sell yourself to yourself.** When you are feeling overwhelmed, remind yourself of what you do well. Have a healthy sense of self-esteem.

**Get enough rest.** Even with proper diet and exercise, you can't fight stress effectively without rest. You need time to recover from exercise and stressful events. The time you spend resting should be long enough to relax your mind as well as your body. Some people find that taking a nap in the middle of the day helps them reduce stress.

### How Can I Keep a Positive Attitude?

A positive attitude and self-esteem are good defenses against stress because they help you view stress as a challenge rather than a problem. A positive attitude keeps you in control when there are inevitable changes in your life. A positive attitude means telling yourself there are things you can do to improve certain situations and admitting that sometimes there's nothing you can do. To maintain a positive attitude during a stressful situation (or to prepare yourself for a potentially stressful situation), keep these tips in mind:

- Stay calm. Stop what you're doing. Breathe deeply. Reflect on your choices.

- Always tell yourself you can get through the situation.

- Try to be objective, realistic and flexible.

- Try to keep the situation in perspective. Think about the possible solutions. Choose one that is the most acceptable and feasible.

- Think about the outcome: Ask yourself, what is the worst possible thing that can happen? (Chances are that won't happen)

- Tell yourself that you can learn something from every situation.

## How Can I Reduce My Stressors?

While it is impossible to live your life completely stress-free, it is possible to reduce the harmful effects of certain stressors. Here are some suggestions:

- First identify the stressor. What's causing you to feel stressed?

- Avoid hassles and minor irritations if possible. If traffic jams cause you stress, try taking a different route, riding the train or bus, or car-pooling.

- When you experience a change in your life, try to continue doing the things that you enjoyed before the change occurred.

- Learn how to manage your time effectively, but be realistic and flexible when you plan your schedule.

- Do one thing at a time; concentrate on each task as it comes.

- Take a break when your stressors compile to an uncontrollable level.

- Ask for help if you feel that you are unable to deal with stress on your own.

## How Can I Learn How to Relax?

In order to cope with stress, you need to learn how to relax. Relaxing is a learned skill -- it takes commitment and practice. Relaxation is more than sitting back and being quiet. Rather, it's an active process involving techniques that calm your body and mind. True relaxation requires becoming sensitive to your basic needs for peace, self-awareness and thoughtful reflection. The challenge is being willing to meet these needs rather than dismissing them.

There are a number of methods you can use to relax, including:

- **Deep breathing.** Imagine a spot just below your navel. Breathe into that spot, filling your abdomen with air. Let the air fill you from the abdomen up, then let it out, like deflating a balloon. With every long, slow exhalation, you should feel more relaxed.

- **Progressive muscle relaxation.** Switch your thoughts to yourself and your breathing. Take a few deep breaths, exhaling slowly. Mentally scan your body. Notice areas that feel tense or cramped. Quickly loosen up these areas. Let go of as much tension as you can. Rotate your head in a smooth, circular motion once or twice. (Stop any movements that cause pain!) Roll your shoulders forward and backward several times. Let all of your muscles completely relax. Recall a pleasant thought for a few seconds. Take another deep breath and exhale slowly. You should feel relaxed.

- **Mental imagery relaxation.** Mental imagery relaxation, or guided imagery, is a proven form of focused relaxation that helps create harmony between the mind and body. Guided imagery coaches you in creating calm, peaceful images in your mind -- a "mental escape." Identify your self-talk, that is, what you are saying to yourself about what is going on with your illness or situation. It is important to identify negative self-talk and develop healthy, positive self-talk. By making affirmations, you can counteract negative thoughts and emotions.

- **Relax to music.** Combine relaxation exercises with your favorite music. Select the type of music that lifts your mood or that you find soothing or calming. Some people find it easier to relax while listening to specially designed relaxation audio tapes, which provide music and relaxation instructions.

- **Biofeedback.** Biofeedback helps a person learn stress-reduction skills by using various instruments to measure temperature, heart rate, muscle tension and other vital signs as a person attempts to relax. The goal of biofeedback is to teach you to monitor your own body as you relax. It is used to gain control over certain bodily functions that cause tension and physical pain. If a headache, such as a migraine, begins slowly, many people can use biofeedback to stop the attack before it becomes full blown.

Once you find a relaxation method that works for you, practice it every day for at least 30 minutes. Taking the time to practice simple relaxation techniques gives you the chance to unwind and get ready for life's next challenge.

## Can What I Eat Help Fight Stress?

Your body is able to fight stress better when you take the time to eat well-balanced meals. Eat a variety of foods each day, including lean meats, fish or poultry, enriched or whole grain breads and cereals, fruits and vegetables and low-fat dairy products.

Guidelines for Healthy Eating to Fight Stress

Eat a wide variety of healthy foods.

Eat in moderation -- control the portions of the foods you eat.

Reach a healthy weight and maintain it.

Eat at least 5 to 9 servings of fruits and vegetables per day.

Eat food that is high in dietary fiber such as whole grain cereals, legumes and vegetables.

Minimize your daily fat intake. Choose foods low in saturated fat and cholesterol.

Limit your consumption of sugar and salt.

Limit the amount of alcohol and caffeine that you drink.

Make small changes in your diet over time.

Combine healthy eating habits with a regular exercise program.

What if I Have Trouble Sleeping?

If you cannot sleep, try these tips:

Establish a regular sleep schedule. Go to bed and get up at the same time every day.

Make sure your bed and surroundings are comfortable. Arrange the pillows so you can maintain a comfortable position.

Keep your bedroom dark and quiet.

Use your bedroom for sleeping only; don't work or watch TV in your bedroom.

Avoid napping too much during the day. At the same time, remember to balance activity with rest and recovery.

If you feel nervous or anxious, talk to your spouse, partner or a trusted friend. Get your troubles off your mind.

Listen to relaxing music.

Do NOT take sleeping pills -- they can be harmful when taken with other medication. Talk to your doctor before taking any sleeping aid.

Take diuretics or "water pills" earlier, if possible, so you don't have to get up in the middle of the night to use the bathroom.

If you can't sleep, get up and do something relaxing until you feel tired. Don't stay in bed worrying about when you're going to fall asleep.

Avoid caffeine.

Maintain a regular exercise routine but don't exercise within two to three hours of bedtime.

Reviewed by the doctors at The Cleveland Clinic Heart Center.

**WebMD Medical Reference provided in collaboration with the Cleveland Clinic**
 Cleveland Clinic

Reviewed by David W. Stein, MD on December 01, 2006

Edited by Louise Chang, MD on October 01, 2005
'Portions of this page © The Cleveland Clinic 2000-2005

**Hypertension / High Blood Pressure Guide**

| | |
|---|---|
| Overview & Facts | **Treatment & Care** |
| Symptoms & Types | Living & Managing |
| Diagnosis & Tests | Support & Resources |

©2005-2007 WebMD, Inc. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment.

My Notes:

Heart failure, also called congestive heart failure, is a life-threatening condition in which the heart can no longer pump enough blood to the rest of the body.

CHF; Congestive heart failure

Heart failure is almost always a chronic, long-term condition, although it can sometimes develop suddenly. This condition may affect the right side, the left side, or both sides of the heart.

As the heart's pumping action is lost, blood may back up into other areas of the body, including:

- The liver
- The gastrointestinal tract and extremities (right-sided heart failure)
- The lungs (left-sided heart failure)

With heart failure, many organs don't receive enough oxygen and nutrients, which damages them and reduces their ability to function properly. Most areas of the body can be affected when both sides of the heart fail.

The most common causes of heart failure are hypertension (high blood pressure) and coronary artery disease (for example, you have had a heart attack). Other structural or functional causes of heart failure include the following:

- Valvular heart disease
- **Congenital** heart disease
- Dilated cardiomyopathy
- Lung disease
- Heart tumor

Heart failure becomes more common with advancing age. You are also at increased risk for developing heart failure if you are overweight, have diabetes, smoke cigarettes, abuse alcohol, or use cocaine.

- Weight gain
- Swelling of feet and ankles
- Swelling of the abdomen
- **Pronounced neck veins**
- Loss of appetite, indigestion
- Nausea and vomiting
- Shortness of breath with activity, or after lying down for a while
- Difficulty sleeping
- Fatigue, weakness, faintness
- **Sensation of feeling the heart beat** (palpitations)
- **Irregular or rapid** pulse
- Decreased alertness or concentration
- Cough
- Decreased urine production
- Need to urinate at night

**Infants may sweat during feeding (or other exertion).**

Some patients with heart failure have no symptoms. In these people, the symptoms may develop only with these conditions:

- Infections with high fever
- Anemia
- **Abnormal heart rhythm** (arrhythmias)
- Hyperthyroidism
- Kidney disease

A physical examination may reveal either an irregular or a rapid heartbeat. There may be distended neck veins, enlarged liver, swelling of the limbs (peripheral edema), and signs of fluid around the lungs (pleural effusion).

Listening to the chest with a stethoscope may reveal lung crackles or abnormal heart sounds. Blood pressure may be normal, high, or low.

An enlargement of the heart or decreased heart functioning may be seen on several tests, including the following:

- Echocardiogram
- Heart catheterization
- Chest x-ray
- Chest CT scan
- Cardiac MRI
- Nuclear heart scans (MUGA, RNV)
- ECG, which may also show arrhythmias

This disease may also alter the following test results:

- CBC
- Blood chemistry
- Serum sodium
- BUN
- Creatinine
- Liver function tests
- Serum uric acid
- Atrial natriuretic peptide (ANP) and brain natriuretic peptide (BNP)
- Urinalysis
- Urinary sodium
- Creatinine clearance
- Swan-Ganz measurements (right heart catheterization)

If excessive fluid has accumulated around the sac surrounding the heart (pericardium), you may need to have the fluid removed through a pericardiocentesis.

If you have heart failure, your doctor will monitor you closely. This means having follow up appointments at least every 3 to 6 months, figuring out any underlying cause and treating it, and periodic testing of your heart function. For example, an ultrasound of your heart, called an echocardiogram, will be done once in awhile to give an estimate of how well your heart is pumping blood with each stroke or beat.

It is also your responsibility to carefully monitor yourself and help manage your condition. One important way to do this is to track your weight on a daily basis. Weight gain can be a sign that you are retaining fluid and that the pump function of your heart is worsening. Make sure you weigh yourself at the same time each day and on the same scale, with little to no clothes on.

Other important measures include:

- Take your medications as directed. Carry a list of medications with you wherever you go.
- Limit salt and sodium intake.
- Don't smoke.
- Stay active. For example, walk or ride a stationary bicycle. Your doctor can provide a safe and effective exercise plan based on your degree of heart failure and how well you do on tests that check the strength and function of your heart. DO NOT exercise on days that your weight has gone up from fluid retention or you are not feeling well.
- Lose weight if you are overweight.
- Get enough rest, including after exercise, eating, or other activities. This allows your heart to rest as well. Keep your feet elevated to decrease swelling.

Here are some tips to lower your salt and sodium intake:

- Look for foods that are labeled "low-sodium," "sodium-free," "no salt added," or "unsalted." Check the total sodium content on food labels. Be especially careful of canned, packaged, and frozen foods. A nutritionist can teach you how to understand these labels.
- Don't cook with salt or add salt to what you are eating. Try pepper, garlic, lemon, or other spices for flavor instead. Be careful of packaged spice blends as these often contain salt or salt products (like monosodium glutamate, MSG).
- Avoid foods that are naturally high in sodium, like anchovies, meats (particularly cured meats, bacon, hot dogs, sausage, bologna, ham, and salami), nuts, olives, pickles, sauerkraut, soy and Worcestershire sauces, tomato and other vegetable juices, and cheese.
- Take care when eating out. Stick to steamed, grilled, baked, boiled, and broiled foods with no added salt, sauce, or cheese.
- Use oil and vinegar, rather than bottled dressings, on salads.
- Eat fresh fruit or sorbet when having dessert.

Your doctor may consider prescribing the following medications:

- ACE inhibitors such as captopril and enalapril -- these medications open up blood vessels and decrease the work load of the heart. These have become an important part of treatment
- Diuretics -- there are several types including thiazide, loop diuretics, and potassium-sparing diuretics; they help rid your body of fluid and sodium.
- Digitalis glycosides -- increase the ability of the heart muscle to contract properly; prevent heart rhythm disturbances
- Angiotensin receptor blockers (ARBs) such as losartan and candesartan which, like ACE inhibitors, reduce the workload of the heart; this class of drug is especially important for those who cannot tolerate ACE inhibitors
- Beta-blockers -- this is particularly useful for those with a history of coronary artery disease

Sometimes, hospitalization is required for acute CHF. Hospitalized patients may receive oxygen and intravenous medications such as vasodilators and diuretics. Medicines such as nesiritide (Natrecor) help dilate blood vessels and may also be helpful.

Medicines called inotropic agents help improve the heart's ability to pump blood. Such drugs include dobutamine and milrinone. They are given by IV.

Unstable patients receiving several medications usually need also hemodynamic monitoring with Swan-Ganz catheterization.

Severe cases of CHF require more drastic measures. For example, excess fluid can be removed through dialysis, and circulatory assistance can be provided by implanted devices such as the intra-aortic balloon pump (IABP) and the left ventricular assist device (LVAD). These devices can be life-saving, but they are not permanent solutions. Patients who become dependent on circulatory support will need a heart transplant.

A number of studies have shown that heart failure symptoms can be improved with a special type of pacemaker. It paces both the right and left sides of heart. This is referred to as biventricular pacing or cardiac resynchronization therapy. Ask your provider if you are a candidate for this.

Heart failure is a serious disorder that carries a reduced life expectancy. Many forms of heart failure can be controlled with medication, lifestyle change, and correction of any underlying disorder. Heart failure is usually a chronic illness, and it may worsen with infection or other physical stressors.

- Pulmonary edema
- Total failure of the heart to function (circulatory collapse)
- Arrhythmias including lethal arrhythmias

Possible side effects of medications include:

- Low blood pressure (hypotension)
- Light-headedness and fainting
- Lupus reaction
- Headache
- Gastrointestinal upset (such as nausea, heartburn, diarrhea)
- Cough
- Muscle cramps
- Digitalis toxicity

Call your health care provider if weakness, increased cough or sputum production, sudden weight gain or swelling, or other new or unexplained symptoms develop.

Go to the emergency room or call the local emergency number (such as 911) if you experience severe crushing chest pain, fainting, or rapid and irregular heartbeat (particularly if other symptoms accompany a rapid and irregular heartbeat).

Follow your health care provider's recommendations for treatment of conditions that may cause congestive heart failure. These recommendations may include:

- Treat your high blood pressure with diet, exercise, and medication if necessary.
- Treat your high cholesterol with diet, exercise, and medication if necessary.
- DO NOT smoke
- Avoid alcohol use
- Take an ACE inhibitor if you have heart disease, diabetes, or high blood pressure.
- Treat arrhythmias (abnormal heart rhythms) and keep your heart rate under control.
- Treat an underlying thyroid disorder.

Also, consider the following lifestyle habits, especially if you have a strong family history of CHF:

- Reduce salt intake.
- Exercise

Hunt SA, Abraham WT, Chin MH, Feldman AM, Francis GS, Ganiats TG, et al. ACC/AHA 2005 Guideline Update for the Diagnosis and Management of Chronic Heart Failure in the Adult. *J Am Coll Cardiol*. 2005;46:1-82.

Licensed from  A.D.A.M.