*Exhibit H*

# ADMISSIONS DOCUMENTS FROM HOSPITAL STAYS

**Baptist's**
**Patient's Bill of Rights**

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

O. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-877- BMH-TIPS.** You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health, 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and Tennessee Department of Health 1- 800-852-2187, or **JCAHO,** 1-800-994-6610.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery.

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental, and academic needs.

I. Children's families have the right to assistance concerning finances, housing needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

### Exceptions

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the "Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

A. You are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the

D. hospital. You are responsible for providing information for insurance and for working with Baptist, when arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.



△ **BAPTIST**
MEMORIAL HEALTH CARE

R  ACCT:E0719900201
**MUHAMMAD,CEDRIC B**
07/18/07   MR:0002636534
ADM: CARTER,RUSSEL

## Patient information regarding Medicare Benefits

Your physician has put you in the hospital under a level of care that is called either Observation, Outpatient, or Inpatient.

There are several types of benefits under Medicare.

**Part A** for <u>inpatient</u> hospital care;
**Part B** for <u>observation</u>; <u>outpatient</u> and <u>physician</u> services;
**Part C** for Medicare Advantage/HMO plan members.

When a person comes to the hospital, Medicare expects the physician to choose your "level of care". This level of care directs the hospital how to bill for the services you receive. This is based on Medicare rules.

<u>Observation</u> is used to assist the doctors in finding out what brought you to the hospital and what services you need and your doctor feels treatment will take less than 24 hours.

<u>Outpatient</u> is used when you come to the hospital for a test, procedure or treatment that does not require extra monitoring.

<u>Inpatient</u> is used when treatment requires extra monitoring for your condition that brought you to the hospital and your doctor intends treatment to take more than 24 hours.

| What does this mean? |
| --- |

- In observation you are expected to stay in the hospital for <u>24 hours or less.</u>

- Even though you are in a hospital bed under observation you are using your Part B benefits. You will not be using any hospital benefit days.

- For <u>outpatient and observation levels</u>, you will be required to pay for "self administered medications" which are not a covered benefit by Medicare under this level of care. These are medications you normally take on your own at home (i.e., home medications).

- Observation time <u>does not</u> count toward the 3-day inpatient stay requirement to meet admission to a nursing home for skilled care.

- When you stay longer than 48 hours, the hospital may provide you an Advance Beneficiary Notice (ABN). This notice lets you know in advance that Medicare <u>may not</u> pay for your observation room and board charges after 48 hours. If necessary, your doctor can admit you as an inpatient level of care.

- If your physician changes your level of care to an inpatient, Part A benefits will begin and you will then use your "hospital" benefit days. You will be responsible for your Medicare Part A deductible.

**Should you have questions, please ask to speak with your Case Manager or Social Worker**

I. **GENERAL CONSENT TO TREATMENT AND TESTS:**

A. I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

B. If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

C. I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration. I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

D. **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

II. **INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:**

A. I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

B. I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

C. I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

III. **RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:**

I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

IV. **FOLLOW-UP CARE REFERRAL:**

I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. If I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

V. **AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:**

A. I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. Please *acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

B. I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

C. I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

D. I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

VI. **ORGAN DONATION:**

I understand I have the right to donate my organs.

VII. **TISSUE DISPOSAL:**

I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

VIII. **FINANCIAL RESPONSIBILITY:**

The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses. I also understand that I may qualify for financial assistance programs and that I may secure a determination of such upon request. I further understand that such a determination is dependent upon my timely submittal of appropriate financial documentation and the failure of me to provide any such documentation could affect my qualifications.

**Continued on Next Page**

|  BAPTIST | GENERAL CONDITIONS ADMISSION RECORD | SER     ACCT:A0719900201<br>**MUHAMMAD,CEDRIC B**<br>07/18/07       MR:0002636534<br>ADM: CARTER,RUSSELL A |
| --- | --- | --- |



ADMGC

**IX. ASSIGNMENT OF INSURANCE BENEFITS:**

A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.

B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness.** It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.

C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

**X. PERSONAL VALUABLES:**

I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

**XI. GENERAL INFORMATION AND AUTHORIZATION:**

A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.

B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.

C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.

**(Mississippi Facilities Only):**

D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.

E. For **Medicaid obstetrical patients** (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother? YES _____ NO _____ N/A _____

**XII. SEVERANCE OF INVALID TERMS:**

I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

**Please place your initials by the appropriate response:**

**XIII. I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT.**     YES _____     NO _____

**XIV. ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS:**

_____ I received a copy of the Notice of Privacy Rights.

_____ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms. I further acknowledge that I have been given the opportunity to 1) ask questions regarding my financial liability under this agreement and 2) ask for determination if I qualify for financial assistance programs.

_____
SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN
FOR PATIENT

_____
RELATIONSHIP TO PATIENT

_____
SIGNATURE OF RESPONSIBLE PARTY

_____
RELATIONSHIP TO PATIENT

_____
DATE

_____
DATE

_____
WITNESS

_____
DATE

**For Facility Use Only:**

**If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:**

_____ **Medical Emergency**

_____ **Refused to Sign**

_____ **Unable to sign because** _____

**Employee signature:** _____     **Date:** _____

MUHAMMAD, CEDRIC          A0719900201                          ADMGC



This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will / Advance Care Plan) about medical treatments which serve to sustain the life process. The Living Will /Advance Care Plan can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will / Advance Care Plan can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will / Advance Care Plan is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes    Advance Directives for Medical Care for Tennessee brochure provided and/or referral made.
- [ ] No      Does not desire information at this time.

### Living Will / Advance Care Plan

Do you (the patient) have a Living Will / Advance Care Plan?
* [ ] Yes
- [ ] No

Do you have a copy with you now?
- [ ] Yes
* [ ] No

- [ ] Yes    Copy provided. Placed on chart. Physician notified.    Date: _____    Time: _____
- [ ] No      Did not have a copy. Requested to provide a copy.

*Complete if the patient is able to communicate information regarding their Living Will / Advance Care Plan (the intent or substance). The Patient states their Living Will / Advance Care Plan says: _____

Has your physician completed a Physicians Order for Scope of Treatment (POST) form?
* [ ] Yes
- [ ] No

Do you have a copy with you now?
- [ ] Yes
* [ ] No

- [ ] Yes    Copy provided. Placed on chart. Physician notified.    Date: _____    Time: _____
- [ ] No      Did not have a copy. Requested to provide a copy.

### DURABLE POWER OF ATTORNEY FOR HEALTHCARE / HEALTH CARE AGENT

Do you (the patient) have a Durable Power of Attorney for Healthcare / Health Care Agent?
- [ ] Yes    Name of Durable Power of Attorney for Healthcare: _____
- [ ] No

Do you have a copy with you now ?
- [ ] Yes
- [ ] No

- [ ] Yes    Copy provided. Placed on chart. Physician notified.    Date: _____    Time: _____
- [ ] No      Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, patient states name of Durable Power of Attorney for Healthcare / Health Care Agent is _____

_____
Signature of Patient

_____
Pt. unable to sign, signature of person acting on behalf of patient

_____
Date

_____
Relationship to Patient

_____
Signature of Healthcare Professional

_____
Date

 BAPTIST

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Form # 0215.64 (12/06)

Original - Chart / Canary - Patient

SER
ACCT:E0719900201
**MUHAMMAD,CEDRIC B** 07/18/07
MD: CARTER,RUSSELL A        MR:0002636534

I. **GENERAL CONSENT TO TREATMENT AND TESTS:**

    A. I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

    B. If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

    C. I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration.

    I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

    D. **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

II. **INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:**

    A. I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

    B. I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

    C. I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

III. **RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:**

    I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

IV. **FOLLOW-UP CARE REFERRAL:**

    I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. It I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

V. **AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:**

    A. I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. *Please acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

    B. I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

    C. I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

    D. I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

VI. **ORGAN DONATION:**
    I understand I have the right to donate my organs.

VII. **TISSUE DISPOSAL:**
    I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

VIII. **FINANCIAL RESPONSIBILITY:**

    The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses.

<div align="center">Continued on Reverse Side</div>



# BAPTIST
Memorial Hospital

**GENERAL CONDITIONS
ADMISSION RECORD**



ADMGC

1967-01

OPB    ACCT:E0605200501

**MUHAMMAD,CEDRIC B**

02/21/06    MR:0002636534

MD: WATSON,ANDREW TODD

IX. ASSIGNMENT OF INSURANCE BENEFITS:

    A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.

    B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness.** It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.

    C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

X. PERSONAL VALUABLES:

I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

XI. GENERAL INFORMATION AND AUTHORIZATION:

    A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.

    B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.

    C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.

**(Mississippi Facilities Only):**

    D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.

    E. For **Medicaid** obstetrical patients (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother?   YES\_\_\_\_\_  NO\_\_\_\_\_  N/A \_\_\_\_\_

XII. SEVERANCE OF INVALID TERMS:

I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

**Please place your initials by the appropriate response:**

XIII. I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT.  YES _(initials)_  NO \_\_\_\_\_

XIV. ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS:

\_\_\_\_\_ I received a copy of the Notice of Privacy Rights.

_(initials)_ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms.

X _(signature)_
SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT      RELATIONSHIP TO PATIENT

X _(signature)_
SIGNATURE OF RESPONSIBLE PARTY      RELATIONSHIP TO PATIENT

2/21/06
DATE      2/21/06
DATE

_(signature)_
WITNESS      2/21/06
DATE

---

**For Facility Use Only:**

**If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:**

_____Medical Emergency

_____Refused to Sign

_____Unable to sign because _____

Employee signature: _____   Date: _____

MUHAMMAD, CEDRIC        E0605200501        ADMGC

**Baptist's**
**Patient's Bill of Rights**

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

0. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-887BMH-TIPS.** You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health,

T. 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and (Tennessee) Tennessee Department of Health 1- 800-852-2187, or **JCAHO,** 1-800-994-661 0.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental and academic needs.

I. Children's families have the right to assistance concerning finances, housing, and coping needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

### *Exceptions*

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the" Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

A. **You** are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the hospital.

D. You are responsible for providing information for insurance and for working with Baptist, when needed, to arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.



**PSDA**

This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will) about medical treatments which serve to sustain the life process. The Living Will can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes    Making Your Wishes Known brochure provided and/or referral made.
- [x] No     Does not desire information at this time.

**Living Will**

Do you (the patient) have a Living Will?
*
- [ ] Yes
- [x] No

Do you have a copy with you now?
*
- [ ] Yes
- [ ] No

- [ ] Yes   Copy provided. Placed on chart. Physician notified.
- [ ] No    Did not have a copy.  Requested to provide a copy.

\* Complete if the patient is able to communicate information regarding their Living Will (the intent or substance). The Patient states their Living Will says: _____

_____

_____

**DURABLE POWER OF ATTORNEY FOR HEALTHCARE**

Do you (the patient) have a Durable Power of Attorney for Healthcare?
- [x] No
- [ ] Yes   Name of Durable Power of Attorney for Healthcare: _____

Do you have a copy with you now?
- [ ] Yes
- [ ] No

- [ ] Yes   Copy provided. Placed on chart. Physician notified.
- [ ] No    Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, **patient** states name of Durable Power of Attorney for Healthcare is _____

_____
Signature of Patient

_____
Date

_____
Signature of Healthcare Professional

_____
Pt. unable to sign, signature of person acting on behalf of patient (i.e. Durable Power of Attorney for Healthcare)

_____
Relationship to Patient

_____
Date

 **BAPTIST**

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Addressograph Addressograph / Patient Label

OPB                                          1967-01
ACCT:E0605200501
**MUHAMMAD,CEDRIC B** 02/21/06
MD: WATSON,ANDREW TODD  MR:0002636534

Form # 0215.64 (03/05)                 Original - Chart / Canary - Patient

Date: 2/21/06 Time: _____ Discharging MD: Watson

DCDSP

## DISCHARGE INSTRUCTIONS

- ☑ Diet: Resume Previous diet
- ☑ Activity: See attached
- ☐ Pain Management: _____
- ☐ Community Resources: _____
- ☐ N/A ☐ Food/Drug Interaction Instruction: _____
- ☐ N/A ☐ Rehabilitation Techniques: _____
- ☐ N/A ☐ Medical Equipment: _____
- ☐ N/A ☐ Smoking Cessation Information Provided: _____
- ☐ N/A ☑ Call physician for concerns or worsening symptoms: See attached
- ☐ N/A ☐ Discussed allergies with patient/family: _____
- ☐ N/A ☐ Medications: _____

Did you receive discharge medication prescriptions from your physician: ☐ YES ☑ NO
(If discharge prescriptions are available, complete Discharge Medication Profile) ☐ Available ☑ Not Available

If yes, review the following instructions:

- It is important to fill your prescription immediately
- Check the labels on the medications for special instructions
- Contact your physician and/or pharmacist about questions regarding your medications, including medications taken prior to hospitalization (storage, expiration, disposal of unused or expired medications)
- Anticoagulants included in discharge medications? ☐ YES ☑ NO List: _____
  If yes, follow instructions regarding anticoagulant therapy as provided
- Allergies (drug, blood, food, other) identified during their hospitalization? ☐ YES ☑ NO List: _____

## NURSING SUMMARY

DISCHARGE TO: Name of the Facility: _____
☐ Home ☐ Home/Home Health ☐ SNF ☐ Personal Care Home ☐ Rehab. Hosp. ☐ Intermediate Care Facility ☐ Other
☐ Against Medical Advice ☐ Records sent with patient (list) _____
TRANSPORTATION: ☐ Wheelchair ☐ Ambulatory ☐ Stretcher ☐ ACCOMPANIED BY: _____
PROSTHESIS/PERSONAL ITEMS (please list) _____
Given to: ☐ Patient ☐ Family ☐ Other

ACCEPTABLE PAIN GOAL MET: ☐ Yes ☐ No ☐ N/A
FUNCTIONAL STATUS: ☑ Self care ☐ Assisted care ☐ Total care ECOG Score (circle) 0 1 2 3 4
CARE GIVER: ☐ Parent ☐ Spouse ☐ Daughter/Son ☐ Sibling ☐ Other
PHYSICAL/MENTAL STATUS: _____
Research study participant: ☐ Yes ☐ No Contact person: _____
☐ Appointment with Dr. Watson Date _____ Time _____
☐ Appointment with _____ Date _____ Time _____
☐ Lab work _____ To be done in ☐ Office ☐ Hospital ☐ Other _____
☐ Patient/family to make appointment _____ ☐ Referral to _____
Telemetry off ☑ Yes ☐ No ☐ N/A IV/NT removed ☑ Yes ☐ No ☐ N/A
☐ Patient Satisfaction Survey given to patient ☐ Patient/Caregiver verbalizes/demonstrates understanding of discharge instructions

| Time: | Temperature: | Pulse: 84 | Respiration: 20 | Blood Pressure: 130/72 |

Comments/other instructions:
Do not smoke (cigarettes, cigars, pipes, etc.) and avoid second hand smoke. _____

_____
Patient/other Signature _____ Relationship

_____
Nurse's Signature

## BAPTIST.
### DISCHARGE INSTRUCTIONS

▼ Addressograph / Patient Label ▼
OPB BAC 1967-01
ACCT:E0605200501 02/21/06
MUHAMMAD,CEDRIC B
07/15/68 MR:0002636534
MD: WATSON,ANDREW TO 37Y M

Form 0215.9 (02/05)

White – Chart / Canary – Pa

# *Discharge Instruction for Angiogram (Arterial Diagnostic Imaging)

The following instructions will answer some of your questions about going home and will help you recover from your procedure more quickly.

1. A small amount of soreness and bruising at the catheter insertion site is normal. However, if you have any of the following, you should inform your physician immediately.
   - Increased pain in your groin
   - Swelling or bruising in your groin which is increased in size
   - Pain in your chest
   - Bleeding in your groin

2. Avoid Heavy Lifting over (greater than 10 pounds) and strenuous exertion for 5-7 days.

3. Avoid tub baths or hot tubs for 3-5 days. Take showers only. Clean site with soap and water then pat dry.

4. Keep a Band-Aid on your site for 3 days. The Band Aid should be replaced daily and as needed to keep clean and dry until site heals.

5. Drink plenty of fluids for a few days after going home.

DCDSP

Date: 3/7/06 Time: ____ Discharging MD: Dr. A. Watson

**DISCHARGE INSTRUCTIONS**

- [x] Diet: Resume home diet
- [x] Activity: see instructional sheet
- [x] Pain Management: as instructed
- [x] Community Resources:
- [x] N/A [ ] Food/Drug Interaction Instruction:
- [x] N/A [ ] Rehabilitation Techniques:
- [x] N/A [ ] Medical Equipment:
- [x] N/A [ ] Smoking Cessation:
- [ ] N/A [x] Call physician for concerns or worsening symptoms: severe bleeding, pain or swelling
- [x] N/A [ ] Discussed allergies with patient/family
- [ ] N/A [x] Medications: per Dr.

Did you receive discharge medication prescriptions from your physician: [ ] YES [ ] NO

(If discharge prescriptions are available, complete Discharge Medication Profile) [ ] Available [ ] Not Available

If yes, review the following instructions:

- It is important to fill your prescription immediately
- Check the labels on the medications for special instructions
- Contact your physician and/or pharmacist about questions regarding your medications, including medications taken prior to hospitalization (storage, expiration, disposal of unused or expired medications)
- Anticoagulants included in discharge medications? [ ] YES [ ] NO List: ____
  If yes, follow instructions regarding anticoagulant therapy as provided
- Allergies (drug, blood, food, other) identified during their hospitalization? [ ] YES [x] NO List: ____

**NURSING SUMMARY**

DISCHARGE TO: Name of the Facility: ____

[x] Home [ ] Home/Home Health [ ] SNF [ ] Personal Care Home [ ] Rehab. Hosp. [ ] Other ____

[ ] Against Medical Advice [ ] Records sent with patient (list) ____

TRANSPORTATION: [x] Wheelchair [ ] Ambulatory [ ] Stretcher [x] ACCOMPANIED BY: family

PROSTHESIS/PERSONAL ITEMS (please list) ____

Given to: [ ] Patient [ ] Family [ ] Other

ACCEPTABLE PAIN GOAL MET: [x] Yes [ ] No [ ] N/A

FUNCTIONAL STATUS: [x] Self care [ ] Assisted care [ ] Total care ECOG Score (circle) 0 1 2 3 4

CARE GIVER: [ ] Parent [ ] Spouse [ ] Daughter/Son [ ] Sibling [ ] Other

PHYSICAL/MENTAL STATUS: AAOX3, Right groin s̄ oozing or swelling

Research study participant: [ ] Yes [ ] No Contact person: ____

[ ] Appointment with ____ Date ____ Time ____

[ ] Appointment with ____ Date ____ Time ____

[ ] Lab work ____ To be done in [ ] Office [ ] Hospital [ ] Other ____

[ ] Patient/family to make appointment ____ [ ] Referral to ____

Telemetry off [x] Yes [ ] No [ ] N/A IV/NT removed [x] Yes [ ] No [ ] N/A

[x] Patient Satisfaction Survey is given to patient [x] Patient/Caregiver verbalizes/demonstrates understanding of discharge instructions

| Time: 1700 | Temperature: 98.4 | Pulse: 98 | Respiration: 20 | Blood Pressure: 114/64 |
|---|---|---|---|---|

Comments/other instructions: see instructional sheet. No driving x 48 hrs.

[signature]

Patient/other Signature Relationship ____

Isabella Brown RN

Nurse's Signature

BAPTIST.

**DISCHARGE INSTRUCTIONS**

▼ Addressograph / Patient Label ▼

OPB BAC 1985-01

ACCT:E0607600011 03/07/06

**MUHAMMAD,CEDRIC B**

07/15/68 MR:0002636534

MD: WATSON,ANDREW TO 37Y M

m 0215.9 (09/03)

# *Discharge Instruction for Angiogram (Arterial Diagnostic Imaging)

The following instructions will answer some of your questions about going home and will help you recover from your procedure more quickly.

1. A small amount of soreness and bruising at the catheter insertion site is normal. However, if you have any of the following, you should inform your physician immediately.
   - Increased pain in your groin
   - Swelling or bruising in your groin which is increased in size
   - Pain in your chest
   - Bleeding in your groin

2. Avoid Heavy Lifting over (greater than 10 pounds) and strenuous exertion for 5-7 days.

3. Avoid tub baths or hot tubs for 3-5 days. Take showers only. Clean site with soap and water then pat dry.

4. Keep a Band-Aid on your site for 3 days. The Band Aid should be replaced daily and as needed to keep clean and dry until site heals.

5. Drink plenty of fluids for a few days after going home.

I. GENERAL CONSENT TO TREATMENT AND TESTS:

    A. I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

    B. If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

    C. I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration.

    I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

    D. **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

II. INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:

    A. I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

    B. I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

    C. I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

III. RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:

    I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

IV. FOLLOW-UP CARE REFERRAL:

    I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. If I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

V. AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:

    A. I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. *Please acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

    B. I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

    C. I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

    D. I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

VI. ORGAN DONATION:
    I understand I have the right to donate my organs.

VII. TISSUE DISPOSAL:
    I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

VIII. FINANCIAL RESPONSIBILITY:

    The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses.

<div align="center">Continued on Reverse Side</div>



**BAPTIST**
Memorial Hospital

**GENERAL CONDITIONS
ADMISSION RECORD**

ADMGC

1985-01

OPB    ACCT:E0607600011

**MUHAMMAD,CEDRIC B**

03/07/06    MR:0002636534

MD: WATSON,ANDREW TODD

IX. **ASSIGNMENT OF INSURANCE BENEFITS:**
   A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.
   B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness.** It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.
   C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

X. **PERSONAL VALUABLES:**
   I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

XI. **GENERAL INFORMATION AND AUTHORIZATION:**
   A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.
   B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.
   C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.
   **(Mississippi Facilities Only):**
   D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.
   E. For **Medicaid obstetrical patients** (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother?   YES_____  NO_____  N/A _____

XII. **SEVERANCE OF INVALID TERMS:**
   I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

   **Please place your initials by the appropriate response:**

XIII. <u>I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT.</u>  YES _CM_ NO _____

XIV. <u>ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS:</u>

   _____ I received a copy of the Notice of Privacy Rights.

   _CM_ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms.

| | |
|---|---|
| _(signature)_ | |
| SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT | RELATIONSHIP TO PATIENT |
| _(signature)_ | |
| SIGNATURE OF RESPONSIBLE PARTY | RELATIONSHIP TO PATIENT |
| DATE 3/7/06 | DATE 3/7/06 |
| WITNESS _(signature)_ | DATE 3/7/06 |

---

**For Facility Use Only:**
If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:
_____ **Medical Emergency**
_____ **Refused to Sign**
_____ **Unable to sign because** _____

**Employee signature:** _____    **Date:** _____

MUHAMMAD, CEDRIC                                E0607600011                                        ADMGC

OPB     ACCT:E0607600011

**MUHAMMAD,CEDRIC B**

03/07/06    MR:0002636534

MD: WATSON,ANDREW TODD

**Baptist's**

## Patient's Bill of Rights

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

O. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-887BMH-TIPS.** You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health,

T. 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and (Tennessee) Tennessee Department o Health 1- 800-852-2187, or **JCAHO,** 1-800-994-661 0.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental and academic needs.

I. Children's families have the right to assistance concerning finances, housing, and coping needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

## *Exceptions*

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the" Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

**A.** **You** are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the hospital.

D. You are responsible for providing information for insurance and for working with Baptist, when needed, to arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.

Print Clearly

*ALLERGIES: See Master Allergy Sheet*

| Source of information: | | |
|---|---|---|
| ☐ Patient | ☐ MD Office | ☐ H&P |
| ☐ Family | ☐ Med bottles | ☐ Pharmacy | ☐ Other |
| | ☐ Med List | ☐ Old Chart | |

Pharmacy Name (if known):

Phone:

**[ ] Addendum or Correction of Previous List**

| Current Home Medications (Rx, OTC, herbal, drop, spray, cream, etc.)  ☐ No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/ Time | Continue in hospital? | | Continue at discharge? | |
|---|---|---|---|---|---|---|---|---|---|
| Hydralazine | 50mg | oral | 3xday | bloodpressure | 3-7 | Yes | No | (YES) | NO |
| Colace | 100mg | oral | 2xday | constipation | 3-6 | Yes | No | (YES) | NO |
| Lasix | 40mg | oral | daily | fluid | 3-6 | Yes | No | (YES) | NO |
| Norvasc | 5mg | oral | daily | BP | 3-7 | Yes | No | (YES) | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |

| FAXED STAMP | Date/Time: Physician Signature: | Date/Time: Nurse Obtaining Information: *Pam Pittman* |
|---|---|---|
| | Date/Time: Transcribed by: | Date/Time: Reconciling Nurse: |

☐ No New Medications

**LIST ONLY NEW DISCHARGE MEDICATIONS BELOW**
*(This is not a discharge prescription form.)*

| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
|---|---|---|---|---|---|---|
| ↑ Cyclosporine to | 250mg | PO | 2X daily | | | |

| Date/Time: Discharging MD: *Dr. A Watson* | Date/Time: 3/7/06 1200 Discharging Nurse: *Isabella Brown RN* | Date/Time: Patient's Signature: *Cedric Muhammad* |
|---|---|---|

◇ **BAPTIST.**

**MEDICATION RECONCILIATION ORDERS**

Form # 0201.37 (03/06)

▼ Addressograph / Patient Label ▼

OPB    BAC 1985-01
ACCT:E0607600011        03/07/06
MUHAMMAD,CEDRIC B
07/15/68        MR:0002636534
MD: WATSON,A    REW TO    37Y    M

Print Clearly

OPN

ALLERGIES: See Master Allergy Sheet

| Source of information: | | |
|---|---|---|
| [✓] Patient | [ ] MD Office | [✓] H&P |
| [ ] Family | [ ] Med bottles | [ ] Other |
| | [ ] Pharmacy | |
| | [ ] Med List | [ ] Old Chart |

Pharmacy Name (if known):

Phone:

[ ] Addendum or Correction of Previous List

| Current Home Medications (Rx, OTC, herbal, drop, spray, cream, etc.) [ ] No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/ Time | Continue in hospital? | | Continue at discharge? | |
|---|---|---|---|---|---|---|---|---|---|
| Cya/gengraf | 115mg | oral | 2xday | anti rejection | 3-6 | Yes | No | (YES) | NO |
| Prednisone | 60mg | oral | daily | rejection | 3-6 | Yes | No | (YES) | NO |
| Cellcept | 1500mg | oral | 2xday | rejection | 3-6 | Yes | No | (YES) | NO |
| Valcyte | 450mg | oral | daily | rejection | 3-6 | Yes | No | (YES) | NO |
| EC ASA | 81mg | oral | daily | thinner | 3-6 | Yes | No | (YES) | NO |
| nystatin | 5cc | oral | | anti fungal | 3-6 | Yes | No | (YES) | NO |
| Protonix | 40mg | oral | daily | GERD | 3-6 | Yes | No | (YES) | NO |
| Oscal 1D | 1000mg | oral | bedtime | bones | 3-6 | Yes | No | (YES) | NO |
| Vitamin | 1tab | oral | daily | vitamin | 3-6 | Yes | No | (YES) | NO |
| Potassium | 20MEq | oral | daily | supplement | 3-6 | Yes | No | (YES) | NO |
| Bactrim | 80mcg | oral | daily | anti infective | 3-6 | Yes | No | (YES) | NO |

FAXED STAMP

Date/Time:
Physician Signature:

Date/Time:
Transcribed by:

Date/Time:
Nurse Obtaining Information:

Date/Time:
Reconciling Nurse:

[ ] No New Medications

LIST ONLY NEW DISCHARGE MEDICATIONS BELOW
(This is not a discharge prescription form.)

| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Date/Time:
Discharging MD: A. A. Watson

Date/Time: 3/7/06 1910
Discharging Nurse: Isabella Brown RN

Date/Time:
Patient's Signature:

⬡BAPTIST.

MEDICATION RECONCILIATION ORDERS

Form # 0201.37 (03/06)

▼ Addressograph / Patient Label ▼

OPB   BAC 1985-01
ACCT:E0607600011    03/07/06
MUHAMMAD,CEDRIC B
07/15/68        MR:0002636534
MD: WATSON,    DREW TO 37Y   M



PSDA

This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will) about medical treatments which serve to sustain the life process. The Living Will can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes  Making Your Wishes Known brochure provided and/or referral made.
- [x] No  Does not desire information at this time.

## Living Will

Do you (the patient) have a Living Will?
* - [ ] Yes
- [x] No

Do you have a copy with you now?
- [ ] Yes
* - [x] No

- [ ] Yes  Copy provided. Placed on chart. Physician notified.
- [x] No  Did not have a copy. Requested to provide a copy.

* Complete if the patient is able to communicate information regarding their Living Will (the intent or substance). The Patient states their Living Will says: _____

## DURABLE POWER OF ATTORNEY FOR HEALTHCARE

Do you (the patient) have a Durable Power of Attorney for Healthcare?
- [x] No
- [ ] Yes  Name of Durable Power of Attorney for Healthcare: _____

Do you have a copy with you now?
- [ ] Yes
- [x] No

- [ ] Yes  Copy provided. Placed on chart. Physician notified.
- [x] No  Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, **patient** states name of Durable Power of Attorney for Healthcare is _____

Signature of Patient

3-7-06

Date

_Pam Pittman RN_

Signature of Healthcare Professional

Pt. unable to sign, signature of person acting on behalf of patient (i.e. Durable Power of Attorney for Healthcare)

Relationship to Patient  3-7-06

Date

## BAPTIST

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Form # 0215.64 (03/05)

Addressograph / Patient Label

OPB                                    1985-01
ACCT:E0607600011
**MUHAMMAD,CEDRIC B** 03/07/06
MD: WATSON,ANDREW TODD  MR:0002636534

Original - Chart / Canary - Patient



**PSDA**

This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will) about medical treatments which serve to sustain the life process. The Living Will can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes _Making Your Wishes Known_ brochure provided and/or referral made.
- [ ] No Does not desire information at this time.

**Living Will**

Do you (the patient) have a Living Will?
* [ ] Yes
  [✓] No

Do you have a copy with you now?
* [ ] Yes
  [ ] No

- [ ] Yes Copy provided. Placed on chart. Physician notified.
- [ ] No Did not have a copy. Requested to provide a copy.

* Complete if the patient is able to communicate information regarding their Living Will (the intent or substance). The Patient states their Living Will says: _____
_____
_____

## DURABLE POWER OF ATTORNEY FOR HEALTHCARE

Do you (the patient) have a Durable Power of Attorney for Healthcare?
- [✓] No
- [ ] Yes Name of Durable Power of Attorney for Healthcare: _____

Do you have a copy with you now?
- [ ] Yes
- [ ] No

- [ ] Yes Copy provided. Placed on chart. Physician notified.
- [ ] No Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, **patient** states name of Durable Power of Attorney for Healthcare is _____

_____
Signature of Patient

_____
Date

_____
Signature of Healthcare Professional

_____
Pt. unable to sign, signature of person acting on behalf of patient
(i.e. Durable Power of Attorney for Healthcare)

_____
Relationship to Patient

_____
Date

◯ **BAPTIST**

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Form # 0215.64 (03/05)

Addressograph / Patient Label

OPB
ACCT:E0607600431                                    1935-01
**MUHAMMAD,CEDRIC B** 03/17/06
MD: WATSON,ANDREW TODD  MR:0002636534

Original - Chart / Canary - Patient

I. **GENERAL CONSENT TO TREATMENT AND TESTS:**

    A. I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

    B. If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

    C. I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration.

    I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

    D. **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

II. **INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:**

    A. I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

    B. I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

    C. I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

III. **RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:**

    I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

IV. **FOLLOW-UP CARE REFERRAL:**

    I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. It I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

V. **AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:**

    A. I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. *Please acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

    B. I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

    C. I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

    D. I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

VI. **ORGAN DONATION:**
    I understand I have the right to donate my organs.

VII. **TISSUE DISPOSAL:**
    I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

VIII. **FINANCIAL RESPONSIBILITY:**

    The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses.

**Continued on Reverse Side**

 **BAPTIST**
Memorial Hospital

**GENERAL CONDITIONS
ADMISSION RECORD**

1935-01

OPB    ACCT:E0607600431

**MUHAMMAD,CEDRIC B**

03/17/06    MR:0002636534

MD: WATSON,ANDREW TODD



ADMGC

IX. ASSIGNMENT OF INSURANCE BENEFITS:

A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.

B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness**. It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.

C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

X. PERSONAL VALUABLES:

I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

XI. GENERAL INFORMATION AND AUTHORIZATION:

A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.

B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.

C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.

**(Mississippi Facilities Only):**

D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.

E. For **Medicaid obstetrical patients** (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother?    YES _____ NO _____ N/A _____

XII. SEVERANCE OF INVALID TERMS:

I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

**Please place your initials by the appropriate response:**

XIII. I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT. YES _____ NO _____

XIV. ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS:

_____ I received a copy of the Notice of Privacy Rights.

_____ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms.

_____          _____
SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT          RELATIONSHIP TO PATIENT

_____          _____
SIGNATURE OF RESPONSIBLE PARTY          RELATIONSHIP TO PATIENT

_____          _____
DATE          DATE   3-17-06

_____          _____
WITNESS          DATE

---

**For Facility Use Only:**
If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:

_____ **Medical Emergency**

_____ **Refused to Sign**

_____ **Unable to sign because** _____

Employee signature: _____    Date: _____

MUHAMMAD, CEDRIC                     E0607600431                              ADMGC

**Baptist's**
## Patient's Bill of Rights

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

O. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-887BMH-TIPS.** You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health,

T. 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and (Tennessee) Tennessee Department o Health 1- 800-852-2187, or **JCAHO,** 1-800-994-661 0.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental. and academic needs.

I. Children's families have the right to assistance concerning finances, housing, and coping needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

## *Exceptions*

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the" Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

A. **You** are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the hospital.

D. You are responsible for providing information for insurance and for working with Baptist, when needed, to arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.



Date: _3/17/06_ Time: _____ Discharging MD: _Watson Andrew_

## DISCHARGE INSTRUCTIONS

- ❑ Diet: _Resume Home diet_
- ❑ Activity: _No strenuous Activity for 5 to 7 day_
- ❑ Pain Management: _NA_
- ❑ Community Resources: _NA_
- ❑ N/A ❑ Food/Drug Interaction Instruction: _N/A_
- ❑ N/A ❑ Rehabilitation Techniques: _NA_
- ❑ N/A ❑ Medical Equipment: _NA_
- ❑ N/A ❑ Smoking Cessation:
- ❑ N/A ❑ Call physician for concerns or worsening symptoms: _May problems or concerns_
- ❑ N/A ❑ Discussed allergies with patient/family
- ❑ N/A ❑ Medications: _Resume Home Meds_

Did you receive discharge medication prescriptions from your physician? ❑ YES ❑ NO
(If discharge prescriptions are available, complete Discharge Medication Profile) ❑ Available ❑ Not Available

If yes, review the following instructions:
- It is important to fill your prescription immediately
- Check the labels on the medications for special instructions
- Contact your physician and/or pharmacist about questions regarding your medications, including medications taken prior to hospitalization (storage, expiration, disposal of unused or expired medications)
- Anticoagulants included in discharge medications? ❑ YES ❑ NO List: _____
  If yes, follow instructions regarding anticoagulant therapy as provided
- Allergies (drug, blood, food, other) identified during their hospitalization? ❑ YES ❑ NO List: _____

## NURSING SUMMARY

DISCHARGE TO: Name of the Facility: _____
☑ Home ❑ Home/Home Health ❑ SNF ❑ Personal Care Home ❑ Rehab. Hosp. ❑ Other _____
❑ Against Medical Advice ❑ Records sent with patient (list) _____
TRANSPORTATION: ❑ Wheelchair ❑ Ambulatory ❑ Stretcher ❑ ACCOMPANIED BY: _partner_
PROSTHESIS/PERSONAL ITEMS (please list) _____ _Other etc_

Given to: ☑ Patient ❑ Family ❑ Other

ACCEPTABLE PAIN GOAL MET: ❑ Yes ❑ No ❑ N/A
FUNCTIONAL STATUS: ☑ Self care ❑ Assisted care ❑ Total care    ECOG Score (circle) 0 ①2 3 4
CARE GIVER: ❑ Parent ❑ Spouse ❑ Daughter/Son ❑ Sibling ❑ Other
PHYSICAL/MENTAL STATUS: _Alert and oriented ○ pm Stables I compl___

Research study participant: ❑ Yes ☑ No Contact person: _____
- ❑ Appointment with _____ Date _____ Time _____
- ❑ Appointment with _____ Date _____ Time _____
- ❑ Lab work _____ To be done in ❑ Office ❑ Hospital ❑ Other _____
- ❑ Patient/family to make appointment _____ ❑ Referral to _____
Telemetry off ☑ Yes ❑ No ❑ N/A   IV/NT removed ☑ Yes ❑ No ❑ N/A
❑ Patient Satisfaction Survey is given to patient   ☑ Patient/Caregiver verbalizes/demonstrates understanding of discharge instructions

| Time: _1555_ | Temperature: | Pulse: _84_ | Respiration: _20_ | Blood Pressure: _117/88_ |

Comments/other instructions: _See attached instructions_

X _____
Patient/other Signature    Relationship

_____
Nurse's Signature

## ⬡ BAPTIST.
DISCHARGE INSTRUCTIONS

Form 0215.9 (09/03)

▼ Addressograph / Patient Label ▼

OPB ‖‖‖‖‖‖‖ BAC 1935-01
ACCT:E0607600431    03/17/06
**MUHAMMAD,CEDRIC B**
07/15/68    MR:0002636534
MD: WATSON,ANDREW TO  37Y  M

# *Discharge Instruction for Angiogram (Arterial Diagnostic Imaging)

The following instructions will answer some of your questions about going home and will help you recover from your procedure more quickly.

1. A small amount of soreness and bruising at the catheter insertion site is normal. However, if you have any of the following, you should inform your physician immediately.
   - Increased pain in your groin
   - Swelling or bruising in your groin which is increased in size
   - Pain in your chest
   - Bleeding in your groin

2. Avoid Heavy Lifting over (greater than 10 pounds) and strenuous exertion for 5-7 days.

3. Avoid tub baths or hot tubs for 3-5 days. Take showers only. Clean site with soap and water then pat dry.

4. Keep a Band-Aid on your site for 3 days. The Band Aid should be replaced daily and as needed to keep clean and dry until site heals.

5. Drink plenty of fluids for a few days after going home.

Print Clearly

OPN

ALLERGIES: See Master Allergy Sheet

| Source of information: | | |
|---|---|---|
| ☐ Patient | ☐ MD Office | ☑ H&P |
| ☐ Med bottles | ☐ Pharmacy | ☐ Other |
| ☐ Family | ☐ Med List | ☐ Old Chart |

Pharmacy Name (if known): _____

Phone: _____

[ ] Addendum or Correction of Previous List

| Current Home Medications (Rx, OTC, herbal, drops, spray, cream, etc.) ☐ No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/ Time | Continue in hospital? | | Continue at discharge? | |
|---|---|---|---|---|---|---|---|---|---|
| Cymbal Seagrat | 250mg | oral | 2x's daily | Antirejection | 3/17 | Yes | No | YES | NO |
| Prednisone | 60mg | oral | daily | Antitraumatic | 3/17 | Yes | No | YES | NO |
| Cellcept | 1500mg | oral | 2x's daily | Antirejection | 3/17 | Yes | No | YES | NO |
| Valcyte | 450mg | oral | daily | Antiviral | 3/17 | Yes | No | YES | NO |
| Enteric coated Aspirin | 8mg | oral | daily | Blood thinner | 3/17 | Yes | No | YES | NO |
| Nystatin | 5cc | oral | before meals and bedtime | Anti fungal | 3/17 | Yes | No | YES | NO |
| Protonix | 40mg | oral | daily | Reflux | 3/17 | Yes | No | YES | NO |
| Oscal D | 1000mg | oral | at bedtime | Supplement | 3/17 | Yes | No | YES | NO |
| Vitamin - | one tab | oral | daily | supplement | 3/17 | Yes | No | YES | NO |
| Potassium | 20mEq | oral | daily | Supplement | 3/17 | Yes | No | YES | NO |
| Bactrim | 80mg | oral | daily | Antibiotic | 3/17 | Yes | No | YES | NO |

FAXED STAMP  FAXED

| Date/Time: | Date/Time: 3/17/06 |
|---|---|
| Physician Signature: | Nurse Obtaining Information: Marilyn Clarkston |
| Date/Time: | Date/Time: |
| Transcribed by: | Reconciling Nurse: |

☐ No New Medications

LIST ONLY NEW DISCHARGE MEDICATIONS BELOW
(This is not a discharge prescription form.)

| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date/Time: Discharging MD: | Date/Time: Discharging Nurse: | Date/Time: Patient's Signature: |
|---|---|---|



◻ BAPTIST.

MEDICATION RECONCILIATION ORDERS

Form # 0201.37 (03/06)

▼ Addressograph / Patient Label ▼

OPB    BAC 1935-01
ACCT:E0607600431        03/17/06
MUHAMMAD,CEDRIC B
07/15/68                MR:0002636534
MD: WATSON,ANDREW TO    37Y  M

OPN

**ALLERGIES: See Master Allergy Sheet**

| Source of information: | | |
|---|---|---|
| ☐ Patient | ☐ MD Office | ☑ H&P |
| ☐ Family | ☐ Med bottles | ☐ Pharmacy |
| | ☐ Med List | ☐ Old Chart | ☐ Other |

Pharmacy Name (if known):

Phone:

**[] Addendum or Correction of Previous List**

| Current Home Medications (Rx, OTC, herbal, drop, spray, cream, etc.) ☐ No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/ Time | Continue in hospital? | | Continue at discharge? | |
|---|---|---|---|---|---|---|---|---|---|
| Hydralazine | 50mg | one | 3x; daily | ♡ | 3/17 | Yes | No | YES | NO |
| Colace | 100mg | one | as needed | Softner | 3/17 | Yes | No | YES | NO |
| Mag oxide | 800mg | one | 2x; daily | supplement | 3/17 | Yes | No | YES | NO |
| Lasix | 40mg | one | daily | fluid | 3/17 | Yes | No | YES | NO |
| Norvasc | 5mg | one | daily | Blood pressure | 3/17 | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |

| FAXED STAMP | Date/Time: Physician Signature: | Date/Time: 3/17/06 Nurse Obtaining Information: Marilyn Clarkston |
|---|---|---|
| | Date/Time: Transcribed by: | Date/Time: Reconciling Nurse: |

| ☐ No New Medications | **LIST ONLY NEW DISCHARGE MEDICATIONS BELOW** *(This is not a discharge prescription form.)* | | | | | |
|---|---|---|---|---|---|---|
| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Date/Time: Discharging MD: | Date/Time: Discharging Nurse: | Date/Time: Patient's Signature: |
|---|---|---|

## ⬡ BAPTIST.

▼ Addressograph / Patient Label ▼

### MEDICATION RECONCILIATION ORDERS

OPB    BAC 1935-01
ACCT:E0607600431    03/17/06
**MUHAMMAD,CEDRIC B**
01/15/68    MR:0002636534
MD: WATSON,ANDREW TO   37Y M

THESE ARE GENERAL INSTRUCTIONS. IF YOUR DOCTOR HAS GIVEN YOU DIFFERENT OR MORE SPECIFIC INSTRUCTIONS, PLEASE FOLLOW THEM.

IF YOUR DOCTOR ORDERED PAIN MEDICATION, PLEASE TAKE IT AS DIRECTED. YOU SHOULD NOT DRIVE A MOTOR VEHICLE OR OPERATE MACHINERY WHILE TAKING THIS MEDICATION.

CHECK WITH YOUR DOCTOR REGARDING MEDICATIONS WHICH YOU ROUTINELY TAKE OR WERE TAKING PRIOR TO SURGERY.

IF YOU HAD GENERAL ANESTHESIA OR SEDATION, PLEASE FOLLOW THESE INSTRUCTIONS:

1.  A Responsible adult **must** accompany you from the hospital and should remain with you for 24 hours.
    **Please do not stay alone.**
2.  Do not drink any alcoholic beverages including beer or take drugs other than those prescribed by your doctor.
3.  Do not drive a motor vehicle or operate machinery or power tools for 24 hrs. (a child should not ride a bicycle, skateboard or climb on gym sets, etc.)
4.  Do not make crucial decisions or sign important papers for 24 hours.
5.  You may experience light-headedness or dizziness and you will probably feel sleepy following your surgery.
    Rest at home with moderate activity as tolerated.
6.  Some anesthetics and pain medication may produce nausea and vomiting in certain individuals.
    If nausea continues without relief, call your doctor.
7.  Progress slowly to a regular or your usual diet unless your doctor has instructed you otherwise.
    Start with liquids, then soup and crackers, and then solid foods as tolerated.
8.  Do not take aspirin or blood thinners without approval of your doctor. *1915 T 98.1 BP 144/91 HR 100 RR 22*

MAKE APPOINTMENT TO SEE YOUR [PHYSICIAN:

DATE: _____

OTHER INSTRUCTIONS: *Transplant nurse to call tomorrow* _____
_____
_____

UNLESS OTHERWISE INSTRUCTED BY YOUR DOCTOR YOU MAY GRADUALLY RESUME YOUR NORMAL ACTIVITIES.

IF YOU SHOULD EXPERIENCE BLEEDING YOU FEEL IS EXCESSIVE, DIFFICULTY IN BREATHING, PERSISTENT NAUSEA AND VOMITING, UNUSUAL PAIN, SWELLING, OR FEVER, PLEASE CALL YOUR DOCTOR. IF YOUR ARE UNABLE TO CONTACT YOUR DOCTOR AND FEEL YOUR SIGNS AND SYMPTOMS WARRANT A DOCTOR'S ATTENTION, GO TO A EMERGENCY DEPARTMENT.

*I have read and understood these instructions:*

PATIENT: _Cedric Muhammad_     DATE: _4/4/06_

GUARDIAN: _____     RELATIONSHIP TO PATIENT: _____

WITNESS: _Sandra Brown, RN_     WITNESS: _____

*A REPRESENTATIVE FROM THE ONE-DAY SURGERY UNIT WILL CALL YOU IN A FEW DAYS. THIS IS A ROUTINE CALL TO FIND OUT HOW YOU ARE PROGRESSING AFTER YOUR SURGERY.*

Addressograph

Outpatient Surgery
**DISCHARGE INSTRUCTIONS**


Memorial Health Care

OPB   BAC 1971-01
ACCT:E0609400022   04/04/06
**MUHAMMAD,CEDRIC B**
07/15/68   MR:0002636534
MD: WATSON,ANDREW TO   37Y   M

Form # 0233.3 (2/99)     INSTR

Print Clearly

||||||
|---|---|---|---|---|
| **Print Clearly** | | | | |

**ALLERGIES: See Master Allergy Sheet**

**Source of Information:**
[X] Patient   [ ] Med bottles   [ ] MD Office   [ ] H&P
[ ] Family   [ ] Med List   [ ] Pharmacy   [ ] Other   [ ] Old Chart

Pharmacy Name (if known): Walmart- Hickory Hill
Phone:

[ ] Addendum or Correction of Previous List

| Current Home Medications (Rx, OTC, herbal, drop, spray, cream, etc.) [ ] No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/ Time | Continue in hospital? | Continue at discharge? |
|---|---|---|---|---|---|---|---|
| Gengraf | 250mg | Mouth | 2x day | Rejection | 4/4/06 | Yes No | YES NO |
| Prednisone | 50mg | Mouth | daily | Rejection | 4/4/06 | Yes No | YES NO |
| Cellcept | 1500mg | Mouth | 2x day | Rejection | 4/4/06 | Yes No | YES NO |
| Valcyte | 450mg | Mouth | daily | Rejection | 4/4/06 | Yes No | YES NO |
| ECASD | 81mg | Mouth | daily | thinner | 4/4/06 | Yes No | YES NO |
| Nystatin | 5cc | Mouth | TID | Antifungal | 4/4/06 | Yes No | YES NO |
| Protonix | 40mg | Mouth | daily | Acid Reflux | 4/4/06 | Yes No | YES NO |
| OS-CAL-D | | | daily #5 | Supplement | 4/4/06 | Yes No | YES NO |
| Vitamin | T | Mouth | daily | Supplement | 4/4/06 | Yes No | YES NO |
| Potassium | 20meq | Mouth | daily | Supplement | 4/4/06 | Yes No | YES NO |
| Bactrim | 80mg | Mouth | daily | Antibiotic | 4/4/06 | Yes No | YES NO |

**FAXED STAMP**

Date/Time:    Date/Time:
Physician Signature:    Nurse Obtaining Information: Carolin J Hopkins RN 4/4/06
Date/Time:    Date/Time:
Transcribed by:    Reconciling Nurse:

[ ] No New Medications

**LIST ONLY NEW DISCHARGE MEDICATIONS BELOW**
*(This is not a discharge prescription form.)*

| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
|---|---|---|---|---|---|---|
| Norvasc | D/C'd | 4/4/06 | | | | |
| Coreg | 3.125mg | mouth | 2x daily | heart/blood pressure | | |

Date/Time: 4/4/06
Discharging MD: Dr. Watson

Date/Time: 4/4/06 1945
Discharging Nurse: Brown RN

Date/Time:
Patient's Signature: Cedric Muhammad

◻ **BAPTIST**

**MEDICATION RECONCILIATION ORDERS**

Form # 0201.37 (03/06)

OPB   BAC 1971-01
ACCT:E0609400022   04/04/06
MUHAMMAD,CEDRIC B
07/15/68   MR:0002636534
MD: WATSON,ANDREW TO 37Y   M

**Print Clearly**

**ALLERGIES: See Master Allergy Sheet**

| Source of Information: | ☐ MD Office | ☐ H&P | Pharmacy Name (if known): Walmart - Hickory Hill | [ ] Addendum or Correction of Previous List |
|---|---|---|---|---|
| ☑ Patient ☐ Med bottles | ☐ Pharmacy | ☐ Other | | |
| ☐ Family ☐ Med List | ☐ Old Chart | | Phone: | |

| Current Home Medications (Rx, OTC, herbal, drop, spray, cream, etc.) ☐ No Home Medications | Dose | How to take? (lay terms) | How Often? (lay terms) | Why am I taking this medicine? (patient's words) | Last Dose Date/Time | Continue in hospital? | | Continue at discharge? | |
|---|---|---|---|---|---|---|---|---|---|
| Hydralazine | 50 mg | mouth | 3xday | Blood pressure | 4/4/06 | Yes | No | YES | NO |
| Colace | 100 mg | mouth | 2xday | Stool softner | 4/4/06 | Yes | No | YES | NO |
| Mag Oxide | 800mg | mouth | 2xday | supplement | 4/4/06 | Yes | No | YES | NO |
| Lasix | 40mg | mouth | daily | Fluid | 4/4/06 | Yes | No | YES | NO |
| Norvasc | 5mg | mouth | daily | Bp | 4/4/06 | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |
| | | | | | | Yes | No | YES | NO |

**FAXED STAMP**

Date/Time:
Physician Signature:

Date/Time:
Nurse Obtaining Information: _Marylou PorRing RN_ 4/4/06

Date/Time:
Transcribed by:

Date/Time:
Reconciling Nurse:

☐ No New Medications

**LIST ONLY NEW DISCHARGE MEDICATIONS BELOW**
*(This is not a discharge prescription form.)*

| Medication | Dose | How to take? | How often? | Why am I taking this medicine? | Next dose | Special Instructions |
|---|---|---|---|---|---|---|
| D/C Norvasc 4/4/06 | | | | | | |
| Coreg | 3.125mg | mouth | 2X daily | | | |

Date/Time: 4/4/06
Discharging MD: _Dr Watson_

Date/Time: 4/4/06 1415
Discharging Nurse: _JBraun RN_

Date/Time:
Patient's Signature:

▼ Add

OPB

BAC 1971-01
ACCT:E0609400022          04/04/06
**MUHAMMAD,CEDRIC B**
07/15/68          MR:0002636534
MD: WATSON,ANDREW TO     37Y M

# ⬡ BAPTIST

**MEDICATION RECONCILIATION ORDERS**

Form # 0201.37 (03/06)

I.  **GENERAL CONSENT TO TREATMENT AND TESTS:**

A.  I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

B.  If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

C.  I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration.
I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

D.  **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

II.  **INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:**

A.  I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

B.  I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

C.  I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

III.  **RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:**

I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

IV.  **FOLLOW-UP CARE REFERRAL:**

I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. If I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

V.  **AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:**

A.  I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. *Please acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

B.  I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

C.  I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

D.  I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

VI.  **ORGAN DONATION:**
I understand I have the right to donate my organs.

VII.  **TISSUE DISPOSAL:**
I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

VIII.  **FINANCIAL RESPONSIBILITY:**

The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses.

<div align="center">Continued on Reverse Side</div>



**Memorial Hospital**



ADMGC

**GENERAL CONDITIONS
ADMISSION RECORD**

OPB

1971-01

ACCT:E0609400022

**MUHAMMAD,CEDRIC B**

04/04/06          MR:0002636534

MD: WATSON,ANDREW TODD

IX. <u>ASSIGNMENT OF INSURANCE BENEFITS</u>:

A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.

B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness.** It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.

C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

X. <u>PERSONAL VALUABLES</u>:

I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

XI. <u>GENERAL INFORMATION AND AUTHORIZATION</u>:

A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.

B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.

C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.

**(Mississippi Facilities Only):**

D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.

E. For **Medicaid obstetrical patients** (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother?   YES_____ NO_____ N/A _____

XII. <u>SEVERANCE OF INVALID TERMS</u>:

I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

**Please place your initials by the appropriate response:**

XIII. <u>I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT.</u> YES _CM_ NO _____

XIV. <u>ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS</u>:

_CM_ I received a copy of the Notice of Privacy Rights.

_____ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms.

| | |
|---|---|
| SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT | RELATIONSHIP TO PATIENT |
| SIGNATURE OF RESPONSIBLE PARTY | RELATIONSHIP TO PATIENT |
| DATE | DATE |
| WITNESS | DATE |

---

**For Facility Use Only:**

**If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:**

_____ **Medical Emergency**

_____ **Refused to Sign**

_____ **Unable to sign because** _____

**Employee signature:** _____   **Date:** _____

MUHAMMAD, CEDRIC                    E0609400022                    ADMGC



**PSDA**

This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will) about medical treatments which serve to sustain the life process. The Living Will can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes   Making Your Wishes Known brochure provided and/or referral made.
- [ ] No    Does not desire information at this time.

## Living Will

Do you (the patient) have a Living Will?
- * [ ] Yes
- [ ] No

Do you have a copy with you now?
- [ ] Yes
- * [ ] No

- [ ] Yes   Copy provided. Placed on chart. Physician notified.
- [ ] No    Did not have a copy.  Requested to provide a copy.

* Complete if the patient is able to communicate information regarding their Living Will (the intent or substance). The Patient states their Living Will says: _____
_____
_____

## DURABLE POWER OF ATTORNEY FOR HEALTHCARE

Do you (the patient) have a Durable Power of Attorney for Healthcare?
- [ ] No
- [ ] Yes   Name of Durable Power of Attorney for Healthcare: _____

Do you have a copy with you now?
- [ ] Yes
- [ ] No

- [ ] Yes   Copy provided. Placed on chart. Physician notified.
- [ ] No    Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, **patient** states name of Durable Power of Attorney for Healthcare is _____

_____        _____
Signature of Patient                      Pt. unable to sign, signature of person acting on behalf of patient
                                          (i.e. Durable Power of Attorney for Healthcare)

_____        _____
Date                                      Relationship to Patient

_____        _____
Signature of Healthcare Professional      Date

 **BAPTIST**

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Form # 0215.64 (03/05)

| Addressograph / Patient Label | |
|---|---|
| OPB | 1971-01 |
| ACCT:E0609400022 | |
| **MUHAMMAD,CEDRIC B** 04/04/06 | |
| MD: WATSON,ANDREW TODD   MR:0002636534 | |

Original - Chart / Canary - Patient

OPB    ACCT:E0609400022

**MUHAMMAD,CEDRIC B**

04/04/06    MR:0002636534

MD: WATSON,ANDREW TODD

**Baptist's**
**Patient's Bill of Rights**

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

O. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-887BMH-TIPS.** You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health,

T. 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and (Tennessee) Tennessee Department o Health 1- 800-852-2187, or **JCAHO,** 1-800-994-661 0.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental. and academic needs.

I. Children's families have the right to assistance concerning finances, housing, and coping needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

## *Exceptions*

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the" Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

A. **You** are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the hospital.

D. You are responsible for providing information for insurance and for working with Baptist, when needed, to arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.



PSDA

This information is given as a result of the federal Omnibus Budget Reconciliation Act of 1990, regarding advance medical directives.

1. In Tennessee, a person generally has a right to accept or to refuse medical treatment.
2. Tennessee has a Natural Death Act. This law allows a competent adult to make a written statement (Living Will) about medical treatments which serve to sustain the life process. The Living Will can direct that treatment be withheld or withdrawn if the person has a terminal condition with no reasonable medical expectation of recovery. The Living Will can direct that the patient be permitted to die naturally and with only such medications or treatments as are necessary for comfort or to alleviate pain. The Living Will is to be honored by the family and the physician in the absence of the patient's ability to give directions regarding medical care.
3. Tennessee has a Durable Power of Attorney for Health Care Act which permits a person to designate a person (attorney-in-fact) to make health care decisions for the person.
4. Baptist Memorial Hospital recognizes the right of a patient under state law to have Advance Directives, and it is our policy to comply with such Advance Directives.

The Healthcare Professional will ask the following questions upon admission. If the information cannot be obtained upon admission, it should be obtained as soon as possible. Document any verbalized or written Advance Directives in the Healthcare Record and notify the Physician of Record.

Would you like information on Advance Directives?
- [ ] Yes    Making Your Wishes Known brochure provided and/or referral made.
- [ ] No    Does not desire information at this time.

**Living Will**

Do you (the patient) have a Living Will?
* - [ ] Yes
- [ ] No

Do you have a copy with you now?
- [ ] Yes
* - [ ] No

- [ ] Yes    Copy provided. Placed on chart. Physician notified.
- [ ] No    Did not have a copy. Requested to provide a copy.

* Complete if the patient is able to communicate information regarding their Living Will (the intent or substance). The Patient states their Living Will says: _____

**DURABLE POWER OF ATTORNEY FOR HEALTHCARE**

Do you (the patient) have a Durable Power of Attorney for Healthcare?
- [x] No
- [ ] Yes    Name of Durable Power of Attorney for Healthcare: _____

Do you have a copy with you now?
- [ ] Yes
- [ ] No

- [ ] Yes    Copy provided. Placed on chart. Physician notified.
- [x] No    Did not have a copy. Requested to provide a copy. If a copy is unavailable/not provided, **patient** states name of Durable Power of Attorney for Healthcare is _____

Signature of Patient _____     Pt. unable to sign, signature of person acting on behalf of patient (i.e. Durable Power of Attorney for Healthcare)

Date _____    Relationship to Patient _____

Signature of Healthcare Professional _____    Date

## BAPTIST

PATIENT SELF-DETERMINATION FORM
(TENNESSEE)

Addressograph / Patient Label

OPB    1902-01
ACCT:E0615700661
**MUHAMMAD,CEDRIC B** 06/06/06
MD: WATSON,ANDREW TODD   MR:0002636534



**Baptist's**
**Patient's Bill of Rights**

A. You or your legally designated representative have the right to be informed about your illness, possible treatment, and likely outcome(s), including unanticipated outcomes, and to participate and make informed decisions regarding your care. You have the right to know the names and roles of health care providers treating you.

B. You have the right to have an advanced directive, such as a living will or health care proxy. These documents express your choices about your future care or name someone to decide if you cannot speak for yourself. If you have a written advance directive, you should provide a copy to the hospital, your family, and your doctor.

C. You have the right to privacy and personal dignity. The hospital, you, your doctor, and others caring for you will protect your privacy as much as possible.

D. You have the right to receive care in a safe setting, free from abuse or harassment including access to protective and advocacy services.

E. You or your legally designated representatives have the right to review your medical records and to have the information explained except when restricted by law.

F. You have the right to expect that treatment records are confidential unless you have given permission to release information; or reporting is required or permitted by law. When the hospital releases records to others, such as insurers, it emphasizes that the records are confidential. You have the right to access your medical record, request amendment(s), and receive an accounting of disclosures regarding your health information.

G. You have the right to be free from restraints or seclusion imposed as a means of coercion, discipline, convenience, or retaliation by staff.

H. You have the right to expect the hospital will give you necessary health services to the best of its ability. Treatment, referral, or transfer may be recommended or requested. You will be informed of the risks, benefits, and alternatives. You will not be transferred until the other institution agrees to accept you.

I. You have the right to considerate and respectful patient care treatment and services that includes consideration o the psychosocial, spiritual, personal values, beliefs and cultural variables that influence the perceptions of illness.

J. You have the right to consent to or refuse a treatment, as permitted by law, throughout your hospital stay. If you refuse a recommended treatment, you will receive other needed and available care.

K. You have the right to access interpretation if necessary for effective communication.

L. You have the right to consent or decline to take part in research affecting your care. If you choose not to take part in research or investigational treatment and procedures, you will receive the most effective care the hospital otherwise provides.

M. You have the right to be told of realistic care alternatives when hospital care is no longer appropriate.

N. You have the right to know if this hospital has relationships with outside parties that may influence your treatment and care. These relationships may be with educational institutions, other health care providers, or insurers.

0. You have the right to comfort and dignity in the face of death, the treatment of primary and secondary symptoms as desired and effective pain management. Psychosocial and spiritual concerns of the patient and patients family during this time will be acknowledged as well as the need for expression by the patient and the family.

P. You have the right to assessment and management of pain, including initial assessment and regular assessment of pain, and expect education of all relevant providers in pain assessment and management. You will receive education, along with your family/representatives, when appropriate, regarding you and your family/representative's role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and, or ethnic beliefs, communicating to you and your family/representative that pain management is an important part of care.

Q. You have the right to expect a family member or representative and a physician will be notified promptly of your admission to the hospital.

R. You have the right to know about hospital rules that affect you and your treatment and about charges and payment methods. You have the right to know about hospital resources, such as representatives of ethics committees that can help you resolve problems and questions about your hospital stay and care.

S. You have the right to express a grievance concerning your care and receive a response without your care being compromised by calling the hospital's patient representative or **1-887BMH-TIPS**. You have the right to access an internal grievance process and also to appeal to an external agency. State agencies- Arkansas Department of Health,

T. 1-501-661-2000, Mississippi Department of Health, 1-601-957-1575, and (Tennessee) Tennessee Department o Health 1- 800-852-2187, or **JCAHO**, 1-800-994-661 0.

## Children's Bill of Rights

A. Children have the right to be respected as unique individuals and be members of the family regardless of needs complicated by hospitalization.

B. Children have the right to establish/maintain parent-child relationships including 24-hour visitation/rooming in with their parents unless such visitation interferes with safety and recovery.

C. Children have the right to communicate and/or visit with siblings unless visitation interferes with safety or recovery

D. Children have the right to receive age and developmentally appropriate care that includes space, equipment and programs for the wide range of play, education and socialization essential to growth and development.

E. Children have the right to already established supportive home patterns of interaction and routines.

F. Children have the right in the absence of their parents to have consistent emotional support and nurturing care.

G. Children have the right to an environment, which is aware of the individual's ethnic, cultural and developmental and academic needs.

H. Children have the right to receive care from professionals skilled in assessing emotional, physical, developmental and academic needs.

I. Children's families have the right to assistance concerning finances, housing, and coping needs during hospitalization.

J. Children have the right to have their physician and a family member notified of the hospital admission.

K. Children have the right to a safe setting, be free of abuse and harassment, and access to protective services.

L. Children have the right to be free from seclusion and restraints of any form that are not medically necessary and do not improve the well being of the child.

M. Children have the right to an assessment and management of pain, including initial assessment and regular assessment of pain, and to expect education from relevant providers in pain assessment and management. Children should receive education, along with parents/representatives, when appropriate regarding their parents/representatives role in managing pain as well as the potential limitation and side effects of pain treatments, and after taking into account personal, cultural, spiritual, and/or ethnic beliefs, communicating to the child and parents/representatives that pain management is an important part of care.

## *Exceptions*

A. If a parent or guardian is believed by the physician to seriously endanger the child's health or safety, Baptist will pursue avenues necessary for a resolution that protects the child.

B. Baptist supports the "Patient's Bill of Rights" and the" Children's Bill of Rights" to the extent that they do not conflict with other Baptist policies, regulatory or legal constraints, or steps necessary from time to time to ensure Baptist financial viability.

## Patient Responsibilities

A. **You** are responsible for providing information about your health, including past illnesses, hospital stays, and the use of medicine.

B. You are responsible for asking questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment, you are responsible for informing your doctor or the health care professional.

C. You and your visitors are responsible for being considerate of the needs of the patients, staff, and the hospital.

D. You are responsible for providing information for insurance and for working with Baptist, when needed, to arrange payment.

E. You are responsible for recognizing the effect of lifestyles on your personal health. Your health depends not just on your hospital care but on the decisions you make in your daily life.

**I. GENERAL CONSENT TO TREATMENT, AND TESTS:**

A. I have been referred for care (treatment, testing or otherwise) at this Baptist facility (the facility). I permit my physicians, the facility and its employees and others involved in my care to provide such treatment, testing or care in ways they judge beneficial to me. I understand that I have the right to ask questions and to receive information about my care and treatment, and the right to withdraw my consent. I consent to examinations, x-rays, blood tests, including blood tests for communicable diseases such as hepatitis and AIDS (including testing where health care personnel have been exposed to my blood and body fluids), laboratory procedures, medications, infusions, transfusions of blood or blood products, anesthesia, radiation therapy and other services or treatments rendered or ordered by my physician, consulting physicians and their associates and assistants, or rendered by the facility's employees under the instructions, orders or direction of such physician(s). I understand that State law requires reporting of certain positive test results, such as hepatitis and the antibody for the AIDS virus, to the Health Department.

B. If the facility participates in the training of medical students, interns, residents, fellows, or allied health care personnel, I consent to the observation of and participation in my care by such medical personnel in training.

C. I acknowledge that the hospital in certain instances uses reprocessed devices (devices that are cleaned, disinfected or sterilized between uses) that are marketed by their manufacturers as "single use" devices, a practice that is permitted and regulated by the US Food and Drug Administration.
I accept and consent to the use of these devices and supplies during any surgery and/or other procedure performed on me.

D. **I acknowledge and agree that NO GUARANTEES have been made to me as to the results or outcome of my treatment, testing or other care.**

**II. INDEPENDENTLY PRACTICING DOCTORS AND OTHER HEALTH CARE PROFESSIONALS:**

A. I understand and agree that my admitting and my consulting physicians, radiologists, pathologists, emergency department physicians, anesthesiologists, podiatrists, psychologists, allied health professionals employed by physicians or other corporations and private duty nurses (and sitters) may be engaged in the practice of their professions on behalf of themselves or other corporations and do not practice as employees or agents of the facility. I understand that I may receive bills for their professional services in addition to bills I receive from the facility.

B. I also understand that the facility permits various educational institutions to train medical students, interns, residents, fellows and other health care professionals at the facility. I consent to the observation and participation of all such personnel in my care. I understand and acknowledge that while these personnel practice on the facility's premises, use the facility's equipment, and are subject to the facility's administrative rules and protocols, they are NOT employees or agents of the facility. The facility is not responsible for their acts or omissions, and I will not attempt to hold the facility responsible for their acts or omissions. If I want to know the employment status/affiliation of any health care provider, I will ask questions to satisfy myself of their status sufficient to make informed decisions regarding the employment status/affiliations of the various health care providers.

C. I understand that my physician(s) and other health care providers may have financial interests in various health care ventures. I understand and agree that I have a right to question any health care professionals involved in my care about whether they have any such interests that might affect my care.

**III. RELEASE FROM LIABILITY FOR LEAVING OR REFUSING CARE AGAINST MEDICAL ADVICE:**

I agree that if I leave the facility or refuse care against the advice of my physician or facility personnel, then the facility, its personnel, and my physician(s) are released from any responsibility or liability for any injuries or damages which may result from my leaving or refusing care.

**IV. FOLLOW-UP CARE REFERRAL:**

I understand that I have the right to choose the agencies that will provide any needed follow-up care, supplies or equipment. It I do not make a choice, I authorize the facility to make referral arrangements on my behalf, including referral to agencies affiliated with the facility.

**V. AUTHORIZATION TO ACCESS AND DISCLOSE INFORMATION:**

A. I understand that my medical information may be maintained in an electronic medical record to enable Baptist facilities and care providers throughout this health care system to more readily obtain access to the information. I understand that I will receive a Notice of Privacy Rights from the facility that addresses the ways in which the facility may use my health information for treatment, payment, and health care operations purposes. *Please acknowledge your receipt of the Notice of Privacy Rights on the reverse side of this form.*

B. I permit the facility to acknowledge that I am or have been a patient, unless I have specifically instructed the facility to withhold such information.

C. I intend for this authorization to apply to my present, past and future admissions to Baptist facilities.

D. I understand and agree to the presence of individuals from outside organizations in the patient care area if indicated while I am undergoing services at this facility.

**VI. ORGAN DONATION:**
I understand I have the right to donate my organs.

**VII. TISSUE DISPOSAL:**
I authorize the facility to retain or dispose of tissue removed from my body (including fetal or afterbirth tissue of obstetrics patients) in accordance with its usual procedures.

**VIII. FINANCIAL RESPONSIBILITY:**

The undersigned, jointly and severally, in consideration for the services rendered to the above named patient, accept financial responsibility and agree to pay the facility and other providers for their charges for services rendered to the patient upon receipt of a statement for such charges. The undersigned further agree that if such indebtedness is placed in the hands of a collector or an attorney for collection, the undersigned will pay reasonable collection fees and attorney fees, interest, court costs and other collection costs and expenses.

Continued on Reverse Side



**BAPTIST**
Memorial Hospital

**GENERAL CONDITIONS
ADMISSION RECORD**



ADMGC

1902-01

OPB          ACCT:E0615700661

**MUHAMMAD,CEDRIC B**

MR:0002636534

06/06/06

MD: WATSON,ANDREW TODD

IX. **ASSIGNMENT OF INSURANCE BENEFITS:**
   A. I certify that the information given by me in applying for payment under Titles XVIII and XIX of the Social Security Act, or under other insurance coverage, is correct. I request that payment of authorized benefits be made on my behalf to the facility and other providers.
   B. I transfer and assign to the facility and to other providers and entities providing special services which may be covered by the third party payer, all of my rights to benefits payable to me or to a beneficiary under all applicable policies of insurance or health plan(s) listed with the facility at registration, and those not listed and which are later determined to provide coverage, but not to exceed the facility's or other providers' regular and customary charges for services. By this assignment, I authorize payment directly to the facility and directly to other providers and entities providing special services. **I understand and agree that if any part of my account is not paid by insurance, for whatever reason, I am still financially responsible for the indebtedness.** It is my responsibility to take the action necessary for such benefits to be paid to the facility and other providers.
   C. If a third party or his/her/its insurer is liable to me for my injuries and expenses, including my facility charges, I authorize and direct such third party and insurer to withhold from any settlement or judgment which I may recover, such sums as are due and owing to the facility for services rendered to me, and such sums are hereby assigned to the facility and are to be paid directly to the facility by such third party or insurer. I understand that I am fully responsible for the facility charges and this does not relieve me of my personal responsibility to pay the charges when due.

X. **PERSONAL VALUABLES:**
   I understand that it is my responsibility to arrange for the safekeeping of my money, jewelry, valuables, or other items of property and agree that the facility is not responsible or liable, directly or as an employer of others, for damage to or loss of money, jewelry, valuables or other items of personal property, regardless of the cost, unless I have deposited such items with the facility and the facility has agreed to hold the items for safekeeping. This release from responsibility includes any loss of or damage to dentures, bridgework, clothing, eyeglasses, contact lenses, prostheses, jewelry, money and all other items of personal property.

XI. **GENERAL INFORMATION AND AUTHORIZATION:**
   A. This is to certify that I have been given a copy of my rights and responsibilities as a patient in this facility.
   B. For Medicare beneficiaries admitted to the hospital: I have received a copy of the Important Message from Medicare.
   C. If my insurance requires admission or pre-admission certification, I understand it is my responsibility to complete this process or have my attending physician complete this process.

**(Mississippi Facilities Only):**
   D. I hereby authorize the facility to retire x-ray film and any other graphic data, which may be generated during my care (treatment, testing or otherwise) four years after the time generated if a proper report is in the medical record.
   E. For **Medicaid obstetrical patients** (Filing claims for Newborn; OBRA 90): Will the newborn child be in the household of the mother?   YES_____   NO_____   N/A_____

XII. **SEVERANCE OF INVALID TERMS:**
   I understand that if any provision of this Agreement shall be prohibited by or be invalid under applicable law, such provision shall be ineffective to the extent of such prohibition and the remaining provisions shall remain effective and enforceable.

   **Please place your initials by the appropriate response:**

XIII. **I PERMIT THE FACILITY TO ACKNOWLEDGE THAT I AM A PATIENT.** YES _CM_ NO _____

XIV. **ACKNOWLEDGEMENT OF NOTICE OF PRIVACY RIGHTS:**

   _____ I received a copy of the Notice of Privacy Rights.

   _CM_ I previously received a copy of the Notice of Privacy Rights and understand that additional copies of the Notice are available for review.

I have read and understand this document and agree to its terms.

_____
SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT

RELATIONSHIP TO PATIENT
_____

_____
SIGNATURE OF RESPONSIBLE PARTY

RELATIONSHIP TO PATIENT
_____

DATE _____

DATE _____

WITNESS _____

DATE _____

**For Facility Use Only:**
**If Acknowledgement of receipt of Notice of Privacy Rights not obtained, please note reason:**
   _____ **Medical Emergency**
   _____ **Refused to Sign**
   _____ **Unable to sign because** _____

**Employee signature:** _____   **Date:** _____

MUHAMMAD, CEDRIC                    E0615700661                    ADMGC