UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NEW CENTURY TRS HOLDINGS, | ) | |
| INC., a Delaware corporation, et al. | ) | Case No. 07-10416 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

RE DOC NO. 9354

## ORDER APPROVING AMENDED SECOND, THIRD AND FINAL INTERIM VERIFIED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 6th day of April, 2009, upon the Amended Final Interim Verified Fee Application of Warren H. Smith & Associates, P.C. for Allowance of Compensation and Reimbursement of Expenses (the "Application") dated March 3, 2009, the Court having been satisfied that the compensation and reimbursement requested therein is reasonable and justified given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services in cases other than cases under Title 11, and after notice and a hearing;

IT IS HEREBY ORDERED that

    a. Fees totaling $325,698.00 and expenses totaling $468.16 for the Interim Period be approved, allowed and awarded to WHS;

    b. Final basis compensation totaling $353,909.50 and expense reimbursement totaling $475.84 for the Case Period be approved, allowed and awarded to WHS;

    c. The total amount of professional fees and expenses charged by WHS to the

Debtor's Estates during the Case Period are reasonable within the meaning of 11 U.S.C. § 330 (a);

d. The Debtors pay WHS any and all previously unpaid amounts so as to cause the total payments to WHS to equal 100% of the Court approved and allowed compensation for the Case Period.

_____
United States Bankruptcy Judge