## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Re: Docket No. 5023

## ORDER PURSUANT TO 11 U.S.C. §§ 502, 503, 506 AND 507, FED R. BANKR. P. 3007 AND 9014, AND DEL. BANKR. L.R. 3007-1 DISALLOWING AND EXPUNGING BOOKS AND RECORDS CLAIMS

Upon the *Debtors' Fourteenth Omnibus Objection: Substantive Objection*

*Pursuant to 11 U.S.C. §§ 502, 503, 506 and 507, Bankruptcy Rules 3007 and 9014, and Local*

*Rule 3007-1 to Certain (A) Books and Records Claims; (B) Equity Claims; (C) Multiple-Debtor*

*Duplicate Claims; and (D) Reduced and/or Reclassified Claims* (the "Objection")(D.I. 5023)[2];

and it appearing that notice of the Objection was good and sufficient upon the particular

circumstances and that no other or further notice need be given; and the Court having considered

the Objection, claim number 1634 (the "Claim"), and any responses thereto; and upon the record

---

[1] The debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

### FOUND AND DETERMINED THAT:

A.    The Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

B.    Mr. Arkison was properly and timely served with a copy of the Objection, the Proposed Order, the accompanying exhibits, and the Notice; and

C.    Any entity known to have an interest in the Claim subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

D.    The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED as it relates to the Claim.

2.    Claim number 1634 is hereby disallowed and expunged in its entirety.

3.    This Court shall retain jurisdiction over the New Century Liquidating Trust and the claimant whose Claim is subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: March 14, 2009
Wilmington, Delaware

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge