# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | : Case No. 07-10416 (KJC) <br> : (Jointly Administered) |
| Debtors. | : Re: Docket Nos. 9552 <br> : Hearing Date: May 1, 2009 at 10:00 a.m. |

## NOTICE OF SUBMISSION OF CLAIMS

TO: Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On March 31, 2009, the Liquidating Trustee filed **The New Century Liquidating Trust's Twenty-Eighth Omnibus Objection to Claims Filed Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3001 and 3007, and Local Rule 3007-1 [Substantive] (Dkt. No. 9552)** (the "Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Objection is scheduled for May 1, 2009 at 10:00 a.m. at the Bankruptcy Court.

130566.01600/40180185v.1

The claims that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) have been delivered to Chambers (with all attachments) together with a copy of each Objection. Copies of any claim can be requested from counsel for the Liquidating Trustee.

Dated: April 17, 2009

BLANK ROME LLP

/s/ David W. Carickhoff
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

HAHN & HESSEN LLP
Mark T. Power
Mark S. Indelicato
Janine Cerbone
Huria S. Naviwala
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 569-7200
Facsimile: (212) 478-7400

Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation

130566.01600/40180185v.1

# CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on April 17, 2009, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of Submission Of Claims**

*/s/ David W. Carickhoff*
David W. Carickhoff

## "Post-Effective Date 2002 Service List"
### Via First Class Mail

Bonnie Glantz Fatell
David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801

Mark T. Power
Mark S. Indelicato
Huria S. Naviwala
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, New York 10022

Alan M. Jacobs, President
AMJ Advisors LLC
999 Central Avenue
Suite 208
Woodmere, New York 11598

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

David Unseth, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

Katherine M. Windler, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Paul T. Liu, Esq., VP and Deputy Gen. Counsel
John Guerry, Esq. Sr. VP & Asst. Gen. Counsel
Countrywide Home Loans, Inc.
4500 Park Granada
Mail Stop CH-11
Calabasas, CA 91302

Kenneth W. Demers
Demers & Dixon, P.C.
42815 Garfield, Suite 210
Clinton Township, MI 48038-5026

Denise Y. Schultz
1361 South Palm Avenue
Hemet, CA 92543
(951) 766-9047 (phone)
wottawoman@aol.com

Michelle e. Shriro
Singer & Levick, P.C.
16200 Addison Rd., Ste. 140
Addison, TX 75001

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Ralph and Molly White
5948 Doraville Drive
Port Orange, FL 32127