IN THE UNTITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors. | Chapter 11<br><br>Case No. 07-10416(KJC) |

OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT
OF THE NEW CENTURY LIQUIDATING TRUST
FOR THE QUARTER ENDED MARCH 31, 2009

Dated: May 1, 2009

BLANK ROME LLP

By:    /s/ *Elizabeth Sloan*
       Bonnie Glantz Fatell (No. 3809)
       David W. Carickhoff (No. 3715)
       Elizabeth A. Sloan (No. 5045)
       1201 Market Street, Suite 800
       Wilmington, Delaware 19801
       (302)425-6400 – Telephone
       (302)425-6464 – Facsimile

      -and-

      HAHN &HESSEN LLP
      488 Madison Avenue
      New York, New York 10022
      (212)478-7200 – Telephone
      (212)478-7400 – Facsimile
      Attn:  Mark S. Indelicato, Esq.
               Janine M. Cerbone, Esq.

*Co-Counsel to the New Century Liquidating Trust Reorganized New Century Warehouse Corporation*

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Numbers: 312-1992285-65 (Money Market), 312-1992285-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 3/31/2009

| | 8/1/08 (Plan effective date) through 12/31/08[1] | 1/1/09 through 3/31/09 | 8/1/08 (Plan effective date) through 3/31/09 |
|---|---:|---:|---:|
| Debtors' Bank Accounts at Union Bank, Deutsche Bank and Wilmington Trust not yet transferred to Liquidating Trust Bank Accounts: | | | |
| Beginning Balance | $ 86,598,767.46 | $ 3,547,800.02 | $ 86,598,767.46 |
| Add: | | | |
| Interest Earned | 4,229.71 | 447.85 | 4,677.56 |
| Total of Cash Available | 86,602,997.17 | 3,548,247.87 | 86,603,445.02 |
| Less: | | | |
| Liquidating Trust - Initial Funding | (71,481,538.92) | - | (71,481,538.92) |
| Transfer of DBNTC Cure Claim Litigation Reserve Balance to Liquidating Trust | (6,792,686.09) | - | (6,792,686.09) |
| Liquidating Trust - Additional Funding | (700,000.00) | - | (700,000.00) |
| Transfer from Asset Sale Escrow to Trust | - | (300,000.00) | (300,000.00) |
| Transfer from Operating Account to Trust | - | (219,949.19) | (219,949.19) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | - | (3,500,000.00) |
| Pre-effective date administrative expense payment drafts | (420,473.27) | - | (420,473.27) |
| Insurance LOC Drawdown | (102,743.25) | (11,480.30) | (114,223.55) |
| Payment of Wilmington Trustee Fees | (57,755.62) | - | (57,755.62) |
| Total of Cash Payments / Transfers | (83,055,197.15) | (531,429.49) | (83,586,626.64) |
| Ending Balance | $ 3,547,800.02 | $ 3,016,818.38 | $ 3,016,818.38 |
| Aggregate Disbursements | $ (111,597,766.76) | $ (5,695,779.49) | $ (117,293,546.25) |
| Less: Transfers from Debtors' Bank Accounts to Liquidating Trust Bank Accounts | 78,974,225.01 | 519,949.19 | 79,494,174.20 |
| Net Disbursements | $ (32,623,541.75) | $ (5,175,830.30) | $ (37,799,372.05) |

[1] Certain amounts previously reflected have been reclassified or revised.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: _____, 2009

Name/Title Debtor: _____
Alan M. Jacobs
Liquidating Trustee