IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC.,** | : | Case No. 07-10416 (KJC) |
| **A Delaware corporation, et al.,** | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |

## ORDER APPROVING SETTLEMENT

Credit Suisse First Boston Mortgage Capital LLC ("Credit Suisse"), General Electric Capital Corporation ("GECC"), and Kodiak Funding LP and Kodiak CDO Management LLC (collectively, "Kodiak"), having entered into a Stipulation (the "Stipulation") settling certain Subordination Statement Claims pursuant to Section 4.C.3(d) of the Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors, dated as of April 23, 2008 (the "Plan," Docket No. 6412), and Notice of the Stipulation having been given to the Debtors and the Liquidating Trustee pursuant to Section 4.C.3(d) of the Plan, and the Debtors and the Liquidating Trustee not having submitted a written objection to the Notice as permitted by Section 4.C.3(d) of the Plan,

**IT IS HEREBY ORDERED that:**

1. The Stipulation and all of its terms are hereby approved; <u>provided, however,</u> that notwithstanding any terms or provisions of the Stipulation to the contrary, the Stipulation shall not in any way modify or otherwise affect the terms and provisions of the confirmed Plan, including without limitation, Article 4.C.3.b thereof, which provides, among other things, that the Indenture Trustee[1] shall

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

receive payment of all amounts owing to it for its Indenture Trustee Expenses prior to any distribution to any Holder of a Senior Class HC3b Claim and prior to any distribution to any Holder of a Capital Trust Claim, due to its Indenture Trustee charging lien.

2. The Court retains jurisdiction to resolve any disputes under or related to the Stipulation and this Order, and to interpret, implement and enforce the provisions of the Stipulation and this Order.

Wilmington, Delaware
Dated: June ___, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge