IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Bank. No. 07-10416 (KJC)<br>)<br>) Jointly Administered<br>) |
| GREGORY J. SCHROEDER, *et al.*,<br><br>Appellants,<br><br>v.<br><br>NEW CENTURY LIQUIDATING TRUST, *et al.*,<br><br>Appellees. | )<br>)<br>)<br>)<br>) Civ. No. 08-546-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 16th day of June, 2009, having reviewed the appeal filed by filed by Gregory J. Schroeder, Michelle Park, Martin Warren, Steve Holland, Nabil Bawa, and the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan and the motion to dismiss the appeal filed by New Century Liquidating Trust and Alan M. Jacobs as Liquidating Trustee and Plan Administrator for New Century Warehouse Corporation (collectively, "appellees") and the papers filed in connection therewith;

IT IS ORDERED that:

1. Appellees' motion to dismiss (D.I. 13) is denied.

2. The bankruptcy court issuances that are the subject of the appeal (Bk. D.I. 8254, 8255, 8596, 8626) are reversed.

3. The case is remanded to the bankruptcy court for further proceedings consistent with the memorandum opinion issued this same day.

_____
United States District Judge