IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 North Market Street
Wilmington, Delaware 19801

In Re:

NEW CENTURY TRS HOLDINGS,
INC, a Delaware corporation, et al.,

Debtors.

CHAPTER 11

CASE NO. 07-10416-KJC

MOTION # _____
OBJECTIONS DUE BY (ET): _____
HEARING DATE: _____
HEARING TIME (ET) _____

NOTICE OF MOTIONS

**NOTICE OF MOTION OF ANITA B. CARR, PRO SE, FOR RELIEF FROM AUTOMATIC STAY AND MOTION TO COMPEL DISCOVERY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO: Atty. for Debtor
Elizabeth Sloan, ESQ
Blank Rome, LLP
1201 Market St., Ste. 800
Wilmington, Delaware 19801
Phone 302-425-6400
Fax 302-425-6464

And co-counsel to the New Century Liquidating Trust
TO: Atty. for Debtor
Mark T. Power, ESQ
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
Phone 212-478-7200
Fax 212-478-7400

Anita B. Carr has filed a Motion for Relief from Automatic Stay which seeks the following relief: To proceed with the case she filed in the California Superior Court- County of Alameda Case # RG09442589 with multiple defendants including NEW CENTURY MORTGAGE CORP and HOME123 CORP and a Motion to Compel Discovery

Local Form 106A

**HEARING ON THE MOTION WILL BE HELD ON_____, AT _____AM/PM (ET)**

Anita B. Carr requests a telephonic hearing, since she resides in California.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Anita B. Carr, Pro se
11801 Bloomington Way
Dublin, CA 94568
925-353-2787

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated 6/29/09

Anita B. Carr, pro se /s/ Anita B. Carr

Local Form 106A