IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 North Market Street
Wilmington, Delaware 19801

| In Re: | CHAPTER 11 |
|---|---|
| NEW CENTURY TRS HOLDINGS, INC, a Delaware corporation, et al., | CASE NO. 07-10416-KJC |
| Debtors. | ORDER GRANTING RELIEF FROM STAY AND MOTION TO COMPEL DISCOVERY |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY TO PROCEED WITH MOVANT ANITA B. CARR'S CALIFORNIA SUPERIOR COURT LAWSUIT AND MOTION TO COMPEL DISCOVERY.**

Upon consideration of Anita B. Carr's Motion for Relief from Automatic Stay to proceed with the case she filed in the California Superior Court- County of Alameda, this court finds that is has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) notice of the Motion was sufficient and proper; and upon the record of the hearing held on the Motion; and sufficient cause appearing therefore and for the reasons set forth in the accompanying Memorandum Opinion; it is hereby

ORDERED, that pursuant to 11 U.S.C. § 362(d), relief from the automatic stay is granted for cause to allow Anita B. Carr to proceed with her Lawsuit at the convenience of the Superior Court of California-Alameda County.

ORDERED, that Anita B. Carr shall advise the Court of the trial date when the Superior Court of California-Alameda County schedules the trial

Dated_____

Judge Kevin J. Carey_____
U.S.B.J.