June 23, 2009

Civil Clerk
United States Bankruptcy Court of Delaware
824 North Market Stree
Wilmington, DE 19801

RE CASE: 07-10416-KJC

Dear Civil Clerk:

I am enclosing 2 copies of a Notice of Motion and the Motion For Relief From Stay and then one copy of a proposed Order Granting the Relief.

I am pro se and do not have access to the ECF/CM system.

I also have a fee waiver due to financial hardship on file with your court. I already had a telephonic hearing and had filed another motion several months ago.

Please file and send me a copy back in the SASE. I will then ensure the proper parties are served and file back with you a proof of service.

I also need to have Hearing Date/Time scheduled for this motion to be heard.

I will need another Telephonic hearing as I live in California and am disabled.

My home phone is 925-353-2787 and my email is ab-carr@att.net.
Feel free to communicate with me by email, even to send the filed & scanned documents back to me.

Thanking you in advance,

*[signature]*
Anita B. Carr, pro se