# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| New Century TRS Holdings, Inc., a Delaware Corporation, et.al., | Case No. 07-10416 (KJC) |
| Debtors. | Jointly Administered |
| Alan M. Jacobs, As Liquidating Trustee Of The New Century Liquidating Trust, | |
| Plaintiff, | Adv. Proc. No. 09-50546 (KJC) |
| v. | |
| First American CoreLogic, Inc. d/b/a Loan Performance, | |
| Defendant. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Adam M. Greely Esquire, to represent First American CoreLogic in this action.

Dated: July 8, 2009
Wilmington, Delaware

Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
Kevin G. Collins (#5149)
BIFFERATO LLC
800 N. King Street, Plaza Level
Wilmington DE 19801
Tel. (302) 225-7600
Fax. (302) 254-5383

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

/s/ Adam M. Greely
Adam M. Greely, Esquire
Galfin, Passon & Greely, LLP
18101 Von Karman Avenue, Suite 1400
Irvine, CA 92612
Tel: (949) 752-2444
Facsimile: (949) 833-8256
email: agreely@galfinpasson.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge