Case 07-10416-KJC
New Century Mortgage /Home/23

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## UNITED STATES OF AMERICA

FILED 2009 JUL 14 AM 9:34 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

I am over the age of 18 and not a party to this action. I reside in Dublin, CA 94568 At 2998 W. Sugar Hill Terrace

On July 8, 2009, I served the foregoing documents described as:
Notice of Motion and Motion For Relief From Stay

On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Dublin, CA and addressed as follows:

Elizabeth Sloan, ESQ
Blank Rome, LLP
1201 Market St.
Ste. 800
Wilmington, DE 19801

Mark T. Powers, ESQ
Hahn & Hessen, LLP
488 Madison Ave.
New York, NY 10022

☒ (By US Mail) I placed such envelope with postage thereon fully prepaid in the U.S. Mail at Dublin, CA on July 8, 2009

Hamideh Hayat  /s/ H. Hayat