**Exhibit "C"**

From: Sloan, Elizabeth [mailto:Sloan@BlankRome.com]
Sent: Wednesday, March 04, 2009 11:57 AM
To: ab-carr@att.net
Subject: FW: Anita Carr

Ms. Carr,

Attached is a scanned image of the original note, as requested by you and the Court. Please email me back so that I know you did receive this email.

Thanks
Liz

**Elizabeth A. Sloan | Blank Rome LLP**
1201 Market Street Suite 800 | Wilmington, DE 19801
Phone: 302.425.6472 | Fax: 302.428.5125 | Email: Sloan@BlankRome.com

*********************************************************************************************

**This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.**

*********************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

*********************************************************************