IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re

NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,[1]

Debtors.
---------------------------------------------------------------x
ALAN M. JACOBS, AS LIQUIDATING TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST,

Plaintiff,

- against -

FIRST AMERICAN HOME LOANS, INC.,

Defendant.
---------------------------------------------------------------x

Chapter 11

Case No. 07-10416 (KJC)
(Jointly Administered)

Adv. Proc. No. 09-50868 (KJC)

**Stipulation of Dismissal**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action, pursuant to Bankruptcy Rule 7041, including all claims and counter-claims shall be and hereby is dismissed with prejudice and without costs to any party against the other.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

871230.004-1729611.1

This stipulation may be signed in counterparts. Facsimile signatures are deemed acceptable.

Dated: August 14, 2009

| | |
|---|---|
| **BLANK ROME LLP** | **THORP REED & ARMSTRONG LLP** |
| By: _____ | By: _____ |
| Bonnie Glantz Fatell (No. 3809) | Patrick W. Carothers |
| David W. Carickhoff (No. 3715) | |
| Elizabeth A. Sloan (No. 5045) | |
| 1201 Market Street, Suite 800 | One Oxford Centre |
| Wilmington, DE 19801 | 301 Grant Street, 14th Floor |
| Telephone: (302) 425-6400 | Pittsburg, PA 15219 |
| Facsimile: (302) 425-6464 | Telephone: (412) 394-7711 |

*Counsel for First American Home Loans, Inc.*

-and -

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue
New York, NY 10022

*Co-Counsel for the Liquidating Trustee*