# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 07-10416 (KJC)
(Jointly Administered)

Re: Docket No. 9835

## ORDER GRANTING THE MOTION OF THE NEW CENTURY LIQUIDATING TRUST TO COMPEL PIERRE AUGUSTIN TO RESPOND TO CERTAIN DISCOVERY REQUESTS

Upon consideration of the New Century Liquidating Trust's Motion to Compel Pierre Augustin to Respond to Certain Discovery Request (the "Motion to Compel"); and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Trust's Motion to Compel is GRANTED.

2. Mr. Augustin must adequately respond to Interrogatory Number 6 and provide his computation of damages to the Trust by September 15, 2009.

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

130566.01600/40183152v.1

Dated: August 21, 2009
Wilmington, DE

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

130566.01600/40183152v.1