# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO. 07-10416-KJC**

**COURTROOM LOCATION: 5**
**DATE:** August 21, 2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David W. Carickhoff | Blank Rome LLP | Liquidating Trust |
| Pierre Augustin | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |