IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, | : | Case No. 07-10416 (KJC) |
| INC., a Delaware corporation, *et al.*, [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket Nos. 9736 and 9757 |

**CERTIFICATION OF COUNSEL REGARDING CLAIMS OF
MR. AUGUSTIN AND THE DEBTORS' FIFTEENTH AND
EIGHTEENTH OMNIBUS OBJECTIONS TO CLAIMS**

The undersigned hereby certifies as follows:

1. On or about July 17, 2009, Pierre Augustin filed his *Emergency Request to Obtain Information From the Compel Order for the Trust to Answer the Questions Except the Production of the Promissory Note* ("July Motion to Compel") (Dkt. No. 9736). The New Century Liquidating Trust (the "Trust") served its responses to Mr. Augustin's additional discovery requests (the "Trust's Discovery Responses") on May 13, 2009. On that same date, the Trust filed a Notice of Service indicating its service of the Trust's Discovery Responses (Dkt. No. 9640).

---

[1] The pre-petition Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corporation, a California corporation; New Century R.E.O. II Corporation, a California corporation; New Century R.E.O. III Corporation, a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

130566.01600/40183493v.1

2. While Mr. Augustin disputes receiving the Trust's Discovery Responses on or around May 13, 2009, Mr. Augustin acknowledges having received them subsequently.

3. On or about August 3, 2009, Mr. Augustin filed his *Objections to Trust Discovery Responses & Emergency Motion to Compel Revised Answers & Production of Documents to Discovery Questions & Judicial Notice of Modern Money Mechanics Publication* ("August Motion to Compel") (Dkt. No. 9757). The August Motion to Compel also included *Objections to Notice of Deposition* (FRCP 30), which was effectively a motion to quash to the Trust's notices of deposition.

4. The Trust objected to the August Motion to Compel (Dkt, No. 9837) and responded to the Objections to Notice of Deposition (Dkt. No. 9838). The Trust viewed the July Motion to Compel as moot, as the August Motion to Compel made clear that Mr. Augustin had received the Trust's Discovery Responses.

5. On July 24, 2009, the Trust filed its *Motion of New Century Liquidating Trust for an Order Extending Time to Complete Deposition Discovery Concerning Claim Dispute With Pierre Augustin* ("Trust Motion to Extend Time") (Dkt. 9749).

6. On August 18, 2009, the Trust filed its *Motion of New Century Liquidating Trust to Compel Pierre Augustin to Respond to Certain Discovery Requests* ("Trust Motion to Compel") (Dkt. No. 9835).

7. On August 21, 2009, the Court held a telephonic hearing to address the various discovery disputes by and among the Trust and Mr. Augustin. At the hearing, the Court adjudicated the July Motion to Compel, the August Motion to Compel, the Trust Motion to Extend Time, and the Trust Motion to Compel.

8. On August 21, 2009, the Court entered an order granting the relief requested in the Trust Motion to Compel (Dkt. No. 9840) and an order granting the relief requested in the Trust Motion to Extend Time (Dkt. No. 9841).

9. At the conclusion of the August 21, 2009 telephonic hearing, the Court directed counsel for the Trust to submit a proposed form of order under certification of counsel denying the July Motion to Compel and the August Motion to Compel.

10. Attached hereto as <u>Exhibit A</u> is a proposed form of order (the "Proposed Order") denying the July Motion to Compel and the August Motion to Compel. The Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 27, 2009

                BLANK ROME LLP

                */s/ David W. Carickhoff*
                Bonnie Glantz Fatell (No. 3809)
                David W. Carickhoff (No. 3715)
                Elizabeth A. Sloan (No. 5045)
                1201 Market Street, Suite 800
                Wilmington, Delaware 19801
                Telephone: (302) 425-6400
                Facsimile: (302) 425-6464

                -and-

                HAHN & HESSEN LLP
                Mark S. Indelicato
                Mark T. Power
                488 Madison Avenue
                New York, New York 10022
                Telephone: (212) 478-7200
                Facsimile: (212) 478-7400

                Co-Counsel to New Century Liquidating Trust

# Exhibit A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 9757 & 9736 |

## ORDER DENYING PIERRE AUGUSTIN'S EMERGENCY MOTION TO COMPEL REVISED ANSWERS AND PRODUCTION OF DOCUMENTS AND EMERGENCY REQUEST TO OBTAIN INFORMATION FROM THE COMPEL ORDER

Upon consideration of the *Emergency Request to Obtain Information From the Compel Order for the Trust to Answer the Questions Except the Production of the Promissory Note* ("July Motion to Compel") (Dkt. No. 9736) and the *Objections to Trust Discovery Responses & Emergency Motion to Compel Revised Answers & Production of Documents to Discovery Questions & Judicial Notice of Modern Money Mechanics Publication* ("August Motion to Compel") (Dkt. No. 9757); and upon consideration any responses or objections thereto; and upon consideration of arguments of Mr. Augustin and counsel for the New Century Liquidating Trust (the "Trust") at the August 21, 2009 hearing (the "Hearing") regarding the parties' discovery disputes; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The July Motion to Compel is denied for the reasons stated on the record of the Hearing.

2. The August Motion to Compel is denied for the reasons stated on the record of the Hearing. To the extent that the August Motion to Compel included any additional discovery

requests from Mr. Augustin directed to the Trust, such additional discovery requests are hereby quashed as untimely.

       3.       The Trust is directed to re-serve its responses to Mr. Augustin's discovery request with 5 days of the entry of this Order.

       4.       The Court shall retain jurisdiction to implement and enforce the terms of this Order.

Dated: August ___, 2009

                                                                       _____
                                                                       The Honorable Kevin J. Carey
                                                                       Chief United States Bankruptcy Judge