# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 9757 & 9736 |

## ORDER DENYING PIERRE AUGUSTIN'S EMERGENCY MOTION TO COMPEL REVISED ANSWERS AND PRODUCTION OF DOCUMENTS AND EMERGENCY REQUEST TO OBTAIN INFORMATION FROM THE COMPEL ORDER

Upon consideration of the *Emergency Request to Obtain Information From the Compel Order for the Trust to Answer the Questions Except the Production of the Promissory Note* ("July Motion to Compel") (Dkt. No. 9736) and the *Objections to Trust Discovery Responses & Emergency Motion to Compel Revised Answers & Production of Documents to Discovery Questions & Judicial Notice of Modern Money Mechanics Publication* ("August Motion to Compel") (Dkt. No. 9757); and upon consideration any responses or objections thereto; and upon consideration of arguments of Mr. Augustin and counsel for the New Century Liquidating Trust (the "Trust") at the August 21, 2009 hearing (the "Hearing") regarding the parties' discovery disputes; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The July Motion to Compel is denied for the reasons stated on the record of the Hearing.

2. The August Motion to Compel is denied for the reasons stated on the record of the Hearing. To the extent that the August Motion to Compel included any additional discovery

requests from Mr. Augustin directed to the Trust, such additional discovery requests are hereby quashed as untimely.

3.  The Trust is directed to re-serve its responses to Mr. Augustin's discovery request with 5 days of the entry of this Order.

4.  The Court shall retain jurisdiction to implement and enforce the terms of this Order.

Dated: August 31, 2009

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge