**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
NEW CENTURY HOLDINGS, INC., a                       : Case No. 07-10416 (KJC)
Delaware corporation, et al.,[1]                    : Jointly Administered
                                                    :
                            Debtors.                :
---------------------------------------------------------------x
GREGORY J. SCHROEDER, et al.,                       :
                                                    :
                            Plaintiffs,             : Adv. Pro. No. 07-51598
                                                    :
                    v.                              :
                                                    :
NEW CENTURY HOLDINGS, INC., et al.,                 :
                                                    :
                            Defendants.             :
---------------------------------------------------------------x

**Objection Deadline: September 29, 2009 at 4:00 p.m.
Hearing Date: October 6, 2009 at 10:00 a.m.**

# NOTICE OF MOTION FOR AN ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT AMONG ALAN M. JACOBS AS TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST AND THE BENEFICIARIES OF THE NEW CENTURY CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation (the "New Century Financial Debtors").

130566.01600/40183678v.2

**PLEASE TAKE NOTICE THAT ON** September 8, 2009, Alan M. Jacobs, the Court-appointed Liquidating Trustee of New Century Liquidating Trust (the "Liquidating Trust") and Plan Administrator for Reorganized New Century Warehouse Corporation (the "Plan Administrator") (together with the Liquidating Trust, the "Trust") and Sole Officer and Director of the Debtors (collectively with the Liquidating Trustee and the Plan Administrator, the "Trustee") filed the Motion for an Order Approving the Global Settlement Agreement Among Alan M. Jacobs as Trustee and the Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Motion").

Objections and other responses (collectively, "Objections") to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 29, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline"), and (ii) served so as to be actually received by the undersigned counsel to the Trust on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 6, 2009 AT 10:00A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: September 8, 2009

Respectfully submitted,

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and –

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Attention: Mark S. Indelicato, Esq.
Katharine G. Craner, Esq.

Co-Counsel to the Liquidating Trustee