UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
NEW CENTURY HOLDINGS, INC., a                               :   Case No. 07-10416 (KJC)
Delaware corporation, et al.,[1]                            :   Jointly Administered
                                                            :
                    Debtors.                                :
------------------------------------------------------------x
GREGORY J. SCHROEDER, et al.,                               :
                                                            :
                    Plaintiffs,                             :   Adv. Pro. No. 07-51598
                                                            :
            v.                                              :
                                                            :
NEW CENTURY HOLDINGS, INC., et al.,                         :
                                                            :
                    Defendants.                             :   Re: Docket No. ____
------------------------------------------------------------x

# ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT AMONG ALAN M. JACOBS AS TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST AND THE BENEFICIARIES OF THE NEW CENTURY CORPORATION DEFERRED COMPENSATION PLAN AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN

UPON THE MOTION for an Order Approving the Global Settlement Agreement Among Alan M. Jacobs as Liquidating Trustee of the New Century Liquidating Trust, Plan

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation (the "New Century Financial Debtors").

Administrator for Reorganized New Century Warehouse Corporation and Sole Officer and Director of the Debtors and the Beneficiaries of the New Century Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Motion"), and having reviewed the Motion and the Settlement Agreement[2] attached to the Motion as Exhibit "A", and this Court possessing jurisdiction to consider the Motion, and venue being proper, and notice of the Motion having been sufficient, and the relief requested in the Motion being warranted,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement is APPROVED.

3. The parties to the Settlement Agreement may exercise and perform their respective rights and obligations under the Settlement Agreement.

4. This Court shall retain jurisdiction over all matters related to the interpretation or implementation of this Order.

Dated: October __, 2009
       Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.