# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| Pierre Richard Augustin, Private Attorney General, Ex Rel ) <br> Consumer Creditor ) <br> ) <br> V. ) <br> ) <br> IN RE NEW CENTURY TRS HOLDING ) <br> IN RE NEW CENTURY LIQUIDATING TRUST ) <br> Debtor ) | No. 07-10416 |

## EMERGENCY NOTICE OF APPEAL

Notice is hereby given to the Trust regarding to the Order in Re: Docket Nos. 9757 & 9736 for An

Emergency Writ.

**Issues to be presented**
1. Whether under the Notes of Advisory Committee for Rule 36 Subdivision(e) the Trust is obligated to supplement responses to formal discovery request?

2. Whether Rule 37(a)(3)(A)-(B) allows Consumer Creditor to move to compel discovery when another party has failed to properly answer discovery request or fail to produce documents pursuant to a discovery request?

3. Whether the rule governing requests for admissions requires the Trust to make a reasonable inquiry and effort to secure information that is readily available from persons and documents within the Trust's relative control?

**Designation of the record**
All related motions and transcript of hearing pertaining to the discovery matters

Respectfully submitted,

*/s/ Pierre R. Augustin*

Pierre R. Augustin, MPA, MBA, Private Attorney General, Ex Rel
Consumer Creditor, 3941 Persimmon Drive, #102
Fairfax, VA 22031 | 617.202.8069 | 703.584.5998

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | Case No. 07-10416 (KJC) |
| a Delaware corporation, et al., | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 9757 & 9736 |

## ORDER DENYING PIERRE AUGUSTIN'S EMERGENCY MOTION TO COMPEL REVISED ANSWERS AND PRODUCTION OF DOCUMENTS AND EMERGENCY REQUEST TO OBTAIN INFORMATION FROM THE COMPEL ORDER

Upon consideration of the *Emergency Request to Obtain Information From the Compel Order for the Trust to Answer the Questions Except the Production of the Promissory Note* ("July Motion to Compel") (Dkt. No. 9736) and the *Objections to Trust Discovery Responses & Emergency Motion to Compel Revised Answers & Production of Documents to Discovery Questions & Judicial Notice of Modern Money Mechanics Publication* ("August Motion to Compel") (Dkt. No. 9757); and upon consideration any responses or objections thereto; and upon consideration of arguments of Mr. Augustin and counsel for the New Century Liquidating Trust (the "Trust") at the August 21, 2009 hearing (the "Hearing") regarding the parties' discovery disputes; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The July Motion to Compel is denied for the reasons stated on the record of the Hearing.

2. The August Motion to Compel is denied for the reasons stated on the record of the Hearing. To the extent that the August Motion to Compel included any additional discovery

requests from Mr. Augustin directed to the Trust, such additional discovery requests are hereby quashed as untimely.

3. The Trust is directed to re-serve its responses to Mr. Augustin's discovery request with 5 days of the entry of this Order.

4. The Court shall retain jurisdiction to implement and enforce the terms of this Order.

Dated: August 31, 2009

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pierre Richard Augustin, Private Attorney General, Ex Rel )<br>Consumer Creditor )<br>)<br>V. )<br>)<br>IN RE NEW CENTURY TRS HOLDING )<br>IN RE NEW CENTURY LIQUIDATING TRUST )<br>Debtor )<br>) | No. 07-10416 |

**I. Emergency Motion To Seek Clarification From The Court**
**II. Emergency Motion To Preserve Right Of Appeal**
**III. Emergency Motion To Extend Discovery Deadline from 9-15-09 to 10-2-09**
**IV. Emergency Motion and Declaration for Leave to Proceed in IFP Status**
**V. EMERGENCY MOTION FOR A STAY OF DISCOVERY MATTERS**

Your Honor, here are the factors why Consumer Creditor is seeking a Clarification from the Court:

**I. Emergency Motion To Seek Clarification From The Court**

**1. Fact #1 - Fedex Package Obtained on August 21, 2009**

According to the Fedex Package receipt received from the Trust, it was mailed on the 8/19/2009 and delivered to 3941 Persimmon Drive, #102 on August 20, 2009. I discovered this Fedex package on 8/21/2009 just before the time (9 am) of the past hearing on August 21, 2009. The content of that Fedex package filed at the Court on August 18, 2009 set an objection deadline for August 28, 2009 at 4:00 p.m. and a hearing date for September 4, 2009 at 1:00 p.m. (ET). (see Exhibit #1)

**2. Fact # 2 - Consumer Creditor filed his response vial US Postal Service**

On August 27, 2009, Consumer Creditor mailed his timely objection to the court, before the

expiration of the deadline, and was delivered by the United States Postal Service as follows:

Label/Receipt Number: EH83 1054 725U S
Class: Express Mail®
Status: Delivered

Your item was delivered at 1:51 PM on August 28, 2009 in WILMINGTON, DE 19801. The item was signed for by C ORKIS.   Detailed Results:

Delivered, August 28, 2009, 1:51 pm, WILMINGTON, DE 19801
Arrival at Post Office, August 28, 2009, 10:34 am, WILMINGTON, DE 19801
Processed through Sort Facility, August 28, 2009, 9:47 am, WILMINGTON, DE 19850
Processed through Sort Facility, August 28, 2009, 6:34 am, PHILADELPHIA, PA 19176
Processed through Sort Facility, August 27, 2009, 4:52 pm, DULLES, VA 20101
Acceptance, August 27, 2009, 12:26 pm, FAIRFAX, VA 22031

### 3. Fact #3 - Email Received from the Trust

On Wednesday September 2, 2009, I was informed by the Trust that "no matters scheduled for hearing on Friday" September 4, 2009 at 1:00 p.m. that concern him.  During the hearing, neither the Trust nor the Court explicitly explained to Consumer Creditor that this matter was being addressed.  If Consumer Creditor was made aware explicitly that the matter that required his objection by August 29, 2009 at 4:00 p.m. was being addressed at that hearing, he would have moved the court of a "Protective Order" since he was not given enough time to respond and analyze the objection.

> -----Original Message-----
> From: Carickhoff, David <CARICKHOFF@BlankRome.com>
> To: hdmhos@aol.com
> Cc: Sloan, Elizabeth <Sloan@BlankRome.com>; Carickhoff, David <CARICKHOFF@BlankRome.com>
> Sent: Wed, Sep 2, 2009 4:04 pm
> Subject: New Century -- District Court Order re: Motion to Dismiss
>
> Pierre,
> Attached please find the Order setting a briefing schedule from the District Court. Also, I wanted to confirm that there are no matters scheduled for hearing on Friday that concern you.

Regards,
Dave

David W. Carickhoff | Blank Rome LLP
Chase Manhattan Centre, 1201 Market Street, Suite 800 | Wilmington, DE 19801
Phone: (302)425-6434 | Fax: (302)428-5127 | Email: Carickhoff@BlankRome.com

**4. Fact #4 - Matters before the Court**

At previous hearing that Consumer Creditor has attended in Judge Carey's courtroom, Your honor made it clearly that he needed at least 5 days lead time and deferred the matter at a later date until he had time to read to make a decision. Likewise, Consumer Creditor only became aware of the Fedex Package with the objection filed by the Trust on August 18, 2009 just before 9:00 leading to his scheduled hearing. Consumer Creditor had no reasons to believe that this matter was being consolidated because not only the court itself required a 5 days lead time and in the Trust's motion itself, it required Consumer creditor to submit his objection by August 28, 2009 at 4 p.m..

**II. Emergency Motion To Preserve Right Of Appeal**

In order to preserve his right of appeal as outlined above, Consumer Creditor would like a clarification from the Court that his responses to the Trust Objections were considered as was directed by the Trust since He was not given ample time to review or to prepare. On September 4, 2009, Consumer Creditor received the Order from Judge Carey and has filed his Appeal along with this motion.

**III. Emergency Motion To Extend Discovery Deadline from 9-15-09 to 10-2-09**

Based on the email received from Attorney Carickhoff regarding his appeal at the Federal District Court, Consumer Creditor never received any communication from the Court regarding

his appeal matter until September 4, 2009 (today). Thus, Consumer Creditor will be filing an Emergency motion to respond to the motion to dismiss the appeal by the Trust in the Federal District Court of Delaware and will need more time to conduct legal research and will be asking that Court if Consumer Creditor can submit his responses by September 21, 2009. Thus, Consumer Creditor is requesting an Order extending his response to discovery of tabulation of punitive damages by October 2, 2009.

### IV. Emergency Motion and Declaration for Leave to Proceed in IFP Status

Consumer Creditor hereby requests the authorization to Proceed in IFP status. Consumer Creditor has submitted a revised financial statement to support this request to proceed in IFP status. Based on the revised financial statement submitted to this Court, the Supreme Court of the United States has granted him IFP status for filing a Writ of Certiorari.

### V. EMERGENCY MOTION FOR STAY OF DISCOVERY MATTERS

Consumer Creditor, Pierre-Richard Augustin, hereby request a stay on discovery matters pending the outcome of an emergency writ to the higher Courts since the ruling on AUGUST 31, 2009 <u>is</u> <u>**MATERIAL and determinative of the outcome of Consumer Creditor's case**</u>.

Respectfully submitted,

*/s/ Pierre R. Augustin*

**Pierre R. Augustin, MPA, MBA, Private Attorney General, Ex Rel**
Consumer Creditor, 3941 Persimmon Drive, #102
Fairfax, VA 22031 | 617.202.8069 | 703.584.5998

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion was served via email and mailed to the court.

*Pierre R. Augustin*

Pierre R. Augustin, Private Attorney General, Ex Rel, 3941 Persimmon Drive, #102
Fairfax, VA 22031, Tel: 617-202-8069

## VERIFICATION

I, Pierre R. Augustin, hereby depose and state as follows:

1. I am Pierre R. Augustin, represented by self.
2. I have read the foregoing responses filed herein and knowing the contents thereof have found that the allegations of fact set forth therein are true of my own personal knowledge, except as to those allegations based on information and belief which I believe to be true.

Signed under the penalties of perjury this __4__ day of __September__ 2009.

X _Pierre R. Augustin_

STATE OF __Virginia__ COUNTY OF __Fairfax__

On this __4__ day of __September__, 2009, before me, the undersigned notary public, personally appeared __Pierre R. Augustin__, proved to me through satisfactory evidence of identification, which was __Virginia Drivers License__, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires:
(SEAL)

```
ROBERT MICHAEL KOEHLER JR.
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2012
COMMISSION # 124494
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Pierre Richard Augustin, Private Attorney General, Ex Rel )
Consumer Creditor )
)
V. )
) No. 07-10416
IN RE NEW CENTURY TRS HOLDING )
IN RE NEW CENTURY LIQUIDATING TRUSTEE )
Debtor )

## AFFIDAVIT / AFFIRMATION

I, Pierre-Richard Augustin, affirm the following under penalty of perjury, being duly sworn, deposes and says: *Consumer Creditor*
1) I am the *Consumer Creditor* in this action, and I respectfully submit this affidavit/affirmation.
2) I have personal knowledge of facts which bear on this Motion.

I declare under penalty of perjury that the foregoing is true and correct, except as to those allegations based on information and belief which I believe to be true.
Dated: 9-4-09   *Pierre R. Augustin*
Pierre-Richard Augustin, Private Attorney General, Ex Rel
3941 Persimmon Drive, #102, Fairfax, VA 22031 (617) 202-8069
STATE OF Virginia   COUNTY OF Fairfax
On this 4 day of September, 2009, before me, the undersigned notary public, personally appeared Pierre Richard Augustin, proved to me through satisfactory evidence of identification, which was Virginia Driver's License, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that s/he signed it voluntarily for its stated purpose.

Notary Public
My Commission Expires:
(SEAL)

ROBERT MICHAEL KOEHLER JR.
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2012
COMMISSION # 124494

Exhibit L

# FedEx US Airbill Express

fedex.com 1.800.GoFedEx 1.800.463.3339

**RECIPIENT: PEEL HERE**

**1 From** This portion can be removed for Recipient's records.

Date: 8/19/09
Sender's Name: MAILROOM — Mohr
FedEx Tracking Number: 8639 3194 9727
Company: BLANK ROME
Phone: 302-425-6400
Address: 1201 N MARKET ST STE 800
City: WILMINGTON   State: DE   ZIP: 19801-1507

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: (handwritten)   Phone:
Company:
Address:
City:   State:   ZIP:

8639 3194 9727

Emp# 418697  19AUG09  1LGA

**4a Express Package Service**
- ☑ FedEx Priority Overnight
- ☐ FedEx Standard Overnight
- ☐ FedEx First Overnight

**4b Express Freight Service**
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☐ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☐ Other

**6 Special Handling** Include FedEx address in Section 3.
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday at FedEx Location
- ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- ☐ No   ☐ Yes   ☐ Dry Ice
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages: 2   Total Weight:   Total Declared Value: 519

**8 Residential Delivery Signature Options**
- ☐ No Signature Required
- ☐ Direct Signature
- ☐ Indirect Signature

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

Tim Lange
Align bot

# AFFIDAVIT OR DECLARATION
# IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Pierre-Richard Augustin, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $2163.20 | $2003.20 | $2163.20 | $2003.20 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child Support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): | $0 | $0 | $0 | $0 |
| Total monthly income: | $2163.20 | $2003.20 | $2163.20 | $2003.20 |

Please note that I started a new job on 7-20-09 & my wife on 7-22-09.

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Andrew International | 5870 Trinity Parkway Centreville, VA 20120 | 7-21-09 | $ 2163.20 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Andrew International | 5870 Trinity Parkway Centreville, VA 20120 | 7-22-09 | $ 2003.20 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ ___
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | checking | $ 494.00 | $ |
| Chevy Chase | checking | $ | $ 80 |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value  N/A

☐ Other real estate
Value  N/A

☐ Motor Vehicle #1
Year, make & model  1994, Nissan, Sentra
Value  $1,000

☐ Motor Vehicle #2
Year, make & model  N/A
Value  N/A

☐ Other assets
Description  N/A
Value  N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

*Except for pending Law suit

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ -0- | $ -0- |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Serge Augustin | (18) Son | 18 |
| Bertrand Ngampa | (17) Son | 17 |
| Napoleon Augustin | (13) Son | 13 |
| Marcelaine Augustin | Daughter | 10 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 773 | $ 773 |
| Are real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 150 est | $ 130 est |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 100 est | $ 100 est |
| Clothing (Back to School + School Supplies) for September 2009 | $ 250 est | $ 250 est |
| Laundry and dry-cleaning | $ 40 est | $ 40 est |
| Medical and dental expenses | $ 85 | $ -0- |

|                                                                                           | You          | Your spouse  |
|-------------------------------------------------------------------------------------------|--------------|--------------|
| Transportation (not including motor vehicle payments)                                     | $ 0          | $ 0          |
| Recreation, entertainment, newspapers, magazines, etc.                                    | $            | $            |

Insurance (not deducted from wages or included in mortgage payments)

|                                                    | You       | Your spouse |
|----------------------------------------------------|-----------|-------------|
| Homeowner's or renter's                            | $ 0       | $ 0         |
| Life                                               | $ 0       | $ 29.00     |
| Health                                             | $         | $           |
| Motor Vehicle (Car Insurance)                      | $ 120 est.| $ 120 est.  |
| Other: Son's football camp, HS.                    | $ 150     | $ 150       |

Taxes (not deducted from wages or included in mortgage payments)

| (specify): N/A | $ 0 | $ 0 |
|---|---|---|

Installment payments

|                              | You        | Your spouse |
|------------------------------|------------|-------------|
| Motor Vehicle Car Repair     | $ 100 est. | $ 100 est.  |
| Credit card(s)               | $          | $ 25 est.   |
| Department store(s)          | $ 0        | $ 0         |
| Other: Gas for Car           | $ 100 est. | $ 100 est.  |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): Tithing     | $ 216.32   | $ 200       |
| **Total monthly expenses:**  | $ 2234.32  | $ 2007      |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes   ☐ No   If yes, describe on an attached sheet.

   We are currently seeking professional position to provide for our family, children & upgrade our standard of living.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    As of the filing date of this financial worksheet, I am unable to pay because I have to buy school supplies and clothes for our children plus set aside money for school lunches or unforeseen circumstances, thus, to pay the fee now would burden my already tight budget.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-4, 20 09

_____
(Signature)