**Exhibit "1"**

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 5/15/07 | New Century Mortgage Corporation | 14511 Falling Creek LP | 348 | $9,166.49 | General Unsecured | |
| 4/13/07 | New Century TRS Holdings, Inc. | 4 Real Investment dba The Low Quote | 4 | $16,190.00 | General Unsecured | |
| 8/30/07 | New Century Mortgage Corporation | Ackerson & Yann PLLC | 2422 | $1,493.00 | General Unsecured | |
| 6/12/07 | New Century Mortgage Corporation | Actuate Corp | 652 | $26,195.00 | General Unsecured | |
| 7/2/07 | New Century Mortgage Corporation | Adi Compliance Consulting Inc | 874 | $19,550.00 | General Unsecured | |
| 7/12/07 | New Century TRS Holdings, Inc. | Al Dumas | 1372 | $2,577.59 | General Unsecured | |
| 6/14/07 | New Century Mortgage Corporation | Albert R Baker | 661 | $1,125.00 | General Unsecured | |
| 8/28/07 | New Century Mortgage Corporation | All Cities Mortgage & Financial Inc | 2419 | $29,130.11 | General Unsecured | |
| 5/7/07 | New Century Ventures, LLC | All Supplies Inc | 238 | $13,773.14 | General Unsecured | |
| 8/29/07 | Home123 Corporation | Allan M Hanus | 2142 | $405.00 | General Unsecured | |
| 7/19/07 | New Century TRS Holdings, Inc. | American Electric Power | 1161 | $118.21 | General Unsecured | |
| 8/30/07 | New Century Mortgage Corporation | American Equity Mortgage Inc | 3058 | $53,164.73 | General Unsecured | |
| 8/31/07 | Home123 Corporation | American Ventures Property Fund I Ltd | 2625 | $33,909.56 | General Unsecured | |
| 7/24/07 | New Century Mortgage Corporation | Anna Bailey | 1217 | $79,000.00 | General Unsecured | |
| 7/6/07 | Home123 Corporation | Anslow Bryant Construction Ltd | 788 | $3,490.25 | General Unsecured | |
| 7/19/07 | New Century TRS Holdings, Inc. | Appraisal Masters LLC | 1173 | $760.00 | General Unsecured | |
| 8/2/07 | Home123 Corporation | Area Wide Directory Inc | 1545 | $348.00 | General Unsecured | |
| 7/10/07 | New Century Mortgage Corporation | Arsenal Appraisal Inc | 827 | $500.00 | General Unsecured | |
| 7/12/07 | Home123 Corporation | Atlantic Coast Surveying | 1368 | $400.00 | General Unsecured | |
| 6/5/07 | Home123 Corporation | Audit & Adjustment Co | 702 | $5,387.30 | General Unsecured | |
| 8/31/07 | New Century Mortgage Corporation | Automated Finance Corporation | 3084 | $36,345.22 | General Unsecured | |
| | New Century Mortgage Corporation | Automated Finance Corporation | | | General Unsecured | F |
| 7/17/07 | New Century TRS Holdings, Inc. | Bank Of England | 1013 | $4,922.00 | General Unsecured | |
| 8/31/07 | New Century Mortgage Corporation | Bankers Standard Insurance Company | 2695 | $802,846.00 | Admin Secured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 7/24/07 | New Century TRS Holdings, Inc. | Barbar J Ohara | 1507 | $350.00 | General Unsecured | |
| 5/8/07 | New Century Mortgage Corporation | Barger and Wolen LLP | 380 | $8,091.31 | General Unsecured | |
| 8/21/07 | New Century TRS Holdings, Inc. | Barry Jackson Appraisals | 1949 | $100.00 | General Unsecured | |
| 7/17/07 | New Century TRS Holdings, Inc. | Beacon Appraisal Services Inc | 1078 | $275.00 | General Unsecured | |
| 8/28/07 | New Century TRS Holdings, Inc. | Bill Nann | 2056 | $450.00 | General Unsecured | |
| 7/24/07 | New Century Mortgage Corporation | Brendan Boroski Advertising Inc | 1227 | $2,550.00 | General Unsecured | |
| 8/31/07 | Home123 Corporation | Brookwood Century Springs East LLP | 3108 | $23,603.99 | General Unsecured | |
| 7/24/07 | Home123 Corporation | Canpro Investments Ltd | 1259 | $344,913.38 | General Unsecured | |
| 8/27/07 | New Century Mortgage Corporation | Cash Fast Finance Llc | 1961 | $84,619.15 | General Unsecured | |
| 5/8/07 | New Century TRS Holdings, Inc. | Century 21 Lighthouse Realty | 247 | $381.51 | General Unsecured | |
| 5/8/07 | New Century TRS Holdings, Inc. | Century 21 Lighthouse Realty | 250 | $160.00 | General Unsecured | |
| 5/9/07 | New Century Mortgage Corporation | Chris Donley | 375 | $1,925.00 | General Unsecured | |
| 7/17/07 | New Century TRS Holdings, Inc. | Chritopher T Mohr | 1411 | $250.00 | General Unsecured | |
| 7/24/07 | New Century TRS Holdings, Inc. | City of Austin | 1316 | $622.05 | General Unsecured | |
| | New Century Mortgage Corporation | City Of Austin | | | General Unsecured | F |
| 4/13/07 | New Century Mortgage Corporation | City of Hurst | 267 | $109.23 | Secured | |
| 8/9/07 | New Century TRS Holdings, Inc. | City Of Lacey | 1676 | $181.26 | Priority | |
| 7/30/07 | Home123 Corporation | City of Las Vegas | 1505 | $115.00 | Priority | |
| 8/30/07 | New Century Mortgage Corporation | City Of Livonia | 2423 | $738.72 | Secured | |
| 8/14/07 | Home123 Corporation | Clear Channel Radio | 1730 | $5,612.00 | General Unsecured | |
| 3/10/08 | New Century Financial Corporation | CNA Insureance Companies | 3881 | $548,227.00 | General Unsecured | |
| 6/6/07 | New Century Mortgage Corporation | Collin County Tax | 649 | $2,026.10 | Secured | |
| 8/31/07 | New Century Mortgage Corporation | Colonial Properties Trust | 2580 | $55,407.64 | General Unsecured | |
| 7/6/07 | New Century Mortgage Corporation | Compel Lic No 758591 | 769 | $3,641.00 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 7/19/07 | Home123 Corporation | Comporium Communications | 1049 | $1,998.79 | General Unsecured | |
| | New Century Mortgage Corporation | Comporium Communications | | | General Unsecured | F |
| 8/2/07 | Home123 Corporation | Computer Presentation Systems Inc | 1529 | $1,570.00 | General Unsecured | |
| 8/7/07 | New Century Financial Corporation | Computersharetrust Company Inc | 1574 | $20,324.24 | General Unsecured | |
| 1/16/08 | Home123 Corporation | Connecticut Department of Revenue Services | 3779 | $13,358.26 | Priority | |
| 8/31/07 | New Century Mortgage Corporation | Corelogic Systems Inc | 2549 | $5,770.17 | General Unsecured | |
| | Home123 Corporation | Corelogic Systems Inc | | | General Unsecured | F |
| 7/12/07 | New Century TRS Holdings, Inc. | Covenant Group | 1376 | $3,915.00 | General Unsecured | |
| 7/12/07 | New Century TRS Holdings, Inc. | David W Ploeger | 910 | $1,750.00 | General Unsecured | |
| 10/3/07 | New Century TRS Holdings, Inc. | Doug Belden Hillsborough County Tax Collector | 3411 | $10,187.37 | Priority | |
| 1/16/08 | New Century Mortgage Corporation | Doug Belden Hillsborough County Tax Collector | 3778 | $3,125.54 | Priority | |
| 8/9/07 | New Century TRS Holdings, Inc. | Dow Jones And Company Inc | 1645 | $47,199.98 | General Unsecured | |
| 7/17/07 | New Century Mortgage Corporation | Downs Financial Inc | 929 | $30,445.01 | General Unsecured | |
| 8/14/07 | New Century TRS Holdings, Inc. | Dp Air Corporation | 1729 | $6,044.00 | General Unsecured | |
| 7/17/07 | New Century Mortgage Corporation | Eappraisal Inc and David J Collins Owner | 946 | $2,860.00 | General Unsecured | |
| 5/15/07 | Home123 Corporation | Elite Closings LLC | 360 | $9,575.00 | General Unsecured | |
| 10/15/07 | New Century TRS Holdings, Inc. | Emigrant Mortgage Inc | 3540 | $1,434.13 | General Unsecured | |
| | New Century Mortgage Corporation | Emigrant Mortgage Inc | | | General Unsecured | F |
| 7/17/07 | Home123 Corporation | Employment Security Commission of North Carolina | 926 | $383.24 | Priority | |
| 7/17/07 | Home123 Corporation | Employment Security Commission of North Carolina | 928 | $35.04 | Priority | |
| 7/9/07 | New Century TRS Holdings, Inc. | Era Windward Properties | 936 | $451.48 | General Unsecured | |
| 7/17/07 | Home123 Corporation | Faulkner/Iossing & Associates Inc | 754 | $1,550.00 | General Unsecured | |
| | New Century Mortgage Corporation | Faulkner/Iossing & Associates Inc | | | General Unsecured | F |
| 7/17/07 | New Century Mortgage Corporation | Florida Appraiser Alliance Inc | 1256 | $349.50 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 8/31/07 | New Century TRS Holdings, Inc. | Florida Default Law Group PL | 3295 | $5,515.00 | General Unsecured | |
| 4/30/07 | New Century Mortgage Corporation | Fred D Berger | 151 | $500.00 | General Unsecured | |
| 10/3/07 | New Century TRS Holdings, Inc. | Fred J Donaldson | 3468 | $50.00 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | Freda G Maynard | 1632 | $550.00 | General Unsecured | |
| 8/29/07 | Home123 Corporation | Freddie Mac | 2393 | $4,206.36 | General Unsecured | |
| 7/16/07 | New Century Mortgage Corporation | Gary Kenner | 987 | $3,600.00 | General Unsecured | |
| 8/29/07 | New Century Mortgage Corporation | GBH Communications Inc | 2063 | $17,884.14 | General Unsecured | |
| 10/2/07 | Home123 Corporation | Georgia Department of Revenue | 3508 | $317.85 | General Unsecured | |
| 10/2/07 | Home123 Corporation | Georgia Department of Revenue | 3508 | $10,623.57 | Priority | |
| 6/1/07 | New Century TRS Holdings, Inc. | Gina Bocage | 634 | $3,861.00 | General Unsecured | |
| 8/9/07 | New Century Mortgage Corporation | Gold Cup Coffee Service Inc | 1628 | $704.35 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Golden Appraisals | 1464 | $350.00 | General Unsecured | |
| 5/21/07 | Home123 Corporation | H & D Appraisers | 576 | $350.00 | General Unsecured | |
| 8/16/07 | New Century Financial Corporation | Hacker Curtis J | 1739 | $21,881.49 | Priority | |
| | New Century TRS Holdings, Inc. | Hacker Curtis J | | | General Unsecured | F |
| 8/23/07 | New Century TRS Holdings, Inc. | Hammond Appraisals | 1905 | $350.00 | General Unsecured | |
| 8/23/07 | New Century TRS Holdings, Inc. | Hammond Appraisals | 1909 | $350.00 | General Unsecured | |
| 8/23/07 | New Century TRS Holdings, Inc. | Hammond Appraisals Inc | 1904 | $350.00 | General Unsecured | |
| 8/2/07 | New Century Mortgage Corporation | Hok Group Inc | 1732 | $71,855.86 | General Unsecured | |
| 7/13/07 | New Century Mortgage Corporation | Horizon Communications Technologies Inc | 1092 | $240.00 | General Unsecured | |
| 7/9/07 | New Century Mortgage Corporation | Hr Plus | 757 | $43,262.31 | General Unsecured | |
| 8/14/07 | New Century Mortgage Corporation | Initial Tropical Plants Inc | 1705 | $263.28 | General Unsecured | |
| | Home123 Corporation | Initial Tropical Plants Inc | | | General Unsecured | F |
| 8/21/07 | New Century TRS Holdings, Inc. | Interior Keepers | 1876 | $799.95 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| | New Century Mortgage Corporation | Interior Keepers | | | General Unsecured | F |
| 6/19/07 | New Century TRS Holdings, Inc. | Intralinks Inc | 745 | $611.11 | General Unsecured | |
| 7/10/07 | New Century TRS Holdings, Inc. | Jim Rudzinski | 828 | $350.00 | General Unsecured | |
| 8/30/07 | New Century TRS Holdings, Inc. | JNR Enterprises LLC | 3248 | $82,740.00 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | John Adams Mortgage Company | 1648 | $555.38 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | Johnson Appraisal Inc | 1660 | $300.00 | General Unsecured | |
| 7/13/07 | Home123 Corporation | Justin Glenn Travis | 885 | $425.00 | General Unsecured | |
| 7/17/07 | New Century TRS Holdings, Inc. | Kasper Roth | 1018 | $3,200.00 | General Unsecured | |
| 7/19/07 | New Century TRS Holdings, Inc. | Kenneth Jones And Associates | 1124 | $100.00 | General Unsecured | |
| 10/3/07 | Home123 Corporation | KI Morris Llc | 3465 | $325.00 | General Unsecured | |
| 2/20/08 | New Century TRS Holdings, Inc. | LA County Treasurer and Tax Collector | 3858 | $114.65 | Priority | |
| 2/20/08 | New Century TRS Holdings, Inc. | LA County Treasurer and Tax Collector | 3858 | $420.94 | Secured | |
| 7/9/07 | New Century TRS Holdings, Inc. | Leadfusion Inc | 859 | $2,708.00 | General Unsecured | |
| 8/16/07 | New Century TRS Holdings, Inc. | Lee Wayne Corp | 1777 | $971.52 | General Unsecured | |
| 7/24/07 | New Century Mortgage Corporation | Legacy Appraisal | 1185 | $4,500.00 | General Unsecured | |
| 7/24/07 | Home123 Corporation | Legacy Appraisals | 1177 | $9,100.00 | General Unsecured | |
| 6/19/07 | New Century TRS Holdings, Inc. | Lenders Escrow & Title LLC | 669 | $3,193.55 | General Unsecured | |
| 8/29/07 | New Century Mortgage Corporation | Lerner Sampson & Rothfuss | 2401 | $39,203.51 | General Unsecured | |
| | New Century Mortgage Corporation | Lerner Sampson & Rothfuss | | | General Unsecured | F |
| 5/21/07 | New Century TRS Holdings, Inc. | LexisNexis a Div of Reed Sevier Inc | 575 | $142,051.00 | General Unsecured | |
| 8/29/07 | New Century Mortgage Corporation | Liberty Property Trust | 2283 | $60,869.25 | General Unsecured | |
| 5/30/07 | New Century Financial Corporation | Lindsey & Associates Inc | 630 | $800.00 | General Unsecured | |
| 5/30/07 | New Century Financial Corporation | Lindsey & Associates Inc | 635 | $51.78 | General Unsecured | |
| 4/26/07 | New Century TRS Holdings, Inc. | Lisa Ingram Kester Realtor | 303 | $1,101.26 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 7/24/07 | New Century TRS Holdings, Inc. | Lock Springs | 1230 | $60.22 | Priority | |
| 7/12/07 | New Century TRS Holdings, Inc. | Long Island Lighting Company dba LIPA | 1363 | $485.92 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Los Angeles Times | 1523 | $3,305.00 | General Unsecured | |
| 5/4/07 | Home123 Corporation | Love Appraisal Service | 201 | $2,475.00 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Mac Ventures Llc | 1530 | $2,665.70 | General Unsecured | |
| 5/3/07 | New Century Mortgage Corporation | MacLeod Appraisal | 188 | $1,550.00 | General Unsecured | |
| 7/17/07 | New Century TRS Holdings, Inc. | Magnetic Springs Water Co | 1108 | $84.85 | General Unsecured | |
| | New Century Mortgage Corporation | Magnetic Springs Water Co | | | General Unsecured | F |
| 7/26/07 | New Century TRS Holdings, Inc. | Major Lindsey & Africa | 1302 | $3,413.27 | General Unsecured | |
| 4/19/07 | Home123 Corporation | Manning Appraisal Service | 12 | $2,925.00 | General Unsecured | |
| 7/24/07 | New Century Mortgage Corporation | Manuel and Dolores Lopez | 1184 | $8,350.00 | General Unsecured | |
| 5/11/07 | Home123 Corporation | Massachutsets Department of Workforce Development | 1306 | $17,228.16 | Priority | |
| 7/24/07 | New Century TRS Holdings, Inc. | Mcglinchey Stafford Llc | 1186 | $10,495.56 | General Unsecured | |
| 6/26/07 | Home123 Corporation | Media Contacts Corporation | 870 | $176,104.10 | General Unsecured | |
| 1/29/08 | New Century TRS Holdings, Inc. | Miami Dade County Tax Collector | 3799 | $11,667.37 | Secured | |
| 9/17/07 | New Century TRS Holdings, Inc. | Mike Hogan Tax Collector | 3410 | $2,308.39 | Secured | |
| 7/9/07 | Home123 Corporation | Mini Cassia Association Of Realtors | 798 | $135.00 | General Unsecured | |
| 8/6/07 | Home123 Corporation | Mississippi State Tax Commission | 1935 | $6.25 | General Unsecured | |
| 8/6/07 | Home123 Corporation | Mississippi State Tax Commission | 1935 | $137.50 | Priority | |
| 5/3/07 | Home123 Corporation | Modern Way | 872 | $300.00 | General Unsecured | |
| 7/17/07 | New Century Mortgage Corporation | Modular Mailing System Inc | 913 | $171.99 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | Montana Department Of Revenue | 1687 | $18.00 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | Montana Department Of Revenue | 1687 | $110.57 | Priority | |
| 5/30/07 | New Century TRS Holdings, Inc. | Morris Schneider & Prior LLC | 595 | $105,278.80 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 7/9/07 | New Century TRS Holdings, Inc. | Mountain To Metro Appraisals Lcc | 857 | $350.00 | General Unsecured | |
| 4/30/07 | New Century TRS Holdings, Inc. | New World Mortgage Inc | 288 | $106,076.09 | General Unsecured | |
| | New Century Mortgage Corporation | New World Mortgage Inc | | | General Unsecured | F |
| 8/28/07 | Home123 Corporation | New York Life Insurance Company | 2251 | $18,221.35 | General Unsecured | |
| 8/9/07 | New Century TRS Holdings, Inc. | Nielson & Sherry PSC | 1652 | $853.00 | General Unsecured | |
| 7/30/07 | New Century Mortgage Ventures, LLC | Nitty Gritty Dirt Cleaners | 1447 | $240.00 | General Unsecured | |
| | New Century Mortgage Corporation | Nitty Gritty Dirt Cleaners | | | General Unsecured | F |
| 7/9/07 | New Century TRS Holdings, Inc. | Nixion Appraisal Inc | 756 | $1,850.00 | General Unsecured | |
| 10/9/07 | New Century TRS Holdings, Inc. | Northern Business Systems | 3491 | $455.00 | General Unsecured | |
| 7/17/07 | New Century TRS Holdings, Inc. | Nuxall & Assoc Real Estate Svcs Llc | 1251 | $475.00 | General Unsecured | |
| 7/24/07 | New Century TRS Holdings, Inc. | Ohara Appraisal Group | 1508 | $50.00 | General Unsecured | |
| 5/11/07 | New Century Mortgage Ventures, LLC | Oklahoma Tax Commission | 532 | $200.00 | Priority | |
| 7/10/07 | Home123 Corporation | Omni Appraisal Services Llc | 818 | $350.00 | General Unsecured | |
| 4/24/07 | New Century Mortgage Corporation | One West Associates | 144 | $1,584.55 | General Unsecured | |
| 7/26/07 | New Century Financial Corporation | Orange County Treasurer Tax Collector | 1347 | $6,045.32 | Priority | |
| 9/25/07 | New Century Mortgage Corporation | Orange County Treasurer Tax Collector | 3339 | $324.15 | Priority | |
| 8/30/07 | Home123 Corporation | Ovc Properties Llc | 2489 | $101,605.75 | General Unsecured | |
| 8/9/07 | New Century Mortgage Corporation | Pacifica Paradise Valley LLC | 1605 | $458,927.12 | General Unsecured | |
| 7/17/07 | Home123 Corporation | Pamela K Teel President | 932 | $775.00 | General Unsecured | |
| 6/8/07 | New Century Mortgage Corporation | Patricia Stampley | 633 | $875.00 | General Unsecured | |
| 8/16/07 | New Century TRS Holdings, Inc. | Paul J Koepke | 1774 | $350.00 | General Unsecured | |
| 8/9/07 | New Century Mortgage Corporation | Peter H Arkison Trustee for Pyatt | 1634 | 170000.00 Approx | General Unsecured | |
| 8/30/07 | Home123 Corporation | Phillip Rollan Price | 2352 | $1,225.00 | General Unsecured | |
| 7/26/07 | New Century TRS Holdings, Inc. | Pinnacle Appraisal Group | 1342 | $600.00 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 8/30/07 | New Century TRS Holdings, Inc. | Premier Mortgage Funding Inc | 2357 | $35,742.00 | General Unsecured | |
| | New Century Mortgage Corporation | Premier Mortgage Funding Inc | | | General Unsecured | F |
| 7/10/07 | New Century TRS Holdings, Inc. | Progressive Methods Inc | 809 | $81.75 | General Unsecured | |
| 7/19/07 | New Century TRS Holdings, Inc. | Property Value Appraisals Inc | 1152 | $1,250.00 | General Unsecured | |
| | New Century Mortgage Corporation | Property Value Appraisals Inc | | | General Unsecured | F |
| 8/6/07 | New Century TRS Holdings, Inc. | Public Service Company of Colorado | 1880 | $599.60 | General Unsecured | |
| 10/3/07 | New Century TRS Holdings, Inc. | QKC Maui Owner LLC | 3460 | $10,379.52 | General Unsecured | |
| 5/8/07 | New Century Mortgage Corporation | Quinn Power Systems | 424 | $850.00 | General Unsecured | |
| 5/15/07 | New Century Financial Corporation | Ray Buchanan | 353 | $25.00 | General Unsecured | |
| 5/15/07 | New Century Financial Corporation | Ray Buchanan | 354 | $37.00 | General Unsecured | |
| 5/15/07 | New Century Financial Corporation | Ray Buchanan | 356 | $180.00 | General Unsecured | |
| 5/15/07 | New Century TRS Holdings, Inc. | Ray Buchanan | 357 | $100.00 | General Unsecured | |
| 5/15/07 | New Century TRS Holdings, Inc. | Ray Buchanan | 358 | $100.00 | General Unsecured | |
| 7/17/07 | Home123 Corporation | Rebecca Sue Bernard | 1017 | $425.00 | General Unsecured | |
| 7/10/07 | New Century TRS Holdings, Inc. | Resource One Inc | 826 | $4,000.00 | General Unsecured | |
| 9/5/07 | New Century Credit Corporation | RI Division of Taxation | 3367 | $1,000.00 | Priority | |
| 9/5/07 | Home123 Corporation | RI Division of Taxation | 3368 | $500.00 | Priority | |
| 9/5/07 | New Century Mortgage Corporation | RI Division of Taxation | 3369 | $1,000.00 | Priority | |
| 9/5/07 | New Century TRS Holdings, Inc. | RI Division of Taxation | 3370 | $3,500.00 | Priority | |
| 8/31/07 | New Century Mortgage Corporation | Robert J Curtis dba Law Group | 3100 | $272,132.07 | General Unsecured | |
| 8/20/07 | New Century TRS Holdings, Inc. | Rosicki Rosicki & Associates Pc | 1973 | $5,864.50 | General Unsecured | |
| 5/11/07 | New Century TRS Holdings, Inc. | Roth Appraisals aka The Appraisals | 427 | $2,575.00 | General Unsecured | |
| 8/30/07 | New Century TRS Holdings, Inc. | Routh Crabtree Olsen PS | 2471 | $8,111.50 | General Unsecured | |
| 8/2/07 | New Century Mortgage Corporation | Royal News Corp dba Royal Media Group | 1516 | $78,100.00 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 4/24/07 | New Century Financial Corporation | Royce Digital Systems Inc | 124 | $1,135.99 | General Unsecured | |
| | New Century Mortgage Corporation | Royce Digital Systems Inc | | | General Unsecured | F |
| | New Century Mortgage Corporation | Royce Digital Systems Inc | | | General Unsecured | F |
| 12/26/07 | New Century TRS Holdings, Inc. | SC Department of Revenue | 3733 | $253.60 | Priority | |
| 12/26/07 | New Century TRS Holdings, Inc. | SC Department of Revenue | 3733 | $335.17 | Secured | |
| 7/24/07 | New Century TRS Holdings, Inc. | Security First Appraisals Llc | 1182 | $125.00 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Sedalia Democrat | 1549 | $1,001.48 | General Unsecured | |
| 8/9/07 | New Century Mortgage Corporation | Shapiro & Swertfeger LLP | 1644 | $720.00 | General Unsecured | |
| 6/6/07 | New Century TRS Holdings, Inc. | Shapiro Nordmeyer & Zielke LLP | 631 | $29,028.67 | General Unsecured | |
| 9/5/07 | New Century Mortgage Corporation | Silver Key Property Corp | 3245 | $20,000.00 | General Unsecured | |
| 8/14/07 | New Century TRS Holdings, Inc. | Sinex Aviation Technologies Corporation | 1706 | $7,480.00 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Southeast Equity Title | 1540 | $22,275.00 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Southern California One Llc | 1513 | $263.13 | General Unsecured | |
| 4/13/07 | New Century Mortgage Corporation | Standard Register Company | 159 | $3,979.02 | General Unsecured | |
| 8/21/07 | New Century TRS Holdings, Inc. | State Line Fire & Safety Inc | 1810 | $35.54 | General Unsecured | |
| 6/27/07 | New Century TRS Holdings, Inc. | State of New Jersey | 1061 | $455,191.00 | Priority | |
| 7/31/07 | New Century Financial Corporation | State of New Jersey Division of Taxation | 1581 | $456,566.09 | General Unsecured | |
| 8/20/07 | New Century Mortgage Corporation | Strategic Capital Mortgage | 2007 | $35,823.14 | General Unsecured | |
| 7/10/07 | New Century Mortgage Corporation | Summit Business Media | 807 | $13,305.60 | General Unsecured | |
| 10/9/07 | New Century Mortgage Corporation | T Mobile USA Inc | 3619 | $199,731.61 | General Unsecured | |
| | New Century Mortgage Corporation | T Mobile Usa Inc | | | General Unsecured | F |
| 7/17/07 | Home123 Corporation | Target Media Northwest | 1099 | $3,868.04 | General Unsecured | |
| 8/21/07 | New Century Mortgage Corporation | Telelogic North America Inc | 1941 | $29,413.26 | General Unsecured | |
| 5/21/07 | New Century Mortgage Corporation | The Cotran Group | 520 | $386.38 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 8/2/07 | Home123 Corporation | The Hanigan Company Inc | 1460 | $1,804.60 | General Unsecured | |
| 8/28/07 | New Century Mortgage Corporation | The Kansas City Star | 2194 | $798.80 | General Unsecured | |
| 5/2/07 | New Century Mortgage Corporation | The Lending Connection Inc | 196 | $70,706.97 | General Unsecured | |
| | New Century Mortgage Corporation | The Lending Connection Inc | | | General Unsecured | F |
| 5/22/07 | New Century Mortgage Corporation | The Loan Page | 572 | $26,765.00 | General Unsecured | |
| 7/17/07 | Home123 Corporation | The Sign Center | 1009 | $143.10 | General Unsecured | |
| 10/2/07 | New Century Financial Corporation | Thomson Financial Services LLC | 3486 | $45,642.86 | General Unsecured | |
| 4/30/07 | New Century Financial Corporation | Thomson West | 337 | $21,036.92 | General Unsecured | |
| 4/27/07 | New Century TRS Holdings, Inc. | Trimark Funding Inc | 171 | $36,877.30 | General Unsecured | |
| | New Century Mortgage Corporation | Trimark Funding Inc | | | General Unsecured | F |
| 8/7/07 | New Century Mortgage Corporation | Tucson Lifestyle/conley Magazine | 1575 | $2,281.16 | General Unsecured | |
| 8/30/07 | New Century Mortgage Corporation | Union Bank of California | 2600 | $1,880,000.00 | Secured | |
| 5/8/07 | New Century TRS Holdings, Inc. | Universal Tax Service Inc | 432 | $6,836.25 | General Unsecured | |
| 7/19/07 | New Century Financial Corporation | Unlimited Services Building Maintenance | 1128 | $779.40 | General Unsecured | |
| 7/17/07 | New Century Mortgage Corporation | Valley View Appraisal | 1000 | $340.00 | General Unsecured | |
| 6/6/07 | Home123 Corporation | Valorem Appraisals Inc | 639 | $450.00 | General Unsecured | |
| 10/4/07 | Home123 Corporation | WA State Department of Labor & Industries | 3512 | $6,560.49 | Priority | |
| 7/24/07 | New Century TRS Holdings, Inc. | Walker County Appraisal District | 1203 | $3,364.46 | Secured | |
| 4/13/07 | New Century Mortgage Corporation | Western Capital Mortgage | 3 | $538,893.59 | General Unsecured | |
| | New Century Mortgage Corporation | Western Capital Mortgage | | | General Unsecured | F |
| 8/6/07 | Home123 Corporation | Westminister Tech II | 2049 | $5,754.63 | General Unsecured | |
| 7/6/07 | New Century TRS Holdings, Inc. | Wilmer | 966 | $792.93 | General Unsecured | |
| 8/2/07 | New Century TRS Holdings, Inc. | Winstream | 1456 | $463.00 | General Unsecured | |
| 7/19/07 | New Century TRS Holdings, Inc. | Zachary B Scott | 1111 | $1,100.00 | General Unsecured | |

| Date Filed | Debtor Name | Name | Claim No. | Claim Amount | Nature | Schedule |
|---|---|---|---|---|---|---|
| 4/23/07 | Home123 Corporation | Zachary M Fischer DBA Pinpoint Appraisal | 94 | $600.00 | General Unsecured | |