Anita B. Carr, pro se
11801 Bloomington Way
Dublin, CA 94568
Telephone: 925-353-2787

Plaintiff, pro se

SEP 1 1 2009



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>NEW CENTURY TRS HOLDINGS, INC., a<br>Delaware Corporation, et al,<br>                           Debtors | CASE No: 07-104-16 KJC,<br>Jointly Administered<br><br>CHPT. 11 BKR<br><br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS<br><br>NOTICE OF RELATED CASE:<br>Original Complaint (related) filed in<br>California Superior Court March 20,<br>2009   CASE # RG09442589 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

       I, ANITA B. CARR, declare under the penalty or perjury that I am the true owner of the property commonly known as 11801 Bloomington Way, Dublin, CA 94568 in Alameda County, California, and the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to pay the full amount of fees, costs or give security. I state that because of my poverty that I am unable to pay the costs of this action or give security and that I believe I am entitled to relief. Debtors, New Century TRS Holdings, Inc., as defined in this and related actions, and each of them, jointly and severally through their actions created my poverty. Ms. Carr was not in this negative state prior to becoming a victim to Defendant's unlawful acts.

The above property was foreclosed upon, in a wrongful and illegal foreclosure on October 16, 2008. California Superior Court Case RG09442589 is for fraud, TILA violations, usury,

wrongful foreclosure, slander of title and other egregious & illegal acts. New Century Mortgage Corporation and Home123 Corporation are named in the lawsuit as defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Plaintiff is unable to make fee payments of any kind in any amount at this time. Plaintiff understands that a false statement herein may result in dismissal of my claims.

Dated: September 3, 2009

Anita B. Carr, pro se