# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
New Century TRS Holdings, Inc.

**Case No.:** 07–10416–KJC

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Pierre R. Augustin filed a Notice of Appeal on 9/9/09 regarding the Order Denying Emergency Motion to Compel Revised Answers and Production of Documents and Emergency Request to Obtain Information from the Compel Order and Application for Waiver of Filing Fee.

The Notice of Appeal may be viewed at docket number 9875 The order on appeal may be viewed at docket number 9867

David D. Bird
CLERK OF COURT

Date: 9/22/09
(VAN–440)