# Notice Recipients

District/Off: 0311−1     User: NancyL     Date Created: 9/22/2009
Case: 07−10416−KJC     Form ID: van440     Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | New Century TRS Holdings, Inc. | 18400 Von Karman Ave. | Suite 1000 | Irvine, CA 92612 | |
| aty | Elizabeth A. Sloan | Blank Rome LLP | 1201 Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Ronald S. Gellert | Eckert Seamans Cherin &Mellott LLC | 300 Delaware Avenue | Suite 1210 | Wilmington, DE 19801 |
| aty | Ronald S. Gellert | Eckert Seamans Cherin &Mellott LLC | 300 Delaware Avenue | Suite 1360 | Wilmington, DE 19801 |
| 2503820 | Pierre R. Augustin | 3941 Persimmon Drive, #102 | Fairfax, VA 22031 | | |

TOTAL: 5