**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| Pierre Richard Augustin, Private Attorney General, Ex Rel ) <br> Consumer Creditor ) <br> ) <br>          V. ) <br> ) <br> IN RE NEW CENTURY TRS HOLDING ) <br> IN RE NEW CENTURY LIQUIDATING TRUST ) <br> Debtor ) <br> ) | No. 07-10416 |

Requesting Party : New Century Liquidating Trust ("Trust")
Responding Party: Pierre R. Augustin, Private Attorney General, Ex Rel, Consumer Creditor

### LEGAL BASIS FOR CALCULATING COMPENSATORY
### & PUNITIVE DAMAGES
### PER COURT ORDER DUE ON SEPTEMBER 15, 2009

Our civil justice system is there to enforce the Rulebook of Fair Play, to keep America and Americans safe, and to deter and punish wrongful behavior that injures others. The civil justice system follows roughly the same common-sense principles we all learned as kids (and try to teach our own kids): Everybody should play fair. When somebody doesn't play fair, they should take responsibility and not put the financial burden of their wrongdoing on the rest of society. When somebody doesn't play fair, they put all of us at risk and put the safety of American society in jeopardy.

**1. Compensatory Damages**
The ancient Biblical phrase, "an eye for an eye and a tooth for a tooth," is a mistranslation: "The actual translation reads, 'an eye—up to the value of an eye—and a tooth—up to the value of a tooth.' This means that if an individual knocks out the eye or tooth of another person by accident, that individual must pay the harmed person monetary damages up to the value of the body part he destroyed.

In the American civil justice system, monetary damages are *transferred* as compensation from a liable party to an injured party (rather than putting the burden of compensation on the taxpayers or leaving injured parties to fend for themselves through tax-supported services like Welfare and Social Security). The intent of compensatory damages is to *compensate* the injured party for economic losses such as medical bills and lost wages and to provide restitution for physical pain and emotional suffering brought on by the injury.

The most obvious correlation between Biblical laws and our civil laws today is found in the Ten Commandments. The Eighth Commandment states "thou shalt not steal." The Ninth Commandment states "thou shalt not bear false witness against thy neighbor." Ex. 20:14-15. Today, we have criminal laws against stealing and lying. Both stealing and lying can also result in liability in our civil justice

.26
/\

system in the form of fraud. There are numerous other correlations between the laws given in the Bible and the laws which form our modern day civil justice system.

## 2. DAMAGES - [S.J.Res. 165] 96 Stat. 1211, Public Law 97-280

"As in our legal system today, the person who caused harm, injury or death to the person or property of another, whether intentionally or negligently, faced a considerable range of possible damages under the Law of Moses." (See Exhibit The Law of Moses and Modern Tort Law by Edward Fudge, M.A., J.D.)

### 3. Monetary damages

"Monetary damages under the Mosaic code were compensatory, punitive and sometimes both. Compensatory damages could include general damages (restitution) or special damages (medical expenses; lost wages).

### 4. Compensatory (general damages)

General damages were most common and were usually measured on the basis of actual restitution of the chattel that had been lost or destroyed.

### 5. Valuing pain and suffering = $1,000,000:

- €€€€€€€€ The extent of the injury – Loss of primary residence, damaged credit report for 10 years as a result of wrongful foreclosure and false credit report to credit bureaus

- €€€€€€€€ How the injury has affected ability to perform day-to-day activities? Consumer creditor was forced to take low paying jobs in order to have the flexibility to conduct legal research and read legal articles

- €€€€€€€€ How the injury has affected enjoyment of life? From 2005 to 2007, Consumer creditor resided in Massachusetts and missed most of children activities while they moved to Buffalo Grove, Illinois, loss of consortium and loss of income from rental units as a result of the litigation when the bank contacted the renters.

- €€€€€€€€ Emotional trauma - Temporary discouragement when Bank sold the home illegally.

- €€€€€€€€ Residual effects - Anxiety for not having a legal consultant on filing proper pleadings

- €€€€€€€€ The pain and suffering to experience in the future - Lack of trust in our banking system

### 6. Economic damages include:

- €€€€€€€ Loss of earning capacity

What if analysis is based on being Operational Manager with an MBA and MPA

| | | 4% Increase | Salary | 10% Bonus |
|---|---|---|---|---|
| Year 1 = 2005 | $88,000.00 | | $88,000.00 | $8,800.00 |
| Year 2 = 2006 | $78,924.00 | $3,156.96 | $82,080.96 | $8,208.10 |
| Year 3 = 2007 | $82,080.96 | $3,283.24 | $85,364.20 | $8,536.42 |
| Year 4 = 2008 | $85,364.20 | $3,414.57 | $88,778.77 | $8,877.88 |
| Year 5 = 2009 | $88,778.77 | $3,551.15 | $92,329.92 | $9,232.99 |
| | | | $436,553.84 | $43,655.38 |
| Total Income | Salary + Bonus | | $480,209.23 | |

26
2

- ~~€€€€€€€~~ Damage to property = Estimated value + Interest payment for 30 years = $700,000

Thus, the calculated figure for compensatory damages is $2,180,209.23.

## 7. Punitive Damages
The intent of punitive damages is to deter unsafe behavior and *punish* those who wantonly engage in injurious personal behavior or business practices. The punitive damages calculation is based on the United States Supreme Court three "guideposts." The Court examined "the degree of reprehensibility of the <u>nondisclosure.</u>

A. Applying the Gore Guideposts
1. Guidepost No. 1 : Degree of Reprehensibility
a. The Supreme Court
The first guidepost analyzed by the Supreme Court in Gore was the degree of reprehensibility involved in the nondisclosure ("degree of reprehensibility"). The Court initiated its analysis with the following statement: "Perhaps the most important indicium of the reasonableness of a punitive damages award is the degree of reprehensibility of the defendant's conduct."

## B. Facts that Support Punitive Damages:
New Century Mortgage provided Mortgage brokers a higher yield spread by locking the loan with their company and offering a higher par value as well as being an outfit that would approved a fabricated loan with no true underwriting oversight, review, and processed in place to avoid defrauding unsophisticated borrowers by financial professionals who knows how to manipulate the system to approve his wife whereby she stated that she worked only on call and part-time and **a W-2 wage earners of only $2,786.99 in 2003.**

Attorney Samuel P. Reef was questioned at the closing by my wife as to why her income is listed as high and her title is stated as teacher; Attorney Samuel P. Reef, who represented New Century Mortgage responded, "Don't worry about it, just signed here, the forms are standard." Also, Allied Home Mortgage which acted as a finder for New Century took advantage of us for being unsophisticated borrowers at the time. If Attorney Samuel P. Reef and Allied Home Mortgage that represented and acted as finder for New Century had hinted to us that they were fabricating any documents. We have a clean record. All the other parties only care on making money on us by stripping our equity with a high cost mortgage "alleged Loan" with no added value by making us assuming a higher loan amount.

Thus, the financial fabrication that occurred involved many layers cooperation such as New Century Underwriters, Appraisers, Title companies, Attorney Samuel P. Reef to look the other way by not performing their fiduciary duties under Massachusetts and Federal Laws to raise any possible red flag to stop the funding of a fraudulent loan by taking advantage of us as unsophisticated borrowers at the time since they all profited monetarily in the civil conspiracy of defrauding consumer creditor and his wife by failing to follow their own internal underwriting procedures of verifying her employment with the City of Lowell and clear title for closing falsely by concealing material facts.

## C. Negligence
New Century Mortgage had a duty to exercise reasonable care in processing the alleged mortgage loan applications submitted by the Mortgage Broker that acted as a finder and in approving the alleged

mortgage loan. This duty to exercise reasonable care included providing correct information to the underwriting department about the alleged borrowers financial condition, providing accurate information about the alleged loan alleged borrowers qualified for.

The Mortgage Broker that acted as a finder for New Century Mortgage breached this duty by committing the following conduct;
– Submitting a loan application to the underwriting department with false information such as monthly income and job title.
– Stating to alleged borrowers that they were approved for a mortgage that New Century Mortgage knew that they did not qualify for.

Alleged Borrowers (Pierre Richard Augustin and Briget Ngampa) have suffered damages:
– wrongful foreclosure action.
– denial of credit due to the damage done to credit score.
– emotional and mental stress, humiliation

## D. FRAUD
New Century Mortgage knew the statements provided by the mortgage broker that acted as a finder were false since the loan was denied 3 times before it was finally approved mysteriously. New Century Mortgage knew that alleged borrowers did not qualify for the alleged mortgage refinance. The Mortgage Broker that acted as a finder for New Century Mortgage made false statements of fact with the intent to deceive alleged borrowers into accepting the alleged mortgage loan falsely believing that they had qualified for.

## E. FRAUD IN THE INDUCEMENT
Consumer Creditor and his wife were induced to accept the alleged mortgage loan from New Century Mortgage due to the deceit and fraud when it represented to them that they qualified for the loan despite knowing that they did not qualify for the alleged mortgage. This deceit and fraud are also evidenced by the falsified application.

Alleged Borrowers have suffered damages as a result of New Century's fraud including;
– cost of transfer taxes, title insurance, underwriting and processing fees, and discount fees.
– denial of credit due to the damage done to her credit score as a result of wrongful forclosure.
– emotional and mental stress, humiliation

## F. CONSTRUCTIVE FRAUD
New Century Mortgage owed alleged borrowers a legal and equitable duty of trust and confidence due to the [misled] relationship of lender and borrower, in which alleged borrowers provided personal and financial information to New Century Mortgage with the expectation that it would be used only for the purpose intended, that is to properly approve or deny alleged borrowers for a mortgage loan.

Defendant breached this duty by committing the following conduct;
– Submitting a loan application to the underwriting department with false information such as monthly income and job title.
– Stating to alleged borrowers that they were approved for an alleged mortgage that New Century Mortgage knew they did not qualify for. This conduct by New Century Mortgage violated the confidence and trust alleged borrowers placed with it and caused alleged borrowers to suffer damages.

Alleged Borrowers have suffered damages as a result of New Century's fraud including;
– cost of transfer taxes, title insurance, underwriting and processing fees, and discount fees.
– denial of credit due to the damage done to her credit score as a result of wrongful foreclosure.
– emotional and mental stress, humiliation

## G. Constructive and Inducement Fraud

1. Altering a signed instrument, after the fact with the intention of changing the document's value, constitutes fraud.

2. Forgery is the process of making or adapting objects or documents with the intent to deceive.

3. Fraud is any crime or civil wrong perpetuated for personal gain that utilized the practice of deception as its principal method.

4. Promissory note was not endorsed to the assignee.

5. Promissory notes by the banks and financial institutions regarding "alleged loans"does not contain the required endorsement.

6. The promissory note was not attached to an assignment, and the "assignment" is not effective since it must be recorded.

7. "Consumer Creditor and his wife's" promissory note was not properly assigned and recorded.

8. Since promissory note was not properly recorded and the promissory note is not endorsed, then the money that New Century Mortgage has received for the note is payment in full by a third party.

## H. NEGLIGENT MISREPRESENTATION

Despite New Century Mortgage duty to correctly and properly processed alleged borrowers' mortgage loan application, it processed an alleged loan application with incorrect information that alleged borrowers qualified for, while they did not in fact qualify for. New Century Mortgage knew that alleged borrowers would suffer damages when they relied upon their statements, because it knew alleged borrowers could not afford the mortgage.

Alleged borrowers were justified in their reliance on New Century's statements that they could afford the mortgage during the application process and belief that New Century would properly and correctly process their application.

Alleged borrowers have suffered damages as a result of New Century Mortgage's misrepresentations including;
– cost of transfer taxes, title insurance, underwriting and processing fees, and discount fees.
– denial of credit due to the damage done to her credit score as a result of wrongful foreclosure.
– emotional and mental stress, humiliation

## I. CONCEALMENT

New Century Mortgage a duty to disclose material facts relating to alleged loan application.

The alleged loan application had been submitted with false information, and that the product feature sheet had been completed without their approval and contrary to their intentions. New Century Mortgage intended to deceive alleged borrower by failing to disclose the facts and concealment listed below.

## J. Failure to Disclose Material Facts

1. New Century Mortgage, as a lender, failed to disclose, in writing, the material fact that it did not actually lend money or any substance to the "Consumer Creditor and his wife".

2. New Century Mortgage, as a lender, failed to disclose, in writing, the material fact to the "Consumer Creditor and his wife" that it was actually in the business of lending and trafficking "IOUs" and not money.

3. New Century Mortgage, as a lender, failed to disclose the material fact to the "Consumer Creditor and his wife" the required notice that it would be charging interest (usury) based on nothing.

4. New Century Mortgage, as a lender failed to disclose, in writing, the material fact to the "Consumer Creditor and his wife" that it was going to "monetize" the "Consumer Creditor and his wife's" promissory note and pay itself with the fractionalized value of the promissory note by either depositing said note or negotiating the note and use the proceeds to finance the alleged loan.

5. New Century Mortgage, as a lender, failed to disclose, in writing, the material fact that it was the "Consumer Creditor and his wife's" signature that validated the alleged loan transaction that caused the "Consumer Creditor and his wife's own credit to be transformed into "credit money" in the form of electronic, digital, or checkbook money that was then fraudulently misrepresented as money loaned to the "Consumer Creditor and his wife".

6. Under title 12 USC 1813(L)(1), when a deposit of promissory note is made, it is classified as a cash item.

7. New Century Mortgage, as a lender, failed to disclose, in writing, the material fact to "Consumer Creditor and his wife's" that it never "advanced any credit" to the "Consumer Creditor and his wife", and that there is no such thing as "advancing credit" because credit cannot be loaned nor borrowed and therefore any credit that was or may have been used belonged to "Consumer Creditor and his wife" based on and derived from the "Consumer Creditor and his wife's" labor and ability to pay.

## K. GROSS NEGLIGENCE

New Century Mortgage had a duty to exercise reasonable care in processing the alleged mortgage loan applications submitted by alleged borrowers and in approving the alleged mortgage loan. This duty to exercise reasonable care included providing correct information to the underwriting department about alleged borrowers financial condition, providing accurate information to alleged borrowers about the alleged loan they qualified for, providing accurate documentation to them at closing. New Century Mortgage had a duty to adhere to its own lending guidelines, policies and requirements while processing and approving the alleged mortgage loan application. New Century Mortgage also had a duty to adhere to all banking and lending regulations, requirements, disclosures and standard lending practices applicable to mortgage lending. New Century Mortgage breached this duty by committing the following conduct, including but not limited to;

– Submitting a loan application to the underwriting department with false information such monthly income and job title.

– Stating to alleged borrowers that they were approved for an alleged mortgage that New Century Mortgage knew that should have been denied and not qualify for and could not afford.

– Failing to adhere to its own lending guidelines and policies as well as standard banking and lending policies and procedures.

New Century Mortgage's breach of these duties was willful and/or reckless and in complete disregard for the rights of alleged borrowers. Because of New Century Mortgage's gross negligence in approving alleged borrower for the alleged mortgage, which they in fact did not qualify for in order to refinance the property. Alleged borrowers have suffered damages as a result of New Century Mortgage's breach including;

– cost of transfer taxes, title insurance, underwriting and processing fees, and discount fees.

– denial of credit due to the damage done to her credit score as a result of wrongful foreclosure.

– emotional and mental stress, humiliation

## L. THE FACTORS

These factors include: duration of the conduct, degree of defendant's awareness its conduct has caused or is likely to cause any hazard, concealment of the hazard, existence and frequency of similar past conduct, whether defendant was guilty of same or similar acts in the past and any efforts to remedy the wrong committed. *Gore,* at *5. To these, the court added the following two factors provided by the United States Supreme Court in its opinion: (1) "the defendant's awareness of his actions or omissions causing harm; and (2) the quality and quantity of rights of others that were disregarded by the defendant." *Id.*

## M. Facts that Support Punitive Damages:

The record in this case discloses deliberate false statements, bad faith, unlawful, fraudulent business practices unlawful, fraudulent business practices acts of affirmative misconduct, or concealment of evidence of improper motive, mortgage fraud, civil conspiracy and the harm to consumer creditor was the result of intentional malice, trickery, and deceit, . . . . as follows:

To understand what occurred between Debtor & New Century Mortgage (NCM) and Consumer Creditor (and his wife) concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. *See,* David H. Friedman, MONEY AND BANKING (4 ed. 1984):

> "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. . . . When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan"

(Consumer loans are funded similarly.) Banks are required to adhere to Generally Accepted Accounting Principles (GAAP). GAAP follows an accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principle. This principle works as follows:

When a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar

instruments (hereinafter "instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. The liabilities represent the amounts that the bank owes the customers, funds accepted from customers.

Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. This would show that the bank received the customer's signed promise to repay as an *asset*, thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.

The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created* funds for the customer's transaction account **without the customer's permission, authorization, or knowledge and delivered the** *credit* **on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer** *money*. If Debtor (NCM)'s response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S BUSINESS GUIDE DICTIONARY OF BANKING TERMS, "Credit banking," 3. "Bookkeeping entry representing a deposit of funds into an account."

But Debtor (NCM)s loan agreement apparently avoids claiming that the bank actually lent the Consumer Creditor (and his wife) *money*. They apparently state in the agreement that the Consumer Creditor (and his wife) are obligated to repay Debtor (NCM) principal and interest for the "Valuable consideration (money) the bank gave the customer (borrower)." The loan agreement and Note apparently still delete any reference to the bank's receipt of actual cash value from the Consumer Creditor (and his wife) and exchange of that receipt for actual cash value that the Debtor (NCM) banker returned.

According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government. For example, David H. Friedman, I BET YOU THOUGHT. . . . 9, Federal Reserve Bank of New York (4 ed. 1984), explains that banks create new money by depositing IOUs, promissory notes, offset by bank liabilities called checking account balances. Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form. . . ."

The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992), contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities,* which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money* . Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash. *See,* 12 U.S.C. Section 1813 *(l)* (1) (definition of "deposit" under Federal Deposit Insurance Act). The Debtor (NCM) acts in the capacity of a lending or banking institution, and the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money when received by the lending bank.. Federal Reserve Bank of Dallas publication MONEY AND BANKING,

page 11, explains that when banks grant loans, they create new money.

The new money is created because a new "loan becomes a deposit, just like a paycheck does." MODERN MONEY MECHANICS, page 6, says, "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans. Debtor (NCM) apparently accepted the Consumer Creditor (and his wife)' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Consumer Creditor (and his wife)' names on the account, as well as apparently issuing its own credit for the account of the Consumer Creditor (and his wife). One reasonably might argue that the Debtor (NCM) recorded the Note or credit application as a loan (money of account) from the Consumer Creditor (and his wife) to the Debtor (NCM) and that the Debtor (NCM) then became the borrower of an equivalent amount of money of account from the Consumer Creditor (and his wife).

The Debtor (NCM) in fact never lent any of its own pre-existing money, credit, or assets as consideration to purchase the Note or credit agreement from the Defendants. When the Debtor (NCM) deposited the Consumer Creditor (and his wife)' (x $ amount) of newly issued credit into an account, the Debtor (NCM) created (x $ amount) of new money (the nominal principal amount less up to ten percent or $40,000 of reserves that the Federal Reserve would require against a demand deposit of this size). The Debtor (NCM) received (x $ amount) of credit or money of account from the Consumer Creditor (and his wife) as an asset. GAAP ordinarily would require that the Debtor (NCM) record a liability account, crediting the Consumer Creditor (and his wife)' deposit account, showing that the Debtor (NCM) owes (x $ amount) of money to the Consumer Creditor (and his wife), just as if the Consumer Creditor (and his wife) were to deposit cash or a payroll check into their account.

Consumer Creditor (and his wife) are the true lenders and the Debtor (NCM) is the true borrower. The Debtor (NCM) is trying to use the credit application form or the Note to persuade and deceive the Consumer Creditor (and his wife) into believing that the opposite occurred and that the Consumer Creditor (and his wife) were the borrower and not the lender. The following point is undisputed: The Consumer Creditor (and his wife)' loan of their credit to Debtor (NCM), when issued and paid from their deposit or credit account at Debtor (NCM), became money in the Federal Reserve System (subject to a reduction of up to ten percent for reserve requirements) as the newly issued credit was paid pursuant to written orders, including checks and wire transfers, to sellers of goods and services for the account of Consumer Creditor (and his wife). Therefore, Consumer Creditor (and his wife) object of being classified as "borrower".

## N. Contracts Related Matter
1. The alleged original contract was executed whereby alleged borrowers were not apprised that said alleged contract was a private credit instrument.

2. No agreement existed that gave New Century Mortgage the legal or lawful right to use "Consumer Creditor and his wife's" promissory note for its financial gain without compensating "Consumer Creditor and his wife".

3. New Century Mortgage obtained the "Consumer Creditor and his wife's" promissory note without consideration, thus, it had committed an act of "Constructive Fraud" by acts of concealment of material

facts.

4. New Century Mortgage never obtained permission from "Consumer Creditor and his wife" to "pool", "encumber", "pledge", "hypothecate", or "trade" "Consumer Creditor and his wife's" promissory on the secondary market without compensating the "Consumer Creditor and his wife", the maker of the note.

5. New Century Mortgage "secured" the purported loan by fraudulently registered liens against the "Consumer Creditor and his wife's" property notwithstanding the fact that no money or substance of any tangible value was loaned to the "Consumer Creditor and his wife".

6. New Century Mortgage and the interest charged by New Century Mortgage constituted usury and violated the Federal and State laws/statutes since said interest is based on nothing.

7. New Century Mortgage did not bring any equity (consideration) to the transaction entered into with "Consumer Creditor and his wife," and that all the equities were provided by the Consumer Creditor and his wife".

10. New Century Mortgage was unjustly enriched because it was already pre-paid when it "cashed" the "Consumer Creditor and his wife's" promissory note.

11. New Century Mortgage failed, neglected or refused to indemnify the "Consumer Creditor and his wife," in writing, for the promissory note it received and converted for its own use.

12. New Century Mortgage by virtue of the "Consumer Creditor and his wife" promissory note received, that it deposited and converted for its own enrichment, it was New Century Mortgage who owed the "Consumer Creditor and his wife" money, not the other way around.

**O. New Century Mortgage Never Risked or Lost Anything**
1. New Century Mortgage never risked anything, nor lost anything to warrant the criminal and or usurious interests it charged the Consumer Creditor and his wife.

2. New Century Mortgage in this matter never risked anything, nor lost anything to warrant the attachment of liens to Consumer Creditor's property.

3. New Century Mortgage in this matter never risked anything, nor lost anything to warrant the subsequent foreclosure action of Consumer Creditor's property.

4. New Century Mortgage never risked anything, nor lost anything in the alleged loan transaction and that the foreclosure carried out by Chase Home Finance and Deutsch Bank National Trust is an abuse of process, illegal and constituted conversion and unlawful seizure of property.

5. New Century Mortgage never risked anything, nor lost anything in the alleged loan transaction and was unjustly enriched as result of the foreclosure and subsequent sale of the "Consumer Creditor and his wife's" property.

6. The alleged loan transaction have resulted in constructive trusts that made the "Consumer Creditor

and his wife" a beneficiary of said trusts.

7. New Century Mortgage, as fiduciary, is guilty of breach of trust or breach of fiduciary duties for non-disclosure and conversion of the "Consumer Creditor and his wife's" equities for its own use.

### P. Intentional Malice, Trickery, Or Deceit
In State Farm Mutual Automobile Insurance Co. v. Campbell," the Supreme Court later observed:
We have instructed courts to determine the reprehensibility of a defendant by considering whether: the harm caused was physical as opposed to economic; ... and the harm was the result of intentional malice, trickery, or deceit, or mere accident.

## II. Facts that Support Punitive Damages:
### 1. Accounting Principles
1. Banks and lending institutions are required to adhere to the *Generally Accepted Accounting Principals also known as* GAAP.

2. GAAP follows the accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principals.

3. Under GAAP, when a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar instructions from customers and deposits or records the instrument as assets, it must record offsetting liabilities that match the assets that it accepted from customers.

4. In a fractional reserve banking system like the United States banking system, most of the funds advanced to Consumer Creditor and his wife are created by the banks themselves and are not merely transferred from one set of depositors to another set.

5. Under GAAP, the liabilities represent the amounts that the bank owes the customers, i.e., funds accepted from customers.

6. When a bank or financial institution made the alleged loan, it accepts as an asset the Consumer Creditor and his wife's debt obligation (the promise to pay repay, i.e., the promissory note) and creates a liability on its books in the form of a demand deposit in the amount of the alleged loan.

7. In regards to consumer loans, the bank's original bookkeeping entry of the promissory note should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books.

8. In regards to consumer loans, the bank or financial institution would hold the demand deposit in a transaction account on behalf of the "Consumer Creditor and his wife".

9. Instead of the bank lending its money or other assets to the customer, as the Consumer Creditor and his wife reasonable might believe from the fact of the promissory note, that the bank created funds for the customer's transaction account without the customer's permission, authorization, or knowledge and delivered the credit on its own books representing those funds to the customer, meanwhile alleging that the bank lent the Consumer Creditor and his wife money.

10. Banks create new money by depositing IOU's, promissory notes, offset by bank liabilities called checking account balances.

11. Standard bookkeeping entries under GAAP prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as money deposited to create credit or checkbook money that are bank liabilities, which shows that, absent any right of setoff, banks owe money to persons who deposit money.

12. Cash (money of exchange) is money, and credit or promissory notes (money on account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.

13. Banks and financial institutions, when they make loans, accept promissory notes in exchange for credits to the Consumer Creditor and his wife' transaction accounts.

14. Under this banking scheme for consumer loans, the bank in fact never lends any of its own pre-existing money, credit, or assets as consideration to purchase the promissory note or credit agreement from the Consumer Creditor and his wife.

15. New Century Mortgage deposited the "Consumer Creditor and his wife's" promissory note as newly issued credit into an account, created new money and received the face value of the promissory note of credit or money of account from the Consumer Creditor and his wife" as an asset.

16. New Century Mortgage did not lend the "Consumer Creditor and his wife" its own money or assets and recorded a loan for the face value of the "Consumer Creditor and his wife's" promissory note, which was a deposit of money of account by the "Consumer Creditor and his wife", and repaid "Consumer Creditor and his wife" by paying its own credit (money of account) in the amount of the face value of the promissory note to third-party seller of the subject property for the account of "Consumer Creditor and his wife", thus, the "Consumer Creditor and his wife" had repaid their loan to New Century Mortgage, and the transaction was complete.

17. GAAP requires that New Century Mortgage record a liability account, crediting the "Consumer Creditor and his wife's" deposit account, showing that "Consumer Creditor and his wife's" do not owed the face value of the promissory note, just as if the "Consumer Creditor and his wife" were to deposit cash or a payroll check into the account.

18. "Money of exchange" and "money on account" is not equal in value.

19. New Century Mortgage and the "Consumer Creditor and his wife" exchanged reciprocal credits involving money of account and not money of exchange.

20. New Century Mortgage and the "Consumer Creditor and his wife" exchanged reciprocal credits.

21. Under the banking scheme for consumer loans, none of the foregoing material facts are disclosed in the loan application, the promissory note or any other required disclosing document by New Century Mortgage to establish or prove that "Consumer Creditor and his wife" was actually the true lender and New Century Mortgage is the true Borrower.

22. Investigate whether it is true that under the banking scheme for consumer loans, that New Century Mortgage is trying to use the loan application form or the promissory note to persuade and deceive the "Consumer Creditor and his wife" into believing that the opposite of the fact of the preceding two paragraphs has occurred and that the "Consumer Creditor and his wife" was not the lender?

23. "Consumer Creditor and his wife's" loan of its credit to New Century Mortgage, when issued and paid from its deposit or credit account, became money in the Federal Reserve System (subject to a reduction of up to ten percent for reserve requirements) as the newly issued credit was paid pursuant to written, orders, including checks and wire transfers, to sellers of goods and services for the account of the "Consumer Creditor and his wife".

24. New Century Mortgage or subsequent financial institutions is using/has used the "Consumer Creditor and his wife's" promissory note for its own purposes, and that New Century Mortgage or any subsequent financial institution has incurred no loss or incurred any actual damages if the "Consumer Creditor and his wife" does not repay the alleged loan that the "Consumer Creditor and his wife" generated because it has already been paid.

## 2. Money On Account
1. New Century Mortgage altered the original promissory note, without alleged borrowers' knowledge, it is deposited at a Federal Reserve Bank as new money, and that this new money represents a three to ten percent fraction of what the commercial bank may now create and do with as they please.

2. In a fractional reserve banking system like the United States banking system, with this scheme the bank or financial institution is taking Consumer Creditor and his wife's asset, depositing it, multiplying it for an immediate profit and exchanging it for an alleged loan back to Consumer Creditor and his wife without Consumer Creditor and his wife's knowledge or consent and is considered theft by deception.

3. A person, pursuant to 18 UCS § 472, can be fined and imprisoned up to fifteen years for uttering counterfeit obligations or securities.

4. A person, pursuant to 18 USC § 473, can be fined and imprisoned up to fifteen years for dealing in counterfeit obligations or securities.

5. Standard bookkeeping entries under GAAP demonstrate that money ordinarily is recorded as a bank asset, while a bank liability is evidence of money that a bank owes.

6. Cash (money of exchange) is money, and credit or promissory notes (money on account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.

7. Banks and financial institutions, when they make loans, accept promissory notes in exchange for credits to the Consumer Creditor and his wifes' transaction accounts.

## III. CONCLUSION
A higher ratio of punitive damages to actual or potential harm is permitted under certain "narrow circumstances," such as "(1) when a particularly egregious act causes only a small amount of economic injury; (2) when the injury is hard to detect; (3) when it is difficult to place a monetary value on noneconomic harms; and (4) when 'extraordinarily reprehensible' conduct * is involved." General

deterrence is designed to prevent parties other than New Century Mortgage from pursuing similar acts.

**REQUESTED RELIEF**

WHEREFORE, Consumer Creditor prays this Court for the following relief:

1. An award to Consumer Creditor of compensatory <u>damages</u> in an amount to be proven at <u>trial</u>, but in any event not less than $1,000,000 or $2,180,209.23;

2. All other relief the court deems just.

Wherefore, Consumer Creditor respectfully request that this court issued a punitive damage of $21,802,092.26 U.S.

Respectfully submitted,

*Pierre R. Augustin*

**Pierre R. Augustin, MPA, MBA, Private Attorney General, Ex Rel**
Plaintiff, 3941 Persimmon Drive, #102
Fairfax, VA 22031 | 617.202.8069

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this Motion was served via email and mailed to the court.

*Pierre R. Augustin*

Pierre R. Augustin, Private Attorney General, Ex Rel, 3941 Persimmon Drive, #102
Fairfax, VA 22031, Tel: 617-202-8069

**VERIFICATION**

I, Pierre R. Augustin, hereby depose and state as follows:

1. I am Pierre R. Augustin, represented by self.

2. I have read the foregoing responses filed herein and knowing the contents thereof have found that the allegations of fact set forth therein are true of my own personal knowledge, except as to those allegations based on information and belief which I believe to be true.

Signed under the penalties of perjury this __*21*__ day of __*September*__ 2009.

X _*Pierre A. Augustin*_

STATE OF _*VIRGINIA*_ _____ COUNTY OF __*FAIRFAX*__

On this _*21ST*_ day of _*September*_, 2009, before me, the undersigned notary public, personally

appeared _*Pierre R. Augustin*_, proved to me through satisfactory evidence of

identification, which was ___*DRIVER'S LICENSE - VIRGINIA*___, to be

the person whose name is signed on the preceding or attached document, and acknowledged to

me that s/he signed it voluntarily for its stated purpose.

_*Lucy Tomaselli*_

Notary Public
My Commission Expires: _*APRIL 30, 2010*_
(SEAL)

LUCY TOMASELLI
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #319021
My Commission Expires / 30, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Pierre Richard Augustin, Private Attorney General, Ex Rel Consumer Creditor | ) ) ) ) |
| V. | ) ) |
| IN RE NEW CENTURY TRS HOLDING<br>IN RE NEW CENTURY LIQUIDATING TRUSTEE<br>Debtor | ) No. 07-10416 ) ) ) ) |

## AFFIDAVIT / AFFIRMATION

I, Pierre-Richard Augustin, affirm the following under penalty of perjury, being duly sworn, deposes and says:

1) I am the Consumer Creditor in this action, and I respectfully submit this affidavit/affirmation.

2) I have personal knowledge of facts which bear on this Motion.

I declare under penalty of perjury that the foregoing is true and correct, except as to those allegations based on information and belief which I believe to be true.

Dated: _9-21-09_  _Pierre R. Augustin_

Pierre-Richard Augustin, Private Attorney General, Ex Rel
3941 Persimmon Drive, #102, Fairfax, VA 22031 (617) 202-8069

STATE OF _VIRGINIA_ COUNTY OF _FAIRFAX_

On this _21ST_ day of _SEPTEMBER_ 2009, before me, the undersigned notary public, personally

appeared _PIERRE R AUGUSTIN_, proved to me through satisfactory evidence of

identification, which was _VIRGINIA DRIVER'S LICENSE_, to be

the person whose name is signed on the preceding or attached document, and acknowledged to me that

s/he signed it voluntarily for its stated purpose.

_Lucy Tomaselli_

Notary Public
My Commission Expires: _April 30, 2010_
(SEAL)

LUCY TOMASELLI
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #319021
My Commission Expires April 30, 2010

26
16

# CONGRESS DECLARES THE BIBLE
# "THE WORD OF GOD"

## 97th Congress Joint Resolution

### [S.J.Res. 165] 96 Stat. 1211
### Public Law 97-280 - October 4, 1982

Joint Resolution authorizing and requesting the President to proclaim 1983 as the "Year of the Bible."

**Whereas** the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

**Whereas** deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

**Whereas** Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the constitution of the United States;

**Whereas** many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as the words of President Jackson that the Bible is "the rock on which our Republic rests";

**Whereas** the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

**Whereas** this Nation now faces great challenges that will test this Nation as it has never been tested before; and

**Whereas** that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

**Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,** That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

Approved October 4, 1982.

1 U.S. Cong. & Adm. News '82-29 96 Stat. 1211

Legislative History - S.J. Res. 165:
Congressional Record. Vol 128 (1982)
Mar. 31 considered and passed Senate.
Sept. 21 Considered and passed House.

# The Law of Moses and Modern Tort Law

## by Edward Fudge, M.A., J.D.

Copyright 2006 by Edward Fudge
All Rights Reserved

---

## *INTRODUCTION*

As ancient Israel prepared to enter its Promised Land, the aged Moses addressed the people in what would prove to be his farewell speech. He rehearsed their rescue from Egyptian slavery, their wondrous passing through the Sea to safety and their marvelous provision during 40 years of wandering in the wilderness. Most of all, he urged them to remember and to observe God's laws once they had settled in the new land (Deut. 1-33; especially chapters 1-5).

This law would provide a structure for their entire society, Moses told the Israelites. More than that, it would make Israel a showpiece to the nations, an exemplar of what society should be and what, under God's rule, it could be. This benevolent law given by a gracious God was intended transform a motley mass of lately-liberated slaves and more-recently nomads into a just community, a prototype of what later Hebrew prophets would envision as a universal utopia in an Age to Come. Precisely because this society consisted of the most unlikely constituents, its formation and ongoing existence would bear explicit testimony to the wisdom of the God who had "created" this People and set them in the center of the nations.

### *Israel's jurisprudential challenge*

Moses therefore challenged the people to fulfill their exalted destiny as recipients of God's law:

Behold, I have taught you statutes and ordinances, as the LORD my God commanded me, that you should do them in the land which you are entering to take possession of it.

Keep them and do them; for that will be your wisdom and your understanding in the sight of the peoples, who, when they hear all these statutes, will slay, "Surely this great nation is a wise and understanding people."

For what great nation is there that has a god so near to it as the LORD our God is to us, whenever we call upon him? And what great nation is there, that has statutes and ordinances so righteous as all this law which I set before you this day? (Deut. 4:5-8.)



This passage has fascinated me for many years with its claim that Israel's laws surpassed other contemporary laws for sheer wisdom and justice. After I began law school in January 1985, the ancient text repeatedly came to mind as modern notions of justice and equity stirred memories of specific commands scattered through the books of Exodus, Leviticus, Numbers and Deuteronomy.

Could it be that the Law of Moses, given more than 3,200 years ago,[1] actually incorporated those principles of duty and culpability, due process and damages, which today are commonly accepted as representing the insights of enlightened American jurisprudence? What would we find if we investigated this ancient law in light of modern tort law?

### *The realm of Torts*

It has been said broadly that the law of Torts embraces "all breaches of duty and obligation other than contractual . . . ."[2] However, while it is true that during the medieval period, public and private law "were, in truth, but imperfectly distinguished," today it is settled that a tort is not, per se, a criminal offence.[3] Nor is a tort, per se, a breach of contract. We may safely think of a tort as "an act or omission giving rise, in virtue of the common law jurisdiction of the Court, to a civil remedy which is not an action of contract."[4]

While our common law has distinguished between *torts* (injuries of omission or commission done to individuals), *contracts* (agreements, express or implied) and *crimes* (injuries done to the public or to the state), it is theoretically conceivable that the same offense might be viewed under one, two or even all three of these categories. When we come to the Law of Moses, these neat distinctions indeed do merge into an overlapping multi-category. By its origin, nature and purpose, the Law of Moses is the formal structure of an *agreement* between God and Israel. Its violation therefore constitutes a breach of divine *contract*. It is also the Word from on high in a society where God is king. Its violation is thus also a *crime*. And it is the legal structure for a society of *individuals* whose relationships are defined by their membership within the congregation. In this framework, the violation of certain laws also constitutes a *tort*.

### *THE BASES OF THE MOSAIC LAW*

Before attempting to analyze duties, breaches or penalties under the Mosaic Law, we note three primary bases on which those duties rested. Those were:

(a)    The character and mighty deeds of God;

(b)    Israel's history and experiences in Egypt; and

---

1    I am aware of the theories of biblical criticism and I understand that the questions of the origin and development of these biblical books are still hotly debated. However, Jews and Christians alike are "people of the Book," and I have chosen to treat the biblical material as it stands in its accepted canonical form.

2    Edgar B. Kinkead, *Commentaries on the Law of Torts,* Vol. I, page 4. San Francisco: Bancroft-Whitney Company, 1903.

3    Frederick Pollock, *The Law of Torts,* page 2. New York and Albany: Banks & Brothers, 1892.

4    *Id.,* page 3.

(c)     Israel's covenant with God.

## *God's character and mighty deeds*

Moses repeatedly prefaced or concluded statements of laws with the expression, "I am JHWH." This covenant name of God -- the Tetragrammaton or "Sacred Four Letters" which none could pronounce with impunity, stands always for the majesty and character of the God who by that name made himself known to Israel. The Law of Moses reflected God's character. It was based in God's identity as the Holy One of Israel. This annotation appears especially frequently in Leviticus, which is the book of the cultus with its sacrificial system, in which God's holiness is a repeated theme (Lev. 19:18, 34; 23:22; 25:17).

God's mighty deeds of deliverance also undergirded the Law of Moses. God had rescued Israel from the "house of bondage." On that basis, he gave the Ten Commandments -- and on that basis he expected Israel to hear and to heed (Ex. 20:2). As Moses stated in the Deuteronomic charge:

> You shall remember that you were a servant in the land of Egypt, and the LORD your God brought you out thence with a mighty hand and an outstretched arm; *therefore* the LORD your God commanded you to keep [his laws]" (Deut. 5:15).

Moses also anticipated a future generation living in the Promised Land who would inquire about the significance of Israel's "testimonies," "statutes" and "ordinances." When that happened, the father was to tell his son the story of Israel's slavery and redemption, the saga of God's mighty works for his covenant people (Deut. 6:20-25).

## *Israel's own past experiences*

Israel's previous experience as exiles and slaves in Egypt was also a basis for certain humane elements of its law. We read, for example:

> When a stranger sojourns with you in your land, you shall not do him wrong. The stranger who sojourns with you shall be to you as the native among you, and you shall love him as yourself; *for you were strangers in the land of Egypt* (Lev. 19:33-34).
> You shall not pervert the justice due to the sojourner or to the fatherless, or take a widow's garment in pledge; but you shall *remember that you were a slave in Egypt* and the LORD your God redeemed you from there; *therefore* I command you to do this (Deut. 24:17-18; *cf.* Deut. 24:19-23; Ex. 22:21; 23:9).

## *Israel's covenant with God*

Israel's laws also rested on the foundation of a unique covenant, a divine-human encounter at Sinai in which God the deliverer identified himself to the people and announced that they were chosen, by him, for his own purpose. This solemn relationship was ratified by a ceremony that included writing

the laws in a book, the people orally affirming acceptance of the laws and the sprinkling of sacrificial blood (Ex. 24). Throughout Israel's future history, they were commanded to read the book of the Law aloud in public assembly every seven years to remind them of their covenant with God (Deut. 31:24-26).

This covenant involved stipulations, blessings and curses. The Law of Moses was more than an impersonal legal code. It was the visible symbol of a contractual relationship between Israel and God. To break this Law meant rejection of God who gave it -- God who had graciously rescued Israel from slavery and constituted them his own chosen People (Deut. 30:15-20).

## *THE FUNDAMENTAL DUTY: JUSTICE*

One legal commentator has suggested that "[a] system of laws promulgated by a lawgiver of sufficient wisdom and illimitable foresight would undoubtedly commence with a definition of rights, and thence proceed to prescribe duties, thence to prohibit wrongs, and finally to provide legal remedies."[5] One could argue that this description squarely fits the Law of Moses. It begins by telling the people who they are: God's chosen covenant People. They are therefore to behave in a certain way toward each other: with justice, mercy and love. Certain acts or omissions violate these standards and violators will be liable to certain penalties and punishments.

Interestingly, our own common law evolved in almost precisely the opposite order. At its roots in medieval England, the Anglo-Saxon common law was "formal" but "unmoral."[6] Even until the time of the Industrial Revolution, it could be accurately said that the law "regards the word and the act of the individual; it searches not his heart."[7]

The invention of industrial machinery gave rise to a quasi-moral concept of a standard of care in the notion of "negligence," which gradually became the basis for a separate cause of action.[8] Such a standard met the criteria of being "external and objective" rather than resting on individual judgment; it was the same for all persons; and it made "proper allowance for the risk apparent to the actor, for his capacity to meet it, and for the circumstances under which he must act."[9] In this way there evolved what one writer calls the "ethical standard of reasonable conduct."[10]

Perhaps it is not accidental that "reasonableness" determined the ethical at that time in history. This was, after all, "The Age of Reason." And so the "reasonable man of ordinary prudence" became the jurisprudential ideal, though he has always been "a fictitious person, who has never existed on land

---

5       Thomas Atkins Street, *The Foundations of Legal Liability,* Vol. III, page 3. Northport, N.Y.: Edard Thompson Company, 1906.

6       James Barr Ames, "Law and Morals," reprinted in *Selected Essays on the Law of Torts,* page 1. Cambridge, Mass.: Harvard Law Review Association, 1924. First published in *22 Harvard Law Review 97* (Dec. 1908).

7       *Id.*

8       William L. Prosser, *Handbook of the Law of Torts: Hornbook Series,* 4th edition, page 140. St. Paul, Minn.: West Publishing Company, 1971.

9       *Id.,* page 150.

10      Ames, *Op. cit.,* page 3.

or sea."[11] As a result, "this excellent but odious character stands like a monument in our Courts of Justice, vainly appealing to his fellow-citizens to order their lives after his own example."[12]

Today we think of the "reasonable, ordinary, prudent person." The ancient Israelite thought instead of the covenantally-faithful person, the "just" person, the one who did what was "right" -- and then tempered that with mercy in view of God's mercy and Israel's own past bitter experience. Moses thus charged the people:

> You shall not pervert justice; you shall not show partiality; and you shall not take a bribe. . . . Justice, and only justice, you shall follow, that you may live and inherit the land which the LORD your God gives you (Deut. 16:18-20; *cf.* Ex. 23:1-3, 6-8; Lev. 19:15; 25:17).

There is little reason to suppose that ancient Israel ever fully embodied the ideal but there can be no doubt of God's intention. Israel's commonwealth was to be a showcase for the nations, a reflection and incarnation of the wisdom and justice of God himself (Deut. 4:6-8).

## *NOTIONS AND DEGREES OF NEGLIGENCE*

The Law of Moses clearly distinguished between the intentional harm (which would be at once a *tort* against the individual injured, a *crime* against society and a *breach of contract* with God) and the injurious act done without intent to cause harm, which we would attribute to negligence.

### *Notions of negligence*

A clear example of this distinction is the provision for a network of urban sanctuaries scattered throughout the land for the protection of one who killed another person without malice or intent. When the inadvertent manslayer reached one of these "cities of refuge," he or she was legally protected from retribution by the "avenger of blood" -- normally a relative of the slain individual. This arrangement is set out in Numbers 35 and Deuteronomy 19, both of which chapters draw a sharp line between culpability that accompanies intentional murder and the exculpatory defense of a wrongful death that results from unintentional negligence.

The Law of Moses anticipated particular negligent acts or omissions that resulted in civil liability. Four specified circumstances involved:

* Digging a pit but failing to cover it (Ex. 21:33-34);

* Allowing animals to trespass on to the property of another and do harm (Ex. 22:5);

* Kindling a fire but negligently allowing it to get out of control and harm a neighbor's property (Ex. 22:6); and

* Building a flat roof on which people foreseeably would spend time, but failing to construct protective parapets to prevent their falling off the sides (Deut. 22:8).

---

11    Prosser, *Op. cit.,* page 150.

12    *Id.*

## *Degrees of negligence*

The Law of Moses recognized degrees of negligence. An act that foreseeably might cause injury resulted in greater liability than a similar act where no injury was foreseeable. Likewise, one who had notice of a dangerous condition but made no attempt to correct it could be held liable for what we would call gross negligence. These distinctions are illustrated in laws pertaining to a goring ox, as stated in Exodus 21:28-32.

> When an ox gores a man or a woman to death, *the ox shall be stoned,* and its flesh shall not be eaten; but the *owner* of the ox shall *be clear.*

> But if the ox has been accustomed to gore *in the past,* and its owner has been *warned* but has not kept it in, and it kills a man or a woman, the *ox shall be stoned,* and its *owner* shall be *put to death.* If a ransom [money damages in lieu of execution] is laid on him, then he shall give for the redemption of his life whatever is laid upon him.

## *STRICT LIABILITY*

The Law of Moses also included the concept of strict liability. If a man borrowed a neighbor's chattel and it was hurt or destroyed while in the borrower's custody and control, the borrower was required to make full restitution (Ex. 22:14). Liability here does not either negligence or evil intent. Nor is this a matter of *res ipsa loquitur,* for even an intervening cause does not exculpate the person held strictly liable.

## *DAMAGES*

As in our legal system today, the person who caused harm, injury or death to the person or property of another, whether intentionally or negligently, faced a considerable range of possible damages under the Law of Moses. Damages could be both monetary and corporal, since wrongs among members of the covenant commonwealth were sometimes both tortious and criminal in essence.

## *Monetary damages*

Monetary damages under the Mosaic code were compensatory, punitive and sometimes both. Compensatory damages could include general damages (restitution) or special damages (medical expenses; lost wages). Punitive or exemplary damages ranged from a statutory 20% for most torts to 200-500% of the value lost in cases of conversion. Two causes of action provided for open-ended punitive damages, which were determined by the plaintiff's demand and the judgment of the court.

> *Compensatory (general damages).* General damages were most common and were usually measured on the basis of actual restitution of the chattel that had been lost or destroyed. (This rule did

not hold in the case of gross negligence. One who willfully ignored notice of a dangerous condition or intentionally disregarded an animal's prior violent behavior, through which ignorance or disregard harm resulted, was subject to much greater penalties than those stated here.)

He who kills a beast shall *make it good,* life for life (Lev. 24:18, 21).

When a man causes a field or vineyard to be grazed over, or lets his beast loose and it feeds in another man's field, he shall make *restitution* from the best in his own field and in his own vineyard (Ex. 22:5).

When fire breaks out and catches in thorns so that the stacked grain or the standing grain or the field is consumed, he that kindled the fire shall make *full restitution* (Ex. 22:6).

When a man leaves a pit open or when a man digs a pit and does not cover it, and an ox or an ass falls into it, the owner of the pit shall *make it good;* he shall give money to its owner, and the dead beast shall be his (Ex. 21:33-34).

Similarly, if a man's ox was known to hurt other animals and the man did not keep it confined, if the ox killed another person's beast the owner of the rogue animal was to pay "ox for ox," with ownership of the dead animal passing to the defendant (Ex. 21:36).

Restitution was also the rule of damages for goods lost during a bailment. If someone borrowed a neighbor's property and it was stolen while in his possession, the borrower was required to make restitution to the owner (Ex. 22:12). The same rule applied to goods damaged or lost while borrowed if the owner was not present when the loss occurred (Ex. 22:14). However, if a loss occurred while the owner was present, as when someone was hired to work and he brought his own animal or equipment for the job, the one hiring him was not liable for the loss (Ex. 22:15). An independent contractor assumed a delegable duty of ordinary care, along with any liability in event of its breach.

*Compensatory (special damages).* If two men fought physically and one man injured the other, the injured man had a civil cause of action even though the one who caused the injury was not criminally liable. In such a case, the defendant was to pay the injured man's medical expenses until he recovered fully. He also was to reimburse the plaintiff for all his lost wages. This is how the Law of Moses put it:

When men quarrel and one strikes the other with a stone or with his fist and the man does not die but keeps his bed, then if the man rises again and walks abroad with his staff, he that struck him shall be clear; only he shall pay for the loss of his time, and shall have him thoroughly healed (Ex. 21:18-19).

*Punitive damages (standard 20%).* We have previously seen that the Law of Moses sometimes blended our categories of tort, crime and breach of contract. In cases involving injury to person or property, the general rule of damages for situations not otherwise covered seems to have been restitution of actual value plus punitive damages of 20%. If the plaintiff had no relative to collect the judgment, the award went to the priest instead. The Book of Numbers gives the details:

When a man or woman commits any of the *sins* [criminal offense against God] that men

commit by *breaking faith* [breach of contract] with the LORD, and that person is guilty, he shall confess his sin which he has committed; and he shall make full *restitution* [tort damages] or his wrong, *adding a fifth* [punitive damages] to it, and giving it to him to whom he did the wrong.

But if the man has no kinsman to whom restitution may be made for the wrong, the restitution for wrong shall go to the LORD for the priest, in addition to the ram of atonement with which atonement is made for him (Num. 5:5-8).

*Punitive damages (statutory prescriptions).* The Law of Moses also prescribed statutory punitive damages for actions arising out of intentional conversion of chattels [equivalent // criminal theft]. In the case of animals, damages varied with the type of chattel lost.

If a man steals an ox or a sheep, and kills it or sells it, he shall pay *five oxen* for an ox, and *four sheep* for a sheep. He shall make *restitution* . . . . If the stolen beast is found alive in his possession, whether it is an ox or an ass or a sheep, he shall pay *double* (Ex. 22:1-4).

If a thief stole property from someone's dwelling, the civil penalty was restitution of the stolen item's value, *doubled* (Ex. 22:7). Breaches of trust not otherwise covered carried a statutory penalty of twice the actual restitution, "whether it is for ox, for ass, for sheep, for clothing, or for any kind of lost thing" (Ex. 22:9).

Statutory punitive damages also applied when a man defamed his new bride's virginity, for which the defendant was required to pay 100 shekels of silver to the girl's *father.* The same judgment also called for a criminal penalty (a public whipping) as well as the equitable remedy of specific performance -- the defendant was required to remain married to the defamed woman for the rest of his life (Deut. 22:12-19). In this situation, the Law of Moses provided a range of remedies even broader than our own courts "at law and in equity!"

*Punitive damages (open-ended).* At least two circumstances allowed for open-ended damages with no statutory ceiling. The first was an action for wrongful death involving gross negligence. The second was personal injury to a pregnant woman that resulted in a miscarriage.

In the case of wrongful death resulting from gross negligence, the Law of Moses provided for open-ended punitive damages as an alternative to capital punishment. If a man allowed an animal to roam loose which he knew to be dangerous and the animal killed a person, the beast was to be destroyed and its owner executed (Ex. 21:29). Capital punishment could be avoided, however -- and surely it actually was, most of the time -- if the defendant paid monetary damages to the survivor(s) in an appropriate sum. The determination of appropriateness depended on the demand of the plaintiff and the finding of the court: "If a ransom [for his life, in the form of punitive damages] is laid on him," the Law said, "then he shall give for the redemption of his life whatever is laid on him" (Ex. 21:30).

This particular statute provided a wrongful death cause of action for a parent who lost a child or a master who lost a slave (in which case the penalty was reduced to 30 shekels of silver) as well as for the survivor of a free adult (Ex. 21:31-32).

The other case of open-ended punitive damages involved the situation in which two men fought physically and somehow injured a pregnant woman so that she suffered a miscarriage. This gave rise to

a cause of action in favor of the woman's husband. The person who caused the death of the fetus was to be "fined according as the woman's husband shall lay upon him; and he shall pay as the judges determine" (Ex. 21:22).

### *CONCLUSION*

More than 3,200 year ago a people came into being whom we know as Hebrews or Israelites, under the most unlikely of circumstances. Within a single generation this people moved from slavery to desert nomads to settled agrarians and merchant-tradesmen within an ordered society.

Their ancient Law contained many elements comparable to today's best insights of equity and justice, including most major concepts that define our modern law of Torts. Little wonder that Moses could exclaim, as he reminded the Israelites to observe God's laws, "What great nation is there, that has statutes and ordinances so righteous as all this law which I set before you this day?" (Deut. 4:5-8.)