UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: _____  ○ BK    ○ AP

   If AP, related BK Case Number: _____

Title of Order Appealed:

_____

      Docket Number: _____        Date Entered: _____

Item Transmitted:    ○ Notice of Appeal              ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal     ○ Cross Appeal
                   Docket Number: _____        Date Filed: _____

\*Appellant/Cross Appellant:                    \*Appellee/Cross Appellee

_____        _____

Counsel for Appellant:                          Counsel for Appellee:

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?    ○ Yes    ○ No

IFP Motion Filed by Appellant?    ○ Yes    ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes    ○ No
   If so, has District Court assigned a Civil Action Number?    ○ Yes   ○ No    Civil Action # _____

Additional  Notes:

_____

_____        By: _____
Date                                               Deputy Clerk

_____

                                         FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06