# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>(Jointly Administered)<br><br>Re: Docket No. 9907 |

## ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO APPROVAL OF MODIFIED DISCLOSURE STATEMENT AND MOTION OF THE TRUSTEE FOR AN ORDER (I) ESTABLISHING PROCEDURES FOR LIMITED SOLICITATION AND THE TABULATION OF VOTES TO ACCEPT OR REJECT THE MODIFIED PLAN; (II) APPROVING PROPOSED DISCLOSURE STATEMENT FOR MODIFICATIONS TO THE PLAN; (III) SCHEDULING A HEARING ON CONFIRMATION OF THE MODIFIED PLAN AND APPROVING RELATED NOTICE PROCEDURES; AND (IV) CONFIRMING THE MODIFIED PLAN

Upon the motion (the "Motion to Shorten") of The New Century Liquidating Trust (the "Liquidating Trust") and Reorganized Access Lending (together with the Liquidating Trust, the "Trust") seeking an order to shorten notice of the hearing on, and deadline to respond to the Modified Disclosure Statement and the *Motion Of The Trustee For An Order (I) Establishing Procedures For Limited Solicitation And The Tabulation Of Votes To Accept Or Reject The Modified Plan; (II) Approving Proposed Disclosure Statement For Modifications To The Plan; (III) Scheduling A Hearing On Confirmation Of The Modified Plan And Approving Related Notice Procedures; And (IV) Confirming The Modified Plan* (the "Motion to Establish Solicitation Procedures")[1]; and the Court having determined that the relief requested in the Motion to Shorten is appropriate; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion to Establish Solicitation Procedures.

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted.

2. A hearing to consider approval of the Modified Disclosure Statement and the Motion to Establish Solicitation Procedures will go forward on October 14, 2009 at 10:00 a.m. (EST).

3. Any objections to the Modified Disclosure Statement or the Motion to Establish Solicitation Procedures shall be filed on or before October 12, 2009 at 4:00 p.m. (EST).

Dated: October 1, 2009

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge