# EXHIBIT A

Status of Proofs of Claim for Debtors' Fourth Omnibus Objection (Non-Substantive) to Certain (A) Amended Claims, (B) No Supporting Documentation Claims, (C) Duplicate Claims and (D) Late-Filed Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3444 | Residential Mortgage Solution LLC | The Debtors received an informal response. The parties have reached an agreement in principle and intend to document such settlement before the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Eighth Omnibus Objection (Substantive) to Certain Books and Records Claims

| Claim Number | Claimant | Status |
|---|---|---|
| 3234 | Blanco CAD | The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3342 | Lamar CAD | The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 265 | New York State Department of Taxation and Finance | Response filed 1/18/08; D.I. 4529. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3312 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 719 | Pennsylvania Department of Revenue | Response filed 1/10/08; D.I. 4362. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3370 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3369 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the |

|  |  | omnibus hearing scheduled for November 24, 2009. |
|---|---|---|
| 3367 | RI Division of Taxation | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Thirteenth Omnibus Objection (Substantive) to Certain Multiple-Debtor Duplicate Claims

| Duplicate and/or Amended Claim Number" | Remaining Claim Number | Claimant | Status |
|---|---|---|---|
| 2081 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2119 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2116 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2120 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be |

|  |  |  |  | determined. |
|---|---|---|---|---|
| 2113 | 2117 |  | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2080 | 2117 |  | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 3687 | 2117 |  | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2084 | 2117 |  | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2083 | 2117 |  | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, |

| | | | |
|---|---|---|---|
| | | | the hearing on this claim is continued to a date to be determined. |
| 2269 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2114 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2325 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2126 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |

| 2115 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 2270 | 2117 | The Travelers Company and Its Affiliates | The parties have reached a partial resolution.  To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |

Status of Proofs of Claim for Debtors' Fourteenth Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
| --- | --- | --- |
| 1607 | Law Offices of Timothy G. McFarlin (for Robert and Deborah Massie) | Response filed 3/18/08; D.I. 5392. The parties are in settlement negotiations. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 2199 | Sprint Nextel Corporation | No response has been filed. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Sixteenth Omnibus Objection (Substantive) to Certain Claims

| Duplicate and/or Amended Claim Number | Claim Number | Claimant | Status |
|---|---|---|---|
| | 2117 | The Travelers Indemnity Company and its Affiliates | The parties have reached a partial resolution. To allow the parties additional time to fully resolve the dispute, the hearing on this claim is continued to a date to be determined. |
| 3763 | 3479 | Pennsylvania Department of Revenue | Response received 3/13/08; D.I. 5523. This claim is subject to the Debtors' motion to determine tax liability (D.I. 9605). |
| 3604 | 3605 | Barclays Bank PLC | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3601 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3599 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion |

| | | | |
|---|---|---|---|
| | | | (D.I. 9355). |
| 3589 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3598 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3602 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3600 | 3605 | Barclays Bank PLC for itself and as Agent for Loan Purchasers | The Debtors have received an informal response. This claim is subject to the Debtors' estimation motion (D.I. 9355). |
| 3603 | 3605 | Sutton Funding LLC | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing to held on November 24, 2009. |
| 3588 | 3605 | Sutton Funding LLC | The Debtors have received an informal response. The hearing on this claim is being continued to the |

| | | | omnibus hearing to held on November 24, 2009. |
|---|---|---|---|
| | 970 | Sprint Nextel Corporation | Response filed 4/4/08; D.I. 5735. The hearing on this claim is being continued to the omnibus hearing to be held on November 24, 2009. |
| | 3642 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| | 3643 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| | 3644 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| | 3645 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

| | 3646 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
|---|---|---|---|
| | 3647 | Natixis Real Estate Capital Inc. | Response filed 4/2/08; D.I. 5635.  The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Eighteenth Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
| --- | --- | --- |
| 3759 | Pierre R. Augustin | Responses filed 1/2/08 and 1/9/08; D.I. Nos. 4313 and 4382. Discovery is proceeding, and a final hearing date has yet to be determined. |
| 417 | Patrick J. Moloney | Response filed 4/24/08; D.I. 6425. . The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3129 | Washington Mutual Bank | The Debtors have received an informal response. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims

| Claim Number | Claimant | Status |
| --- | --- | --- |
| 3878 | City of Virginia Beach Treasurer | The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3855 | Nevada Department of Taxation | Response filed 8/5/08; D.I. 8708. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3793 | State of New Jersey | Response filed 8/8/08; D.I. 8713. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 1679 | Timothy G. McFarlin | Response filed 3/18/08; D.I. 5392. The parties are in settlement negotiations. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |
| 3466 | State of New Jersey | Response filed 8/8/08; D.I. 8713. The hearing on this claim is being continued to the omnibus hearing scheduled for November 24, 2009. |

Status of Proofs of Claim for Debtors' Twenty-Ninth Omnibus Objection (Non-Substantive) to Certain Claims

| Claim Number | Claimant | Status |
| --- | --- | --- |
| 1491 | Bernadette Mutuc Powers | The hearing on this claim is being continued to a date to be determined. |
| 1493 | Steven J. Sovare | The hearing on this claim is being continued to a date to be determined. |
| 1612 | Josh F. Keiffer | The hearing on this claim is being continued to a date to be determined. |