# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

Pierre Richard Augustin, Private Attorney General, Ex Rel )
Consumer Creditor )
)
V. )
) No. 07-10416 KJC
IN RE NEW CENTURY TRS HOLDING )
IN RE NEW CENTURY LIQUIDATING TRUST )
Debtor )



## OBJECTION TO ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT AMONG ALAN M. JACOBS AS TRUSTEE FO THE NEW CENTURY LIQUIDATING TRUSt AND THE BENEFICIARIES OF THE NEW CENTURY CORPORATION DEFERRED COMPENSATION PLAY AND/OR SUPPLEMENTAL EXECUTIVE RETIREMENT/SAVINGS PLAN.

Consumer Creditor hereby OBJECTS to the Motion of New Century Liquidating Trust and Reorganized New Century Warehouse Corporation's for an Order approving global settlement. Consumer Creditor will suffer manifest injustice should Debtor's motion be granted since the alleged mortgage loan and note is **ILLIGELAL AND ILLEGITIMATE** as well as fraudulent since the underwriter of New Century Mortgage took part of the civil conspiracy.

At some point yet unknown & unproven in a court of law, but only on information supplied by a Attorney Carickoff at one of the hearing on June 25, 2009 to Consumer Creditor and the court, New Century claims to have also 'sold' or 'assigned' the alleged loan on the property to Chase Home Finance. There are NO recorded instruments on this 'sale' or alleged assignment. Funds were allegedly exchanged between New Century and Chase for Consumer Creditor's property.

Allowing Trustee to pay any global settlement that does not include Consumer Creditor is extremely prejudicial to Consumer Creditor. ust a week ago, Consumer Creditor has submitted his damages

1

computation to the Trust.

## I. RELIEF REQUESTED

By this objection Consumer Creditor seeks DENIAL of the order approving global settlement agreement among Alan M. Jacobs as trustee for the new century liquidating trust and the beneficiaries of the New Century Corporation deferred compensation play and/or supplemental executive retirement/savings plan.

## II. BASIS FOR OBJECTION

Vigorously seeking to avoid all pre-& post- petition payments made by Debtor that could be characterized as a preference payment and/or fraudulent transfer, perhaps should, in the best interest of justice, be viewed exactly as what it is. Consumer Creditor will suffer manifest injustice should Debtor's motion be granted. Seeking to allow members of the Trust and any of its KEEP bonuses that they are fruits of their bad faith subprime lending scheme is unfair and unjust. Consumer Creditor continues to suffer manifest injustice at the hands of New Century.

There will never be sufficient time for the Trust to address the enormity of the bad faith acts of Debtor of deceiving consumer creditor with an illegal and illegitimate mortgage. Consumer Creditor will suffer manifest injustice should Debtor's motion be granted.

As a direct and proximate result of Debtor's conduct Consumer Creditor has been damaged in an amount not yet determined, but reasonably believed to exceed $2,000,000 for damages plus punitive damages (see recent filed computation of damages. Consumer Creditor will suffer manifest injustice should Debtor's motion be granted.

Consumer Creditor will suffer and continues to suffer manifest injustice at the hands of the New Century. Finally, Debtors motion should be denied as it is made in bad faith and is not and will not result in the reasonable determination of good faith and justice. Again, Consumer Creditor will suffer and continues to suffer manifest injustice as a direct and proximate result of the bad faith acts of Debtor and those damages will be magnified and even irreversible should Debtor's motion be granted.

III. CONCLUSION

WHEREFORE, Consumer Creditor respectfully requests that this Court enter an order Denying Global Settlement. Consumer Creditor will suffer manifest injustice should Debtor's motion be granted and sums of any kind disbursed without addressing Consumer Creditors issues FIRST, determining the liability of New Century and Granting him relief from this colossal nightmare that New Century has created. Consumer Creditor seeks and sincerely hopes this Court will grant him JUSTICE as a matter of law for DECEPTION WITH AN ILLEGAL AND ILLEGITIMATE MORTGAGE LOAN by granting Consumer Creditor all relief sough any other further relief it deems fair, equitable, just and proper.

September 28, 2009

Respectfully submitted,

*Pierre R. Augustin*

**Pierre R. Augustin, MPA, MBA, Private Attorney General, Ex Rel**
Consumer Creditor, 3941 Persimmon Drive, #102
Fairfax, VA 22031 | 617.202.8069