# SIGN-IN-SHEET

**CASE NAME:** New Century TRS Holdings, Inc.
**CASE NO.** 07-10416-KJC

**COURTROOM LOCATION: 5**
**DATE:** October 6, 2009

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| JOHN P. McCAHEY | HAHN & HESSEN LLP | New Century Liquidating Trustee |
| Elizabeth Sloan | Blank Rome | " |
| | | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 10/06/2009
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|-------------------|---------------|-----------|-----------|-------------|
| | | New Century TRS Holdings, Inc. and Providential Bancorp, Ltd. | 07-10416 | Hearing | 3094088 | Bill Mays | (407) 455-6847 | Bill Mays - In Pro Per/Pro Se | Interested Party, Bill Mays / LIVE |

Peggy Drasal

CourtConfCal2007