## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors | Re: Docket No. 9779 |

### DECLARATION OF SERVICE

STATE OF DELAWARE : 
          : SS.
NEW CASTLE COUNTY :

I, Michael Pascoe, being duly sworn according to law, deposes and says that I am employed by Xroads Case Management Services, LLC and that on the 5th day of August, 2009, I caused copies of the following to be served on the parties listed on Exhibit A, attached hereto, via postage pre-paid U.S. Mail:

- **Notice and Motion of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation to Disallow Claims for Failure to Provide I.R.S. Form W-9 to the Trust** [Docket No. 9779]

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

6th day of August, 2009

Michael Pascoe
XRoads Solutions Group LLC
1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
888-251-2937