OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

                Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Numbers: 312-1992285-65 (Money Market), 312-1992285-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 9/30/2009

| | 8/1/08 (Plan effective date) through 12/31/08 [1] | 1/1/09 through 3/31/09 | 4/1/09 through 6/30/09 | 7/1/09 through 9/30/09 | 8/1/08 (Plan effective date) through 9/30/09 |
|---|---:|---:|---:|---:|---:|
| Trust Bank Accounts Maintained by the Liquidating Trust at JPMorgan Chase Bank: | | | | | |
| Beginning Balance | $ 0.00 | $ 57,080,546.14 | $ 62,020,133.70 | $ 57,874,775.50 | $ 0.00 |
| All Trust Receipts: | | | | | |
| Initial Funding | 71,481,538.92 | - | - | - | 71,481,538.92 |
| Transfer from DBNTC Cure Claim Litigation Reserve | 6,792,686.09 | - | - | - | 6,792,686.09 |
| Rabbi Trust Reserve Surplus | - | 6,704,474.59 | - | - | 6,704,474.59 |
| Refund of Cash Collateral by Bond Safeguard | 2,002,643.99 | - | - | - | 2,002,643.99 |
| Carrington Distribution | - | 1,744,968.45 | 473,339.67 | - | 2,218,308.12 |
| Repayment of T&I Amount by CSFB | 1,566,002.71 | - | - | - | 1,566,002.71 |
| Additional Funding from Debtors' Bank Account | 700,000.00 | 519,949.19 | - | - | 1,219,949.19 |
| Tax Refunds | 777,416.22 | 197,883.36 | 80,030.47 | 67,242.36 | 1,122,572.41 |
| Interest | 538,030.51 | 65,560.98 | 53,566.29 | 37,029.17 | 694,186.95 |
| Insurance Refunds | 267,208.65 | 310,109.26 | 50,734.20 | 217,835.81 | 845,887.92 |
| Professional Fees Refund | 417,365.62 | 127,100.31 | - | 127,451.69 | 671,917.62 |
| Deferred Comp Professional Fee Reimbursement | 147,100.00 | 334,302.85 | - | - | 481,402.85 |
| SPI Settlement | 474,005.87 | - | - | - | 474,005.87 |
| Asset Sale Proceeds | 195,064.00 | 7,500.00 | - | - | 202,564.00 |
| Medical Refunds | 181,255.19 | 2,096.61 | 3,422.99 | 2,500.04 | 189,274.83 |
| Deposit Refunds | - | - | - | 417,058.36 | 417,058.36 |
| Other | 82,797.98 | 8,176.90 | 87,940.71 | 85,413.71 | 264,329.30 |
| Gross Preference Recovery | - | 81,815.06 | 757,996.70 | 1,049,948.65 | 1,889,760.41 |
| Liberty - Broker & Litigation Settlement Proceeds | - | - | 1,200,000.00 | 5,000,000.00 | 6,200,000.00 |
| Total of Cash Received | 85,623,115.75 | 10,103,937.56 | 2,707,031.03 | 7,004,479.79 | 105,438,564.13 |
| Total of Cash Available | 85,623,115.75 | 67,184,483.70 | 64,727,164.73 | 64,879,255.29 | 105,438,564.13 |
| Disbursements Related to Pre-Effective Date Activity | | | | | |
| WARN Settlement | (2,600,000.00) | - | - | (4,559.04) | (2,604,559.04) |
| SPI Settlement | (1,838,472.59) | - | - | - | (1,838,472.59) |
| Administrative Claims | (459,122.00) | (23,225.50) | (398,281.41) | - | (880,628.91) |
| Pre-Effective Date Operating Expenses | (319,378.79) | (12,210.53) | (157.33) | (1,821.85) | (333,568.50) |
| Chapter 11 Professional Fees and Expenses | (16,093,721.90) | (90,577.23) | (176,817.65) | - | (16,361,116.78) |
| Total Pre-Effective Date Disbursements | (21,310,695.28) | (126,013.26) | (575,256.39) | (6,380.89) | (22,018,345.82) |
| Disbursements Related to Post-Effective Date Activity | | | | | |
| Trust Insurance Requirements / Surety Bond | (454,120.00) | (12,524.00) | (11,137.21) | (142,720.00) | (620,501.21) |
| Payroll and Payroll Related | (940,040.24) | (798,252.03) | (654,856.78) | (470,393.46) | (2,863,542.51) |
| US Trustee Fees | (11,483.33) | (31,875.00) | (17,550.00) | - | (60,908.33) |
| Other Trust Operating Expenses | (409,509.26) | (355,681.75) | (336,560.82) | (285,084.77) | (1,386,836.60) |
| Subtotal Trust Administrative Expenses | (1,815,152.83) | (1,198,332.78) | (1,020,104.81) | (898,198.23) | (4,931,788.65) |
| Trust Professional Fees | (5,416,721.50) | (3,840,003.96) | (5,257,028.03) | (5,770,254.08) | (20,284,007.57) |
| Total Disbursements | (28,542,569.61) | (5,164,350.00) | (6,852,389.23) | (6,674,833.20) | (47,234,142.04) |
| Ending Balance | $ 57,080,546.14 | $ 62,020,133.70 | $ 57,874,775.50 | $ 58,204,422.09 | $ 58,204,422.09 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Numbers: 312-1992285-65 (Money Market), 312-1992285-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 9/30/2009

| | 8/1/08 (Plan effective date) through 12/31/08 [1] | 1/1/09 through 3/31/09 | 4/1/09 through 6/30/09 | 7/1/09 through 9/30/09 | 8/1/08 (Plan effective date) through 9/30/09 |
|---|---|---|---|---|---|
| **Debtors' Bank Accounts at Union Bank, Deutsche Bank and Wilmington Trust not yet transferred to Liquidating Trust Bank Accounts:** | | | | | |
| Beginning Balance | $ 86,598,767.46 | $ 3,547,800.02 | $ 3,016,818.38 | $ 3,006,741.04 | $ 86,598,767.46 |
| Add: | | | | | |
| Interest Earned | 4,229.71 | 447.85 | 450.34 | 452.11 | 5,580.01 |
| Total of Cash Available | 86,602,997.17 | 3,548,247.87 | 3,017,268.72 | 3,007,193.15 | 86,604,347.47 |
| Less: | | | | | |
| Liquidating Trust - Initial Funding | (71,481,538.92) | - | - | - | (71,481,538.92) |
| Transfer of DBNTC Cure Claim Litigation Reserve Balance to Liquidating Trust | (6,792,686.09) | - | - | - | (6,792,686.09) |
| Liquidating Trust - Additional Funding | (700,000.00) | - | - | - | (700,000.00) |
| Transfer from Asset Sale Escrow to Trust | - | (300,000.00) | - | - | (300,000.00) |
| Transfer from Operating Account to Trust | - | (219,949.19) | - | - | (219,949.19) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | - | - | - | (3,500,000.00) |
| Pre-effective date administrative expense payment drafts | (420,473.27) | - | - | - | (420,473.27) |
| Insurance LOC Drawdown | (102,743.25) | (11,480.30) | (10,527.68) | (18,011.37) | (142,762.60) |
| Payment of Wilmington Trustee Fees | (57,755.62) | - | - | - | (57,755.62) |
| Total of Cash Payments / Transfers | (83,055,197.15) | (531,429.49) | (10,527.68) | (18,011.37) | (83,615,165.69) |
| Ending Balance | $ 3,547,800.02 | $ 3,016,818.38 | $ 3,006,741.04 | $ 2,989,181.78 | $ 2,989,181.78 |
| | | | | | |
| Aggregate Disbursements | $ (111,597,766.76) | $ (5,695,779.49) | $ (6,862,916.91) | $ (6,692,844.57) | $ (130,849,307.73) |
| Less: Transfers from Debtors' Bank Accounts to Liquidating Trust Bank Accounts | 78,974,225.01 | 519,949.19 | - | - | 79,494,174.20 |
| Net Disbursements | $ (32,623,541.75) | $ (5,175,830.30) | $ (6,862,916.91) | $ (6,692,844.57) | $ (51,355,133.53) |

[1] Certain amounts previously reflected have been reclassified or revised

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 13, 2009     Name/Title Debtor: _____
Alan M. Jacobs
Liquidating Trustee

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.

Account Number: 312-1992293-65 (Money Market), 312-1992293-66 (Checking)

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 9/30/2009

Reorganized Access Lending Bank Account Maintained by the Plan Administrator at JPMorgan Chase Bank:

|  | 8/1/08 (Plan effective date) through 12/31/08 | 1/1/09 through 3/31/09 | 4/1/09 through 6/30/09 | 7/1/09 through 9/30/09 | 8/1/08 (Plan effective date) through 9/30/09 |
|---|---|---|---|---|---|
| Beginning Cash Balance | $ 0.00 | $5,089,753.78 | $5,094,437.15 | $5,098,693.17 | $ 0.00 |
| All Receipts: |  |  |  |  |  |
| Initial Funding | 5,064,778.80 | - | - | - | 5,064,778.80 |
| Interest | 36,264.98 | 5,008.37 | 4,581.02 | 3,198.97 | 49,053.34 |
| Total of Cash Received | 5,101,043.78 | 5,008.37 | 4,581.02 | 3,198.97 | 5,113,832.14 |
| Total of Cash Available | 5,090,403.78 | 5,094,762.15 | 5,099,018.17 | 5,101,892.14 | 5,113,832.14 |
| Less Disbursements: |  |  |  |  |  |
| Insurance Requirements/Surety Bond | (10,640.00) | - | - | (10,640.00) | (21,280.00) |
| US Trustee fees | (650.00) | (325.00) | (325.00) | - | (1,300.00) |
| Total Disbursements | (11,290.00) | (325.00) | (325.00) | (10,640.00) | (22,580.00) |
| Ending Cash Balance | $5,089,753.78 | $5,094,437.15 | $5,098,693.17 | $5,091,252.14 | $5,091,252.14 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 13, 2009    Name/Title Debtor: _____ (Plan Administrator)