# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | New Century TRS Holdings, Inc. |
| **Case Number:** | 07-10416-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

## *Matter:*

Disclosure Statement

**R / M #:**    0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Amended Agenda Item
#1 - Order Signed
#2 - Order Signed