# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,[1] <br>          Debtors. | Chapter 11 <br><br> Case No. 07-10416 (KJC) <br> (Jointly Administered) |

## NOTICE OF DEPOSITION OF PIERRE AUGUSTIN

TO:   Pierre Augustin
    3941 Persimmon Drive, #102
    Fairfax, VA 22031

You are hereby notified pursuant to Federal Rules of Civil Procedure 28, 30 and 32, made applicable herein by Federal Rules of Bankruptcy Procedure 7028, 7030 and 7032, respectively, that on **October 22, 2009, beginning at 10:00 a.m. prevailing Eastern Time,** at the offices of Blank Rome LLP located at Watergate, 600 New Hampshire Avenue NW, Washington, DC 20037, the New Century Liquidating Trust ("Trust"), by its undersigned counsel, will take by stenographic or recorded means the deposition of Pierre Augustin in connection with his proof of claim filed against New Century Mortgage Corporation. The deposition of Mr. Augustin will be taken before a notary public or other officer authorized by

---

[1] The pre-confirmation debtors (collectively, the "Debtors") were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

law to administer oaths. The deposition will proceed in accordance with applicable rules of procedure from day to day until completed. Please be guided accordingly.

Dated: October 15, 2009

                    **BLANK ROME LLP**

                    */s/ David W. Carickhoff*
                    David W. Carickhoff (No. 3715)
                    Elizabeth A. Sloan (No. 5045)
                    1201 Market Street, Suite 800
                    Wilmington, Delaware 19801
                    Telephone: (302) 425-6400
                    Facsimile: (302) 425-6464

                    Attorneys for the New Century Liquidating Trust

# CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on October 15, 2009, I caused a copy of the following document to be served upon the party listed below in the manner indicated.

**Notice of Deposition of Pierre Augustin**

          */s/ David W. Carickhoff*
          David W. Carickhoff

**Via Federal Express**
**& Via Electronic Mail**

Pierre Augustin
3941 Persimmon Drive, #102
Fairfax, VA 22031
hdmhos@aol.com