# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

In re

NEW CENTURY TRS HOLDINGS, INC., a Delaware
Corporation, et al.,[1]

Debtors.

----------------------------------------------------------------x

Chapter 11

Case No. 07-10416 (KJC)
(Jointly Administered)

## STIPULATION REINSTATING MEDIA CONTACTS CORPORATION'S CLAIMS

This stipulation (the "*Stipulation*") by and between Alan M. Jacobs as the Liquidating Trustee (the "*Liquidating Trustee*" or "*Plaintiff*") of The New Century Liquidating Trust (the "*Liquidating Trust*") and Media Contacts Corporation ("*Media Contacts*") sets forth the terms upon which the Liquidating Trustee and Media Contacts (together, the "*Parties*") have agreed to reinstate the Media Contacts Filed Claim (*as defined below*).

## RECITALS

**WHEREAS**, on April 2, 2007 (the "*Petition Date*"), New Century Financial Corporation and its direct and indirect subsidiaries (the "*Debtors*") commenced with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*") voluntary cases (the "*Chapter 11 Cases*") under Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*"); and

**WHEREAS**, on or about July 12, 2007, Media Contacts filed a claim against the Debtors in the amount of $176,104.10, which is identified in the claims register as claim number 870 (the

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

P&H - 611752.1 :12896/000     1

"*Media Contacts Filed Claim*"); and

**WHEREAS**, on August 1, 2008 (the "*Effective Date*"), the Plan became effective and pursuant to the terms thereof, the New Century Liquidating Trust Agreement (as amended, the "*Trust Agreement*") was executed, thereby creating the Liquidating Trust and appointing Alan M. Jacobs as Liquidating Trustee; and

**WHEREAS**, on or about August 5, 2009, the Liquidating Trust filed the *Motion of the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation to Disallow Claims for Failure to Provide I.R.S. Form W-9 to the Trust* (the "*W-9 Motion*"); and

**WHEREAS**, among other claims, the W-9 Motion sought to expunge the Media Contacts Filed Claim; and

**WHEREAS**, on or about September 14, 2009, the Court entered the *Order Granting the Motion of the New Century Liquidating Trust to Disallow Claims for Failure to Provide I.R.S. Form W-9 to the Trust* (the "*W-9 Order*"); and

**WHEREAS**, among other claims, the W-9 Order expunged the Media Contacts Filed Claim; and

**WHEREAS**, subsequent to the W-9 Order, Media Contacts provided the Trustee with a valid and complete W-9 form; and

**WHEREAS**, the Parties seek to avoid the time and expenses of unnecessary motion practice,

**IT IS HEREBY STIPULATED AND RESOLVED THAT:**

1. The recitals set forth above are incorporated herein by reference.

2. Notwithstanding the W-9 Order, the Media Contacts Filed Claim shall be restored *nunc pro tunc*, and the W-9 Order shall hereby be deemed not to have expunged that claim.

Dated: October 14, 2009

| | |
|---|---|
| **BLANK ROME LLP**<br>Counsel for the Liquidating Trustee | **PAVIA & HARCOURT LLP**<br>Counsel for Media Contacts Corporation |
| By: *[signature]*<br>Bonnie Glantz Fatell (#3809)<br>David W. Carickhoff (#3715)<br>Elizabeth Sloan (# 5045) | By: *[signature]*<br>Jordan E. Ringel<br>Adam D. Mitzner |
| 1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 425-6400 | 600 Madison Avenue<br>New York, NY 10022-1653<br>(212) 980-3500 |