IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,** [1] | : | Case No. 07-10416 (KJC) |
| | : | Jointly Administered |
| **Debtors.** | : | |

## CERTIFICATION OF COUNSEL REGARDING AMENDED STIPULATION AMONG NEW CENTURY LIQUIDATING TRUST AND UBS REAL ESTATE SECURITIES INC. FIXING AND ALLOWING ITS CLAIMS

The undersigned hereby certifies as follows:

1. The New Century Liquidating Trust (the "Trust"), by and through Alan M. Jacobs, as its Bankruptcy Court-appointed Liquidating Trustee (the "Trustee"), has reached a resolution with UBS Real Estate Securities Inc. ("UBS" or "Claimant"), Fixing and Allowing its Claims (the "Amended Stipulation").

2. The Amended Stipulation estimates and allows UBS' Claims[2] in accordance with the EPD/Breach Protocol and the Multi-Debtor Claim Protocol set forth in the *Modified Second*

---

[1] The pre-petition Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All undefined terms contained herein shall have the meaning ascribed to such terms in the Amended Stipulation.

*Amended Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors dated as of September 30, 2009* (the "Modified Plan"). The terms of this resolution are more fully set forth in the Amended Stipulation, a copy of which is attached as Exhibit 1 to the proposed form of order approving the Amended Stipulation (the "Proposed Order"). The Proposed Order is attached hereto as Exhibit A.

3. The Trust respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: November 9, 2009

BLANK ROME LLP

By: _____
David W. Carickhoff (No 3715)
Elizabeth A. Sloan (No. 5045)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark T. Power, Esq.
Zahir Virani, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the New Century Liquidating Trust*