## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on November 10, 2009 I caused a true and correct copy of the *Objection of New York State Teachers' Retirement System to Modified Second Amended Joint Chapter 11 Plan of Liquidation Dated as of September 30, 2009* to be served upon the parties listed below in the manner indicated.

**BY HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**BY HAND DELIVERY**
Office of the United States Trustee
Attn:  Joseph J. McMahon, Jr., Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**BY FIRST CLASS MAIL,**
**FACSIMILE & ELECTRONIC MAIL**
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
**Facsimile:** 212.478.7400

**BY FIRST CLASS MAIL,**
**FACSIMILE & ELECTRONIC MAIL**
Donald A. Workman, Esquire
Baker Hostetler
1050 Connecticut Avenue N.W.
Washington, DC  20036
**Facsimile:** 202.861.1783

Christopher P. Simon (No. 3697)