IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et. al., | Case No. 07-010416 |
| | Jointly Administered |
| Debtors. | Objection Deadline: November 17, 2009<br>Hearing Date: November 24, 2009 at 2:00 p.m. |

## **NOTICE OF MOTION**

TO: (I) COUNSEL TO THE DEBTORS, (II) THE U.S. TRUSTEE; AND (III) COUNSEL TO THE LIQUIDATING TRUSTEE

PLEASE TAKE NOTICE that Creditor, Kenneth A. Welt, Chapter 7 Trustee in Bankruptcy for Patricia Ann Andrews-Macejko filed his Motion to Consider Proof of Claim Timely Filed (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 by 4:00 p.m. (ET) by November 17, 2009. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 24, 2009 AT 2:00 P.M.** BEFORE THE HONONRABLE KEVIN J. CAREY, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief requested without further notice or hearing.

RM:6406779:1

Dated: Wilmington, Delaware
November 11, 2009

>Respectfully submitted,
>
>RUDEN, McCLOSKY, SMITH,
>SCHUSTER & RUSSELL, P.A.
>
>*/s/ Heather L. Ries*
>
>Heather L. Ries, Esq.
>**Attorneys for the Trustee**
>**222 Lakeview Ave., Suite 800**
>**West Palm Beach FL 33401**
>**Telephone: (561) 838-4565**
>**Facsimile: (561) 514-3465**
>**Heather.Ries@ruden.com**

**Via E-mail To:**

- JCerbone@hahnhessen.com

**Via U.S. Regular Mail To:**

- David W. Carickhoff, Jr., Blank Rome LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801
- Elizabeth A. Sloan, Blank Rome LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801
- Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 1980

**Via Electronic Mail To:**

- Kenneth E. Aaron   DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com
- David G. Aelvoet   davida@publicans.com
- Justin R. Alberto   jalberto@bayardlaw.com, bankserve@bayardlaw.com
- Elihu Ezekiel Allinson, III   ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Heather Lynn Anderson   heather.anderson@dol.lps.state.nj.us
- Daniel K. Astin   dastin@ciardilaw.com, vfrew@ciardilaw.com
- Daniel K. Astin   dastin@foxrothschild.com
- Mary E. Augustine   maugustine@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com
- Mary E. Augustine   maugustine@ciardilaw.com, vfrew@ciardilaw.com
- Robert T. Aulgur   bk.service@aulgur.com
- Matthew P. Austria   maustria@werbsullivan.com

RM:6406779:1

- David G. Baker    ecf@bostonbankruptcy.org
- Elizabeth Banda    ecobb@pbfcm.com
- Thomas D.H. Barnett    deecf@drapgold.com, michelleh@drapgold.com;jacobe@drapgold.com;dominettec@drapgold.com;pamelatd@drapgold.com
- Richard Michael Beck    rbeck@klehr.com, lstanton@klehr.com
- Doreen H. Becker    dbeckeresq@verizon.net
- Richard D. Becker    rickbecker@comcast.net
- Steven N. Berger    snb@engelmanberger.com, sjm@engelmanberger.com
- Don A. Beskrone    dbeskrone@ashby-geddes.com
- Ian Connor Bifferato    cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- Karen C Bifferato    kbifferato@cblh.com
- Joseph Bodnar    jbodnar@bodnarlaw.net
- Joseph J. Bodnar    jbodnar@BodnarLaw.net, jbodnar7@juno.com
- Hilary B Bonial    notice@bkcylaw.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Robert S. Brady    bankfilings@ycst.com
- Patrick M. Brannigan    pbrannigan@crosslaw.com
- Amy D. Brown    abrown@margolisedelstein.com, jhuggett@margolisedelstein.com
- Charles J. Brown    cbrown@archerlaw.com, dabernathy@archerlaw.com
- Heather D. Brown    hbrown@kkgpc.com, kculpin@kkgpc.com
- Stuart M. Brown    sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
- Michael G Busenkell    mbusenkell@wcsr.com, hsasso@wcsr.com
- Timothy P. Cairns    tcairns@pszjlaw.com
- Mary Caloway    mary.caloway@bipc.com
- David W. Carickhoff    carickhoff@blankrome.com, senese@blankrome.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Ayesha Chacko    achacko@camlev.com
- William E. Chipman    chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com
- Megan E. Cleghorn    debank@skadden.com;cheaney@skadden.com;lamorton@skadden.com;rgray@skadden.com
- Richard Scott Cobb    cobb@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
- Howard A. Cohen    howard.cohen@dbr.com, amy.kinslow@dbr.com
- Kevin G. Collins    kcollins@bifferato.com
- Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
- Mark D. Collins    rbgroup@rlf.com
- Kelly M. Conlan    kconlan@cblh.com
- Kevin J. Connors    kconnors@mdwcg.com
- L. Jason Cornell    jcornell@foxrothschild.com, dkemp@foxrothschild.com
- Victoria Watson Counihan    bankruptcydel@gtlaw.com, thomase@gtlaw.com
- Gretchen A. Crawford    grecra@oklahomacounty.org, tammik@oklahomacounty.org

- Richard H. Cross   rcross@crosslaw.com
- Donna L. Culver   dculver@mnat.com
- Michael Joseph Custer   custerm@pepperlaw.com, wlbank@pepperlaw.com
- Bret D. Davis   bdavis@lamunmock.com
- Charlene D. Davis   bankserve@bayardlaw.com, cdavis@bayardlaw.com;tmatthews@bayardlaw.com;emiranda@bayardlaw.com;unorman@bayardlaw.com
- Kathleen Campbell Davis   kdavis@camlev.com
- John D. Demmy   jdd@stevenslee.com
- Matthew Denn   mdenn@bifferato.com
- Frederic John DiSpigna   fdispigna@dstern.com
- Neil F. Dignon   scrumhalf@mchsi.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Kenneth L. Dorsney   kdorsney@mrs-law.com, kdorsney@mrs-law.com
- Kristi J. Doughty   bk.service@aulgur.com
- Stephen P. Doughty   steved@ldvlaw.com
- Thomas F. Driscoll   tdriscoll@bifferato.com
- Mark W. Eckard   meckard@reedsmith.com
- Justin K. Edelson   jedelson@polsinelli.com
- Adam R. Elgart   aelgart@mwm-law.com, wgomes@mwm-law.com
- Kenneth J. Enos   bankfilings@ycst.com
- Amy Elizabeth Evans   aevans@crosslaw.com
- Michael A. Fagone   mfagone@bernsteinshur.com, acummings@bernsteinshur.com
- Brett Fallon   bfallon@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Bonnie Glantz Fatell   fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
- Bonnie Glantz Fatell   fatell@blankrome.com, senese@blankrome.com;moody@blankrome.com
- Charles J. Filardi, Jr.   charles@filardi-law.com, abothwell@filardi-law.com
- David L. Finger   dfinger@delawgroup.com
- John V. Fiorella   jfiorella@archerlaw.com
- William R. Firth   wfirth@gibbonslaw.com, jorback@hahnhessen.com
- David V. Fontana   dfont@gebsmith.com
- David M. Fournier   fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Joseph D. Frank   jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
- Helen Ryan Frazer   hrf@aalrr.com
- Susan R. Fuertes   bnkatty@aldine.k12.tx.us
- Michael G. Gallerizzo   mgall@gebsmith.com, jhardman@gebsmith.com
- Victoria D. Garry   vgarry@ag.state.oh.us
- Jan Meir Geht   jan.m.geht@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert   delawarebankruptcy@escm.com;rgellert@eckertseamans.com

- Ronald S. Gellert    delawarebankruptcy@escm.com;rgellert@eckertseamans.com
- Philip J. Giacinti, Jr.    pjg@procopio.com, caw@procopio.com;laj@procopio.com
- Robert S. Goldman    mmo@pgslaw.com;scs@pgslaw.com
- Richard H. Golubow    rgolubow@winthropcouchot.com
- Robert E. Greenberg    rgreenberg@dclawfirm.com
- Joseph Grey    jg@stevenslee.com
- Norman Christopher Griffiths    cgriffiths@cblh.com
- Victoria A. Guilfoyle    guilfoyle@blankrome.com, berry@blankrome.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com
- Matthew W. Hamilton    e-notice@fulcruminv.com
- Jason W. Harbour    jharbour@hunton.com
- James F Harker    jharker@cohenseglias.com
- James C. Harman    james.harman@coco.ocgov.com, anthony.lievanos@coco.ocgov.com
- Lee Harrington    lharrington@nixonpeabody.com
- A. Michelle Hart    BkMail@prommis.com
- Lisa R. Hatfield    lhatfield@closingsource.net, gwittstadt@closingsource.net
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Paul Noble Heath    heath@rlf.com, Jerominski@rlf.com;RBGroup@rlf.com
- Curtis A. Hehn    chehn@pszjlaw.com
- Douglas D. Herrmann    dherrman@skadden.com, christopher.heaney@skadden.com
- Adam Hiller    ahiller@phw-law.com
- Adam Hiller    ahiller@phw-law.com
- Adam Hiller    ahiller@phw-law.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
- Caroline Hong    chong@ashby-geddes.com
- Thomas M. Horan    thoran@wcsr.com, hsasso@wcsr.com
- Christopher J. Horvay    chorvay@gouldratner.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Vivian A. Houghton    bankruptcy@vivianhoughton.com, bankruptcyatvivianhoughton@vivianhoughton.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Yolanda Michelle Humphrey    houbank@pbfcm.com, tpope@pbfcm.com;osonik@pbfcm.com
- Mark T Hurford    cl@camlev.com, mth@camlev.com
- Jay Walton Hurst    jay.hurst@oag.state.tx.us
- Joseph H. Huston    jhh@stevenslee.com
- Mark S. Indelicato    mindelicato@hahnhessen.com, kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;hnaviwala@hahnhessen.com;mmarhyan@hahnhessen.com;jzawadzki@hahnhessen.com;jsmith@hahnhessen.com;jorbach@hahnhessen.com;zvirani@hahnhessen.com;nrigano@hahnhessen.com

- Henry Jon Jaffe    dewerthh@pepperlaw.com, henrys@pepperlaw.com
- Chun I. Jang    jang@rlf.com, rbgroup@rlf.com
- Ericka Fredricks Johnson    erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com
- Laura Davis Jones    ljones@pszjlaw.com, efile1@pszyjw.com
- Roland Gary Jones    rgjresearch3@gmail.com, rgjresearch3@gmail.com
- Tyler B. Jones    notice@bkcylaw.com
- Dexter D. Joyner    caaustin@comcast.net, joyneratty@comcast.net
- Andrew J. Kahn    jarchain@dcbsf.com
- Ivan Lerer Kallick    ikallick@manatt.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- Robert J. Keach    rkeach@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- Benjamin W. Keenan    bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
- Brya M. Keilson    delawarebankruptcy@escm.com, bkeilson@eckertseamans.com
- Daniel C. Kerrick    dkerrick@cicontewasserman.com, bankruptcy@cicontewasserman.com
- Edward Michael King    tking@fbtlaw.com, cholleran@fbtlaw.com
- John R. Knapp    jknapp@cairncross.com
- Steven K. Kortanek    skortanek@wcsr.com, pgroff@wcsr.com,;klytle@wcsr.com,;hsasso@wcsr.com
- Carl N. Kunz, III    ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Donna L. La Porte    pkhatibi@wrightlegal.net, dlaporte@wrightlegal.net
- Kimberly A. LaMaina    klamaina@skadden.com, debank@skadden.com;lamorton@skadden.com;christopher.heaney@skadden.com
- Matthew J. Lampke    mlampke@ag.state.oh.us
- Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@ashby-geddes.com
- Michael R. Lastowski    mlastowski@duanemorris.com, slwolfenden@duanemorris.com
- Raymond Howard Lemisch    rlemisch@beneschlaw.com, bsandler@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com
- Ira M. Levee    ilevee@lowenstein.com, krosen@lowenstein.com
- Neal J. Levitsky    nlevitsky@frof.com, jkittinger@foxrothschild.com.com
- Christopher Dean Loizides    loizides@loizides.com
- Sherry Lowe Johnson    sdlowejohnson@lammrubenstone.com, mdenton@lammrubenstone.com
- William G. Malcolm    bill@mclaw.org
- Kevin J Mangan    kmangan@wcsr.com, hsasso@wcsr.com
- Julie A. Manning    bankruptcy@goodwin.com

- Thomas D. Maxson    tmaxson@cohenlaw.com, tmaxson@cohenlaw.com,bfilings@cohenlaw.com
- Katharine L. Mayer    kmayer@mccarter.com
- David B. McCall    tsok@ntexas-attorneys.com
- Laura L. McCloud    agbankdelaware@ag.tn.gov
- Michael McCormick    bkmail@prommis.com
- Bruce W. McCullough    bmccullough@bodellbove.com
- Garvan F. McDaniel    gmcdaniel@bglawde.com, ydalton@bglawde.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Martin J. McKenzie    martin@mckenzieatlaw.com, mjmckenzie@dregerlaw.com
- John D. McLaughlin    bankfilings@ycst.com
- Lisa Cresci McLaughlin    mmo@pgslaw.com;scs@pgslaw.com
- Dennis A. Meloro    bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com
- Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com;henrys@pepperlaw.com
- Michael Joseph Merchant    merchant@rlf.com, rbgroup@rlf.com
- Rachel B. Mersky    rmersky@monlaw.com
- Kathleen M. Miller    kmiller@skfdelaware.com, dlm@skfdelaware.com
- Mark Minuti    mminuti@saul.com, rwarren@saul.com
- Kenneth M. Misken    kmisken@mcguirewoods.com, jmiller@mcguirewoods.com;dswan@mcguirewoods.com
- Timothy T Mitchell    dkrm@aol.com, dkrm@tx.rr.com;donna@rashtiandmitchell.com
- Cynthia E. Moh    cmoh@eapdlaw.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Francis A. Monaco Jr.    fmonaco@monlaw.com, kdalton@wcsr.com;hsasso@wcsr.com
- Norman M. Monhait    nmonhait@rmgglaw.com
- Lucian Borders Murley    , lmurley@saul.com;rwarren@saul.com;saulbankruptcy@saul.com
- Lucian Borders Murley    lmurley@saul.com, lmurley@saul.com;rwarren@saul.com;saulbankruptcy@saul.com
- Carl D. Neff    cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com
- Michael R. Nestor    bankfilings@ycst.com
- Stacy L. Newman    snewman@ashby-geddes.com
- Steven H. Newman    snewman@katskykorins.com
- Seth A. Niederman    sniederman@foxrothschild.com, jkittinger@foxrothschild.com
- Daniel A. O'Brien    dobrien@bayardlaw.com;bankserve@bayardlaw.com, tmatthews@bayardlaw.com;emiranda@bayardlaw.com

- Mark D. Olivere   olivere@lrclaw.com, adams@lrclaw.com;dero@lrclaw.com;girello@lrclaw.com;dellose@lrclaw.com
- Mark R. Owens   mowens@btlaw.com
- Ricardo Palacio   rpalacio@ashby-geddes.com
- Robert W. Pedigo   rpedigo@coochtaylor.com
- D'Layne Peeples   abragg@pbfcm.com
- Marc J. Phillips   mphillips@cblh.com
- Laurie S. Polleck   lpolleck@jshllp-de.com
- Barbara Ellen Powell   bpowell@neols.org
- Jason Custer Powell   jpowell@ferryjoseph.com
- David P. Primack   david.primack@dbr.com, amy.kinslow@dbr.com
- Marcos Alexis Ramos   ramos@rlf.com, rbgroup@rlf.com
- Michael Reed   decourts@mvbalaw.com
- Patrick J. Reilley   preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com
- Glenn M. Reisman   glenn.reisman@ge.com
- Lizanne Reynolds   lizanne.reynolds@cco.sccgov.org
- Joseph J. Rhoades   joe.rhoades@rhoadeslegal.com, carol.mccool@rhoadeslegal.com
- Heather L. Ries   efile2547@ruden.com, efile2565@ruden.com;efile2550@ruden.com
- Richard W. Riley   rwriley@duanemorris.com
- Terri A. Roberts   pcaocvbk@pcao.pima.gov
- Judith T. Romano   bk.delaware@fedphe.com, FedPhe@hotmail.com,imaging.department@fedphe.com
- Frederick Brian Rosner   frosner@mrs-law.com, frosner@mrs-law.com
- Sommer Leigh Ross   slross@duanemorris.com
- Jeremy W. Ryan   jryan@saul.com, saulbankruptcy@saul.com
- Anthony M. Saccullo   asaccullo@ciardilaw.com, vfrew@ciardilaw.com
- Kathryn D. Sallie   bankserve@bayardlaw.com, ksallie@bayardlaw.com
- Brian Salwowski   bsalwowski@atg.state.in.us
- Christopher M. Samis   samis@rlf.com, rbgroup@rlf.com
- Christopher M. Samis   samis@rlf.com, rbgroup@rlf.com
- Christopher M. Samis   samis@rlf.com, rbgroup@rlf.com
- Diane W. Sanders   austin.bankruptcy@publicans.com
- Bradford J. Sandler   bsandler@beneschlaw.com, rlemisch@beneschlaw.com;jsmith@beneschlaw.com;jhoover@beneschlaw.com; docket@beneschlaw.com;ehein@beneschlaw.com
- Maria Aprile Sawczuk   marias@drapgold.com
- Maria Aprile Sawczuk   masa@stevenslee.com
- Todd Charles Schiltz   tschiltz@wolfblock.com
- Eric Lopez Schnabel   schnabel.eric@dorsey.com
- Edward L. Schnitzer   eschnitzer@hahnhessen.com, jsmith@hahnhessen.com
- Sean T. Scott   stscott@mayerbrownrowe.com, mwargin@mayerbrownrowe.com

RM:6406779:1

- Bruce L. Segal    bsegal@honigman.com, klarson1@honigman.com
- Felix A. Seidler    attyseidler@netscape.net
- Sandra G.M. Selzer    , bankruptcydel@gtlaw.com;thomase@gtlaw.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Michelle E. Shriro    mshriro@singerlevick.com, croote@singerlevick.com,ckirkland@singerlevick.com
- J Jackson Shrum    jjshrum@archerlaw.com
- Russell C. Silberglied    Silberglied@rlf.com, rbgroup@rlf.com
- Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- Ellen W. Slights    usade.ecfbankruptcy@usdoj.gov
- Elizabeth A. Sloan    sloan@blankrome.com, david-c@blankrome.com
- Bayard J. Snyder    snyder90bkrt@aol.com
- David Benjamin Snyder    dbsnyder@prickett.com
- Robyn J. Spalter    notice@regencap.com
- Heidi R. Spivak    hspivak@udren.com, jjj@udren.com
- David B. Stratton    strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
- Michelle Therese Sutter    msutter@ag.state.oh.us
- Eric Michael Sutty    esutty@foxrothschild.com
- Theodore J. Tacconelli    ttacconelli@ferryjoseph.com
- Derrick M. Talerico    dtalerico@loeb.com
- Gregory Alan Taylor    gtaylor@ashby-geddes.com
- William F. Taylor    bankruptcydel@mccarter.com
- William F. Taylor    bankdel@comcast.net, bankruptcydel@mccarter.com
- Diana M. Thimmig    dthimmig@ralaw.com, lrobinson@ralaw.com;cwoodruff@ralaw.com;jsharpes@ralaw.com
- Christina Maycen Thompson    cthompson@cblh.com
- James Tobia    jimtobia@comcast.net;bankserve@tobialaw.com
- Sheldon Samuel Toll    lawtoll@comcast.net
- Patricia Baron Tomasco    ptomasco@munsch.com, vgonzalez@munsch.com;amays@munsch.com
- Philip Trainer Jr.    ptrainer@ashby-geddes.com
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Joseph M. Vann    jvann@ctswlaw.com
- Kimberly Luff Wakim    kwakim@thorpreed.com, jdingfelder@thorpreed.com;bdingfelder@thorpreed.com
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Madeleine Carmel Wanslee    mwanslee@gustlaw.com, rms@gustlaw.com
- Christopher A. Ward    cward@polsinelli.com
- Jeffrey R. Waxman    jwaxman@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- John R. Weaver    jrweaverlaw@verizon.net, JStraub@stark-stark.com;DCrivaro@stark-stark.com

- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- Joanne Bianco Wills    jwills@klehr.com
- Amanda Marie Winfree    awinfree@ashby-geddes.com
- Christopher Martin Winter    cmwinter@duanemorris.com
- Jeffrey C. Wisler    jwisler@cblh.com
- Craig A. Wolfe    cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Etta Ren Wolfe    ewolfe@potteranderson.com, bankruptcy@potteranderson.com
- Etta Rena Wolfe    erw@skfdelaware.com
- Donald Alan Workman    dworkman@bakerlaw.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- James S. Yoder    yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Steven M. Yoder    syoder@potteranderson.com, bankruptcy@potteranderson.com
- Michael W. Yurkewicz    myurkewicz@klehr.com
- Michael W. Yurkewicz    myurkewicz@klehr.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com