# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
: Case No. 07-10416 (KJC)
NEW CENTURY TRS HOLDINGS, INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
:
Debtors :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

    I, Michael Pascoe, a Director of XRoads Case Management Services, LLC, hereby declare that on October 19, 2009, I caused true and correct copies of the following to be served, in the manner set forth in the Order (A) Approving Disclosure Statement Regarding Modified Second Amended Joint Chapter 11 Plan of Liquidation (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Modified Second Amended Joint Chapter 11 Plan of Liquidation and (C) Scheduling a Hearing on Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Liquidation and Approving Related Notice Procedures [D.I. 9928] (the "Solicitation Procedures Order") upon the attached Exhibit A by United States Postal Service First Class Mail:

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership.

- **Ballot(s) And Voting Instructions For Classes HC10a, HC10b and HC14**

- **Disclosure Statement For The Modified Second Amended Joint Chapter 11 Plan of Liquidation Dated As Of September 30, 2009** [Docket No. 9931]

- **Notice Of (A) Deadline For Casting Votes To Accept Or Reject Modified Second Amended Joint Chapter 11 Plan Of Liquidation Dated As Of September 30, 2009, (B) Hearing To Consider Confirmation Of Modified Second Amended Joint Chapter 11 Plan Of Liquidation And (C) Related Matters**

- **Business Reply Envelope**

On October 19, 2009, I caused the following documents to be served upon the attached

Exhibit B by United States Postal Service First Class Mail:

- **Notice Of Nonvoting Status With Respect To Holders Of Claims And Interests In Classes HC4A, HC4B, HC4C, HC4D, AND HC4E**

- **Notice Of (A) Deadline For Casting Votes To Accept Or Reject Modified Second Amended Joint Chapter 11 Plan Of Liquidation Dated As Of September 30, 2009, (B) Hearing To Consider Confirmation Of Modified Second Amended Joint Chapter 11 Plan Of Liquidation And (C) Related Matters**

On October 19, 2009, I caused the following documents to be served upon the attached

Exhibit C by United States Postal Service First Class Mail:

- **Notice Of Nonvoting Status With Respect To Holders Of Claims In Classes HC3A, HC3B, HC7, HC13, OP3A, OP3B, OP3C, OP6A, OP6B, OP6C, OP9A, OP9B, OP12, AND AL3**

- **Notice Of (A) Deadline For Casting Votes To Accept Or Reject Modified Second Amended Joint Chapter 11 Plan Of Liquidation Dated As Of September 30, 2009, (B) Hearing To Consider Confirmation Of Modified Second Amended Joint Chapter 11 Plan Of Liquidation And (C) Related Matters**

On October 19, 2009, I caused the following documents to be served upon the attached

Exhibit D by United States Postal Service First Class Mail:

- **Notice Of Nonvoting Status With Respect To Holders Of Claims In Classes HC1, HC2, HC5, HC6, HC8, HC9, HC11, HC12, OP1, OP2, OP4, OP5, OP7, OP8, OP10, OP11, AL1 AND AL2**

- **Notice Of (A) Deadline For Casting Votes To Accept Or Reject Modified Second Amended Joint Chapter 11 Plan Of Liquidation Dated As Of September 30, 2009, (B) Hearing To Consider Confirmation Of Modified Second Amended Joint Chapter 11 Plan Of Liquidation And (C) Related Matters**

21st day of October, 2009

_____
Michael C. Pascoe
XRoads Case Management Services, LLC
1821 East Dyer Road, Suite 225
Santa Ana, CA 92705
(949) 567 1600