IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

        Debtors,

Chapter 11
Case No. 07-10416-KJC, et. Seq.
(Jointly Administered)

Hearing date: December 16, 2009 at 10:00am

## NOTICE OF WITHDRAWAL OF OBJECTION TO MOTION OF NEW CENTURY LIQUIDATING TRUST ESTIMATING AND ALLOWING AS ESTIMATED FOR DISTRIBUTION PURPOSE CERTAIN EPD/BREACH CLAIM

COMES NOW, Molly S. White and Ralph N White's as homeowners serves this Notice of withdrawal of Objection to Motion of New Century Liquidating Trust estimating and allowing as estimated for distribution purpose certain EPD/Breach claims [D.I. 9355; filed 3/3/09], and schedule for hearing on December 16, 2009.

Dated: December 10, 2009

Respectfully Submitted,

_____
Molly S. White
Homeowner & Equity Holder
5948 Doraville Drive
Port Orange, Fl 32127
(386) 304-1189

_____
Ralph N. White
Homeowner & Equity Holder
5948 Doraville Drive
Port Orange, Fl 32127
(386) 304-1189

## Certificate of Service

### Via US Mail

U.S. Bankruptcy Court
824 North Market Street, Third Floor
Wilmington, DE 19801;

Counsel to the Liquidating Trust
Hahn & Hessen LLP
Attn: Mark S. Indelicato, Esq.
Attn: Mark T. Power, Esq.
488 Madison Avenue
New York, NY 10022

Blank Rome, LLP
Attn: Bonnie Glantz Fatell, Esq.
Attn: David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington DE 19891

Chairman of the Plan Advisory Committee
C/O Baker Hosteller
Attn: Donald Workman
1050 Connecticut Avenue
N.W., Washington, DC 20036

Office of the United States Trustee, J. Caleb Boggs
Federal Building
Attn: Joseph J. McMahon, Jr., Esq.
844 King Street, Suite 2207
Lockbox 35, Wilmington, DE 19801

Dated: December 10, 2009

Molly S. White