# IN THE UNTITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors. | Chapter 11<br><br>Case No. 07-10416(KJC) |

### OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
### POST-CONFIRMATION QUARTERLY SUMMARY REPORT
### OF REORGANIZED ACCESS LENDING
### FOR THE QUARTER ENDING ON DECEMBER 31, 2009

Dated: February 4, 2010

**BLANK ROME LLP**

By: /s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302)425-6400 – Telephone
(302)425-6464 – Facsimile

-and-

HAHN &HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212)478-7200 – Telephone
(212)478-7400 – Facsimile
Attn: Mark S. Indelicato, Esq.
Janine M. Cerbone, Esq.

*Co-Counsel to the New Century Liquidating Trust and Reorganized Access Lending*