# United States Bankruptcy Court
## District of Delaware

In Re:     NEW CENTURY MORTGAGE CORP.
Case No:   07-10419

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 2485 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**The Seaport Group LLC**

Name and address where notices to transferee
    should be sent:

       The Seaport Group LLC
       360 Madison Avenue, 22nd Floor
       New York, NY 10017
       Attn: Scott Friedberg

Name of Transferor:
ACS Commercial Solutions, Inc.

Court Claim # (if known):    2485
Amount of Claim:         $1,521,234.40
Date Claim Filed:        08/30/2007

Name and Address of Transferor:
       ACS Commercial Solutions Inc.
       c/o Singer & Levick
       16200 Addison Road No. 140
       Addison, TX 75201

Phone:   212-616-7728
Last Four Digits of Acct #:   N/A

Phone:   972-380-5533
Last Four Digits of Acct. #:   N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:        N/A
Last Four Digits of Acct. #:       N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Jonathan Silverman, General Counsel     Date: 12/22/10
    Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C .152 & 3571*

---

### --DEADLINE TO OBJECT TO TRANSFER--

     The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                        **CLERK OF THE COURT**

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to The Seaport Group LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $1,521,234.40 (the "Assigned Claim"), against New Century Mortgage Corporation ("Debtor"), the debtor-in-possession in jointly administered Case No. 07-10419 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on [_____], 2009.

By: _____
Name of person signing _____
Title of person signing _____

- 8 -