IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

Chapter 11
Case No. 07-10416-KJC, et. Seq.
(Jointly Administered)

Debtors,

## NOTICE TO THE COURT

To the Honorable Kevin J. Carey:

Comes Now, Molly S. White and Ralph N. White (WHITES) and files this Notice with the court to request Judicial Notice of this Court's Proceeding and events thereof, and states as follows:

1. On 03/16/09 [D.I. 9386], the WHITES filed their objection to the Motion of New Century Liquidating Trust Estimating and allowing as estimated for distribution purposes certain EPD/Breach Claims [D.I. 9355].

2. The objection deadline for this Motion was 03/16/09 at 4:00pm.

3. The Notice and Agenda of Matters scheduled subsequent to the WHITES objection has incorrectly characterized the WHITES objection as untimely and received on 03/17/09, although delivery was attempted on 03/16/09 at 12:07pm by Express Mail Courier.

4. The WHITES objection was timely submitted (Exhibit A).

5. On 12/10/09, the WHITES served notice to withdraw their objections and the notice was filed with the U.S. Bankruptcy Court, US Trustees Office and Counsel for the Trustee et.al. (Exhibit B).

6. All subsequent notices regarding agenda matters have not reflected this status to the court or indicated within subsequent notices as required.

WHEREFORE, the WHITES brings this to the attention of the court and respectfully ask the court to be cognizant of these facts and the potential possibilities that the Debtors may have bad faith motives for providing inaccurate and misleading information to the court and others in an attempt to further harm the WHITES by aiding and abetting Deutsche Bank and/or Morgan Stanley to cause further harm upon the WHITES.

Dated: March 16, 2010                                            Respectfully Submitted,

*Molly S. White*                                                  *Ralph N. White*

Molly S. White                                                    Ralph N. White
Homeowner & Equity Holder                                         Homeowner & Equity Holder
5948 Doraville Drive                                              5948 Doraville Drive
Port Orange, Fl 32127                                             Port Orange, Fl 32127
(386) 304-1189                                                    (386) 304-1189