# EXHIBIT A



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **EH73 0724 775U S**
Status: **Notice Left**

We attempted to deliver your item at 12:07 PM on March 16, 2009 in VENICE, CA 90291 and a notice was left. You may pick up the item at the Post Office indicated on the notice, call the Post Office to arrange for redelivery, or click here for redelivery options. If this item is unclaimed after five business days then it will be returned to sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

---

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
**Customer Copy** — Label 11-B, March 2004
**Post Office To Addressee**

EH 730724775 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 32127
- Day of Delivery: Next / 2nd / 2nd Del. Day
- Postage: $17.50
- Date Accepted: Mo. 3 / Day 14 / Year 09
- Scheduled Date of Delivery: Month 3 Day 16
- Return Receipt Fee: $
- Time Accepted: 10:08 AM/PM
- Scheduled Time of Delivery: Noon / 3 PM / Military
- COD Fee / Insurance Fee
- Total Postage & Fees: $17.50
- Flat Rate or Weight: 1-2 lbs/ozs
- 2nd Day / 3rd Day
- Int'l Alpha Country Code
- Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**
- Delivery Attempt Mo. Day — Time AM/PM — Employee Signature
- Delivery Attempt Mo. Day — Time AM/PM — Employee Signature
- Delivery Date Mo. Day — Time AM/PM — Employee Signature

**CUSTOMER USE ONLY**
- PAYMENT BY ACCOUNT: Express Mail Corporate Acct. No.
- Federal Agency Acct. No. or Postal Service Acct. No.
- WAIVER OF SIGNATURE (Domestic Mail Only)
- NO DELIVERY: Weekend / Holiday
- Mailer Signature

**FROM:** PHONE ( 386 ) 547-2697
Ralph White
5948 Doraville Drive
Port Orange, FL. 32127

**TO:** PHONE ( )
X Road Case Management Svc
P.O. Box 8901
Marina Del Rey, GA.
ZIP + 4: 9 0 2 9 5 +

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811