# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re

NEW CENTURY TRS HOLDINGS,
INC., et al.,

          Debtors,

Chapter 11
Case No. 07-10416-KJC, et. Seq.
(Jointly Administered)

Hearing date: December 16, 2009 at 10:00am

## NOTICE OF WITHDRAWAL OF OBJECTION TO MOTION OF NEW CENTURY LIQUIDATING TRUST <u>ESTIMATING AND ALLOWING AS ESTIMATED FOR DISTRIBUTION PURPOSE CERTAIN EPD/BREACH CLAIM</u>

COMES NOW, Molly S. White and Ralph N White's as homeowners serves this Notice of withdrawal of Objection to Motion of New Century Liquidating Trust estimating and allowing as estimated for distribution purpose certain EPD/Breach claims [D.I. 9355; filed 3/3/09], and schedule for hearing on December 16, 2009.

Dated: December 10, 2009

*Molly S. White* (signature)
_____
Molly S. White
Homeowner & Equity Holder
5948 Doraville Drive
Port Orange, Fl 32127
(386) 304-1189

Respectfully Submitted,

(signature)
_____
Ralph N. White
Homeowner & Equity Holder
5948 Doraville Drive
Port Orange, Fl 32127
(386) 304-1189

## Certificate of Service

## Via US Mail

U.S. Bankruptcy Court
824 North Market Street, Third Floor
Wilmington, DE 19801;

Counsel to the Liquidating Trust
Hahn & Hessen LLP
Attn: Mark S. Indelicato, Esq.
Attn: Mark T. Power, Esq.
488 Madison Avenue
New York, NY 10022

Blank Rome, LLP
Attn: Bonnie Glantz Fatell, Esq.
Attn: David W. Carickhoff, Esq.
1201 Market Street, Suite 800
Wilmington DE 19891

Chairman of the Plan Advisory Committee
C/O Baker Hosteller
Attn: Donald Workman
1050 Connecticut Avenue
N.W., Washington, DC 20036

Office of the United States Trustee, J. Caleb Boggs
Federal Building
Attn: Joseph J. McMahon, Jr., Esq.
844 King Street, Suite 2207
Lockbox 35, Wilmington, DE 19801

Dated: December 10, 2009

*Molly S. White*

Molly S. White



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7009 2250 0000 3269 2263**
Status: **Delivered**

Your item was delivered at 2:35 pm on December 17, 2009 in WILMINGTON, DE 19801. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.54 |

Postmark Here   DEC 10 2009   12/10/2009

Sent To: Attn: David Cariclchoff Esq
Street, Apt. No.; or PO Box No.: 1201 Market St Ste 800
City, State, ZIP+4: Wilmington, DE 19899

PS Form 3800, August 2006    See Reverse for Instructions

7009 2250 0000 3269 2263



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7009 2250 0000 3269 2249
**Status: Delivered**

Your item was delivered at 12:39 pm on December 15, 2009 in NEW YORK, NY 10022. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2250 0000 3269 2249**
Status: **Delivered**

Your item was delivered at 12:39 pm on December 15, 2009 in NEW YORK, NY 10022. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

NEW YORK, NY 10022

Postmark Here — PORT ORANGE FL, DEC 2009, USPS 32127, 0357 03

Sent To: Hahn + Hessen LLP  $5.54  12/10/2009
Street, Apt. No.; or PO Box No.: 488 Madison Ave
City, State, ZIP+4: New York, NY 10022

PS Form 3800, August 2006   See Reverse for Instructions

7009 2250 0000 3269 2249



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2250 0000 3269 2256**
Status: **Delivered**

Your item was delivered at 1:16 pm on December 14, 2009 in WILMINGTON, DE 19801. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

WILMINGTON DE 19801
Certified Fee $0.44
Return Receipt Fee (Endorsement Required) $2.80
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ $0.00
Postmark Here 0357 03

Sent To: ATTN: Joseph J. McMahon Jr Esq
Street, Apt. No.; or PO Box No. 844 King St, Ste 2207
City, State, ZIP+4 Lockbox 35, Wilmington DE 19801

PS Form 3800, August 2006        See Reverse for Instructions



# UNITED STATES
# POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 2250 0000 3269 2232**
Status: **Delivered**

Your item was delivered at 4:11 pm on December 17, 2009 in WASHINGTON, DC 20035. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( Restore Offline Details > ) ( ? )   ( Return to USPS.com Home > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

