IN THE UNTITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors. | Chapter 11<br><br>Case No. 07-10416(KJC) |

OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT
OF THE NEW CENTURY LIQUIDATING TRUST
FOR THE QUARTER ENDING ON MARCH 31, 2010

Dated: April 16, 2010

BLANK ROME LLP

By: /s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302)425-6400 – Telephone
(302)425-6464 – Facsimile

-and-

HAHN &HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212)478-7200 – Telephone
(212)478-7400 – Facsimile
Attn: Mark S. Indelicato, Esq.
Janine M. Cerbone, Esq.

*Co-Counsel to the New Century Liquidating Trust and Reorganized Access Lending*

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: JPMorgan Chase Bank, N.A.
    Union Bank
    Deutsche Bank
    Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 3/31/2010

| | 8/1/08 (Plan effective date) through 12/31/09 | 1/1/10 through 3/31/10 | 8/1/08 (Plan effective date) through 3/31/10 |
|---|---|---|---|
| Beginning Balance | $ 86,598,767.46 | $ 107,161,678.94 | $ 86,598,767.46 |
| **All Trust Receipts:** | | | |
| Refund of Cash Collateral by Bond Safeguard | 2,002,643.99 | - | 2,002,643.99 |
| Tax Refunds | 1,123,205.45 | 27.04 | 1,123,232.49 |
| Insurance Refunds | 841,491.64 | 579,422.42 | 1,420,914.06 |
| Life Insurance Proceeds from DCP Beneficiary | - | 1,203,097.05 | 1,203,097.05 |
| Asset Sale Proceeds | 202,564.00 | 107,296.00 | 309,860.00 |
| Health Care Insurance Settlement Proceeds | - | 160,000.00 | 160,000.00 |
| Medical Refunds | 189,274.83 | - | 189,274.83 |
| Deposit Refunds | 417,058.36 | - | 417,058.36 |
| Deferred Comp Professional Fee Reimbursement | 481,402.85 | - | 481,402.85 |
| Repayment of T&I Amount by CSFB | 1,566,002.71 | - | 1,566,002.71 |
| Professional Fees Refund | 671,917.62 | - | 671,917.62 |
| Interest | 736,936.92 | 40,400.79 | 777,337.71 |
| SPI Settlement | 474,005.87 | - | 474,005.87 |
| Carrington Distribution | 2,218,308.12 | - | 2,218,308.12 |
| Deferred Comp Funds Transferred from Wells Fargo | 6,704,474.59 | - | 6,704,474.59 |
| Deferred Comp Funds Upon 9019 Approval | 35,911,975.15 | - | 35,911,975.15 |
| Gross Preference Recovery | 2,406,135.10 | 2,242,286.13 | 4,648,421.23 |
| Other Cause of Action Settlement Proceeds | 51,072,586.59 | - | 51,072,586.59 |
| Other | 305,204.72 | 78,445.60 | 383,650.32 |
| Total of Cash Received | 107,325,188.51 | 4,410,975.03 | 111,736,163.54 |
| Total of Cash Available | 193,923,955.97 | 111,572,653.97 | 198,334,931.00 |
| **Disbursements Related to Pre-Effective Date Activity** | | | |
| WARN Settlement | (2,604,559.04) | - | (2,604,559.04) |
| SPI Settlement | (1,838,472.59) | - | (1,838,472.59) |
| DCP Settlement[(1)] | (17,326,691.42) | - | (17,326,691.42) |
| Administrative Claims | (880,628.91) | - | (880,628.91) |
| Pre-Effective Date Operating Expenses | (333,568.50) | - | (333,568.50) |
| Chapter 11 Professional Fees and Expenses | (16,361,116.78) | - | (16,361,116.78) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | - | (3,500,000.00) |
| Pre-Effective Date Administrative Expense Payment Drafts | (420,473.27) | - | (420,473.27) |
| Insurance LOC Drawdown | (146,162.71) | (581,123.56) | (727,286.27) |
| Payment of Wilmington Trustee Fees | (57,755.62) | - | (57,755.62) |
| Total Pre-Effective Date Disbursements | (43,469,428.84) | (581,123.56) | (44,050,552.40) |
| **Disbursements Related to Post-Effective Date Activity** | | | |
| Trust Insurance Requirements / Surety Bond | (620,501.21) | - | (620,501.21) |
| Payroll and Payroll Related | (3,306,719.44) | (404,692.03) | (3,711,411.47) |
| US Trustee Fees | (102,283.33) | - | (102,283.33) |
| Other Trust Operating Expenses | (1,815,204.78) | (402,879.26) | (2,218,084.04) |
| Subtotal Trust Administrative Expenses | (5,844,708.76) | (807,571.29) | (6,652,280.05) |
| Trust Professional Fees | (37,448,139.43) | (1,825,871.86) | (39,274,011.29) |
| Total Disbursements | (86,762,277.03) | (3,214,566.71) | (89,976,843.74) |
| Ending Balance | $ 107,161,678.94 | $ 108,358,087.26 | $ 108,358,087.26 |

| | 3/31/10 Balance |
|---|---|
| JPM Chase Accounts[(2)] | $ 55,032,629.15 |
| Other Accounts[(3)] | 2,405,446.37 |
| Wilmington Account[(4)] | 50,920,011.74 |
| Total Cash | $ 108,358,087.26 |

[(1)] Excludes $3,783,309 remaining settlement amount held for future distribution.
[(2)] Includes Money Market Account (Acct. #: 312-1992285-65) and Checking Account (Acct. #: 312-1992285-66).
[(3)] Includes miscellaneous Debtors' bank accounts at Union Bank and Deutsche Bank not yet transferred to the Liquidating Trust Bank Accounts.
[(4)] Wilmington Trust (Acct. #: 092612-000)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: April 9, 2010

Name/Title Debtor: Alan M. Jacobs
Liquidating Trustee