IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :    Chapter 11
IN RE:                                                 :    Case No. 07-10416 (KJC)
                                                       :
NEW CENTURY TRS HOLDINGS, INC.,                        :    (Jointly Administered)
et al., a Delaware Corporation,                        :
                                                       :
                    Debtors.¹                          :
                                                       :
------------------------------------------------------ x    Re: Docket No. 10062, 10074
```

## ORDER APPROVING MOTION OF THE NEW CENTURY LIQUIDATING TRUST PURSUANT TO 11 U.S.C. § 554 FOR ORDER AUTHORIZING ABANDONMENT OF ASSETS

THIS COURT having considered the Motion of the New Century Liquidating Trust Pursuant to 11 U.S.C. § 554 for Order Authorizing Abandonment of Assets (the "Motion") seeking authorization for the Trust,[2] by and through Alan M. Jacobs, as the Bankruptcy Court appointed Trustee, to abandon all right, title and interest in the stock of the Affiliates; and it appearing that notice of the Motion has been given to the United States Trustee and all parties as required by the Order Granting the Motion of the Liquidating Trustee Pursuant to 11 U.S.C. §§

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Motion.

102 and 105(a) and Fed. R. Bankr. P. 2002(m) and 9007 Establishing Notice and Service Procedures entered on November 18, 2008, and that no further notice need be given; and it appearing that no meritorious objections have been filed to the Motion; and the Court being satisfied, based upon the representations made in the Motion, and after due deliberation and sufficient cause appearing therefore, it is:

**ORDERED**, that the Trust's ownership interest in the stock of the Affiliates is deemed hereby abandoned, pursuant to 11 U.S.C. § 554, by the Trust and it is further

**ORDERED**, that the Trust and the Trustee shall have no further responsibility or obligations with respect to the stock of the Affiliates; and it is further

**ORDERED**, that the Trust is authorized to use or dispose of the ownership interest in the stock of the Affiliates in whatever manner it deems appropriate.

---
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

Dated: April ⎵, 2010