# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | Case No. 07-10416 (KJC) |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | Jointly Administered |
| **Debtors.** | : | |
| | : | Re: Docket No. _10092_ |
| | : | |

## ORDER APPROVING STIPULATION BY AND BETWEEN NEW CENTURY LIQUIDATING TRUST AND PENNSYLVANIA DEPARTMENT OF REVENUE REGARDING THE SETTLEMENT OF CLAIMS

Upon review and consideration of the Stipulation (the "Stipulation") entered into by and between the New Century Liquidating Trust (the "Trust"), by and through Alan M. Jacobs, as its Bankruptcy Court appointed Liquidating Trustee (the "Trustee") and the Pennsylvania Department of Revenue (the "Department of Revenue" and together with the Trust, the "Parties"), and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation attached hereto as Exhibit 1 is hereby approved.

2. The Allowed Claims[2] are hereby reduced and allowed in the amounts set forth in the Stipulation.

---

[1] The Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Stalking Horse Bidders Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation.

[2] Any capitalized term not defined herein shall have the same meaning ascribed to it under the Stipulation.

1

871230/003-1854571.1

3. Except to the extent allowed by the Stipulation and except for the Outstanding Claims, all other proofs of claim filed by the Department of Revenue and any scheduled claims of the Department of Revenue are hereby disallowed and expunged in full.

4. The Trust reserves its right to assert any objections to any of the Outstanding Claims and the Tax Board reserve its right to defend against any objections to any of the Outstanding Claims.

5. The Bankruptcy Court shall retain jurisdiction over the Parties with respect to any matters related to or arising from the implementation of this Order.

Date: April 30, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE