UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re | Bk. No. 07-10416 (KJC) |
|---|---|
| New Century TRS Holdings, Inc., a Delaware Corporation, *et al.* | Chapter 11 |
| Debtor. | Jointly Administered |
| Alan M. Jacobs, Liquidating Trustee for the New Century Liquidating Trust, Plaintiff, | **STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE CHRISTOPHER S. SONCHTI** |
| vs. | |

| DEFENDANTS | ADVERSARY NUMBER |
|---|---|
| Best Rate Funding Corp. | 09-51849 |
| Providential Bancorp, Ltd. | 09-51809 |
| Serramonte Mortgage Company, Inc. | 09-51817 |

**TOTAL NUMBER OF ADVERSARY PROCEEDINGS: 3**

Pursuant to the Court's Notice and Order of Request for Status Report entered on May 6, 2010, in the above referenced adversary proceedings, Plaintiff files the attached status report providing a status of the above referenced Adversary Actions.

Dated: May 12, 2010

Local Counsel

By  /s/ *Ronald S. Gellert*
Ronald S. Gellert, Esq. DE 4259
Tara Lattomus, Esq. DE 3515
Brya Keilson, Esq. DE 4643
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430   Fax: (302) 425-0432

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101, MN SBN 0266292, VA SBN 18666
Karen M. Scheibe, MN SBN 0300469, ND SBN 05683, SD SBN 1912
A•S•K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121
Telephone: (651) 406-9665 ext. 845   Fax: (651) 406-9676

Attorneys For Plaintiff, Alan M. Jacobs, Liquidating Trustee for the New Century Liquidating Trust

## STATUS "A"
**CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Best Rate Funding Corp. | 09-51849 | Plaintiff and Defendant have agreed to extend the time in which Defendant has to answer Plaintiff's Complaint. |

* 3 Cases

# STATUS "C"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
| Serramonte Mortgage Company, Inc. | 09-51817 | Plaintiff will file a Request for Default Judgment. |

* 1 Case

# STATUS "D"

PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "E"
PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

*None

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |
| Providential Bancorp, Ltd. | 09-51809 | Motion to Stay pending, Parties discussing Settlement. |

* 1 Case

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant's Name | Adversary Number | Status |
|---|---|---|
|  |  |  |

*None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant's Name | Adversary Number | Status |
|---|---|---|

*None