**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | : | Case No. 07-10416 (KJC) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Re: Docket Nos. 10141, 10142 & 10143 |
| | : | Hearing Date: August 4, 2010 at 2:00 p.m. |

## NOTICE OF SUBMISSION OF CLAIMS

TO:   Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On July 2, 2010, the Liquidating Trustee filed: (i) **The New Century Liquidating Trust's Thirty-First Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive]** (Dkt. No. 10142); (ii) **The New Century Liquidating Trust's Thirty-Second Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 and Local Rule 3007-1 [Substantive]** (Dkt. No. 10143); and (iii) **The New Century Liquidating Trust's Objection to Claims Filed by the San Diego County Treasurer Tax Collector Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3007 [Substantive]** (Dkt. No. 10141) (collectively, the "Objections") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Objections is scheduled for August 4, 2010 at 2:00 p.m. at the Bankruptcy Court.

130566.01600/40179615v.1

The claims that are required to be delivered to Chambers pursuant to Del.Bankr.LR 3007-1(e)(iv) have been delivered to Chambers (with all attachments) together with a copy of each Objection. Copies of any claim can be requested from counsel for the Liquidating Trustee.

Dated: July 22, 2010

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

HAHN & HESSEN LLP
Mark T. Power
Mark S. Indelicato
Janine Cerbone
Huria S. Naviwala
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 569-7200
Facsimile: (212) 478-7400

Co-Counsel to the New Century Liquidating Trust and Reorganized New Century Warehouse Corporation

# CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on July 22, 2010, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Notice Of Submission Of Claims**

*/s/ David W. Carickhoff*
David W. Carickhoff

**"Post-Effective Date 2002 Service List"**

**Via Hand Delivery**

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett
Amy D. Brown
750 Shipyard Drive, Suite 102
Wilmington, DE 19801

Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Andrew C. Kassner
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Joseph J. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Christopher P. Simon
Kevin S. Mann
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Email: csimon@crosslaw.com

Robert J. Keach
D. Sam Anderson
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04104-5029
Facsimile: 207-774-1127
Email: Rkeach@bernstein.com

Mark T. Power
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, New York 10022

Alan M. Jacobs, President
AMJ Advisors LLC
999 Central Avenue
Suite 208
Woodmere, New York 11598

David Unseth, Esq.
Bryan Cave, LLP
One Metropolitan Square
211 North Broadway, Ste. 3600
St. Louis, MO 63102-2750

Katherine M. Windler, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Paul T. Liu, Esq., VP and Deputy Gen. Counsel
John Guerry, Esq. Sr. VP & Asst. Gen. Counsel
Countrywide Home Loans, Inc.
4500 Park Granada
Mail Stop CH-11
Calabasas, CA 91302


**Via First Class Mail**

Kenneth W. Demers
Demers & Dixon, P.C.
42815 Garfield, Suite 210
Clinton Township, MI  48038-5026

Denise Y. Schultz
1361 South Palm Avenue
Hemet, CA  92543
(951) 766-9047 (phone)
wottawoman@aol.com

Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Rd., Ste. 140
Addison, TX  75001

Sheryl L. Moreau
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Ralph and Molly White
5948 Doraville Drive
Port Orange, FL  32127

Leslie Marks
3099 Suter Street
Oakland, CA  94602

Daniel S. Alcorn
Alcorn Karlin LLC
313 E. Main Street
Galesburg, IL  61402

Dan McAllister
Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA  92101

Michael L. Molinaro
Stanley F. Orszula
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL  60654

Justin Kiesz
Kiesz & Associates, Inc.
4444 SE Washington Street
Milwaukie, OR  97222

Michael R. Pfeifer
Libby Wong
Pfeifer & De La Mora, LLP
765 The City Drive, Suite 380
Orange, CA 92868

William Bradley Russell Jr.
U.S. Department of Justice
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Email: William.B.Russell@usdoj.gov

S. Jason Teele
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Anita B. Carr
11801 Bloomington Way
Dublin, CA 94568

Aaron J. Racine
MONACO, SANDERS, GOTFREDSON,
RACINE & BARBER, L.C.
1411 E. 104th Street, Suite 100
Kansas City, Missouri 64131-4521