# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 07-10416 (KJC) |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors. | : |
| | : 10382 |
| | : Re: D.I. 10182, 10237 & _____ |

## ORDER REINSTATING MUNOZ CLAIM EXPUNGED BY ORDER GRANTING THE SECOND MOTION OF THE NEW CENTURY LIQUIDATING TRUST TO DISALLOW CLAIMS FOR FAILURE TO PROVIDE I.R.S. FORM W-9 TO THE TRUST [D.I. 10237]

Upon the representations of counsel for the New Century Liquidating Trust (the "Trust"), by and through Alan M. Jacobs, as its Court-appointed Liquidating Trustee, the Court finds as follows:

A.  On August 13, 2010, the Trust filed the *Second Motion of the New Century Liquidating Trust to Disallow Claims for Failure to Provide I.R.S. Form W-9 to the Trust* [D.I. 10182] (the "Second W-9 Motion"). By the Second W-9 Motion, the Trust requested that the Court expunge claims because the respective claimholders failed to provide the Trust an I.R.S. Form W-9 ("Form W-9").

B.  On September 21, 2010, this Court entered the Order granting the Second W-9 Order [D.I. 10237] (the "Second W-9 Order"). One of the claims expunged by the Second W-9 Order was the claim of Bernadino and Blanca Munoz scheduled against New Century Mortgage Corporation as a general unsecured claim in the amount of $600.00 (the "Munoz Claim").

C.  Since the entry of the Second W-9 Order, the Trust has received a Form W-9 from Bernadino and Blanca Munoz

130566.01600/40193438v.1

In consideration of the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Second W-9 Order shall have no effect on the Munoz Claim, and the Munoz Claim is hereby reinstated as a $600.00 general unsecured claim against New Century Mortgage Corporation.

2. This Court shall retain jurisdiction over the parties with respect to any matters related to or arising from the implementation of this Order.

Dated: February ___, 2011

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge