# IN THE UNTITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors. | Chapter 11<br><br>Case No. 07-10416(KJC) |

## OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT
## OF THE NEW CENTURY LIQUIDATING TRUST
## FOR THE QUARTER ENDING ON DECEMBER 31, 2010

Dated: February 14, 2011

**BLANK ROME LLP**

By:  */s/ David W. Carickhoff*
  David W. Carickhoff (No. 3715)
  Alan M. Root (No. 5427)
  1201 Market Street, Suite 800
  Wilmington, Delaware 19801
  (302) 425-6400 – Telephone
  (302) 425-6464 – Facsimile

  -and-

  HAHN &HESSEN LLP
  488 Madison Avenue
  New York, New York 10022
  (212) 478-7200 – Telephone
  (212) 478-7400 – Facsimile
  Attn: Mark S. Indelicato, Esq.
    Janine M. Cerbone, Esq.
    Nicholas C. Rigano, Esq.

  *Co-Counsel to the New Century Liquidating Trust*

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:
NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

| | |
|---|---|
| Chapter 11 | |
| Case No. 07-10416 (KJC) | |
| Jointly Administered | |

Bank: The Bank of New York/Mellon
Union Bank
Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 12/31/2010

Note: This Report of the New Century Liquidating Trust (i) reflects asset recoveries on a cash basis only, (ii) does not reflect any prospective recoveries for any remaining unliquidated assets, which are uncertain and have a material variance between possible low and high recovery prospects, (iii) does not include accrual of future administration costs accounted for on a cash basis, (iv) does not separately identify debtor groups' and net litigation recovery cash balances, (v) does not identify allowed and projected allowed claims in the aggregate, by class or by separate debtor group, and (vi) does not provide projections of future distributions in the aggregate, by class or by separate debtor group.

| | 8/1/08 (Plan effective date) through 12/31/09 | 1/1/10 through 3/31/10 | 4/1/10 through 6/30/10 | 7/1/10 through 9/30/10 | 10/1/10 through 12/31/10 | 8/1/08 (Plan effective date) through 12/31/10 |
|---|---:|---:|---:|---:|---:|---:|
| Beginning Balance | $ 86,598,767.46 | $ 107,161,678.94 | $ 108,358,087.26 | $ 107,691,682.22 | $ 113,938,178.54 | $ 86,598,767.46 |
| All Trust Receipts: | | | | | | |
| Refund of Cash Collateral by Bond Safeguard | 2,002,643.99 | - | - | - | - | 2,002,643.99 |
| Tax Refunds | 1,123,205.45 | 27.04 | 35,924.42 | - | - | 1,159,156.91 |
| Insurance Refunds | 841,491.64 | 579,422.42 | 25.99 | - | - | 1,420,940.05 |
| Life Insurance Proceeds from DCP | - | 1,203,097.05 | - | - | - | 1,203,097.05 |
| Asset Sale Proceeds | 202,564.00 | 107,296.00 | - | - | - | 309,860.00 |
| Healthcare Insurance Settlement Proceeds | - | 160,000.00 | - | - | - | 160,000.00 |
| Medical Refunds | 189,274.83 | - | - | - | - | 189,274.83 |
| Deposit Refunds | 417,058.36 | - | 12,357.73 | - | - | 429,416.09 |
| Deferred Comp Professional Fee Reimbursement | 481,402.85 | - | - | - | - | 481,402.85 |
| Repayment of TI&I Amount by CSFB | 1,566,002.71 | - | - | - | - | 1,566,002.71 |
| Professional Fees Refund | 671,917.62 | - | - | - | - | 671,917.62 |
| Interest | 736,936.92 | 40,400.79 | 47,790.73 | 53,159.44 | 30,661.64 | 908,949.52 |
| SPI Settlement | 474,005.87 | - | - | - | - | 474,005.87 |
| Carrington Distribution | 2,218,308.12 | - | - | - | - | 2,218,308.12 |
| Deferred Comp Funds Transferred from Wells Fargo | 6,704,474.59 | - | - | - | - | 6,704,474.59 |
| Deferred Comp Funds Upon 9019 Approval | 35,911,975.15 | - | - | - | - | 35,911,975.15 |
| Gross Preference Recovery | 2,406,135.10 | 2,242,286.13 | 1,890,216.99 | 982,469.31 | 479,321.98 | 8,000,429.51 |
| D&O Settlement Recovery | - | - | - | - | 20,932,322.28 | 20,932,322.28 |
| Other Cause of Action Settlement Proceeds | 51,072,586.59 | - | 1,450,000.00 | - | 100,000.00 | 52,622,586.59 |
| Net Proceeds from foreclosed mortgage loans (Carrington) | - | - | - | 2,972,720.10 | - | 2,972,720.10 |
| Released proceeds from Access Lending | - | - | - | 1,810,607.44 | - | 1,810,607.44 |
| Deutsche Bank Settlement | - | - | - | 3,143,143.64 | - | 3,143,143.64 |
| Other | 305,204.22 | 78,445.60 | 126,706.97 | 33,728.04 | 21,783.81 | 565,868.64 |
| Total of Cash Received | 107,325,188.01 | 4,410,975.03 | 3,563,022.83 | 8,995,827.97 | 21,564,089.71 | 145,859,103.55 |
| Total of Cash Available | 193,923,955.47 | 111,572,653.97 | 111,921,110.09 | 116,687,510.19 | 135,502,268.25 | 232,457,871.01 |

Page 1 of 3

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

**Note:** This Report of the New Century Liquidating Trust (i) reflects asset recoveries on a cash basis only, (ii) does not reflect any prospective recoveries for any remaining unliquidated assets, which are uncertain and have a material variance between possible low and high recovery prospects, (iii) does not include accrual of future administration costs accounted for on a cash basis, (iv) does not separately identify debtor groups' and net litigation recovery cash balances, (v) does not identify allowed and projected allowed claims in the aggregate, by class or by separate debtor group, and (vi) does not provide projections of future distributions in the aggregate, by class or by separate debtor group.

Plan Effective Date: August 1, 2008

Bank: The Bank of New York Mellon
Union Bank
Wilmington Trust

Reporting Period: 8/1/2008 (inception) through 12/31/2010

| | 8/1/08 (Plan effective date) through 12/31/09 | 1/1/10 through 3/31/10 | 4/1/10 through 6/30/10 | 7/1/10 through 9/30/10 | 10/1/10 through 12/31/10 | 8/1/08 (Plan effective date) through 12/31/10 |
|---|---|---|---|---|---|---|
| **Distribution Activity** | | | | | | |
| Distributions to Secured, Administrative, Priority Claims | (880,628.91) | - | (834,720.00) | - | (2,403,678.11) | (4,119,027.02) |
| Distributions to General Unsecured Creditor Claims | - | (834,720.00) | - | - | (75,746,614.13) | (75,746,614.13) |
| Total Distribution Activity | (880,628.91) | - | (834,720.00) | - | (78,150,292.24) | (79,865,641.15) |
| **Disbursements Related to Pre-Effective Date Activity** | | | | | | |
| WARN Settlement | (2,604,559.04) | - | (972.76) | - | - | (2,605,531.80) |
| SPI Settlement | (1,838,472.59) | - | - | - | - | (1,838,472.59) |
| DCP Settlement | (17,326,691.42) | - | (551,558.52) | - | (3,231,750.61) | (21,110,000.55) |
| Settlement of Litigation | - | - | - | (80,000.00) | (60,000.00) | (140,000.00) |
| Pre-Effective Date Operating Expenses | (333,568.50) | - | - | - | - | (333,568.50) |
| Chapter 11 Professional Fees and Expenses | (16,361,116.78) | - | - | - | - | (16,361,116.78) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | - | - | - | - | (3,500,000.00) |
| Pre-Effective Date Administrative Expense Payment Drafts | (420,473.27) | - | - | - | - | (420,473.27) |
| Insurance LOC Drawdown | (146,162.71) | - | - | (17,721.80) | (8,846.68) | (753,854.75) |
| Payment of Wilmington Trustee Fees | (57,755.62) | - | - | - | - | (57,755.62) |
| Total Pre-Effective Date Disbursements | (42,588,799.93) | (581,123.56) | (552,531.28) | (97,721.80) | (3,300,597.29) | (47,120,773.86) |
| **Disbursements Related to Post-Effective Date Activity** | | | | | | |
| Trust Insurance Requirements / Surety Bond | (620,501.21) | - | (2,708.00) | (142,720.00) | (1,578.48) | (767,507.69) |
| Payroll and Payroll Related | (3,306,719.44) | (404,692.03) | (436,691.91) | (344,090.96) | (388,930.54) | (4,881,124.88) |
| US Trustee Fees | (102,283.33) | - | (14,950.00) | (14,950.00) | (14,250.00) | (146,433.33) |
| Other Trust Operating Expenses | (1,815,204.78) | (402,879.26) | (335,825.97) | (207,564.42) | (338,992.09) | (3,100,466.52) |
| Subtotal Trust Administrative Expenses | (5,844,708.76) | (807,571.29) | (790,175.88) | (709,325.38) | (743,751.11) | (8,895,532.42) |
| Trust Professional Fees | (37,448,138.93) | (1,825,871.86) | (2,052,000.71) | (1,942,284.47) | (1,669,854.12) | (44,938,150.09) |
| Total Disbursements | (86,762,276.53) | (3,214,566.71) | (4,229,427.87) | (2,749,331.65) | (83,864,494.76) | (180,820,097.52) |
| **Ending Balance** | $ 107,161,678.94 | $ 108,358,087.26 | $ 107,691,682.22 | $ 113,938,178.54 | $ 51,637,773.49 | $ 51,637,773.49 |

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:  
NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

| | |
|---|---|
| Chapter 11 | |
| Case No. 07-10416 (KJC) | |
| Jointly Administered | |

**Note:** This Report of the New Century Liquidating Trust (i) reflects asset recoveries on a cash basis only, (ii) does not reflect any prospective recoveries for any remaining unliquidated assets, which are uncertain and have a material variance between possible low and high recovery prospects, (iii) does not include accrual of future administration costs accounted for on a cash basis, (iv) does not separately identify debtor groups' and net litigation recovery cash balances, (v) does not identify allowed and projected allowed claims in the aggregate, by class or by separate debtor group, and (vi) does not provide projections of future distributions in the aggregate, by class or by separate debtor group.

Bank: The Bank of New York Mellon  
Union Bank  
Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 12/31/2010

| | 8/1/08 (Plan effective date) through 12/31/09 | 1/1/10 through 3/31/10 | 4/1/10 through 6/30/10 | 7/1/10 through 9/30/10 | 10/1/10 through 12/31/10 | 12/31/10 Balance [1] |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon Accounts [2] | | | | | | $ 24,481,262.43 |
| Other Accounts [3] | | | | | | 1,183,854.52 |
| Wilmington Account [4] | | | | | | 25,972,656.54 |
| **Total Cash** | | | | | | **8/1/08 (Plan effective date) through 12/31/10** $ 51,637,773.49 |

[1] At 12/31/10, the cash balance includes reserves for unremitted distributions of approximately $19.5 million for unresolved secured, administrative and priority claims and unresolved general unsecured claims.  
[2] Includes Money Market Account (Acct. #: 9200-01992285-65) and Checking Account (Acct. #: 9200-01992285-66).  
[3] Includes miscellaneous Debtors' bank accounts at Union Bank not yet transferred to the Liquidating Trust Bank Accounts.  
[4] Wilmington Trust (Acct. #: 092612-000)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 11, 2011

Name/Title Debtor: Alan M. Jacobs  
Trustee

Page 3 of 3