# EXHIBIT 'B'

ANDRES ROJAS' NOTARIAL JOURNAL LOG, THE FORMER EMPLOYEE OF HOME123 CORP.

| # | Month/Day/Year of Notarization | Notice Type / Take Zinned Sidement | Document Date (Month/Day/Year) | Document Kind of Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | November 21, 2007 | Acknowledgement | November 20, 2007 | Agricultural Contract | Leland Carl Mote<br>PO Box 130018<br>Big Bear Lake, CA 92315 |
| 2 | March 5, 2007 | Acknowledgement | March 5, 2007 | Lost Note Affidavit<br>Modification Agreement<br>Corporate Assignments | Alfred Vandermade<br>210 Commerce<br>Irvine, CA 92602 |
| 3 | March 5, 2007 | Acknowledgement | March 5, 2007 | Lost Note Affidavit<br>Modification Agreement<br>Corporate Assignments | Steve Nagy<br>210 Commerce<br>Irvine, CA 92602 |
| 4 | March 5, 2007 | Acknowledgement | March 5, 2007 | Lost Note Affidavit<br>Modification Agreement<br>Corporate Assignments | Diana Noriega<br>210 Commerce<br>Irvine, CA 92602 |
| 5 | March 5, 2007 | Acknowledgement | March 5, 2007 | Lost Note Affidavit | Alejandro Mercado<br>210 Commerce<br>Irvine, CA 92602 |
| 6 | March 5, 2007 3:00 P.M. | Acknowledgement | March 5, 2007 | | Angel Viveros<br>210 Commerce<br>Irvine, CA 92602 |
| 7 | March 5, 2007 3:30 P.M. | Acknowledgement | March 5, 2007 | Lost Note Affidavit | Javier Lopez<br>210 Commerce<br>Irvine, CA 92602 |
| 8 | March 6, 2007 9:00 A.M. | Acknowledgement | March 6, 2007 9:00 A.M. | Letter of consent | Erika Reyes<br>210 Commerce<br>Irvine, CA 92602 |

| # | Thumbprint | Signature | Fee | Identification |
|---|---|---|---|---|
| 1 | [thumbprint] | [signature] | $10 | Driver License 419103 |
| 2 | [thumbprint] | [signature] | $10 | |
| 3 | [thumbprint] | [signature] | $10 | |
| 4 | [thumbprint] | [signature] | $10 | |
| 5 | [thumbprint] | [signature] | $10 | |
| 6 | [thumbprint] | [signature] | $10 | |
| 7 | [thumbprint] | [signature] | $10 | |
| 8 | [thumbprint] | [signature] | $10 | |

Column headers (per row): Top of thumb here; Personally known by the Notary / Describe each card below / Witness(es) -- Include signature of each witness