UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANITA B. CARR, Plaintiff | ) CHAPTER 11 |
| | ) |
| v. | ) ADVERSARY PROCEEDING CASE NO.: 09-52251-KJC |
| | ) |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.* | ) CASE NO. . 07-10416 KJC |
| | ) |
| Defendant & Debtors. | ) PROOF OF SERVICE |

I, the undersigned, declare that I reside in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My residence address is 7760 Coral Way, Dublin, CA 94568 . On February 16, 2011 I served the following Documents as follows:

[X] BY FEDEX to the below interested parties to said action at the following addresses:

1. MOTION IN SUPPORT OF EVIDENTIARY HEARING AND JUDICIAL NOTICE
2. EXHIBITS
3. [PROPOSED] ORDER

Elizabeth Sloan & David Carickhoff
Blank Rome, LLP
1201 Market St. Ste. 800
Wilmington, DE 19801

Mark S. Indelicato & Janine Cerbone
Hahn & Hessen, LLP
488 Madison Avenue
New York NY 10022

I declare under penalty of perjury that the foregoing is true and correct and executed on this February 16, 2011, at Dublin, Delaware.

PRINT NAME: Sue Bertenshaw