# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | Case No. 07-10416 (KJC) |
| Debtors. | (Jointly Administered) |
| ----------------------------------------------------------x | |
| ANITA B. CARR, | Adv. Proc. No. 09-52251 (KJC) |
| Plaintiff, | |
| vs. | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, | |
| Defendant. | |
| ----------------------------------------------------------x | |
| LESLIE MARKS, | Adv. Proc. No. 09-50244 (KJC) |
| Plaintiff, | |
| vs. | |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, | |
| Defendant. | |
| ----------------------------------------------------------x | |

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 24, 2011 AT 10:00 A.M.

**(Any party who wishes to appear telephonically must contact CourtCall, LLC by telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. ET one business day prior to the hearing. Any party whose matter is scheduled for a status conference does not need to appear live and may attend telephonically.)**

## I. MATTERS GOING FORWARD:

1. Motion of Mary Guinto and Thomas A. Guinto, Pro Se to Consider Proof of Claim Timely Filed [D.I. 10328; filed 12/7/10]

   Objection deadline: None

   Objections/Responses Received:

   A. Objection Of The New Century Liquidating Trust To The Motion Of Mary Guinto And Thomas A. Guinto, Pro Se, To Consider Proof Of Claim Timely Filed [D.I. 10379; filed 2/1/11]

   Related Documents:

   B. Supplement to the Declaration of Donna Walker in Support of the Objection of the New Century Liquidating Trust to the Motion of Mary Guinto and Thomas A. Guinto, Pro Se, to Consider Proof of Claim Timely Filed [D.I. 10386; filed 2/8/11]

   C. Scheduling Order Regarding The Motion of Mary Guinto And Thomas A. Guinto, Pro Se To Consider Proof Of Claim Timely Filed [D.I. 10397; filed 2/16/11]

   Status: A status conference on this matter will go forward.

2. *Anita B. Carr v. New Century TRS Holdings, Inc., et al. (Adv. Pro. No. 09-52251)*: Request for Stay of Dismissal and for Evidentiary Hearing [Adv. D.I. 53; filed 12/14/10]

   Objections/Responses Received:

   A. Response to Anita B. Carr's Request for Stay of Dismissal and for Evidentiary Hearing [Adv. D.I. 57; filed 2/10/11]

   B. Settlement Agreement (Re: Dkt. No. 57) [Filed by New Century Liquidating Trust] [Adv. D.I. 60; filed 2/18/11]

Related Documents:

C. Order Granting Request for Stay of Dismissal and for Evidentiary Hearing [Adv. D.I. 54, filed 12/22/10]

D. Order (Revised) Granting Request for Stay of Dismissal and for Evidentiary Hearing [Adv. D.I. 55; entered 12/22/10]

E. Brief In Support of Evidentiary Hearing and Judicial Notice [Filed by Anita B. Carr] [Adv. D.I. 59; filed 2/17/11]

Status: The hearing on this matter will go forward.

3. *Leslie Marks v. New Century TRS Holdings, Inc., et al. (Adv. Pro. No. 09-50244)*: Request for Stay of Dismissal and Status Conference Statement [Adv. D.I. 53; filed 10/19/10] & Ex Parte Application for Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 56; filed 11/3/10]

    Objections/Responses Received:

    A. The New Century Liquidating Trust's Response to Leslie Marks' Request for the Stay of Dismissal and Status Conference Statement [Adv. D.I. 54; Filed 10/19/10].

    B. The New Century Liquidating Trust's Response To Leslie Marks' Ex Parte Application For Temporary Restraining Order And Preliminary Injunctions [D.I. 10341 and Adv. D.I. 63; filed 12/14/10]

    C. Declaration of Trenor Askew in Response to Scheduling Order dated 11/17/2010 [Adv. D.I. 65; filed 12/15/10]

    D. Plaintiff's Reply to Opposition of the New Century Liquidating Trust re TRO and Breach of Settlement Agreement [Adv. D.I. 67; filed 12/16/10]

    E. Supplemental Declaration of Trenor Askew in Response to Scheduling Order Dated 11/17/10 [Adv. D.I. 73; filed 2/17/11]

    Related Documents:

    F. Memorandum of Points and Authorities In Support of Temporary Restraining Order [Adv. D.I. 56, filed 11/3/10]

    G. Order Granting Request to Continue Hearing Set for January 4, 2011 [Adv. D.I. 68; entered 12/22/10]

    H. Declaration of Leslie Marks [Adv. D.I. 72; filed 2/17/11

    I. Affidavit Stating Reason Why Document is Being Filed Conventionally Instead of Electronically [Adv. D.I. 74; filed 2/17/11]

J.  Ex Parte Application to Hear Marks Objection Continuation of Evidentiary Hearing to March 23, 2011 [Adv. D.I. 75; filed 2/17/11]

K.  Plaintiff's Objection Continuation of Evidentiary Hearing to March 23, 2011 [Adv. D.I. 76; entered 2/17/11]

L.  (Informal) Letter in Response to Plaintiff's Objection Continuation of Evidentiary Hearing to March 23, 2011 [Undocketed]

Status: The hearing on this matter will go forward.

Dated: February 18, 2011

**BLANK ROME LLP**

*/s/ David W. Carickhoff*
David W. Carickhoff (DE No. 3715)
Alan M. Root (DE No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:   Mark S. Indelicato
        Janine M. Cerbone
        Nicholas C. Rigano

*Co-Counsel to the New Century Liquidating Trust*