# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kimberly S. Cromwell, Claimant | ) Initial Disclosures |
| | ) Claim No: 4119 |
| | ) |
| | ) |
| New Century TRS Holdings | ) Case No: 07-104-16 KJC , |
| Inc., a Delaware Corporation, *et.al* | ) |
| Debtors | ) |
| | ) |
| | ) |

## KIMBERLY S. CROMWELL'S INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 (a)(1) WITH RESPECT TO THE CLAIM OF KIMBERLY S. CROMWELL

**PLEASE TAKE NOTICE** that Kimberly S. Cromwell, ("Cromwell"), Claimant, as pro se, in accordance with Federal Rule of Civil Procedure 26(a)(1), made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7026 and the applicable Scheduling Order, makes the following initial disclosures. Cromwell reserves the right to amend and/or supplement these disclosures.

## RESERVATIONS

1. These disclosures are based upon information reasonably available to the Cromwell. Continuing investigation and discovery may alter these disclosures. Accordingly, Cromwell reserves the right to supplement the information disclosed below if additional information becomes available.

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

2. By making these disclosures, the Cromwell does not represent that any particular document exists within her possession, custody or control.

3. These initial disclosures are made without waiver of, or prejudice to, any claims or objections the Cromwell may have. Cromwell expressly reserves all objections, including, but not limited to, objections on the grounds of (a) relevance, (b) attorney-client privilege, (c) the attorney work-product doctrine, (d) any other applicable privilege or protection under federal or applicable state law, (e) undue burden, (f) immateriality, and (g) overbreadth.

4. Cromwell reserves the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when they obtain supplemental information, to the extent required by the Federal Rules of Civil Procedure ("*Fed. R. Civ. P.*").

5. Cromwell expressly reserves the right to identify and call as witness additional persons other than those listed below, if, during the course of discovery and investigation relating to the objection to claim, Cromwell learns that such additional persons have knowledge of relevant matters.

6. These initial disclosures are made subject to and without limiting any of the foregoing reservations.

## INITIAL DISCLOSURES

7. In accordance with Fed. R. Civ. P. 26(a)(1)(A)(i), the following persons and/or entities may have discoverable information that Cromwell may use to support her claim.

| **Name** | **Last Known Address** | **Subject Matter** |
|---|---|---|
| Kimberly Cromwell, Claimant / Pro Per | 2405 Shelbourne Way Antioch, California 94531 | Claimant's affairs, custodian of Claimant records. |
| Charles Koppa, Financial Autopsies | 1256 Cedar Street Ramona, California 92065 | Appraisal fraud expert; foreclosure autopsy analysis |
| Dan Edstrom, Securitization Expert | 2690 Brown Bear Court Cool, Calif. 95614 | Securitization analysis of Cromwell Loan |
| Lynette Confetti-Ledbetter, Forensic Document Examiner, Real Estate Specific | 601 Lynn Avenue Antioch, California 94509 | TILA/RESPA/FDCPA Violations |
| Neil Garfield, Attorney At Law | Phoenix, Arizona | Consumer advocate against predatory lending and predatory securitization. He is a former investment banker, radio talk show host, trial lawyer, and board member of several financial institutions |
| Diana Noriega, former New Century employee | Orange County, California | AVP, New Century Mortgage, oversaw Mexico records management and auditing dept. in Monterrey, Mexico |
| Steve Nagy, former New Century employee | Orange County, California | VP of Loan Documents – oversaw post closing documentation including trailing documents, imaging. Stamped indorsement of his name used on Notes. |
| Adam Levitin, Professor, Associate Professor of Law A.B. Harvard; A.M., | 600 New Jersey Avenue N.W. Washington, DC 20001-2075 | Professor Levitin specializes in bankruptcy, commercial law, and financial regulation. Professor Levitin recently testified before |

M.Phil. Columbia; J.D.
Harvard

congress about predatory securitization.

7. In accordance with Fed. R. Civ. P. 26(a)(1)(A)(ii) the categories of documents in Cromwell's possession, custody or control that Cromwell may use to support her claim may included but are not limited to: Copy of Claim filed by Cromwell, the Bar Date Notice, the loan File including assignments of Deed of Trust and Note indorsements, Purchase Agreements, Appraisal, Securitization Forensic Audit, Forensic Loan Audit, Pooling & Servicing Agreement, Custody Report of documents, Power of Attorneys . These documents and any other relevant documents will be either produced or made available for inspection upon proper request, except that no documents will be disclosed to the extend that they contain privileged or or confidential information.

9. In accordance with Fed. R. Civ. P. 26(a)(1)(A)(iii), Cromwell is seeking to affirm her claim for TILA/RESPA/REG Z, Predatory Lending, Fraud, Fraudulent Conveyance, post petition activies and is seeking monetary relief.

10. In accordance with Fed. R. Civ. P. 26(a)(1)(A)(iv), Cromwell is unaware of any insurance agreements relevant to this action.

11. In accordance with Fed. R. Civ. P. 26(a)(2)(A) and (B), Cromwell has identified expert witnesses. The reports are forthcoming.

Dated: _____    By: _____

Kimberly S. Cromwell, Pro Per
2402 Shelbourne Way
Antioch, California 94531
(925) 755.7576

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action.
I am a resident of or employed in the county where the mailing occurred; my business/residence address is:


On **February 28th, 2011**, I served the foregoing document(s) described as:

**Initial Disclosures** to the following parties:

Nicholas Rigano
Hahn Hessen
488 Madison Avenue
New York, NY 10022


[ ] **(By U.S. Mail)** I deposited such envelope in the mail at _____
with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Overnight Delivery)** By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier. .

[ ] **(By Personal Service)** I caused such envelope to be delivered by hand via messenger service to the address above;

[ X ] **(By Facsimile)** I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct.

DATED: 2/28/11

_____
NAME OF PERSON MAILING PAPERS
John S. Lambeth, JR.