UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.* | : | Case  No. 07-10416 (KJC) |
| Debtors | : | |

### ORDER DISALLOWING CLAIM BY CEDRIC MUHAMMAD

AND NOW, this 11th day of April, 2011, upon consideration of the objection by The New Century Liquidating Trust to the request for payment of administrative expenses filed by Cedric Muhammad (D.I. 8901, D.I. 9028), and the response thereto, after a hearing on notice, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** and **DECREED** that Objection is **SUSTAINED** and claim filed by Cedric Muhammad for an administrative expense claim or a general unsecured claim is **DISALLOWED**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: David W. Carickhoff, Esquire [1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.