UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| | : | |
| Debtors | : | Re: D.I. 10562 |

**ORDER GRANTING THE NEW CENTURY LIQUIDATING TRUST'S
OBJECTION TO CLAIM NO. 4131 BY HELEN GALOPE**

AND NOW, this 7th day of February, 2012, upon consideration of the New Century Liquidating Trust's Forty-Second Omnibus Objection to Claims Pursuant to 11 U.S.C. §502(b) and Fed.R.Bankr.P. 3001 and 3007 and Local Rule 3007-1 [Non-Substantive] (D.I. 10562) (the "Claim Objection"), after a hearing on December 13, 2011, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1) The Claim Objection is **SUSTAINED** with respect to Claim number 4131 filed by Helen Galope on July 29, 2011 in the amount of $350,000 secured, plus unliquidated amounts (the "Galope Claim"),[1]

(2) The Galope Claim is hereby disallowed and expunged in full; and

(3) Each claim addressed in the Claim Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014, and this Order shall be deemed a separate Order with respect to the Galope Claim. Any stay of this Order

---

[1] Neither this Order, nor the foregoing Memorandum, addresses the relief requested by the Trustee in the Claim Objection with respect to claim no. 4132, filed by Tiphanie Goines, and claim no. 4133 filed by Karan J. Russell, which objection is still pending

pending appeal shall apply only to the contested matter which involves the Galope Claim and shall not act to stay the applicability and/or finality of this Order with respect to the separate contested matters raised in the Claim Objection .

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: David W. Carickhoff, Esquire[2]

---

[2]Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.