**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation,<br>Debtors.[1] | Chapter 11<br><br>Case No. 07-10416 (KJC) |

**NOTICE OF THIRD INTERIM DISTRIBUTION PURSUANT TO ARTICLE 9.A OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION DATED AS OF SEPTEMBER 30, 2009**

TO:   The United States Trustee for the District of Delaware, all Holders listed as having an Allowed or Disputed Claim as of the Initial Distribution on or about December 15, 2010 and all parties who have previously requested notice pursuant to the Order Granting the Motion of the Liquidating Trustee Pursuant to 11 U.S.C. §§ 102 and 105(a) and Fed. R. Bankr. P. 2002(m) and 9007 Establishing Notice and Service Procedures entered on November 18, 2008 [Docket No. 9165].

PLEASE TAKE NOTICE that on November 20, 2009, the Bankruptcy Court for the District of Delaware (the "Court") confirmed the Modified Second Amended Joint Chapter 11 Plan of Liquidation Dated as of September 30, 2009 (the "Modified Plan").

PLEASE TAKE FURTHER NOTICE that on December 1, 2009, the Modified Plan became effective. Pursuant to section 1141(a) of the Bankruptcy Code[2], the provisions of the Modified Plan are binding on all holders of Claims against the Debtors.

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Modified Plan.

PLEASE TAKE FURTHER NOTICE that pursuant to Article 9.A of the Modified Plan, the Liquidating Trustee made an initial distribution (the "First Distribution") to the Holders of Allowed Claims on or around December 15, 2010.

PLEASE TAKE FURTHER NOTICE that pursuant to Article 9.A of the Modified Plan, the Liquidating Trustee made a second interim distribution (the "Second Interim Distribution") to the Holders of Allowed Claims on or around May 31, 2011.

PLEASE TAKE FURTHER NOTICE that pursuant to Article 9.A of the Modified Plan, the Liquidating Trustee intends to make a third interim distribution (the "Third Distribution") to the Holders of Allowed Claims on or about January 4, 2013.  In order to allow a creditor to determine whether it qualifies as a Holder of an Allowed Claim and the current amount of such Claims, the Liquidating Trustee has created a website that contains the following four PDF schedules: (1) schedule of outstanding Allowed and Disputed Unsecured Claims sorted alphabetically by creditor name; (2) schedule of outstanding Allowed and Disputed Unsecured Claims sorted numerically by proof of claim number or schedule identification number as assigned to such claim in the claims register maintained by Kurtzman Carson Consultants, LLC ("KCC"); (3) schedule of outstanding Allowed and Disputed Secured, Administrative and Priority Claims sorted alphabetically by creditor name; and (4) schedule of outstanding Allowed and Disputed Secured, Administrative and Priority Claims sorted numerically by proof of claim number or schedule identification number as assigned to such claim in the claims register maintained by KCC.  The website can be accessed at: NCLiquidatingTrust.com.

[*Remainder of page intentionally left blank*]

PLEASE TAKE FURTHER NOTICE that if any creditor or other party in interest has questions or concerns, please direct your inquiry to the Liquidating Trustee at: LiquidatingTrust@ncen.com.

Dated: January 3, 2013

**BLANK ROME LLP**

*/s/ Alan M. Root*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:   Mark S. Indelicato
            Mark T. Power