UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.*[1] | : | Case No. 07-10416 (KJC) |
| Debtors | : | (Re: D.I. 10883 ) |

**ORDER DENYING**
**MOTION BY HELEN GALOPE TO IMPEACH/REMOVE TRUSTEE**

AND NOW, this 9th day of July, 2013, upon consideration of the Motion To Impeach/Remove The Trustee (the "Removal Motion") (D.I. 10883), and the response filed by the Liquidating Trustee thereto, and after a hearing on June 20, 2013, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that the Removal Motion is **DENIED**.

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[2]

---

[1] The Court approved joint administration of the chapter 11 cases of New Century TRS Holdings, Inc. and fourteen related entities by Order dated April 3, 2007 (D.I. 52). New Century Warehouse Corporation, a California corporation, filed a chapter 11 bankruptcy petition on August 3, 2007. The jointly administered debtors and New Century Warehouse Corporation are referred to jointly herein as the "Debtors."

[2] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.