## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.*[1] | : | Case  No. 07-10416 (KJC) |
| Debtors | : | (Re: D.I. 10917 ) |

## ORDER DENYING
## SECOND MOTION FOR RECONSIDERATION
## BY HELEN GALOPE

AND NOW, this 17th day of September, 2013, upon consideration of the Second Motion

for Reconsideration filed by Helen Galope (D.I. 10917), and the objection thereto, and after oral

argument, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that

the Second Motion for Reconsideration is **DENIED**.

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[2]

---

[1]The Court approved joint administration of the chapter 11 cases of New Century TRS Holdings, Inc. and fourteen related entities by Order dated April 3, 2007 (D.I. 52).  New Century Warehouse Corporation, a California corporation, filed a chapter 11 bankruptcy petition on August 3, 2007.  The jointly administered debtors and New Century Warehouse Corporation are referred to jointly herein as the "Debtors."

[2]Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.