UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.* | : | Case No. 07-10416 (BLS) |
| | : | (Re: D.I. 10113) |
| Debtors | : | |

ORDER DENYING
THE MOTION OF KIMBERLY CROMWELL
TO CONSIDER PROOF OF CLAIM TIMELY FILED

AND NOW, this 4th day of March, 2014, upon consideration of the Motion of Kimberly S. Cromwell, *pro se*, to consider Proof of Claim Timely Filed (the "Motion") (D.I. 10113), and the objection thereto, after an evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.