# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.* | : | Case No. 07-10416 (BLS) |
| | : | (Re: D.I. 10562) |
| Debtors | : | |

### ORDER SUSTAINING THE NEW CENTURY LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS AND DISALLOWING THE CLAIM FILED BY KARAN J. RUSSELL

AND NOW, this 12th day of March, 2014, upon consideration of The New Century Liquidating Trust's Forty-Second Omnibus Objection to Claims Pursuant to 11 U.S.C. §502(b) and Fed.R.Bankr.P. 3001 and 3007 and Local Rule 3007-1 [Non-Substantive] (the "Claim Objection") (D.I. 10562), and the response of Karan J. Russell thereto (D.I. 10574), after a hearing and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1)　the Claim Objection, as it relates to the proof of claim filed by Karan J. Russell on July 20, 2011 and designated as claim number 4133 (the "Russell Claim"), is **SUSTAINED**; and

(2)　the Russell Claim is disallowed and expunged in full; and

(3)　each claim addressed in the Claim Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014, and this Order shall be deemed a separate Order with respect to the Russell Claim. Any stay of this Order pending appeal shall apply only to the contested matter which involves the Russell

Claim and shall not act to stay the applicability and/or finality of this Order with respect to the separate contested matters raised in the Claim Objection.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.