UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NEW CENTURY TRS HOLDINGS, INC.,<br>a Delaware corporation, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered<br>(Re: D.I. 5537) |

### ORDER DISALLOWING CLAIM NO. 3759 OF PIERRE AUGUSTIN

AND NOW, this 10th day of April, 2014, upon consideration of the Eighteenth Omnibus Objection (D.I. 5537) as it relates to proof of claim no. 3759 filed by Pierre Augustin (the "Claim Objection"), the response thereto, and after a hearing on notice, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(i) The Claim Objection is **SUSTAINED**; and

(ii) Claim no. 3759 filed by Pierre Augustin is **DISALLOWED** and **EXPUNGED** in its entirety.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: : Alan M. Root, Esquire [1]

---

[1] Counsel shall serve copies of the Memorandum and Order on all interested parties and file a Certificate of Service with the Court.