UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | CHAPTER 11 |
| : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC,**: | |
| *et al.* : | Case No. 07-10416 (BLS) |
| Debtors : | (D.I. 10743, 10744) |
| : | |
| **CHRISTINE KONAR,** : | Adv. Pro. No. 12-50187 (KJC) |
| : | (Re: D.I. 5, 24) |
| Plaintiff, : | |
| v. : | |
| : | |
| **NEW CENTURY TRS HOLDINGS, INC,**: | |
| *et al.* : | |
| Defendants : | |

## ORDER

AND NOW, this 23rd day of May, 2014, upon consideration of the following motions filed in the main bankruptcy case: Motion of Christine Konar, *pro se*, to Consider Proof of Claim Timely Filed (D.I. 10743), and (ii) Motion to Amend Proof of Claim (D.I. 10744) (together, the "Konar Claim Motion"); and the responses and other pleadings related thereto, and after a hearing on notice; and further

upon consideration of the Motion of New Century Liquidating Trust To Dismiss Adversary Proceeding Complaint (the "Motion to Dismiss Adversary") (Adv. D.I. 5), and the Motion for Supplemental New Evidence Pleading (the "New Evidence Motion") (Adv. D.I. 24) filed in the above-captioned adversary proceeding, and the responses and other pleadings related thereto;

and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) the Konar Claim Motion is **DENIED**, and the proof of claim filed by Christine Konar (Claim No. 4144) is hereby **DISALLOWED** as untimely;

(2) The New Evidence Motion is **DENIED**; and

(3) the Motion to Dismiss Adversary is **GRANTED**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.