**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*, a Delaware Corporation, <br>           Debtors. | Case No. 07-10416 (BLS) |

**OFFICE OF THE UNITED STATES TRUSTEE – REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT
OF THE NEW CENTURY LIQUIDATING TRUST
<u>FOR THE QUARTER ENDING ON JUNE 30, 2016</u>**

Dated: July 13, 2016

                                        **BLANK ROME LLP**

By:    <u>*/s/ Victoria Guilfoyle*</u>
         Bonnie Glantz Fatell (DE No. 3809)
         Victoria Guilfoyle (DE No. 5183)
         1201 Market Street, Suite 800
         Wilmington, Delaware 19801
         (302) 425-6400 – Telephone
         (302) 425-6464 – Facsimile

-and-

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200 – Telephone
(212) 478-7400 – Facsimile
Attn:   Mark S. Indelicato, Esq.
           Jeffrey Zawadzki, Esq.

*Co-Counsel to the New Century Liquidating Trust*

**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, <u>et al.</u>,

                                    Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: Rabobank, N.A.
      Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 6/30/2016

Note: This Report of the New Century Liquidating Trust (i) reflects asset recoveries on a cash basis only, (ii) does not reflect any prospective recoveries for any remaining unliquidated assets, which are uncertain and have a material variance between possible low and high recovery prospects, (iii) does not include accrual of future administration costs accounted for on a cash basis, (iv) does not separately identify debtor groups' and net litigation recovery cash balances, (v) does not identify allowed and projected allowed claims in the aggregate, by class or by separate debtor group, and (vi) does not provide projections of future distributions in the aggregate, by class or by separate debtor group.

| | 8/1/2008 (Plan effective date) through 12/31/2015 | 1/1/2016 through 3/31/2016 | 4/1/2016 through 6/30/2016 | 8/1/2008 (Plan effective date) through 6/30/2016 |
|---|---:|---:|---:|---:|
| Beginning Balance | $ 86,598,767.46 | 23,218,415.13 | 22,589,765.46 | $ 86,598,767.46 |
| All Trust Receipts: | | | | |
| Refund of Cash Collateral by Bond Safeguard | 2,002,643.99 | | | 2,002,643.99 |
| Tax Refunds | 136,816,686.58 | | | 136,816,686.58 |
| Insurance Refunds | 1,421,271.44 | | | 1,421,271.44 |
| Life Insurance Proceeds from DCP | 1,203,097.05 | | | 1,203,097.05 |
| Asset Sale Proceeds | 309,860.00 | | | 309,860.00 |
| Healthcare Insurance Settlement Proceeds | 160,000.00 | | | 160,000.00 |
| Medical Refunds | 189,598.02 | | | 189,598.02 |
| Deposit Refunds | 429,416.09 | | | 429,416.09 |
| Deferred Comp Professional Fee Insurance Reimbursements | 4,381,402.85 | | | 4,381,402.85 |
| Repayment of T&I Amount by CSFB | 1,566,002.71 | | | 1,566,002.71 |
| Professional Fees Refund | 671,917.62 | | | 671,917.62 |
| Interest | 958,750.32 | 9,071.30 | 9,955.30 | 977,776.92 |
| SPI Settlement | 474,005.87 | | | 474,005.87 |
| Carrington Recoveries | 8,603,918.02 | | | 8,603,918.02 |
| Deferred Comp Funds Transferred from Wells Fargo | 6,704,474.59 | | | 6,704,474.59 |
| Deferred Comp Funds Upon 9019 Approval | 35,911,975.15 | | | 35,911,975.15 |
| Gross Preference Recovery | 8,957,230.63 | | | 8,957,230.63 |
| D&O Settlement Recovery | 20,932,322.28 | | | 20,932,322.28 |
| Other Cause of Action Settlement Proceeds | 52,922,586.59 | | | 52,922,586.59 |
| Net Proceeds from mortgage loans (Carrington) | 2,972,720.10 | | 90,940.67 | 3,063,660.77 |
| Released proceeds from Access Lending | 1,810,607.44 | | | 1,810,607.44 |
| Deutsche Bank Settlement | 3,143,143.64 | | | 3,143,143.64 |
| Discovery Cost Reimbursement | 1,204,713.04 | | 39,923.71 | 1,244,636.75 |
| Other | 2,059,070.94 | 8,823.44 | 38,328.56 | 2,106,222.94 |
| Total of Cash Received | 295,807,414.96 | 17,894.74 | 179,148.24 | 296,004,457.94 |
| Total of Cash Available | 382,406,182.42 | 23,236,309.87 | 22,768,913.70 | 382,603,225.40 |

Page 1 of 3

POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

                    Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: Rabobank, N.A.
      Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 6/30/2016

| | 8/1/2008 (Plan effective date) through 12/31/2015 | 1/1/2016 through 3/31/2016 | 4/1/2016 through 6/30/2016 | 8/1/2008 (Plan effective date) through 6/30/2016 |
|---|---:|---:|---:|---:|
| **Distribution Activity** | | | | |
| Distributions to Secured, Administrative, Priority Claims | (5,620,487.34) | | | (5,620,487.34) |
| Distributions to General Unsecured Creditor Claims | (225,668,781.85) | (250,000.00) | | (225,918,781.85) |
| Total Distribution Activity | (231,289,269.19) | (250,000.00) | - | (231,539,269.19) |
| **Disbursements Related to Pre-Effective Date Activity** | | | | |
| WARN Settlement | (2,605,531.80) | | | (2,605,531.80) |
| SPI Settlement | (1,838,472.59) | | | (1,838,472.59) |
| DCP Settlement | (21,123,948.55) | | | (21,123,948.55) |
| Settlement of Litigation | (140,000.00) | | | (140,000.00) |
| Pre-Effective Date Operating Expenses | (351,847.43) | | | (351,847.43) |
| Chapter 11 Professional Fees and Expenses | (16,361,116.78) | | | (16,361,116.78) |
| Payment of Cure Claim to DBNTC | (3,500,000.00) | | | (3,500,000.00) |
| Pre-Effective Date Administrative Expense Payment Drafts | (420,473.27) | | | (420,473.27) |
| Insurance LOC Drawdown | (1,241,401.15) | | | (1,241,401.15) |
| Amended State/Local Tax Return Payments | (857,324.81) | | | (857,324.81) |
| Payment of Wilmington Trustee Fees | (57,755.62) | | | (57,755.62) |
| Total Pre-Effective Date Disbursements | (48,497,872.00) | - | - | (48,497,872.00) |
| **Disbursements Related to Post-Effective Date Activity** | | | | |
| Trust Insurance Requirements / Surety Bond | (1,441,769.92) | | | (1,441,769.92) |
| Payroll and Payroll Related | (10,121,746.89) | (155,076.34) | (267,362.83) | (10,544,186.06) |
| US Trustee Fees | (432,533.33) | (9,425.00) | (9,425.00) | (451,383.33) |
| Other Trust Operating Expenses | (6,988,943.91) | (128,265.75) | (90,086.01) | (7,207,295.67) |
| Subtotal Trust Administrative Expenses | (18,984,994.05) | (292,767.09) | (366,873.84) | (19,644,634.98) |
| Trust Professional Fees | (60,415,632.05) | (103,777.32) | (56,052.20) | (60,575,461.57) |
| Total Disbursements | (359,187,767.29) | (646,544.41) | (422,926.04) | (360,257,237.74) |
| **Ending Balance** | $ 23,218,415.13 | $ 22,589,765.46 | $ 22,345,987.66 | $ 22,345,987.66 |

POST-CONFIRMATION QUARTERLY SUMMARY REPORT

In re:

NEW CENTURY TRS HOLDINGS,
INC., a Delaware Corporation, et al.,

                      Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

Bank: Rabobank, N.A.
      Wilmington Trust

Plan Effective Date: August 1, 2008

Reporting Period: 8/1/2008 (inception) through 6/30/2016

| | 8/1/2008 (Plan effective date) through 12/31/2015 | 1/1/2016 through 3/31/2016 | 4/1/2016 through 6/30/2016 | 8/1/2008 (Plan effective date) through 6/30/2016 |
|---|---|---|---|---|
| | | | | 6/30/2016 Balance [1] |
| Rabobank, N.A. [2] | | | | 3,950,646.37 |
| Wilmington Account [3] | | | | 18,395,341.29 |
| **Total Cash** | | | | $ 22,345,987.66 |

[1] At 6/30/16, the cash balance includes reserves for unremitted distributions of approximately $4.5 million relating to unresolved secured, administrative, priority and general unsecured claims.
[2] Includes Money Market Account (Acct. #: 5002278365) and Checking Account (Acct. #: 5002278366).
[3] Wilmington Trust (Acct. #: 092612-000)

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: July 12, 2016

Name/Title Debtor: _____
Alan M. Jacobs
Trustee