# Notice Recipients

District/Off: 0311−1      User: JasonSp      Date Created: 2/6/2020
Case: 07−10416−BLS      Form ID: van440      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      New Century TRS Holdings, Inc.      18400 Von Karman Ave.      Suite 1000      Irvine, CA 92612
aty      Mark S. Kenney      Office of the U.S. Trustee      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19801

TOTAL: 2