## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | Case No. 07-10416 (BLS) |
| Debtors.[1] | **Re: Docket Nos. 11564, 11568** |

### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Alan M. Jacobs, in his capacity as the former Bankruptcy Court-appointed Liquidating Trustee (the "Trustee") of the New Century Liquidating Trust, by and through his former counsel, Hahn & Hessen LLP and Blank Rome LLP, hereby submits this *Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of the Issues to be Presented* in connection with the *Notice of Appeal* [ECF 11564], which was filed on February 6, 2020 by Michael D. and Candence B. Lynch (the "Lynches") pursuant to which the Lynches appeal a *Memorandum Order* of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") dated January 22, 2020 [ECF 11562].

---

[1] The pre-confirmation Debtors were the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

**Designation of Additional Items to be Included in the Record on Appeal**

| Designation | Date of Filing | ECF No. | Description of Item |
|---|---|---|---|
| 1. | 9/30/09 | 9905 | *Modified Second Amended Joint Chapter 11 Plan of Liquidation dated as of September 30, 2009* |
| 2. | 11/20/09 | 9957 | *Order Confirming the Modified Second Amended Joint Chapter 11 Plan of Liquidation dated as of September 30, 2009* ("Modified Confirmation Order") |

**COUNTER-STATEMENT OF ISSUES ON APPEAL**

Appellee submits that the following constitute the issues to be presented on this appeal:

1.      Did the Bankruptcy Court abuse its discretion in finding that no valid purpose will be served by reopening the Debtors' bankruptcy cases?[2]

2.      Did the Bankruptcy Court err in finding that the Trustee was immune from suit when acting in accordance with the Modified Confirmation Order?

3.      Did the Bankruptcy Court err in finding that the Lynches had a full and fair opportunity to litigate their claims through the Florida Litigation?[3]

Dated:    Wilmington, Delaware
          March 5, 2010

                              **BLANK ROME LLP**

                              */s/ Victoria A. Guilfoyle, Esq.*
                              Victoria A. Guilfoyle, Esq. (DE No. 5183)
                              Bryan J. Hall, Esq. (DE No. 6285)
                              1201 Market Street, Suite 800
                              Wilmington, Delaware 19801

---

[2] An appellate court reviews a bankruptcy court's decision to deny a motion to reopen for abuse of discretion. *See, e.g. Allen v. Joseph (In re Hawkins)*, 513 B.R. 634, 637 (D. Del. 2013) (*citing Donaldson v. Bernstein*, 104 F.3d 547, 551 (3d Cir. 1997).

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Memorandum Order.

Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Former Trustee of the*
*New Century Liquidating Trust*