## **CERTIFICATE OF SERVICE**

I, Victoria A. Guilfoyle, herby certify that on March 5, 2020, I caused a copy of the *Appellee's Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of Issues to be Presented* to be served on the following via First Class Mail:

Michael D. Lynch
Candence B. Lynch
12860 SW 21 Street
Miami, FL 33175
305-798-3460
mlynch@yahoo.com

Dated:  March 5, 2020             **BLANK ROME LLP**
          Wilmington, Delaware

/s/ *Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464
Email:    guilfoyle@blankrome.com

*Co-Counsel to the Former Trustee of the New Century Liquidating Trust*