# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Suite 1000<br>Irvine, CA 92612<br>  **EIN:** 33–0683629 | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–BLS |

### NOTICE OF HEARING

Nancy Alanis has filed Motion to Reopen Chapter 11 Case.

A hearing is scheduled for 12/17/20 at 09:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 . Objections are due on or before 12/10/20 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 11/2/20

(VAN–401)