# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Lesa | Date Created: 11/2/2020 |
| Case: 07−10416−BLS | Form ID: van401 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Elizabeth A. Sloan | sloan@blankrome.com |
| aty | Mark S. Kenney | mark.kenney@usdoj.gov |
| aty | Ronald S. Gellert | rgellert@gsbblaw.com |
| aty | Victoria A. Guilfoyle | guilfoyle@blankrome.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   New Century TRS Holdings, Inc.   18400 Von Karman Ave.   Suite 1000   Irvine, CA 92612
aty  Nicholas C. Rigano   Hahn & Hessen LLP   488 Madison Avenue   14th and 15th Floor   New York, NY 10022
     Nancy Alanis   13210 S. Hunters View   San Antonio, TX 78230

TOTAL: 3