# **CERTIFICATE OF SERVICE**

I, Victoria A. Guilfoyle Esquire, hereby certify that on December 10, 2020, I caused a copy of the attached *Objection of the Former Trustee of the New Century Liquidating Trust to Motion To Reopen Chapter 11 Case* to be served via e-mail on Nancy Alanis at nalanis12@yahoo.com and first class mail at:

Nancy Alanis
13210 Hunters View
San Antonio, Texas 78230

/s/ *Victoria A. Guilfoyle, Esq.*
Victoria A. Guilfoyle, Esq. (DE No. 5183)

*Co-Counsel to the Former Trustee of the New Century Liquidating Trust*