# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | : | Case No. 07-10416 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2020 09:00 A.M. (EASTERN TIME)[2]**

---

**This hearing will be held telephonically and by videoconference.  Please note that you must appear through both CourtCall and Zoom.  To appear via video conference via Zoom parties should use the following instructions:**

**Topic:  New Century TRS Holdings, Inc.  -  Case No. 07-10416 BLS**
**Time: Dec 17, 2020 09:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1605501366

**Meeting ID: 160 550 1366**
**Password: 831607**

**To appear telephonically via CourtCall, Parties must make prior arrangements with CourtCall by telephone (866) 582-6878.**

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] The hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 N. Market Street, Wilmington, Delaware 19801.  Any party who wishes to appear telephonically at the December 17, 2020 hearing must contact CourtCall LLC at (866) 582-6878 by no later than December 16, 2020 at 12:00 p.m. (noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

130566.01600/124200212v.1

-2-

**CONTESTED MATTERS GOING FORWARD:**

1. Nancy Alanis Motion to Reopen Chapter 11 Case to (i) File Adversarial Complaint; (ii) Obtain Court Orders on Core Proceeding Matters; and (iii) Obtain Related Relief [Docket No. 11572]; filed October 30, 2020.

    <u>Objection/Response Deadline</u>:    December 10, 2020 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:

    A.  Objection of the Former Trustee of the New Century Liquidating Trust to Motion to Reopen Chapter 11 case [Docket No. 11574]; filed December 10, 2020.

    <u>Status</u>:   This matter is going forward.

Dated: December 15, 2020
       Wilmington, Delaware

**BLANK ROME LLP**

<u>/s/ Victoria A. Guilfoyle</u>
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 – Telephone
(302) 425-6464 – Facsimile

- and -

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 – Telephone
(212) 478-7400 – Facsimile

*Co-Counsel to the Former New Century Liquidating Trust*