**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*,[1] | : | Case No. 07-10416 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 17, 2020 09:00 A.M. (EASTERN TIME)**

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT. ALL MATTERS ARE ADJOURNED TO THE JANUARY 14, 2021 HEARING.**

**ADJOURNED MATTERS:**

1. Nancy Alanis Motion to Reopen Chapter 11 Case to (i) File Adversarial Complaint; (ii) Obtain Court Orders on Core Proceeding Matters; and (iii) Obtain Related Relief [Docket No. 11572]; filed October 30, 2020.

    Objection/Response Deadline:    December 10, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.  Objection of the Former Trustee of the New Century Liquidating Trust to Motion to Reopen Chapter 11 case [Docket No. 11574]; filed December 10, 2020.

    Status:    **At the direction of the court, this matter has been adjourned to the hearing scheduled for January 14, 2021 at 11:00 am (ET).**

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2] **Amended items appear in bold.**

130566.01600/124213788v.1

-2-

| | |
|---|---|
| Dated: December **16**, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Victoria A. Guilfoyle*<br>Victoria A. Guilfoyle (DE No. 5183)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>(302) 425-6400 – Telephone<br>(302) 425-6464 – Facsimile<br><br>- and -<br><br>**HAHN & HESSEN LLP**<br>Mark S. Indelicato, Esq.<br>Jeffrey Zawadzki, Esq.<br>488 Madison Avenue, 15th Floor<br>New York, New York 10022<br>(212) 478-7200 – Telephone<br>(212) 478-7400 – Facsimile<br><br>*Co-Counsel to the Former New Century Liquidating Trust* |

130566.01600/124213788V.1