# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | : | Case No. 07-10416 (BLS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket Nos. 11575 & 11576** |

## CERTIFICATE OF SERVICE

I, Victoria A. Guilfoyle Esquire, hereby certify that on December 15, 2020, I caused a copy of the *Hearing Agenda for Nancy Alanis Motion to Reopen Chapter 11 Case to (i) File Adversarial Complaint; (ii) Obtain Court Orders on Core Proceeding Matters; and (iii) Obtain Related Relief* to be served via e-mail on Nancy Alanis at nalanis12@yahoo.com and first class mail at:

Nancy Alanis
13210 Hunters View
San Antonio, Texas 78230

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

I, Victoria A. Guilfoyle Esquire, hereby certify that on December 16, 2020, I caused a copy of the *Amended Hearing Agenda Cancelling the Hearing for Nancy Alanis Motion to Reopen Chapter 11 Case to (i) File Adversarial Complaint; (ii) Obtain Court Orders on Core Proceeding Matters; and (iii) Obtain Related Relief* to be served via e-mail on Nancy Alanis at nalanis12@yahoo.com and on December 17, 2020 to be served via first class mail at:

Nancy Alanis
13210 Hunters View
San Antonio, Texas 78230

*/s/ Victoria A. Guilfoyle, Esq.*
Victoria A. Guilfoyle, Esq. (DE No. 5183)

*Co-Counsel to the Former Trustee of the New Century Liquidating Trust*