# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Suite 1000<br>Irvine, CA 92612<br>   **EIN:** 33–0683629 | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–BLS |

## NOTICE OF HEARING

A hearing regarding Motion to Reopen Chapter 11 Case is scheduled for 1/28/21 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 .

_____

Una O'Boyle, Clerk of Court

Dated: 1/7/21

(VAN–401a)