# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 1/7/2021 |
| Case: 07−10416−BLS | Form ID: van401a | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    David W. Carickhoff    dcarickhoff@archerlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Nancy Alanis    13210 S. Hunters View    San Antonio, TX 78230

TOTAL: 1