# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Suite 1000<br>Irvine, CA 92612<br>  **EIN:** 33–0683629 | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07–10416–BLS |

### NOTICE OF HEARING DURING PANDEMIC

A hearing on Motion to Reopen Chapter 11 Case has been scheduled for 1/28/21 @ 10:00 am in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held telephonically.** All parties wishing to appear must do so by contacting COURTCALL, LLC at 866–582–6878 no later than 12:00 PM, one business day prior to the hearing to sign up. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. Debtors' failure to appear may result in the application being denied.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 1/7/21

(VAN–496)