# Notice Recipients

District/Off: 0311−1     User: Sherry     Date Created: 1/7/2021
Case: 07−10416−BLS     Form ID: van496     Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Elizabeth A. Sloan | sloan@blankrome.com |
| aty | Ronald S. Gellert | rgellert@gsbblaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | New Century TRS Holdings, Inc. | 18400 Von Karman Ave. | Suite 1000 | Irvine, CA 92612 | |
| aty | Nicholas C. Rigano | Hahn & Hessen LLP | 488 Madison Avenue | 14th and 15th Floor | New York, NY 10022 |

TOTAL: 2