# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

|  |  |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>18400 Von Karman Ave.<br>Suite 1000<br>Irvine, CA 92612<br>  EIN: 33−0683629 | **Chapter:** 11<br><br><br><br><br>**Case No.:** 07−10416−BLS |

### NOTICE OF HEARING DURING PANDEMIC

A hearing on Motion to Reopen Chapter 11 Case has been scheduled for 1/28/21 @ 10:00 am in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held telephonically.** All parties wishing to appear must do so by contacting COURTCALL, LLC at 866−582−6878 no later than 12:00 PM, one business day prior to the hearing to sign up. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. Debtors' failure to appear may result in the application being denied.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 1/7/21

(VAN−496)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 07-10416-BLS
New Century TRS Holdings, Inc.  Chapter 11
Michael J Missal
    Debtor(s)

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: Sherry | Page 1 of 1 |
| Date Rcvd: Jan 07, 2021 | Form ID: van496 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New Century TRS Holdings, Inc., 18400 Von Karman Ave., Suite 1000, Irvine, CA 92612-0516 |
| aty | + | Nicholas C. Rigano, Hahn & Hessen LLP, 488 Madison Avenue, 14th and 15th Floor, New York, NY 10022-5702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021      Signature:      /s/Joseph Speetjens