**EXHIBIT B**

**Proposed Order**

999998.02565/124967385v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware Corporation, *et al.*, | Case No. 07-10416 (BLS) |
| Debtors.[1] | **Re:  Docket Nos. 11572, 11574 and 11581** |

**ORDER GRANTING MOTION FOR JUDICIAL NOTICE IN**
**CONSIDERATION OF MOTION TO REOPEN CHAPTER 11 CASE**

Upon consideration of the *Motion for Judicial Notice in Consideration of Motion to Reopen Chapter 11 Case* (the "Motion");[2] and the Court finding that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these bankruptcy cases and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) that notice of the Motion was appropriate under the circumstances and no further notice need be given; and (iv) after due deliberation, good and sufficient cause exists for the relief requested in the Motion.  Accordingly, it is hereby

---

[1] The pre-confirmation Debtors were the following entities:  New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED, as set forth herein.

2. The Court takes judicial notice of its *Order Providing that the Automatic Stay under Section 362(a) of the Bankruptcy Code is Terminated to Permit the Commencement or Continuation of any Action to Foreclose upon or Extinguish an Interest Listed in the Name of the Debtor* dated as of July 14, 2008 [ECF 8595].

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.