## **CERTIFICATE OF SERVICE**

  I, Victoria A. Guilfoyle, hereby certify that on January 14, 2021, I caused a copy of the foregoing *Motion for Judicial Notice in Consideration of Motion to Reopen Chapter 11 Case* to be served via (i) U.S. first-class mail, postage fully pre-paid, and (ii) electronic mail upon the following persons:

| | |
|---|---|
| Nancy K Alanis<br>13210 Hunters View<br>San Antonio, Texas 78230<br>nalanis12@yahoo.com | Office of the U.S. Trustee<br>David Buchbinder<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.buchbinder@usdoj.gov |

               */s/ Victoria A. Guilfoyle*
               Victoria A. Guilfoyle, Esq. (DE No. 5183)