## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, INC., *et al.*,[1] | : | Case No. 07-10416 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM VIDEOCONFERENCE HEARING ON JANUARY 28, 2021 AT 10:00 A.M. (EASTERN TIME)[2]**

---

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**You must now register in advance for the ZOOM call. When registering, please copy and paste the below link to your browser.**

TOPIC: New Century, Case No. 07-10416 (BLS)
When: January 28, 2021 at 10:00 AM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItcemhrjkvHpjb64YUoXryaReHsbYWcuo

After registering, you will receive a confirmation email containing information about joining the hearing.

---

**CONTESTED MATTERS GOING FORWARD:**

1.      Nancy Alanis Motion to Reopen Chapter 11 Case to (i) File Adversarial Complaint; (ii) Obtain Court Orders on Core Proceeding Matters; and (iii) Obtain Related Relief [Docket No. 11572]; filed October 30, 2020.

        Objection/Response Deadline:           December 10, 2020 at 4:00 p.m. (ET)

        Objections/Responses Received:

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

[2]

A.    Objection of the Former Trustee of the New Century Liquidating Trust to Motion to Reopen Chapter 11 Case [Docket No. 11574]; filed December 10, 2020.

B.    Movant Nancy Alanis Response to Objection of the Former Trustee of the New Century Liquidating Trust to Motion to Reopen Chapter 11 Case and Motion to Vacate Void State Court Judgment [Docket No. 11581]; filed January 12, 2021.

Status:  This matter is going forward.

2.    Motion for Judicial Notice in Consideration of Motion to Reopen Chapter 11 Case [Docket No. 11582]; filed January 14, 2021.

Objections/Response Deadline:  January 21, 2021 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Nancy Alanis Response to Trustee and Formal Counsel of Trustee Motion for Judicial Notice in Consideration of Motion to Reopen Chapter 11 Case and Motion to Vacate Void 362(a) Termination of Order and Vacate Void State Court Foreclosure Order in Behalf of All New Century Mortgage Corporation Borrowers [Docket No. 11583]; filed January 19, 2021.

Status:    This matter is going forward.

Dated: January 26, 2021
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Victoria Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 – Telephone
(302) 425-6464 – Facsimile

- and -

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 – Telephone
(212) 478-7400 – Facsimile

*Co-Counsel to the Former New Century Liquidating Trust*