**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | : | Case No. 07-10416 (BLS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Re:  Docket No. 11586** |

**CERTIFICATE OF SERVICE**

I, Victoria A. Guilfoyle Esquire, hereby certify that on January 29, 2021, I caused a copy of the *NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ZOOM VIDEOCONFERENCE HEARING ON February 2, 2021 AT 10:30 A.M. (EASTERN TIME)* to be served via e-mail on Nancy Alanis at nalanis12@yahoo.com and first class mail at:

Nancy Alanis
13210 Hunters View
San Antonio, Texas 78230

*/s/ Victoria A. Guilfoyle, Esq.*
Victoria A. Guilfoyle, Esq. (DE No. 5183)

*Co-Counsel to the Former Trustee of the New Century Liquidating Trust*

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.