IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL D. LYNCH and CANDENCE B. LYNCH, | ) ) ) |
| Appellants, | ) ) ) C.A. No. 20-182 (MN) |
| v. | ) ) |
| ALAN M. JACOBS, in his capacity as the FORMER LIQUIDATING TRUSTEE OF THE NEW CENTURY LIQUIDATING TRUST, | ) ) ) ) ) ) |
| Appellee. | ) |

## ORDER

At Wilmington, this 16th day of February 2021:

For the reasons set forth in the accompanying Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. The Combined Motion (D.I. 15) is DENIED.

2. The Bankruptcy Court's Reissued Memorandum Order, dated January 22, 2020 (Bankr. D.I. 11562) is AFFIRMED.

3. The Clerk of the Court is directed to CLOSE C.A. No. 20-182-MN.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge

1