# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW CENTURY TRS HOLDINGS, INC, *et al.*, | Case No. 07-10416 (BLS) |
|  | (Re: docket no. 11572, 11582, 11591) |
| Debtors. |  |

## ORDER

AND NOW, this 12th day of October, 2021, upon consideration of the following motions:

(1) Motion to Reopen the Chapter 11 Bankruptcy Case of New Century TRS Holdings, Inc. filed by Nancy Alanis (the "Motion to Reopen"), and

(2) Motion for Judicial Notice filed by the former Liquidating Trustee of the New Century Liquidating Trust (the "Motion for Judicial Notice"),

and all objections, responses, and briefing related thereto, and after a hearing on notice, and for the reasons set forth in the foregoing Opinion, it is hereby **ORDERED** that the Motion to Reopen is **DENIED**, and the Motion for Judicial Notice is **GRANTED**.

BY THE COURT:

_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: October 12, 2021
Wilmington, Delaware