**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., *et al*.,[1] | : | Case No. 07-10416 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | | (Re: Docket Nos. 11591 & 11592) |

## CERTIFICATE OF SERVICE

I, Victoria A. Guilfoyle Esquire, hereby certify that on October 19, 2021, I caused a copy of the *Court's Opinion and Order dated October 12, 2021* [D.I. 11591 & 11592] to be served on Nancy Alanis via Federal Express overnight delivery at the below address and on October 20, 2021 via e-mail at nalanis12@yahoo.com:

Nancy Alanis
13210 Hunters View
San Antonio, Texas 78230

---

[1] The pre-confirmation Debtors were the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a new Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Dated: October 20, 2021 **BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6404 - Telephone
(302) 425-6464 – Facsimile
Email: tori.guilfoyle@blankrome.com

*Co-Counsel to the Former Trustee of the New Century Liquidating Trust*