Shaunder Maynard
1170 East 42nd Street
Brooklyn, New York
11210
ShaunderMaynard@gmail.com
(917)708-2509



---

USBC District of Delaware
824 Market Street
Wilmington, DE  19801

October 19th, 2023

RE:  Case#07-10416-KJC
     CLARIFICATION/SUMMARY OF FINAL RULING

To Whom It May Concern;

    I am writing to ask the court for clarification/summary, on the final ruling of Case# 07-10416.

I am not a lawyer. I do have a pending case in Brooklyn Supreme Court which I am Pro Se, and I'am seeking a clear understanding of the outcome of this case.

I thank you, in advance for your speedy assistance, in this matter. Please let me know if there are any costs related to this request. As it is very important, I get this information as soon as possible.

I can be reached at the above mentioned contact information.

Sincerely,

Shaunder Maynard